UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL TRADE COMMISSION,
    Plaintiff,

-against-

RCG ADVANCES, LLC, a limited liability company, f/k/a Richmond Capital Group, LLC, also d/b/a Viceroy Capital Funding and Ram Capital Funding,

RAM CAPITAL FUNDING LLC, a limited liability company,

ROBERT L. GIARDINA, individually and as an owner and officer of RCG ADVANCES, LLC,

JONATHAN BRAUN, individually and as a *de facto* owner and an officer or manager of RCG ADVANCES, LLC, and

TZVI REICH, a/k/a Steven Reich, individually and as an owner and officer of RAM CAPITAL FUNDING LLC, and as a manager of RCG ADVANCES, LLC,

    Defendants.

CASE NO. 20-CV-4432

ATTORNEY AFFIRMATION IN SUPPORT OF ORDER TO SHOW CAUSE AND PRELIMINARY INJUNCTION

---

### AFFIRMATION OF JOSEPH MURE

STATE OF NEW YORK    )
                                   ) ss:
COUNTY OF NEW YORK  )

Joseph Mure Jr., an attorney duly admitted to practice law before the Courts of the State of New York, hereby affirms the following to be true, under the penalties of law:

1. I am the attorney for Robert Giardina, Michelle Gregg, and Richmond Capital Group on criminal matters and I am fully familiar with the facts and circumstances herein.

2. I submit this Affirmation in support of Robert Giardina, Michelle Gregg and Richmond Capital Group's motions and to attest to certain facts which have been learned by the undersigned on July 22, 2020, which I have first-hand knowledge of.

3. 

4.

5.

6.

7.

8.

9. ███████████ I, Joseph Mure Jr., will advise Robert Giardina, Michelle Gregg and Richmond Capital Group to invoke their Fifth Amendment privilege against self-incrimination and not answer any questions.

*signature*

Joseph Mure Jr.