UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FEDERAL TRADE COMMISSION,

                Plaintiff,

    -against-                                          20-cv-4432 (LAK)

RCG ADVANCES, LLC, et al.,

                Defendants.
------------------------------------------------------------x

## ORDER

Lewis A. Kaplan, *District Judge*.

        The motion of defendants RCG Advances LLC, Ram Capital Funding LLC, and Robert Giardina to stay this action [DI 31] is denied, substantially for the reasons set forth in the memorandum of the Federal Trade Commission [DI 34].

        SO ORDERED.

Dated:     September 7, 2020

                                                                       Lewis A. Kaplan
                                                       United States District Judge