UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
FEDERAL TRADE COMMISSION,

                Plaintiff,

    -against-                                          20-cv-4432 (LAK)

RCG ADVANCES, LLC, et al.,

                Defendants.
------------------------------------------x

*USDC SDNY — DOCUMENT — ELECTRONICALLY FILED — DOC #: ___ — DATE FILED: 9-23-2020*

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff's motion to compel discovery [DI 51] is granted in all respects. Defendants RCG Advances, LLC and Robert Giardina (collectively, "Defendants") shall produce their initial disclosures pursuant to Rule 26 and respond to plaintiff's interrogatories and document requests, in each case no later than October 1, 2020. Defendants shall respond to plaintiff's requests for admissions no later than October 12, 2020. Defendants' objections to the motion are without merit and are overruled.

        As Defendants' failure to make Rule 26 disclosures and to respond to plaintiff's interrogatories and document requests was not substantially justified, and as they have had an opportunity to be heard on the issue, Defendants, on or before October 1, 2020, shall pay to plaintiff the reasonable costs and attorneys' fees incurred in making its motion to compel, which the Court determines to be $2,500.

        SO ORDERED.

Dated:      September 23, 2020

                                                                   Lewis A. Kaplan
                                                          United States District Judge