UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RCG ADVANCES, LLC et al.<br><br>Defendants. | Case No. 20-CV-4432<br><br>**STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties herein, that Defendants' opposition to Plaintiff's Motion to Amend the Complaint currently due on May 28, 2021 shall be extended to June 7, 2021; and

IT IS HEREBY STIPULATED AND AGREED that this Stipulation may be executed in counterparts, that a facsimile copy of this Stipulation may be filed as if it were an original and that this Stipulation may be field with the Clerk of the Court without further notice.

Dated: New York, New York
     May 28, 2021

FEDERAL TRADE COMMISSION


*/s/ Marguerite Moeller*_____
Gregory Ashe, Esq.
Marguerite Moeller, Esq.
*Attorneys for Plaintiff*
600 Pennsylvania Avenue, N.W.
Washington, DC 20580

AIDALA, BERTUNA & KAMINS, P.C.

*/s/Joseph P. Baratta*_____
Joseph P. Baratta, Esq.
Arthur L. Aidala, Esq.
*Attorneys for Defendant, Jonathan Braun*
600 Pennsylvania Avenue, N.W.
Washington, DC 20580

TERENZI & CONFUSIONE, P.C.

*/s/Ronald M. Terenzi*_____
Ronald M. Terenzi, Esq.
*Attorneys for Defendants*
*Ram Capital Fundings, LLC and*
*Tzvi Reich*
401 Franklin Avenue, Suite 300
Garden City, NY 11530

JOSEPH MURE, JR., ESQ. & ASSOCIATES

*/s/Anthony Varbero*_____
Anthony Varbero, Esq.
*Attorneys for RCG Advances, LLC and*
*Robert L Giardina*
26 Court Street, Suite 2601
Brooklyn, NY 11242