USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-28-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RCG ADVANCES, LLC, et al.,<br><br>Defendants. | Case No. 20-CV-4432-LAK<br><br>[proposed] ORDER CLOSING DISCOVERY AND SETTING DISPOSITIVE MOTION SCHEDULE |

This cause is before the Court on the stipulated motion of the FTC and Defendants RCG Advances, LLC, Robert Giardina, and Jonathan Braun for an order closing discovery and setting the dispositive motion schedule. The Court having considered the pleadings and other filings and being fully advised in the premises finds good cause exists to grant the requested order. Accordingly, it is hereby **ORDERED** as follows:

1. Expert disclosures shall be served on the parties no later than February 11, 2022.

2. Fact and expert discovery shall close on March 11, 2022.

3. Dispositive motions shall be filed no later than April 8, 2022. The time periods set forth in Local Rule 6.1(b) shall apply to the filing of any opposition and reply affidavits, memoranda, or other papers.

4. Memoranda of law in support of or in opposition to dispositive motions shall not exceed forty (40 pages, double-spaced, and reply memoranda shall not exceed 20 pages, double-spaced.

SO ORDERED this 28th day of Feb /2022.

_____
Lewis A. Kaplan
United States District Judge