UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3·29·22
```

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | **Case No. 20-CV-4432-LAK** |
| Plaintiff, | **[proposed] ORDER STAYING** |
| | **CASE FOR 120 DAYS TO** |
| v. | **CONSIDER SETTLEMENT** |
| | **AGREEMENT AS TO** |
| RCG ADVANCES, LLC, et al., | **DEFENDANTS RCG ADVANCES,** |
| | **LLC AND ROBERT GIARDINA** |
| Defendants. | |

This cause is before the Court on the stipulated motion of the FTC and Defendants RCG

Advances, LLC and Robert Giardina (the "RCG Defendants") to stay all deadlines in this case

for 120 days so that the FTC can consider a final settlement agreement in this matter with the

RCG Defendants. The Court having considered the pleadings and other filings and being fully

advised in the premises finds good cause exists to grant the requested stay. Accordingly, it is

hereby

**ORDERED** that the stipulated motion is **GRANTED.**

**IT IS FURTHER ORDERED** that all deadlines in this case that relate to the FTC and

the RCG Defendants shall be continued for 120 days from the date hereof, including the deadline

by which dispositive motions must be filed as set forth in the Order Closing Discovery and

Setting Dispositive Motion Schedule entered on February 28, 2022 (ECF No. 106).

**IT IS FURTHER ORDERED** that this stay shall not apply to Defendant Jonathan

Braun. The case and litigation shall continue, and all deadlines remain unaffected, as to

Defendant Jonathan Braun.

**SO ORDERED this** _29_ **day of** _March_ _, 2022.

Lewis A. Kaplan
United States District Judge