UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>RCG ADVANCES, LLC, et al.,<br><br>　　Defendants. | Case No. 20-CV-4432-LAK<br><br>**FTC'S NOTICE OF MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT JONATHAN BRAUN** |

**PLEASE TAKE NOTICE** that, upon the Memorandum in Support dated April 8, 2022, the Statement of Material Facts as to Which There Is No Genuine Issue to Be Tried dated April 8, 2022 and filed herewith, Exhibits 1 – 36 filed herewith, and upon all prior pleadings and proceedings herein, the undersigned, as counsel for Plaintiff FTC will move this Court, in the United States District Court for the Southern District of New York, 500 Pearl St., New York, New York 10007, on a date to be scheduled by the Court, pursuant to Federal Rule of Civil Procedure 56, for summary judgment against Defendant Jonathan Braun.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Local Rules of the Southern District of New York, opposing affidavits and answering memorandum, if any, shall be served within 14 days after service of the moving papers.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | JAMES REILLY DOLAN<br>Acting General Counsel |
| Dated:   April 8, 2022 | */s/ Gregory A. Ashe*<br>GREGORY A. ASHE<br>JULIA E. HEALD<br>MARGUERITE L. MOELLER<br>Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>Telephone: 202-326-3719 (Ashe)<br>Telephone: 202-326-3589 (Heald)<br>Telephone: 202-326-2905 (Moeller)<br>Facsimile: 202-326-3768<br>Email: gashe@ftc.gov, jheald@ftc.gov,<br>                mmoeller@ftc.gov<br><br>Attorneys for Plaintiff<br>FEDERAL TRADE COMMISSION |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 8, 2022, 2021, true and correct copies of (1) **FTC'S NOTICE OF MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT JONATHAN BRAUN, (2) FTC'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE TO BE TRIED, (3) EXHIBITS IN SUPPORT OF THE FTC'S MOTION FOR SUMMARY JUDGMENT**, and (4) **[proposed] ORDER FOR PERMANENT INJUNCTION, CIVIL PENALTIES, AND MONETARY JUDGMENT AS TO DEFENDANT JONATHAN BRAUN** were filed electronically with the United States District Court for the Southern District of New York using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

>    */s/ Gregory A. Ashe*
>    GREGORY A. ASHE
>    Attorney for Federal Trade Commission