# FTC SUMMARY JUDGMENT EXHIBIT 35

**Declaration of FTC Investigator Elizabeth Kwok
Part 1: Declaration—Attachment K, pages 1 - 327**

## DECLARATION OF FTC INVESTIGATOR ELIZABETH KWOK
## PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, I, Elizabeth Kwok, declare that I have personal knowledge of the facts set forth below and am competent to testify about them.  If called as a witness, I could and would testify as follows:

1. I am a citizen of the United States and over the age of eighteen (18) years old.  I am employed with the Federal Trade Commission ("FTC").  I began working at the FTC in June 2013 as an investigator in the FTC's Division of Financial Practices ("DFP").  In January 2021, I became an Acting Assistant Director in the FTC's Division of Litigation Technology & Analysis ("DLTA"), although I continued some of my investigator duties with DFP.  In February 2022, I became a permanent Assistant Director in DLTA.  My work address is 600 Pennsylvania Avenue, N.W., Washington, DC  20580.

2. As an investigator, my responsibilities included investigating parties suspected of engaging in unfair or deceptive acts or practices in violation of the Federal Trade Commission Act ("FTC Act") and any other laws or rules enforced by the FTC.  In the normal course of carrying out my investigative responsibilities, I regularly used Internet search engines, electronic databases, spreadsheet software, and a variety of other software-based investigative and organizational tools.  I regularly reviewed a variety of records, including bank data, website registration data, and telecommunications records, engaging in analysis for indicators of fraudulent activity.

3. I am a Certified Fraud Examiner ("CFE"), a certification I first obtained in February 2012.  To become a CFE, I had to pass an exam which tested four subject areas: (1) fraud prevention and deterrence; (2) fraudulent financial transactions; (3) fraud investigations; and (4) legal elements of fraud.  I have also obtained the Certified Anti-Money Laundering Specialist ("CAMS") certification, which I first obtained in December 2016.  To earn my

CAMS certification, I had to pass an exam which tested four subject areas: (1) money

laundering risks and methods; (2) industry standards for money laundering investigations,

including Financial Action Task Force (FATF) Recommendations and the Basel

Committee's Report on Consumer Due Diligence; (3) the important elements of an Anti-

Money Laundering (AML) program; and (4) how to conduct and support a money laundering

investigation.

4. As part of my duties at the FTC, I was assigned to the FTC's investigation of and case

against, Defendants RCG Advances, LLC, Robert Giardina, and Jonathan Braun

(collectively referred to as "Defendants").

5. During the course of the investigation and litigation, I acquired personal knowledge and

information about the facts stated here, and if called, would testify to the same.  My

conclusions are based on my investigation of Defendants, which included review of

consumer complaints about the Defendants' business practices and review of documents

obtained by the FTC, including, but not limited to, documents provided by Defendants,

corporate records, website and domain registration documents, telephone records, and

financial records.

6. One of my duties is to serve as document custodian for the FTC in this matter, a duty I have

continued while serving first as Acting Assistant Director and now Assistant Director in

DLTA.  I maintain the original copies of any documents the FTC receives, including those

received in hard-copy or digital format, in a locked drawer in my office.  I maintain original

copies of the FTC's electronic documents in a secured-access folder on the FTC's computer

network.  Personal information, such as dates of birth and account numbers, have been

redacted from the attachments to this declaration in order to protect the privacy of

Defendants and consumers.  Copies of any documents referred to in my declaration are available in unredacted form for viewing upon request.

## Corporate Records

7. On October 25, 2013, Articles of Organization were filed with the New York Secretary of State to create Richmond Capital Group, LLC.  The county within New York in which the office was located was listed as Albany.  On January 7, 2014, a Certificate of Change of the Articles of Organization was filed with the New York Secretary of State changing the county within New York in which the office was located to New York.  On May 6, 2019, a Certificate of Change of the Articles of Organization was filed with the New York Secretary of State changing the name to RCG Advances, LLC. True and correct copies of RCG Advances' Articles of Organization, the 2014 Certificate of Change, and the 2019 Certificate of Change that the FTC obtained from the New York Secretary of State are attached hereto as **Attachment A.**

8. The New York Secretary of State maintains a website that allows members of the public to view information related to New York companies.  This information includes information related to assumed names used by New York companies.  According to the New York Secretary of State's website, RCG Advances registered the assumed name "Viceroy Capital Funding" on March 17, 2015, and the assumed name "RAM Capital Funding" on June 10, 2016.  A true and correct printout and supporting documents from the New York Secretary of State's website is attached hereto as **Attachment B**.

## Defendants' Websites

9. I preserved copies of Defendants' website, richmondcapitalgroup.com, to a secured-access folder on the FTC's internal network.  I utilized HTTrack, a free website copier available at www.httrack.com, to preserve copies of Defendants' website.  A true and correct copy of a

PDF printout of Defendants' richmondcapitalgroup.com website is attached hereto as **Attachment C**. Also included in Attachment C is a true and correct copy of a printout of Defendants' website obtained from the New York Attorney General's Office.

### Website Domain Registration and Hosting

10. During the course of this investigation, the FTC issued a civil investigative demand to GoDaddy.com, LLC, seeking records for Defendants' web domains, including richmondcapitalgroup.com and merchantmoneytoday.com.  According to GoDaddy records, Defendant Robert Giardina (with Richmond Capital Group) was assigned Shopper ID 71792382.  Defendant Giardina is listed as the registrant, technical, administrative, and billing contact for both websites.  Billing records indicate that, among other means, Defendants paid for GoDaddy's services using an American Express card in the name of Defendant Giardina.  True and correct copies of the relevant GoDaddy records are attached hereto as **Attachment D**.

### Telecommunications Account Registrations

11. During the course of this investigation, the FTC issued a civil investigative demand to 8x8, Inc., seeking records for Defendants' telephone number, 855-662-9303.  According to 8x8 records, the subscriber to that number is Richmond Capital Group, Inc.  Robert Giardina is listed as the administrator.  A review of several billing statements (I have included one from May 2019) indicates that payment for the phone number is made by an American Express card in the name of Robert Giardina.  True and correct copies of the relevant 8x8 records are attached hereto as **Attachment E**.

12. During the course of this investigation, the FTC issued a civil investigative demand to j2 Cloud Services, LLC, seeking records for Defendants' facsimile number, 855-204-0222.  According to j2 Cloud Services records, the customer name associated with that number is

Robert Giardina and the company name is Richmond Capital Group, Inc.  J2 Cloud Services provides fax-to-email services (i.e., when persons send a fax to that number, it is converted into an email).  Emails related to the fax number include john@richmondcapitalgroup.com and rgiardina@richmondcapitalgroup.com.  True and correct copies of the relevant j2 Cloud Services records are attached hereto as **Attachment F**.

### Financial Account Documents

13. During the course of this investigation, the FTC issued a civil investigative demand to Actum Processing, LLC, seeking records for Defendants' merchant processing accounts.  According to the Actum documents, Defendants had four separate merchant processing accounts: Richmond Capital (Funding), Richmond Capital (Operating), RAM Capital, and Viceroy Capital.  True and correct copies of the merchant account opening documents obtained from Actum Processing are attached hereto as **Attachment G**.  In addition to documents relating to the creation and maintenance of the merchant accounts, Actum also produced numerous emails relating to the accounts.  True and correct copies of these emails obtained from Actum Processing are attached hereto as **Attachment H**.  A true and correct copy of the certification of business records from Actum Processing is attached hereto as **Attachment I**.

14. During the course of this investigation, the FTC issued a civil investigative demand to Empire State Bank, seeking records for Defendants' deposit accounts.  According to the Empire State Bank documents, Defendants had four deposit accounts:  account number xxxx3396 in the name of Richmond Capital Group, LLC ("ESB-3396"), account number xxxx3299 in the name of Richmond Capital Group, LLC ("ESB-3299"), account number xxxx4953 in the name of Viceroy Capital Group, LLC d/b/a Richmond Capital Group, LLC ("ESB-4953"), and account number xxxx3046 in the name of Richmond Capital Group LLC d/b/a RAM Capital Funding ("ESB-3046").  True and correct copies of the account opening

documents for these accounts are attached hereto as **Attachments J, K, L, and M**, respectively.  True and correct copies of selected bank statement pages from ESB-3396, ESB-4953, and ESB-3046 are attached hereto as **Attachment JJ**.  A true and correct copy of the certification of business records from Empire State Bank is attached hereto as **Attachment N**.

### New York Attorney General Action

15. The same day that the FTC filed its complaint against Defendants, the New York Attorney General ("NYAG") filed a verified petition in the case styled *People v. Richmond Capital Group LLC, et al.*, Index No. 451368/2020 in the Supreme Court of New York, County of New York.  A true and correct copy of the verified petition is attached hereto as **Attachment O**.  On January 9, 2021, the NYAG filed an amended verified petition.  A true and correct copy of the amended verified petition is attached hereto as **Attachment P**.

16. Exhibits filed in the NYAG action include affidavits from the following merchant consumers: Said Aboumerhi, Kelly Hickel, Michael Kramer, Michael Pennington, Paul Price, Jennifer Savastino, and Adrien Theriault.  Those affidavits have been filed separately in this action as PX19, PX20, PX21, PX22, PX23, PX24, and PX25.  Other exhibits filed by the NYAG in their action include excerpts from the investigational hearings of Defendants Jonathan Braun and Tzvi Reich, and Defendants' employees Miriam Deutsch, Christopher Kim, Ezra Mosseri, and Marcella Rabinovich.  Excerpts from those transcripts have been filed separately in this action as PX27, PX28, PX29, PX30, PX31, and PX32.

### Other Lawsuits

17. During the course of the investigation, the FTC identified numerous private actions involving, and against, Defendants.  These private actions include the following:

- *Astrabio, Inc. v Richmond Capital Group, LLC et al*., Index No. 160514/2017, Supreme Court of New York, County of New York

- *FCI Enterprises, Inc. et al. v. Richmond Capital Group, LLC et al.*, Index No. 520934/2018, Supreme Court of New York, County of Kings

- *Gateway International, 360, LLC, et al. v. Richmond Capital Group, LLC et al.*, Index No. 654636/2018, Supreme Court of New York, County of New York

- *James Davis II, et al. v. Richmond Capital Group, LLC et al.*, Index No. 656346/2018, Supreme Court of New York, County of New York

- *Rajesh Narayanan d/b/a Concorde Enterprise v. Richmond Capital Group, LLC*, Index No. 61909/2015, Supreme Court of New York, County of Westchester

- *Z-Axis Tech Solutions, Inc. et al. v. Richmond Capital Group, LLC et al.*, Case No. 1:17-cv-03983 (S.D.N.Y.)

- *Paytoo, Corp. et al. v. Richmond Capital Group, LLC et al.*, Index No. 654645/2017, Supreme Court of New York, County of New York

- *E-nnovations Technologies and Marketing, LLC et al. v. Richmond Capital Group, LLC et al.*, Case No. 1:16-cv-00538-ALC (S.D.N.Y.)

- *Fleetwood Services, LLC v. Richmond Capital Group LLC et al.*, Case No. 1:20-cv-05120-LJL (S.D.N.Y.)

True and correct copies of the complaints and selected other documents filed in these cases are attached hereto as **Attachments Q, R, S, T, U, V, W, X, and Y**.

### Defendants' Discovery Responses

18. In response to document requests served by the FTC on Defendants, Defendants produced numerous documents, including the following:

    a. Documents from the random sample described above, including representative samples of the Merchant Agreement, Authorization Agreement for Direct Deposit (ACH Credit) and Direct Payments (ACH Debits), financial information form, Security Agreement and Guaranty, Affidavit of Confession of Judgment, and Appendix A: The Fee Structure, and emails instructing the funding of deals. True and correct copies of these documents are attached hereto as **Attachments AA, BB, CC, DD, EE, FF, and GG**, respectively.

    b. Lease agreements, true and correct copies of which are attached hereto as **Attachment HH**.

    c. Various emails and chat logs to, from, and among Defendants, true and correct copies of which are attached hereto as **Attachment II**.

**Bloomberg News Article**

19. On or about February 10, 2022, Zeke Faux with Bloomberg News published an article entitled "The Loan Shark Trump Freed From Prison is Lending Money Again."  A true and correct copy of this article (that was downloaded from the following Internet website https://www.bloomberg.com/news/features/2022-02-10/trump-freed-jon-braun-from-prison-now-loan-shark-is-back-in-business by FTC librarian Judith Lowney) is attached hereto as **Attachment KK**.

**Random Sample**

20. As part of its production described above, Actum Processing produced an Excel spreadsheet containing every transaction it processed on behalf of Defendants.  After removing duplicates, there were 1,973 different account names.  These names were provided to FTC economist Patrick McAlvanah.  Dr. McAlvanah removed a duplicate, leaving 1,972 different account names.  Dr. McAlvanah drew a random sample of 100 account names.  A search was then conducted of the documents produced by Defendants to the FTC for the merchant agreements (and other related documents) relating to these 100 names.  Merchant agreements were found for 74 of the names.  Dr. McAlvanah drew an additional random sampling of 35 account names.  Merchant agreements were found for 21 of these names.  In total, merchant agreements were located for 95 of the 135 randomly selected account names.

21. Subsequent to the drawing of the random sample, the FTC received the report of Defendant RCG Advances' expert, Paul M. Ribaudo.  That report identified a number of accounts that the expert asserted were either duplicate entries or were accounts for which Defendants did not provide funding to the merchant but instead introduced the merchant to another funding provider and only withdrew from the merchant a professional service fee.  After a review of Mr. Ribaudo's report and further review of the Actum database, 473 account names were

identified as either being duplicates or accounts for which Defendants did not provide funding to the merchant.  These 473 account names were provided to Dr. McAlvanah.

22. For each of the 95 account names randomly selected by Dr. McAlvanah, the merchant agreements were reviewed to identify the "Total Purchase Price," "Total Purchased Amount," and "Daily Amount."  In addition, for each account name, the total amount that was collected by Defendants was calculated from the Excel spreadsheet of transaction data produced by Actum Processing (total of transaction type "Settlement" – total of transaction type "Late Return").  These results were compiled into an Excel spreadsheet and provided to Dr. McAlvanah.

23. For 53 of the account names (from the 95 account names randomly selected by Dr. McAlvanah), monthly account statements produced by Empire State Bank were reviewed to identify the amount of money that Defendants transferred to consumers pursuant to the relevant merchant agreements.  In addition, the merchant agreements were reviewed to identify the "Total Purchase Price," "Origination Fee," and "ACH Processing Fee."  These results were compiled into an Excel spreadsheet and provided to Dr. McAlvanah.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 8th day of April, 2022, in Washington, D.C.

_____
Elizabeth Kwok

## ATTACHMENT INDEX

| Description | Attachment | Page No. |
|---|---|---|
| **Corporate Records** | | |
| RCG Advances corporate records | A | 12 |
| Fictitious business name registrations | B | 20 |
| **Web Captures** | | |
| richmondcapitalgroup.com | C | 26 |
| **Domain Registrations** | | |
| GoDaddy records | D | 40 |
| **Telecommunication Services** | | |
| 8x8 records | E | 94 |
| j2 Cloud Services records | F | 100 |
| **Bank Records** | | |
| Actum Processing merchant account opening documents | G | 209 |
| Emails produced by Actum | H | 245 |
| Actum Processing certification of business records | I | 293 |
| Empire Bank records – ESB-3396 | J | 295 |
| Empire Bank records – ESB-3299 | K | 314 |
| Empire Bank records – ESB-4953 | L | 328 |
| Empire Bank records – ESB-3046 | M | 353 |
| Empire Bank certification of business records | N | 411 |
| **Other Lawsuits** | | |
| Verified Petition, *People v. Richmond Capital Group LLC, et al.*, Index No. 451368/2020 | O | 413 |
| Amended Verified Petition, *People v. Richmond Capital Group LLC, et al.*, Index No. 451368/2020 | P | 460 |
| Pleadings from *Astrabio, Inc. v Richmond Capital Group LLC, et al.*, Index No. 160514/2017 | Q | 514 |
| Pleadings from *FCI Enterprises, Inc. et al. v. Richmond Capital Group LLC, et al.*, Index No. 520934/2018 | R | 529 |
| Pleadings from *Gateway International, 360, LLC et al. v. Richmond Capital Group, LLC, et al.*, Index No. 654636/2018 | S | 538 |
| Pleadings from *James Davis II et al. v. Richmond Capital Group, LLC, et al.*, Index No. 656346/2018 | T | 580 |
| Pleadings from *Rajesh Narayanan d/b/a Concorde Enterprise v. Richmond Capital Group, LLC*, Index No. 61909/2015 | U | 614 |
| Pleadings from *Z-Axis Tech Solutions, Inc. et al. v. Richmond Capital Group, LLC, et al.*, Case No. 1:17-cv-03983 (S.D.N.Y.) | V | 629 |
| Pleadings from *Paytoo, Corp. et al. v. Richmond Capital Group, LLC, et al.*, Index No. 654645/2017 | W | 650 |
| Pleadings from *E-nnovations Technologies and Marketing, LLC et al. v. Richmond Capital Group, LLC et al.*, Case No. 1:16-cv-00538-ALC (S.D.N.Y.) | X | 702 |

| | | |
|---|---|---|
| Pleadings from *Fleetwood Services, LLC v. Richmond Capital Group LLC et al.*, Case No. 1:20-cv-05120-LJL (S.D.N.Y.) | Y | 714 |
| | | |
| Reserved | Z | 746 |
| **Documents Produced by Defendants** | | |
| Various Merchant Agreements | AA | 749 |
| Various Authorization Agreements for Direct Deposit (ACH Credit) and Direct Payments (ACH Debits) | BB | 814 |
| Various financial information forms | CC | 836 |
| VariousSecurity Agreements and Guaranty | DD | 853 |
| Various Affidavits of Confession of Judgment | EE | 898 |
| Various Appendix A's: The Fee Structure | FF | 936 |
| Various Funding emails | GG | 961 |
| Lease agreements | HH | 1034 |
| Miscellaneous emails and chat logs | II | 1060 |
| **Additional Bank Records** | | |
| Selected bank statements from ESB-3396, ESB-4953, and ESB-3046 | JJ | 1455 |
| **Miscellaneous Documents** | | |
| Article from Bloomberg | KK | 1501 |

# ATTACHMENT A

131025000 *322*

*6w13*

# ARTICLES OF ORGANIZATION

## OF

## RICHMOND CAPITAL GROUP, LLC

Under Section 203 of the Limited Liability Company Law.

<u>FIRST</u>:  The name of the limited liability company is **RICHMOND CAPITAL GROUP, LLC**.

<u>SECOND</u>:  The county within the state in which the office of the limited liability company is to be located is Albany.

<u>THIRD</u>:  The latest date on which the limited liability company is to dissolve is December 31, 2099.

<u>FOURTH</u>:  The Secretary of State is designated as agent of the limited liability company upon whom process against it may be served.   The post office address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:

> Lawrence P. Giardina, Esq.
> 8212 Third Avenue
> Brooklyn, New York 11209

<u>FIFTH</u>:  The effective date of the Articles of Organization shall be the date of filing with the Secretary of State.

<u>SIXTH</u>:  The limited liability company is to be managed by 1 or more members.

PX35 - 13

IN WITNESS WHEREOF, this certificate has been subscribed to this 24th day of October, 2013 by the undersigned who affirms that the statements made herein are true under the penalties of perjury.

*Lawrence A. Kirsch*

Lawrence A. Kirsch, Organizer

BRAWDOWN

(2013)

131025000 322

**ARTICLES OF ORGANIZATION**

**OF**

**RICHMOND CAPITAL GROUP, LLC**

**Under Section 203 of the Limited Liability Company Law**

FILED
2013 OCT 25 AM 11: 13

RECEIVED
2013 OCT 24 PM 3: 08

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED   OCT 2 5 2013
TAX $_____
BY: _mbn_

Filed by:

Lawrence P. Giardina, Esq.
8212 Third Avenue
Brooklyn, New York 11209

348

140107000548

# CERTIFICATE OF CHANGE

## OF THE

## ARTICLES OF ORGANIZATION

## OF

## RICHMOND CAPITAL GROUP, LLC

Under Section 211-A of the Limited Liability Company Law.

FIRST:  The name of the limited liability company is **RICHMOND CAPITAL GROUP, LLC**.

SECOND:  The date of filing of the articles of organization is October 25, 2013.

THIRD:  The change effected hereby is:

The county location, within this state, to which the office of the limited liability company is located, is changed to New York.

IN WITNESS WHEREOF, this certificate has been subscribed to this 20th day of December, 2013 by the undersigned who affirms that the statements made herein are true under the penalties of perjury.

_Laurence A. Kirsch_

Lawrence A. Kirsch
Authorized Person

140107000548

*548*

**DRAWDOWN**

# CERTIFICATE OF CHANGE

## OF THE

## ARTICLES OF ORGANIZATION

## OF

## RICHMOND CAPITAL GROUP, LLC

### Under Section 211-A of the Limited Liability Company Law

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED   JAN 0 7 2014
TAX $
BY-

Filed by:

Lawrence P. Giardina, Esq.
8212 Third Avenue
Brooklyn, New York 11209

*582*

190506000 538

GW-13

## CERTIFICATE OF AMENDMENT

## OF THE

## ARTICLES OF ORGANIZATION

## OF

## RICHMOND CAPITAL GROUP, LLC

Under Section 211 of the Limited Liability Company Law.

FIRST:   The name of the limited liability company is **RICHMOND CAPITAL GROUP, LLC**.

SECOND:   The date of filing of the articles of organization is October 25, 2013.

THIRD:   The amendment effected by this certificate is to change the name of the entity.   Paragraph FIRST of the articles of organization is hereby amended to read:

FIRST: The name of the limited liability company is RCG ADVANCES, LLC.

IN WITNESS WHEREOF, this certificate has been subscribed to this 3rd day of May, 2019 by the undersigned who affirms that the statements made herein are true under the penalties of perjury.

*Lawrence A. Kirsch*

Lawrence A. Kirsch, Authorized Person

190506000538

DRAWDOWN

GW-13

2019 MAY -6  PM 1:36

# CERTIFICATE OF AMENDMENT

## OF THE

## ARTICLES OF ORGANIZATION

## OF

## RICHMOND CAPITAL GROUP, LLC

### Under Section 211 of the Limited Liability Company Law

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED   MAY 0 6 2019
TAX $
BY:

Filed by:

Lawrence P. Giardina, Esq.
8212 Third Avenue
Brooklyn, New York 11209

RECEIVED
2019 MAY -6  AM 10:10

# ATTACHMENT B

**September 10, 2021** | 2:42 pm

## COVID-19 Vaccines

On August 23, the FDA announced the full approval of the Pfizer-BioNTech vaccine for the prevention of COVID-19 disease in individuals age 16 and older. Read more.

**DETAILS** ›

# Department of State
## Division of Corporations

## Entity Assumed Name History

[ Return to Results ]   [ Return to Search ]

### Entity Details ︿

| | |
|---|---|
| **ENTITY NAME:** | **DOS ID:** |
| RCG ADVANCES, LLC | 4477963 |
| **FOREIGN LEGAL NAME:** | **FICTITIOUS NAME:** |
| **ENTITY TYPE:** | **DURATION DATE/LATEST DATE OF DISSOLUTION:** |
| DOMESTIC LIMITED LIABILITY COMPANY | 12/31/2099 |
| **SECTIONOF LAW:** | **ENTITY STATUS:** |
| 203 LLC - LIMITED LIABILITY COMPANY LAW | Active |
| **DATE OF INITIAL DOS FILING:** | **REASON FOR STATUS:** |
| 10/25/2013 | |
| **EFFECTIVE DATE INITIAL FILING:** | **INACTIVE DATE:** |
| 10/25/2013 | |
| **FOREIGN FORMATION DATE:** | **STATEMENT STATUS:** |
| | PAST DUE DATE |
| **COUNTY:** | **NEXT STATEMENT DUE DATE:** |
| New York | 10/31/2015 |
| **JURISDICTION:** | **NFP CATEGORY:** |
| New York, United States | |

| ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | **ASSUMED NAME HISTORY** |
|---|---|---|---|---|

Search

| File Date | Assumed Name | Assumed Name ID | Status | Principal Location |
|---|---|---|---|---|
| 06/10/2016 | RAM CAPITAL FUNDING | 491158 | Active | |
| 03/17/2015 | VICEROY CAPITAL FUNDING | 491157 | Active | |

Rows per page:  5 ▾      1-2 of 2      ‹  ›

PX35 - 21

PX35 - 22

**E-12**

**2016061000** *03*

NYS Department of State
Division of Corporations, State Records and Uniform Commercial Code
One Commerce Plaza, 99 Washington Ave,
Albany, NY 12231-0001
www.dos.ny.gov

## *Certificate of Assumed Name*
*Pursuant to General Business Law§130*

STATE OF NEW YORK
DEPARTMENT OF STATE
**FILED** JUN 10 2016
TXS. C# 376870
BY:

1. REAL NAME OF ENTITY: RICHMOND CAPITAL GROUP, LLC

1a. FICTITIOUS NAME, IF ANY, OF FOREIGN ENTITY (Not Assumed Name):

2. FORMED OR AUTHORIZED UNDER THE FOLLOWING NEW YORK LAW (Check one):

- [ ] Business Corporation Law
- [X] Limited Liability Company Law
- [ ] Religious Corporations Law
- [ ] Education Law
- [ ] Not-for-Profit Corporation Law
- [ ] Revised Limited Partnership Act
- [ ] Other (specify law):

3. ASSUMED NAME: RAM CAPITAL FUNDING

4. PRINCIPAL PLACE OF BUSINESS IN NEW YORK STATE (MUST INCLUDE NUMBER AND STREET). IF NONE, CHECK THIS BOX [ ] AND PROVIDE OUT-OF-STATE ADDRESS:

Trump Building, 40 Wall Street - 28th Floor, New York, New York 10005-1304

5. COUNTY(IES) IN WHICH ENTITY DOES OR INTENDS TO DO BUSINESS: [ ] ALL COUNTIES (or check applicable county(ies) below)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| [ ] Albany | [ ] Cattaraugus | [ ] Chenango | [ ] Delaware | [ ] Franklin | [ ] Hamilton | [ ] Lewis | [ ] Montgomery |
| [ ] Allegany | [ ] Cayuga | [ ] Clinton | [ ] Dutchess | [ ] Fulton | [ ] Herkimer | [ ] Livingston | [ ] Nassau |
| [ ] Bronx | [ ] Chautauqua | [ ] Columbia | [ ] Erie | [ ] Greene | [ ] Jefferson | [ ] Madison | [X] New York |
| [ ] Broome | [ ] Chemung | [ ] Cortland | [ ] Essex | [ ] Genesee | [ ] Kings | [ ] Monroe | [ ] Niagara |
| [ ] Oneida | [ ] Orleans | [ ] Queens | [ ] St. Lawrence | [ ] Schuyler | [ ] Steuben | [ ] Warren | [ ] Wyoming |
| [ ] Onondaga | [ ] Oswego | [ ] Rensselaer | [ ] Saratoga | [ ] Seneca | [ ] Suffolk | [ ] Washington | [ ] Yates |
| [ ] Ontario | [ ] Otsego | [ ] Richmond | [ ] Schenectady | [ ] Tompkins | [ ] Sullivan | [ ] Wayne | |
| [ ] Orange | [ ] Putnam | [ ] Rockland | [ ] Schoharie | [ ] Ulster | [ ] Tioga | [ ] Westchester | |

6. ADDRESS OF EACH LOCATION, INCLUDING NUMBER AND STREET, IF ANY, OF EACH PLACE WHERE THE ENTITY CARRIES ON, CONDUCTS OR TRANSACTS BUSINESS IN NEW YORK STATE. Use page 2 if needed. The address(es) must be a number and street, city state and zip code. The address(es) reflected in paragraph 6 must be within the county(ies) indicated in paragraph 5. If none, check the box: [ ] No New York State Business Location

125 Maiden Lane, New York, New York 10038

Name of Signer: ROBERT L. GIARDINA          Signature:

Capacity of Signer (Check one):
- [ ] Officer of the Corporation
- [ ] General Partner of the Limited Partnership
- [ ] Member of the Limited Liability Company
- [X] Manager of the Limited Liability Company
- [ ] Authorized Person

Filer: Name: LAWRENCE P. GIARDINA, ESQ.

Mailing Address: 8212 Third Avenue

City, State and Zip Code: Brooklyn, New York 11209

NOTE: This form was prepared by the New York State Department of State. You are not required to use this form. All documents should be prepared under the guidance of an attorney. The certificate must be submitted with a $25 fee. For corporations, the Department of State also collects the following, additional, county clerk fees for each county in which a corporation does or intends to do business as indicated in paragraph 5: $100 for each county within New York City (Bronx, Kings, New York, Queens and Richmond) and $25 for each county outside New York City. All checks over $500 must be certified.

DOS-1338-f-l (Rev. 10/13)          131035100322

Page 1 of 2
PX35 - 23

NYS Department of State
Division of Corporations, State Records and Uniform Commercial Code
One Commerce Plaza, 99 Washington Ave,
Albany, NY 12231-0001
www.dos.ny.gov

# *Certificate of Assumed Name*
*Pursuant to General Business Law§130*

1. REAL NAME OF ENTITY: RICHMOND CAPITAL GROUP, LLC

1a. FICTITIOUS NAME, IF ANY, OF FOREIGN ENTITY (Not Assumed Name):

2. FORMED OR AUTHORIZED UNDER THE FOLLOWING NEW YORK LAW (Check one):

- [ ] Business Corporation Law
- [x] Limited Liability Company Law
- [ ] Religious Corporations Law
- [ ] Education Law
- [ ] Not-for-Profit Corporation Law
- [ ] Revised Limited Partnership Act
- [ ] Other (specify law):

3. ASSUMED NAME: VICEROY CAPITAL FUNDING

4. PRINCIPAL PLACE OF BUSINESS IN NEW YORK STATE (MUST INCLUDE NUMBER AND STREET). IF NONE, CHECK THIS BOX [ ] AND PROVIDE OUT-OF-STATE ADDRESS:

Trump Building, 40 Wall Street - 28th Floor, New York, New York 10005-1304

5. COUNTY(IES) IN WHICH ENTITY DOES OR INTENDS TO DO BUSINESS: [ ] ALL COUNTIES (or check applicable county(ies) below)

- [ ] Albany
- [ ] Allegany
- [ ] Bronx
- [ ] Broome
- [ ] Cattaraugus
- [ ] Cayuga
- [ ] Chautauqua
- [ ] Chemung
- [ ] Chenango
- [ ] Clinton
- [ ] Columbia
- [ ] Cortland
- [ ] Delaware
- [ ] Dutchess
- [ ] Erie
- [ ] Essex
- [ ] Franklin
- [ ] Fulton
- [ ] Greene
- [ ] Genesee
- [ ] Hamilton
- [ ] Herkimer
- [ ] Jefferson
- [ ] Kings
- [ ] Lewis
- [ ] Livingston
- [ ] Madison
- [ ] Monroe
- [ ] Montgomery
- [ ] Nassau
- [x] New York
- [ ] Niagara

- [ ] Oneida
- [ ] Onondaga
- [ ] Ontario
- [ ] Orange
- [ ] Orleans
- [ ] Oswego
- [ ] Otsego
- [ ] Putnam
- [ ] Queens
- [ ] Rensselaer
- [ ] Richmond
- [ ] Rockland
- [ ] St. Lawrence
- [ ] Saratoga
- [ ] Schenectady
- [ ] Schoharie
- [ ] Schuyler
- [ ] Seneca
- [ ] Tompkins
- [ ] Ulster
- [ ] Steuben
- [ ] Suffolk
- [ ] Sullivan
- [ ] Tioga
- [ ] Warren
- [ ] Washington
- [ ] Wayne
- [ ] Westchester
- [ ] Wyoming
- [ ] Yates

6 ADDRESS OF EACH LOCATION, INCLUDING NUMBER AND STREET, IF ANY, OF EACH PLACE WHERE THE ENTITY CARRIES ON, CONDUCTS OR TRANSACTS BUSINESS IN NEW YORK STATE. Use page 2 if needed. The address(es) must be a number and street, city state and zip code. The address(es) reflected in paragraph 6 must be within the county(ies) indicated in paragraph 5. If none, check the box: [ ] **No New York State Business Location**

125 Maiden Lane, New York, New York 10038

Name of Signer: ROBERT L. GIARDINA          Signature: *Robert Giardina*

Capacity of Signer (Check one):
- [ ] Officer of the Corporation
- [ ] General Partner of the Limited Partnership
- [ ] Member of the Limited Liability Company
- [x] Manager of the Limited Liability Company
- [ ] Authorized Person

Filer: Name: LAWRENCE P. GIARDINA, ESQ.

Mailing Address: 8212 Third Avenue

City, State and Zip Code: Brooklyn, New York 11209

NOTE: This form was prepared by the New York State Department of State. You are not required to use this form. All documents should be prepared under the guidance of an attorney. The certificate must be submitted with a $25 fee. For corporations, the Department of State also collects the following, additional, county clerk fees for each county in which a **corporation** does or intends to do business as indicated in paragraph 5: $100 for each county within New York City (Bronx, Kings, New York, Queens and Richmond) and $25 for each county outside New York City. All checks over $500 must be certified.

DOS-1338-f-l  (Rev. 10/13)

```
N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS                              ALBANY, NY  12231-0001
                                   FILING   RECEIPT
 ===========================================================================
ENTITY NAME : RICHMOND CAPITAL GROUP, LLC

DOCUMENT TYPE : ASSUMED NAME LTD LIABILITY CO
 ===========================================================================
    FILER:                                       FILED:  03/17/2015
    ------                                        CASH#:  345562
                                                  FILM#:  20150317067

    LAWRENCE P GIARDINA ESQ
    8212 THIRD AVE

    BROOKLYN NY  11209



    PRINCIPAL LOCATION
    ------------------

    TRUMP BLDG 40 WALL ST
    28TH FL
    NEW YORK
    NY   10005-1304




    COMMENT:


    ASSUMED NAME
    ------------
    VICEROY CAPITAL FUNDING
```

```
 ===========================================================================
SERVICE COMPANY  : GERALD WEINBERG, INC.                    CODE:  14
                                                            BOX :  47


   FEES       60.00                          PAYMENTS:  60.00
   ----                                      --------
   FILING :   25.00                          CASH    :
   COUNTY :     .00                          CHECK   :  60.00
   COPIES :   10.00                          C CARD  :
   MISC   :     .00
   HANDLE :   25.00
                                             REFUND  :
                                             ------
 ===========================================================================
```

# ATTACHMENT C

# RICHMOND CAPITAL GROUP WORKS WITH YOUR BUSINESS

GET YOUR BUSINESS THE CASH IT NEEDS IN 48 HOURS

PH: (855)662-9303

FX: (855)204-0222

## SIGN UP TO FIND OUT MORE!

Full Name or Company Name

Enter your email

Phone Number

0 - $2,500

Get Started

We will never spam you, or sell your email to third parties.
By clicking "Register Now" you accept our **Privacy Policy (privacy-policy.html)**



Richmond Capital Group (https://plus.google.com/u/0/b/108386459837400... (https://twitter.com/RichmondCG1/ (https://www.linkedin.com/in/richmond-(https://www.facebook.com/pages/Richmond-Capital-Group)

125 Maiden Lane Ste.501

New York, NY 10038

© Copyright 2014 Richmond Capital Group All Right Reserved

PX35 - 27

file:///K:/BCP/1148DFP/Cases/Richmond Capital Group_1923252/Web captures/Richmondcapitalgroup.com/richmond capital group/www.richmondcap…    1/1

Home (index-2.html)  /  About Us

# A few words about **what we do**

We offer business financing starting at $1,000 up to $1,000,000 to existing businesses in any industry, meaning the business must be at least 6 months old.

### Why Choose Us?

Richmond Capital Group is a direct funder providing small business loan alternatives to small business owners who own existing businesses. We fund all types of business including those who do not qualify for traditional bank loans due to bad credit, limited credit history, high risk designation or any other reason. We do not require business plans to approve funding, and we need no personal guarantee of collateral from business owners seeking our merchant cash advances. Essentially, when we give a merchant cash advance we are purchasing a portion of your future sales.



### Believe In What We Do

Our bad credit business loan alternatives are designed with small business owners in mind, with no fixed repayment term and payment structures that put minimal strain on business cash flow. Business owners who have applied for small business loans, even bad credit business loans or no collateral loans, and have been rejected are encouraged to apply. You may be surprised what a merchant cash advance can do for your small business.

### Simplified With You In Mind

By simply filling out the application form, you will be contacted shortly by one of our experienced representatives who can get you the working capital your business is looking for within 48 hours. All you have to do is have access to a phone and printer, it's easy as that. Richmond Capital Group knows that a timely application process and a fast approval are important to our Clients. We will not waste any of your time with our procedures and we know you will be more than happy with our results.



## 10013

Happy Clients

## 851

Finished Projects

PX35 - 28

# Ready to see **what we can offer you?**

**GET STARTED HERE (INDEX.HTML)**

© Copyright 2014 Richmond Capital Group All Right Reserved

(https://www.facebook capital group)

PX35 - 29

file:///K:/BCP/1148DFP/Cases/Richmond Capital Group_1923252/Web captures/Richmondcapitalgroup.com/richmond capital group/www.richmondcap…    2/2

Home (index-2.html)  /  FAQs

# Have a few questions? **We have the answers!**

Here are some inquiries that you may ask when applying for a business loan.

## General Questions

### What are the basic requirements?

1 year in business, in the US, personal credit score of 500 Annual revenue of 100K. Where Banks say no we SAY YES!

### What is the application process?

We actually want to help not like banks finding reasons not to help! We are fast in 24 hours we can approve your business. Fast Funding, Values Cash Flow, Not Credit Score, Builds Business Credit for your company Minimal paper work Transparent Rates and fees. 3 months of bank statements, State Drivers License or State ID, Tax ID # and years in business gets your business started.

### How quickly will I receive my loan?

Most Loans are completed and money your business account within 48 hours.

## Working With Our Team

### How do you determine how much cash someone gets?

Our Minimum qualifications are less intense than banks. We focus on getting your business approved! We look at your last 4 months of business receivables, and how much money your need is how we determined your loan amount.

### What type of businesses do you work with?

At Richmond Capital Group we work with over 725 different types of business. Restaurants, Construction, Marketing, Retail, you name it we can help!

# Ready to see **what we can offer you?**

**GET STARTED HERE (INDEX.HTML)**

© Copyright 2014 Richmond Capital Group All Right Reserved

f  y  g+  in

(https://www.facebook.com/Richmond capital group)

Home (index-2.html)  /  How It Works

# HOW DOES IT WORK

What we do is incredibly complex but, for our clients, we keep it very simple.



## A Business Finance plan that works for you

### R.C.G. has built a Business Finance plan that can help existing businesses flourish

As soon as you make a request for financing, we assess your application based on your most recent business activity. Once approved, we develop a custom payback plan designed to encourage your business's growth while protecting your cash flow.

- ✔ **Bad Credit Okay**
- ✔ **No Credit or Collateral Requirements**
- ✔ **No Application Fees**
- ✔ **No Upfront Costs**
- ✔ **Affordable Payment Schedules**

## Ready to see **what we can offer you?**

### GET STARTED HERE (INDEX.HTML)

# Some Benefits you'll receive with **Richmond Capital Group**

Here are just a few things you can look forward to when you make the choice to apply.

**Client Chemistry**

We are willing to work with clients on payment options to fit their individual needs.

**Speedy Process**

We know your time is valuable and R.C.G. your time will never be wasted.

**Get Started Online**

Quick and easy Application submissions made available on our website for your convience.

---

© Copyright 2014 Richmond Capital Group All Right Reserved

(https...)

capital

group)

PX35 - 32

file:///K:/BCP/1148DFP/Cases/Richmond Capital Group_1923252/Web captures/Richmondcapitalgroup.com/richmond capital group/www.richmondcap…    2/2

Home (index-2.html) / Pricing

# **Do you know business owners** that may need funding for their businesses?

## Do you have access to a channel that produces qualified referrals **looking for business financing?**

Then join our ISO/Agents Program and earn commissions while fulfilling your business contacts' need for capital with our portfolio of financial solutions.

As the direct funding source for retail merchants, restaurant owners and professional service providers, Richmond Capital Group (RCG) provides financing in the form of small business loans and merchant cash advances for any business use— purchasing equipment, expansion or renovations, or simply a boost in working capital to help buffer day-to-day operating expenses. More and more small business owners are looking for funding as banks and traditional lenders continue to reduce the lines of credit they are extending to businesses. By joining our ISO/Agents Program, you can help address this growing need and earn an additional revenue stream when your referrals fund with RCG. Referring clients to RCG is a simple, streamlined process. Our business funding solutions offer clear advantages to merchants in terms of flexible pricing and payback options, and the speed in which they can obtain the



money necessary for growth. With ongoing support from direct funding advisors and a dedicated underwriting team, our goal is to make your job simple and get your clients the capital they are looking for as quickly as possible.With an extensive product line, dedicated in-house support and strong financial backing, let Richmond Capital Group be your dedicated partner in providing financial solutions to your clients.

© Copyright 2014 Richmond Capital Group All Right Reserved

f   y   g+   in

(https(https(https(https://twww.fwww.faebok.euspel.com/ulestedis/nh-mond capital group)

PX35 - 33

file:///K:/BCP/1148DFP/Cases/Richmond Capital Group_1923252/Web captures/Richmondcapitalgroup.com/richmond capital group/www.richmondcap…   1/1

Home (index-2.html)  /  Privacy Policy

## Privacy Policy Statement

Your privacy is important to us. To better protect your privacy we provide this notice explaining our online information practices and the choices you can make about the way your information is collected and used. To make this notice easy to find, we make it available on our homepage and at every point where personally identifiable information may be requested.

# Ready to see **what we can offer you?**

**GET STARTED HERE (INDEX.HTML)**

© Copyright 2014 Richmond Capital Group All Right Reserved

f   t   g+   in

(https(Rtwipt/wfplcetdit2p8ka
capital
group)

PX35 - 34

file:///K:/BCP/1148DFP/Cases/Richmond Capital Group_1923252/Web captures/Richmondcapitalgroup.com/richmond capital group/www.richmondcap…   1/1



PX35 - 35



HOME        HOW IT WORKS        ISO AGENTS        FAQ

# A few words about **what we do**

We offer business financing starting at $1,000 up to $1,000,000 to existing businesses in any industry, meaning the business must be at least 6 months old.

## Why Choose Us?

Richmond Capital Group is a direct funder providing small business loan alternatives to small business owners who own existing businesses. We fund all types of business including those who do not qualify for traditional bank loans due to bad credit, limited credit history, high risk designation or any other reason. We do not require business plans to approve funding, and we need no personal guarantee of collateral from business owners seeking our merchant cash advances. Essentially, when we give a merchant cash advance we are purchasing a portion of your future sales.

## Believe In What We Do

Our bad credit business loan alternatives are designed with small business owners in mind, with no fixed repayment term and payment structures that put minimal strain on business cash flow. Business owners who have applied for small business loans, even bad credit business loans or no collateral loans, and have been rejected are encouraged to apply. You may be surprised what a merchant cash advance can do for your small business.

## Simplified With You In Mind

By simply filling out the application form, you will be contacted shortly by one of our experienced representatives who can get you the working capital your business is looking for within 48 hours. All you have to do is have access to a phone and printer, it's easy as that. Richmond Capital Group knows that a timely application process and a fast approval are important to our Clients. We will not waste any of your time with our procedures and we know you will by more than happy with our results.





## 10013

Happy Clients



## 851

Finished Projects



HOME    ABOUT US    ISO AGENTS    FAQ

# HOW DOES IT WORK

What we do is incredibly complex but, for our clients, we keep it very simple.



## A Business Finance plan that works for you

### R.C.G. has built a Business Finance plan that can help existing businesses flourish

As soon as you make a request for financing, we assess your application based on your most recent business activity. Once approved, we develop a custom payback plan designed to encourage your business's growth while protecting your cash flow.

✔ Bad Credit Okay

✔ No Credit or Collateral Requirements

✔ No Application Fees

✔ No Upfront Costs

✔ Affordable Payment Schedules

## Ready to see **what we can offer you?**

GET STARTED HERE

PX35 - 37



HOME   ABOUT US   HOW IT WORKS   FAQ

# Do you know business owners that may need funding for their businesses?

## Do you have access to a channel that produces qualified referrals looking for business financing?

Then join our ISO/Agents Program and earn commissions while fulfilling your business contacts' need for capital with our portfolio of financial solutions.

As the direct funding source for retail merchants, restaurant owners and professional service providers, Richmond Capital Group (RCG) provides financing in the form of small business loans and merchant cash advances for any business use—purchasing equipment, expansion or renovations, or simply a boost in working capital to help buffer day-to-day operating expenses. More and more small business owners are looking for funding as banks and traditional lenders continue to reduce the lines of credit they are extending to businesses. By joining our ISO/Agents Program, you can help address this growing need and earn an additional revenue stream when your referrals fund with RCG. Referring clients to RCG is a simple, streamlined process. Our business funding solutions offer clear advantages to merchants in terms of flexible pricing and payback options, and the speed in which they can obtain the money necessary for growth. With ongoing support from direct funding advisors and a dedicated underwriting team, our goal is to make your job simple and get your clients the capital they are looking for as quickly as possible. With an extensive product line, dedicated in-



house support and strong financial backing, let Richmond Capital Group be your dedicated partner in providing financial solutions to your clients.



HOME     ABOUT US     HOW IT WORKS     ISO AGENTS

## Have a few questions? **We have the answers!**

Here are some inquiries that you may ask when applying for a business loan.

## General Questions

### What are the basic requirements?

1 year in business, in the US, personal credit score of 500 Annual revenue of 100K. Where Banks say no we SAY YES!

### What is the application process?

We actually want to help not like banks finding reasons not to help! We are fast in 24 hours we can approve your business. Fast Funding, Values Cash Flow, Not Credit Score, Builds Business Credit for your company Minimal paper work Transparent Rates and fees. 3 months of bank statements, State Drivers License or State ID, Tax ID # and years in business gets your business started.

### How quickly will I receive my loan?

Most Loans are completed and money your business account within 48 hours.

## Working With Our Team

### How do you determine how much cash someone gets?

Our Minimum qualifications are less intense than banks. We focus on getting your business approved! We look at your last 4 months of business receivables, and how much money your need is how we determined your loan amount.

### What type of businesses do you work with?

At Richmond Capital Group we work with over 725 different types of business. Restaurants, Construction, Marketing, Retail, you name it we can help!

## Ready to see **what we can offer you?**

GET STARTED HERE

© Copyright 2014 Richmond Capital Group All Right Reserved

f  y  g+  in

# ATTACHMENT D

# Shopper Info for Shopper ID 71792382

| | |
|---|---|
| Shopper ID: | 71792382 |
| Private Label ID: | 1 |
| Login Name: | richmondcg |
| First Name: | Robert |
| Middle Name: | |
| Last Name: | Giardina |
| Company: | Richmond Capital Group |
| Address1: | 158 Portage Ave |
| Address2: | |
| City: | Staten Island |
| State/Prov: | NY |
| Postal Code: | 10314 |
| Country: | US |
| Phone Work: | +1.9178389162 |
| Phone Home: | |
| Mobile: | |
| Fax: | |
| Email: | cpolanco@richmondcapitalgroup.com |
| BirthDate: | |
| Gender: | |
| Date Created: | 10/22/2013 8:40:05 AM |
| Last Changed By: | api-customer-consent.prod.client.int.godaddy.com |
| Last Changed By Date: | 12/21/2018 4:19:04 PM |
| Status: | |
| Fraud: | Verified by Fraud Dept - Customer OK |
| Shopper Pin: | |
| Password Reminder: | |
| Twitter Handle: | |

CONFIDENTIAL

# Domain List - All for Shopper ID 71792382

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| RICHMONDCAPITALGROUP.COM | 0 Active | 10/22/2013 | 10/22/2019 | 609805326 |
| MERCHANTMONEYTODAY.COM | 0 Active | 12/11/2013 | 12/11/2019 | 629228929 |
| crgny1027.com | 0 Active | 12/16/2018 | 12/16/2021 | 1414618489 |

CONFIDENTIAL

# Domain Information for Shopper ID 71792382

| | |
|---|---|
| Shopper ID: | 71792382 |
| Domain Name: | RICHMONDCAPITALGROUP.COM |
| Registrar: | GoDaddy.com, LLC |
| Registration Period: | 5 |
| Create Date: | 10/22/2013 11:09:01 AM |
| Expiration Date: | 10/22/2019 11:09:01 AM |
| Update Date: | 10/23/2016 12:09:08 PM |
| Transfer Away Eligibility Date: | |
| Status: | 0 Active |
| Is Certified Domain: | False |
| Gaining Registrar Name: | |
| Transferred Away Date: | |
| Last Modified: | 8/10/2017 11:37:40 AM |
| Custom DNS: | Yes |
| Name Servers: | ns13.domaincontrol.com |
| | ns14.domaincontrol.com |
| Auto Renew: | Yes |
| Renew Period: | 0 |

## Registrant Contact

| | |
|---|---|
| Name: | Robert Giardina |
| Company: | Richmond Capital Group |
| Email: | friedcalama@aol.com |
| Address 1: | 158 Portage Ave |
| Address 2: | |
| City: | Staten Island |
| State/Province: | New York |
| Postal Code: | 10314 |
| Country: | United States |
| Phone: | 9178389162 |
| Fax: | |
| Modify Time: | 10/22/2013 9:08:33 AM |

## Technical Contact

| | |
|---|---|
| Name: | Robert Giardina |
| Company: | Richmond Capital Group |
| Email: | friedcalama@aol.com |
| Address 1: | 158 Portage Ave |
| Address 2: | |
| City: | Staten Island |
| State/Province: | New York |
| Postal Code: | 10314 |
| Country: | United States |
| Phone: | 9178389162 |
| Fax: | |
| Modify Time: | 10/22/2013 9:08:33 AM |

## Administrative Contact

| | |
|---|---|
| Name: | Robert Giardina |
| Company: | Richmond Capital Group |
| Email: | friedcalama@aol.com |
| Address 1: | 158 Portage Ave |
| Address 2: | |
| City: | Staten Island |
| State/Province: | New York |
| Postal Code: | 10314 |
| Country: | United States |
| Phone: | 9178389162 |
| Fax: | |
| Modify Time: | 10/22/2013 9:08:33 AM |

## Billing Contact

| | |
|---|---|
| Name: | Robert Giardina |
| Company: | Richmond Capital Group |
| Email: | friedcalama@aol.com |
| Address 1: | 158 Portage Ave |
| Address 2: | |
| City: | Staten Island |
| State/Province: | New York |
| Postal Code: | 10314 |
| Country: | United States |
| Phone: | 9178389162 |
| Fax: | |
| Modify Time: | 10/22/2013 9:08:33 AM |

CONFIDENTIAL

# Custom DNS Entries

# RICHMONDCAPITALGROUP.COM

Shopper ID:          71792382

Domain Name:      RICHMONDCAPITALGROUP.COM

| DNS Record Type | Record Name | Record Value | TTL |
|---|---|---|---|
| A | @ | 160.153.92.169 | 10800 |
| A | ADMIN | 160.153.92.169 | 10800 |
| A | FTP | 192.185.195.203 | 3600 |
| A | MAIL | 160.153.92.169 | 10800 |
| NS | @ | NS13.DOMAINCONTROL.COM. | 3600 |
| NS | @ | NS14.DOMAINCONTROL.COM. | 3600 |
| CNAME | 7ZC4UD4EF3BW | GV-2NOEZLPAD7AZUD.DV.GOOGLEHOSTED.COM. | 1800 |
| CNAME | CPANEL | @ | 10800 |
| CNAME | DOCS | GHS.GOOGLEHOSTED.COM. | 3600 |
| CNAME | EMAIL | GHS.GOOGLEHOSTED.COM. | 3600 |
| CNAME | GROUPS | GHS.GOOGLEHOSTED.COM. | 3600 |
| CNAME | SITES | GHS.GOOGLEHOSTED.COM. | 3600 |
| CNAME | VIDEO | GHS.GOOGLEHOSTED.COM. | 3600 |
| CNAME | WEBDISK | @ | 10800 |
| CNAME | WEBDISK.ADMIN | @ | 10800 |
| CNAME | WHM | @ | 10800 |
| CNAME | WWW | @ | 10800 |
| CNAME | WWW.ADMIN | @ | 10800 |
| CNAME | _DOMAINCONNECT | _DOMAINCONNECT.GD.DOMAINCONTROL.COM. | 3600 |
| SOA | @ | @ | 600 |
| MX | @ | ASPMX.L.GOOGLE.COM. | 3600 |
| MX | @ | ALT1.ASPMX.L.GOOGLE.COM. | 3600 |
| MX | @ | ALT2.ASPMX.L.GOOGLE.COM. | 3600 |
| MX | @ | ASPMX2.GOOGLEMAIL.COM. | 3600 |
| MX | @ | ASPMX3.GOOGLEMAIL.COM. | 3600 |
| TXT | @ | GOOGLE-SITE-VERIFICATION=KDA8QGAD_KUB0GHWMTIWH6-TMWCAROTHFW7PZMWBFV0 | 3600 |
| TXT | @ | GOOGLE-SITE-VERIFICATION=SOJYLSCKGHYADIJW6BHH-SSKUCQGLRB3WCFHCHFJ6U8 | 3600 |
| TXT | @ | V=SPF1 INCLUDE:_SPF.GOOGLE.COM ~ALL | 3600 |

CONFIDENTIAL

# Custom DNS Entries

# RICHMONDCAPITALGROUP.COM

| DNS Record Type | Record Name | Record Value | TTL |
|---|---|---|---|
| TXT | GOOGLE._DOMAINKEY | V=DKIM1; K=RSA; P=MIGFMA0GCSQGSIB3DQEBA QUAA4GNADCBIQKBGQDEL/H CB8XY6ZFMDYYNVCCIY+4GB MYLLX8SUIKPL3YZAO4BSMIP 88YL4EW8SRQGEJKGIQHMQZ AW08DN9JBEXNICGC08DJWBL X2JP2NWP4K0VOTKPEGFJDHR B0JMODQGIUIV+SEGPLJKSNA KFZU/IUNZQRRACDCUMOPGC IUZS9RZLQIDAQAB | 1800 |
| TXT | _DMARC.RICMONDCAPITALG ROUP.COM | V=DMARC1; SP=REJECT; RUA=MAILTO:POSTMASTER@ RICHMONCAPITALGROUP.CO M | 3600 |

CONFIDENTIAL

# Domain Information for Shopper ID 71792382

| | |
|---|---|
| Shopper ID: | 71792382 |
| Domain Name: | MERCHANTMONEYTODAY.COM |
| Registrar: | GoDaddy.com, LLC |
| Registration Period: | 5 |
| Create Date: | 12/11/2013 3:05:34 PM |
| Expiration Date: | 12/11/2019 3:05:34 PM |
| Update Date: | 12/12/2016 5:18:03 AM |
| Transfer Away Eligibility Date: | |
| Status: | 0 Active |
| Is Certified Domain: | False |
| Gaining Registrar Name: | |
| Transferred Away Date: | |
| Last Modified: | 7/12/2017 7:04:42 AM |
| Custom DNS: | Yes |
| Name Servers: | ns55.domaincontrol.com |
| | ns56.domaincontrol.com |
| Auto Renew: | No |
| Renew Period: | 0 |

## Registrant Contact

| | |
|---|---|
| Name: | Robert Giardina |
| Company: | |
| Email: | friedcalama@aol.com |
| Address 1: | 158 Portage Ave |
| Address 2: | |
| City: | Staten Island |
| State/Province: | New York |
| Postal Code: | 10314 |
| Country: | United States |
| Phone: | 9178389162 |
| Fax: | |
| Modify Time: | 12/11/2013 1:04:27 PM |

## Technical Contact

| | |
|---|---|
| Name: | Robert Giardina |
| Company: | |
| Email: | friedcalama@aol.com |
| Address 1: | 158 Portage Ave |
| Address 2: | |
| City: | Staten Island |
| State/Province: | New York |
| Postal Code: | 10314 |
| Country: | United States |
| Phone: | 9178389162 |
| Fax: | |
| Modify Time: | 12/11/2013 1:04:27 PM |

## Administrative Contact

| | |
|---|---|
| Name: | Robert Giardina |
| Company: | |
| Email: | friedcalama@aol.com |
| Address 1: | 158 Portage Ave |
| Address 2: | |
| City: | Staten Island |
| State/Province: | New York |
| Postal Code: | 10314 |
| Country: | United States |
| Phone: | 9178389162 |
| Fax: | |
| Modify Time: | 12/11/2013 1:04:27 PM |

## Billing Contact

| | |
|---|---|
| Name: | Robert Giardina |
| Company: | |
| Email: | friedcalama@aol.com |
| Address 1: | 158 Portage Ave |
| Address 2: | |
| City: | Staten Island |
| State/Province: | New York |
| Postal Code: | 10314 |
| Country: | United States |
| Phone: | 9178389162 |
| Fax: | |
| Modify Time: | 12/11/2013 1:04:27 PM |

CONFIDENTIAL

# Custom DNS Entries

# MERCHANTMONEYTODAY.COM

Shopper ID:          71792382

Domain Name:     MERCHANTMONEYTODAY.COM

| DNS Record Type | Record Name | Record Value | TTL |
|---|---|---|---|
| A | @ | 50.63.202.49 | 600 |
| NS | @ | NS55.DOMAINCONTROL.COM. | 3600 |
| NS | @ | NS56.DOMAINCONTROL.COM. | 3600 |
| CNAME | CALENDAR | CALENDAR.SECURESERVER.NET. | 3600 |
| CNAME | EMAIL | EMAIL.SECURESERVER.NET. | 3600 |
| CNAME | FAX | FAX.SECURESERVER.NET. | 3600 |
| CNAME | FILES | FILES.SECURESERVER.NET. | 3600 |
| CNAME | FTP | @ | 3600 |
| CNAME | IMAP | IMAP.SECURESERVER.NET. | 3600 |
| CNAME | MAIL | POP.SECURESERVER.NET. | 3600 |
| CNAME | MOBILEMAIL | MOBILEMAIL-V01.PROD.MESA1.SECURESERVER.NET. | 3600 |
| CNAME | POP | POP.SECURESERVER.NET. | 3600 |
| CNAME | SMTP | SMTP.SECURESERVER.NET. | 3600 |
| CNAME | WWW | @ | 3600 |
| CNAME | _DOMAINCONNECT | _DOMAINCONNECT.GD.DOMAINCONTROL.COM. | 3600 |
| SOA | @ | @ | 3600 |
| MX | @ | SMTP.SECURESERVER.NET. | 3600 |
| MX | @ | MAILSTORE1.SECURESERVER.NET. | 3600 |

CONFIDENTIAL

# Domain Information for Shopper ID 71792382

| | |
|---|---|
| Shopper ID: | 71792382 |
| Domain Name: | crgny1027.com |
| Registrar: | GoDaddy.com, LLC |
| Registration Period: | 3 |
| Create Date: | 12/16/2018 6:03:42 PM |
| Expiration Date: | 12/16/2021 6:03:42 PM |
| Update Date: | 12/16/2018 6:03:42 PM |
| Transfer Away Eligibility Date: | |
| Status: | 0 Active |
| Is Certified Domain: | False |
| Gaining Registrar Name: | |
| Transferred Away Date: | |
| Last Modified: | 12/16/2018 4:03:43 PM |
| Custom DNS: | Yes |
| Name Servers: | ns51.domaincontrol.com |
| | ns52.domaincontrol.com |
| Auto Renew: | No |
| Renew Period: | 0 |

## Registrant Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | crgny1027.com@domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 14455 N. Hayden Road |
| City: | Scottsdale |
| State/Province: | Arizona |
| Postal Code: | 85260 |
| Country: | United States |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Modify Time: | 12/16/2018 4:03:39 PM |

## Technical Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | crgny1027.com@domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 14455 N. Hayden Road |
| City: | Scottsdale |
| State/Province: | Arizona |
| Postal Code: | 85260 |
| Country: | United States |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Modify Time: | 12/16/2018 4:03:39 PM |

## Administrative Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | crgny1027.com@domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 14455 N. Hayden Road |
| City: | Scottsdale |
| State/Province: | Arizona |
| Postal Code: | 85260 |
| Country: | United States |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Modify Time: | 12/16/2018 4:03:39 PM |

## Billing Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | crgny1027.com@domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 14455 N. Hayden Road |
| City: | Scottsdale |
| State/Province: | Arizona |
| Postal Code: | 85260 |
| Country: | United States |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Modify Time: | 12/16/2018 4:03:39 PM |

CONFIDENTIAL

# Custom DNS Entries

# crgny1027.com

Shopper ID:        71792382

Domain Name:      crgny1027.com

| DNS Record Type | Record Name | Record Value | TTL |
|---|---|---|---|
| A | @ | PARKED | 600 |
| NS | @ | NS51.DOMAINCONTROL.COM. | 3600 |
| NS | @ | NS52.DOMAINCONTROL.COM. | 3600 |
| CNAME | WWW | @ | 3600 |
| CNAME | ZDX2KTPJ344O | GV-UKEMXBZFIMHATY.DV.GOOGLEHOSTED.COM. | 3600 |
| CNAME | _DOMAINCONNECT | _DOMAINCONNECT.GD.DOMAINCONTROL.COM. | 3600 |
| SOA | @ | @ | 3600 |
| MX | @ | ASPMX.L.GOOGLE.COM. | 3600 |
| MX | @ | ALT1.ASPMX.L.GOOGLE.COM. | 3600 |
| MX | @ | ALT2.ASPMX.L.GOOGLE.COM. | 3600 |
| MX | @ | ALT3.ASPMX.L.GOOGLE.COM. | 3600 |
| MX | @ | ALT4.ASPMX.L.GOOGLE.COM. | 3600 |
| TXT | @ | V=SPF1 INCLUDE:_SPF.GOOGLE.COM ~ALL | 3600 |

CONFIDENTIAL

# Notes for Shopper ID 71792382
## 5/1/2016 to 5/28/2019

| Entered Date / By | Note |
|---|---|
| 4/19/2019 7:15:47 AM / Stoker, Jonathan / Client IP: GoDaddy Internal | Finesse: Task US SEO Consultation shopper requested to be called back at schedule time. |
| 4/19/2019 7:15:25 AM / Stoker, Jonathan / Client IP: GoDaddy Internal | Jonathan Stoker accessed account with reason "Lynx Outbound Tasks". Validation was skipped. |
| 3/18/2019 8:18:39 AM / Wheeler, Foster / Client IP: GoDaddy Internal | Finesse: An outbound Website Security Non-Openers call was made. Left Automated Phone message. |
| 3/18/2019 8:18:28 AM / Wheeler, Foster / Client IP: GoDaddy Internal | Foster Wheeler accessed account with reason "Lynx Outbound Tasks". Validation was skipped. |
| 2/14/2019 7:27:58 AM / Dillard, London / Client IP: GoDaddy Internal | Finesse: An outbound SEV Upsell To Paid Services call was made. Left Automated Phone message. |
| 2/14/2019 7:27:56 AM / Dillard, London / Client IP: GoDaddy Internal | London Dillard accessed account with reason "Lynx Outbound Tasks". Validation was skipped. |
| 2/14/2019 7:27:00 AM / Auth Platform / Client IP: GoDaddy Internal | Shopper 71792382 was impersonated by London Dillard, employee ldillard |
| 2/7/2019 7:40:23 AM / Jerome, Anthony / Client IP: GoDaddy Internal | Finesse: An outbound SEV Upsell To Paid Services call was made. Customer was not reached. |
| 2/7/2019 7:40:23 AM / Jerome, Anthony / Client IP: GoDaddy Internal | Survey was saved with customer unavailable. |
| 2/7/2019 7:40:20 AM / Jerome, Anthony / Client IP: GoDaddy Internal | Anthony Jerome accessed account with reason "Lynx Outbound Tasks". Validation was skipped. |
| 2/7/2019 7:40:00 AM / Auth Platform / Client IP: GoDaddy Internal | Shopper 71792382 was impersonated by Anthony Jerome, employee ajerome |
| 1/2/2019 7:41:22 AM / Kando, Edward / Client IP: GoDaddy Internal | Finesse: An outbound SEV Upsell To Paid Services call was made. Left Automated Phone message. |
| 1/2/2019 7:41:17 AM / Kando, Edward / Client IP: GoDaddy Internal | Edward Kando accessed account with reason "Lynx Outbound Tasks". Validation was skipped. |
| 1/2/2019 7:41:00 AM / Auth Platform / Client IP: GoDaddy Internal | Shopper 71792382 was impersonated by Edward Kando, employee ekando |
| 12/17/2018 9:20:01 AM / gdBAEmail.Email / Client IP: GoDaddy Internal | Success Email for Order: 1414979061 sent to: cpolanco@richmondcapitalgroup.com, using primary payment method. |
| 12/16/2018 4:04:37 PM / RegRaaVerifyMailerSvc / Client IP: GoDaddy Internal | Registrar Verification E-mail sent to cpolanco@richmondcapitalgroup.com Namespace: Domain Type: DomainRegistrationVerifyEmail Messaging Tracking GUID: c51871ba-4e72-4c18-a90a-6f8e9a09825d |
| 12/16/2018 4:03:42 PM / RegAgentSvc / Client IP: GoDaddy Internal | Domain name crgny1027.com registered |
| 12/16/2018 4:03:39 PM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain CRGNY1027.COM privacy set up.  DBP customer number is 204638260. |
| 12/16/2018 4:03:38 PM / pci.eCommClient.prod.intranet.gdg / Client IP: GoDaddy Internal | New preference.marketId: "en-US" |
| 12/14/2018 10:27:24 PM / Customer / Client IP: 65.246.174.100 | Domains (Manage All) account accessed |
| 12/14/2018 4:28:04 AM / Customer / Client IP: 100.2.11.198 | Domains (Manage All) account accessed |
| 11/9/2018 9:46:00 AM / Barnett, Aaron / Client IP: GoDaddy Internal | Finesse: An outbound SEV Upsell To Paid Services call was made. Left Automated Phone message. |
| 11/9/2018 9:45:56 AM / Barnett, Aaron / Client IP: GoDaddy Internal | Aaron Barnett accessed account with reason "Lynx Outbound Tasks". Validation was skipped. |

CONFIDENTIAL

# Notes for Shopper ID 71792382
## 5/1/2016 to 5/28/2019

| Entered Date / By | Note |
|---|---|
| 11/9/2018 9:45:00 AM / Auth Platform / Client IP: GoDaddy Internal | Shopper 71792382 was impersonated by Aaron Barnett, employee aaron5599 |
| 10/8/2018 7:29:06 AM / Dodd, Joey / Client IP: GoDaddy Internal | Finesse: An outbound SEV Upsell To Paid Services call was made. Left Automated Phone message. |
| 10/8/2018 7:28:45 AM / Dodd, Joey / Client IP: GoDaddy Internal | Joey Dodd accessed account with reason "Lynx Outbound Tasks". Validation was skipped. |
| 10/8/2018 7:28:00 AM / Auth Platform / Client IP: GoDaddy Internal | Shopper 71792382 was impersonated by Joey Dodd, employee jdodd |
| 8/10/2018 12:00:37 AM / InactiveTrial / Client IP: GoDaddy Internal | Cancelling: Starter Email - 1 Year OrderID: 1173069965 RowID: 1 Namespace:prtnremail ResourceID: 353508309 |
| 7/6/2018 7:34:09 AM / Sambrano, Stefan / Client IP: GoDaddy Internal | spoke with Robert Giardina CB# +1.9178389162 regarding an outbound task<br><br>Additional Comments:<br>cdt sent info on ssl |
| 7/6/2018 7:34:00 AM / Sambrano, Stefan / Client IP: GoDaddy Internal | Finesse: An outbound SEV Upsell To Paid Services call was made. Customer was contacted. |
| 7/6/2018 7:30:25 AM / Sambrano, Stefan / Client IP: GoDaddy Internal | Stefan Sambrano accessed account with reason "Lynx Outbound Tasks". Validation was skipped. |
| 7/6/2018 7:30:00 AM / Auth Platform / Client IP: GoDaddy Internal | Shopper 71792382 was impersonated by Stefan Sambrano, employee ssambrano |
| 6/11/2018 7:10:29 AM / RenewalNoticeSvc / Client IP: GoDaddy Internal | Sending renewal notice to shopper 71792382 for 1 NonDomain resource(s) set to expire on Aug. 10, 2018 |
| 6/1/2018 8:05:09 AM / Eustace, Kane / Client IP: GoDaddy Internal | Finesse: An outbound SEV Upsell To Paid Services call was made. Left Automated Phone message. |
| 6/1/2018 8:05:03 AM / Eustace, Kane / Client IP: GoDaddy Internal | Kane Eustace accessed account with reason "Lynx Outbound Tasks". Validation was skipped. |
| 6/1/2018 8:05:00 AM / Auth Platform / Client IP: GoDaddy Internal | Shopper 71792382 was impersonated by Kane Eustace, employee kane3349 |
| 4/26/2018 7:36:15 AM / Cuisia, Christopher / Client IP: GoDaddy Internal | Finesse: An outbound SEV Upsell To Paid Services call was made. Left Automated Phone message. |
| 4/26/2018 7:36:08 AM / Cuisia, Christopher / Client IP: GoDaddy Internal | Christopher Cuisia accessed account with reason "Lynx Outbound Tasks". Validation was skipped. |
| 4/26/2018 7:36:00 AM / Auth Platform / Client IP: GoDaddy Internal | Shopper 71792382 was impersonated by Christopher Cuisia, employee ccuisia |
| 2/24/2018 6:23:54 AM / Office 365 prov / Client IP: GoDaddy Internal | Setting AutoRenew = 0: Starter Email - 1 Year OrderID: 1173069965 RowID: 1 Namespace:prtnremail ResourceID: 353508309 EAR: OFF |
| 2/23/2018 1:07:39 PM / Delgado, Johnny / Client IP: GoDaddy Internal | Finesse: An outbound US Domain Sales Leads call was made. Left Automated Phone message. |
| 2/23/2018 1:07:31 PM / Delgado, Johnny / Client IP: GoDaddy Internal | Johnny Delgado accessed account with reason "Lynx Outbound Tasks". Validation was skipped. |
| 2/23/2018 1:07:00 PM / Auth Platform / Client IP: GoDaddy Internal | Shopper 71792382 was impersonated by Johnny Delgado, employee johnny9046 |
| 12/17/2017 10:28:56 AM / gdBAEmail.Email / Client IP: GoDaddy Internal | Success Email for Order: 1237525460 sent to: cpolanco@richmondcapitalgroup.com, using primary payment method. |
| 12/8/2017 11:29:07 AM /  / Client IP: GoDaddy Internal | Sending renewal notice to shopper 71792382 for 1 NonDomain resource(s) set to expire on Dec. 18, 2017 |
| 10/20/2017 7:38:38 AM / Farra, Sean / Client IP: GoDaddy Internal | Finesse: An outbound US Domain Sales Leads call was made. Left Automated Phone message. |

CONFIDENTIAL

# Notes for Shopper ID 71792382
## 5/1/2016 to 5/28/2019

| Entered Date / By | Note |
|---|---|
| 10/20/2017 7:38:26 AM / Farra, Sean / Client IP: GoDaddy Internal | Sean Farra accessed account with reason "Lynx Outbound Tasks". Validation was skipped. |
| 10/20/2017 7:38:00 AM / Auth Platform / Client IP: GoDaddy Internal | Shopper 71792382 was impersonated by Sean Farra, employee sean0216 |
| 9/13/2017 6:04:16 AM / Lester, Blaine / Client IP: GoDaddy Internal | Blaine Lester accessed account with reason "General/Research". Validation was skipped. |
| 9/13/2017 6:04:00 AM / Auth Platform / Client IP: GoDaddy Internal | Shopper 71792382 was impersonated by Blaine Lester, employee blester |
| 8/14/2017 12:17:06 PM / jchesmore / Client IP: GoDaddy Internal | Hosting Support - Service: cPanel - GUID: ad9c9829-7dde-11e7-80ea-3417ebe72601 - Note: Caller: Rob<br>Callback Number: 9178389162<br><br>Notes: RICHMONDCAPITALGROUP.COM needs to have this domain as the prime to get site to go live on cPanel helped him with this<br><br>then customer asked about a refund for the website builder would have went with no but another agent put in the notes  "chat us back to process the pro ration credit for the current site since we are giving time to migrate the content form the current to he new hosting"<br>honored that per Cassidy thompson put intio ISC #bal<br><br><br>OFFERED: 0 |
| 8/14/2017 12:09:01 PM / Mulholland, Michael / Client IP: GoDaddy Internal | A refund request (ID#27574946) was Approved by Michael P Mulholland:<br> OrderID#(1042722402), Products Being Canceled: website builder<br>Reason for Canceling: customer moved to cpanel and another rep said he would get refunds and put in the notes<br>Confirmed within 30 days (post 3/14 purchase): no<br>Confirmed Within old policy (pre 3/14 purchase): yes<br>Offered ISC as Only refund Option: yes<br>Ne |
| 8/14/2017 12:09:00 PM / Mulholland, Michael / Client IP: GoDaddy Internal | Lynx: A task Refund was approved. |
| 8/14/2017 12:08:04 PM / Chesmore, Jason / Client IP: GoDaddy Internal | Refund Request #27574946 was submitted by Jason L Chesmore. #refund Products Being Canceled: website builder<br>Reason for Canceling: customer moved to cpanel and another rep said he would get refunds and put in the notes<br>Confirmed within 30 days (post 3/14 purchase): no<br>Confirmed Within old policy (pre 3/14 purchase): yes<br>Offered ISC as Only refund Option: yes<br>New product/renewal ISC was offered for: renewals |
| 8/14/2017 12:06:27 PM / Customer / Client IP: 72.68.130.82 | Cancelling: Website Builder Business - 3 years (recurring) OrderID: 609805326 RowID: 1 Namespace:wst ResourceID: 227630627 |
| 8/14/2017 11:50:18 AM / Jason L Chesmore / Client IP: GoDaddy Internal | The diablo control panel was accessed through ToolZilla. |
| 8/14/2017 11:50:00 AM / Auth Platform / Client IP: GoDaddy Internal | Shopper 71792382 was impersonated by Jason Chesmore, employee jchesmore |
| 8/14/2017 11:49:27 AM / Jason L Chesmore / Client IP: GoDaddy Internal | The diablo control panel was accessed through ToolZilla. |

CONFIDENTIAL

# Notes for Shopper ID 71792382
## 5/1/2016 to 5/28/2019

| Entered Date / By | Note |
|---|---|
| 8/14/2017 11:49:00 AM / Auth Platform / Client IP: GoDaddy Internal | Shopper 71792382 was impersonated by Jason Chesmore, employee jchesmore |
| 8/14/2017 11:48:17 AM / Chesmore, Jason / Client IP: GoDaddy Internal | Jason Chesmore accessed account with reason "General/Research". Shopper PIN. |
| 8/14/2017 11:48:00 AM / Auth Platform / Client IP: GoDaddy Internal | Shopper 71792382 was impersonated by Jason Chesmore, employee jchesmore |
| 8/14/2017 11:45:33 AM / Grieme, David / Client IP: GoDaddy Internal | spoke with Robert Giardina CB# +1.9178389162 regarding Account-Settings Account<br><br>Additional Comments:<br>created hosting account but hasn't uploaded files properly because site is showing "future site of something cool" Transferred to hosting. Sup Eric Ma |
| 8/14/2017 11:42:42 AM / Grieme, David / Client IP: GoDaddy Internal | David Grieme accessed account with reason "General/Research". Shopper PIN. |
| 8/14/2017 11:42:00 AM / Auth Platform / Client IP: GoDaddy Internal | Shopper 71792382 was impersonated by David Grieme, employee david4356 |
| 8/11/2017 5:58:04 PM / WSB / Client IP: GoDaddy Internal | WSB delegated login - 71792382:jkloss |
| 8/11/2017 11:27:41 AM / Kloss, Jonathan / Client IP: GoDaddy Internal | spoke with Robert Giardina CB# +1.9178389162 regarding cPanel Hosting<br><br>Additional Comments:<br>needed help uploading files and setting up cpanel |
| 8/11/2017 10:58:32 AM / Customer / Client IP: 172.30.0.165 | Account's Primary Domain has been changed: 3236365e-3b34-11e3-ae1c-14feb5d9f2e6. |
| 8/11/2017 10:56:08 AM / Kloss, Jonathan / Client IP: GoDaddy Internal | Jonathan Kloss accessed account with reason "General/Research". Shopper PIN. |
| 8/10/2017 11:37:39 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: .COM Domain Name Registration - 3 Years (recurring) OrderID: 609805326 RowID: 0 Namespace:domain ResourceID: 156283206 |
| 8/10/2017 11:37:36 AM / Customer / Client IP: 104.162.83.146 | DCC domain nameserver update requested RICHMONDCAPITALGROUP.COM (ID=156283206) |
| 8/10/2017 8:17:09 AM / Manlapaz, Harvey / Client IP: GoDaddy Internal | helped Robert Giardina CB# +1.9178389162 regarding Domain Domains<br><br>Additional Comments:<br>check hosting / already with business web builder / customer wants cpanel tocopy the files / order placed for 3 years in cpanel / chat us back to process the pro ration credit for the current site since we are giving time to migrate the content form the current to he new hosting / |
| 8/10/2017 7:47:06 AM / Manlapaz, Harvey / Client IP: GoDaddy Internal | Harvey Manlapaz accessed account with reason "General/Research". Shopper PIN. |
| 8/10/2017 7:47:05 AM / Manlapaz, Harvey / Client IP: GoDaddy Internal | 4297064034 - adding hosting |
| 8/7/2017 6:45:04 PM / WSB / Client IP: GoDaddy Internal | WSB delegated login - 71792382:v_ma9593 |
| 8/7/2017 11:51:25 AM / Dela Cruz, Fatima / Client IP: GoDaddy Internal | helped Robert Giardina CB# +1.9178389162 ChatID: 4297011572 regarding GoCentral-and-Website-Builder Websites<br><br>Additional Comments:<br>wants to put the website back up and running. chat got disconnected |
| 8/7/2017 11:39:04 AM / Dela Cruz, Fatima / Client IP: GoDaddy Internal | Fatima Dela Cruz accessed account with reason "General/Research". Shopper PIN. |

CONFIDENTIAL

# Notes for Shopper ID 71792382
## 5/1/2016 to 5/28/2019

| Entered Date / By | Note |
|---|---|
| 8/7/2017 11:36:27 AM / Dela Cruz, Fatima / Client IP: GoDaddy Internal | 4297011572 |
| 8/4/2017 4:15:16 PM / WSB / Client IP: GoDaddy Internal | WSB delegated login - 71792382:v_keifer2405 |
| 8/4/2017 9:23:32 AM / Manao, Keifer / Client IP: GoDaddy Internal | helped Robert Giardina CB# +1.9178389162 ChatID: 4296981920 regarding Search-Engine-Visibility Business-Tools<br><br>Additional Comments:<br>Robert having issues with website not working. informed cust that his website provider is out of service. |
| 8/4/2017 9:15:32 AM / Manager: Keifer Manao / Client IP: GoDaddy Internal | CRM user 24181 - Keifer Manao has entered DCC5 accessing shopper 71792382. |
| 8/4/2017 9:15:21 AM / gdResourceGeneration / Client IP: GoDaddy Internal | Free product subscription(s) initiated with 'Trial' status and Order #1170431064 - 1 total row(s): [Row #0] Product: 898307 'Email Marketing - Starter plan', Free Period End: 9/4/2017; |
| 8/4/2017 9:07:10 AM / Manao, Keifer / Client IP: GoDaddy Internal | Keifer Manao accessed account with reason "General/Research". Shopper PIN. |
| 8/4/2017 9:04:57 AM / Manao, Keifer / Client IP: GoDaddy Internal | 4296981920 |
| 7/12/2017 7:05:37 AM / Cuisia, Christopher / Client IP: GoDaddy Internal | ok with current set up of account |
| 7/12/2017 7:05:22 AM / Cuisia, Christopher / Client IP: GoDaddy Internal | Finesse: An outbound Rescheduled: US WSB Sales Leads call was made. Customer was contacted. |
| 7/12/2017 7:04:42 AM / Administrator-1 / Client IP: GoDaddy Internal | Setting AutoRenew = 0: .COM Domain Name Registration - 3 Years (recurring) OrderID: 629228929 RowID: 0 Namespace:domain ResourceID: 159173405 EAR: OFF |
| 7/12/2017 7:03:27 AM / Cuisia, Christopher / Client IP: GoDaddy Internal | Christopher Cuisia accessed account with reason "Lynx Outbound Tasks". Validation was skipped. |
| 7/5/2017 7:29:06 AM / Jacobs, Marcus / Client IP: GoDaddy Internal | Finesse: Task US WSB Sales Leads shopper requested to be called back at schedule time. |
| 7/5/2017 7:28:43 AM / Jacobs, Marcus / Client IP: GoDaddy Internal | Marcus Jacobs accessed account with reason "Lynx Outbound Tasks". Validation was skipped. |
| 6/2/2017 7:26:58 AM / McKee, Gregory / Client IP: GoDaddy Internal | Finesse: An outbound US WSB Sales Leads call was made. Left Automated Phone message. |
| 6/2/2017 7:26:50 AM / McKee, Gregory / Client IP: GoDaddy Internal | Gregory McKee accessed account with reason "Lynx Outbound Tasks". Validation was skipped. |
| 5/31/2017 7:32:40 AM / Roessler, Karl / Client IP: GoDaddy Internal | Finesse: An outbound US WSB Sales Leads call was made. Customer was not reached. |
| 5/31/2017 7:32:40 AM / Roessler, Karl / Client IP: GoDaddy Internal | Survey was saved with customer unavailable. |
| 5/31/2017 7:32:26 AM / Roessler, Karl / Client IP: GoDaddy Internal | Karl Roessler accessed account with reason "Lynx Outbound Tasks". Validation was skipped. |
| 3/1/2017 12:06:16 PM / Kloss, Jonathan / Client IP: GoDaddy Internal | spoke with Rob, did an account review. everything is g2g at this time |
| 3/1/2017 12:05:52 PM / Kloss, Jonathan / Client IP: GoDaddy Internal | Finesse: An outbound US WSB Sales Leads call was made. Customer was contacted. |
| 3/1/2017 12:04:41 PM / Kloss, Jonathan / Client IP: GoDaddy Internal | Jonathan Kloss accessed account with reason "Lynx Outbound Tasks". Validation was skipped. |
| 12/30/2016 7:36:39 AM / McKee, Gregory / Client IP: GoDaddy Internal | Finesse: An outbound US Domain Sales Leads call was made. Left Automated Phone message. |

CONFIDENTIAL

# Notes for Shopper ID 71792382
## 5/1/2016 to 5/28/2019

| Entered Date / By | Note |
|---|---|
| 12/30/2016 7:36:28 AM / McKee, Gregory / Client IP: GoDaddy Internal | Gregory McKee accessed account with reason "Lynx Outbound Tasks". Validation was skipped. |
| 12/17/2016 6:31:41 AM / gdBAEmail.Email / Client IP: GoDaddy Internal | Success Email for Order: 1066140013 sent to: cpolanco@richmondcapitalgroup.com;rgiardina@richmondcapitalgroup.com, using primary payment method. |
| 12/12/2016 3:18:12 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: .COM Domain Name Registration - 3 Years (recurring) OrderID: 629228929 RowID: 0 Namespace:domain ResourceID: 159173405 |
| 12/12/2016 3:18:03 AM / RegAgentSvc / Client IP: GoDaddy Internal | Domain name merchantmoneytoday.com renewed - minus 1 year(s) - by RegAgentSvc on 12/12/2016 03:18:03 |
| 12/12/2016 3:17:58 AM / gdBAEmail.Email / Client IP: GoDaddy Internal | Success Email for Order: 1063884143 sent to: cpolanco@richmondcapitalgroup.com;rgiardina@richmondcapitalgroup.com, using primary payment method. |
| 12/8/2016 6:02:49 AM / RenewalNoticeSvc / Client IP: GoDaddy Internal | Sending renewal notice to shopper 71792382 for 1 NonDomain resource(s) set to expire on Dec. 18, 2016 |
| 12/6/2016 5:48:50 AM / GenerateRenewals / Client IP: GoDaddy Internal | Sending renewal notice to shopper 71792382 for 1 Domain resource(s) set to expire on Dec. 11, 2016 |
| 11/26/2016 4:09:50 AM / RenewalNotice / Client IP: GoDaddy Internal | [Namespace=Renewals/Type=DomainRenewalAllAuto] Sending renewal notice to shopper 71792382 for 1 Domain resource(s) set to expire around Dec. 11, 2016. Email BatchID=439782786. Payment profiles are current. |
| 11/11/2016 4:50:24 AM / RenewalNotice / Client IP: GoDaddy Internal | [Namespace=Renewals/Type=DomainRenewalAllAuto] Sending renewal notice to shopper 71792382 for 1 Domain resource(s) set to expire around Dec. 11, 2016. Email BatchID=435330860. Payment profiles are current. |
| 10/23/2016 10:09:15 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: .COM Domain Name Registration - 3 Years (recurring) OrderID: 609805326 RowID: 0 Namespace:domain ResourceID: 156283206 |
| 10/23/2016 10:09:09 AM / RegAgentSvc / Client IP: GoDaddy Internal | Domain name richmondcapitalgroup.com renewed - minus 1 year(s) - by RegAgentSvc on 10/23/2016 10:09:09 |
| 10/23/2016 10:09:07 AM / gdBAEmail.Email / Client IP: GoDaddy Internal | Success Email for Order: 1043392657 sent to: cpolanco@richmondcapitalgroup.com;rgiardina@richmondcapitalgroup.com, using primary payment method. |
| 10/22/2016 3:58:11 AM / gdBAEmail.Email / Client IP: GoDaddy Internal | Success Email for Order: 1042722402 sent to: cpolanco@richmondcapitalgroup.com;rgiardina@richmondcapitalgroup.com, using primary payment method. |
| 10/17/2016 6:27:39 AM / GenerateRenewals / Client IP: GoDaddy Internal | Sending renewal notice to shopper 71792382 for 1 Domain resource(s) set to expire on Oct. 22, 2016 |
| 10/12/2016 1:37:20 PM / PaymentProfile / Client IP: GoDaddy Internal | PaymentProfile: Deactivating credit_card account ending in 3008 (profile 43349019); |
| 10/12/2016 1:37:20 PM / 71792382 / Client IP: | wst:227630627-Profile Update |
| 10/12/2016 1:37:19 PM / 71792382 / Client IP: | Billing:156283206-Profile Update |
| 10/12/2016 1:37:19 PM / 71792382 / Client IP: | Billing:159173405-Profile Update |
| 10/12/2016 1:37:19 PM / 71792382 / Client IP: | trafblazer:1518732-Profile Update |
| 10/12/2016 7:44:13 AM / GenerateRenewals / Client IP: GoDaddy Internal | Sending renewal notice to shopper 71792382 for 1 AnnualHosting resource(s) set to expire on Oct. 22, 2016 |
| 10/12/2016 6:30:12 AM / RenewalNoticeSvc / Client IP: GoDaddy Internal | Sending renewal notice to shopper 71792382 for 1 NonDomain resource(s) set to expire on Oct. 22, 2016 |
| 10/12/2016 4:30:27 AM / RenewalNotice / Client IP: GoDaddy Internal | [Namespace=Renewals/Type=DomainRenewalAllAutoCCExpired] Sending renewal notice to shopper 71792382 for 1 Domain resource(s) set to expire around Dec. 11, 2016. Email BatchID=426199324. Credit card expiring on auto renew. ProfileID=43349019 ; CCLast4Digits=3008 ; CCExpiration=12/2014. |

CONFIDENTIAL

# Notes for Shopper ID 71792382
## 5/1/2016 to 5/28/2019

| Entered Date / By | Note |
|---|---|
| 10/7/2016 5:07:45 AM / RenewalNotice / Client IP: GoDaddy Internal | [Namespace=Renewals/Type=DomainRenewalAllAutoCCExpired] Sending renewal notice to shopper 71792382 for 1 Domain resource(s) set to expire around Oct. 22, 2016. Email BatchID=424676711. Credit card expiring on auto renew. ProfileID=43349019 ; CCLast4Digits=3008 ; CCExpiration=12/2014. |
| 9/22/2016 4:20:37 AM / RenewalNotice / Client IP: GoDaddy Internal | [Namespace=Renewals/Type=DomainRenewalAllAutoCCExpired] Sending renewal notice to shopper 71792382 for 1 Domain resource(s) set to expire around Oct. 22, 2016. Email BatchID=420621501. Credit card expiring on auto renew. ProfileID=43349019 ; CCLast4Digits=3008 ; CCExpiration=12/2014. |
| 9/12/2016 4:57:31 AM / RenewalNotice / Client IP: GoDaddy Internal | [Namespace=Renewals/Type=DomainRenewalAllAutoCCExpired] Sending renewal notice to shopper 71792382 for 1 Domain resource(s) set to expire around Dec. 11, 2016. Email BatchID=417837353. Credit card expiring on auto renew. ProfileID=43349019 ; CCLast4Digits=3008 ; CCExpiration=12/2014. |
| 8/23/2016 4:17:58 AM / RenewalNotice / Client IP: GoDaddy Internal | [Namespace=Renewals/Type=DomainRenewalAllAutoCCExpired] Sending renewal notice to shopper 71792382 for 1 Domain resource(s) set to expire around Oct. 22, 2016. Email BatchID=412052091. Credit card expiring on auto renew. ProfileID=43349019 ; CCLast4Digits=3008 ; CCExpiration=12/2014. |
| 7/24/2016 4:50:48 AM / RenewalNotice / Client IP: GoDaddy Internal | [Namespace=Renewals/Type=DomainRenewalAllAutoCCExpired] Sending renewal notice to shopper 71792382 for 1 Domain resource(s) set to expire around Oct. 22, 2016. Email BatchID=402902424. Credit card expiring on auto renew. ProfileID=43349019 ; CCLast4Digits=3008 ; CCExpiration=12/2014. |

CONFIDENTIAL

# Case Notes for ShopperId 71792382, 5/1/2016 to 5/28/2019

## Product:

| | | | |
|---|---|---|---|
| Created: | 7/6/2018 2:34:09 PM | Case#: | 26572114 |
| Created By: | ssambrano | Domain: | |
| Modified: | 7/6/2018 2:34:09 PM | Product Cancelled Date: | |
| Modified By: | ssambrano | | |

## Notes Section

| Entered Date / By | Note |
|---|---|
| 7/6/2018 2:34:09 PM / ssambrano | cdt sent info on ssl |

CONFIDENTIAL

# Case Notes for ShopperId 71792382, 5/1/2016 to 5/28/2019

## Product:

| | | | |
|---|---|---|---|
| Created: | 8/14/2017 6:45:33 PM | Case#: | 14302191 |
| Created By: | david4356 | Domain: | |
| Modified: | 8/14/2017 6:45:33 PM | Product Cancelled Date: | |
| Modified By: | david4356 | | |

### Notes Section

| Entered Date / By | Note |
|---|---|
| 8/14/2017 6:45:33 PM / david4356 | created hosting account but hasn't uploaded files properly because site is showing "future site of something cool" Transferred to hosting. Sup Eric Ma |

CONFIDENTIAL

# Case Notes for ShopperId 71792382, 5/1/2016 to 5/28/2019

## Product:

| | | | |
|---|---|---|---|
| Created: | 8/11/2017 6:27:41 PM | Case#: | 14245862 |
| Created By: | jkloss | Domain: | |
| Modified: | 8/11/2017 6:27:41 PM | Product Cancelled Date: | |
| Modified By: | jkloss | | |

## Notes Section

| Entered Date / By | Note |
|---|---|
| 8/11/2017 6:27:41 PM / jkloss | needed help uploading files and setting up cpanel |

CONFIDENTIAL

# Case Notes for ShopperId 71792382, 5/1/2016 to 5/28/2019
## Product:

| | | | |
|---|---|---|---|
| Created: | 8/10/2017 3:17:09 PM | Case#: | 14208199 |
| Created By: | v_harvey4321 | Domain: | |
| Modified: | 8/10/2017 3:17:09 PM | Product Cancelled Date: | |
| Modified By: | v_harvey4321 | | |

### Notes Section

| Entered Date / By | Note |
|---|---|
| 8/10/2017 3:17:09 PM / v_harvey4321 | check hosting / already with business web builder / customer wants cpanel tocopy the files / order placed for 3 years in cpanel / chat us back to process the pro ration credit for the current site since we are giving time to migrate the content form the current to he new hosting / |

CONFIDENTIAL

# Case Notes for ShopperId 71792382, 5/1/2016 to 5/28/2019
# Product: Website Builder Business - 3 years (recurring)

| | | | | |
|---|---|---|---|---|
| Created: | 8/7/2017 6:51:25 PM | | Case#: | 14116738 |
| Created By: | v_ma9593 | | Domain: | richmondcapitalgroup.com |
| Modified: | 8/7/2017 6:51:25 PM | | Product Cancelled Date: | |
| Modified By: | v_ma9593 | | | |

## Notes Section

| Entered Date / By | Note |
|---|---|
| 8/7/2017 6:51:25 PM / v_ma9593 | wants to put the website back up and running. chat got disconnected |

CONFIDENTIAL

# Case Notes for ShopperId 71792382, 5/1/2016 to 5/28/2019
## Product: Search Engine Visibility v1 (annual)

| | | | |
|---|---|---|---|
| Created: | 8/4/2017 4:23:32 PM | Case#: | 14054612 |
| Created By: | v_keifer2405 | Domain: | http://www.richmondcapitalgroup.com/ |
| Modified: | 8/4/2017 4:23:32 PM | Product Cancelled Date: | |
| Modified By: | v_keifer2405 | | |

## Notes Section

| Entered Date / By | Note |
|---|---|
| 8/4/2017 4:23:32 PM / v_keifer2405 | Robert  having issues with website not working. informed cust that his website provider is out of service. |

CONFIDENTIAL

# DNS Audit Logs for Shopper ID 71792382
## 5/1/2016 to 5/28/2019

| logtime | owner | userip | userid | user type | domain | action | type | name | method | result | data |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018-12-21T16:25:47 | 71792382 | 76.175.74.124 | 71792382 | 1 | crgny1027.com | update | record | | v2-patchV2DnsZonesRecords | success | Added resource record. |
| 2018-12-21T16:25:25 | 71792382 | 76.175.74.124 | 71792382 | 1 | crgny1027.com | update | record | | v2-patchV2DnsZonesRecords | success | Added resource record. |
| 2018-12-21T16:25:12 | 71792382 | 76.175.74.124 | 71792382 | 1 | crgny1027.com | update | record | | v2-patchV2DnsZonesRecords | success | Added resource record. |
| 2018-12-21T16:25:03 | 71792382 | 76.175.74.124 | 71792382 | 1 | crgny1027.com | update | record | | v2-patchV2DnsZonesRecords | success | Added resource record. |
| 2018-12-21T16:24:52 | 71792382 | 76.175.74.124 | 71792382 | 1 | crgny1027.com | update | record | | v2-patchV2DnsZonesRecords | success | Added resource record. |
| 2018-12-21T16:24:41 | 71792382 | 76.175.74.124 | 71792382 | 1 | crgny1027.com | update | record | | v2-patchV2DnsZonesRecords | success | Added resource record. |
| 2018-12-21T16:24:15 | 71792382 | 76.175.74.124 | 71792382 | 1 | crgny1027.com | update | record | zdx2ktpj344o | v2-patchV2DnsZonesRecords | success | Added resource record. |
| 2018-12-16T16:03:41 | 71792382 | 10.32.129.13 | 71792382 | 3 | crgny1027.com | create | zonefile | crgny1027.com | v2-putV2DnsZones | success | Added Zone crgny1027.com |

CONFIDENTIAL

# cPanel Hosting for Shopper ID 71792382

| | |
|---|---|
| Account Name: | richmondcapitalgroup.com |
| Product Type Name: | Diablo |
| Product Name: | Hosting - Web - Deluxe - Linux cPanel - US Region - 3 years (recurring) |
| ExternalResourceId: | ad9c9829-7dde-11e7-80ea-3417ebe72601 |
| Billing Date: | 8/10/2020 12:00:00 AM |
| Last Renewal Date: | 8/10/2020 12:00:00 AM |
| Account Username: | richmondcg |
| Account Status: | setup |
| Created At: | Thursday, August 10, 2017 |
| Updated At: | Monday, August 14, 2017 |
| Shared IP: | 160.153.92.169 |
| FQDN: | p3plcpnl0971.prod.phx3.secureserver.net |
| Category: PLAN FEATURES | |
| Assisted Subscription | 0 |
| Datacenter Migration | 0 |
| Dedicated IP Allowed | 1 |
| Diskspace GB | -1 |
| Drop My Site Backup | 0 |
| Max Addon Domains | -1 |
| Max Email Addresses | 500 |
| Max Ftp Users | 50 |
| Max MySQL Databases | 25 |
| Monthly Bandwidth GB | -1 |
| PF_ID | 32065 |
| Plan Tier | 20 |
| Resource Level | 1 |
| Category: USERACCOUNT | |
| Username | richmondcg |
| Category: DOMAIN | |
| Main Domain | richmondcapitalgroup.com |

CONFIDENTIAL

# Website Tonight for Shopper ID 71792382

| | |
|---|---|
| Account Name: | old.richmondcapitalgroup.com |
| Product Type Name: | Website Builder |
| Product Name: | Website Builder Business - 3 years (recurring) |
| ExternalResourceId: | 3236365e-3b34-11e3-ae1c-14feb5d9f2e6 |
| Billing Date: | 10/22/2019 12:00:00 AM |
| Last Renewal Date: | 10/22/2016 12:00:00 AM |

CONFIDENTIAL

# Iris Notes for ShopperId 71792382, 5/1/2016 to 5/28/2019
# IncidentId: 38497536

| | | | |
|---|---|---|---|
| Incident ID: | 38497536 | Company: | GoDaddy |
| Type: | Network Violation | Status: | Closed |
| Priority: | Low | Created: | 3/12/2019 9:45:55 PM |
| Created By: | Application | Modified: | 3/12/2019 9:45:55 PM |
| Service: | Hosting - Suspensions | Group: | AHS - Hosting Network Violations |
| Category: | Unassigned | Assign To: | No Asignee |
| Protection: | Not Protected | SPAM: | No |
| Entered ShopperId: | 71792382 | PrivateLabelID: | 1 |

## Attachments Section

No Attachments for Incident Id: 38497536

## Notes Section

**Summary:**

Regarding your hosting account richmondcapitalgroup.com

**Note#: 97014247, Reply [Overwatch]**                                           3/12/2019 9:45:55 PM

php.hacktool.mailer_gen.002 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/domain/pedro.php
html.phishing.aol.001 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/domain/update.htm
php.hacktool.mailer_gen.002 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/doolll/pedro.php
html.phishing.aol.001 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/doolll/update.htm
php.hacktool.mailer_gen.002 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/pizzy/pedro.php
html.phishing.aol.001 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/pizzy/update.htm
php.hacktool.mailer_gen.002 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/rico/pedro.php
html.phishing.aol.001 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/rico/update.htm
php.hacktool.mailer_gen.002 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/Subdomain/pedro.php
html.phishing.aol.001 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/Subdomain/update.htm
rex.defaced.generic.010 - /public_html/homedir/public_html-backup.2015.08.24/1/wp.php
rex.hex_obfuscated.001 - /public_html/homedir/public_html-backup.2015.08.24/2/confirm.php
html.phishing.microsoft.006 - /public_html/homedir/public_html-backup.2015.08.24/2/index.html
rex.phish_mailer_gen.002 - /public_html/homedir/public_html-backup.2015.08.24/2/send.php
php.phishing.google.001 - /public_html/homedir/public_html-backup.2015.08.24/bin/status/contactform.php
php.phishing.google.001 - /public_html/homedir/public_html-backup.2015.08.24/file/status/contactform.php
rex.defaced.generic.010 - /public_html/homedir/public_html-backup.2015.08.24/form2mail2.php
html.phishing.yahoo.006 - /public_html/homedir/public_html-backup.2015.08.24/index.html
html.phishing.yahoo.001.006 - /public_html/homedir/public_html-backup.2015.08.24/wp-content/documents/dwgdoc/index.html
php.phishing.yahoo.001 - /public_html/homedir/public_html-backup.2015.08.24/wp-content/documents/dwgdoc/login.php
php.mailer.POST.008 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/aol.php
php.mailer.POST.008 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/gmail.php
php.mailer.POST.008 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/hotmail.php
html.phishing.yahoo.001.006 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/index.htm
php.mailer.POST.008 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/other.php
php.mailer.POST.008 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/yahoo.php

CONFIDENTIAL

# Iris Notes for ShopperId 71792382, 5/1/2016 to 5/28/2019
# IncidentId: 37809644

| | | | |
|---|---|---|---|
| Incident ID: | 37809644 | Company: | GoDaddy |
| Type: | Network Violation | Status: | Closed |
| Priority: | Low | Created: | 12/13/2018 9:45:09 PM |
| Created By: | Application | Modified: | 12/13/2018 9:45:10 PM |
| Service: | Hosting - Suspensions | Group: | AHS - Hosting Network Violations |
| Category: | Unassigned | Assign To: | No Asignee |
| Protection: | Not Protected | SPAM: | No |
| Entered ShopperId: | 71792382 | PrivateLabelID: | 1 |

## Attachments Section

No Attachments for Incident Id: 37809644

## Notes Section

**Summary:**

Regarding your hosting account richmondcapitalgroup.com

**Note#: 95451703, Reply [Overwatch]**                                              12/13/2018 9:45:09 PM

php.hacktool.mailer_gen.002 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/domain/pedro.php
html.phishing.aol.001 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/domain/update.htm
php.hacktool.mailer_gen.002 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/doolll/pedro.php
html.phishing.aol.001 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/doolll/update.htm
php.hacktool.mailer_gen.002 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/pizzy/pedro.php
html.phishing.aol.001 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/pizzy/update.htm
php.hacktool.mailer_gen.002 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/rico/pedro.php
html.phishing.aol.001 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/rico/update.htm
php.hacktool.mailer_gen.002 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/Subdomain/pedro.php
html.phishing.aol.001 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/Subdomain/update.htm
rex.defaced.generic.010 - /public_html/homedir/public_html-backup.2015.08.24/1/wp.php
rex.hex_obfuscated.001 - /public_html/homedir/public_html-backup.2015.08.24/2/confirm.php
html.phishing.microsoft.006 - /public_html/homedir/public_html-backup.2015.08.24/2/index.html
rex.phish_mailer_gen.002 - /public_html/homedir/public_html-backup.2015.08.24/2/send.php
php.phishing.google.001 - /public_html/homedir/public_html-backup.2015.08.24/bin/status/contactform.php
php.phishing.google.001 - /public_html/homedir/public_html-backup.2015.08.24/file/status/contactform.php
rex.defaced.generic.010 - /public_html/homedir/public_html-backup.2015.08.24/form2mail2.php
html.phishing.yahoo.006 - /public_html/homedir/public_html-backup.2015.08.24/index.html
html.phishing.yahoo.001.006 - /public_html/homedir/public_html-backup.2015.08.24/wp-content/documents/dwgdoc/index.html
php.phishing.yahoo.001 - /public_html/homedir/public_html-backup.2015.08.24/wp-content/documents/dwgdoc/login.php
php.mailer.POST.008 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/aol.php
php.mailer.POST.008 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/gmail.php
php.mailer.POST.008 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/hotmail.php
html.phishing.yahoo.001.006 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/index.htm
php.mailer.POST.008 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/other.php
php.mailer.POST.008 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/yahoo.php

CONFIDENTIAL

# Iris Notes for ShopperId 71792382, 5/1/2016 to 5/28/2019
# IncidentId: 37086799

| | | | |
|---|---|---|---|
| Incident ID: | 37086799 | Company: | GoDaddy |
| Type: | Network Violation | Status: | Closed |
| Priority: | Low | Created: | 9/15/2018 9:35:12 PM |
| Created By: | Application | Modified: | 9/15/2018 9:35:12 PM |
| Service: | Hosting - Suspensions | Group: | AHS - Hosting Network Violations |
| Category: | Unassigned | Assign To: | No Asignee |
| Protection: | Not Protected | SPAM: | No |
| Entered ShopperId: | 71792382 | PrivateLabelID: | 1 |

## Attachments Section

No Attachments for Incident Id: 37086799

## Notes Section

**Summary:**

Regarding your hosting account richmondcapitalgroup.com

**Note#: 93835762, Reply [Overwatch]**                                    **9/15/2018 9:35:12 PM**

We recently completed a routine security checkup of our servers and platforms.  Our scans flagged your richmondcapitalgroup.com hosting accounts
as containing possible malware.Please sign in to your hosting account and review the following content and remove or fix the files listed below:
php.hacktool.mailer_gen.002 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/domain/pedro.php
html.phishing.aol.001 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/domain/update.htm
php.hacktool.mailer_gen.002 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/doolll/pedro.php
html.phishing.aol.001 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/doolll/update.htm
php.hacktool.mailer_gen.002 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/pizzy/pedro.php
html.phishing.aol.001 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/pizzy/update.htm
php.hacktool.mailer_gen.002 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/rico/pedro.php
html.phishing.aol.001 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/rico/update.htm
php.hacktool.mailer_gen.002 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/Subdomain/pedro.php
html.phishing.aol.001 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/Subdomain/update.htm
rex.defaced.generic.010 - /public_html/homedir/public_html-backup.2015.08.24/1/wp.php
rex.hex_obfuscated.001 - /public_html/homedir/public_html-backup.2015.08.24/2/confirm.php
html.phishing.microsoft.006 - /public_html/homedir/public_html-backup.2015.08.24/2/index.html
rex.phish_mailer_gen.002 - /public_html/homedir/public_html-backup.2015.08.24/2/send.php
php.phishing.google.001 - /public_html/homedir/public_html-backup.2015.08.24/bin/status/contactform.php
php.phishing.google.001 - /public_html/homedir/public_html-backup.2015.08.24/file/status/contactform.php
rex.defaced.generic.010 - /public_html/homedir/public_html-backup.2015.08.24/form2mail2.php
html.phishing.yahoo.006 - /public_html/homedir/public_html-backup.2015.08.24/index.html
html.phishing.yahoo.001.006 - /public_html/homedir/public_html-backup.2015.08.24/wp-content/documents/dwgdoc/index.html
php.phishing.yahoo.001 - /public_html/homedir/public_html-backup.2015.08.24/wp-content/documents/dwgdoc/login.php
php.mailer.POST.008 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/aol.php
php.mailer.POST.008 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/gmail.php
php.mailer.POST.008 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/hotmail.php
html.phishing.yahoo.001.006 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/index.htm
php.mailer.POST.008 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/other.php
php.mailer.POST.008 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/yahoo.php

CONFIDENTIAL

# Iris Notes for ShopperId 71792382, 5/1/2016 to 5/28/2019
# IncidentId: 36285581

| | | | |
|---|---|---|---|
| Incident ID: | 36285581 | Company: | GoDaddy |
| Type: | Network Violation | Status: | Closed |
| Priority: | Low | Created: | 6/18/2018 9:45:51 PM |
| Created By: | Application | Modified: | 6/18/2018 9:45:51 PM |
| Service: | Hosting - Suspensions | Group: | AHS - Hosting Network Violations |
| Category: | Unassigned | Assign To: | No Asignee |
| Protection: | Not Protected | SPAM: | No |
| Entered ShopperId: | 71792382 | PrivateLabelID: | 1 |

## Attachments Section

No Attachments for Incident Id: 36285581

## Notes Section

**Summary:**

Regarding your hosting account richmondcapitalgroup.com

**Note#: 92228276, Reply [Overwatch]**                                                   6/18/2018 9:45:51 PM

We recently completed a routine security checkup of our servers and platforms.  Our scans flagged your richmondcapitalgroup.com hosting accounts
as containing possible malware.Please sign in to your hosting account and review the following content and remove or fix the files listed below:
php.hacktool.mailer_gen.002 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/domain/pedro.php
html.phishing.aol.001 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/domain/update.htm
php.hacktool.mailer_gen.002 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/doolll/pedro.php
html.phishing.aol.001 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/doolll/update.htm
php.hacktool.mailer_gen.002 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/pizzy/pedro.php
html.phishing.aol.001 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/pizzy/update.htm
php.hacktool.mailer_gen.002 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/rico/pedro.php
html.phishing.aol.001 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/rico/update.htm
php.hacktool.mailer_gen.002 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/Subdomain/pedro.php
html.phishing.aol.001 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/Subdomain/update.htm
rex.defaced.generic.010 - /public_html/homedir/public_html-backup.2015.08.24/1/wp.php
rex.hex_obfuscated.001 - /public_html/homedir/public_html-backup.2015.08.24/2/confirm.php
html.phishing.microsoft.006 - /public_html/homedir/public_html-backup.2015.08.24/2/index.html
rex.phish_mailer_gen.002 - /public_html/homedir/public_html-backup.2015.08.24/2/send.php
php.phishing.google.001 - /public_html/homedir/public_html-backup.2015.08.24/bin/status/contactform.php
php.phishing.google.001 - /public_html/homedir/public_html-backup.2015.08.24/file/status/contactform.php
rex.defaced.generic.010 - /public_html/homedir/public_html-backup.2015.08.24/form2mail2.php
html.phishing.yahoo.006 - /public_html/homedir/public_html-backup.2015.08.24/index.html
html.phishing.yahoo.001.006 - /public_html/homedir/public_html-backup.2015.08.24/wp-content/documents/dwgdoc/index.html
php.phishing.yahoo.001 - /public_html/homedir/public_html-backup.2015.08.24/wp-content/documents/dwgdoc/login.php
php.mailer.POST.008 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/aol.php
php.mailer.POST.008 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/gmail.php
php.mailer.POST.008 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/hotmail.php
html.phishing.yahoo.001.006 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/index.htm
php.mailer.POST.008 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/other.php
php.mailer.POST.008 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/yahoo.php

CONFIDENTIAL

# Iris Notes for ShopperId 71792382, 5/1/2016 to 5/28/2019
# IncidentId: 35486625

| | | | |
|---|---|---|---|
| Incident ID: | 35486625 | Company: | GoDaddy |
| Type: | Network Violation | Status: | Closed |
| Priority: | Low | Created: | 3/21/2018 9:46:12 PM |
| Created By: | Application | Modified: | 3/21/2018 9:46:12 PM |
| Service: | Hosting - Suspensions | Group: | AHS - Hosting Network Violations |
| Category: | Unassigned | Assign To: | No Asignee |
| Protection: | Not Protected | SPAM: | No |
| Entered ShopperId: | 71792382 | PrivateLabelID: | 1 |

## Attachments Section

No Attachments for Incident Id: 35486625

## Notes Section

**Summary:**

Regarding your hosting account richmondcapitalgroup.com

**Note#: 90694831, Reply [Overwatch]**                                                   **3/21/2018 9:46:12 PM**

We recently completed a routine security checkup of our servers and platforms.  Our scans flagged your richmondcapitalgroup.com hosting accounts as containing possible malware.Please sign in to your hosting account and review the following content and remove or fix the files listed below:
php.hacktool.mailer_gen.002 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/domain/pedro.php
html.phishing.aol.001 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/domain/update.htm
php.hacktool.mailer_gen.002 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/doolll/pedro.php
html.phishing.aol.001 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/doolll/update.htm
php.hacktool.mailer_gen.002 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/pizzy/pedro.php
html.phishing.aol.001 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/pizzy/update.htm
php.hacktool.mailer_gen.002 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/rico/pedro.php
html.phishing.aol.001 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/rico/update.htm
php.hacktool.mailer_gen.002 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/Subdomain/pedro.php
html.phishing.aol.001 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/Subdomain/update.htm
rex.defaced.generic.010 - /public_html/homedir/public_html-backup.2015.08.24/1/wp.php
rex.hex_obfuscated.001 - /public_html/homedir/public_html-backup.2015.08.24/2/confirm.php
html.phishing.microsoft.006 - /public_html/homedir/public_html-backup.2015.08.24/2/index.html
rex.phish_mailer_gen.002 - /public_html/homedir/public_html-backup.2015.08.24/2/send.php
php.phishing.google.001 - /public_html/homedir/public_html-backup.2015.08.24/bin/status/contactform.php
php.phishing.google.001 - /public_html/homedir/public_html-backup.2015.08.24/file/status/contactform.php
rex.defaced.generic.010 - /public_html/homedir/public_html-backup.2015.08.24/form2mail2.php
html.phishing.yahoo.006 - /public_html/homedir/public_html-backup.2015.08.24/index.html
html.phishing.yahoo.001.006 - /public_html/homedir/public_html-backup.2015.08.24/wp-content/documents/dwgdoc/index.html
php.phishing.yahoo.001 - /public_html/homedir/public_html-backup.2015.08.24/wp-content/documents/dwgdoc/login.php
php.mailer.POST.008 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/aol.php
php.mailer.POST.008 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/gmail.php
php.mailer.POST.008 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/hotmail.php
html.phishing.yahoo.001.006 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/index.htm
php.mailer.POST.008 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/other.php
php.mailer.POST.008 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/yahoo.php

CONFIDENTIAL

# Iris Notes for ShopperId 71792382, 5/1/2016 to 5/28/2019
# IncidentId: 34224479

| | | | |
|---|---|---|---|
| Incident ID: | 34224479 | Company: | GoDaddy |
| Type: | Network Violation | Status: | Closed |
| Priority: | Low | Created: | 12/30/2017 9:40:09 PM |
| Created By: | Application | Modified: | 12/30/2017 9:40:09 PM |
| Service: | Hosting - Suspensions | Group: | AHS - Hosting Network Violations |
| Category: | Unassigned | Assign To: | No Asignee |
| Protection: | Not Protected | SPAM: | No |
| Entered ShopperId: | 71792382 | PrivateLabelID: | 1 |

## Attachments Section

No Attachments for Incident Id: 34224479

## Notes Section

| Summary: |
|---|
| Regarding your hosting account richmondcapitalgroup.com |

**Note#: 88669255, Reply [Overwatch]**                                                                12/30/2017 9:40:09 PM

We recently completed a routine security checkup of our servers and platforms.  Our scans flagged your richmondcapitalgroup.com hosting accounts as containing possible malware.Please sign in to your hosting account and review the following content and remove or fix the files listed below:
php.hacktool.mailer_gen.002 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/domain/pedro.php
html.phishing.aol.001 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/domain/update.htm
php.hacktool.mailer_gen.002 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/doolll/pedro.php
html.phishing.aol.001 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/doolll/update.htm
php.hacktool.mailer_gen.002 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/pizzy/pedro.php
html.phishing.aol.001 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/pizzy/update.htm
php.hacktool.mailer_gen.002 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/rico/pedro.php
html.phishing.aol.001 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/rico/update.htm
php.hacktool.mailer_gen.002 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/Subdomain/pedro.php
html.phishing.aol.001 - /public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/Subdomain/update.htm
rex.phish_mailer_gen.002 - /public_html/homedir/public_html-backup.2015.08.24/1/wp.php
rex.hex_obfuscated.001 - /public_html/homedir/public_html-backup.2015.08.24/2/confirm.php
html.phishing.hotmail.004 - /public_html/homedir/public_html-backup.2015.08.24/2/index.html
rex.phish_mailer_gen.001 - /public_html/homedir/public_html-backup.2015.08.24/2/send.php
php.phishing.google.001 - /public_html/homedir/public_html-backup.2015.08.24/bin/status/contactform.php
php.phishing.google.001 - /public_html/homedir/public_html-backup.2015.08.24/file/status/contactform.php
php.mailer.POST.008 - /public_html/homedir/public_html-backup.2015.08.24/form2mail2.php
html.phishing.yahoo.006 - /public_html/homedir/public_html-backup.2015.08.24/index.html
html.phishing.yahoo.001.006 - /public_html/homedir/public_html-backup.2015.08.24/wp-content/documents/dwgdoc/index.html
php.phishing.yahoo.001 - /public_html/homedir/public_html-backup.2015.08.24/wp-content/documents/dwgdoc/login.php
php.mailer.POST.008 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/aol.php
php.mailer.POST.008 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/gmail.php
php.mailer.POST.008 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/hotmail.php
html.phishing.yahoo.001.006 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/index.htm
php.mailer.POST.008 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/other.php
php.mailer.POST.008 - /public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/yahoo.php

CONFIDENTIAL

# Iris Notes for ShopperId 71792382, 5/1/2016 to 5/28/2019
# IncidentId: 33621874

| | | | |
|---|---|---|---|
| Incident ID: | 33621874 | Company: | GoDaddy |
| Type: | Network Violation | Status: | Closed |
| Priority: | Low | Created: | 10/30/2017 9:40:32 PM |
| Created By: | Application | Modified: | 10/30/2017 9:40:32 PM |
| Service: | Hosting - Suspensions | Group: | AHS - Hosting Network Violations |
| Category: | Unassigned | Assign To: | No Asignee |
| Protection: | Not Protected | SPAM: | No |
| Entered ShopperId: | 71792382 | PrivateLabelID: | 1 |

## Attachments Section

No Attachments for Incident Id: 33621874

## Notes Section

**Summary:**

Regarding your hosting account richmondcapitalgroup.com

**Note#: 87261047, Reply [Overwatch]**                                                      10/30/2017 9:40:32 PM

We recently completed a routine security checkup of our servers and platforms.  Our scans flagged your richmondcapitalgroup.com hosting accounts
as containing possible malware.Please sign in to your hosting account and review the following content and remove or fix the files listed below:
/public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/domain/pedro.php
/public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/domain/update.htm
/public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/doolll/pedro.php
/public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/doolll/update.htm
/public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/pizzy/pedro.php
/public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/pizzy/update.htm
/public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/rico/pedro.php
/public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/rico/update.htm
/public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/Subdomain/pedro.php
/public_html/homedir/.security/amc_archive.1440066287/home/richmond/public_html/Subdomain/update.htm
/public_html/homedir/public_html-backup.2015.08.24/1/wp.php
/public_html/homedir/public_html-backup.2015.08.24/2/confirm.php
/public_html/homedir/public_html-backup.2015.08.24/2/index.html
/public_html/homedir/public_html-backup.2015.08.24/2/send.php
/public_html/homedir/public_html-backup.2015.08.24/bin/status/contactform.php
/public_html/homedir/public_html-backup.2015.08.24/file/status/contactform.php
/public_html/homedir/public_html-backup.2015.08.24/form2mail2.php
/public_html/homedir/public_html-backup.2015.08.24/index.html
/public_html/homedir/public_html-backup.2015.08.24/wp-content/documents/dwgdoc/index.html
/public_html/homedir/public_html-backup.2015.08.24/wp-content/documents/dwgdoc/login.php
/public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/aol.php
/public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/gmail.php
/public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/hotmail.php
/public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/index.htm
/public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/other.php
/public_html/homedir/public_html-backup.2015.08.24/wp-images/domain/DHL/yahoo.php

CONFIDENTIAL

# Search Engine Visibility for Shopper ID 71792382
## 5/1/2016 to 5/28/2019

**Website information for: http://www.richmondcapitalgroup.com/**

| | |
|---|---|
| SiteID: | 808001 |
| Title: | |
| Website Description: | |
| Website Keywords: | |
| BusinessID: | |
| Business Name: | |
| Name: | 71792382 |
| Phone Number: | |
| Email: | |
| IsActive: | True |
| Proposed Category: | |
| Submission Email Requested: | |
| KeywordPhraseList: | |
| Adwords Country Code: | |
| Adwords Language Code: | |
| Has Submitted: | False |
| Has Reset: | False |
| IsAdultContent: | False |
| IsNewServer: | False |
| Create Date: | 12/18/2013 12:48:46 PM |
| Processed Date: | |
| Start Date: | 12/18/2013 12:48:46 PM |
| End Date: | |
| Modify Date: | 12/18/2013 12:59:48 PM |
| Modified By: | |
| Last Access Version: | 5.2.1.16162 |
| Last Quick Submit: | |
| Last Submit Date: | |
| Last Update Date: | 12/18/2013 12:59:48 PM |
| Last Submitted Sitemap: | |
| Private Label ID: | |

CONFIDENTIAL

# Search Engine Visibility for Shopper ID 71792382

## 5/1/2016 to 5/28/2019

**Regions**

| SiteID | Country | Continent | Iso Abbr2 | Sort | Name |
|---|---|---|---|---|---|
| 808001 | United States | North America | US | 1 | United States |

**User Video Views**

| SiteID | Video Name | IsDisabled | Date Created |
|---|---|---|---|
| 808001 | WelcomeBackNewSeoChecklist | True | 12/18/2013 12:48:48 PM |

**Optimized Tags**

| SiteID | |
|---|---|
| 808001 | URL: http://www.richmondcapitalgroup.com/partners.html<br>Title: Partners<br>Read Only Title: Partners<br>Description: small business loan, business financing, cash advance, merchant cash advance, factoring, alternative financing, business capital, loans<br>Read Only Description:<br>Keywords: NULL<br>Read Only Keywords: |
| 808001 | URL: http://www.richmondcapitalgroup.com/home.html<br>Title: Home<br>Read Only Title: Home<br>Description: small business loan, business financing, cash advance, merchant cash advance, factoring, alternative financing, business capital<br>Read Only Description:<br>Keywords: NULL<br>Read Only Keywords: |

CONFIDENTIAL

# Search Engine Visibility for Shopper ID 71792382
## 5/1/2016 to 5/28/2019

**Optimized Tags**

| SiteID | |
|--------|--|
| 808001 | URL: http://www.richmondcapitalgroup.com/contact.html<br>Title: Contact<br>Read Only Title: Contact<br>Description: small business loan, business financing, cash advance, merchant cash advance, factoring, alternative financing, business capital, loans<br>Read Only Description:<br>Keywords: NULL<br>Read Only Keywords: |
| 808001 | URL: http://www.richmondcapitalgroup.com/how-it-works.html<br>Title: FAQ<br>Read Only Title: How It Works<br>Description: small business loan, business financing, cash advance, merchant cash advance, factoring, alternative financing, business capital, loans<br>Read Only Description:<br>Keywords: NULL<br>Read Only Keywords: |
| 808001 | URL: http://www.richmondcapitalgroup.com/about-us.html<br>Title: About Us<br>Read Only Title: About Us<br>Description: small business loan, business financing, cash advance, merchant cash advance, factoring, alternative financing, business capital, loans<br>Read Only Description:<br>Keywords: NULL<br>Read Only Keywords: |
| 808001 | URL: http://www.richmondcapitalgroup.com/<br>Title:<br>Read Only Title: Home<br>Description:<br>Read Only Description:<br>Keywords:<br>Read Only Keywords: |

CONFIDENTIAL

# Search Engine Visibility for Shopper ID 71792382
## 5/1/2016 to 5/28/2019

## Businesses

| | |
|---|---|
| Site ID | 808001 |
| Name | Richmond Capital Group |
| Phone | 855-662-9303 |
| Website | http://www.richmondcapitalgroup.com/ |
| Email | info@richmondcapitalgroup.com |
| Contact | Robert Giardina |
| Associations | |
| Product Services Offered | Don't waste endless hours dealing with the bank! We have created an accelerated financing program that offers business owners the ability to apply and qualify for funds in as little as 24 hours. |
| General Info | |
| Slogan | Let Us Finance Your Business |
| Location Description | |
| Is Active | True |
| Create Date | 12/18/2013 12:54:04 PM |
| Modify Date | NULL |
| Appointment Available | False |
| Cash Only | False |
| No Third Party Coupons | True |
| Open 24 Hour Emergencies | False |
| Open Holidays | False |
| Open 7 Days a Week | False |
| Settings | NULL |
| Customer Edit Disabled | False |
| Auto Submit to New Directories | True |
| Address Display Type | DisplayAlways |
| Price Range | NULL |
| Description | NULL |
| Street 1 | 125 Maiden Ln #501 |
| Street 2 | |
| City | New York |
| Postal Code | 10038 |
| State/Province/Region | NY |
| Wifi Kind | None |
| Name | NULL |

CONFIDENTIAL

# Search Engine Visibility for Shopper ID 71792382

## 5/1/2016 to 5/28/2019

### Business Categories

| Business ID | Name | Is Active | Provider | Sic Code |
|---|---|---|---|---|
| 48378 | Financing | True | EXTENDED | 614102 |
| 48378 | Loans | True | EXTENDED | 614101 |

### Business Hours

| Business ID | Name | YP Field Name | Create Date | Modify Date | Start Time | End Time | YP Sort Order |
|---|---|---|---|---|---|---|---|
| 48378 | Monday | Hours_Mon | 12/18/2013 12:54:04 PM | NULL | 540 | 1080 | 1 |
| 48378 | Tuesday | Hours_Tue | 12/18/2013 12:54:04 PM | NULL | 540 | 1080 | 2 |
| 48378 | Wednesday | Hours_Wed | 12/18/2013 12:54:04 PM | NULL | 540 | 1080 | 3 |
| 48378 | Thursday | Hours_Thu | 12/18/2013 12:54:04 PM | NULL | 540 | 1080 | 4 |
| 48378 | Friday | Hours_Fri | 12/18/2013 12:54:04 PM | NULL | 540 | 1080 | 5 |

### Business Languages

| Business ID | Name | Is Active | Alpha 1 | Alpha 2 |
|---|---|---|---|---|
| 48378 | English | True | en | eng |

CONFIDENTIAL

# Search Engine Visibility for Shopper ID 71792382
## 5/1/2016 to 5/28/2019

## Business Submissions

| | |
|---|---|
| Business ID | 48378 |
| Submission ID | 53686 |
| Name | YellowPages.com |
| Attempts | 2 |
| Category Provider | NAICS |
| Delay | False |
| Is Active | True |
| Last Submission Date | 12/18/2013 4:00:18 PM |
| Modify Date | 12/18/2013 5:03:04 PM |
| Status Description | Submission Completed |
| Location Description | 12/18/2013 12:54:04 PM |
| Submit Contents | \<listing xmlns=""\>\<submissionid\>53686\</submissionid\>\<uid\>48378\</uid\>\<isActive\>true\</isActive\>\<name\>Richmond Capital Group\</name\>\<address\>125 Maiden Ln Ste. 501 \</address\>\<city\>New York\</city\>\<state\>NY\</state\>\<zip\>10038\</zip\>\<country\>US\</country\>\<main_contact\>Robert Giardina\</main_contact\>\<main_phone\>855-662-9303\</main_phone\>\<main_url\>http://www.richmondcapitalgroup.com/\</main_url\>\<description\>Let Us Finance Your Business\</description\>\<address2 /\>\<zip_4 /\>\<slogan\>Let Us Finance Your Business\</slogan\>\<display_address\>all\</display_address\>\<products_and_services\>Don't waste endless hours dealing with the bank! We have created an accelerated financing program that offers business owners the ability to apply and qualify for funds in as little as 24 hours.\</products_and_services\>\<general_information /\>\<location_description /\>\<price_range\>not_provided\</price_range\>\<hours_of_operation\>\<shift day="mon"\>\<start\>0900\</start\>\<end\>1800\</end\>\</shift\>\<shift day="tue"\>\<start\>0900\</start\>\<end\>1800\</end\>\</shift\>\<shift day="wed"\>\<start\>0900\</start\>\<end\>1800\</end\>\</shift\>\<shift day="thu"\>\<start\>0900\</start\>\<end\>1800\</end\>\</shift\>\<shift day="fri"\>\<start\>0900\</start\>\<end\>1800\</end\>\</shift\>\</hours_of_operation\>\<languages\>\<language code="en"\>English\</language\>\</languages\>\<categories\>\<category_name\>Financing\</category_name\>\<category_id\>614102\</category_id\>\<category_keywords\>\<category_keyword /\>\</category_keywords\>\</categories\>\<categories\>\<category_name\>Loans\</category_name\>\<category_id\>614101\</category_id\>\<category_keywords\>\<category_keyword /\>\</category_keywords\>\</categories\>\<wifi\>none\</wifi\>\<third_party_offers\>off\</third_party_offers\>\<customer_editing\>on\</customer_editing\>\<email_address\>info@richmondcapitalgroup.com\</email_address\>\<email_contact\>Robert Giardina\</email_contact\>\</email\>\</listing\> |
| Submit Response | \<listing submissionid="53686" externalId="483417154" status="OK" externalUrl="http://www.yellowpages.com/info-483417154/r/" /\> |
| Submit Provider ID | 1 |
| Submit Status ID | 3 |
| External Vendor ID | 483417154 |
| Private Label ID | 1 |

CONFIDENTIAL

# Search Engine Visibility for Shopper ID 71792382
## 5/1/2016 to 5/28/2019

### Site Map

| SiteID | SiteMapID | Date Created |
|---|---|---|
| 808001 | 1212895 | 12/18/2013 12:54:32 PM |

### Site Map Nodes

| SiteID | Site Map ID | Content Type | Is Spider Homepage | Date Created | Is Secure | Parent ID |
|---|---|---|---|---|---|---|
| 808001 | 1212895 | text/html; charset=utf-8 | True | 12/18/2013 12:54:32 PM | False | NULL |
| Name: http://www.richmondcapitalgroup.com<br>Title: Home<br>Url: http://www.richmondcapitalgroup.com/<br>Relative Url: / | | | | | | |
| 808001 | 1212895 | text/html; charset=utf-8 | False | 12/18/2013 12:54:32 PM | False | 74434748 |
| Name: partners.html<br>Title: Partners<br>Url: http://www.richmondcapitalgroup.com/partners.html<br>Relative Url: /partners.html | | | | | | |
| 808001 | 1212895 | text/html; charset=utf-8 | True | 12/18/2013 12:54:32 PM | False | 74434748 |
| Name: home.html<br>Title: Home<br>Url: http://www.richmondcapitalgroup.com/home.html<br>Relative Url: /home.html | | | | | | |
| 808001 | 1212895 | text/html; charset=utf-8 | False | 12/18/2013 12:54:32 PM | False | 74434748 |
| Name: about-us.html<br>Title: About Us<br>Url: http://www.richmondcapitalgroup.com/about-us.html<br>Relative Url: /about-us.html | | | | | | |
| 808001 | 1212895 | text/html; charset=utf-8 | False | 12/18/2013 12:54:32 PM | False | 74434748 |

CONFIDENTIAL

# Search Engine Visibility for Shopper ID 71792382

## 5/1/2016 to 5/28/2019

### Site Map Nodes

| SiteID | Site Map ID | Content Type | Is Spider Homepage | Date Created | Is Secure | Parent ID |
|---|---|---|---|---|---|---|
| | Name: contact.html<br>Title: Contact<br>Url: http://www.richmondcapitalgroup.com/contact.html<br>Relative Url: /contact.html | | | | | |
| 808001 | 1212895 | text/html; charset=utf-8 | False | 12/18/2013 12:54:32 PM | False | 74434748 |
| | Name: how-it-works.html<br>Title: How It Works<br>Url: http://www.richmondcapitalgroup.com/how-it-works.html<br>Relative Url: /how-it-works.html | | | | | |

### User Website Map Submission Report

| Search Engine ID | Last Submitted | Last Submit Successful | Search Engine Name |
|---|---|---|---|
| 11 | 12/18/2013 12:48:48 PM | True | Google |
| 51 | 12/18/2013 12:48:48 PM | True | AOL Search |
| 50 | 12/18/2013 12:48:48 PM | True | Bing |
| 641 | 12/18/2013 12:48:48 PM | True | Yahoo! |

### Site Page

| SiteID | PageID | Url | Is Optimized | Is Generated | Is Analyzed | Date Created | Is Page Secure |
|---|---|---|---|---|---|---|---|
| 808001 | 3006291 | http://www.richmondcapitalgroup.com/how-it-works.html | True | False | False | 12/18/2013 12:54:32 PM | False |

### Site Page

| SiteID | PageID | Url | Is Optimized | Is Generated | Is Analyzed | Date Created | Is Page Secure |
|---|---|---|---|---|---|---|---|
| 808001 | 3006304 | http://www.richmondcapitalgroup.com/home.html | True | False | False | 12/18/2013 12:57:45 PM | False |

CONFIDENTIAL

# Search Engine Visibility for Shopper ID 71792382
## 5/1/2016 to 5/28/2019

**Site Page**

| SiteID | PageID | Url | Is Optimized | Is Generated | Is Analyzed | Date Created | Is Page Secure |
|--------|--------|-----|--------------|--------------|-------------|--------------|----------------|
| 808001 | 3006307 | http://www.richmondcapitalgroup.com/about-us.html | True | False | False | 12/18/2013 12:58:58 PM | False |

**Site Page**

| SiteID | PageID | Url | Is Optimized | Is Generated | Is Analyzed | Date Created | Is Page Secure |
|--------|--------|-----|--------------|--------------|-------------|--------------|----------------|
| 808001 | 3006311 | http://www.richmondcapitalgroup.com/contact.html | True | False | False | 12/18/2013 12:59:11 PM | False |

**Site Page**

| SiteID | PageID | Url | Is Optimized | Is Generated | Is Analyzed | Date Created | Is Page Secure |
|--------|--------|-----|--------------|--------------|-------------|--------------|----------------|
| 808001 | 3006313 | http://www.richmondcapitalgroup.com/partners.html | True | False | False | 12/18/2013 12:59:23 PM | False |

CONFIDENTIAL

# Office365 ShopperId 71792382

## SSO Logins for ShopperId: 71792382

### No SSO Logins for ShopperId: 71792382

## Account Details for AccountID: 12064712

| | |
|---|---|
| Account Status: | Deleted |
| Orion Account Status: | removed |
| Country Code for Billing: | us |
| Created Date (UTC): | 8/10/2017 3:15:02 PM |
| Last Modified Date (UTC): | 8/10/2018 7:00:41 AM |
| Subscription: | BS |
| Description: | Office 365 Starter Email |

## Mailboxes for AccountID: 12064712

### No Mailboxes for AccountID: 12064712

CONFIDENTIAL

# Shopper Contact Audit for Shopper ID 71792382

| Change Date | Requested By | IP Address | Value Changed | Previous Value | Changed To |
|---|---|---|---|---|---|
| 6/16/2014 11:23:18 AM | Kerry A Battle | GoDaddy Internal IP | country | us | US |
| 6/16/2014 11:23:18 AM | Kerry A Battle | GoDaddy Internal IP | email | friedcalama@aol.com | cpolanco@richmondcapitalgroup.com |
| 2/14/2014 2:59:22 PM | BackfillShopper Phones | M1PWSBEAPP 001 | phone1 | 9178389162 | +1.9178389162 |
| 10/22/2013 9:08:13 AM | 108.14.39.215 | GoDaddy Internal IP | city | | Staten Island |
| 10/22/2013 9:08:13 AM | 108.14.39.215 | GoDaddy Internal IP | company | | Richmond Capital Group |
| 10/22/2013 9:08:13 AM | 108.14.39.215 | GoDaddy Internal IP | country | | us |
| 10/22/2013 9:08:13 AM | 108.14.39.215 | GoDaddy Internal IP | email | 71792382 | friedcalama@aol.com |
| 10/22/2013 9:08:13 AM | 108.14.39.215 | GoDaddy Internal IP | first_name | | Robert |
| 10/22/2013 9:08:13 AM | 108.14.39.215 | GoDaddy Internal IP | last_name | | Giardina |
| 10/22/2013 9:08:13 AM | 108.14.39.215 | GoDaddy Internal IP | phone1 | | 9178389162 |
| 10/22/2013 9:08:13 AM | 108.14.39.215 | GoDaddy Internal IP | state | | NY |
| 10/22/2013 9:08:13 AM | 108.14.39.215 | GoDaddy Internal IP | street1 | | 158 Portage Ave |
| 10/22/2013 9:08:13 AM | 108.14.39.215 | GoDaddy Internal IP | zip | | 10314 |

CONFIDENTIAL

# Legal Receipt for Shopper ID 71792382

| | |
|---|---|
| Shopper ID: | 71792382 |
| Receipt ID: | 1414979061 |
| ProgId: | GoDaddy |
| SiteUrl: | http://registrar.godaddy.com |
| Date: | 12/17/2018 9:20:00 AM By billing agent via billing agent |
| Source Code: | ROHB from_app: wsc_dr |

## Shipping Information

Robert Giardina

Richmond Capital Group

158 Portage Ave

Staten Island, NY 10314 us

Daytime Phone: +1.9178389162

cpolanco@richmondcapitalgroup.com

## Billing Information

Robert Giardina

Richmond Capital Group

158 Portage Ave

Staten Island, NY 10314 us

Daytime Phone: +1.9178389162

cpolanco@richmondcapitalgroup.com

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $35.88*

| | |
|---|---|
| Paid: | Credit Card |
| Processor: | AMEXDirect-GD |
| AVS Code: | M |
| Name: | Robert Giardina |
| Creditcard Number: | ██████████ |
| Creditcard Information: | AMEX Exp. 11/2017 |

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 31401-1 | Search Engine Visibility v1 - Renewal (annual)<br>Length: 1 Year(s)<br>Domain: | $35.88 | $35.88 | $0.00 | 1 | $0.00 | $35.88 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $35.88 | $0.00 | $0.00 | $35.88 |

CONFIDENTIAL

# Legal Receipt for Shopper ID 71792382

| | |
|---|---|
| Shopper ID: | 71792382 |
| Receipt ID: | 1414618489 |
| ProgId: | GoDaddy |
| SiteUrl: | http://registrar.godaddy.com |
| Date: | 12/16/2018 4:03:37 PM By customer via Online |
| Source Code: | CJC1OFF30 |

## Shipping Information

Robert Giardina

Richmond Capital Group

158 Portage Ave

Staten Island, NY 10314 US

Daytime Phone: +1.9178389162

cpolanco@richmondcapitalgroup.com

## Billing Information

Robert Giardina

158 Portage Ave

Staten Island, NY 10314 US

Daytime Phone: +1.9178389162

friedcalama@aol.com

| | |
|---|---|
| IP: | 100.2.11.198::https://payment.api.godaddy.com/payapi |

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $53.00*

| | |
|---|---|
| Paid: | In Store Credit |
| Processor: | InStoreCredit |

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 103-1 | .COM Domain Name Registration - 3 Years (recurring)<br>Length: 3 Year(s)<br>Domain: crgny1027.com<br>This a service item. | $44.97 | $41.97 | $0.54 | 1 | $14.49 | $28.02 |
| 2 | 7001-1 | Private Registration Services<br>Length: 1 Year(s)<br>Domain: crgny1027.com<br>This a service item. | $9.99 | $9.99 | $0.00 | 1 | $4.99 | $24.98 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $53.00 | $0.00 | $0.00 | $53.00 |

CONFIDENTIAL

GD 000500

PX35 - 85

# Legal Receipt for Shopper ID 71792382

| | |
|---|---|
| Shopper ID: | 71792382 |
| Receipt ID: | 1237525460 |
| ProgId: | GoDaddy |
| SiteUrl: | http://registrar.godaddy.com |
| Date: | 12/17/2017 10:28:55 AM By billing agent via billing agent |
| Source Code: | ROHB from_app: wsc_dr |

## Shipping Information

Robert Giardina

Richmond Capital Group

158 Portage Ave

Staten Island, NY 10314 us

Daytime Phone: +1.9178389162

cpolanco@richmondcapitalgroup.com

## Billing Information

Robert Giardina

Richmond Capital Group

158 Portage Ave

Staten Island, NY 10314 us

Daytime Phone: +1.9178389162

cpolanco@richmondcapitalgroup.com

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $35.88*

| | |
|---|---|
| Paid: | Credit Card |
| Processor: | AMEXDirect-GD |
| AVS Code: | M |
| Name: | Robert Giardina |
| Creditcard Number: | ████████ |
| Creditcard Information: | AMEX Exp. 11/2017 |

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 31401-1 | Search Engine Visibility v1 - Renewal (annual)<br>Length: 1 Year(s)<br>Domain: | $35.88 | $35.88 | $0.00 | 1 | $0.00 | $35.88 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $35.88 | $0.00 | $0.00 | $35.88 |

CONFIDENTIAL

# Legal Receipt for Shopper ID 71792382

Shopper ID:          71792382

Receipt ID:          1042722402R

ProgId:              GoDaddy

SiteUrl:             http://registrar.godaddy.com

Date:                8/14/2017 12:09:00 PM By Michael P Mulholland via Phone

Source Code:         ROHB from_app: wsc_dr

## Shipping Information

## Billing Information

Robert Giardina

Richmond Capital Group

158 Maiden Ln

Suite 501

New York, NY 10038 US

Daytime Phone: +1.8556629303

rgiardina@richmondcapitalgroup.com

| | |
|---|---|
| Notes: | Products Being Canceled: website builder Reason for Canceling: customer moved to cpanel and another rep said he would get refunds and put in the notes Confirmed within 30 days (post 3/14 purchase): no Confirmed Within old policy (pre 3/14 purchase): y |
| IP: | 10.33.192.22::CRM |

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $-282.71*

| | |
|---|---|
| Paid: | In Store Credit |
| Processor: | InStoreCredit |

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 17511-1 | Website Builder Business - Renewal - 3 years (recurring) Length: 3 Period(s) Domain: | $359.64 | $359.64 | $0.00 | -1 | $0.00 | $-259.66 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $-259.66 | $0.00 | $-23.05 | $-282.71 |

CONFIDENTIAL

# Legal Receipt for Shopper ID 71792382

| | |
|---|---|
| Shopper ID: | 71792382 |
| Receipt ID: | 1173069965 |
| ProgId: | GoDaddy |
| SiteUrl: | http://registrar.godaddy.com |
| Date: | 8/10/2017 8:15:00 AM By Harvey Manlapaz via Phone |
| Source Code: | ?SR |

## Shipping Information

Robert Giardina

Richmond Capital Group

158 Portage Ave

Staten Island, NY 10314 US

Daytime Phone: +1.9178389162

cpolanco@richmondcapitalgroup.com

## Billing Information

Robert Giardina

Richmond Capital Group

158 Portage Ave

Staten Island, NY 10314 us

Daytime Phone: +1.9178389162

cpolanco@richmondcapitalgroup.com

| | |
|---|---|
| IP: | 198.12.128.0::198.12.128.0 |

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $179.64*

| | |
|---|---|
| Paid: | Credit Card |
| Processor: | AMEXDirect-GD |
| AVS Code: | M |
| Name: | Robert Giardina |
| Creditcard Number: | ██████████ |
| Creditcard Information: | AMEX Exp. 11/2017 |

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 32065-1 | Hosting - Web - Deluxe - Linux cPanel - US Region - 3 years (recurring) Length: 3 Year(s) Domain: This a service item. | $395.64 | $179.64 | $0.00 | 1 | $0.00 | $179.64 |
| 2 | 464069-1 | Starter Email - 1 Year Length: 1 Year(s) Domain: This a service item. | $57.00 | $0.00 | $0.00 | 1 | $0.00 | $0.00 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $179.64 | $0.00 | $0.00 | $179.64 |

CONFIDENTIAL

# Legal Receipt for Shopper ID 71792382

| | |
|---|---|
| Shopper ID: | 71792382 |
| Receipt ID: | 1066140013 |
| ProgId: | GoDaddy |
| SiteUrl: | http://registrar.godaddy.com |
| Date: | 12/17/2016 6:31:39 AM By billing agent via billing agent |
| Source Code: | ROHB from_app: wsc_dr |

## Shipping Information

Robert Giardina

Richmond Capital Group

158 Maiden Ln

Suite 501

New York, NY 10038 US

Daytime Phone: +1.8556629303

rgiardina@richmondcapitalgroup.com

## Billing Information

Robert Giardina

Richmond Capital Group

158 Maiden Ln

Suite 501

New York, NY 10038 US

Daytime Phone: +1.8556629303

rgiardina@richmondcapitalgroup.com

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $35.88*

| | |
|---|---|
| Paid: | Credit Card |
| Processor: | AMEXDirect-GD |
| AVS Code: | M |
| Name: | Robert Giardina |
| Creditcard Number: | ███████████ |
| Creditcard Information: | AMEX Exp. 11/2017 |

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 31401-1 | Search Engine Visibility v1 - Renewal (annual) <br> Length: 1 Year(s) <br> Domain: | $35.88 | $35.88 | $0.00 | 1 | $0.00 | $35.88 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $35.88 | $0.00 | $0.00 | $35.88 |

CONFIDENTIAL

# Legal Receipt for Shopper ID 71792382

| | |
|---|---|
| Shopper ID: | 71792382 |
| Receipt ID: | 1063884143 |
| ProgId: | GoDaddy |
| SiteUrl: | http://registrar.godaddy.com |
| Date: | 12/12/2016 3:17:57 AM By billing agent via billing agent |
| Source Code: | ROHB from_app: wsc_dr |

## Shipping Information

Robert Giardina

Richmond Capital Group

158 Maiden Ln

Suite 501

New York, NY 10038 US

Daytime Phone: +1.8556629303

rgiardina@richmondcapitalgroup.com

## Billing Information

Robert Giardina

Richmond Capital Group

158 Maiden Ln

Suite 501

New York, NY 10038 US

Daytime Phone: +1.8556629303

rgiardina@richmondcapitalgroup.com

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $45.51*

| | |
|---|---|
| Paid: | Credit Card |
| Processor: | AMEXDirect-GD |
| AVS Code: | M |
| Name: | Robert Giardina |
| Creditcard Number: | 3███████████ |
| Creditcard Information: | AMEX Exp. 11/2017 |

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 10103-1 | .COM Domain Name Renewal - 3 Years (recurring)<br>Length: 3 Year(s)<br>Domain: merchantmoneytoday.com | $44.97 | $44.97 | $0.54 | 1 | $0.00 | $45.51 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $45.51 | $0.00 | $0.00 | $45.51 |

CONFIDENTIAL

# Legal Receipt for Shopper ID 71792382

| | |
|---|---|
| Shopper ID: | 71792382 |
| Receipt ID: | 1043392657 |
| ProgId: | GoDaddy |
| SiteUrl: | http://registrar.godaddy.com |
| Date: | 10/23/2016 10:09:05 AM By billing agent via billing agent |
| Source Code: | ROHB from_app: wsc_dr |

## Shipping Information

Robert Giardina

Richmond Capital Group

158 Maiden Ln

Suite 501

New York, NY 10038 US

Daytime Phone: +1.8556629303

rgiardina@richmondcapitalgroup.com

## Billing Information

Robert Giardina

Richmond Capital Group

158 Maiden Ln

Suite 501

New York, NY 10038 US

Daytime Phone: +1.8556629303

rgiardina@richmondcapitalgroup.com

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $45.51*

| | |
|---|---|
| Paid: | Credit Card |
| Processor: | AMEXDirect-GD |
| AVS Code: | M |
| Name: | Robert Giardina |
| Creditcard Number: | ███████████ |
| Creditcard Information: | AMEX Exp. 11/2017 |

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 10103-1 | .COM Domain Name Renewal - 3 Years (recurring) Length: 3 Year(s) Domain: richmondcapitalgroup.com | $44.97 | $44.97 | $0.54 | 1 | $0.00 | $45.51 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $45.51 | $0.00 | $0.00 | $45.51 |

CONFIDENTIAL

# Legal Receipt for Shopper ID 71792382

| | |
|---|---|
| Shopper ID: | 71792382 |
| Receipt ID: | 1042722402 |
| ProgId: | GoDaddy |
| SiteUrl: | http://registrar.godaddy.com |
| Date: | 10/22/2016 3:58:08 AM By billing agent via billing agent |
| Source Code: | ROHB from_app: wsc_dr |

## Shipping Information

Robert Giardina

Richmond Capital Group

158 Maiden Ln

Suite 501

New York, NY 10038 US

Daytime Phone: +1.8556629303

rgiardina@richmondcapitalgroup.com

## Billing Information

Robert Giardina

Richmond Capital Group

158 Maiden Ln

Suite 501

New York, NY 10038 US

Daytime Phone: +1.8556629303

rgiardina@richmondcapitalgroup.com

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $391.56*

| | |
|---|---|
| Paid: | Credit Card |
| Processor: | AMEXDirect-GD |
| AVS Code: | M |
| Name: | Robert Giardina |
| Creditcard Number: | ██████████ |
| Creditcard Information: | AMEX Exp. 11/2017 |

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 17511-1 | Website Builder Business - Renewal - 3 years (recurring)<br>Length: 3 Period(s)<br>Domain:<br>* One or more of this line item has been REFUNDED | $359.64 | $359.64 | $0.00 | 1 | $0.00 | $359.64 |
| 2 | 562250-1 | Renewal Usage<br>Length: 1 Month(s)<br>Domain: | $0.00 | $0.00 | $0.00 | 1 | $0.00 | $0.00 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $359.64 | $0.00 | $31.92 | $391.56 |

CONFIDENTIAL

## CERTIFICATE OF AUTHENTICITY
## OF
## BUSINESS RECORDS

I, Kimberly A. Groff, declare, pursuant to Title 28, U.S.C. § 1746, that I am employed by GoDaddy.com, LLC, and that my office title or position is Legal-Admin II. I further declare that I am a custodian of records of said business and that each of the records attached hereto is the original or a duplicate (exact photocopy) of an original record in the custody of GoDaddy.com, LLC.

I further state that:

1.   Such records were made, at or near the times of the occurrence of the matters set forth by (or from information transmitting by) a person with knowledge of those matters;

2.   such records are kept in the course of a regularly conducted business activity;

3.   the business activity made such records as a regular practice; and

4.   if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the forgoing is true and correct.

Dated this ___ day of May 2019.


Kimberly A. Groff
Legal-Admin II
GoDaddy.com, LLC.
14455 N. Hayden Road, Suite 219
Scottsdale, Arizona 85260

# ATTACHMENT E



May 14, 2019

Matthew Wilshire
FTC
600 Pennsylvania Ave, NW
Mailstop CC-10232
Washington DC 20580
mwilshire@ftc.gov

RE:     P184804 | Subscriber No. *PROVIDED BELOW*

Dear Mr. Wilshire:

This letter is being sent in response to your Subpoena/Records Requests stated above. Please find the information below for the subscriber identified in your request:

**855-662-9303**

| | |
|---|---|
| Subscriber Name: | Richmond Capital Group, LLC |
| Administrator (Contact): | Robert Giardina |
| Billing Address: | 125 Maiden Lane, Ste 501 New York, NY 10038 |
| Account Number | P8B000002364118 |
| Email Address: | fredcalama@aol.com |
| Alternate Phone Number: | 917-838-9162 |
| Means of Payment | AMERICAN EXPRESS ███████████ ) |
| Account Activation Date: | 11/15/2013 – Present |
| Account Currently Active: | Yes |

Please be advised that we do not have valid subscriber information in our system for the following subscriber information for the date range requested:

| 917-838-9162 | 855-204-0222 | 917-734-4703 |
|---|---|---|
| steve@ramcapitalfunding.com | king@gtrsourcellc.com | funding@grsourcellc.com |

If you have any questions concerning this communication or the request submitted, please feel free to contact me directly at 408-692-7602 or via email at lorilynn.millsaps@8x8.com.  Please be sure to cc our subpoena department on all electronic communications at subpoena@8x8.com.

Sincerely,
/s/


Lori Lynn Millsaps
Associate Counsel

# 8x8 Monthly Statement

# 8x8

**Statement Date:** 05-01-2019
**Account ID:** RW00339678
**Account Status:** ACTIVE
**Bill Type:** Consolidated

**Richmond Capital Group, llc**
**c/o Giardina Robert**

**Billing Address**
125 MAIDEN LANE STE 501
NEW YORK
NY USA 10038

## Bill at a Glance

| Summary | | Payment Information |
|---|---|---|
| Due Date | 05-02-2019 | Date Billed: N/A |
| Previous Balance[1] | $ 150.51 | Payment Type: Automatic Bill Pay |
| Monthly Charges | $ 69.53 | |
| Adjustments | $ 0.00 | **Current Credit Card on File:** |
| Payments since last bill | $ 150.51 | Card Type: 04 |
| **Total Due** | **$ 69.53** | Card Number: |
| Payment Status | N/A | Expiration Date: |
| | | Name on Card: ROBERT GIARDINA |

## Statement Summary

**Existing Services (Monthly Billing)**                                                    From **04-01-2019** To **04-30-2019**

| Description | Quantity | Unit Price | Service Charges | Usage Charges | Total |
|---|---|---|---|---|---|
| Services | | | | | |
| Virtual Number - No Fees | 1 | $ 2.00 | $ 2.00 | $ 0.00 | $ 2.00 |
| VO TOLL FREE 1,500 MINUTES, NO RRF | 1 | $ 19.98 | $ 19.98 | $ 0.00 | $ 19.98 |
| Virtual Office Unlimited | 1 | $ 26.99 | $ 26.99 | $ 0.00 | $ 26.99 |
| **Taxes** | | | | | **$ 20.56** |
| **Sub-Total** | | | **$ 48.97** | **$ 0.00** | **$ 69.53** |
| **Total** | | | | | **$ 69.53** |

| **Cancelled Services** | | | | From **04-01-2019** To **04-30-2019** | |
|---|---|---|---|---|---|
| Description | Quantity | Unit Price | Service Charges | Usage Charges | Total |
| **04-24-2019** | | | | | |
| Virtual Office Unlimited | 2 | $ 25.99 | $ 0.00 | $ 0.00 | $ 0.00 |

## Taxes & Fees

**Existing Services**                                                                      From **04-01-2019** To **04-30-2019**

| Description | Amount |
|---|---|
| E911 Service Fee (US only) | $ 2.14 |
| Regulatory Recovery Fee[5] | $ 3.99 |
| NY Sales Tax | $ 5.64 |
| New York Gross Revenue Tax Surcharge | $ 2.98 |
| State 911 Fee | $ 1.00 |
| Universal Service Surcharge | $ 4.81 |
| **Total** | $ 20.56 |

PX35 - 96

## Usage Summary

| In-Network Minutes Used | In-Plan Minutes Used | International Minutes Used |
|---|---|---|
| 0 | 112 | 0 |

## Statement Details - Services

| Service ID/Start Date | Service Plans | Telephone #/Ext. | [2] Monthly Service Charge | | | [3]Usage Charge | [4]Taxes & Fees | Total |
|---|---|---|---|---|---|---|---|---|
| | | | List Price | [7]Promo Discount | Adjusted Price | | | |
| **Existing Services (3) From 04-01-2019 To 04-30-2019** | | | | | | | | |
| P8B000002364117 11-15-2013 | Virtual Number - No Fees Days Billed: 30 | 1-646-762-1840 Ext. 2001 | $ 4.99 | $ 2.99 | $ 2.00 | $ 0.00 | $ 0.52 | $ 2.52 |
| P8B000003250150 03-24-2015 | Virtual Office Unlimited Days Billed: 30 | 1-347-282-5961 Ext. 1007 | $ 39.99 | $ 13.00 | $ 26.99 | $ 0.00 | $ 14.78 | $ 41.77 |
| P8B000002364118 11-15-2013 | VO TOLL FREE 1,500 MINUTES, NO RRF Days Billed: 30 | 1-855-662-9303 Ext. 2001 | $ 79.98 | $ 60.00 | $ 19.98 | $ 0.00 | $ 5.26 | $ 25.24 |
| **Disconnected Services (2) From 04-01-2019 To 04-30-2019** | | | | | | | | |
| P8B000002364126 (Disconnected Date : 2019-04-24) 11-15-2013 | Virtual Office Unlimited Days Billed: N/A | 1-646-762-1843 Ext. 1053 | $ 39.99 | $ 14.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| P8B000002364120 (Disconnected Date : 2019-04-24) 11-15-2013 | Virtual Office Unlimited Days Billed: N/A | 1-646-762-1848 Ext. 1058 | $ 39.99 | $ 14.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | **Total** | $ 204.94 | $ 103.99 | $ 48.97 | $ 0.00 | $ 20.56 | $ 69.53 |

## Usage by Country

| Country | Usage(minutes) | Usage Charge |
|---|---|---|
| No international usage. | | |

## Adjustments

| Adjustment ID | Account Reference | Description | Requested Date | Process Date | Amount |
|---|---|---|---|---|---|
| No adjustments applied. | | | | | |

## X Series Usage Summary

| Service ID | Incoming Mins Used | Outgoing Mins Used | Overage(In Minutes) | Rate(Charge Per Min) | Total |
|---|---|---|---|---|---|
| No X Series Usage. | | | | | |

## Inbound Usage Rate Structure

**Services -** P8B000002364118 VO TOLL FREE 1,500 MINUTES, NO RRF

| Minimum (minutes) | Maximum (minutes) | Direction | Usage (minutes) | Rate (per minute) | Usage Charge |
|---|---|---|---|---|---|
| 0 | 3000 | IN | 29 | $ 0.0000 | $ 0.00 |
| 3001 | 429496296 | IN | 0 | $ 0.0390 | $ 0.00 |
| | | | | Total | $ 0.00 |

Note: Inbound usage included in plan

## Call Details (US Pacific Time)

| Seq | Start Time | End Time | Duration | From | To | Direction | Type | Rate ($) | Charge ($) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2019-04-01 08:39:23 | 2019-04-01 08:47:11 | 8.00 | 1-347-282-5961 | 1-212-744-6521 | OUT | In Plan | INCLUDED | INCLUDED |
| 2 | 2019-04-01 12:10:50 | 2019-04-01 12:13:03 | 3.00 | 1-805-836-5291 | 1-855-662-9303 | IN | In Plan | INCLUDED | INCLUDED |
| 3 | 2019-04-02 08:02:31 | 2019-04-02 08:13:16 | 11.00 | 1-347-282-5961 | 1-800-800-1504 | OUT | In Plan | INCLUDED | INCLUDED |
| 4 | 2019-04-02 13:17:03 | 2019-04-02 13:17:26 | 1.00 | 1-347-454-5313 | 1-347-282-5961 | IN | In Plan | INCLUDED | INCLUDED |
| 5 | 2019-04-02 14:38:38 | 2019-04-02 14:38:49 | 1.00 | 1-508-394-3032 | 1-855-662-9303 | IN | In Plan | INCLUDED | INCLUDED |

**Additional Information:**

[1] **Previous Balance** does not include invoice amounts for new service and equipment purchased in previous month. If you have ordered new service and equipment that is not paid at this time, please pay the original invoice you received at the time of sale.

[2] **Monthly Service Charges** apply to the period 05-01-2019 To 05-31-2019

[3] **Usage Charges** apply to the period 04-01-2019 To 04-30-2019

[4] **Taxes & Fees** - Taxes & Fees are based on Service Address. Includes government fees and taxes that we collect and are required by federal, state or local law to remit to the appropriate governmental entity (including, but not limited to, sales, use, excise, public utility, and E911). This section may also include certain fees and costs incurred by as a result of providing service, such as universal service fees (USF). We elect to collect them in order to recover or help defray the costs we incur. These fees, and what is included in the fees, may vary by locale and may change from time to time without notice.

[5] **Regulatory Recovery Fee** - We collect and retain this fee to recover some of the costs we incur to comply with local, state and federal governmental mandates and programs, including, but not limited to, E911, local number portability and number pooling. We may impose the fee whether or not the benefits of any or all of these mandates and programs are available to you in your location.

[6] **This Month's Total** - Includes activity and charges for the time indicated. Does not include payments for prior balances.

[7] **Promo Discount** - Limited time promotional offer.

Bill view is displayed @ 05-02-2019 02:30:42 PM (US Pacific Time)

## CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

### Pursuant to 28 U.S.C. § 1746

1.    I, ____Lori Lynn Millsaps_____, have personal knowledge of the facts set forth below and am competent to testify as follows:

2.    I have authority to certify the authenticity of the records produced by **8x8, Inc.,** (the "Company") and attached hereto.

3.    The Documents produced and attached hereto by the Company are originals or true copies of records of regularly conducted activity that:

   a) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

   b) Were kept in the course of the regularly conducted activity of the Company; and

   c) Were made by the regularly conducted activity as a regular practice of the Company.

I certify under penalty of perjury that the foregoing is true and correct.

Date: ____05/14/2019_____

Signature

# ATTACHMENT F

| SEARCH CRITERIA | |
|---|---|
| From date | 05/01/2016 |
| To date | |
| Search by criteria | Customer ID |
| Search by term | 44321974 |

| CUSTOMER FIELDS | |
|---|---|
| Customer ID | 44321974 |
| Status | Inactive |
| Collection method | Credit Card |
| Customer Name | Robert Giardina |
| Company name | Richmond Capital Group |
| Address | 158 Portage Ave<br>Staten Island<br>NY<br>10314<br>US |
| Email address | cpolanco@richmondcapitalgroup.com |
| Phone number | |
| Notes | |
| Customer send email addresses | |

| CREDIT CARD INFO |
| --- |
| **Primary Credit Card** |
| Not on file |
| **Secondary Credit Card** |
| Not on file |
| **Tertiary Credit Card** |
| Not on file |

**CREDIT CARD COLLECTIONS**

| Collection key | Process date | Name | Address | Ip Address at sign up | Credit card number | Expiry date | Amount | Response | Fraud response code |
|---|---|---|---|---|---|---|---|---|---|
| 189953670 | 11/26/2018 | | | | | 11/30/2020 | 409.5 | Approved | |
| 172610190 | 11/26/2017 | | | | | 11/30/2020 | 409.5 | Approved | |
| 156863917 | 11/26/2016 | | | | | 11/30/2017 | 409.5 | Approved | |
| 141439290 | 11/26/2015 | | | | | 11/30/2017 | 409.5 | Approved | |
| 127394569 | 12/26/2014 | | | | | 11/30/2017 | 3.12 | Approved | |
| 126144873 | 11/26/2014 | | | | | 11/30/2017 | 411.51 | Approved | |
| 123523979 | 09/26/2014 | | | | | 11/30/2017 | 11.79 | Approved | |
| 122246765 | 08/26/2014 | | | | | 11/30/2017 | 8.3 | Approved | |

## CUSTOMER SERVICES

| Service ID | Service type | Offer code | Status | Start date | End date | Description | Phone number | Phone city | Server id |
|---|---|---|---|---|---|---|---|---|---|
| 18552040222 | INBOX | MTRO_LEGACY _USD_35950_AN N_NOACT_NOT RI_2500PG- COMBO | Inactive | 11/26/2013 | 01/07/2019 | | 18552040222 | US-TollFree6- 855 | hol1_did1 |

**INBOX EMAIL ADDRESS FOR SERVICE TYPE "INBOX"**

| Service ID | Inbox email address/es |
|---|---|
| 18552040222 | john@richmondcapitalgroup.com; chris@richmondcapitalgroup.com; seth@richmondcapitalgroup.com; rgiardina@richmondcapitalgroup.com; jdasilva@richmondcapitalgroup.com; |

## EVENTS

| Event date | Type | Assigned/Entry | Notes |
|---|---|---|---|
| 05/26/2016 | Service | n/a, AHAGHANDISH | Modified customer.<br>E-Mail Address:<br>rgiardina@richmondcapitalgroup.com -><br>cpolanco@richmondcapitalgroup.com<br>Do Not Sell E-Mail Address:  -> N<br>Web password: <Hidden> |
| 05/26/2016 | Service | n/a, AHAGHANDISH | E-mailed Inbound Faxing 18552040222.<br>Sent welcome e-mail. |
| 05/26/2016 | Service | n/a, STREAMLINE | Modified Inbound Faxing 18552040222.<br>Email Address(es): Deleted:<br>jeffreym@richmondcapitalgroup.com,<br>jturriciano@richmondcapitalgroup.com. |
| 05/26/2016 | Service | n/a, STREAMLINE | Modified Outbound Faxing 10035901409.<br>Email Address(es): Deleted:<br>jeffreym@richmondcapitalgroup.com,<br>jturriciano@richmondcapitalgroup.com. |
| 05/26/2016 | Service | n/a, STREAMLINE | Modified customer.<br>Web password: <Hidden> |
| 05/26/2016 | Service | n/a, STREAMLINE | Modified Outbound Faxing 10035901409.<br>Email Address(es): Deleted:<br>rgiardina@richmondcapitalgroup.com. Added:<br>fax@islandgrouppartners.com. |
| 05/26/2016 | Service | n/a, STREAMLINE | Modified Outbound Faxing 10035901409.<br>Email Address(es): Deleted:<br>fax@islandgrouppartners.com. Added:<br>rgiardina@islandgrouppartners.com. |
| 05/26/2016 | Service | n/a, STREAMLINE | Modified Inbound Faxing 18552040222.<br>Email Address(es): Deleted:<br>rgiardina@richmondcapitalgroup.com. Added:<br>fax@islandgrouppartners.com. |
| 05/27/2016 | Service | n/a, STREAMLINE | Modified Inbound Faxing 18552040222.<br>Email Address(es): Deleted:<br>fax@islandgrouppartners.com. Added:<br>rgiardina@richmondcapitalgroup.com,<br>jdasilva@richmondcapitalgroup.com,<br>seth@richmondcapitalgroup.com. |
| 06/13/2016 | Service | n/a, STREAMLINE | Modified Outbound Faxing 10035901409.<br>Email Address(es): Deleted:<br>rgiardina@islandgrouppartners.com. Added:<br>rgiardina@richmondcapitalgroup.com. |
| 11/15/2017 | Service | n/a, J2CAU | Modified customer.<br>Automatic process update:<br>Credit Card Expiration Date: 11/30/2017 -><br>11/30/2020 |
| 04/06/2018 | Service | n/a, STREAMLINE | Modified Outbound Faxing 10035901409.<br>Email Address(es): Added:<br>cpolanco@richmondcapitalgroup.com. |
| 04/06/2018 | Service | n/a, STREAMLINE | Modified Outbound Faxing 10035901409.<br>Email Address(es): Deleted:<br>cpolanco@richmondcapitalgroup.com. |
| 01/07/2019 | Service | n/a, ISPREAL | Closed Outbound Faxing 10035901409.<br>Cancel Code: DEMO |
| 01/07/2019 | Service | n/a, ISPREAL | Modified Outbound Faxing 10035901409.<br>Email Address(es): Deleted:<br>chris@richmondcapitalgroup.com,<br>john@richmondcapitalgroup.com,<br>rgiardina@richmondcapitalgroup.com. |

## EVENTS

| Event date | Type | Assigned/Entry | Notes |
|---|---|---|---|
| 01/07/2019 | Service | n/a, ASALAWU | Closed customer.<br>Reason: Demo cancellation (DEMO)<br>Close On Date: 01/07/2019 PST<br>Cancel Code: DEMO |
| 01/07/2019 | Service | n/a, ISPREAL | Closed Inbound Faxing 18552040222.<br>Cancel Code: DEMO |
| 01/07/2019 | Service | n/a, ISPREAL | Modified customer.<br>Set suspend flag Usage Non-Payment / Other.<br>Now suspended for Usage Non-Payment / Other.<br>Source IP Address: 10.144.70.66. |
| 01/08/2019 | Service | n/a, ISPBATCH | E-mailed customer.<br>Cancellation email sent.  Cancellation number:<br>82464090. |
| 01/08/2019 | Service | n/a, ISPBATCH | Inactivated Inbound Faxing 18552040222. |
| 01/08/2019 | Service | n/a, ISPBATCH | Inactivated Outbound Faxing 10035901409. |
| 01/08/2019 | Service | n/a, ISPBATCH | Inactivated customer. |
| 03/15/2019 | Service | n/a, DGUERRERO | Modified customer.<br>Day of Month: 25 -> 14 |
| 03/15/2019 | Service | n/a, DGUERRERO | Modified customer.<br>Interval Day: 14 -> 25 |
| 04/09/2019 | Note | n/a, BILLOPS | FINAL CLOSEOUT.<br>Prior service gift SEND_COMPLETE balance = 2. |
| 04/10/2019 | Note | n/a, BILLOPS | FINAL CLOSEOUT.<br>Prior service gift SEND_COMPLETE balance = 2. |
| 04/29/2019 | Service | n/a, DGUERRERO | Modified customer.<br>Day of Month: 25 -> 28 |
| 04/29/2019 | Service | n/a, DGUERRERO | Modified customer.<br>Interval Day: 28 -> 25 |
| 05/08/2019 | Service | n/a, DGUERRERO | Modified customer.<br>Day of Month: 25 -> 7 |
| 05/08/2019 | Service | n/a, DGUERRERO | Modified customer.<br>Interval Day: 7 -> 25 |
| 05/08/2019 | Service | n/a, DGUERRERO | Modified customer.<br>Day of Month: 25 -> 7 |
| 05/10/2019 | Service | n/a, DGUERRERO | Modified customer.<br>Day of Month: 7 -> 9 |
| 05/23/2019 | Service | n/a, DGUERRERO | Modified customer.<br>Day of Month: 9 -> 22 |

**JOURNAL INFO**

| Date | Description | Amount |
|------|-------------|--------|
| 11/25/2016 | MetroFax Number: 18552040222 (Nov 26 - Nov 25) | 409.5 |
| 11/26/2016 | Charge to Credit Card | -409.5 |
| 11/25/2017 | MetroFax Number: 18552040222 (Nov 26 - Nov 25) | 409.5 |
| 11/26/2017 | Charge to Credit Card | -409.5 |
| 11/25/2018 | MetroFax Number: 18552040222 (Nov 26 - Nov 25) | 409.5 |
| 11/26/2018 | Charge to Credit Card | -409.5 |

## INBOX LOGS

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 05/02/2016 05:33:51 PM | 05/02/2016 10:43:23 AM | 18552040222 | 18552040222@storage.metrofax.com|0;chris@richmondcapitalgroup.com|0;jeffreym@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;jturriciano@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0 | 267 | 9 | FAX | 2057557337 | 0.27 | 1-205-755-7337 |
| 05/02/2016 07:52:49 PM | 05/02/2016 01:13:42 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jeffreym@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;jturriciano@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0 | 1170 | 35 | FAX | 7146355704 | 1.05 | 1-714-635-5704 |
| 05/03/2016 04:15:10 PM | 05/03/2016 09:32:48 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jeffreym@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;jturriciano@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0 | 241 | 10 | FAX | unknown | 0.3 | 1-254-235-0339 |
| 05/03/2016 05:32:55 PM | 05/03/2016 10:34:50 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jeffreym@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;jturriciano@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0 | 93 | 4 | FAX | 2057557337 | 0.12 | 1-205-755-7337 |
| 05/03/2016 05:40:23 PM | 05/03/2016 10:41:43 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jeffreym@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;jturriciano@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0 | 54 | 2 | FAX | 2057557337 | 0.06 | 1-205-755-7337 |
| 05/03/2016 07:07:41 PM | 05/03/2016 12:11:02 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jeffreym@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;jturriciano@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0 | 109 | 4 | FAX | 9735389478 | 0.12 | 1-973-538-9478 |
| 05/03/2016 07:22:20 PM | 05/03/2016 12:23:47 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jeffreym@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;jturriciano@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0 | 75 | 4 | FAX | 5053451902 | 0.12 | 1-505-345-1902 |
| 05/04/2016 06:04:41 PM | 05/04/2016 11:13:52 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jeffreym@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;jturriciano@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0 | 233 | 8 | FAX | 2057557337 | 0.24 | 1-205-755-7337 |
| 05/04/2016 11:11:54 PM | 05/04/2016 04:18:39 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jeffreym@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;jturriciano@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0 | 388 | 10 | FAX | unknown | 0.3 | 1-818-504-7943 |
| 05/05/2016 05:47:43 PM | 05/05/2016 11:01:22 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jeffreym@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;jturriciano@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0 | 303 | 6 | FAX | unknown | 0.18 | 1-817-562-2079 |
| 05/05/2016 06:36:35 PM | 05/05/2016 11:37:24 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jeffreym@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;jturriciano@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0 | 31 | 1 | FAX | unknown | 0.03 | 1-817-562-2079 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 05/05/2016 06:43:50 PM | 05/05/2016 11:44:48 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricino@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 39 | 1 | FAX | unknown | 0.03 | 1-818-504-7943 |
| 05/05/2016 07:00:15 PM | 05/05/2016 12:08:16 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricino@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 473 | 13 | FAX | unknown | 0.39 | 1-314-865-1943 |
| 05/05/2016 08:09:21 PM | 05/05/2016 01:21:18 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricino@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 682 | 35 | FAX | unknown | 1.05 | 1-305-638-8808 |
| 05/05/2016 10:59:05 PM | 05/05/2016 04:04:07 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricino@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 238 | 7 | FAX | unknown | 0.21 | 1-510-782-6567 |
| 05/06/2016 08:40:17 PM | 05/06/2016 01:43:59 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricino@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 205 | 6 | FAX | unknown | 0.18 | 1-909-623-1560 |
| 05/06/2016 08:44:01 PM | 05/06/2016 01:46:57 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricino@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 145 | 5 | FAX | unknown | 0.15 | 1-909-623-1560 |
| 05/06/2016 08:46:46 PM | 05/06/2016 01:48:29 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricino@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 78 | 2 | FAX | unknown | 0.06 | 1-909-623-1560 |
| 05/06/2016 08:53:18 PM | 05/06/2016 01:58:57 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricino@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 305 | 11 | FAX | unknown | 0.33 | 1-909-623-1560 |
| 05/06/2016 09:02:38 PM | 05/06/2016 02:07:59 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricino@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 311 | 12 | FAX | unknown | 0.36 | 1-909-623-1560 |
| 05/09/2016 06:09:54 PM | 05/09/2016 11:15:13 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricino@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 307 | 10 | FAX | unknown | 0.3 | 1-302-325-2819 |
| 05/09/2016 06:33:49 PM | 05/09/2016 11:40:25 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricino@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 51 | 1 | FAX | unknown | 0.03 | 1-302-325-2819 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 05/09/2016 06:35:45 PM | 05/09/2016 11:40:49 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 272 | 8 | FAX | unknown | 0.24 | 1-302-325-2819 |
| 05/09/2016 07:07:28 PM | 05/09/2016 12:15:01 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 340 | 12 | FAX | unknown | 0.36 | 1-302-325-2819 |
| 05/10/2016 01:41:21 AM | 05/09/2016 06:52:47 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 659 | 23 | FAX | 7146355704 | 0.69 | 1-714-635-5704 |
| 05/10/2016 02:43:05 PM | 05/10/2016 07:50:58 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 55 | 2 | FAX | 9735389478 | 0.06 | 1-973-538-9478 |
| 05/10/2016 05:24:02 PM | 05/10/2016 10:34:11 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 88 | 3 | FAX | 3618821511 | 0.09 | 1-361-882-1511 |
| 05/10/2016 05:25:56 PM | 05/10/2016 10:35:56 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 117 | 4 | FAX | 3618821511 | 0.12 | 1-361-882-1511 |
| 05/10/2016 05:50:04 PM | 05/10/2016 10:57:22 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 119 | 4 | FAX | 3618821511 | 0.12 | 1-361-882-1511 |
| 05/10/2016 06:52:49 PM | 05/10/2016 11:57:09 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 197 | 7 | FAX | 5188531706 | 0.21 | 1-518-853-1706 |
| 05/10/2016 10:48:41 PM | 05/10/2016 03:52:39 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 215 | 10 | FAX | 2532527520 | 0.3 | 1-253-252-7080 |
| 05/12/2016 06:17:00 PM | 05/12/2016 11:21:52 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 102 | 2 | FAX | sharon_Lowensohn@doa | 0.06 | 1-347-391-2648 |
| 05/12/2016 07:53:53 PM | 05/12/2016 12:56:18 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 89 | 2 | FAX | Fax Server | 0.06 | 1-319-221-2800 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 05/16/2016 02:55:19 AM | 05/15/2016 07:56:24 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricia no@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 41 | 1 | FAX | unknown | 0.03 | 1-317-826-0693 |
| 05/16/2016 08:07:57 PM | 05/16/2016 01:24:00 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricia no@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 944 | 20 | FAX | unknown | 0.6 | 1-303-355-4602 |
| 05/16/2016 08:52:01 PM | 05/16/2016 01:53:36 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricia no@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 63 | 3 | FAX | 5053451902 | 0.09 | 1-505-345-1902 |
| 05/16/2016 10:17:58 PM | 05/16/2016 03:21:52 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricia no@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 182 | 5 | FAX | unknown | 0.15 | 1-919-401-4489 |
| 05/17/2016 05:08:03 PM | 05/17/2016 10:10:03 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricia no@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 101 | 4 | FAX | unknown | 0.12 | 1-980-265-1171 |
| 05/17/2016 09:35:43 PM | 05/17/2016 02:37:25 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricia no@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 82 | 3 | FAX | unknown | 0.09 | 1-510-782-6567 |
| 05/17/2016 09:47:16 PM | 05/17/2016 02:50:19 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricia no@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 170 | 9 | FAX | unknown | 0.27 | 1-510-782-6567 |
| 05/18/2016 08:25:50 PM | 05/18/2016 01:27:14 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricia no@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 55 | 2 | FAX | unknown | 0.06 | 1-225-665-0178 |
| 05/18/2016 08:27:15 PM | 05/18/2016 01:28:39 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricia no@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 50 | 2 | FAX | unknown | 0.06 | 1-225-665-0178 |
| 05/18/2016 08:28:35 PM | 05/18/2016 01:30:09 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricia no@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 74 | 2 | FAX | unknown | 0.06 | 1-225-665-0178 |
| 05/18/2016 08:30:21 PM | 05/18/2016 01:36:01 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricia no@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 225 | 3 | FAX | unknown | 0.09 | 1-225-665-0178 |

## INBOX LOGS

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 05/18/2016 08:34:36 PM | 05/18/2016 01:35:40 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 54 | 2 | FAX | unknown | 0.06 | 1-225-665-0178 |
| 05/18/2016 08:36:00 PM | 05/18/2016 01:37:10 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 57 | 2 | FAX | unknown | 0.06 | 1-225-665-0178 |
| 05/18/2016 08:37:27 PM | 05/18/2016 01:38:48 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 56 | 2 | FAX | unknown | 0.06 | 1-225-665-0178 |
| 05/19/2016 03:59:31 PM | 05/19/2016 09:04:12 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 74 | 1 | FAX | 409 787 3038 | 0.03 | 1-409-787-3038 |
| 05/19/2016 04:03:56 PM | 05/19/2016 09:08:08 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 55 | 1 | FAX | 409 787 3038 | 0.03 | 1-409-787-3038 |
| 05/19/2016 04:33:05 PM | 05/19/2016 09:49:27 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 271 | 9 | FAX | unknown | 0.27 | 1-858-452-1819 |
| 05/19/2016 04:42:12 PM | 05/19/2016 09:57:32 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 86 | 2 | FAX | unknown | 0.06 | 1-858-452-1819 |
| 05/19/2016 04:54:24 PM | 05/19/2016 09:55:15 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 35 | 1 | FAX | unknown | 0.03 | 1-858-452-1819 |
| 05/19/2016 07:48:34 PM | 05/19/2016 01:08:28 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 910 | 13 | FAX | 3618821511 | 0.39 | 1-361-882-1511 |
| 05/19/2016 08:37:42 PM | 05/19/2016 01:41:42 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 210 | 6 | FAX | 3618821511 | 0.18 | 1-361-882-1511 |
| 05/19/2016 08:48:21 PM | 05/19/2016 01:49:16 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 41 | 1 | FAX | 3618821511 | 0.03 | 1-361-882-1511 |

## INBOX LOGS

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 05/20/2016 02:30:42 AM | 05/19/2016 07:42:13 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 659 | 32 | FAX | 4794510750 | 0.96 | 1-479-451-0750 |
| 05/20/2016 02:43:01 AM | 05/19/2016 07:47:43 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 250 | 15 | FAX | 4794510750 | 0.45 | 1-479-451-0750 |
| 05/20/2016 02:48:25 AM | 05/19/2016 07:51:14 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 159 | 7 | FAX | 4794510750 | 0.21 | 1-479-451-0750 |
| 05/20/2016 02:56:34 AM | 05/19/2016 08:02:44 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 355 | 16 | FAX | 4794510750 | 0.48 | 1-479-451-0750 |
| 05/20/2016 03:03:43 AM | 05/19/2016 08:13:21 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 565 | 31 | FAX | 4794510750 | 0.93 | 1-479-451-0750 |
| 05/20/2016 03:42:10 PM | 05/20/2016 08:56:33 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 792 | 7 | FAX | 8595239684 | 0.21 | 1-859-523-9684 |
| 05/20/2016 04:33:14 PM | 05/20/2016 09:37:15 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 40 | 1 | FAX | unknown | 0.03 | 1-858-452-1819 |
| 05/23/2016 01:55:38 PM | 05/23/2016 06:57:14 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 79 | 2 | FAX | unknown | 0.06 | 1-201-814-0814 |
| 05/23/2016 03:44:47 PM | 05/23/2016 09:00:39 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 701 | 14 | FAX | 3032021825 | 0.42 | 1-303-202-1825 |
| 05/23/2016 03:57:40 PM | 05/23/2016 08:58:50 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 47 | 1 | FAX | 2013433410 | 0.03 | 1-201-343-3410 |
| 05/23/2016 03:58:34 PM | 05/23/2016 09:09:51 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturriciano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 640 | 12 | FAX | 3032021825 | 0.36 | 1-303-202-1825 |

PX35 - 115

## INBOX LOGS

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 05/23/2016 04:08:03 PM | 05/23/2016 09:09:21 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 42 | 1 | FAX | 5188531706 | 0.03 | 1-518-853-1706 |
| 05/23/2016 04:50:12 PM | 05/23/2016 10:02:24 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 588 | 12 | FAX | 3032021825 | 0.36 | 1-303-202-1825 |
| 05/23/2016 05:04:20 PM | 05/23/2016 10:18:26 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 647 | 12 | FAX | 3032021825 | 0.36 | 1-303-202-1825 |
| 05/23/2016 09:35:28 PM | 05/23/2016 02:41:49 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 359 | 11 | FAX | 9795437209 | 0.33 | 1-979-543-7209 |
| 05/23/2016 11:13:51 PM | 05/23/2016 04:20:33 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 314 | 7 | FAX | unknown | 0.21 | 1-979-578-8623 |
| 05/23/2016 11:19:57 PM | 05/23/2016 04:24:30 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 210 | 6 | FAX | unknown | 0.18 | 1-979-578-8623 |
| 05/24/2016 02:39:31 PM | 05/24/2016 07:58:29 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 1132 | 26 | FAX | unknown | 0.78 | 1-201-814-0814 |
| 05/24/2016 03:42:02 PM | 05/24/2016 09:02:10 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 1179 | 26 | FAX | unknown | 0.78 | 1-201-814-0814 |
| 05/24/2016 09:15:16 PM | 05/24/2016 02:35:34 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 1203 | 47 | FAX | 2812199901 | 1.41 | 1-281-219-9901 |
| 05/24/2016 11:50:02 PM | 05/24/2016 04:53:06 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 176 | 7 | FAX | 734 394 2127 | 0.21 | 1-734-394-2127 |
| 05/25/2016 04:56:59 PM | 05/25/2016 10:03:35 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jeffreym@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;jturricano@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 114 | 6 | FAX | 2812199901 | 0.18 | 1-281-219-9901 |

# INBOX LOGS

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 05/26/2016 03:02:22 PM | 05/26/2016 08:03:09 AM | 18552040222 | 18552040222@storage.metrofax.com|0;chris@richmondcapitalgroup.com|0;jeffreym@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;jturriciano@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0 | 27 | 1 | FAX | unknown | 0.03 | 1-215-464-3506 |
| 05/26/2016 10:32:41 PM | 05/26/2016 03:38:57 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;fax@islandgrouppartners.com|0;john@richmondcapitalgroup.com|0 | 363 | 7 | FAX | 8054730618 | 0.21 | 1-805-473-0618 |
| 05/26/2016 10:45:24 PM | 05/26/2016 03:47:28 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;fax@islandgrouppartners.com|0;john@richmondcapitalgroup.com|0 | 117 | 4 | FAX | 8054730618 | 0.12 | 1-805-473-0618 |
| 05/26/2016 10:52:26 PM | 05/26/2016 03:54:55 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;fax@islandgrouppartners.com|0;john@richmondcapitalgroup.com|0 | 62 | 1 | FAX | 8054730618 | 0.03 | 1-805-473-0618 |
| 05/27/2016 03:13:58 PM | 05/27/2016 08:19:23 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;fax@islandgrouppartners.com|0;john@richmondcapitalgroup.com|0 | 254 | 7 | FAX | 8605471489 | 0.21 | 1-860-244-9871 |
| 05/27/2016 03:59:06 PM | 05/27/2016 09:03:03 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;fax@islandgrouppartners.com|0;john@richmondcapitalgroup.com|0 | 63 | 3 | FAX | 8605471489 | 0.09 | 1-860-244-9871 |
| 05/27/2016 06:50:09 PM | 05/27/2016 11:57:03 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0 | 212 | 6 | FAX | unknown | 0.18 | 1-206-829-8674 |
| 05/29/2016 02:41:26 PM | 05/29/2016 07:43:01 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 87 | 3 | FAX | 5706519898 | 0.09 | 1-570-651-9898 |
| 05/31/2016 06:10:54 PM | 05/31/2016 11:28:05 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 1027 | 7 | FAX | 5706519898 | 0.21 | 1-570-651-9898 |
| 05/31/2016 07:55:05 PM | 05/31/2016 01:02:12 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 271 | 10 | FAX | unknown | 0.3 | 1-919-401-4489 |
| 05/31/2016 08:04:37 PM | 05/31/2016 01:06:11 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 64 | 3 | FAX | unknown | 0.09 | 1-919-401-4489 |
| 05/31/2016 09:23:12 PM | 05/31/2016 02:24:19 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 31 | 1 | FAX | unknown | 0.03 | 1-206-829-8674 |
| 05/31/2016 10:40:19 PM | 05/31/2016 03:42:09 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 95 | 4 | FAX | 5036385775 | 0.12 | 1-503-638-5775 |

## INBOX LOGS

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 05/31/2016 10:43:20 PM | 05/31/2016 03:55:10 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 690 | 25 | FAX | unknown | 0.75 | 1-503-638-5775 |
| 05/31/2016 11:00:56 PM | 05/31/2016 04:02:43 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 80 | 1 | FAX | 5036385775 | 0.03 | 1-503-638-5775 |
| 05/31/2016 11:04:17 PM | 05/31/2016 04:06:50 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 133 | 6 | FAX | 5036385775 | 0.18 | 503-638-5775 |
| 06/01/2016 03:21:20 PM | 06/01/2016 08:52:58 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 1887 | 14 | FAX | 5706519898 | 0.42 | 1-570-651-9898 |
| 06/01/2016 05:45:11 PM | 06/01/2016 11:00:40 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 51 | 1 | FAX | 5706519898 | 0.03 | 570-651-9898 |
| 06/01/2016 05:46:08 PM | 06/01/2016 10:57:08 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 650 | 13 | FAX | unknown | 0.39 | 206-829-8674 |
| 06/01/2016 08:19:41 PM | 06/01/2016 01:34:11 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 865 | 7 | FAX | 5706519898 | 0.21 | 1-570-651-9898 |
| 06/02/2016 06:42:03 PM | 06/02/2016 11:47:16 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 43 | 1 | FAX | 5706519898 | 0.03 | 570-651-9898 |
| 06/02/2016 06:58:32 PM | 06/02/2016 12:01:51 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 176 | 4 | FAX | 5305873078 | 0.12 | 530-885-1130 |
| 06/02/2016 07:20:26 PM | 06/02/2016 12:31:56 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 676 | 7 | FAX | 5305873078 | 0.21 | 1-530-885-1130 |
| 06/02/2016 07:36:15 PM | 06/02/2016 12:39:52 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 197 | 4 | FAX | 5305873078 | 0.12 | 530-885-1130 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 06/02/2016 07:40:41 PM | 06/02/2016 12:43:23 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 151 | 3 | FAX | 5305873078 | 0.09 | 1-530-885-1130 |
| 06/03/2016 04:02:15 PM | 06/03/2016 09:07:39 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 51 | 1 | FAX | unknown | 0.03 | 1-201-692-9111 |
| 06/03/2016 04:21:35 PM | 06/03/2016 09:26:11 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 263 | 9 | FAX | unknown | 0.27 | 1-904-519-5304 |
| 06/06/2016 08:01:34 PM | 06/06/2016 01:10:40 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 462 | 13 | FAX | unknown | 0.39 | 715-386-1163 |
| 06/06/2016 08:38:14 PM | 06/06/2016 01:41:08 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 160 | 4 | FAX | unknown | 0.12 | 1-715-386-1163 |
| 06/07/2016 08:16:50 PM | 06/07/2016 01:17:45 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 38 | 1 | FAX | 7602433684 | 0.03 | 1-760-243-3684 |
| 06/07/2016 08:41:50 PM | 06/07/2016 01:49:35 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 324 | 11 | FAX | unknown | 0.33 | 1-845-633-8281 |
| 06/08/2016 05:21:39 PM | 06/08/2016 10:26:02 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 238 | 6 | FAX | 3057567549 | 0.18 | 1-305-756-7543 |
| 06/08/2016 07:41:40 PM | 06/08/2016 12:49:44 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 474 | 11 | FAX | 7149990257 | 0.33 | 1-714-999-0257 |
| 06/09/2016 03:31:12 PM | 06/09/2016 08:45:00 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 510 | 38 | FAX | 8605471489 | 1.14 | 860-244-9871 |
| 06/09/2016 05:35:14 PM | 06/09/2016 10:44:28 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 287 | 11 | FAX | 7182316040 | 0.33 | 1-718-231-6040 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 06/09/2016 09:39:53 PM | 06/09/2016 02:44:11 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 248 | 6 | FAX | 2196611205 | 0.18 | 1-219-996-3606 |
| 06/09/2016 10:09:19 PM | 06/09/2016 03:35:20 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 1539 | 60 | FAX | unknown | 1.8 | 1-502-589-0028 |
| 06/10/2016 07:48:00 PM | 06/10/2016 12:49:00 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 47 | 1 | FAX | 2013433410 | 0.03 | 1-201-343-3410 |
| 06/10/2016 09:58:52 PM | 06/10/2016 03:09:39 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 568 | 19 | FAX | unknown | 0.57 | 1-770-929-9371 |
| 06/10/2016 10:14:33 PM | 06/10/2016 03:22:29 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 460 | 8 | FAX | 5305873078 | 0.24 | 530-885-1130 |
| 06/11/2016 12:25:24 AM | 06/10/2016 05:29:06 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 201 | 5 | FAX | 5305873078 | 0.15 | 1-530-885-1130 |
| 06/11/2016 12:30:43 AM | 06/10/2016 05:33:30 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 158 | 5 | FAX | 5305873078 | 0.15 | 1-530-885-1130 |
| 06/12/2016 06:46:27 PM | 06/12/2016 11:58:29 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 709 | 30 | FAX | 504 533 8010 | 0.9 | 1-504-593-8010 |
| 06/12/2016 06:58:35 PM | 06/12/2016 12:11:29 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 755 | 32 | FAX | 504 533 8010 | 0.96 | 1-504-593-8010 |
| 06/13/2016 04:25:45 PM | 06/13/2016 09:32:47 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 417 | 8 | FAX | 7175026415 | 0.24 | 1-717-502-6415 |
| 06/13/2016 04:35:27 PM | 06/13/2016 09:37:00 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 79 | 3 | FAX | 7175026415 | 0.09 | 1-717-502-6415 |

PX35 - 120

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 06/13/2016 04:40:43 PM | 06/13/2016 09:49:22 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 51 | 1 | FAX | 7175026415 | 0.03 | 1-717-502-6415 |
| 06/13/2016 05:08:29 PM | 06/13/2016 10:13:15 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 276 | 7 | FAX | 2196611205 | 0.21 | 1-219-996-3606 |
| 06/13/2016 06:32:54 PM | 06/13/2016 11:35:29 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 123 | 5 | FAX | 2196611205 | 0.15 | 219-996-3606 |
| 06/13/2016 07:13:06 PM | 06/13/2016 12:17:46 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 272 | 14 | FAX | unknown | 0.42 | 1-757-967-8679 |
| 06/14/2016 01:49:45 PM | 06/14/2016 06:54:22 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 40 | 1 | FAX | 7572230856 | 0.03 | 1-757-223-0856 |
| 06/14/2016 06:29:33 PM | 06/14/2016 11:42:12 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 361 | 11 | FAX | 770 323 3195 | 0.33 | 1-770-323-3832 |
| 06/15/2016 03:46:06 PM | 06/15/2016 08:50:49 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 46 | 1 | FAX | 2013433410 | 0.03 | 1-201-343-3410 |
| 06/15/2016 04:35:38 PM | 06/15/2016 09:52:33 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 500 | 19 | FAX | 8136726180 | 0.57 | 1-813-672-6180 |
| 06/15/2016 05:15:37 PM | 06/15/2016 10:40:55 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 1500 | 57 | FAX | unknown | 1.71 | 1-502-589-0028 |
| 06/15/2016 06:18:20 PM | 06/15/2016 11:26:09 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 463 | 18 | FAX | 8136726180 | 0.54 | 1-813-672-6180 |
| 06/15/2016 06:36:57 PM | 06/15/2016 11:46:23 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 451 | 18 | FAX | 8136726180 | 0.54 | 1-813-672-6180 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 06/16/2016 03:27:06 PM | 06/16/2016 08:28:26 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 70 | 2 | FAX | 8136726180 | 0.06 | 1-813-672-6180 |
| 06/16/2016 03:56:13 PM | 06/16/2016 09:13:01 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 980 | 29 | FAX | unknown | 0.87 | 1-502-589-0028 |
| 06/16/2016 04:17:54 PM | 06/16/2016 09:42:25 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 1454 | 55 | FAX | unknown | 1.65 | 1-502-589-0028 |
| 06/16/2016 04:37:40 PM | 06/16/2016 09:38:39 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 45 | 1 | FAX | unknown | 0.03 | 1-718-728-2648 |
| 06/16/2016 07:31:25 PM | 06/16/2016 12:32:40 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 63 | 1 | FAX | 3616689848 | 0.03 | 1-361-668-9848 |
| 06/16/2016 07:52:00 PM | 06/16/2016 01:04:10 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 715 | 32 | FAX | unknown | 0.96 | 1-508-996-2620 |
| 06/16/2016 08:04:13 PM | 06/16/2016 01:14:28 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 598 | 17 | FAX | unknown | 0.51 | 1-508-996-2620 |
| 06/16/2016 08:40:12 PM | 06/16/2016 02:33:27 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 3175 | 50 | FAX | unknown | 1.5 | 1-508-996-2620 |
| 06/17/2016 05:49:20 AM | 06/16/2016 10:56:47 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 437 | 23 | FAX | 3616689848 | 0.69 | 1-361-668-9848 |
| 06/17/2016 09:24:00 PM | 06/17/2016 02:28:34 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 262 | 9 | FAX | 16628939889 | 0.27 | 1-662-893-9889 |
| 06/17/2016 11:04:02 PM | 06/17/2016 04:04:51 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 28 | 1 | FAX | REGIONS-HOLIDAY CITY | 0.03 | 1-901-367-4111 |

## INBOX LOGS

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 06/20/2016 02:42:07 PM | 06/20/2016 07:50:21 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 485 | 15 | FAX | JPMorgan Chase | 0.45 | 1-302-468-8000 |
| 06/20/2016 02:44:03 PM | 06/20/2016 07:59:45 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 853 | 28 | FAX | JPMorgan Chase | 0.84 | 1-302-252-3218 |
| 06/20/2016 04:03:20 PM | 06/20/2016 09:21:16 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 449 | 16 | FAX | unknown | 0.48 | 1-508-996-2620 |
| 06/22/2016 02:46:45 PM | 06/22/2016 07:52:42 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 347 | 11 | FAX | unknown | 0.33 | 1-301-390-8453 |
| 06/22/2016 02:52:56 PM | 06/22/2016 07:58:33 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 74 | 4 | FAX | 5053451902 | 0.12 | 1-505-345-1902 |
| 06/22/2016 05:25:45 PM | 06/22/2016 10:31:50 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 351 | 10 | FAX | unknown | 0.3 | 1-516-881-7351 |
| 06/22/2016 09:20:45 PM | 06/22/2016 02:26:50 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 345 | 7 | FAX | 3077217128 | 0.21 | 1-303-355-4602 |
| 06/24/2016 05:50:20 PM | 06/24/2016 11:02:48 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 733 | 17 | FAX | 7656433070 | 0.51 | 1-765-643-3070 |
| 06/28/2016 03:04:28 PM | 06/28/2016 08:14:54 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 617 | 12 | FAX | 12096447638 | 0.36 | 1-404-601-9001 |
| 06/28/2016 06:07:55 PM | 06/28/2016 11:16:04 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 436 | 14 | FAX | Wells Fargo | 0.42 | 1-770-754-5246 |
| 06/28/2016 06:18:33 PM | 06/28/2016 11:24:48 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 366 | 14 | FAX | Wells Fargo | 0.42 | 1-770-754-5246 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 06/28/2016 06:28:02 PM | 06/28/2016 11:45:58 AM | 18552040222 | 18552040222@storage.metrofax.com;2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 305 | 11 | FAX | Wells Fargo | 0.33 | 1-770-754-5246 |
| 06/29/2016 04:23:50 PM | 06/29/2016 09:29:33 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 315 | 10 | FAX | unknown | 0.3 | 1-302-325-2819 |
| 06/29/2016 04:50:35 PM | 06/29/2016 09:52:01 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 61 | 3 | FAX | unknown | 0.09 | 1-814-946-8636 |
| 06/29/2016 05:40:23 PM | 06/29/2016 11:02:48 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 450 | 17 | FAX | unknown | 0.51 | 1-918-967-4470 |
| 06/29/2016 06:36:13 PM | 06/29/2016 11:58:18 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 470 | 23 | FAX | 5619971123 | 0.69 | 1-561-997-1123 |
| 06/29/2016 08:26:04 PM | 06/29/2016 01:34:36 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 496 | 23 | FAX | 5619971123 | 0.69 | 1-561-997-1123 |
| 06/29/2016 08:39:05 PM | 06/29/2016 01:46:26 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 434 | 16 | FAX | unknown | 0.48 | 1-302-325-2819 |
| 06/30/2016 02:36:11 PM | 06/30/2016 07:45:00 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 514 | 9 | FAX | unknown | 0.27 | 1-678-319-0538 |
| 06/30/2016 03:29:40 PM | 06/30/2016 08:37:52 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 483 | 20 | FAX | 5619971123 | 0.6 | 1-561-997-1123 |
| 06/30/2016 03:40:21 PM | 06/30/2016 08:52:58 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 750 | 42 | FAX | unknown | 1.26 | 1-201-342-7663 |
| 06/30/2016 04:59:08 PM | 06/30/2016 10:03:47 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 261 | 12 | FAX | unknown | 0.36 | 1-201-342-7663 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 06/30/2016 05:04:32 PM | 06/30/2016 10:28:43 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 282 | 13 | FAX | 5619971123 | 0.39 | 1-561-997-1123 |
| 06/30/2016 05:13:48 PM | 06/30/2016 10:18:28 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 276 | 13 | FAX | 5619971123 | 0.39 | 1-561-997-1123 |
| 06/30/2016 06:03:15 PM | 06/30/2016 11:04:28 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 47 | 1 | FAX | 2013433410 | 0.03 | 1-201-343-3410 |
| 06/30/2016 07:56:26 PM | 06/30/2016 12:58:17 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 95 | 3 | FAX | 5619971123 | 0.09 | 1-561-997-1123 |
| 06/30/2016 07:58:59 PM | 06/30/2016 01:19:53 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 161 | 8 | FAX | 5619971123 | 0.24 | 1-561-997-1123 |
| 06/30/2016 08:05:10 PM | 06/30/2016 01:08:10 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 168 | 6 | FAX | 5619971123 | 0.18 | 1-561-997-1123 |
| 07/06/2016 05:46:55 PM | 07/06/2016 10:51:10 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 232 | 7 | FAX | 5058633823 | 0.21 | 1-505-863-3823 |
| 07/06/2016 07:44:03 PM | 07/06/2016 12:45:27 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 53 | 3 | FAX | 5058633823 | 0.09 | 1-505-863-3823 |
| 07/06/2016 07:52:13 PM | 07/06/2016 12:54:26 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 127 | 7 | FAX | 5058633823 | 0.21 | 1-505-863-3823 |
| 07/07/2016 03:13:51 PM | 07/07/2016 08:24:24 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 301 | 10 | FAX | unknown | 0.3 | 1-305-400-8478 |
| 07/07/2016 04:40:03 PM | 07/07/2016 09:41:08 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 39 | 1 | FAX | unknown | 0.03 | 1-305-400-8478 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 07/07/2016 04:41:42 PM | 07/07/2016 09:44:35 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 108 | 4 | FAX | unknown | 0.12 | 1-305-400-8478 |
| 07/07/2016 04:45:54 PM | 07/07/2016 09:52:09 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 366 | 10 | FAX | unknown | 0.3 | 1-305-400-8478 |
| 07/07/2016 04:52:25 PM | 07/07/2016 09:59:05 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 380 | 14 | FAX | unknown | 0.42 | 1-305-400-8478 |
| 07/07/2016 05:28:36 PM | 07/07/2016 10:49:21 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 443 | 16 | FAX | 13123323345 | 0.48 | 1-312-332-3345 |
| 07/07/2016 05:37:16 PM | 07/07/2016 10:38:39 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 52 | 2 | FAX | 13123323345 | 0.06 | 1-312-332-3345 |
| 07/07/2016 08:24:41 PM | 07/07/2016 01:36:28 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 690 | 25 | FAX | 3365455996 | 0.75 | 1-336-545-5996 |
| 07/07/2016 08:45:36 PM | 07/07/2016 02:04:33 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 804 | 30 | FAX | 3365455996 | 0.9 | 1-336-545-5996 |
| 07/07/2016 10:16:07 PM | 07/07/2016 03:18:23 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 130 | 5 | FAX | 3365455996 | 0.15 | 1-336-545-5996 |
| 07/07/2016 10:18:36 PM | 07/07/2016 03:41:14 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 341 | 11 | FAX | 3365455996 | 0.33 | 1-336-545-5996 |
| 07/08/2016 03:13:29 PM | 07/08/2016 08:18:17 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 77 | 3 | FAX | 3365455996 | 0.09 | 1-336-545-5996 |
| 07/08/2016 03:36:05 PM | 07/08/2016 08:37:06 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 55 | 2 | FAX | 2014391221 | 0.06 | 1-201-439-1221 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 07/08/2016 03:38:08 PM | 07/08/2016 08:39:14 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 43 | 1 | FAX | 2014391221 | 0.03 | 1-201-439-1221 |
| 07/08/2016 03:40:34 PM | 07/08/2016 08:42:48 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 123 | 2 | FAX | 2014391221 | 0.06 | 1-201-439-1221 |
| 07/08/2016 03:43:18 PM | 07/08/2016 08:44:38 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 60 | 1 | FAX | 2014391221 | 0.03 | 1-201-439-1221 |
| 07/08/2016 03:45:15 PM | 07/08/2016 08:46:10 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 36 | 1 | FAX | 2014391221 | 0.03 | 1-201-439-1221 |
| 07/08/2016 04:44:14 PM | 07/08/2016 09:58:58 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 32 | 0 | FAX | 2014391221 | 0.0 | 1-201-439-1221 |
| 07/08/2016 04:47:49 PM | 07/08/2016 10:07:32 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 40 | 1 | FAX | 2014391221 | 0.03 | 1-201-439-1221 |
| 07/08/2016 04:49:47 PM | 07/08/2016 09:51:41 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 103 | 3 | FAX | 2014391221 | 0.09 | 1-201-439-1221 |
| 07/08/2016 08:58:58 PM | 07/08/2016 02:08:07 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 372 | 11 | FAX | unknown | 0.33 | 1-904-471-4201 |
| 07/08/2016 09:05:29 PM | 07/08/2016 02:11:09 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 109 | 4 | FAX | unknown | 0.12 | 1-904-471-4201 |
| 07/11/2016 06:18:14 PM | 07/11/2016 11:25:05 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 387 | 12 | FAX | unknown | 0.36 | 1-309-786-4101 |
| 07/11/2016 06:27:24 PM | 07/11/2016 11:33:19 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 344 | 10 | FAX | unknown | 0.3 | 1-309-786-4101 |

## INBOX LOGS

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 07/11/2016 08:11:06 PM | 07/11/2016 01:13:07 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 108 | 6 | FAX | unknown | 0.18 | 1-309-786-4101 |
| 07/12/2016 02:04:16 PM | 07/12/2016 07:13:41 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 554 | 14 | FAX | unknown | 0.42 | 1-802-440-7046 |
| 07/12/2016 02:14:27 PM | 07/12/2016 07:15:30 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 42 | 1 | FAX | unknown | 0.03 | 1-802-440-7046 |
| 07/12/2016 04:45:38 PM | 07/12/2016 09:53:09 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 371 | 14 | FAX | unknown | 0.42 | 1-919-401-4489 |
| 07/12/2016 07:19:23 PM | 07/12/2016 12:23:16 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 210 | 8 | FAX | 9013127189 | 0.24 | 1-901-373-3030 |
| 07/12/2016 09:08:13 PM | 07/12/2016 02:12:47 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 259 | 5 | FAX | 5305873078 | 0.15 | 1-530-885-1130 |
| 07/12/2016 10:04:16 PM | 07/12/2016 03:05:51 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 68 | 3 | FAX | unknown | 0.09 | 1-919-401-4489 |
| 07/12/2016 10:32:52 PM | 07/12/2016 03:39:40 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 400 | 7 | FAX | 5305873078 | 0.21 | 1-530-885-1130 |
| 07/12/2016 10:41:37 PM | 07/12/2016 03:43:49 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 118 | 2 | FAX | 5305873078 | 0.06 | 1-530-885-1130 |
| 07/12/2016 10:51:27 PM | 07/12/2016 03:52:42 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 48 | 1 | FAX | unknown | 0.03 | 1-201-758-7073 |
| 07/12/2016 11:06:56 PM | 07/12/2016 04:07:48 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 48 | 1 | FAX | unknown | 0.03 | 1-201-758-7073 |

## INBOX LOGS

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 07/13/2016 04:01:54 PM | 07/13/2016 09:08:54 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 393 | 13 | FAX | unknown | 0.39 | 1-309-786-4101 |
| 07/14/2016 03:41:33 PM | 07/14/2016 08:42:44 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 53 | 1 | FAX | 9137215268 | 0.03 | 1-913-291-1482 |
| 07/14/2016 07:56:37 PM | 07/14/2016 01:11:12 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 854 | 19 | FAX | 2163821817 | 0.57 | 1-216-382-1817 |
| 07/14/2016 08:12:29 PM | 07/14/2016 01:15:20 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 165 | 5 | FAX | 2163821817 | 0.15 | 1-216-382-1817 |
| 07/14/2016 09:31:21 PM | 07/14/2016 02:52:13 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 1232 | 18 | FAX | 19142340736 | 0.54 | 1-914-234-0736 |
| 07/14/2016 10:05:56 PM | 07/14/2016 03:17:20 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 676 | 16 | FAX | 19142340736 | 0.48 | 1-914-234-0736 |
| 07/14/2016 10:17:50 PM | 07/14/2016 03:29:13 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 656 | 14 | FAX | 19142340736 | 0.42 | 1-914-234-0736 |
| 07/15/2016 05:18:20 PM | 07/15/2016 10:20:05 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 51 | 1 | FAX | 9137215268 | 0.03 | 1-913-291-1482 |
| 07/15/2016 06:29:05 PM | 07/15/2016 11:31:00 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 109 | 3 | FAX | 18774710435 | 0.09 | 1-971-275-1300 |
| 07/15/2016 06:29:57 PM | 07/15/2016 11:36:02 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 361 | 15 | FAX | Bastrop Loan Company | 0.45 | 1-318-281-4580 |
| 07/15/2016 06:44:34 PM | 07/15/2016 11:46:30 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 41 | 2 | FAX | Bastrop Loan Company | 0.06 | 1-318-281-4580 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 07/15/2016 11:21:51 PM | 07/15/2016 04:28:32 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 387 | 12 | FAX | 318 281 1117 | 0.36 | 1-318-281-1117 |
| 07/18/2016 03:32:48 PM | 07/18/2016 08:43:37 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 632 | 21 | FAX | 3522453139 | 0.63 | 1-352-553-0467 |
| 07/18/2016 04:35:13 PM | 07/18/2016 09:36:40 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 52 | 1 | FAX | 9137215268 | 0.03 | 1-913-291-1482 |
| 07/19/2016 03:51:19 PM | 07/19/2016 08:52:38 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 65 | 1 | FAX | 9738398986 | 0.03 | 1-973-839-8986 |
| 07/19/2016 05:01:00 PM | 07/19/2016 10:11:39 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 388 | 13 | FAX | 9738398986 | 0.39 | 1-973-839-8986 |
| 07/19/2016 07:52:52 PM | 07/19/2016 12:54:02 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 47 | 1 | FAX | 2013433410 | 0.03 | 1-201-343-3410 |
| 07/19/2016 10:15:40 PM | 07/19/2016 03:17:00 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 70 | 2 | FAX | 19142340736 | 0.06 | 1-914-234-0736 |
| 07/19/2016 10:23:33 PM | 07/19/2016 03:48:36 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 1487 | 30 | FAX | 19142340736 | 0.9 | 1-914-234-0736 |
| 07/20/2016 06:08:20 PM | 07/20/2016 11:09:22 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 37 | 1 | FAX | 8083233511 | 0.03 | 1-808-323-3511 |
| 07/20/2016 07:21:58 PM | 07/20/2016 12:27:42 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 296 | 10 | FAX | 3605680861 | 0.3 | UNAVAILABLE |
| 07/20/2016 10:19:10 PM | 07/20/2016 03:20:13 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 35 | 2 | FAX | 7188471516 | 0.06 | 1-718-428-8682 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 07/21/2016 01:53:00 PM | 07/21/2016 06:53:58 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 47 | 0 | FAX | unknown | 0.0 | 1-201-814-0814 |
| 07/21/2016 01:56:30 PM | 07/21/2016 06:57:33 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 33 | 0 | FAX | unknown | 0.0 | 1-201-814-0814 |
| 07/21/2016 01:59:33 PM | 07/21/2016 07:13:58 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 856 | 36 | FAX | unknown | 1.08 | 1-201-814-0814 |
| 07/21/2016 05:38:36 PM | 07/21/2016 10:39:58 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 60 | 1 | FAX | 248 757 5151 | 0.03 | 1-248-757-5151 |
| 07/21/2016 05:45:38 PM | 07/21/2016 11:09:27 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 1414 | 29 | FAX | 9137215268 | 0.87 | 1-913-291-1482 |
| 07/21/2016 06:14:31 PM | 07/21/2016 11:17:16 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 86 | 1 | FAX | 9137215268 | 0.03 | 1-913-291-1482 |
| 07/21/2016 07:05:19 PM | 07/21/2016 12:13:55 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 510 | 16 | FAX | 7188471516 | 0.48 | 1-718-428-8682 |
| 07/21/2016 07:29:14 PM | 07/21/2016 12:30:03 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 33 | 1 | FAX | 7188471516 | 0.03 | 1-718-428-8682 |
| 07/21/2016 09:30:28 PM | 07/21/2016 02:31:34 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 55 | 2 | FAX | 4106582521 | 0.06 | UNAVAILABLE |
| 07/21/2016 09:32:00 PM | 07/21/2016 02:33:36 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 61 | 2 | FAX | 4106582521 | 0.06 | UNAVAILABLE |
| 07/21/2016 10:24:15 PM | 07/21/2016 03:36:00 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 700 | 14 | FAX | 19142340736 | 0.42 | 1-914-234-0736 |

## INBOX LOGS

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 07/22/2016 02:14:33 PM | 07/22/2016 07:15:50 AM | 18552040222 | 18552040222@storage.metrofax.com;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 63 | 3 | FAX | 5053451902 | 0.09 | 1-505-345-1902 |
| 07/22/2016 03:32:22 PM | 07/22/2016 08:54:40 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 1320 | 16 | FAX | 19142340736 | 0.48 | 1-914-234-0736 |
| 07/22/2016 07:28:17 PM | 07/22/2016 12:30:46 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 135 | 2 | FAX | 19142340736 | 0.06 | 1-914-234-0736 |
| 07/22/2016 09:00:22 PM | 07/22/2016 02:01:26 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 27 | 1 | FAX | 7133619301 | 0.03 | 1-713-268-7200 |
| 07/25/2016 02:32:24 PM | 07/25/2016 07:33:11 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 38 | 2 | FAX | unknown | 0.06 | 1-202-452-4963 |
| 07/25/2016 02:42:49 PM | 07/25/2016 07:43:42 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 40 | 2 | FAX | 7133619301 | 0.06 | 1-713-268-7200 |
| 07/25/2016 04:20:47 PM | 07/25/2016 09:22:39 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 89 | 4 | FAX | unknown | 0.12 | 1-615-321-2074 |
| 07/25/2016 04:24:52 PM | 07/25/2016 09:25:55 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 45 | 1 | FAX | 9493984359 | 0.03 | 1-949-398-5359 |
| 07/25/2016 04:38:19 PM | 07/25/2016 09:39:56 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 45 | 1 | FAX | unknown | 0.03 | 1-706-854-1331 |
| 07/25/2016 04:45:50 PM | 07/25/2016 09:47:15 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 71 | 3 | FAX | unknown | 0.09 | 1-814-946-8636 |
| 07/25/2016 04:52:21 PM | 07/25/2016 09:54:09 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 94 | 5 | FAX | unknown | 0.15 | 1-814-946-8636 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 07/25/2016 05:22:15 PM | 07/25/2016 10:23:12 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 27 | 1 | FAX | 9493984359 | 0.03 | 1-949-398-5359 |
| 07/25/2016 05:58:29 PM | 07/25/2016 11:01:37 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 164 | 2 | FAX | 19142340736 | 0.06 | 1-914-234-0736 |
| 07/25/2016 08:50:32 PM | 07/25/2016 02:00:51 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 604 | 21 | FAX | 5125289240 | 0.63 | 1-512-528-9240 |
| 07/25/2016 09:02:06 PM | 07/25/2016 02:04:10 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 101 | 6 | FAX | 5125289240 | 0.18 | 1-512-528-9240 |
| 07/26/2016 03:38:13 PM | 07/26/2016 08:46:32 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 284 | 10 | FAX | unknown | 0.3 | 1-919-401-4489 |
| 07/26/2016 04:07:21 PM | 07/26/2016 09:11:56 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 271 | 8 | FAX | unknown | 0.24 | 1-302-325-2819 |
| 07/26/2016 04:40:14 PM | 07/26/2016 09:42:10 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 95 | 4 | FAX | unknown | 0.12 | 1-302-325-2819 |
| 07/26/2016 04:55:42 PM | 07/26/2016 10:05:58 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 409 | 15 | FAX | unknown | 0.45 | 1-302-325-2819 |
| 07/26/2016 07:47:35 PM | 07/26/2016 12:53:05 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 318 | 12 | FAX | 5125289240 | 0.36 | 1-512-528-9240 |
| 07/26/2016 09:06:11 PM | 07/26/2016 02:08:09 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 102 | 4 | FAX | 5122592588 | 0.12 | 1-512-259-2588 |
| 07/26/2016 09:32:18 PM | 07/26/2016 02:37:07 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 274 | 4 | FAX | 18774710435 | 0.12 | 1-971-275-1300 |

## INBOX LOGS

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 07/27/2016 04:34:27 PM | 07/27/2016 09:39:37 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 286 | 13 | FAX | 8046421108 | 0.39 | 1-804-642-1108 |
| 07/27/2016 04:39:53 PM | 07/27/2016 09:45:43 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 334 | 15 | FAX | 8046421108 | 0.45 | 1-804-642-1108 |
| 07/27/2016 04:46:01 PM | 07/27/2016 09:52:15 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 346 | 16 | FAX | 8046421108 | 0.48 | 1-804-642-1108 |
| 07/27/2016 04:52:18 PM | 07/27/2016 09:56:38 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 233 | 9 | FAX | 8046421108 | 0.27 | 1-804-642-1108 |
| 07/27/2016 04:56:33 PM | 07/27/2016 10:04:14 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 448 | 15 | FAX | unknown | 0.45 | 1-607-397-9770 |
| 07/27/2016 09:23:17 PM | 07/27/2016 02:36:17 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 768 | 10 | FAX | 951 354 7805 | 0.3 | 1-951-354-7805 |
| 07/28/2016 01:21:09 PM | 07/28/2016 06:22:55 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 76 | 4 | FAX | unknown | 0.12 | 1-615-462-6964 |
| 07/28/2016 05:43:29 PM | 07/28/2016 11:08:31 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 1442 | 6 | FAX | 951 354 7805 | 0.18 | 1-951-354-7805 |
| 07/28/2016 07:01:38 PM | 07/28/2016 12:12:02 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 595 | 19 | FAX | unknown | 0.57 | 1-607-397-9770 |
| 07/28/2016 08:24:24 PM | 07/28/2016 01:25:42 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 32 | 1 | FAX | 8046421108 | 0.03 | 1-804-642-1108 |
| 07/29/2016 09:07:34 PM | 07/29/2016 02:12:16 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 253 | 8 | FAX | 7188471516 | 0.24 | 1-718-428-8682 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 07/29/2016 09:12:11 PM | 07/29/2016 02:13:21 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 46 | 2 | FAX | 7188471516 | 0.06 | 1-718-428-8682 |
| 07/29/2016 09:14:37 PM | 07/29/2016 02:15:50 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 46 | 2 | FAX | 7188471516 | 0.06 | 1-718-428-8682 |
| 08/01/2016 10:41:03 AM | 08/01/2016 03:41:58 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 42 | 1 | FAX | 7188471516 | 0.03 | 1-718-428-8682 |
| 08/01/2016 05:35:43 PM | 08/01/2016 10:43:30 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 454 | 15 | FAX | 17737720487 | 0.45 | 1-773-772-0487 |
| 08/01/2016 06:59:57 PM | 08/01/2016 12:01:13 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 47 | 1 | FAX | 2013433410 | 0.03 | 1-201-343-3410 |
| 08/01/2016 07:35:19 PM | 08/01/2016 12:36:16 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 33 | 1 | FAX | 7188471516 | 0.03 | 1-718-428-8682 |
| 08/01/2016 07:46:33 PM | 08/01/2016 12:49:33 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 171 | 5 | FAX | 7175026415 | 0.15 | 1-717-502-6415 |
| 08/02/2016 02:33:35 PM | 08/02/2016 07:46:07 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 738 | 27 | FAX | 3365455996 | 0.81 | 1-336-545-5996 |
| 08/02/2016 03:20:54 PM | 08/02/2016 08:22:40 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 89 | 1 | FAX | unknown | 0.03 | 1-615-321-2074 |
| 08/02/2016 03:53:09 PM | 08/02/2016 08:56:07 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 154 | 8 | FAX | unknown | 0.24 | 1-717-432-8115 |
| 08/02/2016 05:09:03 PM | 08/02/2016 10:13:37 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 268 | 12 | FAX | 4072460509 | 0.36 | 1-407-246-0509 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 08/02/2016 05:16:44 PM | 08/02/2016 10:28:47 AM | 18552040222 | 18552040222@storage.metrofax.com|0;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 714 | 35 | FAX | 4072460509 | 1.05 | 1-407-246-0509 |
| 08/02/2016 06:15:55 PM | 08/02/2016 11:28:07 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 716 | 30 | FAX | unknown | 0.9 | 1-814-946-8636 |
| 08/02/2016 09:46:13 PM | 08/02/2016 02:55:20 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 533 | 29 | FAX | unknown | 0.87 | 1-860-548-9105 |
| 08/02/2016 10:22:06 PM | 08/02/2016 03:23:19 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 57 | 2 | FAX | unknown | 0.06 | 1-954-374-8215 |
| 08/03/2016 02:35:13 AM | 08/02/2016 07:40:13 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 281 | 14 | FAX | 4072460509 | 0.42 | 1-407-246-0509 |
| 08/03/2016 12:48:18 PM | 08/03/2016 05:53:20 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 284 | 10 | FAX | 7188471516 | 0.3 | 1-718-428-8682 |
| 08/03/2016 06:37:48 PM | 08/03/2016 11:40:33 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 140 | 3 | FAX | unknown | 0.09 | 1-386-868-5949 |
| 08/03/2016 06:41:15 PM | 08/03/2016 11:43:16 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 108 | 2 | FAX | unknown | 0.06 | 1-386-868-5949 |
| 08/03/2016 06:44:11 PM | 08/03/2016 11:45:30 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 63 | 1 | FAX | unknown | 0.03 | 1-386-868-5949 |
| 08/03/2016 07:00:07 PM | 08/03/2016 12:07:57 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 460 | 13 | FAX | 3522453139 | 0.39 | 1-352-553-0467 |
| 08/03/2016 08:23:12 PM | 08/03/2016 01:24:14 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 49 | 1 | FAX | unknown | 0.03 | 1-386-868-5949 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 08/08/2016 05:34:15 PM | 08/08/2016 10:42:16 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 464 | 10 | FAX | 7175026415 | 0.3 | 1-717-502-6415 |
| 08/08/2016 09:49:43 PM | 08/08/2016 02:56:12 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 362 | 13 | FAX | unknown | 0.39 | 1-814-946-8636 |
| 08/09/2016 05:34:45 PM | 08/09/2016 10:37:18 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 61 | 1 | FAX | unknown | 0.03 | 1-718-222-1055 |
| 08/09/2016 09:57:35 PM | 08/09/2016 02:58:44 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 55 | 2 | FAX | 2013433410 | 0.06 | 1-201-343-3410 |
| 08/10/2016 07:27:50 PM | 08/10/2016 12:28:49 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 49 | 2 | FAX | 6088682717 | 0.06 | 1-608-868-2717 |
| 08/10/2016 09:16:15 PM | 08/10/2016 02:27:49 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 681 | 15 | FAX | 6088682717 | 0.45 | 1-608-868-2717 |
| 08/15/2016 07:53:46 PM | 08/15/2016 12:59:25 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 323 | 8 | FAX | 9137215268 | 0.24 | 1-913-291-1482 |
| 08/16/2016 06:58:39 PM | 08/16/2016 12:03:23 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 272 | 8 | FAX | unknown | 0.24 | 1-302-325-2819 |
| 08/16/2016 07:11:30 PM | 08/16/2016 12:21:03 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 398 | 10 | FAX | 2566573340 | 0.3 | 1-256-657-3340 |
| 08/16/2016 08:21:23 PM | 08/16/2016 01:23:19 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 102 | 3 | FAX | 17607412409 | 0.09 | 1-760-741-2409 |
| 08/16/2016 10:14:48 PM | 08/16/2016 03:16:13 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 70 | 3 | FAX | 12096447638 | 0.09 | 1-613-701-0200 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 08/17/2016 04:48:53 PM | 08/17/2016 09:50:11 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 66 | 2 | FAX | 3365455996 | 0.06 | 1-336-545-5996 |
| 08/17/2016 04:50:28 PM | 08/17/2016 09:56:24 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 351 | 11 | FAX | 3365455996 | 0.33 | 1-336-545-5996 |
| 08/17/2016 04:56:38 PM | 08/17/2016 09:58:28 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 89 | 3 | FAX | 3365455996 | 0.09 | 1-336-545-5996 |
| 08/17/2016 05:39:21 PM | 08/17/2016 10:44:25 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 286 | 7 | FAX | 3365455996 | 0.21 | 1-336-545-5996 |
| 08/17/2016 05:47:28 PM | 08/17/2016 10:51:15 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 209 | 8 | FAX | 3365455996 | 0.24 | 1-336-545-5996 |
| 08/17/2016 06:17:56 PM | 08/17/2016 11:32:01 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 828 | 13 | FAX | 12096447638 | 0.39 | 1-971-275-1300 |
| 08/17/2016 06:28:43 PM | 08/17/2016 11:30:24 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 89 | 2 | FAX | 12096447638 | 0.06 | 1-971-275-1300 |
| 08/17/2016 06:53:11 PM | 08/17/2016 12:07:38 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 856 | 14 | FAX | 12096447638 | 0.42 | 1-613-701-0200 |
| 08/17/2016 08:08:04 PM | 08/17/2016 01:09:40 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 90 | 2 | FAX | unknown | 0.06 | 1-516-605-1431 |
| 08/17/2016 08:34:46 PM | 08/17/2016 02:23:09 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 2883 | 76 | FAX | 831 758 2982 | 2.28 | 1-831-758-2982 |
| 08/17/2016 09:00:55 PM | 08/17/2016 02:04:56 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 237 | 3 | FAX | 12096447638 | 0.09 | 1-480-383-6933 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 08/17/2016 09:18:27 PM | 08/17/2016 02:33:28 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 880 | 22 | FAX | 12096447638 | 0.66 | 1-404-601-9001 |
| 08/17/2016 09:46:00 PM | 08/17/2016 02:57:10 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 662 | 17 | FAX | 17607412409 | 0.51 | 1-760-741-2409 |
| 08/18/2016 03:06:26 PM | 08/18/2016 08:11:26 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 91 | 2 | FAX | 12096447638 | 0.06 | 1-480-383-6933 |
| 08/19/2016 10:53:09 PM | 08/19/2016 03:56:38 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 198 | 6 | FAX | 9733771774 | 0.18 | 1-973-377-1774 |
| 08/22/2016 04:42:29 PM | 08/22/2016 09:43:39 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 42 | 2 | FAX | unknown | 0.06 | 1-585-441-9151 |
| 08/22/2016 08:27:46 PM | 08/22/2016 01:33:33 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 321 | 12 | FAX | unknown | 0.36 | 1-813-630-9000 |
| 08/22/2016 08:37:23 PM | 08/22/2016 01:39:43 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 102 | 2 | FAX | unknown | 0.06 | 1-813-630-9000 |
| 08/23/2016 03:40:06 PM | 08/23/2016 08:42:11 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 90 | 7 | FAX | 915 592 1089 | 0.21 | 1-915-598-8235 |
| 08/23/2016 03:47:04 PM | 08/23/2016 08:48:14 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 51 | 3 | FAX | 915 592 1089 | 0.09 | 1-915-598-8235 |
| 08/24/2016 06:07:27 PM | 08/24/2016 11:09:06 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 64 | 2 | FAX | unknown | 0.06 | 1-508-996-2620 |
| 08/24/2016 06:15:32 PM | 08/24/2016 11:42:29 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 1598 | 47 | FAX | unknown | 1.41 | 1-508-996-2620 |

## INBOX LOGS

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 08/24/2016 07:50:15 PM | 08/24/2016 12:51:58 PM | 18552040222 | 18552040222@storage.metrofax.com;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 39 | 1 | FAX | 7605656251 | 0.03 | 1-760-565-6251 |
| 08/24/2016 08:02:13 PM | 08/24/2016 01:05:36 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 152 | 4 | FAX | 7605656251 | 0.12 | 1-760-565-6251 |
| 08/25/2016 10:06:10 PM | 08/25/2016 03:28:48 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 1339 | 15 | FAX | unknown | 0.45 | 1-352-489-0033 |
| 08/26/2016 01:33:45 PM | 08/26/2016 06:34:49 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 31 | 1 | FAX | unknown | 0.03 | 1-718-494-6101 |
| 08/26/2016 01:51:01 PM | 08/26/2016 07:01:31 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 621 | 13 | FAX | 9417614613 | 0.39 | 1-941-761-4613 |
| 08/26/2016 04:56:41 PM | 08/26/2016 10:03:02 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 376 | 13 | FAX | 5125289240 | 0.39 | 1-512-528-9240 |
| 08/26/2016 06:06:36 PM | 08/26/2016 11:08:34 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 103 | 4 | FAX | 5122592588 | 0.12 | 1-512-259-2588 |
| 08/26/2016 07:40:12 PM | 08/26/2016 12:42:06 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 100 | 2 | FAX | 9417614613 | 0.06 | 1-941-761-4613 |
| 08/26/2016 07:45:55 PM | 08/26/2016 12:57:34 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 693 | 16 | FAX | 9417614613 | 0.48 | 1-941-761-4613 |
| 08/26/2016 08:05:16 PM | 08/26/2016 01:06:37 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 58 | 1 | FAX | 9417614613 | 0.03 | 1-941-761-4613 |
| 08/28/2016 08:23:07 PM | 08/28/2016 01:31:26 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 492 | 17 | FAX | 760 741 2409 | 0.51 | 1-760-913-5156 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 08/29/2016 05:12:24 PM | 08/29/2016 10:17:19 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 275 | 11 | FAX | unknown | 0.33 | 1-352-686-3302 |
| 08/29/2016 06:57:47 PM | 08/29/2016 12:00:31 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 157 | 6 | FAX | unknown | 0.18 | 1-718-222-1055 |
| 08/29/2016 07:00:46 PM | 08/29/2016 12:03:12 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 137 | 6 | FAX | unknown | 0.18 | 1-718-222-1055 |
| 08/29/2016 07:18:45 PM | 08/29/2016 12:29:28 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 637 | 16 | FAX | 2566573340 | 0.48 | 1-256-657-3340 |
| 08/29/2016 07:19:47 PM | 08/29/2016 12:20:45 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 53 | 1 | FAX | 2013433410 | 0.03 | 1-201-343-3410 |
| 08/29/2016 07:44:36 PM | 08/29/2016 12:46:05 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 75 | 4 | FAX | 5053451902 | 0.12 | 1-505-345-1902 |
| 08/29/2016 10:31:37 PM | 08/29/2016 03:34:52 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 185 | 4 | FAX | 2014391221 | 0.12 | 1-201-439-1221 |
| 08/29/2016 10:35:48 PM | 08/29/2016 03:36:51 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 50 | 2 | FAX | 2014391221 | 0.06 | 1-201-439-1221 |
| 08/30/2016 02:57:09 PM | 08/30/2016 08:00:25 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 183 | 7 | FAX | unknown | 0.21 | 1-808-237-2446 |
| 08/30/2016 03:01:59 PM | 08/30/2016 08:11:18 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 552 | 16 | FAX | 3056314483 | 0.48 | 1-305-631-4483 |
| 08/30/2016 03:21:53 PM | 08/30/2016 08:36:49 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 875 | 5 | FAX | 3056314483 | 0.15 | 1-305-631-4483 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 08/30/2016 04:34:19 PM | 08/30/2016 09:48:58 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 866 | 44 | FAX | unknown | 1.32 | 1-305-400-8478 |
| 08/30/2016 06:55:52 PM | 08/30/2016 12:01:23 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 319 | 10 | FAX | 214 522 7437 | 0.3 | 1-214-219-3965 |
| 08/30/2016 11:00:50 PM | 08/30/2016 04:13:00 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 711 | 16 | FAX | 9542107934 | 0.48 | 1-951-609-1767 |
| 08/31/2016 04:29:19 PM | 08/31/2016 09:40:43 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 665 | 15 | FAX | 9542107934 | 0.45 | 1-951-609-1767 |
| 08/31/2016 11:18:42 PM | 08/31/2016 04:19:20 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 26 | 1 | FAX | unknown | 0.03 | 1-646-833-7134 |
| 09/01/2016 12:23:13 AM | 08/31/2016 05:31:42 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 504 | 11 | FAX | unknown | 0.33 | 1-646-833-7134 |
| 09/02/2016 04:01:18 PM | 09/02/2016 09:07:45 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 361 | 9 | FAX | 9137215268 | 0.27 | 1-913-291-1482 |
| 09/06/2016 06:32:13 PM | 09/06/2016 11:33:25 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 44 | 2 | FAX | 7656433070 | 0.06 | 1-765-643-3070 |
| 09/06/2016 06:33:38 PM | 09/06/2016 11:34:27 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 33 | 1 | FAX | 7656433070 | 0.03 | 1-765-643-3070 |
| 09/06/2016 06:34:52 PM | 09/06/2016 11:37:28 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 30 | 1 | FAX | 7656433070 | 0.03 | 1-765-643-3070 |
| 09/06/2016 06:36:20 PM | 09/06/2016 11:55:57 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 1151 | 29 | FAX | 7656433070 | 0.87 | 1-765-643-3070 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 09/06/2016 06:55:00 PM | 09/06/2016 12:02:59 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 455 | 13 | FAX | unknown | 0.39 | 1-508-996-2620 |
| 09/06/2016 10:19:43 PM | 09/06/2016 03:22:56 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 184 | 4 | FAX | 2014391221 | 0.12 | 1-201-439-1221 |
| 09/06/2016 10:24:00 PM | 09/06/2016 03:25:04 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 53 | 1 | FAX | 2014391221 | 0.03 | 1-201-439-1221 |
| 09/06/2016 10:27:46 PM | 09/06/2016 03:28:40 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 41 | 1 | FAX | 2014391221 | 0.03 | 1-201-439-1221 |
| 09/06/2016 10:29:45 PM | 09/06/2016 03:30:59 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 50 | 2 | FAX | 2014391221 | 0.06 | 1-201-439-1221 |
| 09/07/2016 08:17:34 PM | 09/07/2016 01:18:16 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 26 | 1 | FAX | 7656433070 | 0.03 | 1-765-643-3070 |
| 09/07/2016 08:18:18 PM | 09/07/2016 01:20:12 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 103 | 3 | FAX | 7656433070 | 0.09 | 1-765-643-3070 |
| 09/07/2016 09:00:16 PM | 09/07/2016 02:01:27 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 49 | 1 | FAX | 8054730618 | 0.03 | 1-805-473-0618 |
| 09/08/2016 08:38:20 PM | 09/08/2016 01:46:32 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 474 | 13 | FAX | unknown | 0.39 | 1-860-405-0256 |
| 09/08/2016 08:47:45 PM | 09/08/2016 01:49:07 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 61 | 2 | FAX | unknown | 0.06 | 1-860-405-0256 |
| 09/09/2016 03:20:22 PM | 09/09/2016 08:22:17 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 90 | 3 | FAX | unknown | 0.09 | 1-860-405-0256 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 09/09/2016 03:33:43 PM | 09/09/2016 08:35:04 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 66 | 2 | FAX | 8054730618 | 0.06 | 1-805-473-0618 |
| 09/09/2016 04:05:37 PM | 09/09/2016 09:12:45 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 406 | 8 | FAX | 7656433070 | 0.24 | 1-765-643-3070 |
| 09/09/2016 04:12:50 PM | 09/09/2016 09:18:47 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 335 | 6 | FAX | 7656433070 | 0.18 | 1-765-643-3070 |
| 09/10/2016 03:48:29 PM | 09/10/2016 08:49:34 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 48 | 2 | FAX | 17746436122 | 0.06 | 1-774-643-6122 |
| 09/12/2016 05:29:58 PM | 09/12/2016 10:35:00 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 282 | 11 | FAX | 8317281507 | 0.33 | UNAVAILABLE |
| 09/12/2016 07:03:39 PM | 09/12/2016 12:06:32 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 156 | 4 | FAX | REGIONS-MONTEVALLO | 0.12 | 1-205-665-4913 |
| 09/12/2016 07:06:28 PM | 09/12/2016 12:11:32 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 277 | 7 | FAX | REGIONS-MONTEVALLO | 0.21 | 1-205-665-4913 |
| 09/12/2016 07:31:30 PM | 09/12/2016 12:38:36 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 419 | 10 | FAX | unknown | 0.3 | 1-973-589-1715 |
| 09/12/2016 07:51:24 PM | 09/12/2016 12:58:39 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 418 | 10 | FAX | unknown | 0.3 | 1-973-589-1715 |
| 09/12/2016 08:37:29 PM | 09/12/2016 01:43:07 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 335 | 10 | FAX | 8317281507 | 0.3 | UNAVAILABLE |
| 09/12/2016 08:45:34 PM | 09/12/2016 01:53:10 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 435 | 15 | FAX | 8317281507 | 0.45 | UNAVAILABLE |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 09/12/2016 08:53:26 PM | 09/12/2016 02:01:02 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 438 | 15 | FAX | 8317281507 | 0.45 | UNAVAILABLE |
| 09/12/2016 11:09:04 PM | 09/12/2016 04:10:37 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 84 | 3 | FAX | 9733445023 | 0.09 | 1-973-344-5023 |
| 09/13/2016 01:58:44 PM | 09/13/2016 07:11:16 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 741 | 13 | FAX | 12096447638 | 0.39 | 1-480-383-6933 |
| 09/13/2016 04:52:35 PM | 09/13/2016 09:53:50 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 56 | 2 | FAX | 8317281507 | 0.06 | UNAVAILABLE |
| 09/13/2016 06:51:19 PM | 09/13/2016 11:52:26 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 52 | 2 | FAX | unknown | 0.06 | 1-617-723-0931 |
| 09/14/2016 02:22:00 PM | 09/14/2016 07:33:30 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 666 | 17 | FAX | 9137215268 | 0.51 | 1-913-291-1482 |
| 09/14/2016 02:29:55 PM | 09/14/2016 07:31:17 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 63 | 1 | FAX | 4019433320 | 0.03 | 1-401-943-3320 |
| 09/14/2016 05:03:42 PM | 09/14/2016 10:15:02 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 675 | 17 | FAX | 9137215268 | 0.51 | 1-913-291-1482 |
| 09/14/2016 05:53:30 PM | 09/14/2016 10:56:33 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 154 | 4 | FAX | unknown | 0.12 | 1-617-723-0931 |
| 09/14/2016 05:56:20 PM | 09/14/2016 11:00:41 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 235 | 4 | FAX | unknown | 0.12 | 1-617-723-0931 |
| 09/15/2016 03:32:38 PM | 09/15/2016 08:33:37 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 37 | 1 | FAX | 4019433320 | 0.03 | 1-401-943-3320 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 09/15/2016 06:04:15 PM | 09/15/2016 11:04:59 AM | 18552040222 | 18552040222@storage.metrofax.com;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 23 | 1 | FAX | unknown | 0.03 | 1-586-343-8365 |
| 09/15/2016 06:19:47 PM | 09/15/2016 11:27:54 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 484 | 10 | FAX | 4019433320 | 0.3 | 1-401-943-3320 |
| 09/15/2016 06:29:38 PM | 09/15/2016 11:30:43 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 46 | 1 | FAX | 4019433320 | 0.03 | 1-401-943-3320 |
| 09/15/2016 06:49:51 PM | 09/15/2016 11:51:39 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 103 | 3 | FAX | 4019433320 | 0.09 | 1-401-943-3320 |
| 09/15/2016 06:51:44 PM | 09/15/2016 11:52:41 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 41 | 1 | FAX | 4019433320 | 0.03 | 1-401-943-3320 |
| 09/15/2016 08:05:25 PM | 09/15/2016 01:14:09 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 508 | 10 | FAX | 260176814354 | 0.3 | 1-260-768-4354 |
| 09/15/2016 08:37:29 PM | 09/15/2016 01:40:56 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 192 | 4 | FAX | 718-855-1671 | 0.12 | 1-718-855-1671 |
| 09/15/2016 08:44:48 PM | 09/15/2016 01:49:41 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 285 | 10 | FAX | 718-855-1671 | 0.3 | 1-718-855-1671 |
| 09/16/2016 03:48:32 PM | 09/16/2016 08:49:47 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 63 | 2 | FAX | 4019433320 | 0.06 | 1-401-943-3320 |
| 09/19/2016 03:39:55 PM | 09/19/2016 08:41:45 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 102 | 3 | FAX | 4019433320 | 0.09 | 1-401-943-3320 |
| 09/19/2016 06:23:33 PM | 09/19/2016 11:26:45 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 178 | 3 | FAX | Ontario.ca | 0.09 | 1-416-325-5239 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 09/20/2016 07:08:00 PM | 09/20/2016 12:15:08 PM | 18552040222 | 18552040222@storage.metrofax.com;2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 417 | 11 | FAX | 17818995137 | 0.33 | 1-781-893-0313 |
| 09/21/2016 07:05:53 PM | 09/21/2016 12:06:49 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 43 | 1 | FAX | 334 365 2499 | 0.03 | 1-334-365-2499 |
| 09/21/2016 09:35:53 PM | 09/21/2016 02:41:36 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 337 | 13 | FAX | unknown | 0.39 | 1-843-524-0015 |
| 09/22/2016 02:53:13 PM | 09/22/2016 07:56:17 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 76 | 4 | FAX | 5053451902 | 0.12 | 1-505-345-1902 |
| 09/22/2016 03:04:37 PM | 09/22/2016 08:06:07 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 87 | 4 | FAX | 5053451902 | 0.12 | 1-505-345-1902 |
| 09/22/2016 03:20:09 PM | 09/22/2016 08:48:00 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 1652 | 30 | FAX | 334 365 2499 | 0.9 | 1-334-365-2499 |
| 09/22/2016 08:40:13 PM | 09/22/2016 01:56:41 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 972 | 11 | FAX | 9726360506 | 0.33 | 1-972-636-0506 |
| 09/22/2016 09:00:55 PM | 09/22/2016 02:06:04 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 302 | 6 | FAX | 9726360506 | 0.18 | 1-972-636-0506 |
| 09/23/2016 12:34:47 AM | 09/22/2016 05:36:06 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 72 | 3 | FAX | 7136616511 | 0.09 | 1-713-661-6550 |
| 09/23/2016 05:17:48 PM | 09/23/2016 10:22:22 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 242 | 9 | FAX | unknown | 0.27 | 1-708-898-2567 |
| 09/23/2016 09:15:38 PM | 09/23/2016 02:17:36 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 96 | 3 | FAX | 972-537-3291 | 0.09 | 1-972-537-3291 |

## INBOX LOGS

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 09/23/2016 09:27:14 PM | 09/23/2016 02:28:51 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 70 | 2 | FAX | 972-537-3291 | 0.06 | 1-972-537-3291 |
| 09/26/2016 03:07:29 PM | 09/26/2016 08:08:51 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 48 | 2 | FAX | 972-537-3291 | 0.06 | 1-972-537-3291 |
| 09/26/2016 05:15:06 PM | 09/26/2016 11:12:47 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 3451 | 109 | FAX | unknown | 3.27 | 1-909-796-5602 |
| 09/27/2016 02:29:51 PM | 09/27/2016 07:31:34 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 70 | 2 | FAX | 2057557337 | 0.06 | 1-205-755-7337 |
| 09/27/2016 04:14:45 PM | 09/27/2016 09:20:26 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 332 | 10 | FAX | 2057557337 | 0.3 | 1-205-755-7337 |
| 09/27/2016 04:28:04 PM | 09/27/2016 09:30:42 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 47 | 1 | FAX | 2057557337 | 0.03 | 1-205-755-7337 |
| 09/28/2016 01:33:20 PM | 09/28/2016 06:34:42 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 60 | 2 | FAX | 508675600 | 0.06 | 1-508-675-6002 |
| 09/28/2016 01:35:28 PM | 09/28/2016 06:36:20 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 39 | 0 | FAX | 508675600 | 0.0 | 1-508-675-6002 |
| 09/28/2016 02:11:47 PM | 09/28/2016 07:13:50 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 95 | 3 | FAX | 508675600 | 0.09 | 1-508-675-6002 |
| 09/28/2016 02:14:30 PM | 09/28/2016 07:16:49 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 124 | 3 | FAX | 508675600 | 0.09 | 1-508-675-6002 |
| 09/28/2016 02:17:42 PM | 09/28/2016 07:20:41 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 155 | 4 | FAX | 508675600 | 0.12 | 1-508-675-6002 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 09/28/2016 02:19:22 PM | 09/28/2016 07:27:41 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 473 | 11 | FAX | 5086760742 | 0.33 | 1-508-676-0742 |
| 09/28/2016 02:32:00 PM | 09/28/2016 07:36:55 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 277 | 7 | FAX | 5086760742 | 0.21 | 1-508-676-0742 |
| 09/28/2016 03:22:31 PM | 09/28/2016 08:23:27 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 33 | 1 | FAX | 508675600 | 0.03 | 1-508-675-6002 |
| 09/28/2016 03:24:13 PM | 09/28/2016 08:25:08 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 27 | 1 | FAX | 508675600 | 0.03 | 1-508-675-6002 |
| 09/28/2016 05:40:11 PM | 09/28/2016 10:49:12 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 519 | 14 | FAX | unknown | 0.42 | 1-469-331-9987 |
| 09/29/2016 04:30:07 PM | 09/29/2016 10:02:36 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 1918 | 69 | FAX | unknown | 2.07 | 1-508-996-2620 |
| 09/29/2016 06:51:19 PM | 09/29/2016 11:53:06 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 67 | 1 | FAX | 508675600 | 0.03 | 1-508-675-6002 |
| 09/30/2016 07:18:58 PM | 09/30/2016 12:23:43 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 265 | 9 | FAX | unknown | 0.27 | 1-843-524-0015 |
| 10/05/2016 04:44:51 PM | 10/05/2016 09:46:02 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 48 | 1 | FAX | unknown | 0.03 | 1-504-831-8662 |
| 10/05/2016 04:56:54 PM | 10/05/2016 10:01:59 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 301 | 10 | FAX | unknown | 0.3 | 1-716-793-7804 |
| 10/05/2016 05:33:50 PM | 10/05/2016 10:35:09 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 65 | 3 | FAX | unknown | 0.09 | 1-716-793-7804 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 10/05/2016 06:01:11 PM | 10/05/2016 11:08:20 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 417 | 12 | FAX | unknown | 0.36 | 1-504-831-8662 |
| 10/05/2016 06:16:28 PM | 10/05/2016 11:19:46 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 183 | 4 | FAX | unknown | 0.12 | 1-423-892-4344 |
| 10/05/2016 06:37:57 PM | 10/05/2016 11:39:33 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 77 | 2 | FAX | unknown | 0.06 | 1-504-831-8662 |
| 10/05/2016 06:43:47 PM | 10/05/2016 11:44:44 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 31 | 1 | FAX | unknown | 0.03 | 1-504-831-8662 |
| 10/06/2016 01:15:49 PM | 10/06/2016 06:20:25 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 262 | 4 | FAX | unknown | 0.12 | 1-716-501-2977 |
| 10/06/2016 01:23:22 PM | 10/06/2016 06:25:42 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 136 | 2 | FAX | unknown | 0.06 | 1-716-501-2977 |
| 10/06/2016 02:19:13 PM | 10/06/2016 07:20:59 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 94 | 3 | FAX | unknown | 0.09 | 1-404-494-9158 |
| 10/06/2016 04:17:13 PM | 10/06/2016 09:31:44 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 854 | 8 | FAX | unknown | 0.24 | 1-716-501-2977 |
| 10/06/2016 04:34:39 PM | 10/06/2016 09:35:58 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 62 | 1 | FAX | unknown | 0.03 | 1-716-501-2977 |
| 10/06/2016 04:39:12 PM | 10/06/2016 09:40:02 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 37 | 1 | FAX | unknown | 0.03 | 1-716-501-2977 |
| 10/06/2016 05:59:54 PM | 10/06/2016 11:08:38 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 500 | 16 | FAX | unknown | 0.48 | 1-864-226-8157 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 10/07/2016 12:21:24 PM | 10/07/2016 05:24:57 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 208 | 8 | FAX | unknown | 0.24 | 1-716-793-7804 |
| 10/07/2016 04:02:26 PM | 10/07/2016 09:07:32 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 293 | 10 | FAX | unknown | 0.3 | 1-423-892-4344 |
| 10/07/2016 05:20:37 PM | 10/07/2016 10:23:47 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 178 | 6 | FAX | REGIONS-EASTBRAINERD | 0.18 | 1-423-321-6678 |
| 10/07/2016 05:23:38 PM | 10/07/2016 10:27:38 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 222 | 8 | FAX | unknown | 0.24 | 1-716-793-7804 |
| 10/07/2016 05:27:40 PM | 10/07/2016 10:28:42 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 39 | 1 | FAX | unknown | 0.03 | 1-404-494-9158 |
| 10/07/2016 05:39:33 PM | 10/07/2016 10:51:33 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 710 | 26 | FAX | 816 228 3763 | 0.78 | 1-314-918-8890 |
| 10/07/2016 06:36:50 PM | 10/07/2016 11:39:16 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 133 | 6 | FAX | 4238944484 | 0.18 | 1-423-899-1770 |
| 10/07/2016 08:01:26 PM | 10/07/2016 01:06:10 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 263 | 12 | FAX | unknown | 0.36 | 1-716-793-7804 |
| 10/11/2016 04:06:27 PM | 10/11/2016 09:17:02 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 589 | 12 | FAX | 5626948104 | 0.36 | 1-714-529-3187 |
| 10/11/2016 05:41:15 PM | 10/11/2016 10:43:06 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 98 | 4 | FAX | 3238488314 | 0.12 | 1-323-848-8314 |
| 10/11/2016 06:50:19 PM | 10/11/2016 11:51:58 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 87 | 4 | FAX | unknown | 0.12 | 1-305-859-8174 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 10/13/2016 01:04:37 PM | 10/13/2016 06:17:26 AM | 18552040222 | 18552040222@storage.metrofax.com;2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 764 | 18 | FAX | 5086760742 | 0.54 | 1-508-676-0742 |
| 10/13/2016 03:14:00 PM | 10/13/2016 08:21:40 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 447 | 14 | FAX | unknown | 0.42 | 1-716-793-7804 |
| 10/13/2016 04:08:47 PM | 10/13/2016 09:09:50 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 43 | 1 | FAX | unknown | 0.03 | 1-716-793-7804 |
| 10/13/2016 05:00:58 PM | 10/13/2016 10:08:29 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 436 | 14 | FAX | unknown | 0.42 | 1-716-793-7804 |
| 10/13/2016 05:09:54 PM | 10/13/2016 10:13:12 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 191 | 7 | FAX | 4019433320 | 0.21 | 1-401-943-3320 |
| 10/13/2016 08:16:33 PM | 10/13/2016 01:25:08 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 502 | 14 | FAX | unknown | 0.42 | 1-860-405-0256 |
| 10/17/2016 08:37:49 PM | 10/17/2016 01:52:41 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 767 | 17 | FAX | 8189638352 | 0.51 | 1-818-963-8352 |
| 10/18/2016 06:33:48 PM | 10/18/2016 11:36:05 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 109 | 2 | FAX | 13104960378 | 0.06 | 1-480-383-6933 |
| 10/18/2016 10:59:48 PM | 10/18/2016 04:01:00 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 48 | 3 | FAX | 704-948-5604 | 0.09 | 1-213-217-9961 |
| 10/19/2016 11:52:12 AM | 10/19/2016 04:53:34 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 62 | 3 | FAX | 704-948-5604 | 0.09 | 1-215-383-0191 |
| 10/21/2016 03:04:57 PM | 10/21/2016 08:11:11 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 370 | 16 | FAX | unknown | 0.48 | 1-305-400-8478 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 10/21/2016 08:44:05 PM | 10/21/2016 01:49:15 PM | 18552040222 | 18552040222@storage.metrofax.com|0;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 293 | 11 | FAX | unknown | 0.33 | 1-904-519-5304 |
| 10/24/2016 02:13:26 PM | 10/24/2016 07:14:47 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 50 | 1 | FAX | unknown | 0.03 | 1-318-742-7539 |
| 10/24/2016 02:20:44 PM | 10/24/2016 07:23:36 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 166 | 4 | FAX | unknown | 0.12 | 1-318-742-7539 |
| 10/24/2016 02:28:53 PM | 10/24/2016 07:31:45 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 153 | 6 | FAX | unknown | 0.18 | 1-318-742-7539 |
| 10/24/2016 02:50:06 PM | 10/24/2016 07:54:15 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 239 | 7 | FAX | unknown | 0.21 | 1-318-742-7539 |
| 10/24/2016 02:57:28 PM | 10/24/2016 08:01:11 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 172 | 5 | FAX | unknown | 0.15 | 1-318-742-7539 |
| 10/24/2016 03:01:19 PM | 10/24/2016 08:02:40 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 72 | 3 | FAX | unknown | 0.09 | 1-318-742-7539 |
| 10/24/2016 03:18:57 PM | 10/24/2016 08:20:19 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 76 | 3 | FAX | unknown | 0.09 | 1-318-742-7539 |
| 10/25/2016 06:39:52 PM | 10/25/2016 11:46:27 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 372 | 12 | FAX | unknown | 0.36 | 1-305-400-8478 |
| 10/25/2016 06:51:46 PM | 10/25/2016 11:53:02 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 38 | 1 | FAX | unknown | 0.03 | 1-305-400-8478 |
| 10/27/2016 04:01:10 PM | 10/27/2016 09:07:31 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 359 | 12 | FAX | 3365455996 | 0.36 | 1-336-545-5996 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 10/27/2016 04:07:28 PM | 10/27/2016 09:16:27 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 475 | 16 | FAX | 3365455996 | 0.48 | 1-336-545-5996 |
| 10/27/2016 06:58:04 PM | 10/27/2016 12:03:25 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 300 | 11 | FAX | 9545669533 | 0.33 | 1-954-566-9533 |
| 10/27/2016 07:41:06 PM | 10/27/2016 12:42:38 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 68 | 2 | FAX | 3365455996 | 0.06 | 1-336-545-5996 |
| 10/27/2016 10:20:00 PM | 10/27/2016 03:28:26 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 503 | 14 | FAX | 12096447638 | 0.42 | 1-404-601-9001 |
| 10/28/2016 05:25:34 PM | 10/28/2016 10:46:40 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 1240 | 28 | FAX | 12096447638 | 0.84 | 1-613-701-0200 |
| 10/28/2016 05:34:05 PM | 10/28/2016 11:00:48 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 1578 | 36 | FAX | 12096447638 | 1.08 | 1-613-701-0200 |
| 10/28/2016 05:34:38 PM | 10/28/2016 11:01:21 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 1590 | 36 | FAX | 12096447638 | 1.08 | 1-480-383-6933 |
| 10/28/2016 05:42:00 PM | 10/28/2016 11:02:40 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 1212 | 34 | FAX | 12096447638 | 1.02 | 1-404-601-9001 |
| 10/28/2016 08:59:49 PM | 10/28/2016 02:10:50 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 646 | 11 | FAX | unknown | 0.33 | 1-916-488-1165 |
| 10/31/2016 03:42:55 PM | 10/31/2016 08:52:06 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 541 | 22 | FAX | unknown | 0.66 | 1-716-793-7804 |
| 10/31/2016 06:56:29 PM | 10/31/2016 12:31:19 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 2073 | 42 | FAX | 12096447638 | 1.26 | 1-971-275-1300 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 10/31/2016 08:34:42 PM | 10/31/2016 01:36:16 PM | 18552040222 | 18552040222@storage.metrofax.com;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 85 | 2 | FAX | 8146925278 | 0.06 | 1-814-692-5278 |
| 11/01/2016 04:35:44 PM | 11/01/2016 09:47:02 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 509 | 25 | FAX | unknown | 0.75 | 1-716-793-7804 |
| 11/01/2016 08:17:17 PM | 11/01/2016 01:22:53 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 308 | 14 | FAX | unknown | 0.42 | 1-781-523-1632 |
| 11/01/2016 09:24:08 PM | 11/01/2016 02:29:26 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 293 | 11 | FAX | 1 844 806 6609 | 0.33 | 1-860-445-2114 |
| 11/01/2016 09:55:08 PM | 11/01/2016 02:56:27 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 55 | 2 | FAX | POWERPLUS | 0.06 | 1-808-888-5241 |
| 11/01/2016 09:57:51 PM | 11/01/2016 02:59:06 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 37 | 2 | FAX | POWERPLUS | 0.06 | 1-808-888-5241 |
| 11/02/2016 03:02:48 PM | 11/02/2016 08:07:40 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 288 | 11 | FAX | unknown | 0.33 | 1-718-638-0677 |
| 11/02/2016 05:33:30 PM | 11/02/2016 10:40:08 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 387 | 9 | FAX | 2392601776 | 0.27 | 1-239-300-0167 |
| 11/02/2016 05:57:09 PM | 11/02/2016 11:03:46 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 381 | 9 | FAX | 2392601776 | 0.27 | 1-239-300-0167 |
| 11/03/2016 01:46:21 PM | 11/03/2016 06:47:24 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 34 | 1 | FAX | 218 531 1251 | 0.03 | 1-218-495-2328 |
| 11/03/2016 04:22:36 PM | 11/03/2016 09:28:27 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 96 | 2 | FAX | 732 888 3910 | 0.06 | 1-732-888-3910 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 11/03/2016 05:12:15 PM | 11/03/2016 10:15:05 AM | 18552040222 | 18552040222@storage.metrofax.com;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 108 | 4 | FAX | 732 888 3910 | 0.12 | 1-732-888-3910 |
| 11/03/2016 05:59:24 PM | 11/03/2016 11:15:54 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 986 | 9 | FAX | 732 888 3910 | 0.27 | 1-732-888-3910 |
| 11/03/2016 06:56:35 PM | 11/03/2016 12:07:59 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 680 | 23 | FAX | unknown | 0.69 | 1-781-523-1632 |
| 11/03/2016 07:14:46 PM | 11/03/2016 12:17:56 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 181 | 6 | FAX | 732 888 3910 | 0.18 | 1-732-888-3910 |
| 11/03/2016 07:37:39 PM | 11/03/2016 12:48:55 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 663 | 19 | FAX | unknown | 0.57 | 1-713-271-9067 |
| 11/03/2016 07:42:39 PM | 11/03/2016 12:55:56 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 794 | 28 | FAX | unknown | 0.84 | 1-781-523-1632 |
| 11/03/2016 07:56:16 PM | 11/03/2016 01:09:31 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 791 | 28 | FAX | unknown | 0.84 | 1-781-523-1632 |
| 11/03/2016 08:39:06 PM | 11/03/2016 01:52:26 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 790 | 28 | FAX | unknown | 0.84 | 1-781-523-1632 |
| 11/03/2016 11:26:39 PM | 11/03/2016 04:32:57 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 374 | 7 | FAX | 5037616425 | 0.21 | 1-503-761-6425 |
| 11/03/2016 11:38:00 PM | 11/03/2016 04:41:35 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 193 | 4 | FAX | 5037616425 | 0.12 | 1-503-761-6425 |
| 11/03/2016 11:46:20 PM | 11/03/2016 04:53:33 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 430 | 6 | FAX | 5037616425 | 0.18 | 1-503-761-6425 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 11/03/2016 11:58:35 PM | 11/03/2016 05:00:33 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 112 | 5 | FAX | 5037616425 | 0.15 | 1-503-761-6425 |
| 11/04/2016 12:51:14 AM | 11/03/2016 05:57:41 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 375 | 9 | FAX | unknown | 0.27 | 1-503-251-5904 |
| 11/04/2016 06:14:36 PM | 11/04/2016 11:15:45 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 51 | 2 | FAX | unknown | 0.06 | 1-781-523-1632 |
| 11/08/2016 04:37:51 PM | 11/08/2016 08:38:49 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 36 | 1 | FAX | unknown | 0.03 | 1-973-949-4735 |
| 11/08/2016 05:59:31 PM | 11/08/2016 10:07:08 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 451 | 2 | FAX | unknown | 0.06 | 1-919-964-9127 |
| 11/08/2016 06:10:46 PM | 11/08/2016 10:19:29 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 441 | 2 | FAX | unknown | 0.06 | 1-919-964-9127 |
| 11/08/2016 06:21:41 PM | 11/08/2016 10:24:45 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 169 | 9 | FAX | unknown | 0.27 | 1-919-964-9127 |
| 11/08/2016 07:49:25 PM | 11/08/2016 11:55:42 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 367 | 11 | FAX | 580 468 3423 | 0.33 | 1-580-468-3423 |
| 11/08/2016 08:16:02 PM | 11/08/2016 12:18:22 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 129 | 5 | FAX | 580 468 3423 | 0.15 | 1-580-468-3423 |
| 11/08/2016 08:23:10 PM | 11/08/2016 12:25:18 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 110 | 3 | FAX | 580 468 3423 | 0.09 | 1-580-468-3423 |
| 11/08/2016 11:17:55 PM | 11/08/2016 03:23:48 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 328 | 10 | FAX | 580 468 3423 | 0.3 | 1-580-468-3423 |

## INBOX LOGS

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 11/08/2016 11:28:46 PM | 11/08/2016 03:38:22 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 565 | 19 | FAX | 580 468 3423 | 0.57 | 1-580-468-3423 |
| 11/09/2016 01:45:36 AM | 11/08/2016 05:47:42 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 118 | 6 | FAX | 580 468 3423 | 0.18 | 1-580-468-3423 |
| 11/09/2016 07:30:11 PM | 11/09/2016 11:42:24 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 728 | 17 | FAX | 847 395 8247 | 0.51 | 1-847-395-8247 |
| 11/09/2016 08:23:46 PM | 11/09/2016 12:24:48 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 40 | 1 | FAX | 8477829782 | 0.03 | 1-847-782-9782 |
| 11/10/2016 10:24:07 PM | 11/10/2016 02:30:23 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 365 | 7 | FAX | 4433184510 | 0.21 | 1-443-318-4510 |
| 11/14/2016 08:48:02 PM | 11/14/2016 01:13:13 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 1488 | 38 | FAX | unknown | 1.14 | 1-508-996-2620 |
| 11/14/2016 08:48:42 PM | 11/14/2016 12:49:42 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 30 | 1 | FAX | unknown | 0.03 | 1-401-714-0232 |
| 11/14/2016 08:53:31 PM | 11/14/2016 12:54:17 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 29 | 1 | FAX | unknown | 0.03 | 1-401-714-0232 |
| 11/14/2016 08:54:30 PM | 11/14/2016 12:56:10 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 60 | 3 | FAX | unknown | 0.09 | 1-401-714-0232 |
| 11/14/2016 09:29:49 PM | 11/14/2016 01:31:35 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 82 | 3 | FAX | unknown | 0.09 | 1-401-714-0232 |
| 11/14/2016 10:27:43 PM | 11/14/2016 02:29:02 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 64 | 3 | FAX | unknown | 0.09 | 1-401-714-0232 |

## INBOX LOGS

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 11/15/2016 03:14:27 PM | 11/15/2016 07:24:18 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 587 | 10 | FAX | unknown | 0.3 | 1-321-805-4771 |
| 11/15/2016 10:26:00 PM | 11/15/2016 02:28:22 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 123 | 3 | FAX | unknown | 0.09 | 1-321-805-4771 |
| 11/16/2016 02:04:52 PM | 11/16/2016 06:13:33 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 515 | 16 | FAX | 5086760742 | 0.48 | 1-508-676-0742 |
| 11/16/2016 02:39:53 PM | 11/16/2016 06:41:36 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 75 | 2 | FAX | 5086760742 | 0.06 | 1-508-676-0742 |
| 11/16/2016 02:42:58 PM | 11/16/2016 06:44:50 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 45 | 1 | FAX | 5086760742 | 0.03 | 1-508-676-0742 |
| 11/16/2016 03:44:14 PM | 11/16/2016 07:45:17 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 33 | 1 | FAX | unknown | 0.03 | 1-256-362-4955 |
| 11/16/2016 03:49:10 PM | 11/16/2016 07:50:41 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 57 | 1 | FAX | unknown | 0.03 | 1-321-805-4771 |
| 11/16/2016 05:41:37 PM | 11/16/2016 09:47:04 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 298 | 11 | FAX | unknown | 0.33 | 1-256-362-4955 |
| 11/16/2016 07:38:02 PM | 11/16/2016 11:40:04 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 55 | 1 | FAX | 5086760742 | 0.03 | 1-508-676-0742 |
| 11/17/2016 05:25:57 PM | 11/17/2016 09:35:20 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 553 | 17 | FAX | 5122605777 | 0.51 | 1-512-260-5777 |
| 11/17/2016 05:37:37 PM | 11/17/2016 09:39:55 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 131 | 7 | FAX | 5122605777 | 0.21 | 1-512-260-5777 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 11/17/2016 06:34:28 PM | 11/17/2016 10:35:54 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 61 | 1 | FAX | 5123572498 | 0.03 | 1-512-357-2498 |
| 11/17/2016 08:42:14 PM | 11/17/2016 12:44:55 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 137 | 4 | FAX | unknown | 0.12 | 1-508-996-2620 |
| 11/17/2016 08:46:55 PM | 11/17/2016 12:52:31 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 317 | 10 | FAX | unknown | 0.3 | 1-508-996-2620 |
| 11/17/2016 08:52:30 PM | 11/17/2016 12:57:22 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 268 | 7 | FAX | unknown | 0.21 | 1-508-996-2620 |
| 11/17/2016 10:59:23 PM | 11/17/2016 03:07:25 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 473 | 16 | FAX | unknown | 0.48 | 1-478-374-0302 |
| 11/18/2016 12:29:27 AM | 11/17/2016 04:40:24 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 637 | 20 | FAX | 414 761 8305 | 0.6 | 1-414-761-8305 |
| 11/18/2016 08:27:19 PM | 11/18/2016 12:30:18 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 153 | 8 | FAX | 7403838695 | 0.24 | 1-740-383-8695 |
| 11/18/2016 08:48:04 PM | 11/18/2016 12:49:43 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 94 | 2 | FAX | 8553126352 | 0.06 | 1-416-342-0440 |
| 11/18/2016 09:56:40 PM | 11/18/2016 01:57:47 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 53 | 2 | FAX | unknown | 0.06 | 1-918-967-4470 |
| 11/18/2016 10:04:47 PM | 11/18/2016 02:17:10 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 722 | 18 | FAX | unknown | 0.54 | 1-918-967-4470 |
| 11/21/2016 04:32:04 AM | 11/20/2016 08:33:19 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 70 | 1 | FAX | 8146925278 | 0.03 | 1-814-692-5278 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 11/21/2016 05:18:07 PM | 11/21/2016 09:25:28 AM | 18552040222 | 18552040222@storage.metrofax.com;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 435 | 11 | FAX | Staples Kiosk | 0.33 | 1-508-305-8011 |
| 11/21/2016 07:31:05 PM | 11/21/2016 11:35:59 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 285 | 10 | FAX | unknown | 0.3 | 1-908-806-4843 |
| 11/21/2016 07:42:53 PM | 11/21/2016 11:44:33 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 35 | 1 | FAX | unknown | 0.03 | 1-908-806-4843 |
| 11/21/2016 07:48:54 PM | 11/21/2016 11:50:18 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 34 | 1 | FAX | unknown | 0.03 | 1-908-806-4843 |
| 11/21/2016 10:10:21 PM | 11/21/2016 02:21:10 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 638 | 15 | FAX | 19098101369 | 0.45 | UNAVAILABLE |
| 11/21/2016 10:59:03 PM | 11/21/2016 03:04:10 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 284 | 4 | FAX | 19098101369 | 0.12 | UNAVAILABLE |
| 11/22/2016 06:06:01 PM | 11/22/2016 10:06:54 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 29 | 1 | FAX | 7187844191 | 0.03 | 1-718-784-4191 |
| 11/22/2016 06:12:15 PM | 11/22/2016 10:13:22 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 33 | 1 | FAX | 7187844191 | 0.03 | 1-718-784-4191 |
| 11/22/2016 06:23:49 PM | 11/22/2016 10:25:29 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 42 | 2 | FAX | 7187844191 | 0.06 | 1-718-784-4191 |
| 11/23/2016 06:21:41 PM | 11/23/2016 10:27:32 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 349 | 11 | FAX | unknown | 0.33 | 1-302-280-6804 |
| 11/23/2016 07:16:15 PM | 11/23/2016 11:23:35 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 422 | 15 | FAX | unknown | 0.45 | 1-336-444-4107 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 11/23/2016 08:06:45 PM | 11/23/2016 12:15:05 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 486 | 12 | FAX | 5123572498 | 0.36 | 1-512-357-2498 |
| 11/23/2016 08:38:45 PM | 11/23/2016 12:40:37 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 97 | 3 | FAX | 5123572498 | 0.09 | 1-512-357-2498 |
| 11/30/2016 06:26:52 PM | 11/30/2016 10:32:53 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 348 | 14 | FAX | unknown | 0.42 | 1-843-470-0482 |
| 11/30/2016 09:39:13 PM | 11/30/2016 01:45:45 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 380 | 12 | FAX | 7182614598 | 0.36 | UNAVAILABLE |
| 11/30/2016 09:41:32 PM | 11/30/2016 01:47:42 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 366 | 10 | FAX | unknown | 0.3 | 1-804-646-1703 |
| 12/01/2016 07:09:20 PM | 12/01/2016 11:12:02 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 139 | 13 | FAX | unknown | 0.39 | 1-804-646-1703 |
| 12/02/2016 07:52:26 PM | 12/02/2016 11:55:42 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 175 | 7 | FAX | unknown | 0.21 | 1-212-541-6604 |
| 12/02/2016 08:20:24 PM | 12/02/2016 12:22:13 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 73 | 3 | FAX | unknown | 0.09 | 1-212-541-6604 |
| 12/02/2016 08:21:56 PM | 12/02/2016 12:23:23 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 49 | 1 | FAX | unknown | 0.03 | 1-212-541-6604 |
| 12/02/2016 08:25:34 PM | 12/02/2016 12:27:48 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 106 | 13 | FAX | unknown | 0.39 | 1-212-541-6604 |
| 12/02/2016 08:29:23 PM | 12/02/2016 12:30:46 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 55 | 4 | FAX | unknown | 0.12 | 1-212-541-6604 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 12/02/2016 08:32:56 PM | 12/02/2016 12:39:12 PM | 18552040222 | 18552040222@storage.metrofax.com;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 343 | 13 | FAX | unknown | 0.39 | 1-212-541-6604 |
| 12/05/2016 08:01:32 PM | 12/05/2016 12:06:29 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 284 | 10 | FAX | unknown | 0.3 | 1-716-793-7804 |
| 12/05/2016 11:09:17 PM | 12/05/2016 03:19:07 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 578 | 11 | FAX | 859 987 0839 | 0.33 | 1-859-987-0839 |
| 12/05/2016 11:30:25 PM | 12/05/2016 03:35:54 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 324 | 9 | FAX | 17634202105 | 0.27 | UNAVAILABLE |
| 12/06/2016 04:06:27 PM | 12/06/2016 08:13:17 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 394 | 12 | FAX | unknown | 0.36 | 1-281-391-1237 |
| 12/06/2016 04:14:47 PM | 12/06/2016 08:22:43 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 444 | 14 | FAX | unknown | 0.42 | 1-281-391-1237 |
| 12/06/2016 04:15:05 PM | 12/06/2016 08:17:10 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 70 | 3 | FAX | 17634202105 | 0.09 | UNAVAILABLE |
| 12/06/2016 05:32:58 PM | 12/06/2016 09:34:02 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 45 | 1 | FAX | unknown | 0.03 | 1-678-247-1417 |
| 12/06/2016 05:34:56 PM | 12/06/2016 09:36:57 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 51 | 1 | FAX | unknown | 0.03 | 1-678-247-1417 |
| 12/06/2016 05:37:19 PM | 12/06/2016 09:38:23 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 51 | 1 | FAX | unknown | 0.03 | 1-678-247-1417 |
| 12/06/2016 05:59:18 PM | 12/06/2016 10:00:52 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 67 | 2 | FAX | 4194559388 | 0.06 | 1-419-455-9388 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 12/06/2016 06:20:22 PM | 12/06/2016 10:21:24 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 41 | 1 | FAX | 4194559388 | 0.03 | 1-419-455-9388 |
| 12/06/2016 07:45:31 PM | 12/06/2016 11:48:54 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 199 | 4 | FAX | 4194559388 | 0.12 | 1-419-455-9388 |
| 12/06/2016 08:18:05 PM | 12/06/2016 12:19:19 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 64 | 3 | FAX | unknown | 0.09 | 1-803-358-2221 |
| 12/06/2016 11:55:13 PM | 12/06/2016 04:04:00 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 518 | 15 | FAX | JPMorgan Chase | 0.45 | 1-302-252-9004 |
| 12/07/2016 11:26:00 AM | 12/07/2016 03:27:10 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 64 | 2 | FAX | 4194559388 | 0.06 | 1-419-455-9388 |
| 12/07/2016 05:33:25 PM | 12/07/2016 09:36:26 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 100 | 3 | FAX | unknown | 0.09 | 1-281-392-4159 |
| 12/08/2016 06:45:04 PM | 12/08/2016 10:48:02 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 165 | 8 | FAX | unknown | 0.24 | 1-708-898-2567 |
| 12/09/2016 06:50:22 PM | 12/09/2016 10:58:18 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 462 | 15 | FAX | 314 993 5041 | 0.45 | 1-314-993-5041 |
| 12/09/2016 07:00:00 PM | 12/09/2016 11:06:09 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 359 | 11 | FAX | 314 993 5041 | 0.33 | 1-314-993-5041 |
| 12/09/2016 07:15:31 PM | 12/09/2016 11:16:49 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 61 | 2 | FAX | 314 993 5041 | 0.06 | 1-314-993-5041 |
| 12/12/2016 03:42:17 PM | 12/12/2016 07:44:48 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 134 | 6 | FAX | unknown | 0.18 | 1-708-898-2567 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 12/12/2016 06:25:21 PM | 12/12/2016 10:33:47 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 491 | 13 | FAX | unknown | 0.39 | 1-508-996-2620 |
| 12/12/2016 06:42:35 PM | 12/12/2016 10:45:05 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 40 | 1 | FAX | unknown | 0.03 | 1-508-996-2620 |
| 12/12/2016 09:08:54 PM | 12/12/2016 01:14:30 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 316 | 12 | FAX | 3034680058 | 0.36 | 1-303-975-7401 |
| 12/12/2016 10:21:30 PM | 12/12/2016 02:25:30 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 218 | 11 | FAX | unknown | 0.33 | 1-256-362-4955 |
| 12/13/2016 08:18:56 PM | 12/13/2016 12:23:20 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 232 | 8 | FAX | 3052556546 | 0.24 | 1-305-255-6546 |
| 12/14/2016 07:00:47 PM | 12/14/2016 11:04:12 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 173 | 4 | FAX | 2014391221 | 0.12 | 1-201-439-1221 |
| 12/14/2016 07:04:37 PM | 12/14/2016 11:05:48 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 45 | 2 | FAX | 2014391221 | 0.06 | 1-201-439-1221 |
| 12/14/2016 09:36:18 PM | 12/14/2016 01:49:14 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 753 | 11 | FAX | 6019912203 | 0.33 | 1-601-981-1130 |
| 12/14/2016 09:49:59 PM | 12/14/2016 01:51:08 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 48 | 1 | FAX | 6019912203 | 0.03 | 1-601-981-1130 |
| 12/14/2016 10:02:53 PM | 12/14/2016 02:08:14 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 300 | 5 | FAX | 6019912203 | 0.15 | 1-601-981-1130 |
| 12/14/2016 10:17:23 PM | 12/14/2016 02:26:35 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 531 | 13 | FAX | unknown | 0.39 | 1-715-634-5686 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 12/14/2016 10:37:05 PM | 12/14/2016 02:39:16 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 108 | 1 | FAX | 6019912203 | 0.03 | 1-601-981-1130 |
| 12/14/2016 10:47:11 PM | 12/14/2016 02:48:46 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 63 | 2 | FAX | unknown | 0.06 | 1-715-634-5686 |
| 12/14/2016 10:58:37 PM | 12/14/2016 03:00:20 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 86 | 3 | FAX | 18779352777 | 0.09 | 1-971-275-1300 |
| 12/14/2016 11:05:37 PM | 12/14/2016 03:06:47 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 53 | 1 | FAX | 6019912203 | 0.03 | 1-601-981-1130 |
| 12/15/2016 06:36:00 PM | 12/15/2016 10:40:54 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 280 | 12 | FAX | unknown | 0.36 | 1-716-793-7804 |
| 12/16/2016 09:00:34 PM | 12/16/2016 01:04:49 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 249 | 7 | FAX | 3052556546 | 0.21 | 1-305-255-6546 |
| 12/19/2016 02:08:03 PM | 12/19/2016 06:12:53 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 279 | 12 | FAX | unknown | 0.36 | 1-716-793-7804 |
| 12/19/2016 05:48:01 PM | 12/19/2016 09:54:51 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 398 | 14 | FAX | unknown | 0.42 | 1-716-793-7804 |
| 12/20/2016 06:32:58 PM | 12/20/2016 10:41:14 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 491 | 11 | FAX | unknown | 0.33 | 1-386-738-1974 |
| 12/21/2016 06:25:40 PM | 12/21/2016 10:47:01 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 1261 | 9 | FAX | 6019912203 | 0.27 | 1-601-981-1130 |
| 12/21/2016 06:57:08 PM | 12/21/2016 11:15:01 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 1050 | 10 | FAX | 6019912203 | 0.3 | 1-601-981-1130 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 12/23/2016 04:58:10 PM | 12/23/2016 09:05:43 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 444 | 15 | FAX | 334 365 2499 | 0.45 | 1-334-365-2499 |
| 12/23/2016 05:08:01 PM | 12/23/2016 09:09:00 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 33 | 1 | FAX | 334 365 2499 | 0.03 | 1-334-365-2499 |
| 12/27/2016 04:54:48 PM | 12/27/2016 09:17:35 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 1092 | 44 | FAX | 352 564 3906 | 1.32 | 1-352-564-3906 |
| 12/27/2016 05:29:45 PM | 01/03/2017 08:42:52 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 1028 | 39 | FAX | 352 564 3906 | 1.17 | 1-352-564-3906 |
| 12/27/2016 08:14:50 PM | 12/27/2016 12:21:04 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 353 | 12 | FAX | 3365455996 | 0.36 | 1-336-545-5996 |
| 12/27/2016 08:16:51 PM | 12/27/2016 12:26:19 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 552 | 12 | FAX | 260176814354 | 0.36 | 1-260-768-4354 |
| 12/27/2016 08:23:04 PM | 12/27/2016 12:31:11 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 483 | 16 | FAX | 3365455996 | 0.48 | 1-336-545-5996 |
| 12/27/2016 08:31:25 PM | 01/03/2017 09:00:45 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 468 | 16 | FAX | 3365455996 | 0.48 | 1-336-545-5996 |
| 12/27/2016 08:45:15 PM | 12/27/2016 12:47:05 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 102 | 3 | FAX | 260176814354 | 0.09 | 1-260-768-4354 |
| 12/27/2016 08:46:14 PM | 12/27/2016 12:51:34 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 307 | 3 | FAX | 3365455996 | 0.09 | 1-336-545-5996 |
| 12/27/2016 09:30:54 PM | 12/27/2016 01:32:12 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 53 | 2 | FAX | 3365455996 | 0.06 | 1-336-545-5996 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 12/28/2016 07:42:05 PM | 12/28/2016 11:48:35 AM | 18552040222 | 18552040222@storage.metrofax.com;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 373 | 7 | FAX | 510 445 0932 | 0.21 | 1-510-445-0932 |
| 12/28/2016 08:21:12 PM | 12/28/2016 12:22:40 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 69 | 3 | FAX | unknown | 0.09 | 1-510-226-7692 |
| 12/28/2016 08:28:29 PM | 12/28/2016 12:29:08 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 28 | 1 | FAX | unknown | 0.03 | 1-510-226-7692 |
| 12/28/2016 08:50:46 PM | 12/28/2016 12:58:34 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 455 | 13 | FAX | 956 968 7911 | 0.39 | 1-956-968-7911 |
| 12/28/2016 09:16:17 PM | 12/28/2016 01:17:36 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 70 | 1 | FAX | 956 968 7911 | 0.03 | 1-956-968-7911 |
| 12/28/2016 10:02:35 PM | 12/28/2016 02:04:10 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 86 | 3 | FAX | 956 968 7911 | 0.09 | 1-956-968-7911 |
| 12/28/2016 10:09:09 PM | 01/03/2017 09:19:52 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 71 | 1 | FAX | 956 968 7911 | 0.03 | 1-956-968-7911 |
| 12/29/2016 12:32:14 PM | 12/29/2016 04:34:19 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 100 | 4 | FAX | unknown | 0.12 | 1-305-400-8478 |
| 12/29/2016 01:04:25 PM | 12/29/2016 05:15:18 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 646 | 28 | FAX | unknown | 0.84 | 1-305-400-8478 |
| 12/29/2016 07:18:03 PM | 01/03/2017 10:19:09 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 632 | 10 | FAX | 5037721359 | 0.3 | 1-503-772-1359 |
| 12/29/2016 08:57:54 PM | 12/29/2016 01:02:41 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 273 | 8 | FAX | 4042437667 | 0.24 | 1-404-243-7667 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 12/29/2016 10:06:54 PM | 01/03/2017 10:00:20 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 127 | 4 | FAX | 9733771774 | 0.12 | 1-973-377-1774 |
| 12/29/2016 10:10:20 PM | 12/29/2016 02:28:27 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 1079 | 27 | FAX | 9733771774 | 0.81 | 1-973-377-1774 |
| 12/29/2016 10:52:29 PM | 12/29/2016 03:00:06 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 450 | 10 | FAX | | 0.3 | 1-301-541-1352 |
| 01/03/2017 04:12:37 PM | 01/03/2017 08:24:36 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 688 | 22 | FAX | 19098101369 | 0.66 | UNAVAILABLE |
| 01/03/2017 05:27:28 PM | 01/03/2017 09:34:21 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 386 | 5 | FAX | 6019912203 | 0.15 | 1-601-981-1130 |
| 01/03/2017 05:48:07 PM | 01/03/2017 09:49:19 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 49 | 2 | FAX | 4029302203 | 0.06 | 1-402-346-1101 |
| 01/03/2017 06:35:42 PM | 01/03/2017 10:43:43 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 434 | 8 | FAX | unknown | 0.24 | 1-732-458-5461 |
| 01/03/2017 07:54:31 PM | 01/03/2017 11:55:59 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 76 | 2 | FAX | unknown | 0.06 | 1-817-468-1062 |
| 01/03/2017 08:10:38 PM | 01/03/2017 12:11:41 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 52 | 1 | FAX | unknown | 0.03 | 1-817-468-1062 |
| 01/03/2017 09:05:40 PM | 01/03/2017 01:14:03 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 489 | 11 | FAX | 812 332 3015 | 0.33 | 1-417-885-0152 |
| 01/03/2017 10:12:23 PM | 01/03/2017 02:20:12 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 453 | 24 | FAX | unknown | 0.72 | 1-256-362-4955 |

## INBOX LOGS

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 01/04/2017 05:48:28 PM | 01/04/2017 09:51:39 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 180 | 6 | FAX | 8189638352 | 0.18 | 1-818-963-8352 |
| 01/04/2017 06:17:36 PM | 01/04/2017 10:21:54 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 241 | 8 | FAX | unknown | 0.24 | 1-718-963-8000 |
| 01/04/2017 07:21:49 PM | 01/04/2017 11:23:25 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 88 | 4 | FAX | unknown | 0.12 | 1-718-963-8000 |
| 01/04/2017 08:03:08 PM | 01/04/2017 12:08:11 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 284 | 10 | FAX | unknown | 0.3 | 1-718-963-8000 |
| 01/04/2017 09:03:41 PM | 01/04/2017 01:07:14 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 193 | 6 | FAX | 17025866878 | 0.18 | 1-702-642-6455 |
| 01/04/2017 11:05:40 PM | 01/04/2017 03:11:27 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 334 | 10 | FAX | 956 968 7911 | 0.3 | 1-956-968-7911 |
| 01/05/2017 03:15:09 PM | 01/05/2017 07:16:01 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 34 | 1 | FAX | 17025866878 | 0.03 | 1-702-642-6455 |
| 01/05/2017 06:55:25 PM | 01/05/2017 11:03:01 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 439 | 7 | FAX | 6019912203 | 0.21 | 1-601-981-1130 |
| 01/11/2017 06:06:30 PM | 01/11/2017 10:08:37 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 109 | 2 | FAX | 507 834 6219 | 0.06 | 1-507-834-6219 |
| 01/11/2017 07:25:35 PM | 01/11/2017 11:32:36 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 402 | 15 | FAX | 2512463357 | 0.45 | 1-251-246-3357 |
| 01/11/2017 10:27:48 PM | 01/11/2017 02:32:59 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 293 | 8 | FAX | 7182614598 | 0.24 | UNAVAILABLE |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 01/11/2017 10:43:00 PM | 01/11/2017 02:46:12 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 183 | 6 | FAX | 7182614598 | 0.18 | UNAVAILABLE |
| 01/11/2017 10:58:25 PM | 01/11/2017 03:02:02 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 207 | 7 | FAX | 7182614598 | 0.21 | UNAVAILABLE |
| 01/11/2017 11:23:29 PM | 01/11/2017 03:27:11 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 211 | 7 | FAX | 7182614598 | 0.21 | UNAVAILABLE |
| 01/12/2017 04:50:06 PM | 01/12/2017 09:07:55 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 1062 | 10 | FAX | 6019912203 | 0.3 | 1-601-981-1130 |
| 01/12/2017 06:29:38 PM | 01/12/2017 10:37:10 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 442 | 6 | FAX | 6019912203 | 0.18 | 1-601-981-1130 |
| 01/12/2017 09:21:31 PM | 01/12/2017 01:30:51 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 547 | 3 | FAX | 6019912203 | 0.09 | 1-601-981-1130 |
| 01/13/2017 04:48:35 PM | 01/13/2017 08:57:38 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 536 | 7 | FAX | 6019912203 | 0.21 | 1-601-981-1130 |
| 01/13/2017 04:49:25 PM | 01/13/2017 09:19:10 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 1772 | 38 | FAX | unknown | 1.14 | 1-508-996-2620 |
| 01/13/2017 05:20:17 PM | 01/13/2017 09:25:48 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 324 | 4 | FAX | unknown | 0.12 | 1-508-996-2620 |
| 01/13/2017 08:52:32 PM | 01/13/2017 12:54:32 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 106 | 3 | FAX | 5704571253 | 0.09 | 1-570-457-1253 |
| 01/13/2017 09:01:11 PM | 01/13/2017 01:09:21 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 483 | 10 | FAX | 5704571253 | 0.3 | 1-570-457-1253 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 01/16/2017 05:59:31 PM | 01/16/2017 10:08:31 AM | 18552040222 | 18552040222@storage.metrofax.com|0;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 532 | 20 | FAX | 856 2281307 | 0.6 | 1-856-228-1307 |
| 01/16/2017 08:26:12 PM | 01/16/2017 12:32:21 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 349 | 7 | FAX | 19193224168 | 0.21 | 1-919-322-4168 |
| 01/16/2017 10:17:36 PM | 01/16/2017 02:26:33 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 525 | 4 | FAX | 80555832918 | 0.12 | 1-805-583-2918 |
| 01/16/2017 10:43:10 PM | 01/16/2017 02:44:37 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 77 | 2 | FAX | 80555832918 | 0.06 | 1-805-583-2918 |
| 01/16/2017 11:23:25 PM | 01/16/2017 03:26:33 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 158 | 5 | FAX | 80555832918 | 0.15 | 1-805-583-2918 |
| 01/17/2017 04:28:22 PM | 01/17/2017 08:29:10 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 19 | 1 | FAX | 5084289006 | 0.03 | 1-508-428-9006 |
| 01/17/2017 06:37:12 PM | 01/17/2017 10:39:32 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 124 | 3 | FAX | 5084289006 | 0.09 | 1-508-428-9006 |
| 01/17/2017 06:44:43 PM | 01/17/2017 10:51:10 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 380 | 10 | FAX | 5084289006 | 0.3 | 1-508-428-9006 |
| 01/17/2017 07:04:30 PM | 01/17/2017 11:05:16 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 33 | 1 | FAX | 5084289006 | 0.03 | 1-508-428-9006 |
| 01/17/2017 07:35:32 PM | 01/17/2017 11:41:11 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 320 | 10 | FAX | unknown | 0.3 | 1-508-996-2620 |
| 01/17/2017 08:25:26 PM | 01/17/2017 12:34:23 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 532 | 17 | FAX | unknown | 0.51 | 1-508-996-2620 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 01/17/2017 08:48:35 PM | 01/17/2017 12:50:17 PM | 18552040222 | 18552040222@storage.metrofax.com;2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 90 | 3 | FAX | unknown | 0.09 | 1-508-996-2620 |
| 01/18/2017 08:48:46 PM | 01/18/2017 12:54:14 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 321 | 11 | FAX | 3034680058 | 0.33 | 1-303-975-7401 |
| 01/19/2017 04:43:37 PM | 01/19/2017 08:51:23 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 449 | 15 | FAX | 3034882511 | 0.45 | 1-720-200-0326 |
| 01/19/2017 08:07:32 PM | 01/19/2017 12:14:14 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 387 | 19 | FAX | 334 365 2499 | 0.57 | 1-334-365-2499 |
| 01/19/2017 08:14:11 PM | 01/19/2017 12:21:36 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 435 | 19 | FAX | 334 365 2499 | 0.57 | 1-334-365-2499 |
| 01/19/2017 08:22:48 PM | 01/19/2017 12:27:43 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 280 | 13 | FAX | 334 365 2499 | 0.39 | 1-334-365-2499 |
| 01/23/2017 08:23:11 PM | 01/23/2017 12:25:01 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 99 | 3 | FAX | 8566497565 | 0.09 | 1-856-649-7565 |
| 01/23/2017 08:43:15 PM | 01/23/2017 01:16:24 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 1966 | 6 | FAX | stigler@oklibrary.ne | 0.18 | 1-631-676-1623 |
| 01/23/2017 09:20:54 PM | 01/23/2017 01:42:25 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 1282 | 15 | FAX | stigler@oklibrary.ne | 0.45 | 1-631-676-1623 |
| 01/23/2017 11:08:33 PM | 01/23/2017 03:10:45 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 115 | 5 | FAX | unknown | 0.15 | 1-609-882-9125 |
| 01/23/2017 11:11:43 PM | 01/23/2017 03:16:34 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 287 | 13 | FAX | unknown | 0.39 | 1-609-882-9125 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 01/23/2017 11:18:29 PM | 01/23/2017 03:22:29 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 213 | 9 | FAX | unknown | 0.27 | 1-609-882-9125 |
| 01/23/2017 11:24:11 PM | 01/23/2017 03:27:30 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 175 | 9 | FAX | unknown | 0.27 | 1-609-882-9125 |
| 01/23/2017 11:31:06 PM | 01/23/2017 03:35:26 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 245 | 12 | FAX | unknown | 0.36 | 1-609-882-9125 |
| 01/24/2017 10:38:25 PM | 01/24/2017 02:39:21 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 40 | 1 | FAX | unknown | 0.03 | 1-417-862-2504 |
| 01/25/2017 04:50:36 PM | 01/25/2017 08:56:34 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 353 | 11 | FAX | unknown | 0.33 | 1-508-996-2620 |
| 01/25/2017 05:02:50 PM | 01/25/2017 09:04:14 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 74 | 3 | FAX | unknown | 0.09 | 1-508-996-2620 |
| 01/25/2017 05:04:21 PM | 01/25/2017 09:05:44 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 73 | 3 | FAX | unknown | 0.09 | 1-508-996-2620 |
| 01/25/2017 05:12:20 PM | 01/25/2017 09:13:24 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 42 | 1 | FAX | unknown | 0.03 | 1-508-996-2620 |
| 01/25/2017 05:13:13 PM | 01/25/2017 09:14:19 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 32 | 1 | FAX | unknown | 0.03 | 1-508-996-2620 |
| 01/25/2017 05:14:04 PM | 01/25/2017 09:15:18 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 32 | 1 | FAX | unknown | 0.03 | 1-508-996-2620 |
| 01/25/2017 08:52:03 PM | 01/25/2017 12:53:52 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 66 | 2 | FAX | 412 856 5765 | 0.06 | 1-412-856-5188 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 01/25/2017 08:58:10 PM | 01/25/2017 01:04:07 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 329 | 10 | FAX | 412 856 5765 | 0.3 | 1-412-856-5188 |
| 01/26/2017 07:09:11 PM | 01/26/2017 11:10:16 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 34 | 1 | FAX | unknown | 0.03 | 1-256-362-4955 |
| 01/26/2017 10:00:21 PM | 01/26/2017 02:07:08 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 395 | 12 | FAX | unknown | 0.36 | 1-914-277-4122 |
| 01/30/2017 06:47:25 PM | 01/30/2017 10:48:32 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 58 | 4 | FAX | 7634224127 | 0.12 | 1-763-208-8893 |
| 01/31/2017 04:43:52 PM | 01/31/2017 08:48:36 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 266 | 9 | FAX | 9545669533 | 0.27 | 1-954-566-9533 |
| 01/31/2017 05:35:55 PM | 01/31/2017 09:40:41 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 35 | 1 | FAX | unknown | 0.03 | 1-256-362-4955 |
| 01/31/2017 05:50:42 PM | 01/31/2017 09:52:19 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 86 | 4 | FAX | 310 827 9187 | 0.12 | 1-310-827-0165 |
| 01/31/2017 05:57:31 PM | 01/31/2017 10:00:37 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 117 | 1 | FAX | 310 827 9187 | 0.03 | 1-310-827-0165 |
| 01/31/2017 06:03:45 PM | 01/31/2017 10:10:38 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 392 | 10 | FAX | 1015 | 0.3 | 1-310-827-9187 |
| 01/31/2017 06:04:16 PM | 01/31/2017 10:05:28 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 57 | 2 | FAX | 9545669533 | 0.06 | 1-954-566-9533 |
| 01/31/2017 06:14:00 PM | 01/31/2017 10:15:19 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 68 | 1 | FAX | 1015 | 0.03 | 1-310-827-9187 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 01/31/2017 06:31:19 PM | 01/31/2017 10:35:14 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 204 | 4 | FAX | 12484751629 | 0.12 | 1-248-475-1629 |
| 01/31/2017 06:35:51 PM | 01/31/2017 10:36:51 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 44 | 1 | FAX | 12484751629 | 0.03 | 1-248-475-1629 |
| 01/31/2017 06:37:44 PM | 01/31/2017 10:39:50 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 101 | 4 | FAX | 12484751629 | 0.12 | 1-248-475-1629 |
| 01/31/2017 06:44:58 PM | 01/31/2017 10:47:37 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 136 | 2 | FAX | 12484751629 | 0.06 | 1-248-475-1629 |
| 01/31/2017 06:48:23 PM | 01/31/2017 10:51:07 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 146 | 2 | FAX | 12484751629 | 0.06 | 1-248-475-1629 |
| 01/31/2017 06:51:59 PM | 01/31/2017 10:53:46 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 84 | 2 | FAX | 12484751629 | 0.06 | 1-248-475-1629 |
| 01/31/2017 07:20:50 PM | 01/31/2017 11:24:15 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 178 | 3 | FAX | 9374662872 | 0.09 | 1-937-466-2872 |
| 01/31/2017 07:25:01 PM | 01/31/2017 11:26:14 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 62 | 1 | FAX | 9374662872 | 0.03 | 1-937-466-2872 |
| 01/31/2017 07:51:58 PM | 01/31/2017 11:54:20 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 136 | 2 | FAX | 9374662872 | 0.06 | 1-937-466-2872 |
| 01/31/2017 07:55:27 PM | 01/31/2017 11:59:07 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 199 | 4 | FAX | 9374662872 | 0.12 | 1-937-466-2872 |
| 01/31/2017 08:00:00 PM | 01/31/2017 12:01:46 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 85 | 3 | FAX | 9374662872 | 0.09 | 1-937-466-2872 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 01/31/2017 10:57:14 PM | 01/31/2017 02:58:12 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 47 | 2 | FAX | 12484751629 | 0.06 | 1-248-475-1629 |
| 01/31/2017 11:06:30 PM | 01/31/2017 03:07:13 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 34 | 1 | FAX | 12484751629 | 0.03 | 1-248-475-1629 |
| 01/31/2017 11:08:13 PM | 01/31/2017 03:08:59 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 34 | 1 | FAX | 12484751629 | 0.03 | 1-248-475-1629 |
| 01/31/2017 11:09:56 PM | 01/31/2017 03:10:54 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 51 | 2 | FAX | 12484751629 | 0.06 | 1-248-475-1629 |
| 02/01/2017 04:48:45 PM | 02/01/2017 08:50:31 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 81 | 4 | FAX | unknown | 0.12 | 1-256-362-4955 |
| 02/01/2017 05:31:39 PM | 02/01/2017 09:32:41 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 54 | 3 | FAX | unknown | 0.09 | 1-256-362-4955 |
| 02/02/2017 07:00:59 PM | 02/02/2017 11:16:31 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 919 | 7 | FAX | unknown | 0.21 | 1-203-629-1718 |
| 02/02/2017 09:24:22 PM | 02/02/2017 03:46:47 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 327 | 11 | FAX | unknown | 0.33 | 1-919-678-3168 |
| 02/06/2017 09:33:56 PM | 02/06/2017 01:34:40 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 36 | 1 | FAX | 7018422613 | 0.03 | 1-701-842-2613 |
| 02/07/2017 08:16:52 PM | 02/07/2017 12:18:16 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 65 | 2 | FAX | unknown | 0.06 | 1-256-362-4955 |
| 02/07/2017 08:28:34 PM | 02/07/2017 12:29:26 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0 | 26 | 1 | FAX | unknown | 0.03 | 1-256-362-4955 |

## INBOX LOGS

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 02/07/2017 09:18:38 PM | 02/07/2017 01:23:45 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 293 | 11 | FAX | unknown | 0.33 | 1-256-362-4955 |
| 02/07/2017 09:58:03 PM | 02/07/2017 02:03:03 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 287 | 11 | FAX | unknown | 0.33 | 1-256-362-4955 |
| 02/10/2017 05:06:00 PM | 02/10/2017 09:13:47 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 457 | 12 | FAX | 9513036500 | 0.36 | 1-951-303-6500 |
| 02/13/2017 06:10:43 PM | 02/13/2017 10:12:34 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 96 | 3 | FAX | 9566270811 | 0.09 | 1-956-627-0811 |
| 02/13/2017 11:08:55 PM | 02/13/2017 03:10:10 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 49 | 2 | FAX | FAX | 0.06 | 1-718-797-9074 |
| 02/14/2017 05:58:33 PM | 02/14/2017 10:03:49 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 297 | 10 | FAX | unknown | 0.3 | 1-701-875-2291 |
| 02/14/2017 06:31:24 PM | 02/14/2017 10:36:48 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 303 | 10 | FAX | unknown | 0.3 | 1-701-875-2291 |
| 02/14/2017 08:21:24 PM | 02/14/2017 12:29:10 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 444 | 11 | FAX | 406 761 6969 | 0.33 | 1-406-761-6969 |
| 02/14/2017 08:31:08 PM | 02/14/2017 12:38:50 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 434 | 11 | FAX | 406 761 6969 | 0.33 | 1-406-761-6969 |
| 02/15/2017 09:53:19 PM | 02/15/2017 01:56:09 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 147 | 2 | FAX | unknown | 0.06 | 1-508-996-2620 |
| 02/15/2017 09:58:31 PM | 02/15/2017 02:06:07 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 448 | 13 | FAX | unknown | 0.39 | 1-508-996-2620 |

## INBOX LOGS

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 02/15/2017 10:06:18 PM | 02/15/2017 02:13:44 PM | 18552040222 | 18552040222@storage.metrofax.com;2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 440 | 10 | FAX | unknown | 0.3 | 1-508-996-2620 |
| 02/15/2017 10:13:56 PM | 02/15/2017 02:21:35 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 446 | 13 | FAX | unknown | 0.39 | 1-508-996-2620 |
| 02/15/2017 10:21:40 PM | 02/15/2017 02:29:42 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 476 | 14 | FAX | unknown | 0.42 | 1-508-996-2620 |
| 02/16/2017 07:33:53 PM | 02/16/2017 11:35:35 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 92 | 2 | FAX | 18558653163 | 0.06 | 1-971-275-1300 |
| 02/16/2017 11:13:55 PM | 02/16/2017 03:18:35 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 274 | 5 | FAX | Fax Server | 0.15 | 1-319-221-2800 |
| 02/17/2017 10:47:30 PM | 02/17/2017 02:48:55 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 67 | 3 | FAX | unknown | 0.09 | 1-703-372-2985 |
| 02/21/2017 12:07:31 AM | 02/20/2017 04:14:15 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 397 | 12 | FAX | unknown | 0.36 | 1-561-750-4490 |
| 02/21/2017 05:47:12 PM | 02/21/2017 09:55:03 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 467 | 14 | FAX | unknown | 0.42 | 1-561-498-4488 |
| 02/21/2017 05:50:38 PM | 02/21/2017 09:57:20 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 363 | 8 | FAX | unknown | 0.24 | 1-703-372-2985 |
| 02/21/2017 05:51:42 PM | 02/21/2017 09:59:17 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 436 | 14 | FAX | unknown | 0.42 | 1-561-413-6760 |
| 02/21/2017 06:22:17 PM | 02/21/2017 10:32:19 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 595 | 16 | FAX | unknown | 0.48 | 1-703-372-2985 |

PX35 - 179

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 02/21/2017 07:23:22 PM | 02/21/2017 11:24:43 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 64 | 2 | FAX | unknown | 0.06 | 1-252-791-0165 |
| 02/21/2017 08:22:44 PM | 02/21/2017 12:23:38 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 41 | 2 | FAX | unknown | 0.06 | 1-252-791-0165 |
| 02/21/2017 09:13:21 PM | 02/21/2017 01:14:40 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 60 | 1 | FAX | unknown | 0.03 | 1-561-413-6760 |
| 02/22/2017 02:48:22 PM | 02/22/2017 06:54:21 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 345 | 13 | FAX | 17015683356 | 0.39 | 1-701-568-3355 |
| 02/22/2017 11:18:08 PM | 02/22/2017 03:20:17 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 113 | 2 | FAX | unknown | 0.06 | 1-925-224-8655 |
| 02/23/2017 10:50:04 PM | 02/23/2017 03:00:46 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 626 | 16 | FAX | 7862276422 | 0.48 | 1-786-227-6422 |
| 02/23/2017 11:21:24 PM | 02/23/2017 03:22:23 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 45 | 1 | FAX | 956 968 7911 | 0.03 | 1-956-968-7911 |
| 02/23/2017 11:35:28 PM | 02/23/2017 03:38:38 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 179 | 3 | FAX | unknown | 0.09 | 1-956-969-8299 |
| 02/23/2017 11:40:32 PM | 02/23/2017 03:46:07 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 328 | 10 | FAX | unknown | 0.3 | 1-956-969-8299 |
| 02/23/2017 11:46:26 PM | 02/23/2017 03:48:22 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 104 | 2 | FAX | unknown | 0.06 | 1-956-969-8299 |
| 02/24/2017 12:28:01 AM | 02/23/2017 04:36:39 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 503 | 11 | FAX | 7862276422 | 0.33 | 1-786-227-6422 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 02/24/2017 12:38:38 AM | 02/23/2017 04:40:09 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 83 | 1 | FAX | 7862276422 | 0.03 | 1-786-227-6422 |
| 02/24/2017 03:34:42 PM | 02/24/2017 07:36:38 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 110 | 3 | FAX | 7862276422 | 0.09 | 1-786-227-6422 |
| 02/24/2017 06:51:22 PM | 02/24/2017 10:52:05 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 26 | 1 | FAX | 3034680058 | 0.03 | 1-303-975-7401 |
| 02/24/2017 06:59:38 PM | 02/24/2017 11:10:26 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 630 | 15 | FAX | 7862276422 | 0.45 | 1-786-227-6422 |
| 02/24/2017 07:54:06 PM | 02/24/2017 11:55:36 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 64 | 3 | FAX | 5702351194 | 0.09 | 1-570-235-1194 |
| 02/27/2017 10:31:45 PM | 02/27/2017 02:44:01 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 719 | 10 | FAX | 6506556633 | 0.3 | 1-702-420-2930 |
| 04/20/2018 08:18:18 PM | 04/20/2018 01:25:07 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 397 | 12 | FAX | 5018884081 | 0.36 | 1-501-888-4081 |
| 04/20/2018 08:26:04 PM | 04/20/2018 01:26:52 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 39 | 0 | FAX | 5018884081 | 0.0 | 1-501-888-4081 |
| 04/20/2018 08:28:06 PM | 04/20/2018 01:29:50 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 100 | 3 | FAX | 5018884081 | 0.09 | 1-501-888-4081 |
| 04/20/2018 08:37:45 PM | 04/20/2018 01:38:26 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 32 | 1 | FAX | 5018884081 | 0.03 | 1-501-888-4081 |
| 04/20/2018 08:38:30 PM | 04/20/2018 01:39:20 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 34 | 0 | FAX | 5018884081 | 0.0 | 1-501-888-4081 |

## INBOX LOGS

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 04/20/2018 08:40:26 PM | 04/20/2018 01:42:41 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 123 | 4 | FAX | 5018884081 | 0.12 | 1-501-888-4081 |
| 04/20/2018 08:43:38 PM | 04/20/2018 01:44:25 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 32 | 1 | FAX | 5018884081 | 0.03 | 1-501-888-4081 |
| 05/04/2018 06:14:29 PM | 05/04/2018 11:15:53 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 65 | 1 | FAX | 3019460035 | 0.03 | 1-828-484-9412 |
| 05/04/2018 06:16:43 PM | 05/04/2018 11:17:51 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 32 | 1 | FAX | 3019460035 | 0.03 | 1-828-484-9412 |
| 05/04/2018 06:17:59 PM | 05/04/2018 11:18:48 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 38 | 1 | FAX | 3019460035 | 0.03 | 1-828-484-9412 |
| 05/09/2018 05:32:46 PM | 05/09/2018 10:35:27 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 147 | 1 | FAX | 770-670-6566 | 0.03 | 1-770-670-6566 |
| 05/10/2018 05:18:25 PM | 05/10/2018 10:20:55 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 146 | 6 | FAX | 3212858359 | 0.18 | 1-619-330-1897 |
| 05/10/2018 05:20:54 PM | 05/10/2018 10:24:28 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 207 | 6 | FAX | 3212858359 | 0.18 | 1-619-330-1897 |
| 05/10/2018 05:24:26 PM | 05/10/2018 10:26:44 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 123 | 5 | FAX | 3212858359 | 0.15 | 1-619-330-1897 |
| 05/11/2018 07:15:58 PM | 05/11/2018 12:18:04 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 119 | 4 | FAX | RightFax | 0.12 | 1-682-503-5187 |
| 05/17/2018 02:16:22 PM | 05/17/2018 07:17:54 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 86 | 2 | FAX | 18779352777 | 0.06 | 1-613-249-3700 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 05/17/2018 08:47:11 PM | 05/17/2018 01:49:29 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 114 | 3 | FAX | 2525273928 | 0.09 | 1-252-527-3928 |
| 05/17/2018 08:49:39 PM | 05/17/2018 01:51:30 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 106 | 3 | FAX | 2525273928 | 0.09 | 1-252-527-3928 |
| 05/17/2018 08:52:02 PM | 05/17/2018 01:56:28 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 245 | 3 | FAX | 2525273928 | 0.09 | 1-252-527-3928 |
| 05/17/2018 08:56:44 PM | 05/17/2018 02:00:07 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 185 | 3 | FAX | 2525273928 | 0.09 | 1-252-527-3928 |
| 05/17/2018 09:00:26 PM | 05/17/2018 02:02:29 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 107 | 3 | FAX | 2525273928 | 0.09 | 1-252-527-3928 |
| 05/17/2018 09:02:48 PM | 05/17/2018 02:04:38 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 102 | 2 | FAX | 2525273928 | 0.06 | 1-252-527-3928 |
| 05/24/2018 08:22:07 PM | 05/24/2018 01:29:09 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 410 | 14 | FAX | 1 252 331 1185 | 0.42 | 1-252-331-1185 |
| 05/30/2018 02:48:23 PM | 05/30/2018 07:50:12 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 93 | 2 | FAX | unknown | 0.06 | 1-270-415-5455 |
| 05/30/2018 02:51:08 PM | 05/30/2018 07:52:13 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 56 | 0 | FAX | unknown | 0.0 | 1-270-415-5455 |
| 05/30/2018 02:53:28 PM | 05/30/2018 07:58:10 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 274 | 7 | FAX | unknown | 0.21 | 1-270-415-5455 |
| 05/30/2018 03:14:17 PM | 05/30/2018 08:19:37 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 300 | 8 | FAX | unknown | 0.24 | 1-270-415-5455 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 05/30/2018 03:32:33 PM | 05/30/2018 08:37:39 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 289 | 7 | FAX | unknown | 0.21 | 1-270-415-5455 |
| 05/30/2018 03:44:21 PM | 05/30/2018 08:45:50 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 83 | 3 | FAX | unknown | 0.09 | 1-270-415-5455 |
| 05/30/2018 06:56:06 PM | 05/30/2018 12:02:20 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 363 | 16 | FAX | 14177767430 | 0.48 | 1-417-776-7430 |
| 05/30/2018 07:15:48 PM | 05/30/2018 12:21:42 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 338 | 12 | FAX | 7084259617 | 0.36 | 1-815-469-4501 |
| 05/30/2018 07:21:45 PM | 05/30/2018 12:27:11 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 311 | 10 | FAX | 7084259617 | 0.3 | 1-815-469-4501 |
| 05/31/2018 04:09:28 PM | 05/31/2018 09:10:44 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 61 | 3 | FAX | 7084259617 | 0.09 | 1-815-469-4501 |
| 06/04/2018 06:08:11 PM | 06/04/2018 11:15:48 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 448 | 16 | FAX | 8132416205 | 0.48 | 1-813-241-6205 |
| 06/04/2018 06:46:09 PM | 06/04/2018 11:48:09 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 115 | 4 | FAX | 8132416205 | 0.12 | 1-813-241-6205 |
| 06/06/2018 04:11:00 PM | 06/06/2018 09:12:15 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 63 | 1 | FAX | 2525273928 | 0.03 | 1-252-527-3928 |
| 06/12/2018 07:28:08 PM | 06/12/2018 12:29:20 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 62 | 4 | FAX | 8668092379 | 0.12 | 1-619-330-1897 |
| 06/13/2018 05:07:09 PM | 06/13/2018 10:09:49 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 154 | 6 | FAX | unknown | 0.18 | 1-310-828-0708 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 06/13/2018 06:46:13 PM | 06/13/2018 11:48:36 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 134 | 4 | FAX | unknown | 0.12 | 1-310-828-0708 |
| 06/18/2018 02:11:38 PM | 06/18/2018 07:12:59 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 76 | 2 | FAX | 18779352777 | 0.06 | 1-971-275-1300 |
| 06/19/2018 09:04:35 PM | 06/19/2018 02:14:27 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 580 | 14 | FAX | 17177055539 | 0.42 | 1-215-969-0187 |
| 06/29/2018 08:20:13 PM | 06/29/2018 01:24:32 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 245 | 13 | FAX | unknown | 0.39 | 1-720-458-0402 |
| 07/02/2018 06:49:23 PM | 07/02/2018 11:56:46 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 424 | 14 | FAX | unknown | 0.42 | 1-708-656-8615 |
| 07/03/2018 09:39:49 PM | 07/03/2018 02:50:35 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 631 | 15 | FAX | unknown | 0.45 | 1-319-283-1512 |
| 07/05/2018 02:58:09 PM | 07/05/2018 08:17:37 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 1155 | 29 | FAX | unknown | 0.87 | 1-319-283-1512 |
| 07/05/2018 04:38:16 PM | 07/05/2018 09:43:07 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 276 | 7 | FAX | 8624440122 | 0.21 | 1-862-444-0122 |
| 07/05/2018 04:52:05 PM | 07/05/2018 09:59:09 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 415 | 13 | FAX | 2535724988 | 0.39 | 1-760-231-8250 |
| 07/09/2018 07:10:07 PM | 07/09/2018 12:11:28 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 69 | 3 | FAX | unknown | 0.09 | 1-212-398-4116 |
| 07/09/2018 07:38:57 PM | 07/09/2018 01:01:57 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 1352 | 62 | FAX | unknown | 1.86 | 1-718-222-4441 |

## INBOX LOGS

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 07/11/2018 04:04:15 PM | 07/11/2018 09:11:31 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 423 | 15 | FAX | unknown | 0.45 | 1-718-436-5873 |
| 07/11/2018 04:25:12 PM | 07/11/2018 09:27:07 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 81 | 4 | FAX | unknown | 0.12 | 1-718-436-5873 |
| 07/11/2018 04:39:24 PM | 07/11/2018 09:40:34 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 44 | 2 | FAX | unknown | 0.06 | 1-718-436-5873 |
| 07/11/2018 08:33:06 PM | 07/11/2018 01:41:06 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 474 | 11 | FAX | 5087781230 | 0.33 | 1-508-778-1230 |
| 07/11/2018 08:43:48 PM | 07/11/2018 01:52:03 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 478 | 10 | FAX | 5087781230 | 0.3 | 1-508-778-1230 |
| 07/11/2018 09:02:53 PM | 07/11/2018 02:05:03 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 103 | 3 | FAX | 5087781230 | 0.09 | 1-508-778-1230 |
| 07/11/2018 09:05:57 PM | 07/11/2018 02:08:07 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 101 | 3 | FAX | 5087781230 | 0.09 | 1-508-778-1230 |
| 07/11/2018 09:09:12 PM | 07/11/2018 02:11:05 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 85 | 3 | FAX | 5087781230 | 0.09 | 1-508-778-1230 |
| 07/11/2018 09:12:14 PM | 07/11/2018 02:13:35 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 49 | 1 | FAX | 5087781230 | 0.03 | 1-508-778-1230 |
| 07/11/2018 09:15:29 PM | 07/11/2018 02:23:33 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 474 | 11 | FAX | 5087781230 | 0.33 | 1-508-778-1230 |
| 07/11/2018 09:43:43 PM | 07/11/2018 02:46:06 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 116 | 2 | FAX | 5087781230 | 0.06 | 1-508-778-1230 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 07/11/2018 09:47:02 PM | 07/11/2018 02:49:06 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 120 | 2 | FAX | 5087781230 | 0.06 | 1-508-778-1230 |
| 07/11/2018 09:49:57 PM | 07/11/2018 02:52:04 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 118 | 2 | FAX | 5087781230 | 0.06 | 1-508-778-1230 |
| 07/12/2018 05:44:33 PM | 07/12/2018 10:45:49 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 57 | 1 | FAX | 8605239690 | 0.03 | 1-860-523-9690 |
| 07/12/2018 06:56:39 PM | 07/12/2018 11:58:50 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 123 | 2 | FAX | unknown | 0.06 | 1-508-477-6792 |
| 07/12/2018 06:59:29 PM | 07/12/2018 12:00:54 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 62 | 1 | FAX | 8605239690 | 0.03 | 1-860-523-9690 |
| 07/16/2018 03:33:41 PM | 07/16/2018 08:43:30 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 586 | 12 | FAX | 8605239690 | 0.36 | 1-860-523-9690 |
| 07/16/2018 05:58:11 PM | 07/16/2018 11:02:32 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 241 | 13 | FAX | 8564512142 | 0.39 | 1-856-451-2142 |
| 07/16/2018 09:01:50 PM | 07/16/2018 02:08:36 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 399 | 18 | FAX | unknown | 0.54 | 1-804-379-8280 |
| 07/17/2018 11:30:32 AM | 07/17/2018 04:37:45 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 428 | 13 | FAX | 717 731 6199 | 0.39 | 1-717-731-6199 |
| 07/17/2018 03:12:57 PM | 07/17/2018 08:28:17 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 905 | 30 | FAX | 7182224449 | 0.9 | 1-718-222-4441 |
| 07/17/2018 03:50:05 PM | 07/17/2018 09:05:17 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 893 | 30 | FAX | 7182224449 | 0.9 | 1-718-222-4441 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 07/17/2018 04:14:47 PM | 07/17/2018 09:16:50 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 119 | 3 | FAX | 8605239690 | 0.09 | 1-860-523-9690 |
| 07/18/2018 03:51:28 PM | 07/18/2018 08:52:38 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 49 | 1 | FAX | unknown | 0.03 | 1-718-624-3766 |
| 07/18/2018 04:02:59 PM | 07/18/2018 09:05:51 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 158 | 6 | FAX | 7182224449 | 0.18 | 1-718-222-4441 |
| 07/18/2018 08:01:03 PM | 07/18/2018 01:03:50 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 153 | 11 | FAX | 8668092379 | 0.33 | 1-619-330-1897 |
| 07/18/2018 09:31:34 PM | 07/18/2018 02:37:22 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 345 | 11 | FAX | 9169938002 | 0.33 | 1-916-993-9412 |
| 07/18/2018 09:38:57 PM | 07/18/2018 02:40:39 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 89 | 4 | FAX | 9169938002 | 0.12 | 1-916-993-9412 |
| 07/18/2018 09:47:57 PM | 07/18/2018 02:53:51 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 348 | 11 | FAX | 9169938002 | 0.33 | 1-916-993-9412 |
| 07/18/2018 09:57:08 PM | 07/18/2018 02:58:39 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 88 | 4 | FAX | 9169938002 | 0.12 | 1-916-993-9412 |
| 07/18/2018 10:25:32 PM | 07/18/2018 03:26:23 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 43 | 2 | FAX | 9169938002 | 0.06 | 1-916-993-9412 |
| 07/18/2018 10:30:56 PM | 07/18/2018 03:31:54 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 44 | 2 | FAX | 9169938002 | 0.06 | 1-916-993-9412 |
| 07/24/2018 08:43:10 PM | 07/24/2018 01:46:02 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 160 | 4 | FAX | 10040257691 | 0.12 | 1-613-249-3700 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 07/26/2018 08:25:26 PM | 07/26/2018 01:29:29 PM | 18552040222 | 18552040222@storage.metrofax.com;2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 223 | 7 | FAX | 15132734155 | 0.21 | 1-613-249-3700 |
| 08/03/2018 06:17:11 PM | 08/03/2018 11:17:52 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 34 | 1 | FAX | 2525273928 | 0.03 | 1-252-527-3928 |
| 08/08/2018 07:59:49 PM | 08/08/2018 01:20:17 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 1222 | 47 | FAX | Access Cash Sol | 1.41 | 1-502-425-9940 |
| 08/13/2018 07:51:00 PM | 08/13/2018 12:53:49 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 153 | 3 | FAX | 619 237 0459 | 0.09 | 1-619-237-0374 |
| 08/14/2018 06:49:01 PM | 08/14/2018 11:49:35 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 27 | 1 | FAX | Access Cash Sol | 0.03 | 1-502-425-9940 |
| 08/14/2018 06:50:25 PM | 08/14/2018 11:58:33 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 467 | 15 | FAX | Access Cash Sol | 0.45 | 1-502-425-9940 |
| 08/20/2018 08:06:27 PM | 08/20/2018 01:08:10 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 92 | 5 | FAX | 8668092379 | 0.15 | 1-619-330-1897 |
| 08/22/2018 08:24:25 PM | 08/22/2018 01:30:45 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 361 | 13 | FAX | 19795482629 | 0.39 | 1-979-548-2629 |
| 08/22/2018 08:30:46 PM | 08/22/2018 01:36:50 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 361 | 13 | FAX | 19795482629 | 0.39 | 1-979-548-2629 |
| 08/22/2018 09:19:26 PM | 08/22/2018 02:26:16 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 382 | 14 | FAX | 19795482629 | 0.42 | 1-979-548-2629 |
| 08/24/2018 05:37:11 PM | 08/24/2018 10:49:39 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 732 | 17 | FAX | 7186426490 | 0.51 | 1-718-642-6490 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 08/24/2018 05:56:37 PM | 08/24/2018 11:09:09 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 730 | 17 | FAX | 7186426490 | 0.51 | 1-718-642-6490 |
| 08/24/2018 07:10:46 PM | 08/24/2018 12:14:50 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 237 | 5 | FAX | unknown | 0.15 | 1-718-846-1671 |
| 08/24/2018 07:16:57 PM | 08/24/2018 12:24:09 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 414 | 15 | FAX | unknown | 0.45 | 1-718-846-1671 |
| 08/27/2018 08:44:47 PM | 08/27/2018 01:45:45 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 53 | 1 | FAX | unknown | 0.03 | 1-214-319-6950 |
| 08/29/2018 07:22:04 PM | 08/29/2018 12:23:14 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 65 | 1 | FAX | unknown | 0.03 | 1-203-655-2807 |
| 08/30/2018 09:55:23 PM | 08/30/2018 03:02:27 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 413 | 14 | FAX | 7084185830 | 0.42 | 1-708-889-6243 |
| 08/31/2018 05:42:43 PM | 08/31/2018 10:58:29 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 937 | 38 | FAX | unknown | 1.14 | 1-508-996-2620 |
| 08/31/2018 07:27:17 PM | 08/31/2018 12:43:10 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 941 | 38 | FAX | unknown | 1.14 | 1-508-996-2620 |
| 09/04/2018 08:21:39 PM | 09/04/2018 01:28:11 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 375 | 11 | FAX | 8888075625 | 0.33 | 1-859-734-7128 |
| 09/04/2018 08:37:46 PM | 09/04/2018 01:39:13 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 75 | 2 | FAX | 8888075625 | 0.06 | 1-859-734-7128 |
| 09/04/2018 09:33:17 PM | 09/04/2018 02:34:42 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 81 | 3 | FAX | 8888075625 | 0.09 | 1-859-734-7128 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 09/07/2018 12:56:20 AM | 09/06/2018 06:00:50 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 240 | 6 | FAX | 7322541558 | 0.18 | 1-732-847-3261 |
| 09/07/2018 01:04:27 AM | 09/06/2018 06:06:09 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 81 | 3 | FAX | 7322541558 | 0.09 | 1-732-847-3261 |
| 09/07/2018 01:07:03 AM | 09/06/2018 06:10:34 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 207 | 8 | FAX | 7322541558 | 0.24 | 1-732-847-3261 |
| 09/07/2018 04:35:57 PM | 09/07/2018 09:38:07 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 111 | 3 | FAX | 7322541558 | 0.09 | 1-732-847-3261 |
| 09/11/2018 06:33:03 PM | 09/11/2018 11:50:32 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 1024 | 6 | FAX | 5859787334 | 0.18 | 1-585-978-7334 |
| 09/11/2018 07:13:57 PM | 09/11/2018 12:44:32 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 1821 | 14 | FAX | 5859787334 | 0.42 | 1-585-978-7334 |
| 09/11/2018 07:18:08 PM | 09/11/2018 12:19:14 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 60 | 4 | FAX | 8668092379 | 0.12 | 1-619-330-1897 |
| 09/17/2018 09:42:48 PM | 09/17/2018 02:46:49 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 224 | 5 | FAX | 516 873 2010 | 0.15 | 1-516-873-2010 |
| 09/17/2018 09:55:53 PM | 09/17/2018 03:07:28 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 688 | 20 | FAX | unknown | 0.6 | 1-516-873-2010 |
| 09/18/2018 05:00:26 PM | 09/18/2018 10:01:17 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 37 | 1 | FAX | 9199426603 | 0.03 | 1-919-942-6603 |
| 09/26/2018 02:52:58 PM | 09/26/2018 07:54:16 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 57 | 2 | FAX | 215 561 5346 | 0.06 | 1-215-561-5182 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 09/27/2018 02:51:43 PM | 09/27/2018 07:59:28 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0 | 443 | 11 | FAX | 18664086735 | 0.33 | 1-971-275-1300 |
| 10/01/2018 02:54:23 AM | 09/30/2018 07:55:11 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0 | 34 | 1 | FAX | unknown | 0.03 | 1-740-785-5931 |
| 10/05/2018 01:19:22 PM | 10/05/2018 06:25:58 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 392 | 12 | FAX | unknown | 0.36 | 1-508-996-2620 |
| 10/05/2018 01:59:42 PM | 10/05/2018 07:01:20 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 83 | 3 | FAX | unknown | 0.09 | 1-508-996-2620 |
| 10/05/2018 06:19:48 PM | 10/05/2018 11:26:03 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 369 | 12 | FAX | unknown | 0.36 | 1-508-996-2620 |
| 10/05/2018 07:19:22 PM | 10/05/2018 12:21:09 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 83 | 3 | FAX | unknown | 0.09 | 1-508-996-2620 |
| 10/10/2018 03:29:09 PM | 10/10/2018 08:31:37 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 143 | 5 | FAX | 412 856 5765 | 0.15 | 1-412-856-5188 |
| 10/10/2018 03:56:49 PM | 10/10/2018 09:09:38 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 756 | 29 | FAX | unknown | 0.87 | 1-412-373-2810 |
| 10/16/2018 01:51:59 PM | 10/16/2018 06:53:51 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 84 | 2 | FAX | 18779352777 | 0.06 | 1-613-249-3700 |
| 10/19/2018 10:26:03 PM | 10/19/2018 03:29:52 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 211 | 11 | FAX | 864 232 5236 | 0.33 | 1-864-232-5236 |
| 10/22/2018 09:30:19 PM | 10/22/2018 02:38:29 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 471 | 25 | FAX | 864 232 5236 | 0.75 | 1-864-232-5236 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 11/01/2018 08:23:26 PM | 11/01/2018 01:24:41 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 50 | 2 | FAX | 4075406667 | 0.06 | 1-407-540-6667 |
| 11/05/2018 02:44:50 PM | 11/05/2018 06:46:35 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 94 | 2 | FAX | 18779352777 | 0.06 | 1-404-601-9001 |
| 11/07/2018 08:27:02 PM | 11/07/2018 12:27:54 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 45 | 2 | FAX | 9547525299 | 0.06 | 1-954-752-5299 |
| 11/08/2018 09:14:19 PM | 11/08/2018 01:21:52 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 450 | 15 | FAX | 8888075625 | 0.45 | 1-859-734-7128 |
| 11/08/2018 09:22:14 PM | 11/08/2018 01:30:21 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 479 | 16 | FAX | 8888075625 | 0.48 | 1-859-734-7128 |
| 11/08/2018 09:39:54 PM | 11/08/2018 01:46:24 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 386 | 12 | FAX | 8888075625 | 0.36 | 1-859-734-7128 |
| 11/08/2018 09:46:45 PM | 11/08/2018 01:54:24 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 453 | 15 | FAX | 8888075625 | 0.45 | 1-859-734-7128 |
| 11/08/2018 09:54:43 PM | 11/08/2018 02:02:51 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 483 | 16 | FAX | 8888075625 | 0.48 | 1-859-734-7128 |
| 11/08/2018 10:03:11 PM | 11/08/2018 02:10:51 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 454 | 15 | FAX | 8888075625 | 0.45 | 1-859-734-7128 |
| 11/08/2018 11:04:58 PM | 11/08/2018 03:13:13 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 490 | 18 | FAX | 8888075625 | 0.54 | 1-859-734-7128 |
| 11/08/2018 11:16:32 PM | 11/08/2018 03:23:53 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 438 | 14 | FAX | 8888075625 | 0.42 | 1-859-734-7128 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 11/09/2018 08:28:21 PM | 11/09/2018 12:31:06 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 163 | 5 | FAX | 3212858359 | 0.15 | 1-619-330-1897 |
| 11/15/2018 08:19:24 PM | 11/15/2018 12:29:10 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 581 | 23 | FAX | 888-294-5658 | 0.69 | 1-401-369-8801 |
| 11/16/2018 05:59:44 PM | 11/16/2018 10:13:17 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 807 | 15 | FAX | unknown | 0.45 | 1-708-748-3635 |
| 11/16/2018 06:31:10 PM | 11/16/2018 10:32:39 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 81 | 2 | FAX | unknown | 0.06 | 1-708-748-3635 |
| 11/16/2018 06:33:05 PM | 11/16/2018 10:35:18 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 125 | 3 | FAX | unknown | 0.09 | 1-708-748-3635 |
| 11/19/2018 01:22:52 PM | 11/19/2018 05:26:27 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 211 | 7 | FAX | unknown | 0.21 | 1-971-275-1300 |
| 11/19/2018 03:05:01 PM | 11/19/2018 07:07:10 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 123 | 4 | FAX | 18555972002 | 0.12 | 1-480-383-6933 |
| 11/19/2018 09:47:41 PM | 11/19/2018 02:27:05 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 2348 | 69 | FAX | unknown | 2.07 | 1-404-601-9001 |
| 11/20/2018 06:29:50 PM | 11/20/2018 10:30:28 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 34 | 1 | FAX | dennis.maxey@aol.com | 0.03 | 1-631-676-1623 |
| 11/21/2018 05:34:23 PM | 11/21/2018 09:45:43 AM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 666 | 20 | FAX | unknown | 0.6 | 1-971-275-1300 |
| 12/01/2018 10:58:28 PM | 12/01/2018 03:16:56 PM | 18552040222 | 18552040222@storage.metrofax.com\|2;chris@richmondcapitalgroup.com\|0;jdasilva@richmondcapitalgroup.com\|0;john@richmondcapitalgroup.com\|0;rgiardina@richmondcapitalgroup.com\|0;seth@richmondcapitalgroup.com\|0 | 1099 | 15 | FAX | 5102388589 | 0.45 | 1-510-238-8589 |

## INBOX LOGS

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| 12/04/2018 10:22:17 PM | 12/04/2018 02:39:34 PM | 18552040222 | 18552040222@storage.metrofax.com|0;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 1033 | 25 | FAX | 3016629161 | 0.75 | 1-301-662-9161 |
| 12/19/2018 10:24:00 PM | 12/19/2018 02:24:54 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 44 | 2 | FAX | unknown | 0.06 | 1-212-349-0544 |
| 12/19/2018 10:25:59 PM | 12/19/2018 02:26:49 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 44 | 2 | FAX | unknown | 0.06 | 1-212-349-0544 |
| 12/19/2018 10:31:17 PM | 12/19/2018 02:32:06 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 44 | 2 | FAX | unknown | 0.06 | 1-212-349-0544 |
| 12/21/2018 05:28:14 PM | 12/21/2018 09:29:46 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 88 | 3 | FAX | unknown | 0.09 | 1-212-349-1429 |
| 12/21/2018 05:28:54 PM | 12/21/2018 09:30:03 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 56 | 3 | FAX | unknown | 0.09 | 1-212-349-0544 |
| 12/21/2018 05:33:40 PM | 12/21/2018 09:35:06 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 81 | 3 | FAX | unknown | 0.09 | 1-212-349-1429 |
| 12/21/2018 07:44:50 PM | 12/21/2018 11:50:19 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 320 | 11 | FAX | unknown | 0.33 | 1-212-349-1429 |
| 12/21/2018 07:47:46 PM | 12/21/2018 11:51:40 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 226 | 11 | FAX | unknown | 0.33 | 1-212-349-0544 |
| 12/21/2018 07:52:40 PM | 12/21/2018 11:58:12 AM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 323 | 11 | FAX | unknown | 0.33 | 1-212-349-1429 |
| 01/07/2019 03:49:54 AM | 01/06/2019 07:50:40 PM | 18552040222 | 18552040222@storage.metrofax.com|2;chris@richmondcapitalgroup.com|0;jdasilva@richmondcapitalgroup.com|0;john@richmondcapitalgroup.com|0;rgiardina@richmondcapitalgroup.com|0;seth@richmondcapitalgroup.com|0 | 42 | 2 | FAX | unknown | 0.06 | 1-907-313-1400 |

## OUTBOUND LOGS

| Date/time (GMT) | Destination | Comments | Amount | Seconds | Pages | Type | Message Source | CSID | status |
|---|---|---|---|---|---|---|---|---|---|
| 05/03/2016 10:01:48 PM | 14193318859 | | 0.06 | 98 | 2 | FAX | EMAIL | | S |
| 05/06/2016 01:57:04 PM | 19166389326 | | 0.09 | 169 | 3 | FAX | EMAIL | 916 638 9326 | S |
| 05/09/2016 03:34:04 PM | 15743580095 | | 0.06 | 110 | 2 | FAX | EMAIL | 10 | S |
| 05/18/2016 02:50:33 AM | 18002919217 | | 0.06 | 54 | 2 | FAX | EMAIL | 18002919217 | S |
| 05/18/2016 02:57:55 AM | 18002918217 | | 0.0 | 1 | 0 | FAX | EMAIL | | E43 |
| 05/18/2016 03:11:08 AM | 18002912917 | | 0.0 | 0 | 0 | FAX | EMAIL | | E42 |
| 05/20/2016 01:49:33 PM | 12018140814 | | 0.09 | 132 | 3 | FAX | EMAIL | | S |
| 05/20/2016 06:29:12 PM | 12018140814 | | 0.06 | 88 | 2 | FAX | EMAIL | | S |
| 05/27/2016 02:34:04 PM | 18633828985 | | 0.06 | 198 | 2 | FAX | EMAIL | | S |
| 05/31/2016 03:05:24 PM | 13864451229 | | 0.06 | 96 | 2 | FAX | EMAIL | 3864451229 | S |
| 06/06/2016 06:00:25 PM | 13104575543 | | 0.3 | 564 | 10 | FAX | EMAIL | 3104575543 | S |
| 06/06/2016 07:49:13 PM | 13616689848 | | 0.0 | 1 | 0 | FAX | EMAIL | | E43 |
| 06/07/2016 05:31:07 PM | 13616849848 | | 0.0 | 0 | 0 | FAX | EMAIL | | E49 |
| 06/07/2016 07:01:55 PM | 13616689848 | | 0.0 | 0 | 0 | FAX | EMAIL | | E42 |
| 06/08/2016 03:29:50 PM | 19364484040 | | 0.09 | 102 | 3 | FAX | EMAIL | 9364484040 | S |
| 06/08/2016 08:22:40 PM | 17182316040 | | 0.33 | 648 | 11 | FAX | EMAIL | 7182316040 | S |
| 06/09/2016 09:26:42 PM | 15025890028 | | 0.06 | 98 | 2 | FAX | EMAIL | | S |
| 06/13/2016 03:13:07 PM | 13864451229 | | 0.12 | 170 | 4 | FAX | EMAIL | 3864451229 | S |
| 06/15/2016 07:06:03 PM | 13616689848 | | 0.06 | 142 | 2 | FAX | EMAIL | 3616689848 | S |
| 06/16/2016 08:09:22 PM | 12014400072 | | 0.09 | 174 | 3 | FAX | EMAIL | | S |
| 07/08/2016 05:16:27 PM | 16316614676 | | 0.87 | 1659 | 29 | FAX | EMAIL | 6316614676 | S |
| 07/19/2016 04:54:05 PM | 19738398986 | | 0.45 | 965 | 15 | FAX | EMAIL | 9738398986 | S |
| 07/20/2016 03:02:14 PM | 12018140814 | | 0.09 | 165 | 3 | FAX | EMAIL | | S |
| 07/25/2016 02:57:21 PM | 17133619301 | | 0.09 | 127 | 3 | FAX | EMAIL | 7133619301 | S |
| 07/29/2016 08:13:57 PM | 17188471516 | | 0.3 | 664 | 10 | FAX | EMAIL | 7188471516 | S |
| 08/02/2016 10:24:57 PM | 17188471516 | | 0.3 | 657 | 10 | FAX | EMAIL | 7188471516 | S |
| 08/10/2016 08:50:34 PM | 16088682717 | | 0.51 | 919 | 17 | FAX | EMAIL | 6088682717 | S |
| 08/30/2016 07:32:50 PM | 19516091767 | | 0.0 | 0 | 0 | FAX | EMAIL | | E42 |
| 08/30/2016 08:04:04 PM | 19516091767 | | 0.09 | 90 | 0 | FAX | EMAIL | 9542107934 | E44 |
| 08/30/2016 09:19:56 PM | 19516091767 | | 0.51 | 406 | 16 | FAX | EMAIL | 9542107934 | S |
| 08/31/2016 07:38:01 PM | 17188543466 | | 0.39 | 913 | 13 | FAX | EMAIL | | S |
| 08/31/2016 08:51:05 PM | 17188543466 | | 0.42 | 952 | 14 | FAX | EMAIL | | S |
| 08/31/2016 09:14:39 PM | 17188543488 | | 0.39 | 916 | 13 | FAX | EMAIL | | S |
| 09/02/2016 04:25:34 PM | 13526863302 | | 0.45 | 1013 | 15 | FAX | EMAIL | | S |
| 09/07/2016 09:53:32 PM | 18604050256 | | 0.48 | 1041 | 16 | FAX | EMAIL | | S |
| 09/08/2016 06:20:00 PM | 18604050256 | | 0.48 | 1052 | 16 | FAX | EMAIL | | S |
| 09/13/2016 02:56:42 PM | 18886439624 | | 0.12 | 213 | 4 | FAX | EMAIL | Fax Server | S |
| 09/14/2016 08:13:29 PM | 16617258065 | | 0.39 | 744 | 13 | FAX | EMAIL | | S |
| 09/19/2016 05:34:02 PM | 18559005557 | | 0.0 | 0 | 0 | FAX | EMAIL | | E49 |
| 09/19/2016 09:38:20 PM | 18665696813 | | 0.09 | 93 | 3 | FAX | EMAIL | Fax Server | S |
| 09/20/2016 08:18:39 PM | 18559005557 | | 0.0 | 0 | 0 | FAX | EMAIL | | E42 |
| 09/21/2016 10:40:49 PM | 13343652499 | | 0.0 | 49 | 0 | FAX | EMAIL | 334 365 2499 | E44 |
| 09/21/2016 11:16:45 PM | 13343652499 | | 0.0 | 47 | 0 | FAX | EMAIL | 334 365 2499 | E44 |

**OUTBOUND LOGS**

| Date/time (GMT) | Destination | Comments | Amount | Seconds | Pages | Type | Message Source | CSID | status |
|---|---|---|---|---|---|---|---|---|---|
| 09/26/2016 10:51:36 PM | 15167920697 | | 0.45 | 130 | 0 | FAX | EMAIL | | E44 |
| 09/27/2016 09:31:35 PM | 19208303839 | | 0.06 | 172 | 2 | FAX | EMAIL | 19203803839 | S |
| 10/13/2016 05:06:04 PM | 18604050256 | | 0.48 | 943 | 16 | FAX | EMAIL | | S |
| 11/01/2016 06:33:39 PM | 17323562427 | | 0.48 | 1046 | 16 | FAX | EMAIL | | S |
| 11/03/2016 03:45:28 PM | 12184952328 | | 0.45 | 0 | 0 | FAX | EMAIL | | E42 |
| 11/03/2016 04:22:52 PM | 12185311251 | | 0.0 | 1 | 0 | FAX | EMAIL | | E43 |
| 11/08/2016 05:02:34 PM | 15804683423 | | 0.51 | 1151 | 17 | FAX | EMAIL | 580 468 3423 | S |
| 11/08/2016 10:17:00 PM | 15804683423 | | 0.57 | 1191 | 19 | FAX | EMAIL | 580 468 3423 | S |
| 11/29/2016 04:44:34 PM | 18456927816 | | 0.09 | 177 | 3 | FAX | EMAIL | 845 692 7816 | S |
| 12/14/2016 09:50:46 PM | 16019811133 | | 0.0 | 10 | 0 | FAX | EMAIL | | E44 |
| 12/29/2016 08:18:10 PM | 12026291982 | | 0.33 | 499 | 10 | FAX | EMAIL | 202 629 1982 | S |
| 01/09/2017 08:27:55 PM | 14178622504 | | 0.75 | 1489 | 25 | FAX | EMAIL | | S |
| 01/09/2017 11:09:36 PM | 14178622504 | | 0.33 | 646 | 11 | FAX | EMAIL | | S |
| 01/13/2017 06:55:26 PM | 16312078388 | | 0.36 | 559 | 12 | FAX | EMAIL | 1-631-207-8388 | S |
| 01/17/2017 05:43:48 PM | 15084289006 | | 0.36 | 561 | 12 | FAX | EMAIL | 5084289006 | S |
| 02/02/2017 06:54:28 PM | 12036291718 | | 0.36 | 565 | 12 | FAX | EMAIL | 2036291718 | S |
| 02/21/2017 08:43:46 PM | 15614984488 | | 0.36 | 742 | 12 | FAX | EMAIL | | S |
| 05/09/2018 09:48:09 PM | 18556537733 | | 0.48 | 1134 | 16 | FAX | EMAIL | | S |
| 05/09/2018 10:22:01 PM | 13473310517 | | 0.48 | 1148 | 16 | FAX | EMAIL | FAXCOMAnywhere | S |
| 05/16/2018 08:47:22 PM | 13473310517 | | 0.51 | 1357 | 16 | FAX | EMAIL | FAXCOMAnywhere | S |
| 06/12/2018 11:01:38 PM | 13238488314 | | 0.48 | 917 | 16 | FAX | EMAIL | 3238488311 | S |
| 07/13/2018 12:08:42 PM | 16234443001 | | 0.24 | 236 | 8 | FAX | EMAIL | | S |
| 07/13/2018 12:12:15 PM | 16234443001 | | 0.24 | 225 | 8 | FAX | EMAIL | | S |
| 07/13/2018 12:14:37 PM | 16234443001 | | 0.21 | 227 | 7 | FAX | EMAIL | | S |
| 07/20/2018 05:20:34 PM | 18559005557 | | 0.09 | 921 | 3 | FAX | EMAIL | | S |
| 07/24/2018 05:26:54 PM | 17188966832 | | 0.21 | 2644 | 7 | FAX | EMAIL | 17188966832 8 | S |
| 08/06/2018 10:20:37 PM | 18556537733 | | 0.54 | 1305 | 18 | FAX | EMAIL | | S |
| 08/10/2018 08:31:29 PM | 18559005667 | | 0.0 | 1 | 0 | FAX | EMAIL | | E43 |
| 08/10/2018 10:08:37 PM | 18559005557 | | 0.12 | 985 | 4 | FAX | EMAIL | | S |

| SEARCH CRITERIA | |
|---|---|
| From date | 05/01/2016 |
| To date | |
| Search by criteria | Customer ID |
| Search by term | 45147609 |

| CUSTOMER FIELDS | |
|---|---|
| Customer ID | 45147609 |
| Status | Active |
| Collection method | Credit Card |
| Customer Name | Robert Giardina |
| Company name | |
| Address | 125 Maiden Ln<br>Suite 501<br>New York<br>NY<br>10038<br>US |
| Email address | cpolanco@richmondcapitalgroup.com |
| Phone number | 8556629303 |
| Notes | |
| Customer send email addresses | eli@viceroycapitalfunding.com |

| CREDIT CARD INFO |
| --- |
| **Primary Credit Card** |
| Not on file |
| **Secondary Credit Card** |
| Not on file |
| **Tertiary Credit Card** |
| Not on file |

## CREDIT CARD COLLECTIONS

| Collection key | Process date | Name | Address | Ip Address at sign up | Credit card | Expiry date | Amount | Response | Fraud response code |
|---|---|---|---|---|---|---|---|---|---|
| 194819799 | 03/20/2019 | | | | | 1/30/2020 | 359.5 | Approved | |
| 177728736 | 03/20/2018 | | | | | 1/30/2020 | 359.5 | Approved | |
| 172131448 | 11/15/2017 | | | | | 1/30/2020 | 1.0 | Approved | |
| 161639424 | 03/20/2017 | | | | | 1/30/2017 | 359.5 | Approved | |
| 146242209 | 03/20/2016 | | | | | 1/30/2017 | 359.5 | Approved | |
| 130949656 | 03/20/2015 | | | | | 1/30/2017 | 0.0 | Cancelled | |
| 130949655 | 03/20/2015 | | | | | 1/30/2017 | 0.0 | Cancelled | |
| 130949654 | 03/20/2015 | | | | | 1/30/2017 | 359.5 | Approved | |
| 130949652 | 03/20/2015 | Robert Giardina | 125 Maiden Ln Suite 501 | 97.93.115.83 | | 1/30/2017 | 1.0 | Approved | C |

**CUSTOMER SERVICES**

| Service ID | Service type | Offer code | Status | Start date | End date | Description | Phone number | Phone city | Server id |
|---|---|---|---|---|---|---|---|---|---|
| 18664802745 | INBOX | MTRO_PRO_USD_35950_ANN_NOACT_NOTRI_2500PG-COMBO | Active | 03/20/2015 | | | 18664802745 | US-TollFree11-866 | hol1_did1 |

**INBOX EMAIL ADDRESS FOR SERVICE TYPE "INBOX"**

| Service ID | Inbox email address/es |
|---|---|
| 18664802745 | eli@viceroycapitalfunding.com; |

| EVENTS | | | |
|---|---|---|---|
| Event date | Type | Assigned/Entry | Notes |
| 11/15/2017 | Service | n/a, J2CAU | Modified customer.<br>Automatic process update:<br>Credit Card Expiration Date: 11/30/2017 -><br>11/30/2020 |

**JOURNAL INFO**

| Date | Description | Amount |
|------|-------------|--------|
| 03/19/2017 | MetroFax Number: 18664802745 (Mar 20 - Mar 19) | 359.5 |
| 03/20/2017 | Charge to Credit Card | -359.5 |
| 03/19/2018 | MetroFax Number: 18664802745 (Mar 20 - Mar 19) | 359.5 |
| 03/20/2018 | Charge to Credit Card | -359.5 |
| 03/19/2019 | MetroFax Number: 18664802745 (Mar 20 - Mar 19) | 359.5 |
| 03/20/2019 | Charge to Credit Card | -359.5 |

**INBOX LOGS**

| Message date/time(GMT) | Billing date/time(PST) | J2 number | Email address | Duration | Pages | Type | CSID | Charged | Caller id |
|---|---|---|---|---|---|---|---|---|---|
| No records found | | | | | | | | | |

| OUTBOUND LOGS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date/time (GMT) | Destination | Comments | Amount | Seconds | Pages | Type | Message Source | CSID | status |
| No records found | | | | | | | | | |

## CERTIFICATION OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS

### Pursuant to Federal Rule of Evidence 902(11)

I, DAVID GUERRERO, attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by J2 CLOUD SERVICES, LLC. and that my official title is OFFICE OF THE PRESIDENT – SPECIALIST. I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original is custody of J2 CLOUD SERVICES, LLC. and that I am the custodian of the attached records consisting of **153** pages. I have provided the following records to the United States: **Customer Records_CID 44321974, Customer Records_CID 29988700, Customer Records_CID 45147609, Customer Records_CID 48615121, and Customer Records_CID 46656537**

I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matter;

    b.    such records were kept in the course of a regularly conducted business activity of J2 CLOUD SERVICES, LLC.; and

    c.    such records were made by J2 CLOUD SERVICES, LLC. as a regular practice

I further state that this certificate is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

*DS Guerrero*
_____
                                  Signature

**May 23, 2019**
_____
                                      Date

6922 Hollywood Blvd
Suite 500
**Los Angeles, CA 90025**
_____
                                  Address

**323-446-4322**
_____
                                    Phone

**Civil Investigative Demand File No. P184840 for telephone numbers 917-838-9162 et. al.**

# ATTACHMENT G



Dear Client:

Thank you for allowing Actum Processing the opportunity to provide you our payment processing services.  We look forward to building a longstanding relationship.

Sincerely,
Vinny Lipari
President

Important final instructions:
      Do NOT send incomplete applications, as they will not be considered for approval.
      Make sure all pages are initialed, and that the application is signed.
      Make sure clear, legible copies of all attachments are included.

| Attachments |
| --- |
| **Note: Clear, legible copies of the documents listed below are required if applicable.** |
| ☒ 2 Months recent bank statements (displaying company address) |
| ☒ 2 Months ACH or CC processing statements (if applicable) |
| ☒ Blank voided check from company account  (if funds delivery is requested via US-ACH) |
| ☒ Articles of Incorporation or Certificate of Organization |
| ☒ DBA certification (if applicable) |
| ☒ Official documentation of Tax ID/EIN (if applicable) |
| ☒ ID/Passport of each Principal/Officer noted above (must include picture and signature) |
| ☒ Sample of Authorization Page for written agreements |
| ☒ W-9 (for United States domiciled businesses) |
| ☐ W-8 (for Foreign domiciled businesses) |

| Referral Information (if applicable) |
| --- |
| Please let us know how you were referred to Actum Processing:  _STEVEN  CHARNIK_ |

Please send the completed application, along with all required attachments to:

Actum Processing LLC
7004 Bee Cave Road
Bldg. 3, Suite 312
Austin, TX 78746

For faster review, you may fax applications to (512) 597-0258 or email a scanned copy to newaccounts@actumprocessing.com

If you have any questions, please contact your authorized sales agent.



Actum Parent ID:_____

For Company Use Only

## Client Services Application and Agreement

### Company Information

Legal Company Name: Richmond Capital Group, LLC    Years in Business: 3

DBA (if applicable): Ram Capital Funding / Viceroy Capital Funding    Federal Tax ID/Tax ID: 46-3986019

Type of Ownership (indicate one):  ◯ Partnership  ◯ Sole Owner  ◯ Nonprofit  ◯ Corporation  ● LLC

Company Street Address: 125 Maiden Lane Ste 501

City: New York    State/Province: NY    Postal Code: 10038

Country: USA    Phone: 646-762-1843    Company Website: www.RichmondCapitalGroup.com

### Payout Instructions

Payee Name (as it appears on bank account): Richmond Capital Group

Client Name (as it appears on processing agreement): Richmond Capital Group

Street Address (as it appears on bank account): 125 Maiden Lane Ste. 501

City: New York    State/Province: NY    Country: USA    Postal Code: 10038

### Bank Account Information

Bank Name: Empire State Bank    ABA: ▇▇▇▇▇▇    Account Number: ▇▇▇▇▇▇

Bank Contact Name: Theresa Pommerenk    Phone: 718-351-0590    Email: TPOMMERENK@ESBNA.com

### Contact Information

Primary Contact: Robert Giardina    Email: Robert@RichmondCapitalGroup.com

Financial Contact: //    Email: //

Technical Contact: //    Email: //

Customer Service Contact: //    Email: //

### Principal(s) / Officer(s) of the Company

Named individuals must total at least 50% equity ownership. One individual MUST be the Residential Director of the company.

1. Principal Name: Iron Horse Asset Mgmt / Robert Giardina    2. Principal Name: RVCNY / Richard Cardinale

Equity %: 25    Equity %: 75

Title: Managing Member    Title: Investor

Phone: 917 838-9162    Phone: 347-223-7671

Email: Robert@RichmondCapitalGroup.com    Email: L3CapitalManagement@Gmail.com

Passport/SSN: ▇▇▇▇▇▇    Passport/SSN: ▇▇▇▇▇▇

Date of Birth: ▇▇▇▇▇▇    Date of Birth: ▇▇▇▇▇▇

Street Address: ▇▇▇▇▇▇    Street Address: ▇▇▇▇▇▇

City: SI, NY 10314    City: Staten Island

Province/State: NY    Province/State: NY

Postal Code: 10314    Postal Code: 10304

Country: USA    Country: USA

### Authorized Signature(s)

Each individual listed within the "Principals of Company" section MUST sign below.

Authorized Signature: Robert Giardina    Authorized Signature: Cardinale

Name of Signer: Robert Giardina    Name of Signer: Rich Cardinale

Title: Managing Partner    Title: Member

Date: 7-12-16    Date: 7/14/16

Initials  RD

## Products / Services

**Describe precisely what product or service you are offering via ACH:**

RCG IS A MERCHANT CASH ADVANCE COMPANY, THAT OFFER AN ALTERNATIVE TO BUSINESSES WHO MAY NOT QUALIFY FOR A CONVENTIONAL LOAN.

**Describe precisely how your product or service is marketed and sold:**

RCG PURCHASES A BUSINESS'S FUTURE RECEIVABLES AT A DISCOUNT

**Explain your customer service department and how complaints are handled:**

THERE IS AN ACCOUNT MANAGER ON EACH deal, & ALSO AN ACCOUNTING DEPARTMENT FOR ANY PAYMENT ISSUES

Do you have a refund policy?  If not, explain: A CLIENT HAS UP TO 5 BUSINESS DAYS IF THEY DONT WANT THE FUNDS

Customer Service Mgr: ROBERT GIARDINA   Phone Number: 646-762-1843   Email: ROBERT @ RICHMOND CAPITAL GROUP.COM

## Transaction Information

I understand that my requests for transaction limits are examined along with all information provide and researched, including the Client's industry, in determining approvals and transaction exposures and limits.

**Debits:**

Requesting ACH Debit Capability?:   ● YES   ○○ NO      Requested Entry Class Codes and % (Internet, Telephone, Written Agreement)?:

[ ] WEB ____%     [ ] TEL ____%     [ ] PPD ____%     [x] CCD 100 %     Other _____

What % of Transactions are Recurring? 95   Highest Single Transaction Amount: 5000   Average Transaction Amount: 700

Maximum Number of Transactions Per Day: 150-200 Requested Monthly Dollar Limit: 2 MILLION

**Credits:**

Requesting Refund Capability? ○ YES ○ NO     Percentage Refunded ____%     Requesting ACH Credit Capability? ○ YES ○ NO

**Descriptor:**

Name to appear on account holder's bank statement:

Business Name: RICHMOND CAPITAL GROUP, LLC (max 15 characters) Phone Number: 646-762-1843 (max 10 characters)

## Personal Guaranty

I/We hereby guarantee to Actum Processing, LLC, ("Company") its successors and assigns, the full, prompt, and complete performance of Client named above ("Client") and all of Client's obligations under the Client Services Application and Agreement (the "Agreement"), including but not limited to all monetary obligations arising out of Client's performance or non-performance under the Agreement, whether arising before or after termination of the Agreement. This guaranty shall not be discharged or otherwise affected by any waiver, indulgence, compromise, settlement, extension of credit, or variation of terms of the Agreement, unless specifically discharged or amended. I/We understand that our liabilities are independent of Client's obligations. I/We understand that I/we have no right to enforce a remedy which Company now has or may later have against Client nor to participate in security now or later held by Company. I/We hereby waive any notice of acceptance of this guaranty, notice of nonpayment or nonperformance of any provision of the Agreement by Client, and all other notices or demands regarding the Agreement. I/We agree to promptly provide to Company any information reasonably requested by Company from time to time concerning my/our financial condition(s), business history, business relationships, and employment information. I/We have read, understand, and agree to be bound by the Client Services Terms & Conditions and conditions contained in the Client Services Application and Agreement.

SIGNATURE OF GUARANTOR: _Robert Dunlon_ , an individual  NAME PRINTED: ROBERT GIARDINA  DATE: 7-12-16

SIGNATURE OF GUARANTOR: _____ , an individual  NAME PRINTED: _____  DATE: _____

## Client Authorization and Agreement to Terms and Conditions

This Client Services Application and Agreement, along with the Client Services Terms and Conditions attached hereto (the "Agreement"), serves as the Client Agreement by and between Actum Processing, LLC, ("Company") and the Client named above ("Client"). As a duly authorized signatory of Client, the undersigned certifies the following: 1) Client agrees to be bound by all terms and conditions contained herein and as may be modified or amended; 2) You have reviewed and agree to the Per Occurrence Fee provided at actumprocessing.com/fees; 3) All information provided in this Agreement and supporting documents is true and accurate; 4) Client authorizes Company to debit and/or credit the account(s) listed above, or other accounts maintained by Client, for any amounts owed in accordance with the Agreement and the Terms and Conditions; 5) Client authorizes Company to debit the Application Fee on Exhibit B from the Client bank account provided above; 6) Client authorizes Company to order a credit report on Client and/or any affiliate that is listed on the Agreement or any supporting document; 7) Client will use the Verification and/or Authentication Services provided by Company for a purpose that is permissible under section 604(a) of the Fair Credit Reporting Act and that Client will follow proper procedures for adverse action notification, as provided in the Terms and Conditions.

CLIENT: RICHMOND CAPITAL GROUP, LLC

_Robert Dunlon_          7-12-16
Authorized Signature          Date

ROBERT GIARDINA          MANAGING PARTNER
Name of Authorized Signer          Title

COMPANY:   Actum Processing, LLC.

BY: _____          _____
Signature          Date

Vincent Lipari          President

## CLIENT SERVICES TERMS AND CONDITIONS

### 1. GENERAL

Actum Processing, LLC ("Company") is in the business of providing transaction processing services including but not limited to Automated Clearing House ("ACH"), account verification and consumer authentication services (the "Services") to Company merchant clients ("Client"). Under the terms of the Agreement, Client will be furnished with the products and services described herein and on Exhibit B, which are selected by Client (collectively and individually, as applicable, the "Services").

### 2. PROCESSING SERVICES

**2.1 Description of Services.** Company shall use information provided by Client to send Client's ACH Transactions to the ACH Network on Client's behalf. All funds collected on behalf of the Client will be scheduled for settlement to Client.

**2.1.1** For a credit Entry subject to UCC Article 4A (a) such Entry may be Transmitted through ACH; (b) credit given by the RDFI to Receiver for the Entry is provisional until the RDFI has received final settlement through a Federal Reserve Bank or otherwise has received payment as provided for in UCC Article 4A; and (c) if the RDFI does not receive such payment for the Entry, the RDFI is entitled to a refund from the Receiver in the amount of the credit to the Receiver's account, and Originator will not be considered to have paid the amount of the credit Entry to the Receiver.

**2.2 Fees; Changes in Fees. 2.2.1** Processing Fees: Client agrees to pay Company fees ("Transaction Fees", "Processing Fees" or "Fees") in connection with this Agreement in an amount that is in accordance with the Processing Fee table in Exhibit B of the Agreement and in accordance with the remaining provisions of this Agreement. Unless indicated differently a Transaction Fee applies to ACH transactions and Paper Drafts. The Transaction Fees shall be applied to Client's Transactions during each applicable Payment Period.

**2.2.2** The Fees for the services may be changed by Company at any time, from time to time, with 30 days prior notice to Client.  Upon receipt of any notice of price increase, Client may by written notice to Company, given prior to date such price increase becomes effective, terminate this Agreement.

**2.2.3** Per Occurrence Fees.  Client agrees to pay Company Per Occurrence Fees as listed on Exhibit B and more fully described at www.actumprocessing.com/fees. Client acknowledges and agrees such fees may change immediately upon posting such changes to the website referenced in the preceding sentence without the need for any notice to Client.

**2.3 Reserves.**

**2.3.1** Company may require a security deposit or "Reserve Amount" to process transactions for Client. The Reserve Amount may be used by Company to offset any returned items, charge-backs, fees/fines, billing or other Client obligations to Company that Company is unable to collect from Client. Client hereby grants Company a security interest in all said accounts, deposits and reserves and authorizes Company to make such withdrawals or debits at such times and in such amounts as may be necessary under this Agreement.

**2.3.2** The Reserve Amount may be revised based on periodic review of Client's transaction volumes, transaction amounts and return ratios, resulting in a greater or lesser Reserve amount.  The Reserve Amount may be funded through any or all of the following: (a) Direct payment by Client; or (b) a percentage of the transactions processed on Client's behalf.

**2.3.3** The Reserve funds shall be held by Company for a minimum of one hundred eighty (180) calendar days beyond the date of the last return received by Company on Client's behalf. In the event Company has reason to believe that (a) Client has acted in a fraudulent manner; or (b) Client will not be able to meet its obligations to Company; or (d) that Company is at risk of incurring additional expenses due to Client's actions, Company may extend the hold on Client's Reserve funds up to two (2) years from the last transaction activity date or the maximum time allowed by law. The remaining Reserves will then be returned to Client less any fees and/or any other amounts owed to Company.

**2.3.4** Client acknowledges and agrees that an amount equal to 20% of highest monthly origination total may be held as part of the Reserve Amount by Company. Company shall have the right to offset against amounts owed to Client for all returned Entries, fees, damages or other costs that may arise out of ACH processing for the Client.  For the purposes of funding the Reserve Amount, Company agrees to deduct an amount equal to no more than 5% of each debit origination until such time that the entire 20% Reserve is reached.

**2.4 Settlements and Finality.**

**2.4.1** At the close of each Business Banking Day, Company will calculate Client's Settlement Amount, including all applicable debits, credits, fees and adjustments. In the event the sum total of the Settlement Amount is a non-zero value, Company will initiate a Settlement transaction to Client's Settlement Account. Positive totals will result in a Credit to Client's Settlement Account; negative totals will result in a Debit to Client's Settlement Account.

**2.4.2** In the event that a Debit Entry to Client's Settlement Account is returned for any reason, all Credit Entries initiated by Client may be cancelled or reversed at Company's discretion.

**2.5 Hold Times.**  The hold time for a Client's funds settlement shall be according to the Agreement as reflected on Exhibit B. Should Company observe any irregular activity or suspected fraudulent activity by Client, or as required by law, Company reserves the right to place a longer hold time without prior written notice to Client.

**2.6 Transaction Authorization.**

**2.6.1** Receiver Authorization. Client shall obtain authorization from Receiver prior to originating a Transaction to Receiver's account.  Client warrants that it will use commercially reasonable methods of verifying the identity of the Receiver and will employ commercially reasonable fraudulent transaction detection systems.

**2.6.2** Retention. Client shall retain proof of Receiver's authorization for a period of not less than two (2) years for standard transactions and for a period of five (5) years for health-related transactions from the authorization date or revocation of authorization date and shall provide such proof

1

Initials _____

of authorization to Company upon request within two (2) business days of the request.

**2.6.3** Revoked Authorization. Client shall cease initiating Transactions to a Receiver's account immediately upon receipt of any actual or constructive notice of that Receiver's termination or revocation of authority. Client may re-initiate Transactions to a Receiver's account only upon receiving new authorization from Receiver.

**2.7 Charge-backs, Excessive Returns; termination**

**2.7.1** Client will be charged a charge-back fee as specified on the Agreement, on a per occurrence basis, for every charge-back posted to Client's account.

**2.7.2** Using thresholds established by NACHA, Company reserves the right to suspend and/or terminate Client's access to the Services should Client's charge-back ratio exceed the established thresholds as calculated per the Rules.

**2.7.3** Company has the right, in its sole discretion, to terminate any account, to suspend Net Client Payments and Reserve Payments indefinitely for excessive Returns or Charge-back Returns, excessive customer fraud, or excessive use of counterfeit or unauthorized debits.

**2.7.4** In compliance with the return rate reporting Rules, Client authorizes Company to release to ODFI and or NACHA all information required under the Rules without further notice to Client

**2.7.5** Client acknowledges Company's right to reimbursement of any charge-backs or returns associated with Clients transactions, Company is unable, for any reason, to debit from Client's bank account.

**2.7.6** Company reserves the right to re-evaluate Client's financial position at its own discretion throughout the course of Company's business relationship with Client and Client agrees to promptly provide to Company such information pertaining to Client's financial condition, as Company may reasonably request. Such re-evaluation may result in modification of the Fee structure, Reserve Amount, applicable discount fees, type of Transactions, Exposure Limits or termination of the agreement between Client and Company in accordance with these Terms and Conditions.

**2.8 Transmittal of Entries** Client shall transmit credit and debit Entries to Company to the location(s) and in compliance with the formatting and other requirements set forth by Company. Client agrees that its ability to originate Entries under this agreement is subject to Exposure Limits in accordance with the Rules and as set for by the Company.

**2.9 Security Procedures.**

**2.9.1** Client and Company shall comply with the security procedure as set forth by the Company with respect to Entries transmitted by Client to Company. Client acknowledges that the purpose of such security procedures is for verification of authenticity and not to detect an error in the transmission or content of an Entry. No security procedures for the detection of any such error have been agreed upon between Company and Client.

**2.9.2** Client is strictly responsible to establish and maintain procedures to safeguard against unauthorized transmissions. If Client believes or suspects that any such information or instructions have been known or accessed by unauthorized persons, Client agrees to notify Company immediately, followed by written confirmation. The occurrence of unauthorized access will not affect any transfers made in good faith by Company prior to receipt of such notification and within a reasonable time period to prevent unauthorized transfers.

**2.9.3** If an Entry received by Company purports to have

been transmitted or authorized by Client, it will be deemed effective as Client's Entry and Client shall be obligated to pay Company the amount of such Entry even though the Entry was not authorized by Client, provided Company accepted the Entry in good faith and acted in compliance with the security procedures, with respect to such entry.

**2.9.4** Client shall have no right to cancel or amend any Entry after its receipt by Company. However, Company shall use reasonable efforts to act on a request by Client for cancellation of an Entry prior to transmitting it to the ODFI.

**2.10 Notice of Returns and Notification of Change (NOC)**

**2.10.1** Company shall notify Client of the receipt of a returned entry no later than one business day after the business day of such receipt.

**2.10.2** Client understands that it shall not receive NOC instructions and authorizes Company to (i) rely upon the accuracy of NOC data; (ii) make changes to Transactions pursuant to any NOC or Corrected NOC Instructions it receives.

**2.10.3** Client shall indemnify and hold Company harmless for Transaction changes pursuant to NOC or Corrected NOC instructions.

**2.10.4** Company may but is under no obligation to dishonor returns as provided for under the Rules.

**3. VERIFICATION & AUTHENTICATION SERVICES**

**3.1 Representation by Client** Each request for data through the Verification and Authentication Services shall constitute a representation, warranty and certification by Client that the data (i) shall be used and disclosed only in accordance with the terms of the Agreement, and in accordance with any applicable Rules or laws; (ii) shall be used solely for the intended use as stated by Client on the Agreement and that use is in compliance with the permissible uses under the FCRA; (iii) Client will follow proper procedures for adverse action notification to its customers, as provided under the FCRA; and (iv) Client acknowledges it has implemented security measures to prohibit the unauthorized access to the information provided.

**3.2 PERMISSIBLE USES.** CLIENT SHALL USE THE VERIFICATION SERVICES ONLY IN CONNECTION WITH PAYMENTS PRESENTED TO CLIENT BY ITS CUSTOMERS IN EXCHANGE FOR GOODS OR SERVICES. CLIENT SHALL NOT RESELL THE VERIFICATION DATA OR SERVICES TO ANY THIRD PARTIES.

**3.3 No Retention of Data.** Client acknowledges and agrees that it shall not retain, store, compile or aggregate the results of verification or authentication inquiries received from Company except as required by applicable law or to perform its obligations under this Agreement.

**4. OBLIGATIONS**

**4.1 Client Responsibility.** Client is fully responsible for its business practices and for the content of all advertising. Client shall be responsible for providing Company with appropriate authorization from Client's Customers for Transactions Originated to Customer's accounts for the amounts instructed by Client.  Client understands and acknowledges that (i) all Transactions to Customers will reflect Client's name and customer service phone number (and not that of Company), and (ii) Client is responsible for all customer service matters with the Customers.

**4.2 Regulations; Applicable Law.** Client agrees to follow all regulations regarding the use of Company's sales of Services and any other applicable regulatory body. Company has the right but not the obligation to immediately cease serving any Customers (a) who are known or

Initials _RD_

reasonably assumed to be minors, as defined by applicable State Law and (b) who are acting unlawfully, including but not limited to those that misrepresent their identity, misuse the Client's services in a way that may or could cause harm to another, Company, or any other person. Company also reserves the right but not the obligation to suspend or terminate this Agreement if Company suspects that Client's services are illegal or would cause reputational or financial risk to Company, its ODFI, NACHA, or the ACH Network.

**4.3 Sales/Use Taxes.** All amounts that Client charges to its Customers include all applicable sales and use taxes (if any). Client is responsible for collecting, reporting and remitting all applicable sales and use taxes owed in connection with the gross amounts charged to its Customers ("Customer Sales/Use Taxes"). The stated price paid to the Company for its services does not include any applicable Sales or Use Taxes. Client is responsible for all sales and use taxes owed in connection with the amounts payable to Company under this Agreement ("Company Sales/Use Taxes"). Client shall pay and remit all applicable Customer Sales/Use Taxes and Company Sales/Use Taxes (if any) to the appropriate taxing authority from its own funds.

**4.4 Companies Release of Information.** Without the need for additional notification, Client authorizes Company to release Client and Customer information associated with this Agreement to Transaction Network participants contracted with Company at the sole discretion of Company to affect the services contemplated in this agreement.

**5. REPRESENTATIONS**

**5.1** The Client is a duly organized and validly existing in good standing under the laws of the jurisdiction established and has the power to own its property and to carry on its business as now being conducted. The Client is duly registered to conduct business in each jurisdiction in which such registration is required. The Client has the power, and is duly authorized by all necessary Client action, to execute, deliver and perform its obligations under this Agreement. This Agreement constitutes a legal, valid and binding obligation of the Client, enforceable in accordance with its terms.

**5.2** The Client hereby certifies to the Company that the Client is the true owner and provider of its services to its Customers and has the legal right and the authority to use, utilize, and disseminate all information which it forwards to Company pursuant to this Agreement.

**5.3** Client does, and at all times during the term of this Agreement will, operate its business in strict compliance with: (i) all laws and regulations applicable to Client's business to the highest legal and ethical standards, including, among others, the Federal Trade Commission Act of 1914 (the "FTC Act") and the rules and regulations promulgated thereunder; (ii) all contractual obligations and rules and regulations issued by NACHA (National Automated Clearing House Association) or any NACHA member.

**5.4** Client agrees not to originate Entries that violate the laws of the United States. Client will not during the term of this Agreement, use any of Company's services in any manner, or in furtherance of any activity, which constitutes a violation of any law or regulation which may cause Company to be subject to investigation, prosecution, or legal action.

**5.5** Client will not during the term of this Agreement, use any of Company's services in any manner, or in furtherance o f any activity, which constitutes a violation of the Unlawful Internet Gambling Enforcement Act.

**5.6** OFAC Regulations. The Office of Foreign Assets Control ("OFAC") administers economic sanctions and embargo programs which requires that assets and transactions involving the interest of target countries, target country nationals, and other specifically identified companies and individuals ("Blocked parties") be frozen. All of the programs administered by OFAC involve declarations of national emergency by the President of the United States. Like other payment mechanisms, the ACH network is subject to compliance with OFAC regulations. All U.S. citizens and permanent resident aliens, companies located in the U.S., overseas branches of U.S. companies, and in some cases, overseas subsidiaries of U.S. companies, come under OFAC jurisdiction. In terms of the ACH network, this means that all U.S. ACH participants, including people such as Client, need to be aware that they may be held accountable for violations of OFAC sanctions and must understand their compliance obligations. Client understands that in initiating ACH transactions it is subject to applicable U.S. law when initiating these Entries. This includes, among other things, that the Customer is not violating OFAC enforced sanctions, and that it is not acting on behalf of, or transmitting funds to or from any party subject to such sanctions. Client is aware that they will be held to an obligation to originate only lawful ACH transactions in connection with this Agreement. Client is strongly encouraged to obtain Specially Designated National ("SDN") and other compliance information directly from OFAC. OFAC's Compliance Hotline may be reached at (800) 540-OFAC. Client will co-operate with Company in any procedure that Company implements to ensure that ACH transactions are screened for OFAC compliance. Company may make available to Client, at additional charge, Company's electronic OFAC screening. Client acknowledges that its use of such screening does not limit its obligations under OFAC Regulations, and Client will hold Company harmless against any claims arising out of Clients use of such screening.

**5.7** Client warrants and certifies that the funds Company settles to Client's bank account listed in this agreement are not destined for settlement outside the United States.

**5.8** Client agrees to validate ABA Routing numbers prior to transmitting WEB or TEL entries to the Company.

**6. WARRANTIES**

COMPANY MAKES NO REPRESENTATIONS OR WARRANTIES REGARDING THE COMPANY'S "SERVICES", EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**7. INVESTIGATIVE REPORT**

Client is on notice that an investigative or Consumer Report may be made in connection with the Agreement. Client authorizes Company or any Credit Bureau or any Credit Reporting Agency employed by Company or any of its agents to investigate the references given or any other statements or data obtained from Client, or any of its principals, in connection with the Agreement or for the purpose of obtaining services from Company. Subsequent Consumer Reports and inquiries may be required or used in conjunction with an update, renewal or extension of the Agreement.

**8. TERM; TERMINATION**

The term of this Agreement shall be for 2 years from the effective date of this Agreement and then will be automatically renewed each year on the anniversary of the effective date ("Anniversary Date") for successive one year

3

Initials _____

terms; the Agreement shall continue to automatically renew for one year terms on each applicable Anniversary Date until such time when Company receives a written notification from Client 60 days in advance of any applicable Anniversary Date clearly stating Client's intention of canceling the contract on the upcoming Anniversary Date. Company reserves the right to terminate this Agreement without cause upon 30 days notification to Client.  Company may further terminate this Agreement immediately without any advance notice to Client; suspend Net Client Payments and Reserve Payments, at Company's sole discretion, if Company reasonably concludes that Client has breached any part of this Agreement.  Additionally, Company retains the right to terminate this Agreement immediately without notice to Client for excessive Returns as stated in Section 2.7 herein.

## 9. INDEMNIFICATION

**9.1** Client agrees to indemnify and hold Company harmless from any fines, penalties, losses, sales taxes, use taxes, charges, expenses or other liabilities resulting from or in connection with this Agreement, including without limitation resulting from any and all Customer Sales/Use Taxes and Company Sales/Use Taxes.

**9.2** Client will indemnify and hold Company, its principals, officers, directors, agents, employees and servants (the "Company Representatives") harmless from and against any and all claims, causes of action, demands, judicial and administrative proceedings, liabilities, forfeitures, errors, losses, costs, damages and expenses of whatever kind arising directly from this Agreement or from Client's breach of this Agreement, including, but not limited to, reasonable attorneys' fees and court costs. Client agrees to indemnify and hold Company harmless for the results of any acts, omissions or negligence on the part of Client, its principals, officers, directors, agents, employees, and servants (the "Client Representatives"), including, but not limited to, claims of third parties arising out of or resulting from or in any connection with: (i) Client's operation of its business or its web sites, products, services, messages, programs, caller contracts, promotions, advertising, and/or infringement or any claim for defamation, libel or slander, or for violations of copyrights, patents, trademarks, services marks, or other intellectual property rights; (ii) any breach or default in Client's performance of its obligations hereunder; or (iii) any breach of Client's Representations and Warranties hereunder.

**9.3** The provisions of this Section 9 shall survive termination of this Agreement.

## 10. LIMITATIONS ON LIABILITY; FORCE MAJEURE

Company assumes no liability for disruptions of Services for any reason which is beyond the reasonable control of Company, including, but not limited to, fire, explosion, power failure or power surge, war, revolution, civil commotion, requirement of any government or legal body, labor unrest including but not limited to strikes, slowdowns, picketing, or boycotts, vandalism, theft, disruptions caused by phone service outages, internet disruptions, or any other causes the nature of which fall within the definition of  "Acts of God" or force majeure. Company and its contracted Transaction Network participants are not responsible and assume no liability for delay by the Network participants including but not limited to an ACH Operator or RDFI in processing any credit or debit transmitted to the ACH Operator, or failure to process or credit or debit any such Entry or other acts of omissions of a third party. Company shall not be held responsible for consequential damages or punitive or exemplary damages under any circumstances.  In no case

shall Client be entitled to recover damages from Company, which exceed the sum of the Transaction Fees retained by Company under this Agreement during the six (6) months prior to the event giving rise to the claim for damages.

## 11. TAXES

Both Company and Client agree to report and pay their own taxes imposed on any income derived in any jurisdiction, including state and federal income taxes.  Should Company be required to pay any such taxes based on the income of Client, the amount of such taxes and all related interest, fines, and/or penalties shall become immediately due and payable to Company from Client pursuant to the Indemnification clause in this contract.

## 12. DEFAULT

In the event Client defaults with respect to any provision of this Agreement or fails to perform any obligation contained in this Agreement, Company shall be entitled to damages, costs, and attorneys' fees attributable to Client's default hereunder.

## 13. SUCCESSORS AND ASSIGNS

This Agreement will be binding upon and inure to the benefit of the parties and their heirs, legal representatives, successors and permitted assigns.  Client will not assign this Agreement without the written consent of Company. Company may assign this Agreement to any affiliate, subsidiary, parent or to any person or entity, who by sale, merger, or otherwise succeeds to all or part of Company's assets.  All assignments by Client without appropriate consent are void.

## 14. AMENDMENTS AND MODIFICATIONS

Except as hereinafter provided, no amendment or modification of this Agreement shall be valid unless same is in writing and signed by the party against whom enforcement is sought.  In the following circumstances, amendments and modifications can be made unilaterally by Company ("Unilateral Amendments") without consent of Client and without requiring a writing signed by Client: (a) Company is required to amend this Agreement to take into account changes in laws or regulations or industry mandates, (b) Company is required to amend this Agreement to take into account changes imposed on Company by Service Companies, (c) Company determines, in its sole discretion, that the Return Fees and Return Ratios should be modified, (d) modification to Hold Times, (e) modification to Exposure Limits and (f) modification to Processing Fees.  In the event Company makes a Unilateral Amendment, Client agrees in advance that: (a) such Unilateral Amendment is binding on Client, (b) such Unilateral Amendment does not act to terminate or impair this Agreement, and (c) Client will sign any writing prepared by Company for the purpose of memorializing the Unilateral Amendment.  Client's failure to abide by this term of the Agreement and Client's failure to abide by any Unilateral Amendment will be defaults under this Agreement and breaches of this Agreement which will be actionable by Company.

## 15. NOTICES

All notices under this Agreement must be in writing and must be delivered to either 1) the Client's address set forth in the Company Information section of this Agreement or 2) the Company's address set forth below, via hand delivery, delivery by facsimile, by overnight express courier with receipt, by certified mail return receipt requested or by email with read receipt.

To Company:
Actum Processing, LLC

4

Initials _____

7004 Bee Cave Road, Bldg 3, Ste 310
Austin, Texas 78746
Fax (512) 263-3099
Email corporate@actumprocessing.com

### 16. ENTIRE AGREEMENT; CONFIDENTIALITY

The signature of Client or Client's authorized representative acknowledges that Client has read, understood, and accepted this Agreement and that this Agreement contains the entire agreement of the parties, supersedes any or all previous and contemporaneous agreements, understandings, negotiations, commitments, representations, and arrangements with respect to the subject matter hereof, whether oral or written, and that Client assumes all obligations under this Agreement and its exhibits.  The terms and conditions of this Agreement are confidential and may not be disclosed by Client to any third parties without the prior written consent of Company, except (a) as contemplated by this Agreement, (b) as required by law, or (c) to Client's employees, owners, investors, lenders, attorneys, accountants, and potential investors.

### 17. CHOICE OF LAW; VENUE

This Agreement shall be construed and enforced in accordance with the laws of the State of Texas.  The venue for any action, dispute, or proceeding with respect to this Agreement shall be in Austin, Travis County, Texas.

### 18. SEVERABILITY

If any provision of this Agreement is held to be invalid or unenforceable, such provisions will not affect in any respect the validity or enforceability of the remainder of this Agreement unless the invalidity materially affects Company's ability to receive the economic benefits contemplated by this Agreement.  If practicable, the parties agree to substitute for any invalid provision a valid provision that most closely approximates the economic effect and intent of the invalid provision.

### 19. FURTHER ASSURANCES

Client agrees, upon reasonable request, to execute and deliver any additional documents and take such actions as may be reasonably necessary to carry out the terms of the Agreement.

### 20. OBLIGATION OF ORIGINATOR TO ODFI

**20.1** Client recognizes and acknowledges that Company provides services as a Third Party Processor for automated clearing house (ACH) payment transactions between Client and its end user customers.  Under applicable NACHA Operating Rules, Client is considered to be the "Originator" in such transactions. If for any reason Company ceases to do business Client  (a) shall remain liable to all ODFIs that have been the subject of transactions under the Agreements,  (b) shall recognize and attorn to all ODFIs involved in transactions under the Agreements, and (c) shall honor all obligations and liabilities owed to such ODFIs in connection with or related to Client's Originator role in the Agreement related transactions.

**20.2** Originator authorizes ODFI to originate Entries on behalf of the Originator to Receivers' accounts.

**20.3** The ODFI may terminate or suspend this Agreement for breach of the Rules in a manner that permits the ODFI to comply with these Rules

**20.4** Company and or an ODFI associated with Transactions processed pursuant to this agreement may at its sole discretion audit the Originator's compliance with this Agreement and the Rules. Client agrees to cooperate in such audit and make itself, its premises, and documentation available during normal business hours upon reasonable request.

**20.5** Originator specifically acknowledges it has received notice of the Rules regarding provisional payment and of the fact that, if such settlement is not received, the RDFI shall be entitled to a refund from the Receiver of the amount credited and Originator shall not be deemed to have paid the Receiver the amount of the Entry.

**20.6** Originator agrees to undertake reasonable efforts to cooperate, as permitted by applicable law, in performing loss recovery efforts in connection with any actions that Financial Institution may be obligated to defend or elects to pursue against a third party.

Initials _____

## DEFINITION OF TERMS

**Agreement –** means The Client Services Application and Agreement including the Client Services Terms and Conditions.

**Application Fee –** means the non-refundable application fee charged for processing the application and performing an underwriting of the principals and business.  The Application Fee will be debited from the bank account provided in this Agreement.

**Automated Clearing House (ACH) Network –** Automated Clearing House Network is a batch processing, store-and-forward system that accumulates and distributes ACH transactions that are received from the ODFI (defined below) and are forwarded to the specified RDFI (defined below) according to the specific schedules established by the participants.

**Authorization –** means the authorization required by NACHA Rules in order to initiate ACH debit or credit entries to a Receiver account.

**ACH Transactions –** All Entries, including but not limited to Debit and Credit Entries (defined below) that are transmitted through the ACH Network.

**Affiliate –** A business entity effectively controlling or controlled by another or associated with others under common ownership or control.

**Anniversary Date –** has the meaning specified in Section 8 of the Agreement.

**ACH Chargeback –** Any ACH item which is returned designated with the following return codes: R05, R07, R10, R29, and R51.

**Business Banking Day –** Monday through Friday excluding banking holidays.

**Credit Entry –** An ACH Transaction that is intended to deposit funds into a Receiver's account.

**Company –** means Actum Processing, LLC

**Company Representatives –** has the meaning specified in Section 9.2.

**Customer –** means the end user and purchaser of Client's goods or services.

**Customer Sales / Use Taxes –** has the meaning specified in Section 4.3.

**Debit Entry –** An ACH Transaction that is intended to withdraw funds from a Receiver's account.

**Excessive Returns –** Any Client with more than the defined percentage of returns in a single billing cycle (calendar month) or a Client that exceeds the limits as determined by NACHA or a Payment Association or Regulatory body.

**Exposure Limits –** The per item, daily and monthly dollar limits imposed on the Client for the entry of debit and credit items.

**Investigative Report –** has the meaning specified in Section 7.

**Client –** means the entity specified in the Agreement who has entered into the Agreement.

**Client Representatives -** has the meaning specified in Section 9.2.

**NACHA –** National Automated Clearing House Association responsible for establishing, revising and enforcing the Operating Rules for the ACH Network.

**Net Client Payments –** means settlement amounts deposited into a Client's Settlement Account.

**ODFI –** Originating Depository Financial Institution is the financial institution that receives ACH Transactions from Client through Company.

**Originator –** A Client who has contracted with Company to initiate ACH entries, on their behalf, to the ACH Network.

**Payment Association –** NACHA or other Transaction Networks associations.

**RDFI –** Receiving Depository Financial Institution is the financial institution that receives the ACH Transactions from the ODFI through the ACH Network and posts these Transactions to the accounts of Receivers (defined below).

**Receivers –** An organization or individual consumer that has authorized Client to initiate an ACH Transaction to an account they maintain with a financial institution (RDFI).

**Regulations –** All federal, state and local regulations that govern Internet business, consumer information, credit card transactions and Transactions (as defined below), including but not limited to the FCRA, federal Regulation E and Title 31 of the Code of Federal Regulations Part 210, Gramm-Leach-Bliley Act, Federal Trade Commission Act, and Driver's Privacy Protection Act.

**Returns–** Any Transaction returned or rejected by Company, ODFI or RDFI.

**Reserve Amount –** has the meaning specified in Section 2.3

**Reserve Payment -** has the meaning specified in Section 2.3

**Reserve Deposit -** has the meaning specified in Section 2.3

**Reversal -** request for return of a duplicate or erroneous entry.

**Rules –** The Operational Rules established by each applicable Payment Association to govern all transactions and parties that participate in the associated Transaction Network.

**Services –** has the meaning specified in Section 1.

**Settlement Account –** An account established and maintained by Client with a financial institution through which the deposit of funds for Debit Entries and the extractions of funds for Credit Entries are made.

**Settlement Entry –** A Debit or Credit Entry to Client's Settlement Account which corresponds to the net amount owed to / by Client at the end of each Business Banking Day.

**Transactions –** Any transfer of data or information from Client to Company in a format pre-approved by Company, including but not limited to ACH Transactions, Debit Entries, Credit Entries, Verification Entries and Authentication Entries.

**Transaction Network –** Any payment network maintained by a third party including but not limited to ACH, credit card or debit card networks.

**Verification and Authentication –** means the use of systems for performing commercially reasonable methods of authenticating the identity of the Receiver, verifying ABA and account numbers and implementing fraudulent transaction detection systems.

**Unilateral Amendments –** has the meaning specified in Section 14.

Initials _____



Parent ID: _____

## Actum Processing Merchant Routing Sheet

Date Last Modified: _____     By Who: _____

| Sales Entry |
|---|

Sales Agent: _____ Reseller Name & ID: _____   Reseller Split: _____

SEC Codes        WEB        TEL        PPD        CCD        Other: _____

Merchant Type / API: _____        Security Level: _____

Descriptor ( Business Name) _____  Discretionary (Phone): _____

Please enable：    Future Billing        Daily Recurring        Authentication Services：

Application Fee: _____    Classification: _____        % Recurring: _____

Notes:

| Company Information |
|---|

Legal Company Name: _____

DBA (if applicable): _____  Federal Tax ID/Tax ID: ███████_____

Company Street Address: _____

City: _____  State/Province: _____  Postal Code: _____

Company URL: _____  CS URL: _____

| Contact Information |
|---|

Primary Contact: _____    Email: _____

Financial Contact: _____    Email: _____

Technical Contact: _____    Email: _____

Customer Service Contact: _____    Email: _____

| Transaction Limits |
|---|

**Debits:**

Highest Single Transaction Amount:  $_____ Average Transaction Amount:  $_____

Maximum Daily Transactions Amount: $_____ Maximum Daily Transactions Volume: #_____

Maximum Monthly Transactions Amount: $_____ Maximum Monthly Transactions Volume: #_____

**Credits:**

Highest Single Transaction Amount: $_____ Average Transaction Amount:  $_____

Maximum Daily Transactions Amount: $_____ Maximum Daily Transactions Volume: #_____

Maximum Monthly Transactions Amount: $_____ Maximum Monthly Transactions Volume: #_____

| Payout Instructions |
|---|

Payout Schedule: _____        Payout Type: _____

| Bank Account Information |
|---|

Bank Name: _____  ABA: ███████__ Account Number: ███_____

| Additional Information |
|---|

UW Approval: _____ Date: _____        Merchant Setup: _____ Date: _____

PX35 - 219



# Exhibit B

Date Last Modified:                          By Who:

| Processing Fees | | | |
|---|---|---|---|
| Per Debit: | $ | Per Return: | $ |
| Per Charge-back: | $ | Discount Rate: | % |
| Per Micro Transactions: | $ | Per Refund: | $ |
| | | NOC (Notification of Change): | $ |
| Payment Gateway Related Fees | | | |
| T.O.A.S.T. | $ | Per Credit : | $ |
| Authentecheck: | $ | Identefy: | $ |
| Per Occurrence Fees | | | |
| Application Fee: | $ | Monthly Fee: | $ |
| Merchant Payment Terms | | | |
| Funds Settled to Merchant: | | Hold Period: | |
| Debit Reserve | | | |
| Rolling Reserve: | | Upfront/Fixed Reserve: | |
| Credit Reserve | | | |
| Rolling Reserve: | | Upfront Reserve: | |

Credit Reserve without Offset                   Credit Reserve with Offset                   Funding Before Credit
*(Prefund Ledger Reserve - No Debit)*        *(Prefund 4 Day Deposit Reserve - Debit)*        *(Debit Prior to Credit)*

Notes:

 Date Last Modified: _____     By Who: _____

**Merchant ID:**_____  **Merchant Name:**_____

| Return Ratio Requirements |
|---|
| Chargeback Ratio = .5% or less |
| Administrative Return ration = 3% or less |
| Total Return Ratio (including NSF) = 15% or less |
| **Merchant Limit Configuration** |
| *Currently Approved Limit:* |

PPD:  $_____daily / $_____ monthly

CCD:  $ _____daily / $ _____monthly

WEB:  $ _____ daily / $ _____ monthly

TEL:  $_____daily / $ _____ monthly

*Suggested Ramp* – _____% Monthly

*Ramp Period* – 90-120 days

| If the merchant is in compliance, the exposure limits will be raised to the next tier. |
|---|

Month                    (m/d)                                        (m/d)  (m/d)

_____     $_____ / $_____ - tier 1 (current)     $_____ / $_____ - tier 1 (current)

_____     $_____ / $_____ - tier 2                   $_____ / $_____ - tier 2

_____     $_____ / $_____ - tier 3                   $_____ / $_____ - tier 3

_____     $_____ / $_____ - tier 4                   $_____ / $_____ - tier 4

_____     $_____ / $_____ - tier 5                   $_____ / $_____ - tier 5

| Tiered Pricing Buckets | |
|---|---|
| **Buckets (Monthly Debits)** | **Per Debit Cost** |
| | $_____ |
| | $_____ |
| | $_____ |
| | $_____ |
| | $_____ |
| | $_____ |
| | $_____ |

| Volume Ramp | |
|---|---|
| **Month** | **Monthly (m) & Daily (d) Limits** |
| | $_____ (m) / $_____ (d) |
| | $_____ (m) / $_____ (d) |
| | $_____ (m) / $_____ (d) |
| | $_____ (m) / $_____ (d) |
| | $_____ (m) / $_____ (d) |
| | |
| | |



Parent ID: _____

## Actum Processing Merchant Routing Sheet

Date Last Modified: _____   By Who: _____

| Sales Entry |
|---|

Sales Agent: _____ Reseller Name & ID: _____ Reseller Split: _____

SEC Codes _____ WEB _____ TEL _____ PPD _____ CCD _____ Other: _____

Merchant Type / API: _____ Security Level: _____

Descriptor ( Business Name) _____ Discretionary (Phone): _____

Please enable： _____ Future Billing _____ Daily Recurring _____ Authentication Services：

Application Fee: _____ Classification: _____ % Recurring: _____

Notes:

| Company Information |
|---|

Legal Company Name: _____

DBA (if applicable): _____ Federal Tax ID/Tax ID: _____

Company Street Address: _____

City: _____ State/Province: _____ Postal Code: _____

Company URL: _____ CS URL: _____

| Contact Information |
|---|

Primary Contact: _____ Email: _____

Financial Contact: _____ Email: _____

Technical Contact: _____ Email: _____

Customer Service Contact: _____ Email: _____

| Transaction Limits |
|---|

**Debits:**

Highest Single Transaction Amount: $_____ Average Transaction Amount: $_____

Maximum Daily Transactions Amount: $_____ Maximum Daily Transactions Volume: #_____

Maximum Monthly Transactions Amount: $_____ Maximum Monthly Transactions Volume: #_____

**Credits:**

Highest Single Transaction Amount: $_____ Average Transaction Amount: $_____

Maximum Daily Transactions Amount: $_____ Maximum Daily Transactions Volume: #_____

Maximum Monthly Transactions Amount: $_____ Maximum Monthly Transactions Volume: #_____

| Payout Instructions |
|---|

Payout Schedule: _____ Payout Type: _____

| Bank Account Information |
|---|

Bank Name: _____ ABA: ████████__ Account Number: ██_____

| Additional Information |
|---|

UW Approval: _____ Date: _____          Merchant Setup: _____ Date: _____

PX35 - 222



# Exhibit B

Date Last Modified: _____          By Who: _____

| Processing Fees | | | |
|---|---|---|---|
| Per Debit: | $ | Per Return: | $ |
| Per Charge-back: | $ | Discount Rate: | % |
| Per Micro Transactions: | $ | Per Refund: | $ |
| | | NOC (Notification of Change): | $ |
| **Payment Gateway Related Fees** | | | |
| T.O.A.S.T. | $ | Per Credit : | $ |
| Authentecheck: | $ | Identefy: | $ |
| **Per Occurrence Fees** | | | |
| Application Fee: | $ | Monthly Fee: | $ |
| **Merchant Payment Terms** | | | |
| Funds Settled to Merchant: | | Hold Period: | |
| **Debit Reserve** | | | |
| Rolling Reserve: | | Upfront/Fixed Reserve: | |
| **Credit Reserve** | | | |
| Rolling Reserve: | | Upfront Reserve: | |

Credit Reserve without Offset          Credit Reserve with Offset          Funding Before Credit
*(Prefund Ledger Reserve - No Debit)*   *(Prefund 4 Day Deposit Reserve - Debit)*   *(Debit Prior to Credit)*

Notes:

 Date Last Modified:                    By Who:

**Merchant ID:**_____ **Merchant Name:**_____

| Return Ratio Requirements |
|---|
| Chargeback Ratio = .5% or less |
| Administrative Return ration = 3% or less |
| Total Return Ratio (including NSF) = 15% or less |

| Merchant Limit Configuration |
|---|
| *Currently Approved Limit:* |

PPD: $_____daily / $_____ monthly

CCD: $ _____daily / $ _____monthly

WEB: $ _____ daily / $ _____ monthly

TEL: $_____daily / $ _____ monthly

*Suggested Ramp* – _____% Monthly

*Ramp Period* – 90-120 days

| If the merchant is in compliance, the exposure limits will be raised to the next tier. |
|---|

Month                    (m/d)                                        (m/d)  (m/d)

_____   $_____ / $_____ - tier 1 (current)   $_____ / $_____ - tier 1 (current)

_____   $_____ / $_____ - tier 2                  $_____ / $_____ - tier 2

_____   $_____ / $_____ - tier 3                  $_____ / $_____ - tier 3

_____   $_____ / $_____ - tier 4                  $_____ / $_____ - tier 4

_____   $_____ / $_____ - tier 5                  $_____ / $_____ - tier 5

| Tiered Pricing Buckets | |
|---|---|
| Buckets (Monthly Debits) | Per Debit Cost |
| | $_____ |
| | $_____ |
| | $_____ |
| | $_____ |
| | $_____ |
| | $_____ |
| | $_____ |

| Volume Ramp | |
|---|---|
| Month | Monthly (m) & Daily (d) Limits |
| | $_____ (m) / $_____ (d) |
| | $_____ (m) / $_____ (d) |
| | $_____ (m) / $_____ (d) |
| | $_____ (m) / $_____ (d) |
| | $_____ (m) / $_____ (d) |
| | |
| | |



Parent ID:  _____

# Actum Processing Merchant Routing Sheet

Date Last Modified:                          By Who:

| Sales Entry |
|---|

Sales Agent:                    Reseller Name & ID:                                    Reseller Split:

SEC Codes        WEB        TEL        PPD        CCD        Other: _____

Merchant Type / API:                        Security Level:

Descriptor ( Business Name) _____ Discretionary (Phone): _____

Please enable：    Future Billing        Daily Recurring    Authentication Services：

Application Fee:                Classification:                    % Recurring:

Notes:

| Company Information |
|---|

Legal Company Name: _____

DBA (if applicable): _____ Federal Tax ID/Tax ID: _____

Company Street Address: _____

City: _____ State/Province: _____ Postal Code: _____

Company URL: _____ CS URL: _____

| Contact Information |
|---|

Primary Contact: _____ Email: _____

Financial Contact: _____ Email: _____

Technical Contact: _____ Email: _____

Customer Service Contact: _____ Email: _____

| Transaction Limits |
|---|

**Debits:**

Highest Single Transaction Amount: $_____ Average Transaction Amount: $_____

Maximum Daily Transactions Amount: $_____ Maximum Daily Transactions Volume: #_____

Maximum Monthly Transactions Amount: $_____ Maximum Monthly Transactions Volume: #_____

**Credits:**

Highest Single Transaction Amount: $_____ Average Transaction Amount: $_____

Maximum Daily Transactions Amount: $_____ Maximum Daily Transactions Volume: #_____

Maximum Monthly Transactions Amount: $_____ Maximum Monthly Transactions Volume: #_____

| Payout Instructions |
|---|

Payout Schedule:                        Payout Type:

| Bank Account Information |
|---|

Bank Name: _____ ABA: ████████__ Account Number: ████_____

| Additional Information |
|---|

UW Approval: _____ Date: _____        Merchant Setup: _____ Date: _____

PX35 - 225



# Exhibit B

Date Last Modified:                    By Who:

| Processing Fees | | | |
|---|---|---|---|
| Per Debit: | $ | Per Return: | $ |
| Per Charge-back: | $ | Discount Rate: | % |
| Per Micro Transactions: | $ | Per Refund: | $ |
| | | NOC (Notification of Change): | $ |
| **Payment Gateway Related Fees** | | | |
| T.O.A.S.T. | $ | Per Credit : | $ |
| Authentecheck: | $ | Identefy: | $ |
| **Per Occurrence Fees** | | | |
| Application Fee: | $ | Monthly Fee: | $ |
| **Merchant Payment Terms** | | | |
| Funds Settled to Merchant: | | Hold Period: | |
| **Debit Reserve** | | | |
| Rolling Reserve: | | Upfront/Fixed Reserve: | |
| **Credit Reserve** | | | |
| Rolling Reserve: | | Upfront Reserve: | |

Credit Reserve without Offset              Credit Reserve with Offset                    Funding Before Credit
*(Prefund Ledger Reserve - No Debit)*       *(Prefund 4 Day Deposit Reserve - Debit)*        *(Debit Prior to Credit)*

Notes:

 Date Last Modified:          By Who:

**Merchant ID:**_____  **Merchant Name:**_____

| Return Ratio Requirements |
|---|
| Chargeback Ratio = .5% or less |
| Administrative Return ration = 3% or less |
| Total Return Ratio (including NSF) = 15% or less |
| **Merchant Limit Configuration** |
| *Currently Approved Limit:* |

PPD: $_____daily / $_____ monthly

CCD: $ _____daily / $ _____monthly

WEB: $ _____ daily / $ _____ monthly

TEL: $_____daily / $ _____ monthly

*Suggested Ramp –* _____% Monthly

*Ramp Period* – 90-120 days

| If the merchant is in compliance, the exposure limits will be raised to the next tier. |
|---|

Month                        (m/d)                                    (m/d)  (m/d)

_____   $_____ / $_____ - tier 1 (current)   $_____ / $_____ - tier 1 (current)

_____   $_____ / $_____ - tier 2              $_____ / $_____ - tier 2

_____   $_____ / $_____ - tier 3              $_____ / $_____ - tier 3

_____   $_____ / $_____ - tier 4              $_____ / $_____ - tier 4

_____   $_____ / $_____ - tier 5              $_____ / $_____ - tier 5

| Tiered Pricing Buckets | |
|---|---|
| **Buckets (Monthly Debits)** | **Per Debit Cost** |
| | $_____ |
| | $_____ |
| | $_____ |
| | $_____ |
| | $_____ |
| | $_____ |
| | $_____ |

| Volume Ramp | |
|---|---|
| **Month** | **Monthly (m) & Daily (d) Limits** |
| | $_____(m) / $_____(d) |
| | $_____(m) / $_____(d) |
| | $_____(m) / $_____(d) |
| | $_____(m) / $_____(d) |
| | $_____(m) / $_____(d) |
| | |
| | |



Parent ID: _____

## Actum Processing Merchant Routing Sheet

Date Last Modified: _____          By Who: _____

| Sales Entry |
|---|

Sales Agent: _____          Reseller Name & ID: _____          Reseller Split: _____

SEC Codes          WEB          TEL          PPD          CCD          Other: _____

Merchant Type / API: _____          Security Level: _____

Descriptor ( Business Name) _____          Discretionary (Phone): _____

Please enable ：          Future Billing          Daily Recurring          Authentication Services ：

Application Fee: _____          Classification: _____          % Recurring: _____

Notes:

| Company Information |
|---|

Legal Company Name: _____

DBA (if applicable): _____          Federal Tax ID/Tax ID: _____

Company Street Address: _____

City: _____          State/Province: _____          Postal Code: _____

Company URL: _____          CS URL: _____

| Contact Information |
|---|

Primary Contact: _____          Email: _____

Financial Contact: _____          Email: _____

Technical Contact: _____          Email: _____

Customer Service Contact: _____          Email: _____

| Transaction Limits |
|---|

**Debits:**

Highest Single Transaction Amount: $_____ Average Transaction Amount: $_____

Maximum Daily Transactions Amount: $_____ Maximum Daily Transactions Volume: #_____

Maximum Monthly Transactions Amount: $_____ Maximum Monthly Transactions Volume: #_____

**Credits:**

Highest Single Transaction Amount: $_____ Average Transaction Amount: $_____

Maximum Daily Transactions Amount: $_____ Maximum Daily Transactions Volume: #_____

Maximum Monthly Transactions Amount: $_____ Maximum Monthly Transactions Volume: #_____

| Payout Instructions |
|---|

Payout Schedule: _____          Payout Type: _____

| Bank Account Information |
|---|

Bank Name: _____          ABA: ██████__ Account Number: ██████_____

| Additional Information |
|---|

UW Approval: _____ Date: _____          Merchant Setup: _____ Date: _____

PX35 - 228



# Exhibit B

Date Last Modified: _____     By Who: _____

| Processing Fees | | | |
|---|---|---|---|
| Per Debit: | $ | Per Return: | $ |
| Per Charge-back: | $ | Discount Rate: | % |
| Per Micro Transactions: | $ | Per Refund: | $ |
| | | NOC (Notification of Change): | $ |
| Payment Gateway Related Fees | | | |
| T.O.A.S.T. | $ | Per Credit : | $ |
| Authentecheck: | $ | Identefy: | $ |
| Per Occurrence Fees | | | |
| Application Fee: | $ | Monthly Fee: | $ |
| Merchant Payment Terms | | | |
| Funds Settled to Merchant: | | Hold Period: | |
| Debit Reserve | | | |
| Rolling Reserve: | | Upfront/Fixed Reserve: | |
| Credit Reserve | | | |
| Rolling Reserve: | | Upfront Reserve: | |

Credit Reserve without Offset          Credit Reserve with Offset          Funding Before Credit
*(Prefund Ledger Reserve - No Debit)*   *(Prefund 4 Day Deposit Reserve - Debit)*   *(Debit Prior to Credit)*

Notes:


Date Last Modified:                    By Who:

**Merchant ID:** _____ **Merchant Name:** _____

| Return Ratio Requirements |
|---|
| Chargeback Ratio = .5% or less |
| Administrative Return ration = 3% or less |
| Total Return Ratio (including NSF) = 15% or less |

| Merchant Limit Configuration |
|---|
| *Currently Approved Limit:* |
| PPD: $_____daily / $_____ monthly |
| CCD: $ _____daily / $ _____monthly |
| WEB: $ _____ daily / $ _____ monthly |
| TEL: $_____daily / $ _____ monthly |
| *Suggested Ramp –* _____% Monthly |
| *Ramp Period –* 90-120 days |

| If the merchant is in compliance, the exposure limits will be raised to the next tier. |
|---|

| Month | (m/d) | (m/d)  (m/d) |
|---|---|---|
| _____ | $_____ / $_____ - tier 1 (current) | $_____ / $_____ - tier 1 (current) |
| _____ | $_____ / $_____ - tier 2 | $_____ / $_____ - tier 2 |
| _____ | $_____ / $_____ - tier 3 | $_____ / $_____ - tier 3 |
| _____ | $_____ / $_____ - tier 4 | $_____ / $_____ - tier 4 |
| _____ | $_____ / $_____ - tier 5 | $_____ / $_____ - tier 5 |

| Tiered Pricing Buckets | |
|---|---|
| **Buckets (Monthly Debits)** | **Per Debit Cost** |
| | $_____ |
| | $_____ |
| | $_____ |
| | $_____ |
| | $_____ |
| | $_____ |
| | $_____ |

| Volume Ramp | |
|---|---|
| **Month** | **Monthly (m) & Daily (d) Limits** |
| | $_____ (m) / $_____ (d) |
| | $_____ (m) / $_____ (d) |
| | $_____ (m) / $_____ (d) |
| | $_____ (m) / $_____ (d) |
| | $_____ (m) / $_____ (d) |
| | |
| | |



## Exhibit B

| Processing Fees | | | |
|---|---|---|---|
| Per Debit: | $0.35 | Per Return: | $1.75 |
| Per Charge-back: | $15.00 | Discount Rate: | N/A |
| Per Micro Transactions: | N/A | Per Refund: | $0.35 |
| Per Same-Day Debit: | $0.45 | NOC (Notification of Change) | $1.75 |
| | | High Ticket Rate: | 0.25% |
| **Payment Gateway Related Fees** | | | |
| T.O.A.S.T. | N/A | Per Credit: | N/A |
| Authentecheck: | N/A | Identefy: | N/A |
| **Per Occurrence Fees** | | | |
| Application Fee: | WAIVED | Monthly Fee: | WAIVED |
| Late File/Sunday File: | $0.00 | | |
| **Merchant Payment Terms** | | | |
| Funds Settled to Merchant: | Daily | Hold Period: | 3 Business Days |
| **Reserve** | | | |
| Rolling Reserve: | N/A | Upfront Reserve: | N/A |

| Payment Option | Payment Minimum | Payment Delivery Fee | Returned Payment Fee |
|---|---|---|---|
| Domestic ACH | $0.00 | $0.00 | $50.00 |

| Sub ID Settings | | | Debit Limits | | | | | Credit Limits | | | | Descriptor Information | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sub ID | Trans Code | Refund Ability | Item Max | Daily Max | Daily Volume | Monthly Max | Monthly Volume | Item Max | Daily Max | Monthly Max | Monthly Volume | Company Name | Entry Description |
| A20160096 | CCD | YES | $20,000 | $200,000 | 175 | $2,500,000 | 3,800 | N/A | N/A | N/A | N/A | Viceroy Capital | 3478285961 |

| CLIENT: Richmond Capital Group, LLC dba Viceroy Capital Funding | COMPANY: Actum Processing, LLC |
|---|---|
| _Robert Purnl_  2-6-19<br>Authorized Signature     Date | BY: _____<br>Signature          Date |
| ROBERT GIARDINA     MANAGING MEMBER<br>Name of Authorized Signer     Title | Vincent Lipari          President |



# Exhibit B

| Processing Fees | | | |
|---|---|---|---|
| Per Debit: | $0.35 | Per Return: | $1.75 |
| Per Charge-back: | $15.00 | Discount Rate: | N/A |
| Per Micro Transactions: | N/A | Per Refund: | $0.35 |
| Per Same-Day Debit: | $0.45 | NOC (Notification of Change) | $1.75 |
| | | High Ticket Rate: | 0.25% |
| **Payment Gateway Related Fees** | | | |
| T.O.A.S.T. | N/A | Per Credit: | N/A |
| Authentecheck: | N/A | Identefy: | N/A |
| **Per Occurrence Fees** | | | |
| Application Fee: | WAIVED | Monthly Fee: | WAIVED |
| Late File/Sunday File: | $0.00 | | |
| **Merchant Payment Terms** | | | |
| Funds Settled to Merchant: | Daily | Hold Period: | 3 Business Days |
| **Reserve** | | | |
| Rolling Reserve: | N/A | Upfront Reserve: | N/A |

| Payment Option | Payment Minimum | Payment Delivery Fee | Returned Payment Fee |
|---|---|---|---|
| Domestic ACH | $0.00 | $0.00 | $50.00 |

| Sub ID Settings | | | Debit Limits | | | | | Credit Limits | | | | Descriptor Information | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sub ID | Trans Code | Refund Ability | Item Max | Daily Max | Daily Volume | Monthly Max | Monthly Volume | Item Max | Daily Max | Monthly Max | Monthly Volume | Company Name | Entry Description |
| A20160095 | CCD | YES | $20,000 | $200,000 | 175 | $3,000,000 | 3,800 | N/A | N/A | N/A | N/A | RichmondCapitalF | 8556629303 |

| CLIENT: Richmond Capital Group, LLC (Funding) | COMPANY:  Actum Processing, LLC |
|---|---|
| _Robert Giardino_ (signature) __2-6-19__ <br> Authorized Signature / Date | BY: _____ Signature   _____ Date |
| Robert Giardino <br> Name of Authorized Signer   MANAGING member Title | Vincent Lipari                          President |



# Exhibit B

| Processing Fees | | | |
|---|---|---|---|
| Per Debit: | $0.35 | Per Return: | $1.75 |
| Per Charge-back: | $15.00 | Discount Rate: | N/A |
| Per Micro Transactions: | N/A | Per Refund: | $0.35 |
| Per Same-Day Debit: | $0.45 | NOC (Notification of Change) | $1.75 |
| | | High Ticket Rate: | 0.25% |
| Payment Gateway Related Fees | | | |
| T.O.A.S.T. | N/A | Per Credit: | N/A |
| Authentecheck: | N/A | Identefy: | N/A |
| Per Occurrence Fees | | | |
| Application Fee: | WAIVED | Monthly Fee: | WAIVED |
| Late File/Sunday File: | $0.00 | | |
| Merchant Payment Terms | | | |
| Funds Settled to Merchant: | Daily | Hold Period: | 3 Business Days |
| Reserve | | | |
| Rolling Reserve: | N/A | Upfront Reserve: | N/A |

| Payment Option | Payment Minimum | Payment Delivery Fee | Returned Payment Fee |
|---|---|---|---|
| Domestic ACH | $0.00 | $0.00 | $50.00 |

| Sub ID Settings | | | Debit Limits | | | | | Credit Limits | | | | Descriptor Information | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sub ID | Trans Code | Refund Ability | Item Max | Daily Max | Daily Volume | Monthly Max | Monthly Volume | Item Max | Daily Max | Monthly Max | Monthly Volume | Company Name | Entry Description |
| A20160097 | CCD | YES | $20,000 | $200,000 | 175 | $2,500,000 | 3,800 | N/A | N/A | N/A | N/A | RAM Capital | 6467621847 |

**CLIENT:** Richmond Capital Group, LLC dba RAM Capital Funding

*Robert Dunlan*     2-6-19
Authorized Signature     Date

Robert Giardina     MANAGING-MEMBER
Name of Authorized Signer     Title

**COMPANY:** Actum Processing, LLC

BY: _____     _____
Signature     Date

Vincent Lipari     President



# Exhibit B

| Processing Fees | | | |
|---|---|---|---|
| Per Debit: | $0.35 | Per Return: | $1.75 |
| Per Charge-back: | $15.00 | Discount Rate: | N/A |
| Per Micro Transactions: | N/A | Per Refund: | $0.35 |
| Per Same-Day Debit: | $0.45 | NOC (Notification of Change) | $1.75 |
| | | High Ticket Rate: | 0.25% |
| **Payment Gateway Related Fees** | | | |
| T.O.A.S.T. | N/A | Per Credit: | N/A |
| Authentecheck: | N/A | Identefy: | N/A |
| **Per Occurrence Fees** | | | |
| Application Fee: | WAIVED | Monthly Fee: | $20.00 |
| Late File/Sunday File: | $0.00 | | |
| **Merchant Payment Terms** | | | |
| Funds Settled to Merchant: | Daily | Hold Period: | 3 Business Days |
| **Reserve** | | | |
| Rolling Reserve: | N/A | Upfront Reserve: | N/A |

| Payment Option | Payment Minimum | Payment Delivery Fee | Returned Payment Fee |
|---|---|---|---|
| Domestic ACH | $0.00 | $0.00 | $50.00 |

| Sub ID Settings | | | Debit Limits | | | | | Credit Limits | | | | Descriptor Information | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sub ID | Trans Code | Refund Ability | Item Max | Daily Max | Daily Volume | Monthly Max | Monthly Volume | Item Max | Daily Max | Monthly Max | Monthly Volume | Company Name | Entry Description |
| A20160094 | CCD | YES | $20,000 | $40,000 | 50 | $650,000 | 750 | N/A | N/A | N/A | N/A | RichmondCapitalO | 8556629303 |

| CLIENT: Richmond Capital Group, LLC (Operating) | COMPANY: Actum Processing, LLC |
|---|---|
| *[signature]*  Date 2-6-19 | BY: _____ Signature     Date _____ |
| RoBERT GiARdiNA   Title MANAGING MemB | Vincent Lipari     President |



# Exhibit B

| Processing Fees | | | |
|---|---|---|---|
| Per Debit: | $0.35 | Per Return: | $1.75 |
| Per Charge-back: | $15.00 | Discount Rate: | N/A |
| Per Micro Transactions: | N/A | Per Refund: | $0.35 |
| Per Same-Day Debit: | $0.45 | NOC (Notification of Change) | $1.75 |
| **Payment Gateway Related Fees** | | | |
| T.O.A.S.T. | N/A | Per Credit: | N/A |
| Authentecheck: | N/A | Identefy: | N/A |
| **Per Occurrence Fees** | | | |
| Application Fee: | WAIVED | Monthly Fee: | WAIVED |
| Late File/Sunday File: | $0.00 | | |
| **Merchant Payment Terms** | | | |
| Funds Settled to Merchant: | Daily | Hold Period: | 3 Business Days |
| **Reserve** | | | |
| Rolling Reserve: | N/A | Upfront Reserve: | N/A |

| Payment Option | Payment Minimum | Payment Delivery Fee | Returned Payment Fee |
|---|---|---|---|
| Domestic ACH | $0.00 | $0.00 | $50.00 |

| Sub ID Settings | | | Debit Limits | | | | | Credit Limits | | | | Descriptor Information | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sub ID | Trans Code | Refund Ability | Item Max | Daily Max | Daily Volume | Monthly Max | Monthly Volume | Item Max | Daily Max | Monthly Max | Monthly Volume | Company Name | Entry Description |
| A20160096 | CCD | YES | $20,000 | $200,000 | 175 | $2,500,000 | 3,800 | N/A | N/A | N/A | N/A | Viceroy Capital | 3478285961 |

| CLIENT: Richmond Capital Group, LLC dba Viceroy Capital Funding | COMPANY: Actum Processing, LLC |
|---|---|
| _Robert Se_____ 11/15/18_ <br> Authorized Signature          Date | BY: _____  _____ <br> Signature          Date |
| _Robert Giardic_   _Mang Partner_ <br> Name of Authorized Signer     Title | Vincent Lipari          President |

Scanned with CamScanner



# Exhibit B

| Processing Fees | | | |
|---|---|---|---|
| Per Debit: | $0.35 | Per Return: | $1.75 |
| Per Charge-back: | $15.00 | Discount Rate: | N/A |
| Per Micro Transactions: | N/A | Per Refund: | $0.35 |
| Per Same-Day Debit: | $0.45 | NOC (Notification of Change) | $1.75 |
| **Payment Gateway Related Fees** | | | |
| T.O.A.S.T. | N/A | Per Credit: | N/A |
| Authentecheck: | N/A | Identefy: | N/A |
| **Per Occurrence Fees** | | | |
| Application Fee: | WAIVED | Monthly Fee: | WAIVED |
| Late File/Sunday File: | $0.00 | | |
| **Merchant Payment Terms** | | | |
| Funds Settled to Merchant: | Daily | Hold Period: | 3 Business Days |
| **Reserve** | | | |
| Rolling Reserve: | N/A | Upfront Reserve: | N/A |

| Payment Option | Payment Minimum | Payment Delivery Fee | Returned Payment Fee |
|---|---|---|---|
| Domestic ACH | $0.00 | $0.00 | $50.00 |

| Sub ID Settings | | | Debit Limits | | | | | Credit Limits | | | | Descriptor Information | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sub ID | Trans Code | Refund Ability | Item Max | Daily Max | Daily Volume | Monthly Max | Monthly Volume | Item Max | Daily Max | Monthly Max | Monthly Volume | Company Name | Entry Description |
| A20160097 | CCD | YES | $20,000 | $200,000 | 175 | $2,500,000 | 3,800 | N/A | N/A | N/A | N/A | RAM Capital | 6467621847 |

**CLIENT:** Richmond Capital Group, LLC dba RAM Capital Funding

_Brett Sen_ ___ 11/15/18
Authorized Signature ___ Date

Robert Giardina ___ Mging Partne
Name of Authorized Signer ___ Title

**COMPANY:** Actum Processing, LLC

BY: _____ _____
Signature ___ Date

Vincent Lipari ___ President

Scanned with CamScanner



# Exhibit B

| Processing Fees | | | |
|---|---|---|---|
| Per Debit: | $0.35 | Per Return: | $1.75 |
| Per Charge-back: | $15.00 | Discount Rate: | N/A |
| Per Micro Transactions: | N/A | Per Refund: | $0.35 |
| Per Same-Day Debit: | $0.45 | NOC (Notification of Change) | $1.75 |
| **Payment Gateway Related Fees** | | | |
| T.O.A.S.T. | N/A | Per Credit: | N/A |
| Authentecheck: | N/A | Identefy: | N/A |
| **Per Occurrence Fees** | | | |
| Application Fee: | WAIVED | Monthly Fee: | $20.00 |
| Late File/Sunday File: | $0.00 | | |
| **Merchant Payment Terms** | | | |
| Funds Settled to Merchant: | Daily | Hold Period: | 3 Business Days |
| **Reserve** | | | |
| Rolling Reserve: | N/A | Upfront Reserve: | N/A |

| Payment Option | Payment Minimum | Payment Delivery Fee | Returned Payment Fee |
|---|---|---|---|
| Domestic ACH | $0.00 | $0.00 | $50.00 |

| Sub ID Settings | | | Debit Limits | | | | | Credit Limits | | | | Descriptor Information | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sub ID | Trans Code | Refund Ability | Item Max | Daily Max | Daily Volume | Monthly Max | Monthly Volume | Item Max | Daily Max | Monthly Max | Monthly Volume | Company Name | Entry Description |
| A20160094 | CCD | YES | $20,000 | $40,000 | 50 | $650,000 | 750 | N/A | N/A | N/A | N/A | RichmondCapitalO | 8556629303 |

**CLIENT:** Richmond Capital Group, LLC (Operating)

_(signature)_ 11/15/18
Authorized Signature — Date

Robert Giardina — Manag. Ptnr
Name of Authorized Signer — Title

**COMPANY:** Actum Processing, LLC

BY: _____ _____
Signature — Date

Vincent Lipari — President

Scanned with CamScanner



## Exhibit B

| Processing Fees | | | |
|---|---|---|---|
| Per Debit: | $0.35 | Per Return: | $1.75 |
| Per Charge-back: | $15.00 | Discount Rate: | N/A |
| Per Micro Transactions: | N/A | Per Refund: | $0.35 |
| Per Same-Day Debit: | $0.45 | NOC (Notification of Change) | $1.75 |
| Payment Gateway Related Fees | | | |
| T.O.A.S.T. | N/A | Per Credit: | N/A |
| Authentecheck: | N/A | Identefy: | N/A |
| Per Occurrence Fees | | | |
| Application Fee: | WAIVED | Monthly Fee: | WAIVED |
| Late File/Sunday File: | $0.00 | | |
| Merchant Payment Terms | | | |
| Funds Settled to Merchant: | Daily | Hold Period: | 3 Business Days |
| Reserve | | | |
| Rolling Reserve: | N/A | Upfront Reserve: | N/A |

| Payment Option | Payment Minimum | Payment Delivery Fee | Returned Payment Fee |
|---|---|---|---|
| Domestic ACH | $0.00 | $0.00 | $50.00 |

| Sub ID Settings | | | Debit Limits | | | | | Credit Limits | | | | Descriptor Information | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sub ID | Trans Code | Refund Ability | Item Max | Daily Max | Daily Volume | Monthly Max | Monthly Volume | Item Max | Daily Max | Monthly Max | Monthly Volume | Company Name | Entry Description |
| A20160095 | CCD | YES | $20,000 | $200,000 | 175 | $3,000,000 | 3,800 | N/A | N/A | N/A | N/A | RichmondCapitalF | 8556629303 |

| CLIENT: Richmond Capital Group, LLC (Funding) | COMPANY:  Actum Processing, LLC |
|---|---|
| _Robert Giardina_  11/15/18 | BY: _____  _____ |
| Authorized Signature        Date | Signature        Date |
| Robert Giardina  Managing Partner | Vincent Lipari        President |
| Name of Authorized Signer   Title | |

Scanned with CamScanner



# Exhibit B

| Processing Fees | | | |
|---|---|---|---|
| Per Debit: | $0.35 | Per Return: | $1.75 |
| Per Charge-back: | $15.00 | Discount Rate: | N/A |
| Per Micro Transactions: | N/A | Per Refund: | $0.35 |
| | | NOC (Notification of Change) | $1.75 |
| **Payment Gateway Related Fees** | | | |
| T.O.A.S.T. | N/A | Per Credit: | N/A |
| Authentecheck: | N/A | Identefy: | N/A |
| **Per Occurrence Fees** | | | |
| Application Fee: | WAIVED | Monthly Fee: | WAIVED |
| **Merchant Payment Terms** | | | |
| Funds Settled to Merchant: | Daily | Hold Period: | 3 Business Days |
| **Reserve** | | | |
| Rolling Reserve: | N/A | Upfront Reserve: | N/A |

| Payment Option | Payment Minimum | Payment Delivery Fee | Returned Payment Fee |
|---|---|---|---|
| Domestic ACH | $0.00 | $0.00 | $50.00 |

| Sub ID Settings | | | Debit Limits | | | | | Credit Limits | | | | Descriptor Information | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sub ID | Trans Code | Refund Ability | Item Max | Daily Max | Daily Volume | Monthly Max | Monthly Volume | Item Max | Daily Max | Monthly Max | Monthly Volume | Company Name | Entry Description |
| A20160097 | CCD | YES | $5,000 | $35,00 | 50 | $650,000 | 1,500 | N/A | N/A | N/A | N/A | RAM Capital | 6467621847 |

| **CLIENT:** Richmond Capital Group, LLC dba RAM Capital Funding | **COMPANY:** Actum Processing, LLC |
|---|---|
| *Robes ~~~~~*    10-13-16 <br> Authorized Signature     Date <br><br> ROBERT GIRADINA    PARTNER <br> Name of Authorized Signer     Title | BY: _____ _____ <br> Signature         Date <br><br> Vincent Lipari _____ President _____ |



# Exhibit B

| Processing Fees | | | |
|---|---|---|---|
| Per Debit: | $0.35 | Per Return: | $1.75 |
| Per Charge-back: | $15.00 | Discount Rate: | N/A |
| Per Micro Transactions: | N/A | Per Refund: | $0.35 |
| | | NOC (Notification of Change) | $1.75 |
| **Payment Gateway Related Fees** | | | |
| T.O.A.S.T. | N/A | Per Credit: | N/A |
| Authentecheck: | N/A | Identefy: | N/A |
| **Per Occurrence Fees** | | | |
| Application Fee: | WAIVED | Monthly Fee: | WAIVED |
| **Merchant Payment Terms** | | | |
| Funds Settled to Merchant: | Daily | Hold Period: | 3 Business Days |
| **Reserve** | | | |
| Rolling Reserve: | N/A | Upfront Reserve: | N/A |

| Payment Option | Payment Minimum | Payment Delivery Fee | Returned Payment Fee |
|---|---|---|---|
| Domestic ACH | $0.00 | $0.00 | $50.00 |

| Sub ID Settings | | | Debit Limits | | | | Credit Limits | | | | Descriptor Information | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sub ID | Trans Code | Refund Ability | Item Max | Daily Max | Daily Volume | Monthly Max | Monthly Volume | Item Max | Daily Max | Monthly Max | Monthly Volume | Company Name | Entry Description |
| A20160096 | CCD | YES | $5,000 | $35,000 | 50 | $650,000 | 1,500 | N/A | N/A | N/A | N/A | Viceroy Capital | 3478285961 |

**CLIENT:** Richmond Capital Group, LLC dba Viceroy Capital Funding

Authorized Signature _____ Date 10-13-16

Name of Authorized Signer: RoBert Giardina   Title: PARTNER

**COMPANY:** Actum Processing, LLC

BY: Signature _____ Date _____

Vincent Lipari   President



## Exhibit B

| Processing Fees | | | |
|---|---|---|---|
| Per Debit: | $0.35 | Per Return: | $1.75 |
| Per Charge-back: | $15.00 | Discount Rate: | N/A |
| Per Micro Transactions: | N/A | Per Refund: | $0.35 |
| | | NOC (Notification of Change) | $1.75 |
| Payment Gateway Related Fees | | | |
| T.O.A.S.T. | N/A | Per Credit: | N/A |
| Authentecheck: | N/A | Identefy: | N/A |
| Per Occurrence Fees | | | |
| Application Fee: | WAIVED | Monthly Fee: | WAIVED |
| Merchant Payment Terms | | | |
| Funds Settled to Merchant: | Daily | Hold Period: | 3 Business Days |
| Reserve | | | |
| Rolling Reserve: | N/A | Upfront Reserve: | N/A |

| Payment Option | Payment Minimum | Payment Delivery Fee | Returned Payment Fee |
|---|---|---|---|
| Domestic ACH | $0.00 | $0.00 | $50.00 |

| Sub ID Settings | | | Debit Limits | | | | | Credit Limits | | | | Descriptor Information | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sub ID | Trans Code | Refund Ability | Item Max | Daily Max | Daily Volume | Monthly Max | Monthly Volume | Item Max | Daily Max | Monthly Max | Monthly Volume | Company Name | Entry Description |
| A20160095 | CCD | YES | $5,000 | $105,000 | 175 | $2,500,000 | 3,800 | N/A | N/A | N/A | N/A | RichmondCapitalF | 8556629303 |

**CLIENT:** Richmond Capital Group, LLC (Funding)

_[signature]_     10/13/16
Authorized Signature     Date

ROBERT GIARDINA     _[signature]_
Name of Authorized Signer     Title

**COMPANY:** Actum Processing, LLC

BY: _____ _____
Signature     Date

Vincent Lipari     President

Actum Processing - Exhibit B – 10.13.16



# Exhibit B

| Processing Fees | | | |
|---|---|---|---|
| Per Debit: | $0.35 | Per Return: | $1.75 |
| Per Charge-back: | $15.00 | Discount Rate: | N/A |
| Per Micro Transactions: | N/A | Per Refund: | $0.35 |
| | | NOC (Notification of Change) | $1.75 |
| Payment Gateway Related Fees | | | |
| T.O.A.S.T. | N/A | Per Credit: | N/A |
| Authentecheck: | N/A | Identefy: | N/A |
| Per Occurrence Fees | | | |
| Application Fee: | WAIVED | Monthly Fee: | $20.00 |
| Merchant Payment Terms | | | |
| Funds Settled to Merchant: | Daily | Hold Period: | 3 Business Days |
| Reserve | | | |
| Rolling Reserve: | N/A | Upfront Reserve: | N/A |

| Payment Option | Payment Minimum | Payment Delivery Fee | Returned Payment Fee |
|---|---|---|---|
| Domestic ACH | $0.00 | $0.00 | $50.00 |

| Sub ID Settings | | | Debit Limits | | | | | Credit Limits | | | | Descriptor Information | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sub ID | Trans Code | Refund Ability | Item Max | Daily Max | Daily Volume | Monthly Max | Monthly Volume | Item Max | Daily Max | Monthly Max | Monthly Volume | Company Name | Entry Description |
| A20160094 | CCD | YES | $5,000 | $40,000 | 50 | $650,000 | 750 | N/A | N/A | N/A | N/A | RichmondCapitalO | 8556629303 |

**CLIENT:** Richmond Capital Group, LLC (Operating)

_Robert Giardina_ (signature)  10-13-16
Authorized Signature / Date

ROBERT GIARDINA  PARTNER
Name of Authorized Signer / Title

**COMPANY:** Actum Processing, LLC

BY: _____  _____
Signature / Date

Vincent Lipari  President

| Descriptor name | Phone# | | Account #  (empire state bank) |
|---|---|---|---|
| Richmond Capital | 855-662-9303 | | 3299  (operating account) |
| Richmond Capital | 855-662-9303 | | 3396  (funding account) |
| Viceroy Capital | 347-282-5961 | | 4953 (viceroy capital funding) |
| RAM Capital | 646-762-1847 | | 3046 (ram capital funding) |

Limits:

Richmond Capital Operating:

      High Ticket: $5,000
      Average Ticket: $800
      # of Transactions per day: 35
      Requested Monthly: $500,000

Richmond Capital Funding:

      High Ticket: $5,000
      Average Ticket: $800
      # of Transactions per day: 100
      Requested Monthly: $1,500,000

Viceroy Capital:

      High Ticket: $5,000
      Average Ticket: $800
      # of Transactions per day: 30
      Requested Monthly: $500,000

RAM Capital:

      High Ticket: $5,000
      Average Ticket: $800
      # of Transactions per day: 12
      Requested Monthly: $150,000

Explanation from Merchant Regarding different Parent IDs:


Richmond Capital Group (Operating & Funding), Viceroy & RAM -  The reason for having 4 separate accounts are we developed different portfolios based on different client profiles (risk, loan amount, position, etc.).  Each portfolio is managed by different teams within our same company (Richmond Capital Group).  We do it this way so we can manage performance separately and make any necessary adjustments to our underwriting, operation and internal / external sales process.  All of this is under one umbrella with Richmond being the largest because it was around the longest then Viceroy and now Ram.   Let me know if this is an adequate explanation.

# ATTACHMENT H



**Actum Lisa <actum.lisa@gmail.com>**

---

## ALL ACTUMS HOLIDAY PAYMENTS
2 messages

---

**Jasmine Gonzales** <jasmine@gtrsourcellc.com>                    Wed, Dec 26, 2018 at 10:24 AM
To: brad@actumprocessing.com, Aubree <aubree@actumprocessing.com>, Ellen Connaway
<ellen@actumprocessing.com>, Jared <jared@actumprocessing.com>, Lisa Janacek <lisa@actumprocessing.com>, Vinnie
Actum <vinny.lipari@actumprocessing.com>, Vinny Lipari <vinny@actumprocessing.com>

     Hi,

     Can we please have all actums increase before Thursday for holiday payments

     thank you

---

**Jared** <jared@actumprocessing.com>                    Wed, Dec 26, 2018 at 10:33 AM
To: Jasmine Gonzales <jasmine@gtrsourcellc.com>, Ellen Connaway <ellen@actumprocessing.com>, Lisa Janacek
<lisa@actumprocessing.com>, Vinnie Actum <vinny.lipari@actumprocessing.com>, Vinny Lipari
<vinny@actumprocessing.com>

     Hello Jasmine,

     The holiday limits are in effect and you will be able to submit holiday transactions tomorrow.

     Best Regards,

     **Jared Apilado**
     Actum Processing
     Business Relationship Manager
     Office: (512) 402-0082 Ext: 1168
     Email: jared@actumprocessing.com
     Learn more about NACHA's Operating Rules

     **Important:** Review your account limits and reach out to us to avoid any transaction delays.

     Actum Processing does not recommend or endorse transmitting protected information via e-mail or fax.
     Please transmit all sensitive information through our secure document portal.

---

     [Quoted text hidden]

---

 Gmail

**Actum Lisa <actum.lisa@gmail.com>**

---

## Fwd: HOLIDAY PAYMENTS
10 messages

---

**Angela** <angela@actumprocessing.com>                      Tue, Oct 4, 2016 at 11:13 AM
To: "lisa@actumprocessing.com" <lisa@actumprocessing.com>
Cc: Charles <chucke@actumprocessing.com>

Michelle from Richmond sent this email this morning.
I know we previously had an issue concerning debits and holiday banking.
She's obviously fishing for a certain reply.

~Angela
Risk Analyst


-------- Forwarded Message --------
**Subject:** HOLIDAY PAYMENTS
    **Date:** Tue, 4 Oct 2016 09:58:22 -0400
   **From:** Michelle Gregg <michelle@richmondcapitalgroup.com>
      **To:** Ellen Connaway <ellen@actumprocessing.com>, Angela <ANGELA@actumprocessing.com>
      **CC:** Robert Giardina <rgiardina@richmondcapitalgroup.com>


GOOD MORNING LADIES
I'M STARTING A FEW DAYS AHEAD, JUST A REMINDER THAT YOU GUYS ARE GOING TO BE RUNNING OUR
HOLIDAY PAYMENTS THIS FRIDAY (10/7) FOR COLUMBUS DAY. MONDAY (10/10).
EVERY ACTIVE MERCHANT SHOULD BE ACH'D  FOR ALL 3 OF OUR ACCOUNTS.
THANKS MUCH.


--
*Regards,*
*Michelle Gregg*
*Managing Director*

*Richmond Capital Group*
*125 Maiden Lane Suite 501*
*New York, NY 10038*

*Direct #: 1 (347) 282-5961*
*Fax #: 1 (855) 204-0222*
*Email: michelle@richmondcapitalgroup.com*

---

**Lisa Janacek** <lisa@actumprocessing.com>                  Tue, Oct 4, 2016 at 11:30 AM
To: Angela <angela@actumprocessing.com>, Charles <chucke@actumprocessing.com>

Charles,

Last bank holiday, you told us "there will be NO recur on Monday. If he sends in a file, both will go Tuesday... but if it's
business daily recurring, no recur will happen Monday.".  Because we screwed up in our communications w/the merchant
and did not have them send us a file, you manually entered the 3 debits, on Tuesday morning, I believe.

As there are only 3 customers, what can we do for this merchant, most simplistically, to aide them on the upcoming 10/10
banking holiday?  Please be very specific for me.  Angela and I would like to know exactly what to tell the merchant A)
they need to do and when, and/or B) what we will do and when.

Thank you!

Lisa

[Quoted text hidden]

--



www.actumprocessing.com



**Lisa Janacek**,
Operations

**P:** 512-402-0082 ext.1134
**F:** 512-597-0258
**E:** lisa@actumprocessing.com

7004 Bee Cave Road, Bldg. 3, Suite 312
Austin, TX 78746

---

**Charles** <chuckc@actumprocessing.com>         Tue, Oct 4, 2016 at 1:27 PM
To: Lisa Janacek <lisa@actumprocessing.com>, Angela <angela@actumprocessing.com>
Cc: "Ellen@actumprocessing.com" <Ellen@actumprocessing.com>

Lisa:

It's 3 accounts, not customers.  There we a lot of transactions that I had to manually enter and manually adjust and manually check and manually test.

This is NOT a simple process and is very manual.

And, I'm not sure how they are submitting transactions to us but they can send transactions for the extra anytime after 4pm Friday.  Friday thru Monday transactions will not hit the bank until Tuesday.  The only difference will be which day they want the debits to show in reporting... send Friday, they'll be on Friday's report... Send Sunday, they'll be on Sunday's report... Send Monday, they'll be on Monday's report.

We still do imports on the normal days so if they send an import, they'll get entered.  If using the VT, anytime after 4pm Friday still works.

The accounts are set-up for --> BUSINESS <-- daily recurring -- they only recur on --> BUSINESS <-- days.

I think a $50 fee is fair... a $100 is more fair...

Also, remind them that manual runs like this will throw off the counts... if they have an account that's supposed to go 5 times, that's for RECUR ONLY.  ANY transaction outside the recur does not factor into that count.  If we need to adjust it, it's a $50 fee.

Lastly, if they want us to do it, I'll get it done before the weekend -- so ANY changes to the manual run will be a $25 fee. The revoke may NOT work as it's meant to work with normal runs which do not have more then one transaction pending at a time.

Let me know...

Charles Chambers
Chief Technology Officer
Actum Processing, LLC
512-263-3011 ext 1185

[Quoted text hidden]

    [Quoted text hidden]
        */Regards,/*
        */Michelle Gregg/*
        */Managing Director /*
        */
        /*
        */Richmond Capital Group/*
        */125 Maiden Lane Suite 501
        New York, NY 10038
        /**/

PX35 - 248

```
/*
*/Direct #: 1 (347) 282-5961/**/
/*
*/Fax #: 1 (855) 204-0222 <tel:1%20%28855%29%20204-0222>
/*
*/Email: michelle@richmondcapitalgroup.com
<http://richmondcapitalgroup.com/>/*
```

--

Actum Processing
<http://www.actumprocessing.com/>

www.actumprocessing.com <http://www.actumprocessing.com/>

Facebook
<https://www.facebook.com/pages/Actum-Processing-LLC/782166138482393>    Twitter
<https://twitter.com/ActumProcessing>    Linkedin
<https://www.linkedin.com/company/actum-processing-llc>    Instagram
<https://www.youtube.com/channel/UC9D_sk-hVcjHfm5aEJnOe8w?guided_help_flow=3>

<http://www.actumprocessing.com/>

Lisa Janacek,
Operations
<mailto:lisa@actumprocessing.com>
*P:* 512-402-0082 ext.1134
*F:* 512-597-0258
*E:* lisa@actumprocessing.com <mailto:lisa@actumprocessing.com>
[Quoted text hidden]

---

**Lisa Janacek** <lisa@actumprocessing.com>                              Tue, Oct 4, 2016 at 2:30 PM
To: Charles <chuvke@actumprocessing.com>, Angela <angela@actumprocessing.com>
Cc: "Ellen@actumprocessing.com" <Ellen@actumprocessing.com>, Aubree <aubree@actumprocessing.com>

Thank you so much for the detailed reply/direction, Charles!

@Angela, does this help you on how to reply to Michelle?  I would like to also let them know about the $50-100 fee for this but that I approved waiving it this time for them.

Please let me know if you need more help on this and please include Aubree and me on the reply to merchant.

Thanks,

Lisa
[Quoted text hidden]
--



**Lisa Janacek,**
**Operations**

www.actumprocessing.com

**P:** 512-402-0082 ext.1134
**F:** 512-597-0258
**E:** lisa@actumprocessing.com

[Quoted text hidden]

**Angela** <angela@actumprocessing.com>                                                    Tue, Oct 4, 2016 at 5:16 PM
To: Michelle Gregg <michelle@richmondcapitalgroup.com>
Cc: Ellen Connaway <ellen@actumprocessing.com>, Robert Giardina <rgiardina@richmondcapitalgroup.com>, Lisa Janacek
<lisa@actumprocessing.com>, Aubree <aubree@actumprocessing.com>

We will be running your holiday payments for every active merchant for all of your accounts. Because of the bank holiday,
the manually entered debit will hit the bank on Tuesday and of course, any recurring debits scheduled for Tuesday would
process as normal.

Because the recurring transactions only happen on business days, there would normally be a $100 fee for us to adjust all
transactions from a bank holiday to the prior or next business day. For the upcoming Columbus Day, Lisa has waived that
fee for you.

For any future holidays, if you do not ask us to run your holiday payments, you have 2 options:
(1) Because you're using Virtual Terminal, you can enter the transactions after 4 pm the business day before (e.g.
payments that fall on a Monday holiday, would be entered after 4pm Friday).
(2) You could send us a file for each parent ID.

Please remember that manual runs can throw off the counts. If you have an account that's supposed to go 10 times, the
manual transaction outside the recur does not factor into that count. If you would like us to make any changes to the
manual run, there would be a $25 fee.

~Angela
Risk Analyst

www.actumprocessing.com
P: 512-402-0082
F: 512-597-0258
E: angela@actumprocessing.com

7004 Bee Cave Road
Ausn, TX 78746

On 10/4/2016 8:58 AM, Michelle Gregg wrote:

GOOD MORNING LADIES
I'M STARTING A FEW DAYS AHEAD, JUST A REMINDER THAT YOU GUYS ARE GOING TO BE
RUNNING OUR HOLIDAY PAYMENTS THIS FRIDAY (10/7) FOR COLUMBUS DAY. MONDAY (10/10).
EVERY ACTIVE MERCHANT SHOULD BE ACH'D  FOR ALL 3 OF OUR ACCOUNTS.
THANKS MUCH.


--
*Regards,*
*Michelle Gregg*
*Managing Director*

*Richmond Capital Group*
*125 Maiden Lane Suite 501*
*New York, NY 10038*


[Quoted text hidden]

---

**Aubree** <aubree@actumprocessing.com>                                                    Wed, Oct 5, 2016 at 10:26 AM
To: Angela <angela@actumprocessing.com>, Ellen Connaway <ellen@actumprocessing.com>
Cc: "lisa@actumprocessing.com" <lisa@actumprocessing.com>

Hi Angela and Ellen,

I just checked with Charles regarding the daily limits for Tuesday (because they will probably go over).

PX35 - 250

If we are manually going to enter all debits for these accounts, then Charles will bypass the limits himself.  However, if Richmond is going to submit their transactions, then *we* will have to go in and raise the limits.

Hope this is clear :)

Aubree

[Quoted text hidden]

--
Aubree Weyrick
BRM
P:(512) 402-0082, EXT. 1168
F:(512) 597-0258

7004 Bee Cave Road, Bldg. 3, Suite 312
Austin, TX 78746

---

**Ellen Connaway** <ellen@actumprocessing.com>         Thu, Oct 6, 2016 at 12:23 PM
To: Charles <chucke@actumprocessing.com>, Lisa <lisa@actumprocessing.com>, Aubree
<aubree@actumprocessing.com>, "angela@actumprocessing.com" <angela@actumprocessing.com>

Hey there...Michelle called and said that for order 16958576 - do not hit on holiday.

Thanks!

**Ellen**
**Risk Analyst : Merchant Support**
**Skype: ellen_wts**

-------- Forwarded Message --------
**Subject:** Re: HOLIDAY PAYMENTS
   **Date:** Tue, 4 Oct 2016 17:16:19 -0500
  **From:** Angela <angela@actumprocessing.com>
     **To:** Michelle Gregg <michelle@richmondcapitalgroup.com>
    **CC:** Ellen Connaway <ellen@actumprocessing.com>, Robert Giardina <rgiardina@richmondcapitalgroup.com>, Lisa
Janacek <lisa@actumprocessing.com>, Aubree <aubree@actumprocessing.com>

[Quoted text hidden]

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2016.0.7797 / Virus Database: 4656/13151 - Release Date: 10/05/16

---

**Charles** <chucke@actumprocessing.com>         Thu, Oct 6, 2016 at 12:27 PM
To: Ellen Connaway <ellen@actumprocessing.com>, Lisa <lisa@actumprocessing.com>, Aubree
<aubree@actumprocessing.com>, "angela@actumprocessing.com" <angela@actumprocessing.com>

Ellen:

Am I translating this to, I'm doing this?

If so, I need to know... so I can get it done today/tomorrow...

Charles Chambers
Chief Technology Officer
Actum Processing, LLC
512-263-3011 ext 1185

On 10/6/2016 12:23 PM, Ellen Connaway wrote:
> Hey there...Michelle called and said that for order 16958576 - do not
> hit on holiday.

Thanks!

*Ellen*
*Risk Analyst : Merchant Support*
*Skype: ellen_wts*
[Quoted text hidden]

    [Quoted text hidden]

    */Regards,/*
    */Michelle Gregg/*
    */Managing Director /*
    */
    /*
    */Richmond Capital Group/*
    */125 Maiden Lane Suite 501
    New York, NY 10038
    /**/
    /*
    */Direct #: 1 (347) 282-5961/**/
    /*
    */Fax #: 1 (855) 204-0222 <tel:1%20%28855%29%20204-0222>
    /*
    */Email: michelle@richmondcapitalgroup.com
    <http://richmondcapitalgroup.com/>/*

    No virus found in this message.
    Checked by AVG - www.avg.com <http://www.avg.com>
    [Quoted text hidden]

---

**Ellen Connaway** <ellen@actumprocessing.com>            Thu, Oct 6, 2016 at 12:31 PM
To: Charles <chucke@actumprocessing.com>, Lisa <lisa@actumprocessing.com>, Aubree
<aubree@actumprocessing.com>, "angela@actumprocessing.com" <angela@actumprocessing.com>

    I'm afraid that you are.  :)

    **Ellen**
    **Risk Analyst : Merchant Support**
    **Skype: ellen_wts**
    [Quoted text hidden]

        [Quoted text hidden]
        -----
        No virus found in this message.
        Checked by AVG - www.avg.com
        Version: 2016.0.7797 / Virus Database: 4656/13159 - Release Date: 10/06/16

---

**Charles** <chucke@actumprocessing.com>            Mon, Oct 10, 2016 at 12:41 PM
To: Ellen Connaway <ellen@actumprocessing.com>, Lisa <lisa@actumprocessing.com>, Aubree
<aubree@actumprocessing.com>, "angela@actumprocessing.com" <angela@actumprocessing.com>

    Ellen:

    This was done.

    Order 16958576 and 16970484 were not included.

    Charles Chambers
    Chief Technology Officer
    Actum Processing, LLC
    512-263-3011 ext 1185

PX35 - 252

On 10/6/2016 12:23 PM, Ellen Connaway wrote:
Hey there...Michelle called and said that for order 16958576 - do not hit on holiday.

Thanks!

*Ellen*
*Risk Analyst : Merchant Support*
*Skype: ellen_wts*


[Quoted text hidden]
  [Quoted text hidden]
  */Regards,/*
  */Michelle Gregg/*
  */Managing Director /*
  */
  /*
  */Richmond Capital Group/*
  */125 Maiden Lane Suite 501
  New York, NY 10038
  /**/
  /*
  */Direct #: 1 (347) 282-5961/**/
  /*
  */Fax #: 1 (855) 204-0222 <tel:1%20%28855%29%20204-0222>
  /*
  */Email: michelle@richmondcapitalgroup.com
  <http://richmondcapitalgroup.com/>/*

No virus found in this message.
Checked by AVG - www.avg.com <http://www.avg.com>
[Quoted text hidden]



Actum Lisa <actum.lisa@gmail.com>

---

## Fwd: Re: Holiday Pulls
1 message

---

**Aubree** <aubree@actumprocessing.com>                                    Thu, May 31, 2018 at 10:05 AM
To: "brad@actumprocessing.com" <brad@actumprocessing.com>, "lisa@actumprocessing.com" <lisa@actumprocessing.com>

Hi Guys,

GTR A20170340 has already exceeded their $8mil limit.  They are currently at $8,114,026.68 and have $40K of declined transactions today.  Can we please increase this to $8.4?  They have been steadily growing.

Thanks,

Aubree

--------- Forwarded Message ---------
**Subject:** Re: Holiday Pulls
   **Date:** Thu, 31 May 2018 10:57:39 -0400
  **From:** Dov King <king@gtrsourcellc.com>
     **To:** Aubree <aubree@actumprocessing.com>
    **CC:** Steve Reich <steve@ramcapitalfunding.com>, Ellen Connaway <ellen@actumprocessing.com>

Hi Aubree,

How much was this raised by? We're having issues again with going over the monthly limit.

Thanks.

On Wed, May 30, 2018 at 3:12 PM, Aubree <aubree@actumprocessing.com> wrote:

> Steve,
>
> Thank you.  Also, our Risk and Compliance Department has approved a limit increase.  Please see the attached revised Exhibit B and kindly return with signature.
>
> Thank you,
>
> Aubree
>
> On 5/30/2018 2:08 PM, Steve Reich wrote:
>
>> yes
>>
>>
>>
>>
>>
>>
>>
>> Thank you,
>>
>> Steve Reich
>>
>> Ram Capital Funding
>>
>> P: 646-531-4440
>>
>> F: 855-865-3163
>>
>> On Wed, May 30, 2018 at 3:08 PM, Aubree <aubree@actumprocessing.com> wrote:
>>
>>> Hi Steve,

PX35 - 254

To confirm, you are adding Dov as an authorized signer?

Thanks!

Aubree

On 5/30/2018 12:56 PM, Steve Reich wrote:

Thank you,

Steve Reich

Ram Capital Funding

P: 646-531-4440

F: 855-865-3163

On Fri, May 25, 2018 at 3:29 PM, Ellen Connaway <ellen@actumprocessing.com> wrote:

Hi Steve,

For the Franklin account, try the transactions now.  They should go through.

Thanks!

**Ellen Connaway**
**Merchant Support**
ellen@actumprocessing.com

On 5/25/2018 1:22 PM, Aubree wrote:

Steve,

Please complete the attached Schedule E form listing all individuals (including yourself) that you are authorizing to have access to the Franklin account.  Please note that all individuals will have to sign this form.

Should you have any questions, please let me know.

Best,

Aubree

On 5/25/2018 1:07 PM, Steve Reich wrote:

yea i would like to add him so he can call if there is an issue ect

Thank you,

Steve Reich

Ram Capital Funding

P: 646-531-4440

PX35 - 255

F: 855-865-3163

On Fri, May 25, 2018 at 2:06 PM, Ellen Connaway <ellen@actumprocessing.com>
wrote:

Hey Steve,

I see what you're saying with limits.  Let me research something and I'll get back to you.

For the additional user, if he is just submitting transactions we won't need to send you a form to fill out.  If he making any specific changes such as updating your bank account, then we would need to send the form.  Let us know.

Thanks,

**Ellen Connaway**
**Merchant Support**
ellen@actumprocessing.com

On 5/25/2018 12:30 PM, Ellen Connaway wrote:

Hi Steve,

This has been updated.

Thanks,

**Ellen Connaway**
**Merchant Support**
ellen@actumprocessing.com

On 5/25/2018 12:05 PM, Steve Reich wrote:

hey guys please allow my limit to be raised for the Franklin entity

Thank you,

Steve Reich

Ram Capital Funding

P: 646-531-4440

F: 855-865-3163

On Tue, May 22, 2018 at 4:25 PM, Aubree <aubree@actumprocessing.com> wrote:

Hi Steve,

We will manually increase your limits for the holiday so that you will not run into any issues.  No paperwork is needed for this.

Also, would you kindly send either a copy of ACH authorization or agreement showing the need for this high transaction amount?

Thanks!

On 5/22/2018 3:07 PM, Steve Reich wrote:

PX35 - 256

Please send me form to sign with
upped limits so we can set out holiday
pulls

Also i need my single transaction limit
on gtr to be 50k i have some large
weeklies

Thank you,

Steve Reich

Ram Capital Funding

P: 646-531-4440

F: 855-865-3163

--

Actum Processing
**www.actumprocessing.com**
**Aubree Weyrick**
Business Relationship Manager

**Office:** (512) 402-0082
**Ext:** 1168
**Email:** aubree@actumprocessing.com

--

Actum Processing
**www.actumprocessing.com**
**Aubree Weyrick**
Business Relationship Manager

**Office:** (512) 402-0082
**Ext:** 1168
**Email:** aubree@actumprocessing.com

--

Actum Processing
**www.actumprocessing.com**
**Aubree Weyrick**
Business Relationship Manager

**Office:** (512) 402-0082
**Ext:** 1168
**Email:** aubree@actumprocessing.com

--

Actum Processing
**www.actumprocessing.com**
**Aubree Weyrick**
Business Relationship Manager

**Office:** (512) 402-0082
**Ext:** 1168
**Email:** aubree@actumprocessing.com

PX35 - 257

 Gmail

**Actum Lisa <actum.lisa@gmail.com>**

---

## Fwd: Re: NEW YEARS HOLIDAY
1 message

---

**Ellen Connaway <ellen@actumprocessing.com>**      Tue, Jan 3, 2017 at 9:25 AM
To: Lisa <lisa@actumprocessing.com>, Aubree <aubree@actumprocessing.com>

Here are the deets of Richmond Capitals holiday payments.  Michelle is saying that their customers aren't seeing double payments today.

**Ellen**
**Merchant Support : Risk Analyst**
**Skype: ellen_wts**


-------- Forwarded Message --------
**Subject:** Re: NEW YEARS HOLIDAY
   **Date:** Thu, 29 Dec 2016 10:30:03 -0600
 **From:** Charles <chucke@actumprocessing.com>
    **To:** Michelle Gregg <michelle@richmondcapitalgroup.com>, Ellen Connaway <ellen@actumprocessing.com>,
       Robert Giardina <rgiardina@richmondcapitalgroup.com>


```
Everyone:

All except 17011362, 17065890, 16974785, 17012311, 17051947, 17060320
have been entered.

Charles Chambers
Chief Technology Officer
Actum Processing, LLC
512-263-3011 ext 1185


On 12/27/2016 10:08 AM, Michelle Gregg wrote:
> PLEASE DO NOT DO HOLIDAY ACH'S FOR THE FOLLOWING MERCHANTS ....
>
> ORDER #  17011362  BOB WHITLEY DECORATING
> ORDER # 17065890  EAS TRANSPORT
> ORDER # 16974785  LIL WORLD DAYCARE
> ORDER #  17012311  KINGSLEY TRUCKK
>
> THANK YOU
> --
> */Regards,/*
> */Michelle Gregg/*
> */Managing Director /*
> */
> /*
> */Richmond Capital Group/*
> */111 John Street  Suite 1440
> New York, NY 10038
> /**/
> /*
> */Direct #: 1 (347) 282-5961/**/
> /*
> */Fax #: 1 (855) 204-0222 <tel:1%20%28855%29%20204-0222>
> /*
> */Email: michelle@richmondcapitalgroup.com
> <http://richmondcapitalgroup.com/>/*
```



**Actum Lisa <actum.lisa@gmail.com>**

---

## Holiday and Tuesday Billing
6 messages

---

**Ellen Connaway** <ellen@actumprocessing.com>                                    Tue, Sep 6, 2016 at 1:10 PM
To: Charles <chucke@actumprocessing.com>
Cc: Lisa <lisa@actumprocessing.com>

> Hi Charles,
>
> Richmond Capital is inquiring why they are not seeing two debits for today (Monday holiday and Tuesday).  Example
> orders are 16971687 and 16972349.  I'm not seeing them in the database either.
>
> Thanks,
> --
> **Ellen**
> **Risk Analyst : Merchant Support**
> **Skype: ellen_wts**

---

**Charles** <chucke@actumprocessing.com>                                          Tue, Sep 6, 2016 at 1:15 PM
To: Ellen Connaway <ellen@actumprocessing.com>
Cc: Lisa <lisa@actumprocessing.com>

> Ellen:
>
> Please see reply from last week about the system NOT recurring BUSINESS daily on holidays.
>
> FYI... The answer is also in this e-mail.
>
> Charles Chambers
> Chief Technology Officer
> Actum Processing, LLC
> 512-263-3011 ext 1185
>
> On 9/6/2016 1:10 PM, Ellen Connaway wrote:
>> Hi Charles,
>>
>> Richmond Capital is inquiring why they are not seeing two debits for
>> today (Monday holiday and Tuesday).  Example orders are 16971687 and
>> 16972349.  I'm not seeing them in the database either.
>>
>> Thanks,
>> --
>> *Ellen*
>> *Risk Analyst : Merchant Support*
>> *Skype: ellen_wts*

---

**Ellen Connaway** <ellen@actumprocessing.com>                                    Tue, Sep 6, 2016 at 1:43 PM
To: Charles <chucke@actumprocessing.com>
Cc: Lisa <lisa@actumprocessing.com>

> Hey Charles,
>
> "So, there will be NO recur on Monday.
>
> If he sends in a file, both will go Tuesday... but if it's business daily recurring, no recur will happen Monday."
>
> I understand that no recur would happen on Monday because it's a holiday.  My understanding was that Monday's would

PX35 - 259

go out Tuesday along with Tuesday's scheduled transaction?

If that is not the case, then Monday was skipped and these folks are a day off on transactions so they need to bill them another payment to catch up for Monday.

Thanks,

**Ellen**
**Risk Analyst : Merchant Support**
**Skype: ellen_wts**
[Quoted text hidden]

> [Quoted text hidden]
>
> -----
> No virus found in this message.
> Checked by AVG - www.avg.com
> Version: 2016.0.7752 / Virus Database: 4649/12957 - Release Date: 09/06/16

---

**Charles** <chucke@actumprocessing.com>                                    Tue, Sep 6, 2016 at 2:18 PM
To: Ellen Connaway <ellen@actumprocessing.com>
Cc: Lisa <lisa@actumprocessing.com>

Ellen:

I checked for an import for a20160095 and VT submissions and there are none.

If there is no recur then there is no transaction so there nothing to go out on Tuesday.

I mentioned that the only way for these to go out would be for them to submit a file or for us to do the recur (for a fee since this is gonna take some time).

But, to be clear, it's BUSINESS daily -- only recurring on business days.

Charles Chambers
Chief Technology Officer
Actum Processing, LLC
512-263-3011 ext 1185

On 9/6/2016 1:43 PM, Ellen Connaway wrote:
> Hey Charles,
>
> "So, there will be NO recur on Monday.
>
> If he sends in a file, both will go Tuesday... but if it's business
> daily recurring, no recur will happen Monday."
>
> I understand that no recur would happen on Monday because it's a
> holiday.  My understanding was that Monday's would go out Tuesday along
> with Tuesday's scheduled transaction?
>
> If that is not the case, then Monday was skipped and these folks are a
> day off on transactions so they need to bill them another payment to
> catch up for Monday.
>
> Thanks,
>
> [Quoted text hidden]

---

**Ellen Connaway** <ellen@actumprocessing.com>                            Tue, Sep 6, 2016 at 2:26 PM

PX35 - 260

To: Charles <chucke@actumprocessing.com>
Cc: Lisa <lisa@actumprocessing.com>

Hi Charles,

I guess I totally misunderstood this. And when I thought of "file", I thought of what would be coming through on the biz daily recur on Monday...as if it were a regular Monday and not a holiday.

Thanks,

**Ellen**
**Risk Analyst : Merchant Support**
**Skype: ellen_wts**
[Quoted text hidden]

---

**Ellen Connaway** <ellen@actumprocessing.com>         Tue, Sep 6, 2016 at 2:34 PM
To: Charles <chucke@actumprocessing.com>
Cc: Lisa <lisa@actumprocessing.com>

Charles,

We need to get them caught up today. What's the lastest time they can send an import file to us that will upload to MCASUITE?

Thanks,

**Ellen**
**Risk Analyst : Merchant Support**
**Skype: ellen_wts**

On 9/6/2016 2:18 PM, Charles wrote:
[Quoted text hidden]



**Actum Lisa <actum.lisa@gmail.com>**

## Holiday Payments
16 messages

---

**Ellen Connaway** <ellen@actumprocessing.com>                    Mon, Nov 7, 2016 at 1:01 PM
To: Michelle Gregg <michelle@richmondcapitalgroup.com>, Lisa <lisa@actumprocessing.com>

    Hey Michelle,

    What day do you want the double debits to hit your customer's accounts?

    Thanks!
    --
    **Ellen**
    **Risk Analyst : Merchant Support**
    **Skype: ellen_wts**

---

**Ellen Connaway** <ellen@actumprocessing.com>                    Mon, Nov 7, 2016 at 1:06 PM
To: Michelle Gregg <michelle@richmondcapitalgroup.com>
Cc: Lisa <lisa@actumprocessing.com>

    Got it.  Thanks!

    **Ellen**
    **Risk Analyst : Merchant Support**
    **Skype: ellen_wts**

    On 11/7/2016 1:03 PM, Michelle Gregg wrote:

        SINCE THE HOLIDAY IS ON A FRIDAY .... WE WOULD LIKE THE HOLIDAY PAYMENT TO COME OUT
        ON THE SAME DAY AS MONDAYS
        [Quoted text hidden]
        --
        *Regards,*
        *Michelle Gregg*
        *Managing Director*

        *Richmond Capital Group*
        *125 Maiden Lane Suite 501*
        *New York, NY 10038*

        *Direct #: 1 (347) 282-5961*
        *Fax #: 1 (855) 204-0222*
        *Email: michelle@richmondcapitalgroup.com*

        No virus found in this message.
        Checked by AVG - www.avg.com
        Version: 2016.0.7859 / Virus Database: 4664/13337 - Release Date: 11/02/16

---

**Lisa Janacek** <lisa@actumprocessing.com>                    Mon, Nov 7, 2016 at 1:19 PM
To: Ellen Connaway <ellen@actumprocessing.com>, Michelle Gregg <michelle@richmondcapitalgroup.com>
Cc: Aubree <aubree@actumprocessing.com>
Bcc: Charles Chambers <chucke@actumprocessing.com>

    Hi, Michelle.  So we are going to engage Charles' assistance to manually enter a special one-time debit for each of your
    customers, and it is to hit on Monday, 11/14/16.  This is in addition to any debit that **you** have setup to hit on Monday.  Is

                                                                    PX35 - 262

that absolutely correct?  :-)

@Ellen, please let Michelle know the drop-dead deadline for any last minute changes (i.e. don't process a holiday debit for John Doe afterall) as well as the fee for the manual processing on Actum's part.

Thanks!

Lisa
[Quoted text hidden]
--

 Actum Processing

www.actumprocessing.com

 Facebook     Twitter
 Linkedin
 Instagram

**Lisa Janacek**,
Operations

**P:** 512-402-0082 ext.1134
**F:** 512-597-0258
**E:** lisa@actumprocessing.com

7004 Bee Cave Road, Bldg. 3, Suite 312
Austin, TX 78746

---

**Michelle Gregg** <michelle@richmondcapitalgroup.com>       Mon, Nov 7, 2016 at 1:21 PM
To: Lisa Janacek <lisa@actumprocessing.com>
Cc: Ellen Connaway <ellen@actumprocessing.com>, Aubree <aubree@actumprocessing.com>

THAT IS CORRECT ... THE HOLIDAY PAYMENT IS TO BE HIT ALONG WITH MONDAY THE 14TH ACH
[Quoted text hidden]

---

**Ellen Connaway** <ellen@actumprocessing.com>       Mon, Nov 7, 2016 at 2:53 PM
To: Charles <chuck@actumprocessing.com>
Cc: Lisa <lisa@actumprocessing.com>, Aubree <aubree@actumprocessing.com>

Charles,

Cut off time/date for changes?  Richmond Capital.  She said "THE HOLIDAY PAYMENT IS TO BE HIT ALONG WITH MONDAY THE 14TH ACH".

Thanks,

**Ellen**
**Risk Analyst : Merchant Support**
**Skype: ellen_wts**


-------- Forwarded Message --------
**Subject:** Re: Holiday Payments
**Date:** Mon, 7 Nov 2016 14:21:57 -0500
**From:** Michelle Gregg <michelle@richmondcapitalgroup.com>
**To:** Lisa Janacek <lisa@actumprocessing.com>
**CC:** Ellen Connaway <ellen@actumprocessing.com>, Aubree <aubree@actumprocessing.com>
[Quoted text hidden]

---

**Ellen Connaway** <ellen@actumprocessing.com>       Tue, Nov 8, 2016 at 1:29 PM
To: Charles <chuck@actumprocessing.com>
Cc: Lisa <lisa@actumprocessing.com>, Aubree <aubree@actumprocessing.com>

Hey Charles,

Just wanted to confirm Michelle's request.  She said to bill all customers that are active.

Thanks!

**Ellen**
**Risk Analyst : Merchant Support**
**Skype: ellen_wts**

[Quoted text hidden]

---

**Charles** <chucke@actumprocessing.com>                                    Tue, Nov 8, 2016 at 1:55 PM
To: Ellen Connaway <ellen@actumprocessing.com>
Cc: Lisa <lisa@actumprocessing.com>, Aubree <aubree@actumprocessing.com>

Ellen:

Including the John Doe that Lisa mentioned?  He should be billed now?

I will be entering them to go out on Thursday.

Charles Chambers
Chief Technology Officer
Actum Processing, LLC
512-263-3011 ext 1185

On 11/8/2016 1:29 PM, Ellen Connaway wrote:
> Hey Charles,
>
> Just wanted to confirm Michelle's request.  She said to bill all
> customers that are active.
>
> Thanks!
>
> *Ellen*
> *Risk Analyst : Merchant Support*
> *Skype: ellen_wts*
> On 11/7/2016 2:53 PM, Ellen Connaway wrote:
>> Charles,
>>
>> Cut off time/date for changes?  Richmond Capital.  She said "THE
>> HOLIDAY PAYMENT IS TO BE HIT ALONG WITH MONDAY THE 14TH ACH".
>>
>> Thanks,
>>
>> *Ellen*
>> *Risk Analyst : Merchant Support*
>> *Skype: ellen_wts*
>>
>>
>> -------- Forwarded Message --------
>> Subject:    Re: Holiday Payments
>> Date:   Mon, 7 Nov 2016 14:21:57 -0500
>> From:   Michelle Gregg <michelle@richmondcapitalgroup.com>
>> To:     Lisa Janacek <lisa@actumprocessing.com>
>> CC:     Ellen Connaway <ellen@actumprocessing.com>, Aubree
>> <aubree@actumprocessing.com>
>>
>>
>> THAT IS CORRECT ... THE HOLIDAY PAYMENT IS TO BE HIT ALONG WITH MONDAY
>> THE 14TH ACH
>>
>> On Mon, Nov 7, 2016 at 2:19 PM, Lisa Janacek <lisa@actumprocessing.com
>> <mailto:lisa@actumprocessing.com>> wrote:
>>
>>     Hi, Michelle.  So we are going to engage Charles' assistance to
>>     manually enter a special one-time debit for each of your

customers, and it is to hit on Monday, 11/14/16.  This is in
addition to any debit that *you* have setup to hit on Monday.  Is
that absolutely correct?  :-)

@Ellen, please let Michelle know the drop-dead deadline for any
last minute changes (i.e. don't process a holiday debit for John
Doe afterall) as well as the fee for the manual processing on
Actum's part.

Thanks!

Lisa

On Mon, Nov 7, 2016 at 1:06 PM, Ellen Connaway
<ellen@actumprocessing.com <mailto:ellen@actumprocessing.com>> wrote:

    Got it.  Thanks!

    *Ellen*
    *Risk Analyst : Merchant Support*
    *Skype: ellen_wts*

    On 11/7/2016 1:03 PM, Michelle Gregg wrote:
        SINCE THE HOLIDAY IS ON A FRIDAY .... WE WOULD LIKE THE
        HOLIDAY PAYMENT TO COME OUT ON THE SAME DAY AS MONDAYS

        On Mon, Nov 7, 2016 at 2:01 PM, Ellen Connaway
        <ellen@actumprocessing.com
        <mailto:ellen@actumprocessing.com>> wrote:

            Hey Michelle,

            What day do you want the double debits to hit your
            customer's accounts?

            Thanks!
            --
            *Ellen*
            *Risk Analyst : Merchant Support*
            *Skype: ellen_wts*


        --
        */Regards,/*
        */Michelle Gregg/*
        */Managing Director /*
        */
        /*
        */Richmond Capital Group/*
        */125 Maiden Lane Suite 501
        New York, NY 10038
        /**/
        /*
        */Direct #: 1 (347) 282-5961/**/
        /*
        */Fax #: 1 (855) 204-0222 <tel:1%20%28855%29%20204-0222>
        /*
        */Email: michelle@richmondcapitalgroup.com
        <http://richmondcapitalgroup.com/>/*

        No virus found in this message.
        Checked by AVG - www.avg.com <http://www.avg.com>
        Version: 2016.0.7859 / Virus Database: 4664/13337 - Release

PX35 - 265

Date: 11/02/16

--

Actum Processing
<http://www.actumprocessing.com/>

www.actumprocessing.com <http://www.actumprocessing.com/>

Facebook
<https://www.facebook.com/pages/Actum-Processing-LLC/782166138482393>    Twitter
<https://twitter.com/ActumProcessing>    Linkedin
<https://www.linkedin.com/company/actum-processing-llc>    Instagram
<https://www.youtube.com/channel/UC9D_sk-hVcjHfm5aEJnOe8w?guided_help_flow=3>

Lisa Janacek,
Operations

*P:* 512-402-0082 ext.1134 <tel:512-402-0082%20ext.1134>
*F:* 512-597-0258 <tel:512-597-0258>
*E:* lisa@actumprocessing.com <mailto:lisa@actumprocessing.com>

7004 Bee Cave Road, Bldg. 3, Suite 312
Austin, TX 78746

--
*/Regards,/*
*/Michelle Gregg/*
*/Managing Director /*
*/
/*
*/Richmond Capital Group/*
*/125 Maiden Lane Suite 501
New York, NY 10038
/**/
/*
*/Direct #: 1 (347) 282-5961/**/
/*
*/Fax #: 1 (855) 204-0222 <tel:1%20%28855%29%20204-0222>
/*
*/Email: michelle@richmondcapitalgroup.com
<http://richmondcapitalgroup.com/>/*

No virus found in this message.
Checked by AVG - www.avg.com <http://www.avg.com>
[Quoted text hidden]

---

**Ellen Connaway** <ellen@actumprocessing.com>                          Tue, Nov 8, 2016 at 3:44 PM
To: Charles <chucke@actumprocessing.com>
Cc: Lisa <lisa@actumprocessing.com>, Aubree <aubree@actumprocessing.com>

John Doe is a Don't!  Heh...

**Ellen**
**Risk Analyst : Merchant Support**
**Skype: ellen_wts**
[Quoted text hidden]

[Quoted text hidden]
-----
No virus found in this message.
Checked by AVG - www.avg.com
[Quoted text hidden]

---

**Charles** <chucke@actumprocessing.com>                    Fri, Nov 11, 2016 at 10:36 AM
To: Ellen Connaway <ellen@actumprocessing.com>
Cc: Lisa <lisa@actumprocessing.com>, Aubree <aubree@actumprocessing.com>

Ellen:

Looks like Order #16971700 has not been billed since 08/30/2016 due to being turned off 08/30/2016 by the merchant.

The merchant did turn it back on 10/26/2016 but did not reset the next billing date so it still hasn't been billed.

I am skipping this one for holiday billing.

Otherwise, this is done!  They are all showing on 11/11/2016...

Charles Chambers
Chief Technology Officer
Actum Processing, LLC
512-263-3011 ext 1185

On 11/8/2016 1:29 PM, Ellen Connaway wrote:
> Hey Charles,
>
> Just wanted to confirm Michelle's request.  She said to bill all
> customers that are active.
>
> Thanks!
>
> *Ellen*
> *Risk Analyst : Merchant Support*
> *Skype: ellen_wts*
> On 11/7/2016 2:53 PM, Ellen Connaway wrote:
>> Charles,
>>
>> Cut off time/date for changes?  Richmond Capital.  She said "THE
>> HOLIDAY PAYMENT IS TO BE HIT ALONG WITH MONDAY THE 14TH ACH".
>>
>> Thanks,
>>
>> *Ellen*
>> *Risk Analyst : Merchant Support*
>> *Skype: ellen_wts*
>>
>>
>> -------- Forwarded Message --------
>> Subject:    Re: Holiday Payments
>> Date:   Mon, 7 Nov 2016 14:21:57 -0500
>> From:   Michelle Gregg <michelle@richmondcapitalgroup.com>
>> To:    Lisa Janacek <lisa@actumprocessing.com>
>> CC:    Ellen Connaway <ellen@actumprocessing.com>, Aubree
>> <aubree@actumprocessing.com>

PX35 - 267

THAT IS CORRECT ... THE HOLIDAY PAYMENT IS TO BE HIT ALONG WITH MONDAY
THE 14TH ACH

On Mon, Nov 7, 2016 at 2:19 PM, Lisa Janacek <lisa@actumprocessing.com
<mailto:lisa@actumprocessing.com>> wrote:

    Hi, Michelle.  So we are going to engage Charles' assistance to
    manually enter a special one-time debit for each of your
    customers, and it is to hit on Monday, 11/14/16.  This is in
    addition to any debit that *you* have setup to hit on Monday.  Is
    that absolutely correct?  :-)

    @Ellen, please let Michelle know the drop-dead deadline for any
    last minute changes (i.e. don't process a holiday debit for John
    Doe afterall) as well as the fee for the manual processing on
    Actum's part.

    Thanks!

    Lisa

    On Mon, Nov 7, 2016 at 1:06 PM, Ellen Connaway
    <ellen@actumprocessing.com <mailto:ellen@actumprocessing.com>> wrote:

        Got it.  Thanks!

        *Ellen*
        *Risk Analyst : Merchant Support*
        *Skype: ellen_wts*

        On 11/7/2016 1:03 PM, Michelle Gregg wrote:
            SINCE THE HOLIDAY IS ON A FRIDAY .... WE WOULD LIKE THE
            HOLIDAY PAYMENT TO COME OUT ON THE SAME DAY AS MONDAYS

            On Mon, Nov 7, 2016 at 2:01 PM, Ellen Connaway
            <ellen@actumprocessing.com
            <mailto:ellen@actumprocessing.com>> wrote:

                Hey Michelle,

                What day do you want the double debits to hit your
                customer's accounts?

                Thanks!
                --
                *Ellen*
                *Risk Analyst : Merchant Support*
                *Skype: ellen_wts*



            --
            */Regards,/*
            */Michelle Gregg/*
            */Managing Director /*
            */
            /*
            */Richmond Capital Group/*
            */125 Maiden Lane Suite 501
            New York, NY 10038
            /**/
            /*

PX35 - 268

*/Direct #: 1 (347) 282-5961/**/
/*
*/Fax #: 1 (855) 204-0222 <tel:1%20%28855%29%20204-0222>
/*
*/Email: michelle@richmondcapitalgroup.com
<http://richmondcapitalgroup.com/>/*

No virus found in this message.
Checked by AVG - www.avg.com <http://www.avg.com>
Version: 2016.0.7859 / Virus Database: 4664/13337 - Release
Date: 11/02/16

--

Actum Processing
<http://www.actumprocessing.com/>

www.actumprocessing.com <http://www.actumprocessing.com/>

Facebook
<https://www.facebook.com/pages/Actum-Processing-LLC/782166138482393>   Twitter
<https://twitter.com/ActumProcessing>    Linkedin
<https://www.linkedin.com/company/actum-processing-llc>    Instagram
<https://www.youtube.com/channel/UC9D_sk-hVcjHfm5aEJnOe8w?guided_help_flow=3>

Lisa Janacek,
Operations

*P:* 512-402-0082 ext.1134 <tel:512-402-0082%20ext.1134>
*F:* 512-597-0258 <tel:512-597-0258>
*E:* lisa@actumprocessing.com  <mailto:lisa@actumprocessing.com>

7004 Bee Cave Road, Bldg. 3, Suite 312
Austin, TX 78746

--
*/Regards,/*
*/Michelle Gregg/*
*/Managing Director /*
*/
/*
*/Richmond Capital Group/*
*/125 Maiden Lane Suite 501
New York, NY 10038
/**/
/*
*/Direct #: 1 (347) 282-5961/**/
/*
*/Fax #: 1 (855) 204-0222 <tel:1%20%28855%29%20204-0222>
/*
*/Email: michelle@richmondcapitalgroup.com
<http://richmondcapitalgroup.com/>/*

No virus found in this message.
Checked by AVG - www.avg.com <http://www.avg.com>
[Quoted text hidden]

PX35 - 269

**Ellen Connaway** <ellen@actumprocessing.com>                    Fri, Nov 11, 2016 at 10:42 AM
To: Charles <chucke@actumprocessing.com>
Cc: Lisa <lisa@actumprocessing.com>, Aubree <aubree@actumprocessing.com>

Sweet!!!

**Ellen**
**Risk Analyst : Merchant Support**
**Skype: ellen_wts**
[Quoted text hidden]

[Quoted text hidden]
-----
No virus found in this message.
Checked by AVG - www.avg.com
Version: 2016.0.7859 / Virus Database: 4664/13337 - Release Date: 11/02/16
Internal Virus Database is out of date.

---

**Ellen Connaway** <ellen@actumprocessing.com>                    Mon, Nov 14, 2016 at 10:06 AM
To: Charles <chucke@actumprocessing.com>
Cc: Lisa <lisa@actumprocessing.com>, Aubree <aubree@actumprocessing.com>

Hi Charles,

Michelle from Richmond Capital called pretty upset because her clients are calling her because they are expecting to be billed double for the make up payments and they aren't seeing it on their account.  Let me know what's going on with this so I know what to tell her.

Thanks!

**Ellen**
**Risk Analyst : Merchant Support**
**Skype: ellen_wts**

On 11/11/2016 10:36 AM, Charles wrote:

[Quoted text hidden]
-----
No virus found in this message.
Checked by AVG - www.avg.com
Version: 2016.0.7859 / Virus Database: 4664/13337 - Release Date: 11/02/16
[Quoted text hidden]

---

**Ellen Connaway** <ellen@actumprocessing.com>                    Mon, Nov 14, 2016 at 10:16 AM
To: Charles <chucke@actumprocessing.com>
Cc: Lisa <lisa@actumprocessing.com>, Aubree <aubree@actumprocessing.com>

Correction, they aren't seeing the holiday payment come out, not double billings.

Thanks,

**Ellen**
**Risk Analyst : Merchant Support**
**Skype: ellen_wts**
[Quoted text hidden]

PX35 - 270

**Charles** <chucke@actumprocessing.com>                    Mon, Nov 14, 2016 at 10:47 AM
To: Ellen Connaway <ellen@actumprocessing.com>
Cc: Lisa <lisa@actumprocessing.com>, Aubree <aubree@actumprocessing.com>

Ellen:

This is why we don't do this.

If we charged them the fee, let me know and we'll refund it.

They will hit tonight with the other payments... let me know if she wants them stopped.

Reason:  I thought they were on late night which would have picked up the transactions... they weren't and I didn't set it so they didn't go.

Charles Chambers
Chief Technology Officer
Actum Processing, LLC
512-263-3011 ext 1185

On 11/14/2016 10:06 AM, Ellen Connaway wrote:
> Hi Charles,
>
> Michelle from Richmond Capital called pretty upset because her clients
> are calling her because they are expecting to be billed double for the
> make up payments and they aren't seeing it on their account.  Let me
> know what's going on with this so I know what to tell her.
>
> Thanks!

[Quoted text hidden]

---

**Charles** <chucke@actumprocessing.com>                    Mon, Nov 14, 2016 at 10:57 AM
To: Ellen Connaway <ellen@actumprocessing.com>
Cc: Lisa <lisa@actumprocessing.com>, Aubree <aubree@actumprocessing.com>

Ladies:

Additionally, Monday's ACH will go out tonight...

So, her statement, "HIT ALONG WITH MONDAY THE 14TH ACH" is still true -- it's either going to hit with Thursday's an be doubled up or Monday's and be doubled up.

Charles Chambers
Chief Technology Officer
Actum Processing, LLC
512-263-3011 ext 1185

On 11/14/2016 10:06 AM, Ellen Connaway wrote:
> Hi Charles,
>
> Michelle from Richmond Capital called pretty upset because her clients
> are calling her because they are expecting to be billed double for the
> make up payments and they aren't seeing it on their account.  Let me
> know what's going on with this so I know what to tell her.
>
> Thanks!

[Quoted text hidden]

---

**Charles** <chucke@actumprocessing.com>                    Mon, Nov 14, 2016 at 11:11 AM
To: Michelle Gregg <michelle@richmondcapitalgroup.com>

PX35 - 271

Cc: Ellen Connaway <ellen@actumprocessing.com>, Lisa <lisa@actumprocessing.com>, Aubree <aubree@actumprocessing.com>

Michelle:

Ellen tells me that you're upset about transactions being debited yet.

Since Friday was a holiday, the only options are for the extra transactions to be sent out Thursday to hit Friday or Monday to hit Tuesday.

Friday was a holiday... transaction that would normally go Friday would hit Monday.  Since Friday was a holiday, and no transactions were submitted, nothing would hit Monday.

You said you wanted the holiday payment to "hit along with Monday the 14th ACH" and right now that's what they are set to do -- go out with the Monday transactions.

These extra payments are either going to be doubled with Thursday or doubled with Monday.

It seemed like you wanted them with Monday's transactions from your statement...  But now, from your call, it sounds like you wanted them to hit with Thursdays.

The Business Daily billing was put into place for merchant to bill their clients every business day to prevent a double-billing.  You're asking us to add the extra transactions says you want the double-billing.

With the Thanksgiving holiday coming up, I'm sure you're going to request us to add these transactions again.  So, we just need to be clear... what day would you like the double-billing to happen?  The Wednesday before or the Friday after Thanksgiving?

Additionally, do you still want these extra transactions to go out with today's ACH?

Charles Chambers
Chief Technology Officer
Actum Processing, LLC
512-263-3011 ext 1185

On 11/14/2016 10:06 AM, Ellen Connaway wrote:
[Quoted text hidden]

---

**Charles** <chuck@actumprocessing.com>                                    Mon, Nov 14, 2016 at 11:32 AM
To: Ellen Connaway <ellen@actumprocessing.com>
Cc: Lisa <lisa@actumprocessing.com>, Aubree <aubree@actumprocessing.com>

Ellen:

Just talked to her...

She's good... I know what she's looking for and will make sure future holidays are covered the way she wants it.

Charles Chambers
Chief Technology Officer
Actum Processing, LLC
512-263-3011 ext 1185

On 11/14/2016 10:06 AM, Ellen Connaway wrote:
> Hi Charles,
>
> Michelle from Richmond Capital called pretty upset because her clients
> are calling her because they are expecting to be billed double for the
> make up payments and they aren't seeing it on their account.  Let me
> know what's going on with this so I know what to tell her.
>
> Thanks!

[Quoted text hidden]

PX35 - 272

 **Gmail**

**Actum Lisa <actum.lisa@gmail.com>**

___

## Holiday Transactions

11 messages

___

**Ellen Connaway** <ellen@actumprocessing.com>       Thu, Sep 1, 2016 at 11:41 AM
To: Robert Giardina <rgiardina@richmondcapitalgroup.com>
Cc: Lisa <lisa@actumprocessing.com>

    Hi Rob,

    Any payment that is scheduled to run on Monday (the holiday) will go out Tuesday, along with payments that are
    scheduled to go out on Tuesday.

    I hope that clears things up.  Let me know if you have any questions.

    Thanks!
    --
    **Ellen**
    **Risk Analyst : Merchant Support**
    **Skype: ellen_wts**

___

**Robert Giardina** <rgiardina@richmondcapitalgroup.com>       Thu, Sep 1, 2016 at 11:46 AM
To: Ellen Connaway <ellen@actumprocessing.com>
Cc: Lisa <lisa@actumprocessing.com>

    I understand what your saying, what I am talking about is we are on recuring drafts but we want to draft on the holiday
    and actum probably doesnt draft from the merchant on holidays. so i want to draft 2 payments on tuesday to make up for
    the draft im not pulling on monday

    hope that makes sense if not can we get on a call

    Rob

      *Best Regards,*
      Robert Giardina
      *Managing Partner*

      **Richmond Capital Group, LLC**
      **125 Maiden Lane Ste.501**
      **New York, NY 10038**

      Dir: 646 762 1843
      FX:  855.204.0222
      EMAIL: **rgiardina@richmondcapitalgroup.com**
      WEB: www.richmondcapitalgroup.com

      CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond
      Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private
      information privileged to recipient or recipients named above. If you  are not the authorized recipient(s), or the
      employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the
      sender by e-mail at the address shown above and delete this message from your system, other storage mechanism
      and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in
      whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group,
      LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication
      nor for any delay in its receipt or damage to your system.

[Quoted text hidden]

**Ellen Connaway** <ellen@actumprocessing.com>                                      Thu, Sep 1, 2016 at 11:51 AM
To: Charles <chuck@actumprocessing.com>
Cc: Lisa <lisa@actumprocessing.com>

Hi Charles,

Check this out.  I told him that the payment that is scheduled to go out on Monday will go out on Tuesday along with Tuesday's payment.  So, does it appear that he wants to double bill his clients?  He can if he wants, it his account. Maybe I'm not explaining it as well as I should be.

Thanks,

**Ellen**
**Risk Analyst : Merchant Support**
**Skype: ellen_wts**


-------- Forwarded Message --------
**Subject:** Re: Holiday Transactions
   **Date:** Thu, 1 Sep 2016 12:46:50 -0400
   **From:** Robert Giardina <rgiardina@richmondcapitalgroup.com>
      **To:** Ellen Connaway <ellen@actumprocessing.com>
      **CC:** Lisa <lisa@actumprocessing.com>
[Quoted text hidden]

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2016.0.7752 / Virus Database: 4649/12926 - Release Date: 09/01/16

---

**Charles** <chuck@actumprocessing.com>                                      Thu, Sep 1, 2016 at 12:04 PM
To: Ellen Connaway <ellen@actumprocessing.com>
Cc: Lisa <lisa@actumprocessing.com>

Ellen:

It's only a double billing if it's un-intended.

He just doesn't want to fall behind on billing.

That said, our daily recurring will NOT recur on holidays!

We would have to do something manual (read --> fee charged) to get them to bill twice on Tuesday.

Charles Chambers
Chief Technology Officer
Actum Processing, LLC
512-263-3011 ext 1185

On 9/1/2016 11:51 AM, Ellen Connaway wrote:
> Hi Charles,
>
> Check this out.  I told him that the payment that is scheduled to go out
> on Monday will go out on Tuesday along with Tuesday's payment.  So, does
> it appear that he wants to double bill his clients?  He can if he wants,
> it his account.  Maybe I'm not explaining it as well as I should be.
>
> Thanks,
>
> *Ellen*
> *Risk Analyst : Merchant Support*
> *Skype: ellen_wts*

PX35 - 274

-------- Forwarded Message --------
Subject:    Re: Holiday Transactions
Date:    Thu, 1 Sep 2016 12:46:50 -0400
From:    Robert Giardina <rgiardina@richmondcapitalgroup.com>
To:    Ellen Connaway <ellen@actumprocessing.com>
CC:    Lisa <lisa@actumprocessing.com>

I understand what your saying, what I am talking about is we are on
recuring drafts but we want to draft on the holiday and actum probably
doesnt draft from the merchant on holidays. so i want to draft 2
payments on tuesday to make up for the draft im not pulling on monday

hope that makes sense if not can we get on a call

Rob

   */Best Regards,/*

   Robert Giardina
   */Managing Partner
   /*
   *Richmond Capital Group, LLC
   *
   *125 Maiden Lane Ste.501
   *
   *New York, NY 10038
   *
   *
   *
Dir: 646 762 1843
FX:  855.204.0222
EMAIL*: rgiardina@richmondcapitalgroup.com
<mailto:rgiardina@richmondcapitalgroup.com>
*WEB: www.richmondcapitalgroup.com <http://www.richmondcapitalgroup.com>

   CONFIDENTIALITY NOTICE: This message (including any attachments) is
   intended solely for the use of Richmond Capital Group, LLC., its
   affiliates and the individual addressee(s). This message may contain
   confidential and/or private information privileged to recipient or
   recipients named above. If you  are not the authorized recipient(s),
   or the employee or agent responsible for delivering this message to
   the intended recipient(s), please immediately notify the sender by
   e-mail at the address shown above and delete this message from your
   system, other storage mechanism and/or shred the document and any
   attachments. Any unauthorized use, review or dissemination of this
   message in whole or in part by persons or entities other than the
   intended recipient is strictly prohibited. Richmond Capital Group,
   LLC. shall not be liable for the improper or incomplete transmission
   of the information contained in this communication nor for any delay
   in its receipt or damage to your system.

On Thu, Sep 1, 2016 at 12:41 PM, Ellen Connaway
<ellen@actumprocessing.com <mailto:ellen@actumprocessing.com>> wrote:

   Hi Rob,

   Any payment that is scheduled to run on Monday (the holiday) will go
   out Tuesday, along with payments that are scheduled to go out on
   Tuesday.

   I hope that clears things up.  Let me know if you have any questions.

Thanks!
--
*Ellen*
*Risk Analyst : Merchant Support*
*Skype: ellen_wts*

No virus found in this message.
Checked by AVG - www.avg.com <http://www.avg.com>
[Quoted text hidden]

---

**Ellen Connaway** <ellen@actumprocessing.com>                              Thu, Sep 1, 2016 at 12:38 PM
To: Charles <chucke@actumprocessing.com>
Cc: Lisa <lisa@actumprocessing.com>

But he won't fall behind if Monday's recur goes out on Tuesday along with Tuesday's recur, right?

**Ellen**
**Risk Analyst : Merchant Support**
**Skype: ellen_wts**
[Quoted text hidden]

    [Quoted text hidden]
    -----
    No virus found in this message.
    Checked by AVG - www.avg.com
    [Quoted text hidden]

---

**Ellen Connaway** <ellen@actumprocessing.com>                               Thu, Sep 1, 2016 at 1:02 PM
To: Robert Giardina <rgiardina@richmondcapitalgroup.com>
Cc: Lisa <lisa@actumprocessing.com>

Hi Rob,

So basically you don't want to fall behind on your payments, correct?  For example, if you want to bill your customer 30
times, the payment for Monday that will go out on Tuesday (along with Tuesday's payment) would equal 30.  If you
debited twice to make up for Monday, that would be 31.

Does that clear things up?

**Ellen**
**Risk Analyst : Merchant Support**
**Skype: ellen_wts**
[Quoted text hidden]

    [Quoted text hidden]
    [Quoted text hidden]

---

**Charles** <chucke@actumprocessing.com>                                      Thu, Sep 1, 2016 at 1:04 PM
To: Ellen Connaway <ellen@actumprocessing.com>
Cc: Lisa <lisa@actumprocessing.com>

Ellen:

    That said, our daily recurring will NOT recur on holidays!

So, there will be NO recur on Monday.

PX35 - 276

If he sends in a file, both will go Tuesday... but if it's business daily recurring, no recur will happen Monday.

:)

Charles Chambers
Chief Technology Officer
Actum Processing, LLC
512-263-3011 ext 1185

On 9/1/2016 12:38 PM, Ellen Connaway wrote:
Buthe won't fall behind if Monday's recur goes out on Tuesday along with
Tuesday's recur, right?

[Quoted text hidden]

---

**Robert Giardina** <rgiardina@richmondcapitalgroup.com>                    Thu, Sep 1, 2016 at 1:06 PM
To: Ellen Connaway <ellen@actumprocessing.com>
Cc: Lisa <lisa@actumprocessing.com>

yes it does,ty

Michelle said she spoke with you and she gets it as well

Thanks again
Have a great holiday weekend

Rob

*Best Regards,*
Robert Giardina
*Managing Partner*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

Dir: 646 762 1843
FX:  855.204.0222
EMAIL**: rgiardina@richmondcapitalgroup.com**
WEB: www.richmondcapitalgroup.com

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you  are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

[Quoted text hidden]

---

**Lisa Janacek** <lisa@actumprocessing.com>                    Thu, Sep 1, 2016 at 1:27 PM
To: Charles <chuck@actumprocessing.com>
Cc: Ellen Connaway <ellen@actumprocessing.com>

Charles,

Would the daily limits see the 2 as applying to a single day?  meaning, do I need to raise his Limits to ensure the combined activity for Tuesday doesn't get any declines?

Thanks,

Lisa

[Quoted text hidden]

--



www.actumprocessing.com

Facebook    Twitter
Linkedin
Instagram

**Lisa Janacek**,
Business Relationship Manager

**P:** 512-402-0082 ext.1134
**C:** 512-913-8229
**F:** 512-597-0258
**E:** lisa@actumprocessing.com

7004 Bee Cave Road, Bldg. 3, Suite 312
Austin, TX 78746

---

**Charles** <chucke@actumprocessing.com>                Thu, Sep 1, 2016 at 1:29 PM
To: Lisa Janacek <lisa@actumprocessing.com>
Cc: Ellen Connaway <ellen@actumprocessing.com>

Lisa:

No.  They would count on their separate days.

Charles Chambers
Chief Technology Officer
Actum Processing, LLC
512-263-3011 ext 1185

On 9/1/2016 1:27 PM, Lisa Janacek wrote:
> Charles,
>
> Would the daily limits see the 2 as applying to a single day?  meaning,
> do I need to raise his Limits to ensure the combined activity for
> Tuesday doesn't get any declines?
>
> Thanks,
>
> Lisa
>
> On Thu, Sep 1, 2016 at 1:04 PM, Charles <chucke@actumprocessing.com
> <mailto:chucke@actumprocessing.com>> wrote:
>
>     Ellen:
>
>         That said, our daily recurring will NOT recur on holidays!
>
>     So, there will be NO recur on Monday.
>
>     If he sends in a file, both will go Tuesday... but if it's business
>     daily recurring, no recur will happen Monday.
>
>     :)
>
>     Charles Chambers
>     Chief Technology Officer
>     Actum Processing, LLC
>     512-263-3011 ext 1185 <tel:512-263-3011%20ext%201185>
>
>     On 9/1/2016 12:38 PM, Ellen Connaway wrote:

Buthe won't fall behind if Monday's recur goes out on Tuesday
along with
Tuesday's recur, right?

*Ellen*
*Risk Analyst : Merchant Support*
*Skype: ellen_wts*

On 9/1/2016 12:04 PM, Charles wrote:

Ellen:

It's only a double billing if it's un-intended.

He just doesn't want to fall behind on billing.

That said, our daily recurring will NOT recur on holidays!

We would have to do something manual (read --> fee charged)
to get
them to bill twice on Tuesday.

Charles Chambers
Chief Technology Officer
Actum Processing, LLC
512-263-3011 ext 1185 <tel:512-263-3011%20ext%201185>
[Quoted text hidden]
        Dir: 646 762 1843 <tel:646%20762%201843>
        FX:  855.204.0222 <tel:855.204.0222>
        EMAIL*: rgiardina@richmondcapitalgroup.com
    <mailto:rgiardina@richmondcapitalgroup.com>
        <mailto:rgiardina@richmondcapitalgroup.com
    <mailto:rgiardina@richmondcapitalgroup.com>>
        *WEB: www.richmondcapitalgroup.com
    <http://www.richmondcapitalgroup.com>
    <http://www.richmondcapitalgroup.com>
[Quoted text hidden]
        <mailto:ellen@actumprocessing.com
[Quoted text hidden]
Actum Processing
<http://www.actumprocessing.com/>

www.actumprocessing.com <http://www.actumprocessing.com/>

Facebook
<https://www.facebook.com/pages/Actum-Processing-LLC/782166138482393>    Twitter
<https://twitter.com/ActumProcessing>    Linkedin
<https://www.linkedin.com/company/actum-processing-llc>    Instagram
<https://www.youtube.com/channel/UC9D_sk-hVcjHfm5aEJnOe8w?guided_help_flow=3>

<http://www.actumprocessing.com/>

Lisa Janacek,
Business Relationship Manager
<mailto:lisa@actumprocessing.com>
*P:* 512-402-0082 ext.1134
*C:* 512-913-8229
*F:* 512-597-0258
*E:* lisa@actumprocessing.com <mailto:lisa@actumprocessing.com>
[Quoted text hidden]

**Lisa Janacek** <lisa@actumprocessing.com>                                    Thu, Sep 1, 2016 at 1:53 PM
To: Robert Giardina <rgiardina@richmondcapitalgroup.com>
Cc: Ellen Connaway <ellen@actumprocessing.com>

Rob,

I've also verified we do <u>not</u> need to raise the Limits.  Each day's "intended" transaction date will apply to the Limits for that day only.  Limits are not based on when transactions are sent to the bank, rather when you submit transactions to Actum.

Cheers!

Lisa
[Quoted text hidden]
--



www.actumprocessing.com



**Lisa Janacek**,
Business Relationship Manager

**P:** 512-402-0082 ext.1134
**C:** 512-913-8229
**F:** 512-597-0258
**E:** lisa@actumprocessing.com

[Quoted text hidden]



**Actum Lisa <actum.lisa@gmail.com>**

---

## HOLIDAY PAYMENTS
3 messages

---

**Mimi Deutsch** <mimi@megacapfunding.com>                     Fri, Dec 21, 2018 at 12:07 PM
To: Vinny Lipari <vinny@actumprocessing.com>, Lisa Janacek <lisa@actumprocessing.com>, Vinnie Actum
<vinny.lipari@actumprocessing.com>, Jared <jared@actumprocessing.com>, Ellen Connaway
<ellen@actumprocessing.com>, brad@actumprocessing.com, Aubree <aubree@actumprocessing.com>

Hi,

Hope all is well, please increase my daily limit for holiday payments.

Thank you!

--
<u>**Megacap Funding**</u>
**Mimi Deutsch**
Phone #: 1 (845) 499-9480
Email: mimi@megacapfunding.com

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Megacap Funding, its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Megacap Funding. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.
.

---

**Ellen Connaway** <ellen@actumprocessing.com>                     Fri, Dec 21, 2018 at 1:57 PM
To: Mimi Deutsch <mimi@megacapfunding.com>, Vinny Lipari <vinny@actumprocessing.com>, Lisa Janacek
<lisa@actumprocessing.com>, Vinnie Actum <vinny.lipari@actumprocessing.com>, Jared <jared@actumprocessing.com>,
brad@actumprocessing.com, Aubree <aubree@actumprocessing.com>

Hi Mimi,

Your limits have been updated.

Thank you!

**Ellen Connaway**
Actum Processing
www.actumprocessing.com
Merchant Support
Office: (512) 402-0082 Ext: 1107
Email: ellen@actumprocessing.com

Learn more about NACHA's Operating Rules

Actum Processing does not recommend or endorse transmitting protected information via e-mail or fax. Please transmit
all sensitive information through our secure document portal.

---

[Quoted text hidden]

**Mimi Deutsch** <mimi@megacapfunding.com>　　　　　　　　　　　　　Fri, Dec 21, 2018 at 2:46 PM
To: Ellen Connaway <ellen@actumprocessing.com>
Cc: Vinny Lipari <vinny@actumprocessing.com>, Lisa Janacek <lisa@actumprocessing.com>, Vinnie Actum
<vinny.lipari@actumprocessing.com>, Jared <jared@actumprocessing.com>, brad@actumprocessing.com, Aubree
<aubree@actumprocessing.com>

Thank you! Have a great weekend and happy Holidays!!!

[Quoted text hidden]

PX35 - 282

 **Gmail**

**Actum Lisa <actum.lisa@gmail.com>**

---

# LABOR DAY
4 messages

---

**Robert Giardina** <rgiardina@richmondcapitalgroup.com>                 Wed, Aug 31, 2016 at 9:55 AM
To: Actum Lisa <lisa@actumprocessing.com>, vincent lipari <vinny.lipari@actumprocessing.com>

Hi Lisa

For Labor day we usually set up an extra payment on this Friday to hit our merchants on Tuesday. So they will get a double draft on Tuesday, one for there schedule and the other for Monday the holiday. I have enough limits in all the accounts except for Richmond Capital Funding A 20160095
 is it possible to get an increase for that day?

*Best Regards,*
Robert Giardina
*Managing Partner*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

Dir: 646 762 1843
FX:  855.204.0222
EMAIL: **rgiardina@richmondcapitalgroup.com**
WEB: www.richmondcapitalgroup.com

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you  are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

---

**Lisa Janacek** <lisa@actumprocessing.com>                     Wed, Aug 31, 2016 at 11:28 AM
To: Robert Giardina <rgiardina@richmondcapitalgroup.com>
Cc: vincent lipari <vinny.lipari@actumprocessing.com>, Ellen <ellen@actumprocessing.com>

Hi, Rob.

Happy to help with this.  What do you need A20160095's Limits increased to?

Best,

Lisa
[Quoted text hidden]
--

 **Lisa Janacek**,
Business Relationship Manager

PX35 - 283

www.actumprocessing.com

Facebook    Twitter
Linkedin
Instagram

**P:** 512-402-0082 ext.1134
**C:** 512-913-8229
**F:** 512-597-0258
**E:** lisa@actumprocessing.com

7004 Bee Cave Road, Bldg. 3, Suite 312
Austin, TX 78746

---

**Lisa Janacek** <lisa@actumprocessing.com>          Thu, Sep 1, 2016 at 1:54 PM
To: Vinny Lipari <vinny.lipari@actumprocessing.com>

Just wanted to let you know Rob's all good, Ellen and I have him in tip-top shape ;)

[Quoted text hidden]
[Quoted text hidden]

---

**vincent lipari** <vinny.lipari@actumprocessing.com>          Thu, Sep 1, 2016 at 2:24 PM
To: Lisa Janacek <lisa@actumprocessing.com>

So awesome!   Thank you.

He is a GOOD dude!

**Best,**
**Vinny Lipari, MBA**
**President**
**Actum Processing**

Office: 602.912.5707 / Mobile: 480.677.0555
Email: vinny.lipari@actumprocessing.com
Website: www.actumprocessing.com

***CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message***

[Quoted text hidden]

PX35 - 284

 **Gmail**

**Actum Lisa <actum.lisa@gmail.com>**

## MAKEUP PAYMENTS
14 messages

**Michelle Gregg** <michelle@richmondcapitalgroup.com>     Thu, Nov 3, 2016 at 10:03 AM
To: Andrew S Chiu <andrew.chiu@mcasuite.com>, Garren Du <garren.du@mcasuite.com>, Robert Giardina <rgiardina@richmondcapitalgroup.com>, Ellen Connaway <ellen@actumprocessing.com>, Lisa <lisa@actumprocessing.com>, vincent lipari <vinny.lipari@actumprocessing.com>

Good Morning Everyone,

It has come to our attention that the make up payments for the merchants who bounce occasional payments are not being credited into MCA Suite. We are being paid. But this obviously creates an issue when giving balances for payoffs.

one example is 17018571

basically, its all "Funded Debits" within the settlement report.


--
*Regards,*
*Michelle Gregg*
*Managing Director*

*Richmond Capital Group*
*125 Maiden Lane Suite 501*
*New York, NY 10038*

*Direct #: 1 (347) 282-5961*
*Fax #: 1 (855) 204-0222*
*Email: michelle@richmondcapitalgroup.com*

**Andrew S Chiu** <andrew.chiu@mcasuite.com>     Thu, Nov 3, 2016 at 10:10 AM
To: Michelle Gregg <michelle@richmondcapitalgroup.com>
Cc: Garren Du <garren.du@mcasuite.com>, Robert Giardina <rgiardina@richmondcapitalgroup.com>, Ellen Connaway <ellen@actumprocessing.com>, Lisa <lisa@actumprocessing.com>, vincent lipari <vinny.lipari@actumprocessing.com>

Hi Michelle,

What merchant is this? We don't see 17018571 tied to any deal.

Andrew

> On Nov 3, 2016, at 8:03 AM, Michelle Gregg <michelle@richmondcapitalgroup.com> wrote:
>
> 17018571

**Michelle Gregg** <michelle@richmondcapitalgroup.com>     Thu, Nov 3, 2016 at 10:11 AM
To: Andrew S Chiu <andrew.chiu@mcasuite.com>
Cc: Garren Du <garren.du@mcasuite.com>, Robert Giardina <rgiardina@richmondcapitalgroup.com>, Ellen Connaway <ellen@actumprocessing.com>, Lisa <lisa@actumprocessing.com>, vincent lipari <vinny.lipari@actumprocessing.com>

PX35 - 285

pac tran   17003307
[Quoted text hidden]
[Quoted text hidden]

---

**Michelle Gregg** <michelle@richmondcapitalgroup.com>                    Thu, Nov 3, 2016 at 10:14 AM
To: Andrew S Chiu <andrew.chiu@mcasuite.com>
Cc: Garren Du <garren.du@mcasuite.com>, Robert Giardina <rgiardina@richmondcapitalgroup.com>, Ellen Connaway
<ellen@actumprocessing.com>, Lisa <lisa@actumprocessing.com>, vincent lipari <vinny.lipari@actumprocessing.com>

remember, each time that we run a makeup payment OR the last payment is a partial payment, that is assigned a new
order number .....
[Quoted text hidden]

---

**Andrew S Chiu** <andrew.chiu@mcasuite.com>                    Thu, Nov 3, 2016 at 10:27 AM
To: Michelle Gregg <michelle@richmondcapitalgroup.com>
Cc: Garren Du <garren.du@mcasuite.com>, Robert Giardina <rgiardina@richmondcapitalgroup.com>, Ellen Connaway
<ellen@actumprocessing.com>, Lisa <lisa@actumprocessing.com>, vincent lipari <vinny.lipari@actumprocessing.com>

You'll have to add the new order number on the deal tracking page (you can have multiple) for the time being.

Actum team, is there anyway to add additional payments using the same order number?
[Quoted text hidden]

---

**Michelle Gregg** <michelle@richmondcapitalgroup.com>                    Thu, Nov 3, 2016 at 10:35 AM
To: Andrew S Chiu <andrew.chiu@mcasuite.com>
Cc: Garren Du <garren.du@mcasuite.com>, Robert Giardina <rgiardina@richmondcapitalgroup.com>, Ellen Connaway
<ellen@actumprocessing.com>, Lisa <lisa@actumprocessing.com>, vincent lipari <vinny.lipari@actumprocessing.com>

im curious why no one ever told me I had to do it that way......   full disclosure is a good thing   lol
[Quoted text hidden]

---

**Ellen Connaway** <ellen@actumprocessing.com>                    Thu, Nov 3, 2016 at 10:36 AM
To: Andrew S Chiu <andrew.chiu@mcasuite.com>, Michelle Gregg <michelle@richmondcapitalgroup.com>
Cc: Garren Du <garren.du@mcasuite.com>, Robert Giardina <rgiardina@richmondcapitalgroup.com>, Lisa
<lisa@actumprocessing.com>, vincent lipari <vinny.lipari@actumprocessing.com>

Hi Andrew,

No, there is not a way to do that because order numbers are distinct.  They are showing up in the transaction history
exports, so I'm not sure why they aren't loading into your system.

Thank you,

**Ellen**
**Risk Analyst : Merchant Support**
**Skype: ellen_wts**
[Quoted text hidden]

    [Quoted text hidden]

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2016.0.7859 / Virus Database: 4664/13337 - Release Date: 11/02/16

---

**Michelle Gregg** <michelle@richmondcapitalgroup.com>                    Thu, Nov 3, 2016 at 10:39 AM
To: Ellen Connaway <ellen@actumprocessing.com>
Cc: Andrew S Chiu <andrew.chiu@mcasuite.com>, Garren Du <garren.du@mcasuite.com>, Robert Giardina
<rgiardina@richmondcapitalgroup.com>, Lisa <lisa@actumprocessing.com>, vincent lipari
<vinny.lipari@actumprocessing.com>

PX35 - 286

guys... there has to be a way when i do a one off payment that in some way it is connected to the original order#  .....  I am feeding off of it essentially, its not like i am creating a new file by going into the virtual terminal.

[Quoted text hidden]

---

**Ellen Connaway** <ellen@actumprocessing.com>                    Thu, Nov 3, 2016 at 10:45 AM
To: Michelle Gregg <michelle@richmondcapitalgroup.com>
Cc: Andrew S Chiu <andrew.chiu@mcasuite.com>, Garren Du <garren.du@mcasuite.com>, Robert Giardina
<rgiardina@richmondcapitalgroup.com>, Lisa <lisa@actumprocessing.com>, vincent lipari
<vinny.lipari@actumprocessing.com>

Hi Michelle,

In the "Your Order Number" field, you can put the same info in the make up payment that you put in the original order.  It's a searchable field too.

Let me know if you have any questions on this.

Thanks,

**Ellen**
**Risk Analyst : Merchant Support**
**Skype: ellen_wts**
[Quoted text hidden]

---

**Andrew S Chiu** <andrew.chiu@mcasuite.com>                    Thu, Nov 3, 2016 at 10:48 AM
To: Ellen Connaway <ellen@actumprocessing.com>
Cc: Michelle Gregg <michelle@richmondcapitalgroup.com>, Garren Du <garren.du@mcasuite.com>, Robert Giardina
<rgiardina@richmondcapitalgroup.com>, Lisa <lisa@actumprocessing.com>, vincent lipari
<vinny.lipari@actumprocessing.com>

Hi Ellen,

Would the "Your Order Number" field still be the "Order Number" column in the settlement files, or a different column?

Andrew
[Quoted text hidden]

---

**Ellen Connaway** <ellen@actumprocessing.com>                    Thu, Nov 3, 2016 at 11:01 AM
To: Andrew S Chiu <andrew.chiu@mcasuite.com>
Cc: Michelle Gregg <michelle@richmondcapitalgroup.com>, Garren Du <garren.du@mcasuite.com>, Robert Giardina
<rgiardina@richmondcapitalgroup.com>, Lisa <lisa@actumprocessing.com>, vincent lipari
<vinny.lipari@actumprocessing.com>

Hey Andrew,

It would be the "MerchantOrderNumber" field.

Thanks!

**Ellen**
**Risk Analyst : Merchant Support**
**Skype: ellen_wts**
[Quoted text hidden]

---

**Andrew S Chiu** <andrew.chiu@mcasuite.com>                    Thu, Nov 3, 2016 at 11:06 AM
To: Ellen Connaway <ellen@actumprocessing.com>
Cc: Michelle Gregg <michelle@richmondcapitalgroup.com>, Garren Du <garren.du@mcasuite.com>, Robert Giardina
<rgiardina@richmondcapitalgroup.com>, Lisa <lisa@actumprocessing.com>, vincent lipari
<vinny.lipari@actumprocessing.com>

Great,

PX35 - 287

Will the MerchantOrderNumber be blank if none is supplied?

Our matching logic might be to match "MerchantOrderNumber" if it exists, if not we'll match "OrderNumber".

Michelle — we'll need to do some updates on our end to get this working, should be quick.

Andrew
[Quoted text hidden]

---

**Michelle Gregg** <michelle@richmondcapitalgroup.com>                          Thu, Nov 3, 2016 at 11:09 AM
To: Andrew S Chiu <andrew.chiu@mcasuite.com>
Cc: Ellen Connaway <ellen@actumprocessing.com>, Garren Du <garren.du@mcasuite.com>, Robert Giardina
<rgiardina@richmondcapitalgroup.com>, Lisa <lisa@actumprocessing.com>, vincent lipari
<vinny.lipari@actumprocessing.com>

GREAT!!!  Thanks guys
[Quoted text hidden]

---

**Ellen Connaway** <ellen@actumprocessing.com>                          Thu, Nov 3, 2016 at 11:11 AM
To: Andrew S Chiu <andrew.chiu@mcasuite.com>
Cc: Michelle Gregg <michelle@richmondcapitalgroup.com>, Garren Du <garren.du@mcasuite.com>, Robert Giardina
<rgiardina@richmondcapitalgroup.com>, Lisa <lisa@actumprocessing.com>, vincent lipari
<vinny.lipari@actumprocessing.com>

Hey Andrew,

The MerchantOrderNumber will be blank if nothing is supplied.

Let me know if you need anything else.

Thanks!

**Ellen**
**Risk Analyst : Merchant Support**
**Skype: ellen_wts**
[Quoted text hidden]

PX35 - 288

 Gmail

**Actum Lisa <actum.lisa@gmail.com>**

---

# PRESIDENTS DAY
2 messages

---

**Michelle Gregg** <michelle@richmondcapitalgroup.com>                    Wed, Feb 15, 2017 at 10:39 AM
To: Ellen Connaway <ellen@actumprocessing.com>, Lisa <lisa@actumprocessing.com>, Robert Giardina
<robert@richmondcapitalgroup.com>

    GOOD MORNING ALL .....

    ANOTHER BANKING HOLIDAY IS COMING UP ON US, JUST MAKING SURE THAT WE WILL HAVE THE
    AVAILABILITY FOR ME TO RUN OUR HOLIDAY PAYMENTS  THIS FRIDAY.

    --
    *Regards,*
    *Michelle Gregg*
    *Managing Director*

    *Richmond Capital Group*
    *111 John Street  Suite 1440*
    *New York, NY 10038*

    *Direct #: 1 (347) 282-5961*
    *Fax #: 1 (855) 204-0222*
    *Email: michelle@richmondcapitalgroup.com*

---

**Ellen Connaway** <ellen@actumprocessing.com>                    Wed, Feb 15, 2017 at 10:58 AM
To: Michelle Gregg <michelle@richmondcapitalgroup.com>, Lisa <lisa@actumprocessing.com>, Robert Giardina
<robert@richmondcapitalgroup.com>

    Hi Michelle,

    You're good to go!

    Thanks!

    **Ellen Connaway**
    **Merchant Support**
    **Skype: ellen_wts**
    [Quoted text hidden]

        [Quoted text hidden]

    No virus found in this message.
    Checked by AVG - www.avg.com
    Version: 2016.0.7998 / Virus Database: 4756/13955 - Release Date: 02/15/17

 **Gmail**

**Actum Lisa <actum.lisa@gmail.com>**

---

## Re: HOLIDAY PAYMENT
2 messages

---

**Ellen Connaway** <ellen@actumprocessing.com>                    Tue, Sep 6, 2016 at 4:45 PM
To: Michelle Gregg <michelle@richmondcapitalgroup.com>
Cc: Robert Giardina <rgiardina@richmondcapitalgroup.com>, Lisa <lisa@actumprocessing.com>

Hi Michelle,

Vision Care was taken care of and the holiday payments have been submitted.

Also, with the holiday payment situation, I misunderstood how it was going to work so that is on me.  If you have any questions, please let us know.

Thank you!

**Ellen**
**Risk Analyst : Merchant Support**
**Skype: ellen_wts**

On 9/6/2016 3:15 PM, Michelle Gregg wrote:

> YES...PLEASE

> On Tue, Sep 6, 2016 at 4:14 PM, Ellen Connaway <ellen@actumprocessing.com> wrote:
>> Hi Michelle,
>>
>> 16971728 (VISION CARE) was not stopped.  Does that need to be stopped?
>>
>> Thanks,
>>
>> **Ellen**
>> **Risk Analyst : Merchant Support**
>> **Skype: ellen_wts**
>>
>> On 9/6/2016 2:56 PM, Michelle Gregg wrote:
>>
>>> PLEASE HIT HOLIDAY PAYMENTS FOR ALL ..
>>> EXCEPT  #16981579 (ENERGIE 7TH DEAL)   AND THE TWO YOU ALREADY STOPPED
>>> THIS MORNING # 16971013 (HOMECARE SERVICES)  #16971728 (VISION CARE)
>>>
>>> --
>>> *Regards,*
>>> *Michelle Gregg*
>>> *Managing Director*
>>>
>>> *Richmond Capital Group*
>>> *125 Maiden Lane Suite 501*
>>> *New York, NY 10038*
>>>
>>> *Direct #:* *1 (347) 282-5961*
>>> *Fax #:* *1 (855) 204-0222*
>>> *Email:* michelle@richmondcapitalgroup.com
>>>
>>> No virus found in this message.
>>> Checked by AVG - www.avg.com
>>> Version: 2016.0.7752 / Virus Database: 4649/12958 - Release Date: 09/06/16

PX35 - 290

--
*Regards,*
*Michelle Gregg*
*Managing Director*

*Richmond Capital Group*
*125 Maiden Lane Suite 501*
*New York, NY 10038*

*Direct #: 1 (347) 282-5961*
*Fax #: 1 (855) 204-0222*
*Email: michelle@richmondcapitalgroup.com*

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2016.0.7752 / Virus Database: 4649/12958 - Release Date: 09/06/16

---

**Michelle Gregg** <michelle@richmondcapitalgroup.com>                    Tue, Sep 6, 2016 at 4:47 PM
To: Ellen Connaway <ellen@actumprocessing.com>
Cc: Robert Giardina <rgiardina@richmondcapitalgroup.com>, Lisa <lisa@actumprocessing.com>

THANK YOU FOR EVERYTHING ...
[Quoted text hidden]

 Gmail

Actum Lisa <actum.lisa@gmail.com>

---

# Richmond Capital Holiday Transactions / M20160094

2 messages

---

**Ellen Connaway** <ellen@actumprocessing.com>　　　　　　　　　　Mon, Nov 7, 2016 at 12:52 PM
To: Charles <chucke@actumprocessing.com>, Lisa <lisa@actumprocessing.com>

Hi Charles,

Since Friday is a bank holiday, Richmond wants us to process their holiday payments for them.  Michelle said everyone under their 4 accounts needs to be billed double for the holiday.  Oh, and how much are we charging them?  It was waived last time, so I don't know if a fee was ever discussed.

Thanks!
--
**Ellen**
**Risk Analyst : Merchant Support**
**Skype: ellen_wts**

---

**Charles** <chucke@actumprocessing.com>　　　　　　　　　　　　Mon, Nov 7, 2016 at 12:56 PM
To: Ellen Connaway <ellen@actumprocessing.com>, Lisa <lisa@actumprocessing.com>

Ellen:

$75...

And I need to know what day she would like these to hit.

Charles Chambers
Chief Technology Officer
Actum Processing, LLC
512-263-3011 ext 1185

On 11/7/2016 12:52 PM, Ellen Connaway wrote:
> Hi Charles,
>
> Since Friday is a bank holiday, Richmond wants us to process their
> holiday payments for them.  Michelle said everyone under their 4
> accounts needs to be billed double for the holiday.  Oh, and how much
> are we charging them?  It was waived last time, so I don't know if a fee
> was ever discussed.
>
> Thanks!
> --
> *Ellen*
> *Risk Analyst : Merchant Support*
> *Skype: ellen_wts*

# ATTACHMENT I

**CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY**
**Pursuant to 28 U.S.C. § 1746**

1.   I, _Charles Chambers_, have personal knowledge of the facts set forth below

and am competent to testify as follows:

2.   I have authority to certify the authenticity of the records produced **Actum Processing,**

**LLC** (the "Company") and attached hereto.

3.   The documents produced and attached hereto by the Company are originals or true copies

of records of regularly conducted activity that:

a)   Were made at or near the time of the occurrence of the matters set forth

by, or from information transmitted by, a person with knowledge of those matters;

b)   Were kept in the course of the regularly conducted activity of the Company; and

c)   Were made by the regularly conducted activity as a regular practice of the

Company.

I certify under penalty of perjury that the foregoing is true and correct.

Date:   _8/12/19_

Signature

# ATTACHMENT J



# BUSINESS ACCOUNT APPLICATION

**INSTRUCTIONS:** Type or print form. All information is required. Provide documentation evidencing business entity (i.e. business certificate, articles of incorporation, etc.) and copies of identification for each authorized signer.

**Account Number:** ▮▮▮ 3960

## BUSINESS INFORMATION:

Legal Business Name: Richmond Capital Group, LLC

Account Title: Funding Acct.

Business Type: ☐ Corporation  ☐ Partnership  ☐ Sole Proprietorship  ☐ Non-Profit  ☒ LLC  ☐ LLP
☐ Other:

TIN: 46-3986019                TIN Type: ☐ SSN  ☒ EIN   Date Organized: 10/25/2013

Physical Address: 125 Maiden Lane, Suite 501, New York, New York 10005

Mailing Address: Daszkowski, Tompins & Weg. 1303 Clove Road, SINY 10301

Phone No: 917 838-9162          Fax No:              E-mail:

I / We would like to enroll in ESB's Free Internet Banking: *  ☐ Without Bill Pay  ☐ With Free Bill Pay
* By indicating enrollment in Internet Banking and by signing below, I/we acknowledge receipt of the Internet and PC Banking Agreement for Personal & Commercial Accounts. I/We have read and understand it and agree to, and will comply with all of the terms and conditions set forth in it.

## AUTHORIZED SIGNERS INFORMATION:

Name: Robert Giardina       First     M/I     Last      Title: Member

SSN: ▮▮▮▮▮▮     DOB: ▮▮▮▮     Mother's Maiden Name: ▮▮▮▮

Physical Address: ▮▮▮▮▮▮

Mailing Address:                                          Ext:

Home Phone No: ▮▮▮▮▮    Work Phone No:

Cell Phone No: ▮▮▮▮▮     E-mail Address: rgiardina@islandmutual.com

Driver's License No ▮▮▮▮   State: NY   Issued: 10-25-10   Expires: 10-25-18

I would like to apply for a Business Visa Debit Card: **  ☐ Yes  ☒ No
** By selecting Yes to apply for a Business Visa Debit Card and by signing below, I authorize Empire State Bank to obtain a copy of my credit report to process my application. I understand that in order to qualify, I must meet the Bank's guidelines for approval. I acknowledge receipt of the Visa Debit Card disclosure and the Bank's Electronic Funds Transfer disclosure, and agree to and will comply with all of the terms and conditions set forth in it.

Authorized Signer's Signature: x *Robert F. Guardina*        Date: 11-2-2013

---

Name: ▮▮      First     M/I     Last      Title: ▮▮▮

SSN: ▮▮▮▮▮     DOB:              Mother's Maiden Name:

Physical Address:

Mailing Address:                                          Ext:

Home Phone No:          Work Phone No:

Cell Phone No: ▮▮▮▮▮     E-mail Address:                      n

Driver's License No:       State:      Issued:      Expires:

I would like to apply for a Business Visa Debit Card: **  ☐ Yes  ☐ No
** By selecting Yes to apply for a Business Visa Debit Card and by signing below, I authorize Empire State Bank to obtain a copy of my credit report to process my application. I understand that in order to qualify, I must meet the Bank's guidelines for approval. I acknowledge receipt of the Visa Debit Card disclosure and the Bank's Electronic Funds Transfer disclosure, and agree to and will comply with all of the terms and conditions set forth in it.

Authorized Signer's Signature: x                            Date:

PX35 - 296



# EMPIRE STATE BANK
BUILD YOUR EMPIRE WITH US

## BUSINESS INFORMATION:

Legal Business Name: _Richmond Capital Group_
Account Title: _Funds A/C_

## AUTHORIZED SIGNERS INFORMATION:

Name: _____ First _____ M/I _____ Last _____   Title: _____
Mother's Maiden Name: _____
SSN: _____   DOB: _____
Physical Address: _____
Mailing Address: _____   Ext: _____
Home Phone No: _____   Work Phone No: _____
Cell Phone No: _____   E-mail Address: _____
Driver's License No: _____   State: _____   Issued: _____   Expires: _____

I would like to apply for a Business Visa Debit Card: **  ☐ Yes  ☐ No
** By selecting Yes to apply for a Business Visa Debit Card and by signing below, I authorize Empire State Bank to obtain a copy of my credit report to process my application. I understand that in order to qualify, I must meet the Bank's guidelines for approval. I acknowledge receipt of the Visa Debit Card disclosure and the Bank's Electronic Funds Transfer disclosure, and agree to and will comply with all of the terms and conditions set forth in it.
Authorized Signer's Signature:   X _____   Date: _____

Name: _____ First _____ M/I _____ Last _____   Title: _____
Mother's Maiden Name: _____
SSN: _____   DOB: _____
Physical Address: _____
Mailing Address: _____   Ext: _____
Home Phone No: _____   Work Phone No: _____
Cell Phone No: _____   E-mail Address: _____
Driver's License No: _____   State: _____   Issued: _____   Expires: _____

I would like to apply for a Business Visa Debit Card: **  ☐ Yes  ☐ No
** By selecting Yes to apply for a Business Visa Debit Card and by signing below, I authorize Empire State Bank to obtain a copy of my credit report to process my application. I understand that in order to qualify, I must meet the Bank's guidelines for approval. I acknowledge receipt of the Visa Debit Card disclosure and the Bank's Electronic Funds Transfer disclosure, and agree to and will comply with all of the terms and conditions set forth in it.
Authorized Signer's Signature:   X _____   Date: _____

## Bank Use Only

Services Provided:  ☐ Visa Debit Card  ☐ ATM Card  ☒ Internet Banking  ☐ Bill Pay  ☐ Telephone Banking
☐ Cash Management  ☐ RDC  ☒ Checks –   Style/Color: _____

Account No: ▉▉▉396   Opening Deposit: $75000.00   Source of Funds: _checks_
ID Verification: ☒ OFAC  ☒ ChexSystems  ☒ Copy of Identification  ☒ NYS Corp Database  ☐ Other: _____

Referred By: _J. Sarno_   Date Received: _11/27/13_
Opened By: _T. Pommerenk_   Date Opened: _11/27/13_
Reviewed By: _C. MAzola (N)_   Date Reviewed: _12/2/13_



# BUSINESS CUSTOMER INFORMATION FORM

*INSTRUCTIONS: Form is to be completed by CSR and forwarded to the BSA Dept. along with State Corporate Filing Database Check.*

**Legal Business Name:** Richmond Capital Group

**Account Number(s):** ▮▮▮3299, ▮▮▮3396          **TIN:** 46-3986019

**Address:** 125 Maiden Lane, NY NY 10005 ste 501
(Street Address)                (City)          (State)        (Zip)

**Source of Funds:**                              **NAICS Code:**

---

**Type of Business:** Check the appropriate business type:

- ☐ Gas Station
- ☐ Parking Garage
- ☐ Restaurant and/or Bar
- ☐ Import / Export Business
- ☐ Convenience Store
- ☐ Jewel, Gem Dealer
- ☐ Retail Store
- ☐ Fast Food
- ☐ Lawyer / Accountant
- ☐ Used Car Dealer
- ☐ Vending Machine Operator
- ☐ Cigarette Distributor
- ☐ Liquor Store
- ☐ Private ATM Owner
- ☐ Pawn Broker

**If not listed above, indicate type of business activity:** Investment company

| Type of Entity: | How long in business? | Purpose of Account: |
|---|---|---|
| ☐ Corporation  ☐ Partnership | ☒ Less than 2 years | ☐ Operating  ☐ Payroll |
| ☐ Non-Profit  ☐ Sole Proprietorship | ☐ 3-5 years | ☐ Trust  ☐ IOLA |
| ☐ Limited Liability Corporation (LLC) | ☐ 5-10 years | ☐ Savings |
| ☐ Limited Liability Partnership (LLP) | ☐ 10+ years | ☐ Other |

---

**Monthly Anticipated Activity:** Check all of the following transactions that will be conducted by the business and list the **number of transactions expected _per month_** and the expected **average dollar amount of transactions**.

| | # | Amt: | |
|---|---|---|---|
| ☒ Cash Deposits | 1-3 | $ 1000 | |
| ☒ Cash Withdrawals | 1-2 | $ 2000-3000 | |
| ☒ Check Deposits | 5-10 | $ 10000 | |
| ☒ Check Withdrawals | 30-40 | $ 15000-50000 | |
| ☒ Currency Exchanges | n/a | $ n/a | |
| ☒ Debit Card Transactions | n/a | $ n/a | |
| ☒ ATM Transactions | n/a | $ n/a | |
| ☒ Domestic Outgoing Wires | 5-10 | $ 10,000-100,000.00 | |
| ☒ Domestic Incoming Wires | 5-10 | $ 5000-50,000 | |
| ☒ International Outgoing Wires | n/a | $ n/a | Country(s): n/a |
| ☒ International Incoming Wires | n/a | $ n/a | Country(s): n/a |
| ☒ Domestic ACH Deposits | 20-30 | $ 40,000-50,000 | |
| ☒ Domestic ACH Payments | n/a | $ n/a | |
| ☒ International ACH Deposits | n/a | $ n/a | Country(s): n/a |
| ☒ International ACH Payments | n/a | $ n/a | Country(s): n/a |
| ☒ Purchase of Monetary Instruments | n/a | $ n/a | |

---

**Check if box is involved in any of the following activities:** (check all that apply)

- ☐ ATM on site
- ☐ Issuer / Seller of Traveler's Checks
- ☐ Redeemer of Traveler's Checks
- ☐ Currency Dealer or Exchanger
- ☐ Issuer of Money Orders
- ☐ Seller of Money Orders
- ☐ Redeemer of Money Orders
- ☐ Check Casher
- ☐ Issuer of Stored Value Cards
- ☐ Seller of Stored Value Cards
- ☐ Redeemer of Stored Value Cards
- ☐ Money Transmitter

☐ **Operates an Internet Gambling site -**
   **If yes, is site licensed?** ☐ Yes  ☐ No

**Documentation Received:**
☐ **Government Letter**
☐ **Notification from Treasurer**

If you checked any of the above, does the business engage in transactions greater than $1,000 for any one person on any one day?  ☐ Yes  ☐ No

If the answer is yes, has the business registered with FinCEN as a Money Service Bureau? The business must provide the Bank with a copy of the registration/license or the Bank must verify the registration on FinCen's website. If you check any of the above, send a copy of this application along with the signature card and any registrations and licenses to the Bank's BSA Officer.

PX35   298
9/25/13

Completed By: _____  Date Completed: 4/9/14
CIP Inputted By (BSA Dept.): _____  Date CIP Inputted: _____

Account Number: ███3396

**ACCOUNT INFORMATION**
**CHECKING ACCOUNT**

**Empire State Bnk-Staten Island**
**1361 North Railroad Avenue**
**Staten Island, New York 10306**
**(718)351-0590**

**ACCOUNT TITLE AND ADDRESS**
Richmond Capital Group, LLC
Funding Account
125 Maiden Lane  Suite 501
New York, NY 10005

| ACCOUNT OPEN DATE | ACCOUNT NUMBER | OWNERSHIP TYPE | PRODUCT NAME | INITIAL DEPOSIT |
|---|---|---|---|---|
| November 27, 2013 | ███396 | Limited Liability Company Tax Classification: Corporation | Free Small Business Checking | $75,000.00 |

**BUSINESS ENTITY INFORMATION**

Name: Richmond Capital Group, LLC
Address: 125 Maiden Lane  Suite 501
New York, NY 10005
Contact Name: Robert L Giardina
Contact Title: Member
Contact Phone: (718)494-2499
E-Mail Address: rgiardina@islandmutual.com

Business Filing State: NY
Entity Document: Filing Receipt
Last Filing Date: October 25, 2013
Date Established: October 25, 2013
Primary County/Location: Albany
Resolution Date: November 2, 2013

Business does not engage in Internet Gambling.

**DEFINITIONS.** "You," "your," and "account owner" refer to the Customer, whether or not there are one or more Customers named on the account, and the terms "we," "us," and "our" refer to the Bank, Empire State Bnk-Staten Island.

**ACKNOWLEDGMENT.** By signing this document, you acknowledge that you have opened the type of account designated above. The undersigned certify that all information provided to the institution is true and accurate. As the account is in the name of a business entity, you acknowledge that you are acting on behalf of the business entity, and with respect to which you have legal authority to transact business. Your signature acknowledges the receipt of the appropriate Account Agreement for the type of account designated above and that you agree to be bound by the Account Agreement. You acknowledge that you have received a Funds Availability Policy Disclosure. You have also received a copy of our Privacy Policy, if one was not previously provided to you. All signers authorize this bank to make inquiries from any consumer reporting agency, including a check protection service, in connection with this account.

**1 Signer Required for Withdrawals**

Richmond Capital Group, LLC

*Robert J Giardina*          11/27/13

By: Robert L Giardina          Date
Its: Member

Account Number: ███396

**RESOLUTION**
**LIMITED LIABILITY COMPANY**

**Empire State Bnk-Staten Island**
**1361 North Railroad Avenue**
**Staten Island, New York 10306**
**(718)351-0590**

---

**BUSINESS ENTITY NAME AND ADDRESS**

Richmond Capital Group, LLC
Funding Account
125 Maiden Lane  Suite 501
New York, NY 10005

---

**Initial Resolution.**

| DATE OF RESOLUTION | ACCOUNT NUMBER |
|---|---|
| November 2, 2013 | Checking #███396 |

By signing below, I certify to Empire State Bnk-Staten Island ("Financial Institution") that: I am the Member, or authorized representative, as designated in the Operating Agreement, of the above named for profit Limited Liability Company ("Company"), validly organized and operating under the laws of the State of New York and filed at the Richmond on October 25, 2013; the following is a true and complete copy of the Resolution, properly adopted at a duly called meeting held on November 27, 203 by a quorum of the Members as provided in the Articles or Certificate of organization or in the Operating Agreement; this Resolution is contained in the minutes of that meeting and that such Resolution is still in force and effect and has not been amended or rescinded, and was and still is in accordance with the By-Laws of the Company; the Financial Institution has been provided a true and complete copy of the Articles or Certificate of organization and the Operating Agreement as in effect as of the date of this Resolution; provided below are the correct names, titles, and genuine signatures of the persons authorized to exercise the powers provided in the Resolution ("Authorized Signers"); and the Financial Institution may rely upon my certification as to my authority to execute this Resolution and to make the representations in this Resolution.

**IT IS RESOLVED:**

The Authorized Signers shall possess the powers indicated as contained in this Resolution.

**BORROW MONEY.**   As in their judgment, to borrow from time to time from this Financial Institution, on such terms as may be agreed upon between the Company and Financial Institution, such sum or sums of money without limitation.

Number of signers required: 1

**EXECUTE NOTES.**   To execute and deliver to Financial Institution the promissory note(s), or other evidence of credit accommodations of the Company, on Financial Institution's forms, at such rates of interest and on such terms as may be agreed upon evidencing the sums of money so borrowed or any indebtedness of the Company to Financial Institution, and also to execute and deliver to Financial Institution one or more renewals, extensions, modifications, refinancings, consolidations, or substitutions for one or more of the notes, any portion of the notes, or any other evidence of credit accommodations.

Number of signers required: 1

**GRANT SECURITY.**   To mortgage, pledge, transfer, endorse, hypothecate, or otherwise encumber and deliver to Financial Institution, as security for the payment of any loans or credit accommodations so obtained, any promissory notes so executed including any amendments to or modifications, renewals, and extensions of such promissory notes, or any other or further indebtedness of the Company to Financial Institution at any time owing, however the same may be evidenced, any property now or hereafter belonging to the Company or in which the Company now or hereafter may have an interest, including without limitation all real property and all personal property (tangible or intangible) of the Company. Such property may be mortgaged, pledged, transferred, endorsed, hypothecated, or encumbered at the time such loans are obtained or such indebtedness is incurred, or at any other time or times, and may be either in addition or in lieu of any property theretofore mortgaged, pledged, transferred, endorsed, hypothecated, or encumbered.

Number of signers required: 1

**EXECUTE SECURITY DOCUMENTS.**   To execute and deliver to Financial Institution the forms of mortgage, deed of trust, pledge, agreement, hypothecation agreement, and other security agreements and financing statements which may be submitted by Financial Institution, and which shall evidence the terms and conditions under and pursuant to which liens and encumbrances, or any of them are given; and also to execute and deliver to Financial Institution any other written instruments, any chattel paper, or any other collateral, of any kind or nature, which he or she may at his or her discretion deem reasonably necessary or proper in connection with or pertaining to the giving of liens and encumbrances. Notwithstanding the foregoing, the authorized person may execute, deliver, or record financing statements.

Number of signers required: 1

**NEGOTIATE ITEMS.**   To draw, endorse, and discount with Financial Institution all drafts, trade acceptances, promissory notes, or other evidences of indebtedness payable to or belonging to the Company in which the Company may have an interest, and either to

receive cash for the same or to cause such proceeds to be credited to the account of the Company with Financial Institution, or to cause such other disposition of the proceeds derived therefrom as he or she may deem advisable.

Number of signers required: 1

**ADVANCE UNDER LINE OF CREDIT.**   In the case of lines of credit, to designate additional or alternative individuals as being authorized to request advances thereunder, and in all cases, to perform such other acts and things, to pay any and all fees and costs, and to execute and deliver such other documents and agreements, (including agreements waiving the right to a trial by jury) as they may in their discretion deem reasonably necessary or proper in order to carry into effect the provisions of these Resolutions. The person indicated herein is currently authorized to request advances and authorize payments under the line of credit until Financial Institution receives written notice or revocation of his/her authority.

Number of signers required: 1

**GUARANTEE INDEBTEDNESS.**   To give the guarantee of this Company for the debts of the Guaranteed Borrower to Financial Institution, from time to time, on Financial Institution's forms and upon such terms as this Company, Guaranteed Borrower, and Financial Institution may deem necessary.

Number of signers required: 1

**ENTER INTO LEASE AGREEMENTS.**   To enter into any form of personal property or fixture lease with Financial Institution, upon such terms as this Company and Financial Institution may agree.

Number of signers required: 1

**DEPOSITORY ACCOUNT.**   Perform the following activities in regards to the depository account(s) indicated above in the name of the Company, subject to any terms and conditions governing the account(s), including:

1. Open and maintain the Company account(s);
2. Make deposits to the Company account(s);
3. Endorse for negotiation, negotiate, and receive the proceeds of any negotiable instrument, check, draft, or order for the payment of money payable to or belonging to the Company, by writing, stamp, or other means permitted by this Resolution without the designation of the person endorsing;
4. Make withdrawals from the Company account(s) in any manner permitted by the account(s);
5. Transfer funds from the Company account(s) in Financial Institution to any account whether or not held at this Financial Institution and whether or not held by this Company;
6. Transfer funds to the Company account in Financial Institution from any account(s) whether or not held at Financial Institution and whether or not held by this Company;
7. Approve, endorse, guarantee, and identify the endorsement of any payee or any endorser of any negotiable instrument, check, draft or order for the payment of money whether drawn by the Company or anyone else and guarantee the payment of any negotiable instrument, check, draft, or order for the payment of money; and
8. Delegate to others the authority to approve, endorse, guarantee, and identify the endorsement of any payee or endorser on any negotiable instrument, check, draft, or order for the payment of money and to guarantee the payment of any such negotiable instrument, check, draft, or order for the payment of money.

Number of signers required: 1

**SAFE DEPOSIT BOX.**   Lease a Safe Deposit Box(es) with Financial Institution, make inspections of, deposits to and removals from the Box(es), and exercise all rights and be subject to all responsibilities under the Lease.

Number of signers required: 1

**NIGHT DEPOSITORY.**   Enter into a Night Depository Agreement with Financial Institution and exercise all rights and be subject to all responsibilities under the Agreement.

Number of signers required: 1

**LOCKBOX.**   Enter into a Lockbox Agreement with Financial Institution and exercise all rights and be subject to all responsibilities under the Agreement.

Number of signers required: 1

**DEBIT CARD/ACCESS CARD.**   Apply for, receive and utilize debit, automated teller machine cards, or other access devices to exercise those powers authorized by this Resolution or other Resolutions then in effect

Number of signers required: 1

**CASH MANAGEMENT.**   Enter into a Cash Management Agreement with Financial Institution, and exercise all rights and be subject to all responsibilities under the Agreement.

Number of signers required: 1

PX35 - 302

Account Number: ████396

**IT IS FURTHER RESOLVED THAT:**

**DESIGNATED DEPOSITORY.**   Financial Institution is designated as a depository for the funds of the Company and to provide other financial accommodations indicated in this Resolution.

**AUTHORIZED SIGNER'S POWERS.**   Authorized Signers are authorized to make any and all other contracts, agreements, stipulations, and orders which the Authorized Signers may deem advisable for the effective exercise of their powers.

**SIGNATURES.**   The Financial Institution shall be indemnified and held harmless by the Company for any claims, expenses, damages, or attorney fees resulting from the honoring of any signature, authorized by this Resolution, or refusing to honor any signature not so authorized, regardless of whether or not such signature was genuine, if such signature reasonably resembles the specimen provided to the Financial Institution The Financial Institution shall also be permitted to rely upon non-signature security and verification codes which it provides to or receives from an Authorized Signer and shall be indemnified and held harmless by the Company for any claims, expenses, damages, or attorney fees resulting from their use

**IMPROPER ENDORSEMENT.**   Any negotiable instrument, check, draft or order for the payment of moneys not clearly endorsed by an Authorized Signer may be returned to the Company by the Financial Institution. The Financial Institution, in its sole discretion, alternatively may endorse on behalf of the Company any negotiable instrument, check, draft, or order for the payment of money not clearly endorsed in order to facilitate collection. Financial Institution shall have no liability for any delay in the presentment or return of any negotiable instrument, check, draft, or order for the payment of money which is not properly endorsed.

**DISPOSITION OF FUNDS.**   When withdrawal or transfer powers are granted to an Authorized Signer, the Financial Institution is directed and authorized to act upon and honor withdrawal or transfer instructions issued and to honor, pay, transfer from, and charge to any depository account(s) of the Company, all negotiable instruments, checks, drafts, or orders for the payment of money so drawn when signed consistent with the Resolution without inquiring as to the disposition of the proceeds or the circumstances surrounding the issuance of the negotiable instrument, check, or order for the payment of money involved, whether such negotiable instruments, checks, drafts, or orders for the payment of money are payable to the order of, or endorsed or negotiated by any Authorized Signer signing them or any Authorized Signer in their individual capacities or not, and whether they are deposited to the individual credit of or tendered in payment of the individual obligation or account of any Authorized Signer signing them or of any other Authorized Signer.

**PRIOR ENDORSEMENTS.**   All negotiable instruments, checks, drafts, or orders for the payment of money deposited with prior endorsements are guaranteed by the Company.

**PRE-RESOLUTION TRANSACTIONS.**   All actions by Authorized Signers in accordance with this Resolution but before the adoption of this Resolution are approved, ratified, adopted, and confirmed by the Company.

**WARRANTY.**   That the Financial Institution may rely upon the certification as to the Company authority to execute this Resolution and make the representations in this Resolution.

**NOTIFICATION OF CHANGES.**   The Company shall notify Financial Institution in writing at its address shown above in advance of any changes which would affect the validity of any matter certified in this Resolution.

**REVOCATION AND MODIFICATION.**   An act ("Act") to modify, terminate, amend or replace this Resolution will not immediately affect the ability of the Financial Institution to rely upon this Resolution. The Act shall not affect any action by the Financial Institution in reliance on this Resolution before the date the Act becomes effective as set forth in the next sentence. An Act will not become effective until all of the following occur: (a) Financial Institution receives written notification of the Act in a form and substance satisfactory to the Financial Institution and (b) the Financial Institution has had a reasonable period of time to act upon such notification. Until the Act is effective, this Resolution shall remain in full force and bind the Company, its legal representatives, heirs, successors and assigns.

**DESIGNATION OF AUTHORIZED SIGNERS**

| NAME/TITLE | SIGNATURE | AUTHORITY CODE/LIMITATIONS |
|---|---|---|
| Robert L Giardina<br>Member | x *Robert Giardina* | Borrow Money; Execute Notes; Grant Security; Execute Security; Negotiate Items; LOC Advances; Guarantee Indebtedness; Lease Agreements; Depository Account; Lease Safe; Night Depository; Lockbox; Debit Card/Access Card; Cash Management |

**CERTIFICATION.**  I certify that the foregoing are the names, titles, and genuine signatures of the authorized signers of the Company authorized by the Resolution.

**IN WITNESS WHEREOF,** I have subscribed my name on the date shown below.

*Robert Giardina*          11/8/13

Robert L Giardina                    Date
Member

© 2004-2012 Compliance Systems, Inc 2B52-67B3 - 2012D1 0 128
Resolution - Limited Liability Company DG9002

www.compliancesystems.com

PX35 - 303

FinancialGO.net OFAC Community Application.

 **iFACS®**   *Endorsed by the* 

Welcome
Theresa
Pommerenk
History Enabled:
Yes

Entity Search
Last Search
Results

Session History
Query History

Change Password

Benefits

Log Off

User Guide
Introduction
Getting Started
Features &
Functions
Source
Descriptions
Affiliated
Country/Program
Descriptions

## Entity Search Results

**Search Expression:** Robert Giardina
**Use Synonyms:** No
**Search Type:** 2 - Fuzzy Match

| Annotation |
| --- |

Annotate these search results.

| ENTITY ID | Title | Source |
| --- | --- | --- |
| | No Records Found | |

Search Results are ordered in descending order of scores (most relevant first) and Grouped by Source-List.

*Powered by* **FinancialGO.net**

About Accuity | Privacy Policy | Contact Us
© 2011 Accuity, Inc. All rights reserved.

https://secure.financialgo.net/iFACS/searchResults.do

10/16/2013

| Important Business Report Information |
| --- |
| The data provided in this report does not constitute a consumer report and is not governed by the rules set forth in the federal Fair Credit Reporting Act (FCRA). The data provided in this report may not be used in connection with taking any form of adverse action against an individual consumer or making any pre-approved offers of credit. The data provided in this report may only be used in connection with a legitimate business transaction that was initiated by an authorized representative of the business entity that is the subject of the report. The report may not be used for any other purposes. |

**EMPIRE STATE BANK MAIN OFFICE**
**Business**

**Business Information (As Entered)**

Richmond Capital Group LLC                    Fedral Tax ID: 46-3986019
LIMITED LIABILITY COMPANY (LLC) 04
125 Maiden Lane
New York, NY 10005

Country of
Business:          United States

| Non FCRA |
| --- |
| **Identification Information** |
| Federal Tax Id & Business Name Match:          No |

**ChexSystems® History**
  No Closures Found
  No Purchased Debt Found
  No Previous Inquiries Found

**Inquiry ID**
  624194301

**Reference Detail**
  Transaction Tracking      1383410627527:11317:PHXID068_P1:
ID:

Qualifile Response

| Important Consumer Report Information |
| --- |
| This consumer data is being furnished in connection with a business transaction initiated by the consumer, and/or in accordance with the written instructions of the consumer, to whom the information relates. The consumer data may be viewed or printed for no other purpose. Therefore, this consumer data may not be viewed or printed in connection with making pre-approved (prescreen) firm offers of credit. |

## EMPIRE STATE BANK MAIN OFFICE

## Consumer

## Consumer Information (As Entered)

Robert L Giardina

Staten Island, NY 10304

SSN/ITIN:
DOB
DL#:
DL State: NY

Time at This Address: 3 years
Country of Citizenship: United States

## Account Actions

Action: ACCEPT

Recommended Actions:    OPEN ACCOUNT

| Non FCRA |
| --- |
| **Identification Information** |
| SSN Validation:      BECAME AVAILABLE FOR ISSUANCE IN 1977 IN NY SSN:Y |
| DL Format:        VALID DRIVERS LICENSE FORMAT |

## ChexSystems® History

| | | | | |
| --- | --- | --- | --- | --- |
| Total Closures: | 0 | Total Purchased Debt: | 0 |
| Disputed: | 0 | Disputed: | 0 |
| Paid: | 0 | Paid: | 0 |
| Unpaid: | 0 | Unpaid: | 0 |
| Partially Paid: | 0 | Partially Paid: | 0 |
| Sold: | 0 | Sold: | 0 |

Retail:     NOTE * THERE IS NO RETAIL INDICATOR

## Closure Details
No Closures Found

## Purchased Debt Details
No Purchased Debt Found

## Inquiry Details

N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS          ALBANY, NY 12231-0001

FILING RECEIPT
================================================================
ENTITY NAME: RICHMOND CAPITAL GROUP, LLC

DOCUMENT TYPE: ARTICLES OF ORGANIZATION (DOM LLC)          COUNTY: ALBA
================================================================
FILED:10/25/2013 DURATION:12/31/2099 CASH#:131025000348 FILM #:131025000322
                              DOS ID:4477963

                                                   EXIST DATE
     FILER:                                        - - - - - - - - - -
     - - - - - -                                   10/25/2013
     LAWRENCE P. GIARDINA, ESQ.
     8212 THIRD AVENUE

     BROOKLYN, NY 11209

     ADDRESS FOR PROCESS:
     - - - - - - - - - - - - - - - - - - - - -
     LAWRENCE P. GIARDINA, ESQ.
     8212 THIRD AVENUE
     BROOKLYN, NY 11209

     REGISTERED AGENT:
     - - - - - - - - - - - - - - - - - -

     The limited liability company is required to file a Biennial Statement w
     the Department of State every two years pursuant to Limited Liability
     Company Law Section 301. Notification that the biennial statement is due
     will only be made via email. Please go to www.email.ebiennial.dos.ny.gov
     to provide an email address to receive an email notification when the
     Biennial Statement is due.

================================================================
SERVICE COMPANY: GERALD WEINBERG, P.C. - 13          SERVICE CODE: 13

                                                     PAYMENTS          22
     FEES          225.00                            - - - -
                   - - - - - - - - -                 CASH
     FILING        200.00                            CHECK
     TAX             0.00                             CHARGE
     CERT            0.00                             DRAWDOWN          22
     COPIES          0.00                             OPAL
     HANDLING       25.00                             REVENUE

                                                     PX35 p.307
================================================================
                                                     DOS-1025 (04/2

FinancialGO.net OFAC Community Application                                    Page 1 of 1

  *Endorsed by the*   ACCUITY

**Welcome**
Theresa
Pommerenk
History Enabled:
Yes

Entity Search
Last Search
Results

Session History
Query History

Change Password

Benefits

Log Off

**User Guide**
Introduction
Getting Started
Features &
Functions
Source
Descriptions
Affiliated
Country/Program
Descriptions

FinancialGO.net

## Entity Search Results

**Search Expression:** Richmond Capital Group LLC
**Use Synonyms:** No
**Search Type:** 2 - Fuzzy Match

Annotation
Annotate these search results.

| ENTITY ID | Title | Source |
|-----------|-------|--------|
| | No Records Found | |

Search Results are ordered in descending order of scores (most relevant first) and Grouped by
Source-List.

About Accuity | Privacy Policy | Contact Us
© 2011 Accuity, Inc. All rights reserved.

10/29/2013 3:37:17 PM -0500 IRS                                              PAGE 2   OF 2

 **Department of the Treasury**
**Internal Revenue Service**
Ogden, UT 84201

In reply refer to:    0443770133
Oct 29, 2013        LTR 147C
46-3986019

RICHMOND CAPITAL GROUP LLC
ROBERT L GIARDINA MBR
█████████████
STATEN ISLAND        NY 10314

Taxpayer Identification Number: 46-3986019

Form(s):

Dear Taxpayer:

This letter is in response to your telephone inquiry of October 29th, 2013.

Your Employer Identification Number (EIN) is 46-3986019. Please keep this number in your permanent records. You should enter your name and your EIN, exactly as shown above, on all business federal tax forms that require its use, and on any related correspondence documents.

If you have any questions regarding this letter, please call our Customer Service Department at 1-800-829-0115 between the hours of 7:00 AM and 7:00 PM. If you prefer, you may write to us at the address shown at the top of the first page of this letter. When you write, please include a telephone number where you may be reached and the best time to call.

Sincerely,

Mrs Pemberton
0144699
Customer Service Representative

Account Number: ███ 3396

**Signer:**    Robert L Giardina

Address: ████████████████
           Staten Island, NY 10314

Title/Capacity   Member

Identification Document
Drivers License: ████████
ID Issued By:  NY
ID Issue Date:  October 25, 2010
ID Expiration:  October 25, 2018

Tax ID Number  ████████
Date of Birth:  ████████
Home Phone:
Work Phone:  (917)838-9162
Email Address:  rgiardina@islandmutual.com

## TAXPAYER IDENTIFICATION NUMBER CERTIFICATION

46-3986019

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person.

**Certification instructions.** You must cross out item **2** above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item **2** does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

**Signature of U.S. person:**                 [ ]   Exempt payee

*Robert Giardina*       11/27/13

Robert Giardina         Date
Member

**FOR INSTITUTION USE.**
Purpose of Account: Checking
Source of Funds: trf
OFAC: Yes

PX35 - 310

Entity Information

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through April 18, 2018.

Selected Entity Name: RVCNY LLC
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | RVCNY LLC |
| **DOS ID #:** | 4878561 |
| **Initial DOS Filing Date:** | JANUARY 13, 2016 |
| **County:** | RICHMOND |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information
**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

RVCNY LLC
163 COVENTRY ROAD
STATEN ISLAND, NEW YORK, 10304

**Registered Agent**

NONE

This office does not require or maintain
information regarding the names and

PX35 - 311

https://appext20.dos.ny.gov/corp_public/CORPSEARCH.ENTITY_INFORMAT... 4/19/2018

addresses of members or managers of
nonprofessional limited liability companies.
Professional limited liability companies must
include the name(s) and address(es) of the
original members, however this information is
not recorded and only available by viewing
the certificate.

### *Stock Information

**# of Shares        Type of Stock        $ Value per Share**

No Information Available

*Stock information is applicable to domestic business corporations.

### Name History

**Filing Date   Name Type   Entity Name**

JAN 13, 2016   Actual        RVCNY LLC

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for
use in New York State. The entity must use the fictitious name when conducting its
activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs   |   Privacy Policy   |   Accessibility Policy   |   Disclaimer   |   Return to
DOS Homepage   |   Contact Us

https://appext20.dos.ny.gov/corp_public/CORPSEARCH ENTITY INFORMAT...   4/19/2018

![EMPIRE STATE BANK logo]

## II. CERTIFICATION OF BENEFICIAL OWNER(S)

Persons opening an account on behalf of a legal entity must provide the following information:

a   Name and Title of Natural Person Opening Account:   Robert Gardina

b   Name and Address of Legal Entity for Which the Account is Being Opened   Richmond Capital Group LLC 158 Portage Ave   SI, NY 10314-6923

Account Number(s):   320013396

c   *Ownership Prong* - The following information for *each* individual, if any, who directly or indirectly, through any contract, arrangement, understanding, or relationship or otherwise, owns 25 percent or more of the equity interests of the legal entity listed above

| Percent of Ownership (25% or more) | Full Name (First, MI, Last) | Date of Birth (mm/dd/yyyy) | Physical Address of Residence (or Business Street Address for Legal Entity Owners) | For U.S. Persons: Social Security Number* | For Foreign Persons: Passport Number, Country of Issuance & Expiration Date** |
|---|---|---|---|---|---|
| 75 % | RVCNY LLC | | 163 Coventry Rd SI NY 10304 | | |
| 25 % | Robert Gardina | ▮ | SI NY 10314 | ▮ | |
| % | | | | | |
| % | | | | | |

If no individual meets this definition, please indicate "Not Applicable" and explain i.e. all <25% Charity/Non-profit etc.):

**IMPORTANT:** *If another legal entity owns 25% or more of this legal entity customer, please complete the Addendum on the following page.*

d   *Control Prong* - The following information for one individual with significant responsibility for managing the legal entity listed above, such as
   • An executive officer or senior manager (e.g., Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, Treasurer); or
   • Any other individual who regularly performs similar functions   (If appropriate, an individual listed under section (c) above may, also be listed in this section (d)).

| Title | Full Name (First, MI, Last) | Date of Birth (mm/dd/yyyy) | Physical Address of Residence | For U.S. Persons: Social Security Number* | For Foreign Persons: Passport Number, Country of Issuance & Expiration Date** |
|---|---|---|---|---|---|
| Owner/ Member | Robert Gardina 10/25/1972 | | SI NY 10314 | ▮ | |

I,   Robert Gardina   (name of natural person opening account), hereby certifies to the best of my knowledge, that the information provided above is complete and correct.

Signature: _____   Date:   7/3/14

* We may also ask to see a copy of a driver's license or other identifying document for each beneficial owner listed on this form.

** In lieu of a passport number, foreign persons may also provide an alien identification card number, or number and country of issuance of any other government-issued document evidencing nationality or residence and bearing a photograph or similar safeguard

3/2019

Page 1 of 3



# ATTACHMENT K

## DDA/CD Boarding Sheet

### PRODUCT

| | | | | |
|---|---|---|---|---|
| Module | DDA | Branch   1 | Processor | Theresa C Pommerenk |

**Account Number**   ▮3299
**Product Type**   Free Small Business Checking
**Ownership Type**   Limited Liability Company    Tax Classification Code: Corporation

### ACCOUNT OWNERS

Richmond Capital Group, LLC
125 Maiden Lane  Suite 501
New York, NY 10005

**Tax ID Number**   46-3986019
**Birth Date**
**Drivers License Number**

### ACCOUNT INFORMATION

| | | | |
|---|---|---|---|
| **Date Opened** | 11/2/2013 | **Earnings Code** | 0 |
| **Maturity Date** | | **Earnings Cycle** | 0 |
| **Opening Deposit** | $5,000.00 | **SC Code** | 0 |
| **Earnings Handling** | 0 | **SC Cycle** | 0 |
| **Earnings Rate** | | | |

### DOCUMENTS PRINTED

Account Agreement
Boarding Sheet

Account Information
Resolution

### COMMENTS.

Account Number: ██████3299

## ACCOUNT INFORMATION
## CHECKING ACCOUNT

**Empire State Bank**
68 North Plank Road
Newburgh, New York 12550
(845)561-0003

### ACCOUNT TITLE AND ADDRESS
Richmond Capital Group, LLC
125 Maiden Lane  Suite 501
New York, NY 10005

| ACCOUNT OPEN DATE | ACCOUNT NUMBER | OWNERSHIP TYPE | PRODUCT NAME | INITIAL DEPOSIT |
|---|---|---|---|---|
| November 2, 2013 | ████299 | Limited Liability Company Tax Classification: Corporation | Free Small Business Checking | $5,000.00 |

### BUSINESS ENTITY INFORMATION

Name:            Richmond Capital Group, LLC
Address:         125 Maiden Lane  Suite 501
                 New York, NY 10005
Contact Name:    Robert L Giardina
Contact Title:   Member
Contact Phone:   (718)494-2499
E-Mail Address:  rgiardina@islandmutual.com

Business Filing State:    NY
Entity Document:          Filing Receipt
Last Filing Date:         October 25, 2013
Date Established:         October 25, 2013
NAICS/ISIC Code:         52
Primary County/Location:  Albany
Resolution Date:          November 2, 2013
Business does not engage in Internet Gambling.

**DEFINITIONS.** "You," "your," and "account owner" refer to the Customer, whether or not there are one or more Customers named on the account, and the terms "we," "us," and "our" refer to the Bank, Empire State Bank.

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT
To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.

What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

**ACKNOWLEDGMENT.** By signing this document, you acknowledge that you have opened the type of account designated above. The undersigned certify that all information provided to the institution is true and accurate. As the account is in the name of a business entity, you acknowledge that you are acting on behalf of the business entity, and with respect to which you have legal authority to transact business. Your signature acknowledges the receipt of the appropriate Account Agreement for the type of account designated above and that you agree to be bound by the Account Agreement. You acknowledge that you have received a Funds Availability Policy Disclosure. You have also received a copy of our Privacy Policy, if one was not previously provided to you. All signers authorize this bank to make inquiries from any consumer reporting agency, including a check protection service, in connection with this account.

**1 Signer Required for Withdrawals**

Richmond Capital Group, LLC

By: Robert L Giardina          Date          By: Richard Cardinale          Date
Its: Member                                  Its: Member

© 2001-2012 Compliance Systems, Inc. 06D1-50AD - 2012D1 0 505
Account Information - Checking Account DD8002

www.compliancesystems.com

PX35 - 316

Account Number: 3299

**Signer:**     Robert L Giardina

Address:         ██████████

                Staten Island, NY 10314

Title/Capacity:   Member

Identification Document

Drivers License:  ██████████

ID Issued By:   NY

ID Issue Date:   October 25, 2010

ID Expiration:   October 25, 2018

Tax ID Number:   ██████████

Date of Birth:    ██████████

Home Phone:

Work Phone:    (917)838-9162

Email Address:   rgiardina@islandmutual.com

**Signer:**     Richard Cardinale

Address:         ██████████

                Staten Island, NY 10305

Title/Capacity:   Member

Identification Document

Drivers License:  ██████████

ID Issued By:   NY

ID Issue Date:   August 9, 2006

ID Expiration:   August 24, 2014

Tax ID Number:   ██████████

Date of Birth:    ██████████

Home Phone:

Email Address:   RCardinale@islandmutual.com

## TAXPAYER IDENTIFICATION NUMBER CERTIFICATION

46-3986019

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person.

**Certification instructions.** You must cross out item **2** above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item **2** does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

**Signature of U.S. person:**                    [ ]    Exempt payee

*Robert L Giardina*  11/3/13

Robert Giardina                      Date

Member

**FOR INSTITUTION USE.**

Purpose of Account: checking

Source of Funds: checks

OFAC: Yes

PX35 - 317

Account Number: ███3299

**RESOLUTION**
**LIMITED LIABILITY COMPANY**

**Empire State Bank**
68 North Plank Road
Newburgh, New York 12550
(845)561-0003

## BUSINESS ENTITY NAME AND ADDRESS

Richmond Capital Group, LLC
125 Maiden Lane  Suite 501
New York, NY 10005

Initial Resolution.

| DATE OF RESOLUTION | ACCOUNT NUMBER |
|---|---|
| November 2, 2013 | Checking #███3299 |

By signing below, we certify to Empire State Bank ("Financial Institution") that: we are the Members, or authorized representatives, as designated in the Operating Agreement, of the above named for profit Limited Liability Company ("Company"), validly organized and operating under the laws of the State of New York and filed at the Albany on October 25, 2013; the following is a true and complete copy of the Resolution, properly adopted at a duly called meeting held on November 2, 2013 by a quorum of the Members as provided in the Articles or Certificate of organization or in the Operating Agreement; this Resolution is contained in the minutes of that meeting and that such Resolution is still in force and effect and has not been amended or rescinded, and was and still is in accordance with the By-Laws of the Company; the Financial Institution has been provided a true and complete copy of the Articles or Certificate of organization and the Operating Agreement as in effect as of the date of this Resolution; provided below are the correct names, titles, and genuine signatures of the persons authorized to exercise the powers provided in the Resolution ("Authorized Signers"); and the Financial Institution may rely upon our certification as to our authority to execute this Resolution and to make the representations in this Resolution.

## IT IS RESOLVED:

The Authorized Signers shall possess the powers indicated as contained in this Resolution.

**BORROW MONEY.**   As in their judgment, to borrow from time to time from this Financial Institution, on such terms as may be agreed upon between the Company and Financial Institution, such sum or sums of money without limitation.

Number of signers required: 1

**EXECUTE NOTES.**   To execute and deliver to Financial Institution the promissory note(s), or other evidence of credit accommodations of the Company, on Financial Institution's forms, at such rates of interest and on such terms as may be agreed upon evidencing the sums of money so borrowed or any indebtedness of the Company to Financial Institution, and also to execute and deliver to Financial Institution one or more renewals, extensions, modifications, refinancings, consolidations, or substitutions for one or more of the notes, any portion of the notes, or any other evidence of credit accommodations.

Number of signers required: 1

**GRANT SECURITY.**   To mortgage, pledge, transfer, endorse, hypothecate, or otherwise encumber and deliver to Financial Institution, as security for the payment of any loans or credit accommodations so obtained, any promissory notes so executed including any amendments to or modifications, renewals, and extensions of such promissory notes, or any other or further indebtedness of the Company to Financial Institution at any time owing, however the same may be evidenced, any property now or hereafter belonging to the Company or in which the Company now or hereafter may have an interest, including without limitation all real property and all personal property (tangible or intangible) of the Company. Such property may be mortgaged, pledged, transferred, endorsed, hypothecated, or encumbered at the time such loans are obtained or such indebtedness is incurred, or at any other time or times, and may be either in addition or in lieu of any property theretofore mortgaged, pledged, transferred, endorsed, hypothecated, or encumbered.

Number of signers required: 1

**EXECUTE SECURITY DOCUMENTS.**   To execute and deliver to Financial Institution the forms of mortgage, deed of trust, pledge, agreement, hypothecation agreement, and other security agreements and financing statements which may be submitted by Financial Institution, and which shall evidence the terms and conditions under and pursuant to which liens and encumbrances, or any of them are given; and also to execute and deliver to Financial Institution any other written instruments, any chattel paper, or any other collateral, of any kind or nature, which they may at their discretion deem reasonably necessary or proper in connection with or pertaining to the giving of liens and encumbrances. Notwithstanding the foregoing, any one of the authorized persons may execute, deliver, or record financing statements.

Number of signers required: 1

**NEGOTIATE ITEMS.**   To draw, endorse, and discount with Financial Institution all drafts, trade acceptances, promissory notes, or other evidences of indebtedness payable to or belonging to the Company in which the Company may have an interest, and either to receive cash for the same or to cause such proceeds to be credited to the account of the Company with Financial Institution, or to cause such other disposition of the proceeds derived therefrom as they may deem advisable.

PX35 - 318

Account Number: ███ 3299

Number of signers required: 1

**ADVANCE UNDER LINE OF CREDIT.**   In the case of lines of credit, to designate additional or alternative individuals as being authorized to request advances thereunder, and in all cases, to perform such other acts and things, to pay any and all fees and costs, and to execute and deliver such other documents and agreements, (including agreements waiving the right to a trial by jury) as they may in their discretion deem reasonably necessary or proper in order to carry into effect the provisions of these Resolutions. The persons indicated herein are currently authorized to request advances and authorize payments under the line of credit until Financial Institution receives written notice or revocation of their authority

Number of signers required: 1

**GUARANTEE INDEBTEDNESS.**   To give the guarantee of this Company for the debts of the Guaranteed Borrower to Financial Institution, from time to time, on Financial Institution's forms and upon such terms as this Company, Guaranteed Borrower, and Financial Institution may deem necessary.

Number of signers required: 1

**ENTER INTO LEASE AGREEMENTS.**   To enter into any form of personal property or fixture lease with Financial Institution, upon such terms as this Company and Financial Institution may agree.

Number of signers required: 1

**DEPOSITORY ACCOUNT.**   Perform the following activities in regards to the depository account(s) indicated above in the name of the Company, subject to any terms and conditions governing the account(s), including:

1. Open and maintain the Company account(s);
2. Make deposits to the Company account(s);
3. Endorse for negotiation, negotiate, and receive the proceeds of any negotiable instrument, check, draft, or order for the payment of money payable to or belonging to the Company, by writing, stamp, or other means permitted by this Resolution without the designation of the person endorsing;
4. Make withdrawals from the Company account(s) in any manner permitted by the account(s);
5. Transfer funds from the Company account(s) in Financial Institution to any account whether or not held at this Financial Institution and whether or not held by this Company;
6. Transfer funds to the Company account in Financial Institution from any account(s) whether or not held at Financial Institution and whether or not held by this Company;
7. Approve, endorse, guarantee, and identify the endorsement of any payee or any endorser of any negotiable instrument, check, draft or order for the payment of money whether drawn by the Company or anyone else and guarantee the payment of any negotiable instrument, check, draft, or order for the payment of money; and
8. Delegate to others the authority to approve, endorse, guarantee, and identify the endorsement of any payee or endorser on any negotiable instrument, check, draft, or order for the payment of money and to guarantee the payment of any such negotiable instrument, check, draft, or order for the payment of money

Number of signers required: 1

**SAFE DEPOSIT BOX.**   Lease a Safe Deposit Box(es) with Financial Institution, make inspections of, deposits to and removals from the Box(es), and exercise all rights and be subject to all responsibilities under the Lease.

Number of signers required: 1

**NIGHT DEPOSITORY.**   Enter into a Night Depository Agreement with Financial Institution and exercise all rights and be subject to all responsibilities under the Agreement

Number of signers required: 1

**LOCKBOX.**   Enter into a Lockbox Agreement with Financial Institution and exercise all rights and be subject to all responsibilities under the Agreement.

Number of signers required: 1

**DEBIT CARD/ACCESS CARD.**   Apply for, receive and utilize debit, automated teller machine cards, or other access devices to exercise those powers authorized by this Resolution or other Resolutions then in effect.

Number of signers required: 1

**CASH MANAGEMENT.**   Enter into a Cash Management Agreement with Financial Institution, and exercise all rights and be subject to all responsibilities under the Agreement.

Number of signers required: 1

PX35 - 319

Account Number: ███3299

**IT IS FURTHER RESOLVED THAT:**

**DESIGNATED DEPOSITORY.**   Financial Institution is designated as a depository for the funds of the Company and to provide other financial accommodations indicated in this Resolution.

**AUTHORIZED SIGNER'S POWERS.**   Authorized Signers are authorized to make any and all other contracts, agreements, stipulations, and orders which the Authorized Signers may deem advisable for the effective exercise of their powers.

**SIGNATURES.**   The Financial Institution shall be indemnified and held harmless by the Company for any claims, expenses, damages, or attorney fees resulting from the honoring of any signature, authorized by this Resolution, or refusing to honor any signature not so authorized, regardless of whether or not such signature was genuine, if such signature reasonably resembles the specimen provided to the Financial Institution. The Financial Institution shall also be permitted to rely upon non-signature security and verification codes which it provides to or receives from an Authorized Signer and shall be indemnified and held harmless by the Company for any claims, expenses, damages, or attorney fees resulting from their use.

**IMPROPER ENDORSEMENT.**   Any negotiable instrument, check, draft or order for the payment of moneys not clearly endorsed by an Authorized Signer may be returned to the Company by the Financial Institution. The Financial Institution, in its sole discretion, alternatively may endorse on behalf of the Company any negotiable instrument, check, draft, or order for the payment of money not clearly endorsed in order to facilitate collection. Financial Institution shall have no liability for any delay in the presentment or return of any negotiable instrument, check, draft, or order for the payment of money which is not properly endorsed.

**DISPOSITION OF FUNDS.**   When withdrawal or transfer powers are granted to an Authorized Signer, the Financial Institution is directed and authorized to act upon and honor withdrawal or transfer instructions issued and to honor, pay, transfer from, and charge to any depository account(s) of the Company, all negotiable instruments, checks, drafts, or orders for the payment of money so drawn when signed consistent with the Resolution without inquiring as to the disposition of the proceeds or the circumstances surrounding the issuance of the negotiable instrument, check, or order for the payment of money involved, whether such negotiable instruments, checks, drafts, or orders for the payment of money are payable to the order of, or endorsed or negotiated by any Authorized Signer signing them or any Authorized Signer in their individual capacities or not, and whether they are deposited to the individual credit of or tendered in payment of the individual obligation or account of any Authorized Signer signing them or of any other Authorized Signer.

**PRIOR ENDORSEMENTS.**   All negotiable instruments, checks, drafts, or orders for the payment of money deposited with prior endorsements are guaranteed by the Company.

**PRE-RESOLUTION TRANSACTIONS.**   All actions by Authorized Signers in accordance with this Resolution but before the adoption of this Resolution are approved, ratified, adopted, and confirmed by the Company

**WARRANTY.**   That the Financial Institution may rely upon the certification as to the Company authority to execute this Resolution and make the representations in this Resolution

**NOTIFICATION OF CHANGES.**   The Company shall notify Financial Institution in writing at its address shown above in advance of any changes which would affect the validity of any matter certified in this Resolution.

**REVOCATION AND MODIFICATION.**   An act ("Act") to modify, terminate, amend or replace this Resolution will not immediately affect the ability of the Financial Institution to rely upon this Resolution. The Act shall not affect any action by the Financial Institution in reliance on this Resolution before the date the Act becomes effective as set forth in the next sentence. An Act will not become effective until all of the following occur: (a) Financial Institution receives written notification of the Act in a form and substance satisfactory to the Financial Institution and (b) the Financial Institution has had a reasonable period of time to act upon such notification. Until the Act is effective, this Resolution shall remain in full force and bind the Company, its legal representatives, heirs, successors and assigns.

**DESIGNATION OF AUTHORIZED SIGNERS**

| NAME/TITLE | SIGNATURE | AUTHORITY CODE/LIMITATIONS |
|---|---|---|
| Robert L Giardina<br>Member | x *Robert L Giardina* | Borrow Money; Execute Notes; Grant Security; Execute Security; Negotiate Items; LOC Advances; Guarantee Indebtedness; Lease Agreements; Depository Account; Lease Safe; Night Depository; Lockbox; Debit Card/Access Card; Cash Management |
| Richard Cardinale<br>Member | X *not a signer* | Borrow Money; Execute Notes; Grant Security; Execute Security; Negotiate Items; LOC Advances; Guarantee Indebtedness; Lease Agreements; Depository Account; Lease Safe; Night Depository; Lockbox; Debit Card/Access Card; Cash Management |

**CERTIFICATION.** We certify that the foregoing are the names, titles, and genuine signatures of the authorized signers of the Company authorized by the Resolution.

PX35 - 320

Account Number ████ 8299

IN WITNESS WHEREOF, we have subscribed our names on the date(s) shown below.

_Robert J Giardina_  11/8/13

Robert L Giardina
Member

_not sign_  4/4/13

Richard Cardinale
Member

Date

Date

PX35 - 321


EMPIRE STATE BANK

## BUSINESS CUSTOMER INFORMATION FORM

*INSTRUCTIONS: Form is to be completed by CSR and forwarded to the BSA Dept. along with State Corporate Filing Database Check.*

**Legal Business Name:** Richmond Capital Group LLC

**Account Number(s):** ████3299        **TIN:** 46-3986019

**Address:** 125 Maiden Lane Suite 501    NY NY 10005
(Street Address)        (City)        (State)        (Zip)

**Source of Funds:** Checks        **NAICS Code:**

---

**Type of Business:** Check the appropriate business type:

☐ Gas Station ☐ Convenience Store ☐ Lawyer / Accountant ☐ Liquor Store
☐ Parking Garage ☐ Jewel, Gem Dealer ☐ Used Car Dealer ☐ Private ATM Owner
☐ Restaurant and/or Bar ☐ Retail Store ☐ Vending Machine Operator ☐ Pawn Broker
☐ Import / Export Business ☐ Fast Food ☐ Cigarette Distributor

**If not listed above, indicate type of business activity:** Investment Company

| **Type of Entity:** | **How long in business?** | **Purpose of Account:** |
|---|---|---|
| ☐ Corporation ☐ Partnership | ☒ Less than 2 years | ☐ Operating ☐ Payroll |
| ☐ Non-Profit ☐ Sole Proprietorship | ☐ 3-5 years | ☐ Trust ☐ IOLA |
| ☒ Limited Liability Corporation (LLC) | ☐ 5-10 years | ☐ Savings |
| ☐ Limited Liability Partnership (LLP) | ☐ 10+ years | ☐ Other: |

---

**Monthly Anticipated Activity:** Check all of the following transactions that will be conducted by the business and list the *number of transactions expected per month* and the expected *average dollar amount of transactions*.

| | # | Amt | |
|---|---|---|---|
| ☒ Cash Deposits | 1-5 | $ 1000 | |
| ☒ Cash Withdrawals | 1-2 | $ 2000-3000 | |
| ☒ Check Deposits | 5-10 | $ 10000 | |
| ☒ Check Withdrawals | ~~1-2~~ 40 | $ 5000/8000 /5,000 - 10,000 | |
| ☒ Currency Exchanges | n/a | $ n/a | |
| ☒ Debit Card Transactions | n/a | $ n/a | |
| ☒ ATM Transactions | n/a | $ n/a | |
| ☒ Domestic Outgoing Wires | n/a | $ n/a | |
| ☒ Domestic Incoming Wires | 5 | $ 2500/8000 \ 2.000 | |
| ☒ International Outgoing Wires | n/a | $ n/a | Country(s): n/a |
| ☒ International Incoming Wires | n/a | $ n/a | Country(s): n/a |
| ☒ Domestic ACH Deposits | ~~2n/a~~ 30 | $ n/a 40,000 - 60,000 | |
| ☒ Domestic ACH Payments | n/a | $ n/a | |
| ☒ International ACH Deposits | n/a | $ n/a | Country(s): n/a |
| ☒ International ACH Payments | n/a | $ n/a | Country(s): n/a |
| ☒ Purchase of Monetary Instruments | n/a | $ n/a | |

---

**Check if box is involved in any of the following activities:** (check all that apply)

☐ ATM on site ☐ Issuer of Money Orders ☐ Issuer of Stored Value Cards
☐ Issuer / Seller of Traveler's Checks ☐ Seller of Money Orders ☐ Seller of Stored Value Cards
☐ Redeemer of Traveler's Checks ☐ Redeemer of Money Orders ☐ Redeemer of Stored Value Cards
☐ Currency Dealer or Exchanger ☐ Check Casher ☐ Money Transmitter

☐ **Operates an Internet Gambling site -**        **Documentation Received:**    ☐ **Government Letter**
If yes, is site licensed? ☐ Yes ☒ No                        ☐ **Notification from Treasurer**

If you checked any of the above, does the business engage in transactions greater than $1,000 for any one person on any one day? ☐ Yes ☐ No

If the answer is yes, has the business registered with FinCEN as a Money Service Bureau? The business must provide the Bank with a copy of the registration/license or the Bank must verify the registration on FinCen's website. If you check any of the above, send a copy of this form along with the signature card and any registrations and licenses to the Bank's BSA Officer

**Completed By:** _____        **Date Completed:** 11/2/15
**CIP Inputted By (BSA Dept.):** _____    **Date CIP Inputted:** _____

:\Maintenance Forms\Business Customer Information Form.Docx        9/25/13

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through November 1, 2013.

Selected Entity Name: RICHMOND CAPITAL GROUP, LLC
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | RICHMOND CAPITAL GROUP, LLC |
| **DOS ID #:** | 4477963 |
| **Initial DOS Filing Date:** | OCTOBER 25, 2013 |
| **County:** | ALBANY |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
LAWRENCE P. GIARDINA, ESQ.
8212 THIRD AVENUE
BROOKLYN, NEW YORK, 11209

**Registered Agent**

NONE

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

\*Stock information is applicable to domestic business corporations.

PX35 - 323

Case 1:20-cv-04432-LAK   Document 109-42   Filed 04/08/22   Page 325 of 328

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| OCT 25, 2013 | Actual | RICHMOND CAPITAL GROUP, LLC |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Services/Programs   |   Privacy Policy   |   Accessibility Policy   |   Disclaimer   |   Return to DOS Homepage   |   Contact Us

PX35 - 324

http://appext20.dos.ny.gov/corp_public/CORPSEARCH.ENTITY_INFORMATION?p_na...   11/2/2013

## COMBINED ATM/POS/DEBIT CARD REQUEST FORM

| | |
|---|---|
| **Account Holder:** Richmond Capital Group LLC<br>Staten Island, NY  10314-6923 | **Financial Institution:** Empire State Bank<br>Staten Island<br>1361 N Railroad Avenue<br>Staten Island, NY  10306 |

### ISSUE CARDS TO

Richmond Capital Group LLC
  Email:  rgiardina@richmondcapitalgroup.com

Robert L Giardina
  Email:  rgiardina@richmondcapitalgroup.com

TIN: ▉
Cust. No.:  **5374**

SSN: ▉                          DOB: ▉
Cust. No.:  **8637**

Account CIF#:  **5374**

▉
Staten Island, **NY** 10314-6923
Home Phone: _____

Work Phone:  **(917) 838-9162**

### ACCOUNT INFORMATION AND INSTRUCTIONS

Account(s) to Access with Combined ATM/POS/Debit Card:

Primary Account:        Checking - ▉ 3299

**Note:** Point of Sale (POS) transactions or Point of Sale (POS) debit card transactions on the VISA network from your Combined ATM/POS/Debit Card will be deducted from the Primary Account listed above.  Point of Sale (POS) transactions or Point of Sale (POS) debit card transactions involving a refund will be credited to your Primary Account.  Unless you specify a different account during Automated Teller Machine (ATM) transactions, the Primary Account will be used for your transactions.  Visa is a registered trademark of Visa International.

**The Combined ATM/POS/Debit Card Cards are to be setup/enabled with the following features:**

☒  Automated Teller Machine Access
☒  Point of Sale Debit Card Access
☒  Enhanced Point of Sale Debit Card Access with Visa logo

Special Instructions or Provisions: _____

### AUTHORIZATION

I (the Account Holder(s)) apply for a Combined Automated Teller Machine / Point Of Sale / Debit (ATM/POS/Debit) Card to be used in conjunction with the account(s) listed above.  The Combined ATM/POS/Debit Card will be setup (pursuant to my request) with the functions or features indicated above and usage of the Combined ATM/POS/Debit Card will be subject to the terms and conditions contained in the Deposit Account Agreement and Disclosure and Regulation E Disclosure that have been provided to me.  I authorize the Financial Institution to make any investigation of my credit, either directly or through any agency.  I understand that the Financial Institution will retain this application and any other credit information, even if this Combined ATM/POS/Debit Card is not granted. I agree not to use the Combined ATM/POS/Debit Card Service in any illegal activity.

ACCOUNT HOLDER:

RICHMOND CAPITAL GROUP LLC

By: *Robert Giardina*                    *1-30-18*
Robert L Giardina, Member of Richmond        Date
Capital Group LLC

---

### FOR INSTITUTION USE ONLY

Date Taken:  *1/30/18*                                          By: *Carter William*
Date Approved:  *1/30/18*                                       By: *William*
Card Number Assigned to Richmond Capital Group LLC: ▉ 525 786
Card Number Assigned to Robert L Giardina: ▉ 57▉6        By: *Theresa Pommerenk*

## COMBINED ATM/POS/DEBIT CARD REQUEST FORM
### (Continued)

Page 2

Data Entry Date:   1-30-18

(X POS) (1 HK)  Ver. 18.1.11.001  Core Frames USA Corporation 1996, 2018.   All Rights Reserved.  N:Y : NY : C:\LaserPro\CFs\US\ATMPOSRQ  TR-8558

PX35 - 326

**EMPIRE** STATE BANK

## II. CERTIFICATION OF BENEFICIAL OWNER(S)

**Persons opening an account on behalf of a legal entity must provide the following information:**

a   Name and Title of Natural Person Opening Account:   Robert Giardina

b   Name and Address of Legal Entity for Which the Account is Being Opened   Richmond Capital Group LLC, 158 Portage Ave ,SI, NY 10314-6923   Account Number(s)   3249

c   *Ownership Prong* - The following information for *each* individual, if any, who directly or indirectly, through any contract, arrangement, understanding, or relationship or otherwise owns **25 percent or more** of the equity interests of the legal entity listed above

| Percent of Ownership (25% or more) | Full Name (First, MI, Last) | Date of Birth (mm/dd/yyyy) | Physical Address of Residence (or Business Street Address for Legal Entity Owners) | For U.S. Persons: Social Security Number* | For Foreign Persons: Passport Number, Country of Issuance & Expiration Date** |
|---|---|---|---|---|---|
| 75 % | RVCNY LLC | | 163 Coventry Rd SI NY 10304 | | |
| 25 % | Robert Giardina | | SI NY 10314 | | |
| % | | | | | |
| % | | | | | |

If no individual meets this definition, please indicate "Not Applicable" and explain (i.e. all <25%, Charity/Non-profit etc.)

**IMPORTANT:** *If another legal entity owns 25% or more of this legal entity customer, please complete the Addendum on the following page.*

d   *Control Prong* - The following information for *one* individual with significant responsibility for managing the legal entity listed above such as

- An executive officer or senior manager (e.g., Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, Treasurer), or
- Any other individual who regularly performs similar functions  (if appropriate, an individual listed under section (c) above may also be listed in this section (d))

| Title | Full Name (First, MI, Last) | Date of Birth (mm/dd/yyyy) | Physical Address of Residence | For U.S. Persons: Social Security Number* | For Foreign Persons: Passport Number, Country of Issuance & Expiration Date** |
|---|---|---|---|---|---|
| | | | | | |

I   Robert Giardina   (name of natural person opening account)  hereby certifies, to the best of my knowledge  that the information provided above is complete and correct

**Signature:**   _(signature)_                  Date:   10/4/2018



* We may also ask to see a copy of a driver's license or other identifying document for each beneficial owner listed on this form

** In lieu of a passport number, foreign persons may also provide an alien identification card number, or number and country of issuance of any other government-issued document evidencing nationality or residence and bearing a photograph or similar safeguard

3/2013