# FTC SUMMARY JUDGMENT EXHIBIT 35

**Declaration of FTC Investigator Elizabeth Kwok**
**Part 12: Attachment II—Attachment KK, pages 1322 – 1518**

**From:** Steve Reich <steve@ramcapitalfunding.com>
**Sent:** 5/25/2017 11:31:54 AM
**To:** John Braun
**Subject:**

**Steve Reich,** 2017-05-25 08:31:54

s.

**John Braun,** 2017-05-25 08:31:58

romeros

**John Braun,** 2017-05-25 08:32:00

we fucked up?

**Steve Reich,** 2017-05-25 08:32:05

it seems so

**John Braun,** 2017-05-25 08:32:08

the contract doesnt have the other entity on it?

**Steve Reich,** 2017-05-25 08:32:13

how did that happen and what can we do

**John Braun,** 2017-05-25 08:40:22

we need to fix

**John Braun,** 2017-05-25 08:40:36

and it happenes cause when u requested docs u only had 1 check

**John Braun,** 2017-05-25 08:40:42

i dont make or request your docs

**John Braun,** 2017-05-25 08:40:51

and u never sent marcella the sub

PX35 - 1322

**John Braun,** 2017-05-25 08:40:56

but its a bigger potential issue

**John Braun,** 2017-05-25 08:41:08

cause this deal i think will go bad and part of why we did it is for collections

**Steve Reich,** 2017-05-25 08:43:45

WIRE IS OUT FUCK

**John Braun,** 2017-05-25 08:43:58

yea well figure out a way to fix it with him

**John Braun,** 2017-05-25 08:44:04

and please be more on top of ur shit

**John Braun,** 2017-05-25 08:44:10

small mistakes can cost a fortune

**John Braun,** 2017-05-25 08:44:15

20k is still a fortune

**John Braun,** 2017-05-25 08:44:24

i try on mine

**Steve Reich,** 2017-05-25 08:50:34

OK

**Steve Reich,** 2017-05-25 09:11:34

FERN CREEK COMING OVER NOW

**John Braun,** 2017-05-25 09:11:48

i hung up on her

**John Braun,** 2017-05-25 09:11:51

dude im not ready

**John Braun,** 2017-05-25 09:11:54

PX35 - 1323

its thur im late

**John Braun,** 2017-05-25 09:11:56

and fuck ur fern creek

**John Braun,** 2017-05-25 09:11:58

u crazy

**John Braun,** 2017-05-25 09:12:05

dotn do that shit unless i respond to you chat

**John Braun,** 2017-05-25 09:12:11

6k will get done

**John Braun,** 2017-05-25 09:12:12

soon

**John Braun,** 2017-05-25 09:12:17

i hung up on her

**John Braun,** 2017-05-25 09:12:21

sorry need some time

**Steve Reich,** 2017-05-25 09:12:38

NP

**Steve Reich,** 2017-05-25 09:12:48

WE NEED TO FILE ASAP ILL SEND ALL DOCS OVER

**John Braun,** 2017-05-25 09:13:05

doing ur default filing

**John Braun,** 2017-05-25 09:13:08

and u sent me fern?

**John Braun,** 2017-05-25 09:13:09

u nuts?

PX35 - 1324

**John Braun,** 2017-05-25 09:13:20

1 payment fromtam044164

**Steve Reich,** 2017-05-25 09:13:22

YOU GETTING IT? OR SHOULD I SEND IT

**John Braun,** 2017-05-25 09:13:30

on 40k fucking k

**Steve Reich,** 2017-05-25 09:13:36

FML

**Steve Reich,** 2017-05-25 09:13:40

THIS MONTH SUCKS

**John Braun,** 2017-05-25 09:18:18

tell him we didnt get a call

**John Braun,** 2017-05-25 09:18:22

and he blocked 4 days ago

**John Braun,** 2017-05-25 09:21:31

and fraud

**John Braun,** 2017-05-25 09:21:34

bank fraud wire fruad

**John Braun,** 2017-05-25 09:21:39

gonna prosecute them

**John Braun,** 2017-05-25 09:21:51

and spend ton of money making sure they lose there business and freedom

**John Braun,** 2017-05-25 09:48:19

forgot to cc u on 100k united sorry lol

**John Braun,** 2017-05-25 09:48:22

just got 10 min ago

**Steve Reich,** 2017-05-25 09:49:12

COOL

**Steve Reich,** 2017-05-25 09:49:21

BRO IM SO PISSED MAN SHIT WEEK IM READY FOR VACATION

**Steve Reich,** 2017-05-25 10:14:04

get me ram orlando docs

**John Braun,** 2017-05-25 10:14:46

dude im swamped

**John Braun,** 2017-05-25 10:14:53

ask chris wtf i look like?

**Steve Reich,** 2017-05-25 10:15:04

ok np whats btf

**Steve Reich,** 2017-05-25 10:15:07

thats why i asked

**John Braun,** 2017-05-25 10:21:30

155,831

**John Braun,** 2017-05-25 12:08:08

canary is in united

**Steve Reich,** 2017-05-25 12:09:56

yea katz

**John Braun,** 2017-05-25 12:11:29

wtvr

**John Braun,** 2017-05-25 12:16:19

provista

PX35 - 1326

PX35 - 1327

**John Braun,** 2017-05-25 12:16:25

hope its donna44f60w

**Steve Reich,** 2017-05-25 12:17:59

that would be nice

**Steve Reich,** 2017-05-25 12:18:06

we should refi low net as well

**Steve Reich,** 2017-05-25 12:32:32

TOP RESTAURANT &amp; CATERING, INC.

**Steve Reich,** 2017-05-25 12:32:37

iso wannts docs im seind g20k docs

**John Braun,** 2017-05-25 12:40:09

i have it signed

**John Braun,** 2017-05-25 12:40:13

so ull be wasting ur time kiddo

**John Braun,** 2017-05-25 12:40:18

im signed at 16k

**John Braun,** 2017-05-25 12:40:23

dont tell iso that thanks!

**Steve Reich,** 2017-05-25 12:40:37

NAH I WOULDNT

**John Braun,** 2017-05-25 12:41:56

yea mines signed at 16k

**John Braun,** 2017-05-25 12:42:00

they wanted only 15k net

**John Braun,** 2017-05-25 12:42:04

just informing u

**John Braun,** 2017-05-25 12:42:10

i have big approvals like i said

**Steve Reich,** 2017-05-25 12:42:17

OK IF IT COMES BACK MAYBE WE STILL FUND IT WTVR WE WILL DEAL WITH IT THEN

**John Braun,** 2017-05-25 12:42:36

nah bro

**John Braun,** 2017-05-25 12:42:43

im telling u this so u dont waste ur time

**Steve Reich,** 2017-05-25 13:39:26

fern creek 6k deal net 5002

**John Braun,** 2017-05-25 13:43:40

DONE

**Steve Reich,** 2017-05-25 13:43:44

THX

**Steve Reich,** 2017-05-25 14:21:01

cap call docs for ben

**Steve Reich,** 2017-05-25 15:08:00

cap call docs for ben

**John Braun,** 2017-05-25 15:08:31

i never got stips

**Steve Reich,** 2017-05-25 15:09:01

i sent

**Steve Reich,** 2017-05-25 15:54:48

CAN YOU HAVE STACY UW ASAP

PX35 - 1328

**John Braun,** 2017-05-25 15:54:55

WHAT?    ftc-ram044168

**Steve Reich,** 2017-05-25 15:55:10

ygm

**John Braun,** 2017-05-25 15:55:28

U HAVE 3 COJS?

**Steve Reich,** 2017-05-25 15:55:54

2

**John Braun,** 2017-05-25 15:56:01

WHERES 3RD?

**Steve Reich,** 2017-05-25 15:56:11

only 2 always

ftc-ram141068

**From:** John Braun <john@richmondcapitalgroup.com>
**Sent:** 6/1/2017 11:45:21 AM
**To:** Robert Giardina
**Cc:** Michelle Gregg; Steve Reich
**Subject:** Re: SOUTH EAST POOLS

Send him his balance plus one payment

On Thursday, June 1, 2017, Robert Giardina <rgiardina@richmondcapitalgroup.com> wrote:
JB the owner called hes looking for his payoff amount, i asked him what you always ask is it for him or a lender bec there are 2 different kinds off letters. he said he was paying off. i took his email he thought the bal was under 4k its $3135. his email is ▇▇▇▇▇▇▇

what can michelle send him

*Best Regards,*
Robert Giardina
*Managing Partner*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

Dir: 646 762 1843
FX: 855.204.0222
EMAIL: rgiardina@richmondcapitalgroup.com
WEB: www.richmondcapitalgroup.com

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC, its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC, shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

*Best Regards,*
John Braun
*Senior Funding Manager*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

PX35 - 1330

PH: 855.662.9303
C: 917.734.4703
FX: 855.662.9309

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

**From:** John Braun <john@richmondcapitalgroup.com>
**Sent:** 9/27/2018 4:33:15 PM
**To:** Asher Fried
**Subject:** Re: yoooooooooooooooooo

NAH NAH NAH , TAKE IT EASY , NOT YET - AND NEVER 300K EVEN ON A 300K DEAL, SOMEONE GOTTA KEEP THE LIGHTS ON AROUND HERE AND BY YOU GUYS, THERE ARE EXTENSIVE FEES AFFILIATED WITH THE UNDERWRITING PROCESS AND MANUAL LABOR PUT INTO PROCESSING AND FUNDING OF A DEAL, AND THERE ARE FEES THAT COME OFF THE TOP

On Thu, Sep 27, 2018 at 4:31 PM, Asher Fried <▇▇▇▇▇▇> wrote:

Sitting at bank as we speak
Please send me routing /account and name ( and confirm $300k even) and I'll send it out

Asher Fried
COOInflux Capital, LLC
Influx Capital Group, LLC
Direct: 646.921.9516

**From:** John Braun <john@richmondcapitalgroup.com>
**Sent:** Thursday, September 27, 2018 4:29:30 PM
**To:** Asher Fried
**Subject:** Re: yoooooooooooooooooo

i will handle with him, its 300k new energy consultants -

On Thu, Sep 27, 2018 at 4:29 PM, Asher Fried <AFried@influxcapital.com> wrote:

Today?
Which deal?
Heshy needs to review and approve - I WISH I have that authorization....

Asher Fried
COOInflux Capital, LLC
Influx Capital Group, LLC
Direct: 646.921.9516

**From:** John Braun <john@richmondcapitalgroup.com>
**Sent:** Thursday, September 27, 2018 4:26:30 PM
**To:** Asher Fried
**Subject:** Re: yoooooooooooooooooo

good you dont answer the phone, i have docs in and wanna make sure we funding, i wanna upgrade my lulav and esrog for 2nd days

On Thu, Sep 27, 2018 at 4:25 PM, Asher Fried <AFried@influxcapital.com> wrote:

How r uuuuuuuuuuuu

Asher Fried 017070
COOInflux Capital LLC
Influx Capital Group, LLC
Direct: 646.921.9516

From: John Braun
Sent: Thursday, September 27, 4:20 PM
Subject: yoooooooooooooooooooo
To: Asher Fried

**Best Regards,**

John Braun
**Senior Funding Manager**

**Richmond Capital Group, LLC**
125 Maiden Lane Ste.501
New York, NY 10038

PH: 855.662.9303
C: 917.734.4703
FX: 855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

--

**Best Regards,**
John Braun
**Senior Funding Manager**

**Richmond Capital Group, LLC**
125 Maiden Lane Ste.501
New York, NY 10038

PH: 855.662.9303
C: 917.734.4703
FX: 855.0704.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

--

**Best Regards,**
John Braun
**Senior Funding Manager**

**Richmond Capital Group, LLC**
125 Maiden Lane Ste. 501
New York, NY 10038

PH: 855.662.9303
C: 917.734.4703
FX: 855.204.0222

PH: 855.662.9303
C: 917.734.4703
FX: 855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

--

**Best Regards,**
John Braun
**Senior Funding Manager**

**Richmond Capital Group, LLC**
125 Maiden Lane Ste. 501
New York, NY 10038

PH: 855.662.9303
C: 917.734.4703
FX: 855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC, its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC, shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

# Re: SIGNED - RAM - 75k - Salon Professional

**From:**    John Braun <john@richmondcapitalgroup.com>
**To:**        Stone Funding <stonefundingllc@gmail.com>
**Date:**    Tue, 07 Feb 2017 12:57:14 -0500

we funded on both companies - 75k ram and 75k rcg - but released the hold back on richmond but not on ram lol

On Tue, Feb 7, 2017 at 12:56 PM, Stone Funding <stonefundingllc@gmail.com> wrote:

> why are both ram & richmond debiting?
>
> On Tue, Feb 7, 2017 at 9:53 AM, John Braun <john@richmondcapitalgroup.com> wrote:
>
>> NOPE LOLLLLL
>>
>> On Tue, Feb 7, 2017 at 12:53 PM, Stone Funding <stonefundingllc@gmail.com> wrote:
>>
>>> did you ever send him his 25k you reserved?
>>>
>>> On Thu, Dec 15, 2016 at 1:14 PM, John Braun <john@richmondcapitalgroup.com> wrote:
>>>
>>>> i did reserve of 25k lol kept daily same , and i ripped ass whole apart with 11k fee
>>>>
>>>> On Thu, Dec 15, 2016 at 4:12 PM, Stone Funding <stonefundingllc@gmail.com> wrote:
>>>>
>>>>> I thought we were lowering the contract?????
>>>>>
>>>>> On Thu, Dec 15, 2016 at 12:57 PM, John Braun <john@richmondcapitalgroup.com> wrote:
>>>>>
>>>>>> funded
>>>>>>
>>>>>> On Thu, Dec 15, 2016 at 2:48 PM, Stone Funding <stonefundingllc@gmail.com> wrote:
>>>>>>
>>>>>>> BS is 18 (medium-high risk)
>>>>>>>
>>>>>>> PC is 630 (medium risk), has 17 open accounts all are in good standing and no liens/judgments
>>>>>>>
>>>>>>> Available bank balance is 205k, funded by Fox today (111k wire) & 12/1 (74k wire), currently have 5 advances debiting $12,371 (not sure what new Fox pymt will be)
>>>>>>>
>>>>>>> Clear lists Rudy Falco & Lisa Esposito as the owners... need ownership verification
>>>>>>>
>>>>>>> On Thu, Dec 15, 2016 at 11:10 AM, Steve Reich <Steve@ramcapitalfunding.com> wrote:
>>>>>>>
>>>>>>> --
>>>>>>> ***Best Regards,***
>>>>>>>
>>>>>>> John Braun

*Senior Funding Manager*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

PH: 855.662.9303
C: 917.734.4703
FX: 855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

--

*Best Regards,*

John Braun
*Senior Funding Manager*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

PH: 855.662.9303
C: 917.734.4703
FX: 855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you are not the authorized recipient(s), or the employee or agent responsible for

delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

--

*Best Regards,*

John Braun
*Senior Funding Manager*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

PH: 855.662.9303
C: 917.734.4703
FX:  855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you  are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

--

*Best Regards,*

John Braun

*Senior Funding Manager*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

PH: 855.662.9303
C: 917.734.4703
FX:  855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you  are not the authorized recipient (s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.



## Viceroy Capital Funding

## MERCHANT AGREEMENT

Agreement dated _December 19, 2016_ between Viceroy Capital Funding (**"VCF"**) and the Merchant listed below (**"MERCHANT"**)

(Month)   (Day)   (Year)

### MERCHANT INFORMATION

Merchant's Legal Name: FOUNTAIN PARK HEALTHCARE, LLC. / ZSZ ENTERPRISE, INC. / PRN RX, LLC.

D/B/A: FOUNTAIN PARK HEALTHCARE / RICHMOND COMPOUNDING / RICHMOND PHARMACY / PRN RX, LLC. State of Incorporation / Organization: TX Federal Tax ID _____

Type of Entity (circle one)   Corporation   Limited Liability Company   Limited Partnership   Limited Liability Partnership   Sole Proprietorship

Physical Address: ██████████████     City: CONROE     State: TX     Zip: 77304

Contact Name: JERAMY P. MEACHAM     Contact Number: _____     Email: _____

Mailing Address: S/A/A     City: _____     State: _____     Zip: _____

### PURCHASE AND SALE OF FUTURE RECEIVABLES

Merchant ("Merchant" or "Seller") hereby sells, assigns and transfers to VCF ("VCF" or "Buyer") (making VCF the absolute owner) in consideration of the funds provided ("Purchase Price") specified below, all of Merchant's future accounts, contract rights and other entitlements arising from or relating to the payment of monies from Merchant's customers' and/or other third party payors (the "Receipts" defined as all payments made by cash, check, electronic transfer or other form of monetary payment in the ordinary course of the Merchant's business), for the payments due to Merchant as a result of Merchant's sale of goods or services (the "Transactions") until the amount specified below (the "Purchased Amount") has been delivered by or on behalf of Merchant to VCF.

The Purchased Amount shall be paid to VCF by Merchant's irrevocably directing and authorizing that there be only one depositing bank account, which account must be acceptable to, and pre-approved by, VCF (the "Account") into which Merchant and Merchant's customers shall remit the percentage specified below (the "Specified Percentage") of the Merchant's settlement amounts due from each Transaction, until such time as VCF receives payment in full of the Purchased Amount. Merchant hereby authorizes VCF to ACH Debit the specified remittances from the merchant's Account on a daily basis and will provide with all required access codes, and monthly bank statements. Merchant understands that it is responsible for ensuring that the specified percentage to be debited by VCF remains in the Account and will be held responsible for any fees incurred by VCF resulting from a rejected ACH attempt or an event of default. (See Appendix A) VCF is not responsible for any overdrafts or rejected transactions that may result from VCF's ACH debiting the specified amounts under the terms of this agreement. VCF will debit the specific daily amount each business day and upon receipt of the Merchant's monthly bank statements on or about the eighteenth day of each month reconcile the Merchant's Account by either crediting or debiting the difference from or back to the Merchant's Account so that the amount debited per month equals the specified percentage. VCF may, upon Merchant's request, adjust the amount of any payment due under this Agreement at VCF's sole discretion and as it deems appropriate. Notwithstanding anything to the contrary in this Agreement or any other agreement between VCF and Merchant, upon the violation of any provision contained in Section 1.11 of the MERCHANT AGREEMENT TERMS AND CONDITIONS or the occurrence of an Event of Default under Section 3 of the MERCHANT AGREEMENT TERMS AND CONDITIONS, the Specified Percentage shall equal 100%. A list of all fees applicable under this Agreement is contained in Appendix A.

Total Purchase Price: $150,000.00 ___ Specified Percentage: 10 % Specific DAILY Amount:$ 2,739.00 ___ Total Purchased Amount:$ 218,850.00

**THE MERCHANT AGREEMENT TERMS AND CONDITIONS SET FORTH ON PAGE 2, THE "SECURITY AGREEMENT AND GUARANTY" AND THE "ADMINISTRATIVE FORM" HEREOF, ARE ALL HEREBY INCORPORATED IN AND MADE A PART OF THIS MERCHANT AGREEMENT.**

FOR THE MERCHANT (#1)

By JERAMY P. MEACHAM _____     _____ (Signature)   [ Sign Here ]
(Print Name and Title)

FOR THE MERCHANT (#2)

By _____     _____ (Signature)   [ Sign Here ]
(Print Name and Title)

OWNER#1

By JERAMY P. MEACHAM _____     _____ (Signature)   [ Sign Here ]
(Print Name)

OWNER #2

By _____     _____ (Signature)   [ Sign Here ]
(Print Name)

VICEROY CAPITAL FUNDING _____

By _____   Sales Associate Name: _____
(Company Officer)     _____ (Signature)

**Viceroy Capital Funding |40 Wall St. 28th Floor| New York |NY 10005| Ph. (347) 282-5959**

VCF ACH

**To:**    Robert Giardina[rgiardina@richmondcapitalgroup.com]; Michelle Gregg[michelle@richmondcapitalgroup.com]
**From:**    John Braun <john@richmondcapitalgroup.com>[john@richmondcapitalgroup.com]
**Sent:**    Mon 12/19/2016 9:46:45 PM (UTC)
**Subject:**    PLEASE FUND *WIRE* : SIGNED 150K - VICEROY - FOUNTAIN / ZSZ / PRN RX
ATT00001.htm
Viceroy Capital 12.19.16.pdf


PLEASE FUND - *WIRE* VICEROY
150K @ 218,850 - 2,739 DAILY - 17,999 PSF - 1,999 ACH -

NET TO MERCHANT -
130,002 - RECURRING 2,739 -


--

*Best Regards,*

John Braun
*Senior Funding Manager*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

PH: 855.662.9303
C: 917.734.4703
FX:  855.204.0222


CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you  are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.


--

*Best Regards,*

John Braun
*Senior Funding Manager*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

PH: 855.662.9303
C: 917.734.4703
FX:  855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you  are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.



# MERCHANT AGREEMENT

Agreement dated ___March 2, 2017___ between Richmond Capital Group LLC ("RCG") and the Merchant listed below ("MERCHANT")
       (Month)  (Day)  (Year)

## MERCHANT INFORMATION

Merchant's Legal Name: INTERNATIONAL SCHOOLS, LLC.

D/B/A: INTERNATIONAL SCHOOLS, LLC.        State of Incorporation / Organization: MO  Federal Tax ID 61-1504077

Type of Entity (circle one)  Corporation  Limited Liability Company  Limited Partnership  Limited Liability Partnership  Sole Proprietorship

Physical Add [redacted]        City: BRIDGETON   State: MO   Zip: 63044

Contact Name: DOSSIE M. BONDS        Contact Number: [redacted]   Email: [redacted]

Mailing Address: [redacted]        City: BALDWIN   State: MO   Zip: 63021

### PURCHASE AND SALE OF FUTURE RECEIVABLES

Merchant ("Merchant" or "Seller") hereby sells, assigns and transfers to RCG ("RCG" or "Buyer") (making RCG the absolute owner) in consideration of the funds provided ("Purchase Price") specified below, all of Merchant's future accounts, contract rights and other entitlements arising from or relating to the payment of monies from Merchant's customers' and/or other third party payors (the "Receipts" defined as all payments made by cash, check, electronic transfer or other form of monetary payment in the ordinary course of the Merchant's business), for the payments due to Merchant as a result of Merchant's sale of goods or services (the "Transactions") until the amount specified below (the "Purchased Amount") has been delivered by or on behalf of Merchant to RCG.

The Purchased Amount shall be paid to RCG by Merchant's irrevocably directing and authorizing that there be only one depositing bank account, which account must be acceptable to, and pre-approved by, RCG (the "Account") into which Merchant and Merchant's customers shall remit the percentage specified below (the "Specified Percentage") of the Merchant's settlement amounts due from each Transaction, until such time as RCG receives payment in full of the Purchased Amount. Merchant hereby authorizes RCG to ACH Debit the specified remittances from the merchant's Account on a daily basis and will provide RCG with all required access codes, and monthly bank statements. Merchant understands that it is responsible for ensuring that the specified percentage to be debited by RCG remains in the Account  and will be held responsible for any fees incurred by RCG resulting from a rejected ACH attempt or an event of default.  (See Appendix A) RCG is not responsible for any overdrafts or rejected transactions that may result from RCG debiting the specified amounts under the terms of this agreement. RCG will debit the specified daily amount each business day and upon receipt of the Merchant's monthly bank statements on or about the eighteenth day of each month reconcile the Merchant's Account by either crediting or debiting the difference from or back to the Merchant's Account so that the amount debited per month equals the specified percentage. RCG may, upon Merchant's request, adjust the amount of any payment due under this Agreement at RCG's sole discretion and as it deems appropriate. Notwithstanding anything to the contrary in this Agreement or any other agreement between RCG and Merchant, upon the violation of any provision contained in Section 1.11 of the MERCHANT AGREEMENT TERMS AND CONDITIONS or the occurrence of an Event of Default under Section 3 of the MERCHANT AGREEMENT TERMS AND CONDITIONS, the Specified Percentage shall equal 100%. A list of all fees applicable under this Agreement is contained in Appendix A.

Total Purchase Price: $5,000.00    Specified Percentage: 10 % Specific DAILY Amount:$ 199.00    Total Purchased Amount:$ 7,495.00

THE MERCHANT AGREEMENT TERMS AND CONDITIONS SET FORTH ON PAGE 2, THE "SECURITY AGREEMENT AND GUARANTY" AND THE "ADMINISTRATIVE FORM HEREOF, ARE ALL HEREBY INCORPORATED IN AND MADE A PART OF THIS MERCHANT AGREEMENT.

**FOR THE MERCHANT (#1)**
By DOSSIE M. BONDS        _Dossie Bonds_ (Signature)        → Sign Here
    (Print Name and Title)

**FOR THE MERCHANT (#2)**
By CEDRIC BONDS        _Cedric Bonds_ (Signature)        → Sign Here
    (Print Name and Title)

**OWNER#1**
By DOSSIE M. BONDS        _Dossie Bonds_ (Signature)        → Sign Here
    (Print Name)

**OWNER #2**
By CEDRIC BONDS        _Cedric Bonds_ (Signature)        → Sign Here
    (Print Name)

**RICHMOND CAPITAL GROUP, LLC**

By _____        Sales Associate Name: _____
    (Company Officer)            (Signature)

Richmond Capital Group, LLC |125 Maiden Lane Ste. 501 | New York |NY 10038| Ph. (855) 662-9303 Fax (855) 204-0222

RCG ACH

## Re: SIGNED 200  -  ICER  Y -  EAD T  T  E

| | |
|---|---|
| **From:** | John Braun <john@richmondcapitalgroup.com> |
| **To:** | Stone Funding <stonefundingllc@gmail.com> |
| **Date:** | Fri, 30 Mar 2018 18:16:03 -0400 |

Yea lol

On Friday, March 30, 2018, Stone Funding <stonefundingllc@gmail.com> wrote:

> you changed the fees on this to 40k???
>
> On Fri, Mar 30, 2018 at 5:39 PM, John Braun <john@richmondcapitalgroup.com> wrote:
>
>> Gotta close the deal or at least bring the deal to the table lol. But honestly I do that when I can it was signed at 4,999 then I changed it to 19,999 & 19,999 lol cause I smelled the opportunity it's extra 30k I gotta do what I gotta do
>>
>> On Friday, March 30, 2018, Stone Funding <stonefundingllc@gmail.com> wrote:
>>
>>> how do I get in on the ripping fee action? lol
>>>
>>> On Fri, Mar 30, 2018 at 5:24 PM, John Braun <john@richmondcapitalgroup.com> wrote:
>>>
>>>> I CHANGED IT TO 60 DAYS - AND THIS IS WHERE THE ACTION IS ALSO - I ALSO RIPPED FEE
>>>>
>>>> On Fri, Mar 30, 2018 at 5:22 PM, Stone Funding <stonefundingllc@gmail.com> wrote:
>>>>
>>>>> what about other entities/bank accounts?
>>>>>
>>>>> On Fri, Mar 30, 2018 at 5:20 PM, John Braun <john@richmondcapitalgroup.com> wrote:
>>>>>
>>>>>> funded
>>>>>>
>>>>>> On Fri, Mar 30, 2018 at 4:53 PM, Stone Funding <stonefundingllc@gmail.com> wrote:
>>>>>>
>>>>>>> PC is 555 (low-medium risk), merchant only has one open account - student loan acct that is listed as current
>>>>>>>
>>>>>>> ABB (HTH) is 106k, good daily balances, funded 3/7 by OnDeck (195k wire), currently have 1 advance debiting $5,169 weekly
>>>>>>>
>>>>>>> ABB (HTH Payroll 5668) is $445 - don't use anymore
>>>>>>> ABB (KIIDS 5676) is 1k, use for payroll (account name K.I.I.D.S. A Therapy Service Provider)
>>>>>>> ABB (Enable Therapy 5684) is 2k, not much activity
>>>>>>>
>>>>>>> On Fri, Mar 30, 2018 at 4:21 PM, Steve Reich <steve@ramcapitalfunding.com> wrote:
>>>>>>>
>>>>>>>> tel:623-217-2948 CPA Julie ext 5
>>>>>>>>
>>>>>>>> --

*Best Regards,*

John Braun
*Senior Funding Manager*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

PH: 855.662.9303
C: 917.734.4703
FX: 855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

--

*Best Regards,*

John Braun
*Senior Funding Manager*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

PH: 855.662.9303
C: 917.734.4703
FX: 855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and

the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

--

**Best Regards,**

John Braun
**Senior Funding Manager**

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

PH: 855.662.9303
C: 917.734.4703
FX: 855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

--

*Best Regards,*

John Braun
*Senior Funding Manager*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

PH: 855.662.9303
C: 917.734.4703
FX:  855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you  are not the authorized recipient (s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.



# MERCHANT AGREEMENT

Agreement dated ___April 26, 2017___ between Ram Capital Funding LLC (**"RCF"**) and the Merchant listed below (**"MERCHANT"**)

      (Month)  (Day)  (Year)

## MERCHANT INFORMATION

Merchant's Legal Name: AMCO MECHANICAL CONTRACTORS, INC.

D/B/A: AMCO MECHANICAL CONTRACTORS, INC. State of Incorporation / Organization: TX Federal Tax ID 76-0029061

Type of Entity (circle one)  Corporation  Limited Liability Company  Limited Partnership  Limited Liability Partnership  Sole Proprietorship

Physical Address: ██████████████    City: SPRING    State: TX    Zip: 77373

Contact Name: HAROLD W. HERRIDGE    Contact Number: ████████  Email: _____

Mailing Address: S/A/A    City: _____  State: _____  Zip: _____

### PURCHASE AND SALE OF FUTURE RECEIVABLES

Merchant ("Merchant" or "Seller") hereby sells, assigns and transfers to RCF ("RCF" or "Buyer") (making RCF the absolute owner) in consideration of the funds provided ("Purchase Price") specified below, all of Merchant's future accounts, contract rights and other entitlements arising from or relating to the payment of monies from Merchant's customers' and/or other third party payors (the "Receipts" defined as all payments made by cash, check, electronic transfer or other form of monetary payment in the ordinary course of the Merchant's business), for the payments due to Merchant as a result of Merchant's sale of goods or services (the "Transactions") until the amount specified below (the "Purchased Amount") has been delivered by or on behalf of Merchant to RCF.

The Purchased Amount shall be paid to RCF by Merchant's irrevocably directing and authorizing that there be only one depositing bank account, which account must be acceptable to, and pre-approved by, RCF (the "Account") into which Merchant and Merchant's customers shall remit the percentage specified below (the "Specified Percentage") of the Merchant's settlement amounts due from each Transaction, until such time as RCF receives payment in full of the Purchased Amount. Merchant hereby authorizes RCF to ACH Debit the specified remittances from the merchant's Account on a daily basis and will provide RCF with all required access codes, and monthly bank statements. Merchant understands that it is responsible for ensuring that the specified percentage to be debited by RCF remains in the Account and will be held responsible for any fees incurred by RCF resulting from a rejected ACH attempt or an event of default. (See Appendix A) RCF is not responsible for any overdrafts or rejected transactions that may result from RCF's ACH debiting the specified amounts under the terms of this agreement. RCF will debit the specific daily amount each business day and upon receipt of the Merchant's monthly bank statements on or about the eighteenth day of each month reconcile the Merchant's Account by either crediting or debiting the difference from or back to the Merchant's Account so that the amount debited per month equals the specified percentage. RCF may, upon Merchant's request, adjust the amount of any payment due under this Agreement at RCF's sole discretion and as it deems appropriate. Notwithstanding anything to the contrary in this Agreement or any other agreement between RCF and Merchant, upon the violation of any provision contained in Section 1.11 of the MERCHANT AGREEMENT TERMS AND CONDITIONS or the occurrence of an Event of Default under Section 3 of the MERCHANT AGREEMENT TERMS AND CONDITIONS, the Specified Percentage shall equal 100%. A list of all fees applicable under this Agreement is contained in Appendix A.

Total Purchase Price: $35,000.00    Specified Percentage: 10 % Specific DAILY Amount: $ 1,049.00    Total Purchased Amount: $ 52,465.00

THE MERCHANT AGREEMENT TERMS AND CONDITIONS SET FORTH ON PAGE 2, THE "SECURITY AGREEMENT AND GUARANTY" AND THE "ADMINISTRATIVE FORM HEREOF, ARE ALL HEREBY INCORPORATED IN AND MADE A PART OF THIS MERCHANT AGREEMENT.

**FOR THE MERCHANT (#1)**
By HAROLD W. HERRIDGE _____ _(Signature)_  [Sign Here]
    (Print Name and Title)
**FOR THE MERCHANT (#2)**
By PEGGY S. HERRIDGE _____ _(Signature)_  [Sign Here]
    (Print Name and Title)
**OWNER#1**
By HAROLD W. HERRIDGE _____ _(Signature)_  [Sign Here]
    (Print Name)
**OWNER #2**
By PEGGY S. HERRIDGE _____ _(Signature)_  [Sign Here]
    (Print Name)

**RAM CAPITAL FUNDING, LLC** _____

By _____    Sales Associate Name: _____
  (Company Officer)                 (Signature)

**Ram Capital Funding, LLC |1006 Monmouth Ave | Lakewood |NJ 08701**

ftc-ram022913

**From:** Steve Reich <steve@ramcapitalfunding.com>
**Sent:** 4/12/2017 12:35:02 PM
**To:** John Braun
**Subject:** Fwd: FIRST CLASS

Thank You,

Steve Reich
646-531-4440

Begin forwarded message:

**From:** Jerry Cocuzzo <jcocuzzo@fortifiedfunding.com>
**Date:** April 12, 2017 at 11:43:58 AM EDT
**To:** Steve Reich <steve@ramcapitalfunding.com>
**Subject: RE: FIRST CLASS**

Call me ASAP. Your boy is a fucking asshole and I will not send anything anymore bro.
He charged this guy $3,300 in fees and that's not the agreement we had man. This kid at 917-734-4703 is a total asshole bro.
The last 2 deals iv'e done with you have been a total disaster.
Im not dealing with it!

**From:** Steve Reich [mailto:steve@ramcapitalfunding.com]
**Sent:** Tuesday, April 11, 2017 10:02 PM
**To:** Jerry Cocuzzo <jcocuzzo@fortifiedfunding.com>
**Subject:** Re: FIRST CLASS

Thursday

Thank You,

Steve Reich
646-531-4440

On Apr 11, 2017, at 8:43 PM, Jerry Cocuzzo <jcocuzzo@fortifiedfunding.com> wrote:

PX35 - 1349

Ty, Send me do a for Ivan at Auto Trans.
Try and get 75k over 80 days bro
ftc-ram022914
Sent from my iPhone

On Apr 11, 2017, at 7:40 PM, Steve Reich <steve@ramcapitalfunding.com> wrote:

Funded

Thank You,

Steve Reich
646-531-4440

On Apr 11, 2017, at 3:18 PM, Jerry Cocuzzo <jcocuzzo@fortifiedfunding.com> wrote:

https://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=786199583573&cntry_code=us&wsch=true

in transit!l

**From:** Steve Reich [mailto:steve@ramcapitalfunding.com]
**Sent:** Tuesday, April 11, 2017 12:12 PM
**To:** Jerry Cocuzzo <jcocuzzo@fortifiedfunding.com>
**Subject:** Re: FIRST CLASS

Have em call 5185222263

Thank You,

Steve Reich
646-531-4440

On Apr 11, 2017, at 11:01 AM, Jerry Cocuzzo <jcocuzzo@fortifiedfunding.com> wrote:

I KNOW YOU ARE DOING YOUR NTHING OVER THE NEXT COUPLE DATYS HOWEVER DID YOU GET THIS LAST NIGHT??
AND IS THERE ANYBODY AT YOUR OFFICE THAT CAN FUND THIS TODAY?? 
GIVE ME THER CONTACT INFO??

<image001.png>

Best Regards,

Jerry Cocuzzo
Director

Fortified Funding
www.fortifiedfunding.com

PX35 - 1350

450 Fairway Drive, Suite 210
Deerfield Beach, Florida 33441
ftc-ram022915   954-531-0954 Office
(e) jcocuzzo@fortfieldfunding.com
754-264-8266 Fax

<FAX_20170410_1491863515_103.pdf>

ftc-ram150298

**From:** Steve Reich <steve@ramcapitalfunding.com>
**Sent:** 8/26/2016 4:35:11 PM
**To:** Leslie Chandler
**Subject:** RE: Wire transfer to iBank Corp.- F

WHATS THE 985 FOR?

**Thank You**

**Steve Reich**
**646-531-4440**

**From:** Leslie Chandler [mailto:█████████████]
**Sent:** Friday, August 26, 2016 12:19 PM
**To:** 'Steve Reich' <steve@ramcapitalfunding.com>
**Subject:** RE: Wire transfer to iBank Corp.- F

And the address for Viceroy, please

**From:** Steve Reich [mailto:steve@ramcapitalfunding.com]
**Sent:** Friday, August 26, 2016 11:07 AM
**To:** Leslie Chandler
**Cc:** Jack Paschetag; bob@riflournoylaw.com; Krista Jernigan
**Subject:** RE: Wire transfer to iBank Corp.- F

VICEROY CAPITAL FUNDING
ROUTING# █████████████

EMPIRE STATE BANK
1361 N RAILROAD
STATEN ISLAND NY 10306

**Thank You**

**Steve Reich**
**646-531-4440**

**From:** Leslie Chandler [mailto:_____]
**Sent:** Friday, August 19, 2016 4:05 PM
**To:** 'Steve Reich' <steve@ramcapitalfunding.com>
**Cc:** Jack Paschetag <tagjnc@outlook.com>; bob@riflournoylaw.com; Krista Jernigan <jernigankrista@gmail.com>
**Subject:** Wire transfer to iBank Corp.- F

Mr. Reich,

Our bank requires the following information in order to complete a wire transfer:

Bank name
Bank address
Beneficiary address (Viceroy Capital Funding.)

Please advise. Thank you.

**From:** Steve Reich [mailto:steve@ramcapitalfunding.com]
**Sent:** Wednesday, August 17, 2016 4:39 PM
**To:** Leslie Chandler
**Cc:** Jack Paschetag; bob@riflournoylaw.com; Krista Jernigan
**Subject:** Re: iBank Corp.- Financing Application for East Texas Home Health Inc. From Krista

VICEROY CAPITAL FUNDING
ROUTING#
ACCOUNT#

Steve Reich
646-531-4440

On Aug 17, 2016, at 5:35 PM, Leslie Chandler <_____M> wrote:

Dear Mr. Reich,

Please reply with wire transfer instructions for payment.

Thank you,
Leslie Chandler

**From:** Steve Reich [mailto:steve@ramcapitalfunding.com]
**Sent:** Friday, August 12, 2016 12:14 PM
**To:** Jack Paschetag
**Cc:** bob@riflournoylaw.com; Leslie Chandler; Krista Jernigan
**Subject:** RE: iBank Corp.- Financing Application for East Texas Home Health Inc. From Krista

<image001.png>

**Thank You**

PX35 - 1353

**Steve Reich**
**646-531-4440** n150300

**From:** Jack Paschetag [mailto:taginc@outlook.com]
**Sent:** Friday, August 12, 2016 12:53 PM
**To:** "Steve Reich' <steve@ramcapitalfunding.com>
**Cc:** bob@rlflournoylaw.com; 'Leslie Chandler' <[blacked out]>; 'Krista Jernigan' <jernigankrista@gmail.com>
**Subject:** RE: iBank Corp.- Financing Application for East Texas Home Health Inc. From Krista

Well, we know that we were supposed to get $50,000, but only got $27,500.00, which left $22,500.00 to paid to East Texas Home Health.

Please explain how you get to $17,500 from $22,500.

Thanks

Jack Paschetag

---

**From:** Steve Reich [mailto:steve@ramcapitalfunding.com]
**Sent:** Friday, August 12, 2016 10:35 AM
**To:** Jack Paschetag
**Cc:** bob@rlflournoylaw.com; Krista Jernigan; Leslie Chandler; cnichols@texasstatebank.net
**Subject:** RE: iBank Corp.- Financing Application for East Texas Home Health Inc. From Krista

The amount we haven't sent is 17.5k we keep saying that not sure the misunderstanding there are fees involved

**Thank You**

**Steve Reich**
**646-531-4440**

**From:** Jack Paschetag [mailto:taginc@outlook.com]
**Sent:** Friday, August 12, 2016 10:51 AM
**To:** 'Steve Reich' <steve@ramcapitalfunding.com>
**Cc:** bob@rlflournoylaw.com; 'Krista Jernigan' <jernigankrista@gmail.com>; 'Leslie Chandler' <[blacked out]>; cnichols@texasstatebank.net
**Subject:** RE: iBank Corp.- Financing Application for East Texas Home Health Inc. From Krista

The intent of this transaction, regardless of suspicious legal wording in the agreement, has always been for Viceroy to fund $50,000.00 and for East Texas Home Health to pay back $75,950.00. Since Viceroy only funded $27,500.00 and at your suggestion, you will 'As we have said we can discount the amount we didn't net you and u can pay us off the diffrence owed.' As stated in your email of August 10, 2016 @ 12:35pm. Krista will pay you the difference of $53,450.00 ($75,950.00 less $22,500.00 not funded). You are instructed to continue to draft $1,499.00 through Monday, August 15th and only draft $985.00 on Tuesday, August 16th. No other draft after Tuesday, August 16th will be honored.

Furthermore, you are instructed to communicate only with Krista's attorney

Robert L. Flournoy
Attorney at Law
118 South Second Street
Lufkin, TX 75901

936-639-4466
Fax 936-634-3190
bob@riflecreekfunding.com

See attachment

Jack Paschetag

---

**From:** Steve Reich [mailto:steve@ramcapitalfunding.com]
**Sent:** Thursday, August 11, 2016 9:32 AM
**To:** Jack Paschetag
**Cc:** Krista Jernigan
**Subject:** Re: iBank Corp.- Financing Application for East Texas Home Health Inc. From Krista

You have just decided that is our agreement when it isn't.

We agreed to send another 17.5k which we won't send now when you clearly are causing issues on the deal.

We have you the payoff amount for the deal and we will not accept any less.

If we do receive any less we will file our judgment and any lawyer or advisor that advises their client to let us file should find a new job.

If our payments are blocked we add 5k default fee per our contract plus legal fees.

Let me know how you want to proceed.

Steve Reich
646-531-4440

On Aug 11, 2016, at 10:28 AM, Jack Paschetag <███████████> wrote:

John Braun called me yesterday, very irate with lots of profanity, telling me not to talk to you anymore, and that the was going to file suit.

Under the advice of our attorney, who has been monitoring our discussions, we are going to proceed as described below, because you have agreed to give Krista credit for the $22,500.00.

There is no need for further discussion.

Jack Paschetag

**From:** Jack Paschetag [██████████]
**Sent:** Wednesday, August 10, 2016 4:39 PM
**To:** 'Steve Reich'
**Cc:** 'Leslie Chandler'; 'Krista Jernigan'; 'Luis Acevedo'; 'cnichols@texasstatebank.net'
**Subject:** RE: iBank Corp.- Financing Application for East Texas Home Health Inc. From Krista

Ok, that's a deal according to Krista.

The total purchase amount is $75,000.00

PX35 - 1355

The amount you didn't net to us is $22,500.00
Remaining balance is      $52,500.00
On 8/15 $16,632.65 will have been drafted from the bank.
On 8/16/2016 you are authorized to draft $35.00 for a total of $52,500.00.

See attachment for a list of the drafts and dates.

The bank will be instructed to no longer honor your firm's drafts beginning 8/17/2016.

Thanks

Jack Paschetag

**From:** Steve Reich [mailto:steve@ramcapitalfunding.com]
**Sent:** Wednesday, August 10, 2016 12:35 PM
**To:** Krista Jernigan
**Cc:** Leslie Chandler; Luis Acevedo; Jack Paschetag; jack@viceroycap.com
**Subject:** RE: iBank Corp.- Financing Application for East Texas Home Health Inc. From Krista

As we have said we can discount the amount we didn't net you and u can pay us off the diffrence owed.

Not sure about the confusion we have signed contracts and recorded call with you.

**Thank You**

**Steve Reich**
**646-531-4440**

**From:** Krista Jernigan [mailto: ]
**Sent:** Wednesday, August 10, 2016 1:32 PM
**To:** Steve Reich <steve@ramcapitalfunding.com>
**Cc:** Leslie Chandler <[ M]>; Luis Acevedo <                    >; Jack Paschetag <
**Subject:** Re: iBank Corp.- Financing Application for East Texas Home Health Inc. From Krista

Note above is my attorney along with Jack who maintains my books.   The other day when I called you, you heard my just fine.

If you can read, I WANT THIS STOPPED!!!   I WANT MY MONEY BACK!!!   I don't owe you $2500.00 for anything and DO NOT SEND ME A PENNY!!

CAPICHE,  CAPEESH, CAPISCE?   Defined as DO YOU UNDERSTAND?

Krista

On Aug 10, 2016, at 12:18 PM, Jack Paschetag <                    > wrote:

Ok! But you have not completed the purchase of $50,000, you have only paid $27,500 and still owe $22,500.00.
ftc-ram150303
I suggest that you give this opportunity serious consideration to bring this issue to an amicably termination.

Krista, wishes to bring this issue to an end, where both parties can part ways amicably.

Please advise

Jack Paschetag

**From:** Steve Reich [mailto:steve@ramcapitalfunding.com]
**Sent:** Tuesday, August 09, 2016 5:56 PM
**To:** Jack Paschetag
**Cc:** Krista Jernigan; Leslie Chandler; Luis Acevedo
**Subject:** Re: iBank Corp.- Financing Application for East Texas Home Health Inc.

There is no interest this is a purchase and sale.

Steve Reich
646-531-4440

On Aug 9, 2016, at 6:50 PM, Jack Paschetag ▮▮▮▮▮▮ > wrote:

Steve

Thanks for the transcript, but Krista needs to know how much was applied to principle and interest per payments.

Please advise

Jack Paschetag

**From:** Steve Reich [mailto:steve@ramcapitalfunding.com]
**Sent:** Tuesday, August 09, 2016 2:45 PM
**To:** Jack Paschetag
**Cc:** Leslie Chandler; Krista Jernigan; Luis Acevedo
**Subject:** RE: iBank Corp.- Financing Application for East Texas Home Health Inc.

# Cleared Transactions

Add Transaction  Export All

Start Date  End Date  [Search]

| [ ] | TYPE | DATE | TRANS ID | DESCRIPTION | AMOUNT | COLLECTOR | MERCHANT # |
|-----|------|------|----------|-------------|--------|-----------|------------|
| [ ] | ACHWorks | 08/03/2016 | M1-34960 | FXD-1 | $1,499.00 | | |
| [ ] | ACHWorks | 08/02/2016 | M1-34845 | FXD-1 | $1,499.00 | | |

ftc-ram150304

| | | | |
|---|---|---|---|
| [ ] | ACHWorks 08/01/2016 M1-34728 | FXD-1 | $1,499.00 |
| | ACHWorks 07/29/2016 M1-34613 | FXD-1 | $1,499.00 |
| [ ] | ACHWorks 07/28/2016 M1-34501 | FXD-1 | $1,499.00 |
| [ ] | ACHWorks 07/27/2016 M1-34392 | FXD-1 | $1,499.00 |
| [ ] | ACHWorks 07/26/2016 M1-34283 | FXD-1 | $1,499.00 |
| [ ] | ACHWorks 07/25/2016 M1-34173 | FXD-1 | $1,499.00 |
| [ ] | ACHWorks 07/22/2016 M1-34063 | FXD-1 | $1,499.00 |
| [ ] | ACHWorks 07/21/2016 M1-33949 | FXD-1 | $1,499.00 |
| [ ] | ACHWorks 07/20/2016 M1-33836 | FXD-1 | $1,499.00 |
| [ ] | ACHWorks 07/19/2016 M1-33725 | FXD-1 | $1,499.00 |
| [ ] | ACHWorks 07/18/2016 M1-33613 | FXD-1 | $1,499.00 |
| [ ] | ACHWorks 07/15/2016 M1-33501 | FXD-1 | $1,499.00 |
| [ ] | ACHWorks 07/14/2016 M1-33394 | FXD-1 | $1,499.00 |
| [ ] | ACHWorks 07/13/2016 M1-33283 | FXD-1 | $1,499.00 |
| [ ] | ACHWorks 07/12/2016 M1-33177 | FXD-1 | $1,499.00 |
| [ ] | ACHWorks 07/11/2016 M1-33068 | FXD-1 | $1,499.00 |
| [ ] | ACHWorks 07/08/2016 M1-32958 | FXD-1 | $1,499.00 |
| [ ] | ACHWorks 07/07/2016 M1-32855 | FXD-1 | $1,499.00 |
| [ ] | ACHWorks 07/06/2016 M1-32753 | FXD-1 | $1,499.00 |
| [ ] | ACHWorks 07/05/2016 M1-32649 | FXD-1 | $1,499.00 |
| [ ] | ACHWorks 07/04/2016 M1-32481 | HOLIDAY | $1,499.00 |
| [ ] | ACHWorks 07/01/2016 M1-32471 | FXD-1 | $1,499.00 |
| [ ] | ACHWorks 06/30/2016 M1-32369 | FXD-1 | $1,499.00 |

[Delete] **Total of displayed transactions $37,475.00**

**Thank You**

**Steve Reich**
**646-531-4440**

**From:** Jack Paschetag [mailto:███████]
**Sent:** Tuesday, August 9, 2016 3:38 PM
**To:** 'Steve Reich' <steve@ramcapitalfunding.com>
**Cc:** 'Leslie Chandler' <███████████ M>; 'Krista Jernigan' <████████████████ >; 'Luis Acevedo' <██████████████ >
**Subject:** RE: iBank Corp.- Financing Application for East Texas Home Health Inc.

Steve

Sorry about the confusion.

Please ask your accountant to provide a transcript, from your point of view, on how you are arriving at the payoff amount of $20,985, so that Krista can understand her liability.

Krista is very interested in resolving this matter, so help us understand your position by providing the transcript.

Please advise

Jack Paschetag
936-639-2200

**From:** Steve Reich [mailto:steve@ramcapitalfunding.com]
**Sent:** Tuesday, August 09, 2016 2:10 PM
**To:** Jack Paschetag
**Cc:** Krista Jernigan; Leslie Chandler; Luis Acevedo
**Subject:** RE: iBank Corp.- Financing Application for East Texas Home Health Inc.

Sorry we couldn't hear you well so our convo got misunderstood.

We advances east Texas 50k and upon login we decided it would be best to hold back 20k as insurance policy.

If you wish to get out of this deal we can credit you the 20k towards our balance (minus the 2500 fee) you balance as of today would be 20,985.

If you would like to pay us off we can send you wire instructions and close out the account today.

**Thank You**

ftc-ram150306

**Steve Reich**
**646-531-4440**

From: Jack Paschetag [mailto: █████████]
Sent: Tuesday, August 9, 2016 3:05 PM
To: 'Steve Reich' <steve@ramcapitalfunding.com>
Cc: 'Krista Jernigan' <████████████████>; 'Luis Acevedo' █████████████; 'Leslie Chandler'
Subject: RE: iBank Corp.- Financing Application for East Texas Home Health Inc.

Steve

To remind you, I am representing East Texas Home Health Inc. (Krista Jernigan), by providing accounting assistance to her firm.

I appreciate your response to our previous email, after Krista Jernigan authorized you to discuss with me, the payoff arrangements for the Viceroy Capital Funding agreement.

Your response was "I will give you the figures for our position one time and one time only " verbally. Your response was very brief, but at my request, I asked that you email to me your position, providing those same figures.

Please understand, Krista has honored her commitment to your firm to date, but you have not honored yours. East Texas Home Health has not received the remaining balance of $22,500.00 of the $50,000.00, that your firm committed to.

Krista, is trying to resolve this issue amicably, but I find the tone of your response during our telephone conversation to be negative and uncooperative.

Surely you want to resolve this issue in the best interest of both parties.

Please advise.

Jack Paschetag

From: Steve Reich [mailto:steve@ramcapitalfunding.com]
Sent: Monday, August 08, 2016 3:16 PM
To: Jack Paschetag
Cc: Krista Jernigan; Leslie Chandler; Luis Acevedo
Subject: RE: iBank Corp.- Financing Application

Please call me when you can 6467621842

**Thank You**

**Steve Reich**
**646-531-4440**

From: Jack Paschetag [mailto: █████████]
Sent: Monday, August 8, 2016 3:56 PM
To: steve@ramcapitalfunding.com
Cc: 'Krista Jernigan' <████████████████>; 'Leslie Chandler' <█████████████m>; 'Luis Acevedo' <█████████████m>
Subject: FW: iBank Corp.- Financing Application

ftc-ram1540062

Mr. Reich,

I am Jack Paschetag, President of The Application Group, Inc., the firm, that provides accounting assistance to East Texas Home Health, Inc. (Krista Jernigan's firm). Our records reflect, that your firm advanced ETHH $27,500, on 6/30/2016 with terms of 10% interest accrued daily. Originally, your firm was to advance $50,000 of which you never advanced $22,500, so our position is, that we only owe the principle amount of $27,500 plus 10% interest accrued daily, according to your agreement.

The attached amortization schedule reflects, that according to your terms, that the loan was paid off on 7/27/2016. The total amount paid through 8/8/2016 is $44,970.00 of which $16,489.00 has been over paid.

Consequently, our position is that your firm owes ETHH $16,489.00 and we are demanding, the cessation of the draws on Texas State Bank immediately. Please review the attached amortization schedule.

Understanding, that your firm provides credit services to high risk borrowers with acceptable ethical standards, serving the high risk borrower community, you can understand our position and will want to resolve this issue amicably.

We have advised krista, that submitting further credit information is not necessary and should not have any bearing on your liability for over payment as the original submission of credit information was apparently enough to secure the funding, that is currently in place.

Please advise as I am sure that you have good intentions.

Jack Paschetag
936-639-2200

**From:** Krista Jernigan [mailto:
**Sent:** Saturday, August 06, 2016 7:43 AM
**To:** Kelli Scroggins; Jack Paschetag
**Cc:** robert.bruce@ibankcorp.com; Leslie Chandler
**Subject:** Re:- iBank Corp.- Financing Application

hold on   send Jack this entire thread of messages     this is the Victory capital people who owe us money    do not take a dime.

get jack and luis involved

On Jun 27, 2016, at 2:22 PM, Kelli Scroggins <                    > wrote:

Please let me know if you need anything else.

**From:** krista jernigan [mailto:

ftc-ram150308

**Sent:** Monday, June 27, 2016 12:51 PM
**To:** Kelli Scroggins
**Subject:** Fwd: iBank Corp.- Financing Application

---------- Forwarded message ----------
From: **Robert Bruce** <robert.bruce@ibankcorp.com>
Date: Mon, Jun 27, 2016 at 12:22 PM
Subject: iBank Corp.- Financing Application
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>

Krista:

Nice talking to you.  Please you and your wife complete, sign, and return the attached application.  Once I receive the completed application, I will contact you with some specific financing terms.

Thanks,

**Robert Bruce**
562-206-1563
562-206-1560 fax
877-511-7284 x103
<image001.png>

<doc0337012016062714373​6.pdf>

<Scan0692.pdf>

**To:**      Marcella Rabinovich[Marcella@mgrlawoffice.com]; Robert Giardina[rgiardina@richmondcapitalgroup.com]
**From:**     John Braun <john@richmondcapitalgroup.com>[john@richmondcapitalgroup.com]
**Sent:**      Fri 6/23/2017 3:55:43 PM (UTC)
**Subject:**   NEW DEFAULT - : SIGNED 50K - RCG - ESPINOSA GROUP

scan (4).pdf
scan (6) (1) (1).pdf

 PLEASE FILE - NEW DEFAULT -

R01 - MORE THEN 4 TIMES - ACCOUNT IS AT CHASE - AND NEG - BUT MAYBE HAS DIFF ACCOUNTS -

**BALANCE IS 70,154 - + DEFAULT -**

--

*Best Regards,*

John Braun
*Senior Funding Manager*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

PH: 855.662.9303
C: 917.734.4703
FX:  855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC.,
its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or
recipients named above. If you  are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the
intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your
system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this
message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC.
shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its
receipt or damage to your system.

**To:**      Marcella Rabinovich[mrabinovich@richmondcapitalgroup.com]; Robert Giardina[rgiardina@richmondcapitalgroup.com]
**From:**    John Braun <john@richmondcapitalgroup.com>[john@richmondcapitalgroup.com]
**Sent:**    Tue 2/21/2017 3:30:25 PM (UTC)
**Subject:**   NEW DEFAULT - SGK

Bank of America October 2016.pdf
Bank of America September 2016.pdf
DecisionLogic.pdf
signed app.pdf
Bank of America November 16.pdf
201702091318.pdf
Vlad DL.pdf
Voidedcheck.pdf

RAM DEAL
merchant only cleared 1 payment - currently negative and bounced 4+ payments - lets file

ftc-ram109914

**From:** Steve Reich <steve@ramcapitalfunding.com>
**Sent:** 6/20/2017 11:54:30 AM
**To:** 'Michelle Gregg'; 'Robert Giardina'; 'John Braun'; 'Stone Funding'
**Subject:** RE: NSF

---

Lets file on RNR

Thank You,

Steve Reich
Ram Capital Funding
P: 646-531-4440
F: 855-865-3163

**From:** Michelle Gregg [mailto:michelle@viceroycap.com]
**Sent:** Tuesday, June 20, 2017 11:54 AM
**To:** Robert Giardina <rgiardina@richmondcapitalgroup.com>; John Braun <john@richmondcapitalgroup.com>; Stone Funding <stonefundingllc@gmail.com>; Steve Reich <STEVE@ramcapitalfunding.com>
**Subject:** NSF

| Date | Amount | Result | Consumer | Order # | Type | Auth Code | Acct Name | MerOrder |
|------|--------|--------|----------|---------|------|-----------|-----------|----------|
| Amount Total | $2,327.00 | | | | 3 Items | | | |
| 06/20/2017 10:45:40 | $729.00 | Return | GLOVER CORPORATION INC | 17214517 | Check Return | Insufficient Funds | GLOVER CORPORATION INC | |
| 06/20/2017 10:45:48 | $999.00 | Return | HENRI POLACK DIAMOND CORPORATION | 17362991 | Check Return | Insufficient Funds | HENRI POLACK DIAMOND CORPORATION | |
| 06/20/2017 10:45:54 | $599.00 | Return | THE NUNEZ GROUP LLC | 17241177 | Check Return | Insufficient Funds | THE NUNEZ GROUP LLC | |

| Date | Amount | Result | Consumer | Order # | Type | Auth Code | Acct Name | MerOrder |
|------|--------|--------|----------|---------|------|-----------|-----------|----------|
| Amount Total | $199.00 | | | | 1 Items | | | |
| 06/20/2017 10:45:51 | $199.00 | Return | RNR VAPORS LLC | 17295761 | Check Return | Insufficient Funds | RNR VAPORS LLC | |

--
*Regards,*
*Michelle Gregg*

PX35 - 1365

*Managing Director*

***Viceroy Capital Funding*** flscam 109915
*40 Wall Street 28th floor*
*New York, NY 10005*
*Michelle@viceroycap.com*
***Direct #:*** *1 (347) 282-5961*
***Fax #:*** *1 (855) 204-0222*

PX35 - 1366

**From:** Steve Reich <steve@ramcapitalfunding.com>
**Sent:** 5/3/2017 10:34:07 AM
**To:** John Braun
**Subject:** Re: we need to file on diversified?

---

Guy said he has 500 to send lol. After this week I will file

Thank You,

Steve Reich
646-531-4440

On May 3, 2017, at 10:32 AM, John Braun <john@richmondcapitalgroup.com> wrote:

*Best Regards,*
John Braun
*Senior Funding Manager*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

PH: 855.662.9303
C: 917.734.4703
FX: 855.204.0222

--

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC, its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC, shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

PX35 - 1367

**To:**      Marcella Rabinovich[Marcella@mgrlawoffice.com]; Robert Giardina[rgiardina@richmondcapitalgroup.com]; Michelle Gregg[michelle@richmondcapitalgroup.com]
**From:**   John Braun <john@richmondcapitalgroup.com>[john@richmondcapitalgroup.com]
**Sent:**    Fri 6/9/2017 7:43:36 PM (UTC)
**Subject:**  NEW DEFAULT - Provista

ID.png
Aug 2016 C.pdf
Aug 2016 Sav.pdf
check Jan.pdf
checking 0384 Nov.pdf
Dec Ch.pdf
Dec Sav.pdf
Feb Checking.pdf
Feb SAV.pdf
July 2016 C.pdf
July 2016 Sav.pdf
June 2016 C.pdf
June 2016 Sav.pdf
May 2016 C.pdf
May 2016 Sav.pdf
Tax 2016.pdf

NEW DEFAULT - MISSED 4 PLUS PAYMENTS-
OWES 41,972 + DEFAULT
---------- Forwarded message ----------
From: **Steve Reich** <steve@ramcapitalfunding.com>
Date: Fri, Jun 9, 2017 at 3:33 PM
Subject: NEW DEFAULT - Provista
To: John Braun <John@richmondcapitalgroup.com>


**ID.png**

**Provista Ram 100k .pdf**

**PROVISTA SOFTWARE INTL INC. RAM- Single Contrac...**

**Ram-provista.pdf**

**Ram-provista[4] (1).pdf**

**Ram-provista[4].pdf**

**Voided Check (8).pdf**



--

*Best Regards,*

John Braun
*Senior Funding Manager*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

PH: 855.662.9303
C: 917.734.4703
FX: 855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you  are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

ftc-ram042621

**From:** Steve Reich <steve@ramcapitalfunding.com>
**Sent:** 4/3/2017 10:46:46 AM
**To:** John Braun
**Subject:**

---

**Steve Reich,** 2017-04-03 07:46:46

e

**John Braun,** 2017-04-03 07:46:49

yo

**John Braun,** 2017-04-03 07:46:54

diversified solutions

**John Braun,** 2017-04-03 07:46:56

whos deal is that

**Steve Reich,** 2017-04-03 07:46:57

yea

**Steve Reich,** 2017-04-03 07:47:02

mainstreety why

**Steve Reich,** 2017-04-03 07:47:07

i did 250k @ SD

**John Braun,** 2017-04-03 07:47:10

lol

**John Braun,** 2017-04-03 07:47:15

close to eligible

**Steve Reich,** 2017-04-03 07:47:17

between all 3 biz

PX35 - 1370

**Steve Reich,** 2017-04-03 07:47:25

he will sign something whats his balance

**Steve Reich,** 2017-04-03 07:55:05

so vision we will just fund the ram one?

**John Braun,** 2017-04-03 07:55:14

i wanna know the story here

**John Braun,** 2017-04-03 07:55:26

and make sure we still on same page about it all

**John Braun,** 2017-04-03 07:55:39

like u said split comm

**John Braun,** 2017-04-03 07:55:49

and maybe ill do the rcg deal also

**Steve Reich,** 2017-04-03 07:56:14

he didnt send even a COJ

**Steve Reich,** 2017-04-03 07:56:24

an di got it much shorter we still need to split comm?&gt;

**John Braun,** 2017-04-03 08:04:04

YEA SHORTER?

**John Braun,** 2017-04-03 08:04:07

40 DAYS ISNT SHORT

**Steve Reich,** 2017-04-03 08:04:11

it is

**John Braun,** 2017-04-03 08:04:13

lol 18 is

**John Braun,** 2017-04-03 08:04:48

PX35 - 1371

ok so do u deal - what r fees?

**John Braun,** 2017-04-03 08:04:55

4-5k?

**Steve Reich,** 2017-04-03 08:05:08

guy is a nit

**Steve Reich,** 2017-04-03 08:05:13

wtvr split it and fund yalla next

**John Braun,** 2017-04-03 08:05:19

ok so when u figure it out let me know

**Steve Reich,** 2017-04-03 08:05:31

im good lets fund

**Steve Reich,** 2017-04-03 08:10:20

distribuidores delrey guy is saying he will post on daily funder and ABC stopped sending me deals over this. mewr4ch doestn wanna cancel deal

**John Braun,** 2017-04-03 08:10:35

ok so let them send back the money

**John Braun,** 2017-04-03 08:10:39

not sure what the argument is her

**John Braun,** 2017-04-03 08:10:40

here

**Steve Reich,** 2017-04-03 08:10:41

they dint wanbt

**John Braun,** 2017-04-03 08:10:51

ok so they choosing to keep it

**Steve Reich,** 2017-04-03 08:10:52

PX35 - 1372

i need to send them 2k they harassing me

**John Braun,** 2017-04-03 08:10:58

im not sending shit

**John Braun,** 2017-04-03 08:11:05

and if u do ur foolish

**John Braun,** 2017-04-03 08:11:11

we gave them a deal , paid them on it

**John Braun,** 2017-04-03 08:11:19

and the merchant spoke to me, i gave them option

**John Braun,** 2017-04-03 08:11:24

and they said they are ok with it

**John Braun,** 2017-04-03 08:11:29

now indirect iso is bugging u

**Steve Reich,** 2017-04-03 08:11:56

if he puts me on daily funder im done

**John Braun,** 2017-04-03 08:12:01

okay steve

**Steve Reich,** 2017-04-03 08:12:03

evryone will reply with shit about me

**John Braun,** 2017-04-03 08:37:15

send me the diversified docs with all entities on it

**John Braun,** 2017-04-03 08:44:52

COBY WIRE?

**John Braun,** 2017-04-03 08:44:53

OR FILE

**Steve Reich,** 2017-04-03 08:49:39

just got 2 payments from coby

**Steve Reich,** 2017-04-03 08:49:47

how many did he miss he thinks its one

**John Braun,** 2017-04-03 08:49:47

2 payments?

**John Braun,** 2017-04-03 08:49:53

dude he missed 6

**John Braun,** 2017-04-03 08:49:59

and its after 1 week of funding

**Steve Reich,** 2017-04-03 08:50:00

i looked only found 2

**John Braun,** 2017-04-03 08:50:25

he only cleared 5 times since 3/20

**John Braun,** 2017-04-03 08:50:28

im filing

**Steve Reich,** 2017-04-03 08:51:16

there are 9 biz days

**Steve Reich,** 2017-04-03 08:51:22

so 4 bounces?

**John Braun,** 2017-04-03 08:51:39

dude we are behind

**John Braun,** 2017-04-03 08:51:42

ur not understanding

**John Braun,** 2017-04-03 08:51:55

im just filing on ur deals from now on

**John Braun,** 2017-04-03 08:52:00

not one person sends a normal wire

**John Braun,** 2017-04-03 08:52:08

u said ur getting 2,500

**John Braun,** 2017-04-03 08:52:11

u didnt get anything

**Steve Reich,** 2017-04-03 08:52:17

ill ask for another 1k

**John Braun,** 2017-04-03 08:52:25

ask fro whatever u want

**John Braun,** 2017-04-03 08:52:28

im still filing

**Steve Reich,** 2017-04-03 08:52:42

dont bro

**John Braun,** 2017-04-03 08:53:00

too bad

**Steve Reich,** 2017-04-03 08:53:04

stop it

**John Braun,** 2017-04-03 08:53:08

i cant stay on top of your stuff

**John Braun,** 2017-04-03 08:53:12

and there are too many issues

**John Braun,** 2017-04-03 08:53:15

with processor bounces

PX35 - 1375

PX35 - 1376

**Steve Reich,** 2017-04-03 08:53:19

we have cleared 2020's account and he is sending another 1k

**John Braun,** 2017-04-03 08:53:25

sorry bro

**Steve Reich,** 2017-04-03 08:53:31

i have 2-3 deals on the report every day

**John Braun,** 2017-04-03 08:53:58

okay

**John Braun,** 2017-04-03 08:54:04

when there new i need to take action

**John Braun,** 2017-04-03 08:54:14

and if there is no wire for what u and them agree upon its just bad

**John Braun,** 2017-04-03 08:54:17

he cleared 5

**John Braun,** 2017-04-03 08:54:24

and we dont need to argue about this

**John Braun,** 2017-04-03 08:54:31

if u got wire for 2,500 we wouldnt have this convo

**Steve Reich,** 2017-04-03 08:54:34

dude he sent 1k and is sending another and we have been clearing his account

**John Braun,** 2017-04-03 08:54:38

im not waiting and getting fucked later

**Steve Reich,** 2017-04-03 08:54:40

he is sending the remaining

**Steve Reich,** 2017-04-03 08:54:44

im not fighting about this

**John Braun**, 2017-04-03 08:54:48

we dont have deal go bad in a week and give them the benefit of the doubt

**John Braun**, 2017-04-03 08:54:57

i dont even see anything sent

**John Braun**, 2017-04-03 08:55:02

start having them send to empire bank

**Steve Reich,** 2017-04-03 08:55:12

its oin my account

**John Braun**, 2017-04-03 08:55:12

and if there isnt a week sent in then i file in next 10 minutes

**John Braun**, 2017-04-03 08:55:25

thats not where its supposed to go

**Steve Reich,** 2017-04-03 08:55:27

he sent via quick pay

**John Braun**, 2017-04-03 08:55:30

send them to ram

**John Braun**, 2017-04-03 08:55:34

2 payments

**John Braun**, 2017-04-03 08:55:42

2,500

**John Braun**, 2017-04-03 08:55:45

if u get 1k

**John Braun**, 2017-04-03 08:55:47

im still filing

**John Braun,** 2017-04-03 08:55:59

i dont min̶d̶ ̶t̶h̶e̶ ̶a̶m̶o̶u̶n̶t getting the deals

**John Braun,** 2017-04-03 08:56:05

but i cant be told when to file or not

**John Braun,** 2017-04-03 08:56:09

i know there is somethign wrong

**John Braun,** 2017-04-03 08:56:24

and i dont wanna be in a deal for 4 months with a guy who is in default after1 week

**John Braun,** 2017-04-03 08:56:32

whys that complicated or wrong to understand

**Steve Reich,** 2017-04-03 08:56:48

i get you but this guy answered every phone call and sent when he said he would

**Steve Reich,** 2017-04-03 08:56:58

he said i think i only missed 2 days so i said send 1k

**Steve Reich,** 2017-04-03 08:57:03

no wim gonna get the rest

**John Braun,** 2017-04-03 08:58:00

46k in bank

**John Braun,** 2017-04-03 08:58:04

i can rock our whole balance

**Steve Reich,** 2017-04-03 08:58:17

it will ruin relationships with my iso too

**John Braun,** 2017-04-03 08:58:40

r u dumb?

**John Braun,** 2017-04-03 08:58:49

i think we need to revisit this whole thing

**John Braun,** 2017-04-03 08:58:54

fortified sends a few deals

**John Braun,** 2017-04-03 08:58:57

and a few are bad already

**John Braun,** 2017-04-03 08:59:03

this deal defaulted after 5 payments

**John Braun,** 2017-04-03 08:59:23

why would i sit here and be ok with waiting 3.5 more months on a deal thats bad?

**Steve Reich,** 2017-04-03 08:59:34

i hear that

**Steve Reich,** 2017-04-03 08:59:41

but guy is making all payments made up

**Steve Reich,** 2017-04-03 08:59:47

if you wanna file do it

**Steve Reich,** 2017-04-03 08:59:49

youre right

**Steve Reich,** 2017-04-03 08:59:51

a week in

**Steve Reich,** 2017-04-03 08:59:58

ill handle iso

**Steve Reich,** 2017-04-03 09:00:06

youre right man

**John Braun,** 2017-04-03 09:00:12

why talk to isos?

PX35 - 1379

**John Braun,** 2017-04-03 09:00:22

i dont understand this whole thing about discussing your payments with isos

**John Braun,** 2017-04-03 09:00:26

what is that about?

**John Braun,** 2017-04-03 09:00:29

they bring u a deal

**John Braun,** 2017-04-03 09:00:39

and if u need them to reach merchant then ask

**John Braun,** 2017-04-03 09:00:45

but why ask them if we can file or not?

**Steve Reich,** 2017-04-03 09:00:50

dude ill tell iso if you had 20k in a deal and guy bounced a week in you would do same thing

**Steve Reich,** 2017-04-03 09:00:53

get it done

**Steve Reich,** 2017-04-03 09:01:47

got another 1k

**Steve Reich,** 2017-04-03 09:01:51

seniing it to RECG now

**John Braun,** 2017-04-03 09:11:58

i duno man

**John Braun,** 2017-04-03 09:12:04

id rather get out of this deal

**Steve Reich,** 2017-04-03 09:29:17

RL we doing anything or sitting tight and waiting

**John Braun,** 2017-04-03 09:29:43

u were freaking thinking he send back the money to ysc lol

**John Braun,** 2017-04-03 09:29:54

joe has him at 89k

**John Braun,** 2017-04-03 09:30:01

i think

**John Braun,** 2017-04-03 09:30:03

but lets see

**Steve Reich,** 2017-04-03 09:31:42

ok

**John Braun,** 2017-04-03 09:35:39

SALON we are all gonna be fucked

**Steve Reich,** 2017-04-03 09:36:04

yup

**John Braun,** 2017-04-03 09:52:57

regent hasnt cleared since the 21st

**Steve Reich,** 2017-04-03 09:53:36

yup we 96% paid in im glad we didnt renew

**Steve Reich,** 2017-04-03 09:53:39

deal is fucked

**John Braun,** 2017-04-03 09:53:46

told u

**Steve Reich,** 2017-04-03 09:53:47

you think his other account is clearing&gt;

**John Braun,** 2017-04-03 09:53:53

probably call it

**John Braun,** 2017-04-03 10:01:17

UR 15K IS FrozenO92633

**John Braun,** 2017-04-03 10:01:17

no coj?

**John Braun,** 2017-04-03 10:01:17

and what r we doing with dan?

**Steve Reich,** 2017-04-03 10:01:35

15k coj nobody was home at my house they are redoing it

**Steve Reich,** 2017-04-03 10:01:40

dan im gonna get on the phone

**John Braun,** 2017-04-03 10:01:46

ok

**Steve Reich,** 2017-04-03 10:01:50

orlando wants only our 100k now and cap call at end of the mpontj

**John Braun,** 2017-04-03 10:02:01

fuck man

**John Braun,** 2017-04-03 10:02:05

they not gonna wanna do that

**John Braun,** 2017-04-03 10:02:13

they gonna be turned off

**John Braun,** 2017-04-03 10:02:17

i wanna fund the 100k

**John Braun,** 2017-04-03 10:02:24

but itll hurt our 300k

**Steve Reich,** 2017-04-03 10:02:31

dan on the line

**John Braun,** 2017-04-03 10:03:24

on with him now

**John Braun,** 2017-04-03 10:05:42

hes bitching about the fee

**John Braun,** 2017-04-03 10:05:54

we splitting this comm?

**John Braun,** 2017-04-03 10:05:57

correct?

**Steve Reich,** 2017-04-03 10:06:17

we can but why

**Steve Reich,** 2017-04-03 10:06:22

idc i just wanna fund

**Steve Reich,** 2017-04-03 10:06:28

im not splitting the other deals

**John Braun,** 2017-04-03 10:06:30

im not arguing with him or you after i do this

**John Braun,** 2017-04-03 10:06:36

he is saying no fee

**Steve Reich,** 2017-04-03 10:06:39

geez

**Steve Reich,** 2017-04-03 10:06:47

tell him we cant do lkess than ace 2k

**John Braun,** 2017-04-03 10:08:09

hes mad annoying

**Steve Reich,** 2017-04-03 10:08:20

he used to logan063535

**John Braun,** 2017-04-03 10:08:57

done

**John Braun,** 2017-04-03 10:09:22

SEND HIM WIRE FROM U

**John Braun,** 2017-04-03 10:09:29

i dont want him thinking rcg and ram together

**John Braun,** 2017-04-03 10:16:22

yo

**Steve Reich,** 2017-04-03 10:16:36

ok

**John Braun,** 2017-04-03 10:16:39

yo

**John Braun,** 2017-04-03 10:16:43

phantom tech

**Steve Reich,** 2017-04-03 10:16:47

lmao

**John Braun,** 2017-04-03 10:16:50

lol

**John Braun,** 2017-04-03 10:16:53

small deal

**John Braun,** 2017-04-03 10:18:25

1,393 balance ram

**John Braun,** 2017-04-03 10:18:47

PX35 - 1384

rcg - 5,414

**John Braun,** 2017-04-03 10:19:30

offer him 20k @ 599

**John Braun,** 2017-04-03 10:19:51

Jason Crystal &lt;<a href="mailto:PHANTOMTECHGROUP@gmail.com">PHANTOMTECHGROUP@gmail.com</a>&gt;

**John Braun,** 2017-04-03 10:35:50

JUST TRIED CLOSING DAWSON AGAIN WTF

**Steve Reich,** 2017-04-03 10:37:30

what happ

**Steve Reich,** 2017-04-03 10:37:34

guy is a weirdo

**John Braun,** 2017-04-03 10:37:43

yea

**Steve Reich,** 2017-04-03 10:53:17

salon lawyer    <a href="mailto:EMelzer@blkgg.com">EMelzer@blkgg.com</a>

**Steve Reich,** 2017-04-03 10:56:52

send me good isos to call

**John Braun,** 2017-04-03 11:47:06

yo

**Steve Reich,** 2017-04-03 11:47:29

itsall on the coj

**Steve Reich,** 2017-04-03 11:47:31

fuck man

**John Braun,** 2017-04-03 11:47:37

no its not

PX35 - 1385

**John Braun,** 2017-04-03 11:50:17

LOL    ftc-ram042637

**John Braun,** 2017-04-03 11:50:20

i like this deal

**John Braun,** 2017-04-03 11:50:23

but its mental

**Steve Reich,** 2017-04-03 11:50:55

send me the coj

**Steve Reich,** 2017-04-03 11:50:58

corrected

**John Braun,** 2017-04-03 11:51:23

just asked chris for it

**Steve Reich,** 2017-04-03 13:02:22

i emailed phanton now the iso which hasnt sent me a deal in forever emails me for the balance

**John Braun,** 2017-04-03 13:04:12

oh god

**John Braun,** 2017-04-03 13:04:26

im not doing the deal 20k and paying iso lol

**Steve Reich,** 2017-04-03 13:04:57

i know

**John Braun,** 2017-04-03 13:07:17

you shouldve just told the merchant to call u

**John Braun,** 2017-04-03 13:07:20

he wrote u back

**John Braun,** 2017-04-03 13:07:22

] <br>?

**Steve Reich,** 2017-04-03 13:07:24

nope

**John Braun,** 2017-04-03 13:12:38

senez

**John Braun,** 2017-04-03 13:12:40

whats up

**Steve Reich,** 2017-04-03 13:12:54

not sure but looks like they took no money from tcf

**Steve Reich,** 2017-04-03 13:12:58

looks good no

**Steve Reich,** 2017-04-03 13:13:24

nif we take deal we need to pay the person i have oit from 2 points

**John Braun,** 2017-04-03 13:13:27

dont see balances in main account

**Steve Reich,** 2017-04-03 13:13:45

average looks good

**John Braun,** 2017-04-03 13:14:12

average what?

**Steve Reich,** 2017-04-03 13:59:41

REBEL AG Ace is 0 balance i cant even renew it there

**John Braun,** 2017-04-03 14:01:02

y

**Steve Reich,** 2017-04-03 14:01:22

cause its dynamic and they all over this specific deal

**John Braun,** 2017-04-03 14:01:31

oh        ftc-ram042639

**John Braun,** 2017-04-03 14:01:44

so they go out of there way to fuck u

**John Braun,** 2017-04-03 14:01:50

and u still worried aboutthem?

**Steve Reich,** 2017-04-03 14:02:21

fuck them

**Steve Reich,** 2017-04-03 14:02:33

im worried cause i owe them a ton and you know they gonna comer for it

**John Braun,** 2017-04-03 14:02:51

come for it?

**John Braun,** 2017-04-03 14:03:00

same way you going to bk for it?

**Steve Reich,** 2017-04-03 14:05:05

lol

**Steve Reich,** 2017-04-03 14:05:09

i dont need my name everywhere

**Steve Reich,** 2017-04-03 14:11:40

funding call dsg

**John Braun,** 2017-04-03 14:12:02

yea u sending the money

**Steve Reich,** 2017-04-03 14:15:06

ok

**Steve Reich,** 2017-04-03 14:15:16

PX35 - 1388

what&#39;

**John Braun,** 2017-04-03 14:16:22

U HAVE RIGHT ACCOUNT?

**Steve Reich,** 2017-04-03 14:16:29

im looking for it

**Steve Reich,** 2017-04-03 14:16:36

you have it?

**John Braun,** 2017-04-03 14:19:47

account - 5400290549

**John Braun,** 2017-04-03 14:19:54

routing - 072000805

**John Braun,** 2017-04-03 14:20:02

diversified solutions group llc

**John Braun,** 2017-04-03 14:48:20

94,436

**Steve Reich,** 2017-04-03 14:56:02

senez lets close

**John Braun,** 2017-04-03 14:58:27

ON IT I SENT TO JOED

**John Braun,** 2017-04-03 14:58:32

60K @ 1,499 DAILY

**John Braun,** 2017-04-03 14:58:37

U SENDING ISO THE OFFER AS IS?

**Steve Reich,** 2017-04-03 14:58:45

i sent 50k 999

**Steve Reich,** 2017-04-03 14:59:02

i just sent annotation 1299

**Steve Reich,** 2017-04-03 15:04:47

what

**John Braun,** 2017-04-03 15:05:17

millstone

**Steve Reich,** 2017-04-03 15:05:34

tahts a deal name

**Steve Reich,** 2017-04-03 15:05:38

thats

**John Braun,** 2017-04-03 15:05:43

no the people in the deal u sent

**John Braun,** 2017-04-03 15:05:45

there in it twice

**Steve Reich,** 2017-04-03 15:05:51

i dont know them

**John Braun,** 2017-04-03 15:05:52

love transport

**John Braun,** 2017-04-03 15:32:52

SALON WOKE U UP

**Steve Reich,** 2017-04-03 15:38:20

you didnt send any apps with iso names for me to call

**John Braun,** 2017-04-03 15:39:33

dude they are same as urs

**John Braun,** 2017-04-03 15:39:35

u have plenty

**Steve Reich,** 2017-04-03 15:39:38

nah

**John Braun,** 2017-04-03 15:39:42

when ur done with urs ill give u

**John Braun,** 2017-04-03 15:39:47

i dont know any specific to go after

**John Braun,** 2017-04-03 15:40:09

i havent even gotten through my own shit today yet

**John Braun,** 2017-04-03 15:40:12

i have such a headache

**Steve Reich,** 2017-04-03 15:40:34

have a drink lol

**Steve Reich,** 2017-04-03 15:50:48

1word 25k she knows fees and wants to net...

PX35 - 1391

# Re: RETURNS

**From:**  John Braun <john@richmondcapitalgroup.com>

**To:**  Steve Reich <steve@ramcapitalfunding.com>

**Cc:**  Michelle Gregg <michelle@viceroycap.com>, Robert Giardina <rgiardina@richmondcapitalgroup.com>, Stone Funding <stonefundingllc@gmail.com>

**Date:**  Wed, 31 Jan 2018 11:58:40 -0500

michelle and reich prepare the docs, we will file, and send to every bank and get her processing as well. fuck it  , this is just waste of time other wise

On Wed, Jan 31, 2018 at 11:58 AM, John Braun <john@richmondcapitalgroup.com> wrote:

  ur a dick - we got paid like shit -

  On Wed, Jan 31, 2018 at 11:57 AM, Steve Reich <steve@ramcapitalfunding.com> wrote:

  she is going bank hunting and honestly at this poit i wouldnt mind clipping her but im not sure there is much plus everyone is waiting and she wants to pay

  Thank you,

  Steve Reich

  Ram Capital Funding

  P: 646-531-4440

  F: 855-865-3163

  On Wed, Jan 31, 2018 at 11:54 AM, John Braun <john@richmondcapitalgroup.com> wrote:

  not funny dick, lets just clip this cunt -

  On Wed, Jan 31, 2018 at 11:50 AM, Steve Reich <steve@ramcapitalfunding.com> wrote:

  shut off rose the bank shut her account she is looking for new account again lol

  Thank you,

  Steve Reich

PX35 - 1392

Ram Capital Funding

P: 646-531-4440

F: 855-865-3163

On Wed, Jan 31, 2018 at 11:49 AM, Michelle Gregg <michelle@viceroycap.com> wrote:

| | ..:: Transaction History ::.. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Date** | **Amount** | **Result** | **Consumer** | **Order #** | **Type** | **Auth Code** | **Acct Name** | **MerOrder** |
| Amount Total | $6,899.00 | | | | 3 items | | | |
| 01/31/2018 10:46:51 | $599.00 | Return | THE BOOKKEEPING COMPANY INC 2ND DEAL | 17608211 | Check Return | Insufficient Funds | THE BOOKKEEPING COMPANY INC 2ND DEAL | |
| 01/31/2018 10:47:09 | $4,500.00 | Return | MALEX LLC 3RD DEAL | 17668921 | Check Return | Insufficient Funds | MALEX LLC 3RD DEAL | |
| 01/31/2018 10:47:19 | $1,800.00 | Return | LUXURY CONNECTIONS LLC 4TH DEAL | 17238379 | Check Return | Insufficient Funds | LUXURY CONNECTIONS LLC 4TH DEAL | |

| | ..:: Transaction History ::.. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Date** | **Amount** | **Result** | **Consumer** | **Order #** | **Type** | **Auth Code** | **Acct Name** | **MerOrder** |
| Amount Total | $41,997.00 | | | | 3 items | | | |
| 01/31/2018 10:47:01 | $1,999.00 | Return | ROSE & ASSOCIATES LLC 2ND DEAL | 17590429 | Check Return | Insufficient Funds | ROSE & ASSOCIATES LLC 2ND DEAL | |
| 01/31/2018 10:47:05 | $19,999.00 | Return | BENCHMARK BUILDERS INC 2ND DEAL | 17662151 | Check Return | Insufficient Funds | BENCHMARK BUILDERS INC 2ND DEAL | |
| 01/31/2018 10:47:05 | $19,999.00 | Return | FTE NETWORKS INC | 17691355 | Check Return | Insufficient Funds | FTE NETWORKS INC | |

--

*Regards,*
*Michelle Gregg*
*Director of Finance*


*Viceroy Capital Funding*
*40 Wall Street 28th floor*
*New York, NY 10005*
*Michelle@viceroycap.com*
**Direct #:** *1 (347) 282-5961*
**Fax #:** *1 (855) 204-0222*

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Viceroy Capital Funding , its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Viceroy Capital Funding, shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

--

*Best Regards,*

John Braun
*Senior Funding Manager*

**Richmond Capital Group, LLC**
125 Maiden Lane Ste.501
New York, NY 10038

PH: 855.662.9303
C: 917.734.4703
FX:  855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you  are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

--

*Best Regards,*

John Braun
*Senior Funding Manager*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

PH: 855.662.9303
C: 917.734.4703
FX:  855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you  are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

--

*Best Regards,*

John Braun
*Senior Funding Manager*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

PH: 855.662.9303
C: 917.734.4703
FX: 855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

# Re: LATE RETURNS ....... ( MAKEUPS RETURNED TOO)

**From:** John Braun <john@richmondcapitalgroup.com>

**To:** Michelle Gregg <michelle@viceroycap.com>

**Cc:** Robert Giardina <rgiardina@richmondcapitalgroup.com>, Stone Funding <stonefundingllc@gmail.com>

**Date:** Tue, 26 Sep 2017 07:58:57 -0400

Don't run make ups on this deal till we start to clear. Im gonna herass him today

On Tuesday, September 26, 2017, Michelle Gregg <michelle@viceroycap.com> wrote:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09/25/2017 22:16:12 | $4,500.00 | Return | BEHAVIORAL PROPERTY PARTNERS LLC 6TH DEAL | 17444818 | Check Return | Insufficient Funds | BEHAVIORAL PROPERTY PARTNERS LLC 6TH DEAL | |
| 09/25/2017 22:16:12 | $4,499.00 | Return | BEHAVIORAL PROPERTY PARTNERS LLC 7TH DEAL | 17444827 | Check Return | Insufficient Funds | BEHAVIORAL PROPERTY PARTNERS LLC 7TH DEAL | |
| 09/25/2017 22:16:12 | $4,500.00 | Return | BEHAVIORAL PROPERTY PARTNERS LLC 6TH DEAL | 17471839 | Check Return | Insufficient Funds | BEHAVIORAL PROPERTY PARTNERS LLC 6TH DEAL | 17444818 |
| 09/25/2017 22:16:12 | $4,499.00 | Return | BEHAVIORAL PROPERTY PARTNERS LLC 7TH DEAL | 17471840 | Check Return | Insufficient Funds | BEHAVIORAL PROPERTY PARTNERS LLC 7TH DEAL | 17444827 |

--

*Regards,*
*Michelle Gregg*
*Managing Director*


*Viceroy Capital Funding*
*40 Wall Street  28th floor*
*New York, NY 10005*
*Michelle@viceroycap.com*
*Direct #: 1 (347) 282-5961*
*Fax #: 1 (855) 204-0222*



--

*Best Regards,*

John Braun
*Senior Funding Manager*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

PH: 855.662.9303
C: 917.734.4703
FX: 855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you  are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited.

Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

ftc-ram043086

**From:** Steve Reich <steve@ramcapitalfunding.com>
**Sent:** 5/9/2017 10:59:23 AM
**To:** John Braun
**Subject:**

**Steve Reich,** 2017-05-09 07:59:23

chris can put something in OD?

**John Braun,** 2017-05-09 07:59:33

we dont do ondeck

**John Braun,** 2017-05-09 07:59:38

i can for 1% with someone

**John Braun,** 2017-05-09 07:59:40

if ud like

**John Braun,** 2017-05-09 07:59:46

and they dont steal ever

**Steve Reich,** 2017-05-09 07:59:51

ok im sending this jew its perfect deal for them then we close

**John Braun,** 2017-05-09 08:00:45

what industry

**John Braun,** 2017-05-09 08:00:46

?

**Steve Reich,** 2017-05-09 08:00:54

e commrece

**John Braun,** 2017-05-09 08:03:17

CAN TRY

PX35 - 1398

**Steve Reich,** 2017-05-09 08:26:02

BELL TECH from 0300W default?

**Steve Reich,** 2017-05-09 08:26:08

looks to be paying fine

**Steve Reich,** 2017-05-09 10:05:01

i shouldnt say anything to persian right

**John Braun,** 2017-05-09 10:05:21

NOPE

**John Braun,** 2017-05-09 10:05:22

never

**John Braun,** 2017-05-09 10:05:25

its for u to know

**Steve Reich,** 2017-05-09 10:05:26

ok

**John Braun,** 2017-05-09 10:05:29

and hold in ur head

**Steve Reich,** 2017-05-09 10:05:33

ok

**John Braun,** 2017-05-09 10:19:16

whats jim number?

**Steve Reich,** 2017-05-09 10:19:24

646503386 4

**Steve Reich,** 2017-05-09 10:27:42

anything happen with AJX?

**John Braun,** 2017-05-09 10:29:20

NAH HARD DEAL BRO

**Steve Reich,** 2017-05-09 10:58:09 from 048805

holy hell im speeding

**John Braun,** 2017-05-09 10:58:44

lol im on 4 times as much lol

**Steve Reich,** 2017-05-09 10:58:56

give me work lol

**John Braun,** 2017-05-09 10:59:37

lol

**Steve Reich,** 2017-05-09 10:59:43

for real

**Steve Reich,** 2017-05-09 11:26:51

you file on doctors yet?

**John Braun,** 2017-05-09 11:31:26

YEA

**John Braun,** 2017-05-09 11:31:32

waiting on ucc to serve processor

**Steve Reich,** 2017-05-09 12:01:33

anything on alliance steal

**Steve Reich,** 2017-05-09 12:02:26

lol global is fucked

**Steve Reich,** 2017-05-09 12:06:06

frozen water want funds maybe?

**Steve Reich,** 2017-05-09 12:06:18

and tyson

**John Braun,** 2017-05-09 12:13:36

tried both ifc Jan 043089

**Steve Reich,** 2017-05-09 12:31:07

FAREC lets keep contract but take like 3k in fees and up daily

**John Braun,** 2017-05-09 12:31:36

u have processing?

**John Braun,** 2017-05-09 12:31:42

we asked hours ago

**John Braun,** 2017-05-09 12:31:48

non collectible deal

**John Braun,** 2017-05-09 12:35:29

spitzer on phone

**Steve Reich,** 2017-05-09 13:27:51

epic produce anything happen?

**Steve Reich,** 2017-05-09 13:32:43

ant jewlers again came in

**John Braun,** 2017-05-09 13:33:42

OK and?

**Steve Reich,** 2017-05-09 13:34:30

lets call

**John Braun,** 2017-05-09 13:34:48

mimis had it before and still nadda

**Steve Reich,** 2017-05-09 13:35:08

she was talking to persians broers lol

**Steve Reich,** 2017-05-09 13:35:12

brokers

**John Braun,** 2017-05-09 13:36:10

NAH

**John Braun,** 2017-05-09 13:36:14

she had app from her iso

**John Braun,** 2017-05-09 13:36:21

samson 1 month before persian sent u it

**Steve Reich,** 2017-05-09 13:36:30

ok

**John Braun,** 2017-05-09 13:36:47

not sure why she cant close

**Steve Reich,** 2017-05-09 13:36:58

wsc whats our offer

**John Braun,** 2017-05-09 13:37:23

whats that?

**Steve Reich,** 2017-05-09 13:37:48

deal i sent in

**Steve Reich,** 2017-05-09 13:37:57

i funded it 40k 1.399 120 by franco a while ago

**Steve Reich,** 2017-05-09 13:38:56

shit sucks here

**Steve Reich,** 2017-05-09 14:28:41

just great start thursday make sure

**John Braun,** 2017-05-09 14:29:42

get guy on phone with me – ill get wire for the week

**John Braun,** 2017-05-09 14:29:45

hes petrifiecan04309ne

**John Braun,** 2017-05-09 14:58:02

EZRA GOT UR DEAL FROM 2 WEEKS AGO SIGNED 15K

**Steve Reich,** 2017-05-09 14:58:07

i see

**Steve Reich,** 2017-05-09 14:58:14

i love it man

**Steve Reich,** 2017-05-09 14:58:17

i need every deal

**John Braun,** 2017-05-09 14:58:19

yea

# Re: CHECK THIS OUT

| | |
|---|---|
| **From:** | John Braun <john@richmondcapitalgroup.com> |
| **To:** | Stone Funding <stonefundingllc@gmail.com> |
| **Date:** | Wed, 22 Nov 2017 15:22:18 -0500 |

im gonna get paid and make yet again another grown man cry

On Wed, Nov 22, 2017 at 3:21 PM, Stone Funding <stonefundingllc@gmail.com> wrote:

lol... go get him JB!!!

On Wed, Nov 22, 2017 at 3:21 PM, John Braun <john@richmondcapitalgroup.com> wrote:

Its ok, im gonna beat this bitch at his own game, they may be sneaky and shady, but they never thought theyd ever land on a slick mother fucker like me, ill rock his world

On Wed, Nov 22, 2017 at 3:11 PM, Stone Funding <stonefundingllc@gmail.com> wrote:

sorry dude..   I knew I felt something off with the deal, that's why I said "since the bank is collectible" in my uw summary.... should have listened to my gut

On Wed, Nov 22, 2017 at 3:09 PM, Stone Funding <stonefundingllc@gmail.com> wrote:

ahh fuck...

On Wed, Nov 22, 2017 at 3:03 PM, John Braun <john@richmondcapitalgroup.com> wrote:

--

*Best Regards,*

John Braun
*Senior Funding Manager*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

PH: 855.662.9303
C: 917.734.4703
FX:  855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you  are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

--

*Best Regards,*

John Braun
*Senior Funding Manager*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

PH: 855.662.9303
C: 917.734.4703
FX: 855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

ftc-ram048848

**From:** John Braun <john@richmondcapitalgroup.com>
**Sent:** 6/16/2017 1:08:13 PM
**To:** Steve Reich
**Subject:** Re: 06/16/2017 10:45:50 $1,499.00 Return BELLIUM ENTERTAINMENT LLC 17234180 Check Return Insufficient Funds BELLIUM ENTERTAINMENT LLC

YEA RIGHT LOL - SHEHAS NO MONEY AND GOING BUST - YOU NEED TO PERSONALLY HERASS FOR WIRES, BY EMAIL CALL AND TEXT - THATS WHAT I DID ON VICEROY - DUDE - GET AS MUCH AS QUICK AS POSSIBLE, THIS DEALS OVER!

On Fri, Jun 16, 2017 at 1:06 PM, Steve Reich <steve@ramcapitalfunding.com> wrote:

I thought she is paying us off

Thank You,

Steve Reich
646-531-4440

On Jun 16, 2017, at 1:06 PM, John Braun <john@richmondcapitalgroup.com> wrote:

06/16/2017 10:45:50    $1,499.00 Return    BELLIUM ENTERTAINMENT LLC    17234180    Check Return    Insufficient Funds    BELLIUM ENTERTAINMENT LLC

--
***Best Regards,***
John Braun
***Senior Funding Manager***

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

PH: 855.662.9303
C : 917.734.4703
FX: 855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC, its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of

the information contained in this communication nor for any delay in its receipt or damage to your system.

ftc-ram048849

--

*Best Regards,*
John Braun
*Senior Funding Manager*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

PH: 855.662.9303
C: 917.734.4703
FX: 855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC, its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

ftc-ram109918

**From:** John Braun <john@richmondcapitalgroup.com>
**Sent:** 6/23/2017 12:07:02 PM
**To:** Michelle Gregg
**Cc:** Robert Giardina; Stone Funding; Steve Reich
**Subject:** Re: NSF

shut off bellum - herass for wires on both ram and viceroy - as much as possible - turn off both please -

nunez - call and get wire for 1 week

espinosa - we are filing on -

margaret is 2 days in a row , call them and find out whats up

On Fri, Jun 23, 2017 at 11:59 AM, Michelle Gregg <michelle@viceroycap.com> wrote:

| Date | Amount | Result | Consumer | Order # | Type | Auth Code | Acct Name | MerOrder |
|---|---|---|---|---|---|---|---|---|
| Amount Total | $2,596.00 | | | | 4 items | | | |
| 06/23/2017 10:46:01 | $199.00 | Return | MARGARET HEALTHCARE | 17321395 | Check Return | Insufficient Funds | MARGARET HEALTHCARE | |
| 06/23/2017 10:46:15 | $1,199.00 | Return | THE ESPINOSA GROUP INC | 17321352 | Check Return | Insufficient Funds | THE ESPINOSA GROUP INC | |
| 06/23/2017 10:46:16 | $599.00 | Return | THE NUNEZ GROUP LLC | 17241177 | Check Return | Insufficient Funds | THE NUNEZ GROUP LLC | |
| 06/23/2017 10:46:16 | $599.00 | Return | THE NUNEZ GROUP LLC | 17332556 | Check Return | Insufficient Funds | THE NUNEZ GROUP LLC | 17241177 |

| Date | Amount | Result | Consumer | Order # | Type | Auth Code | Acct Name | MerOrder |
|---|---|---|---|---|---|---|---|---|
| Amount Total | $1,499.00 | | | | 1 items | | | |
| 06/23/2017 10:46:03 | $1,499.00 | Return | BELLUMENTERTAINMENT LLC | 17234180 | Check Return | Insufficient Funds | BELLUMENTERTAINMENT LLC | |

| Date | Amount | Result | Consumer | Order # | Type | Auth Code | Acct Name | MerOrder |
|---|---|---|---|---|---|---|---|---|
| Amount Total | $2,999.00 | | | | 1 items | | | |
| 06/23/2017 10:46:04 | $2,999.00 | Return | BELLUMENTERTAINMENT LLC | 17273808 | Check Return | Insufficient Funds | BELLUMENTERTAINMENT LLC | |

*Regards,*
*Michelle Gregg*
*Managing Director*

*Viceroy Capital Funding*
*40 Wall Street 28th floor*

PX35 - 1408

New York, NY 10005
Michelle@riceroycap.com
Direct #: 1 (347) 282-5961
Fax #: 1 (855) 204.0222

--

*Best Regards,*
John Braun
*Senior Funding Manager*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

PH: 855.662.9303
C: 917.734.4703
FX: 855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC, its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.



**Actum Lisa <actum.lisa@gmail.com>**

# Holiday Transactions
11 messages

---

**Ellen Connaway** <ellen@actumprocessing.com>                    Thu, Sep 1, 2016 at 11:41 AM
To: Robert Giardina <rgiardina@richmondcapitalgroup.com>
Cc: Lisa <lisa@actumprocessing.com>

Hi Rob,

Any payment that is scheduled to run on Monday (the holiday) will go out Tuesday, along with payments that are
scheduled to go out on Tuesday.

I hope that clears things up.  Let me know if you have any questions.

Thanks!
--
**Ellen**
**Risk Analyst : Merchant Support**
**Skype: ellen_wts**

---

**Robert Giardina** <rgiardina@richmondcapitalgroup.com>          Thu, Sep 1, 2016 at 11:46 AM
To: Ellen Connaway <ellen@actumprocessing.com>
Cc: Lisa <lisa@actumprocessing.com>

I understand what your saying, what I am talking about is we are on recuring drafts but we want to draft on the holiday
and actum probably doesnt draft from the merchant on holidays. so i want to draft 2 payments on tuesday to make up for
the draft im not pulling on monday

hope that makes sense if not can we get on a call

Rob

> *Best Regards,*
> Robert Giardina
> *Managing Partner*
>
> **Richmond Capital Group, LLC**
> **125 Maiden Lane Ste.501**
> **New York, NY 10038**
>
> Dir: 646 762 1843
> FX:  855.204.0222
> EMAIL**: rgiardina@richmondcapitalgroup.com**
> WEB: www.richmondcapitalgroup.com

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond
Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private
information privileged to recipient or recipients named above. If you  are not the authorized recipient(s), or the
employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the
sender by e-mail at the address shown above and delete this message from your system, other storage mechanism
and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in
whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group,
LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication
nor for any delay in its receipt or damage to your system.

[Quoted text hidden]

**Ellen Connaway** <ellen@actumprocessing.com>       Thu, Sep 1, 2016 at 11:51 AM
To: Charles <chucke@actumprocessing.com>
Cc: Lisa <lisa@actumprocessing.com>

Hi Charles,

Check this out.  I told him that the payment that is scheduled to go out on Monday will go out on Tuesday along with Tuesday's payment.  So, does it appear that he wants to double bill his clients?  He can if he wants, it his account.  Maybe I'm not explaining it as well as I should be.

Thanks,

**Ellen**
**Risk Analyst : Merchant Support**
**Skype: ellen_wts**


-------- Forwarded Message --------
**Subject:** Re: Holiday Transactions
   **Date:** Thu, 1 Sep 2016 12:46:50 -0400
  **From:** Robert Giardina <rgiardina@richmondcapitalgroup.com>
      **To:** Ellen Connaway <ellen@actumprocessing.com>
    **CC:** Lisa <lisa@actumprocessing.com>
[Quoted text hidden]

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2016.0.7752 / Virus Database: 4649/12926 - Release Date: 09/01/16

---

**Charles** <chucke@actumprocessing.com>       Thu, Sep 1, 2016 at 12:04 PM
To: Ellen Connaway <ellen@actumprocessing.com>
Cc: Lisa <lisa@actumprocessing.com>

Ellen:

It's only a double billing if it's un-intended.

He just doesn't want to fall behind on billing.

That said, our daily recurring will NOT recur on holidays!

We would have to do something manual (read --> fee charged) to get them to bill twice on Tuesday.

Charles Chambers
Chief Technology Officer
Actum Processing, LLC
512-263-3011 ext 1185

On 9/1/2016 11:51 AM, Ellen Connaway wrote:
> Hi Charles,
>
> Check this out.  I told him that the payment that is scheduled to go out
> on Monday will go out on Tuesday along with Tuesday's payment.  So, does
> it appear that he wants to double bill hisclients?  He can if he wants,
> it his account.  Maybe I'm not explaining it as well as I should be.
>
> Thanks,
>
> *Ellen*
> *Risk Analyst : Merchant Support*
> *Skype: ellen_wts*

PX35 - 1411

-------- Forwarded Message --------
Subject:     Re: Holiday Transactions
Date:  Thu, 1 Sep 2016 12:46:50 -0400
From:  Robert Giardina <rgiardina@richmondcapitalgroup.com>
To:    Ellen Connaway <ellen@actumprocessing.com>
CC:    Lisa <lisa@actumprocessing.com>

I understand what your saying, what I am talking about is we are on
recuring drafts but we want to draft on the holiday and actum probably
doesnt draft from the merchant on holidays. so i want to draft 2
payments on tuesday to make up for the draft im not pulling on monday

hope that makes sense if not can we get on a call

Rob

   */Best Regards,/*

   Robert Giardina
   */Managing Partner
   /*
   *Richmond Capital Group, LLC
   *
   *125 Maiden Lane Ste.501
   *
   *New York, NY 10038
   *
   *
   *
   Dir: 646 762 1843
   FX:  855.204.0222
   EMAIL*: rgiardina@richmondcapitalgroup.com
   <mailto:rgiardina@richmondcapitalgroup.com>
   *WEB: www.richmondcapitalgroup.com <http://www.richmondcapitalgroup.com>

   CONFIDENTIALITY NOTICE: This message (including any attachments) is
   intended solely for the use of Richmond Capital Group, LLC., its
   affiliates and the individual addressee(s). This message may contain
   confidential and/or private information privileged to recipient or
   recipients named above. If you  are not the authorized recipient(s),
   or the employee or agent responsible for delivering this message to
   the intended recipient(s), please immediately notify the sender by
   e-mail at the address shown above and delete this message from your
   system, other storage mechanism and/or shred the document and any
   attachments. Any unauthorized use, review or dissemination of this
   message in whole or in part by persons or entities other than the
   intended recipient is strictly prohibited. Richmond Capital Group,
   LLC. shall not be liable for the improper or incomplete transmission
   of the information contained in this communication nor for any delay
   in its receipt or damage to your system.

On Thu, Sep 1, 2016 at 12:41 PM, Ellen Connaway
<ellen@actumprocessing.com <mailto:ellen@actumprocessing.com>> wrote:

   Hi Rob,

   Any payment that is scheduled to run on Monday (the holiday) will go
   out Tuesday, along with payments that are scheduled to go out on
   Tuesday.

   I hope that clears things up.  Let me know if you have any questions.

PX35 - 1412

Thanks!
--
*Ellen*
*Risk Analyst : Merchant Support*
*Skype: ellen_wts*

No virus found in this message.
Checked by AVG - www.avg.com <http://www.avg.com>
[Quoted text hidden]

---

**Ellen Connaway** <ellen@actumprocessing.com>                    Thu, Sep 1, 2016 at 12:38 PM
To: Charles <chucke@actumprocessing.com>
Cc: Lisa <lisa@actumprocessing.com>

But he won't fall behind if Monday's recur goes out on Tuesday along with Tuesday's recur, right?

**Ellen**
**Risk Analyst : Merchant Support**
**Skype: ellen_wts**
[Quoted text hidden]

> [Quoted text hidden]
> -----
> No virus found in this message.
> Checked by AVG - www.avg.com
> [Quoted text hidden]

---

**Ellen Connaway** <ellen@actumprocessing.com>                    Thu, Sep 1, 2016 at 1:02 PM
To: Robert Giardina <rgiardina@richmondcapitalgroup.com>
Cc: Lisa <lisa@actumprocessing.com>

Hi Rob,

So basically you don't want to fall behind on your payments, correct?  For example, if you want to bill your customer 30 times, the payment for Monday that will go out on Tuesday (along with Tuesday's payment) would equal 30.  If you debited twice to make up for Monday, that would be 31.

Does that clear things up?

**Ellen**
**Risk Analyst : Merchant Support**
**Skype: ellen_wts**
[Quoted text hidden]

> [Quoted text hidden]
> [Quoted text hidden]

---

**Charles** <chucke@actumprocessing.com>                    Thu, Sep 1, 2016 at 1:04 PM
To: Ellen Connaway <ellen@actumprocessing.com>
Cc: Lisa <lisa@actumprocessing.com>

Ellen:

> That said, our daily recurring will NOT recur on holidays!

So, there will be NO recur on Monday.

PX35 - 1413

If he sends in a file, both will go Tuesday... but if it's business daily recurring, no recur will happen Monday.

:)

Charles Chambers
Chief Technology Officer
Actum Processing, LLC
512-263-3011 ext 1185

On 9/1/2016 12:38 PM, Ellen Connaway wrote:
> Buthe won't fall behind if Monday's recur goes out on Tuesday along with
> Tuesday's recur, right?

[Quoted text hidden]

---

**Robert Giardina** <rgiardina@richmondcapitalgroup.com>                    Thu, Sep 1, 2016 at 1:06 PM
To: Ellen Connaway <ellen@actumprocessing.com>
Cc: Lisa <lisa@actumprocessing.com>

yes it does,ty

Michelle said she spoke with you and she gets it as well

Thanks again
Have a great holiday weekend


Rob

*Best Regards,*
Robert Giardina
*Managing Partner*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

Dir: 646 762 1843
FX:  855.204.0222
EMAIL**: rgiardina@richmondcapitalgroup.com**
WEB: www.richmondcapitalgroup.com


CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond
Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private
information privileged to recipient or recipients named above. If you  are not the authorized recipient(s), or the
employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the
sender by e-mail at the address shown above and delete this message from your system, other storage mechanism
and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in
whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group,
LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication
nor for any delay in its receipt or damage to your system.

[Quoted text hidden]

---

**Lisa Janacek** <lisa@actumprocessing.com>                                Thu, Sep 1, 2016 at 1:27 PM
To: Charles <chucke@actumprocessing.com>
Cc: Ellen Connaway <ellen@actumprocessing.com>

Charles,

Would the daily limits see the 2 as applying to a single day?  meaning, do I need to raise his Limits to ensure the
combined activity for Tuesday doesn't get any declines?

PX35 - 1414

Thanks,

Lisa
[Quoted text hidden]
--



www.actumprocessing.com

 Facebook     Twitter
           Linkedin
      Instagram

**Lisa Janacek**,
Business Relationship Manager

**P:** 512-402-0082 ext.1134
**C:** 512-913-8229
**F:** 512-597-0258
**E:** lisa@actumprocessing.com

7004 Bee Cave Road, Bldg. 3, Suite 312
Austin, TX 78746

---

**Charles** <chucke@actumprocessing.com>                    Thu, Sep 1, 2016 at 1:29 PM
To: Lisa Janacek <lisa@actumprocessing.com>
Cc: Ellen Connaway <ellen@actumprocessing.com>

Lisa:

No.  They would count on their separate days.

Charles Chambers
Chief Technology Officer
Actum Processing, LLC
512-263-3011 ext 1185

On 9/1/2016 1:27 PM, Lisa Janacek wrote:
> Charles,
>
> Would the daily limits see the 2 as applying to a single day?  meaning,
> do I need to raise his Limits to ensure the combined activity for
> Tuesday doesn't get any declines?
>
> Thanks,
>
> Lisa
>
> On Thu, Sep 1, 2016 at 1:04 PM, Charles <chucke@actumprocessing.com
> <mailto:chucke@actumprocessing.com>> wrote:
>
>     Ellen:
>
>         That said, our daily recurring will NOT recur on holidays!
>
>     So, there will be NO recur on Monday.
>
>     If he sends in a file, both will go Tuesday... but if it's business
>     daily recurring, no recur will happen Monday.
>
>     :)
>
>     Charles Chambers
>     Chief Technology Officer
>     Actum Processing, LLC
>     512-263-3011 ext 1185 <tel:512-263-3011%20ext%201185>
>
>     On 9/1/2016 12:38 PM, Ellen Connaway wrote:

PX35 - 1415

Buthe won't fall behind if Monday's recur goes out on Tuesday
along with
Tuesday's recur, right?

*Ellen*
*Risk Analyst : Merchant Support*
*Skype: ellen_wts*

On 9/1/2016 12:04 PM, Charles wrote:

Ellen:

It's only a double billing if it's un-intended.

He just doesn't want to fall behind on billing.

That said, our daily recurring will NOT recur on holidays!

We would have to do something manual (read --> fee charged)
to get
them to bill twice on Tuesday.

Charles Chambers
Chief Technology Officer
Actum Processing, LLC
512-263-3011 ext 1185 <tel:512-263-3011%20ext%201185>

[Quoted text hidden]
          Dir: 646 762 1843 <tel:646%20762%201843>
          FX: 855.204.0222 <tel:855.204.0222>
          EMAIL*: rgiardina@richmondcapitalgroup.com
          <mailto:rgiardina@richmondcapitalgroup.com>
             <mailto:rgiardina@richmondcapitalgroup.com
          <mailto:rgiardina@richmondcapitalgroup.com>>
             *WEB: www.richmondcapitalgroup.com
          <http://www.richmondcapitalgroup.com>
          <http://www.richmondcapitalgroup.com>

[Quoted text hidden]
          <mailto:ellen@actumprocessing.com
[Quoted text hidden]
Actum Processing
<http://www.actumprocessing.com/>

www.actumprocessing.com <http://www.actumprocessing.com/>

Facebook
<https://www.facebook.com/pages/Actum-Processing-LLC/782166138482393>    Twitter
<https://twitter.com/ActumProcessing>    Linkedin
<https://www.linkedin.com/company/actum-processing-llc>    Instagram
<https://www.youtube.com/channel/UC9D_sk-hVcjHfm5aEJnOe8w?guided_help_flow=3>

<http://www.actumprocessing.com/>

Lisa Janacek,
Business Relationship Manager
<mailto:lisa@actumprocessing.com>
*P:* 512-402-0082 ext.1134
*C:* 512-913-8229
*F:* 512-597-0258
*E:* lisa@actumprocessing.com <mailto:lisa@actumprocessing.com>
[Quoted text hidden]

**Lisa Janacek** <lisa@actumprocessing.com>                Thu, Sep 1, 2016 at 1:53 PM
To: Robert Giardina <rgiardina@richmondcapitalgroup.com>
Cc: Ellen Connaway <ellen@actumprocessing.com>

Rob,

I've also verified we do <u>not</u> need to raise the Limits.  Each day's "intended" transaction date will apply to the Limits for that day only.  Limits are not based on when transactions are sent to the bank, rather when you submit transactions to Actum.

Cheers!

Lisa
[Quoted text hidden]
--



www.actumprocessing.com

Facebook    Twitter
    Linkedin
   Instagram

**Lisa Janacek**,
Business Relationship Manager

**P:** 512-402-0082 ext.1134
**C:** 512-913-8229
**F:** 512-597-0258
**E:** lisa@actumprocessing.com

[Quoted text hidden]

| | |
|---|---|
| **From:** | Michelle Gregg <michelle@richmondcapitalgroup.com> |
| **Sent:** | Monday, December 5, 2016 10:13 PM |
| **To:** | Charles <chucke@actumprocessing.com>; Robert Giardina <rgiardina@richmondcapitalgroup.com> |
| **Cc:** | Aubree <aubree@actumprocessing.com>; Ellen <ellen@actumprocessing.com>; Lisa <lisa@actumprocessing.com> |
| **Subject:** | Re: Christmas and New Years... |

---

Correct .... Since it is a banking holiday on the 26th and  1/2 , we would like those holiday payments to show up on the merchants bank statement on TUESDAY 12/27 AND TUESDAY 1/3. Thanksgiving payment was perfectly done!!!

THANK YOU

On Mon, Dec 5, 2016 at 5:07 PM, Charles <chucke@actumprocessing.com> wrote:

Michelle:

Hope you're having a good holiday season!

Since Christmas and New Years fall on Sunday, Monday the 26th and 1st are holidays for the Federal Reserve -- meaning no files will be sent.

Please verify that you will want duplicate transactions sent for your customers all to hit Tuesday after the holiday.

Thanks!

Charles Chambers
Chief Technology Officer
Actum Processing, LLC
512-263-3011 ext 1185

--
*Regards,*
*Michelle Gregg*
*Managing Director*

*Richmond Capital Group*
*125 Maiden Lane Suite 501*
*New York, NY 10038*

*Direct #: 1 (347) 282-5961*
*Fax #: 1 (855) 204-0222*
*Email: michelle@richmondcapitalgroup.com*

**From:** **Robert Giardina** rgiardina@richmondcapitalgroup.com
**Subject:** HI
**Date:** January 3, 2017 at 8:13 AM
**To:** vincent lipari vinny.lipari@actumprocessing.com

Hi Vin

Hope you had a great new year.. Today are holiday payments were supposed to be drafted, a double draft for today and they werent pulled. Charlie got it right the last few times but not this one, why does this keep happening. My partner wants to fire Michelle over this and I know its not her fault.  The problem is if we hit holiday tom we then have to start fielding phone calls on whats this double draft and then were subjected to people blocking which causes a bigger problem and im out money. he got thanksgiving and Christmas right and I am cc'd on the emails from michelle to charlie, I just dont get it. Please lets get this figured out with Charlie
Thanks,
Rob


*Best Regards,*
Robert Giardina
*Managing Partner*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

Dir: 646 762 1843
FX:  855.204.0222
EMAIL: **rgiardina@richmondcapitalgroup.com**
WEB: www.richmondcapitalgroup.com


CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you  are not the authorized recipient(s), or the  employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

 **Gmail**

**Actum Lisa <actum.lisa@gmail.com>**

# HOLIDAY LIMITS - PLEASE RAISE
1 message

**Steve Reich** <steve@ramcapitalfunding.com>                    Tue, Aug 28, 2018 at 11:21 AM
To: Jasmine Gonzales <jasmine@ramcapitalfunding.com>
Cc: Jared <jared@actumprocessing.com>, Lisa Janacek <lisa@actumprocessing.com>, Vinny Lipari
<vinny@actumprocessing.com>, Dov King <king@gtrsourcellc.com>

 Gmail

**Actum Lisa <actum.lisa@gmail.com>**

# Holiday Increase
6 messages

**Jasmine Gonzales** <jasmine@ramcapitalfunding.com>      Mon, Nov 5, 2018 at 12:44 PM
To: brad@actumprocessing.com, Aubree <aubree@actumprocessing.com>, Dov King <king@gtrsourcellc.com>, Ellen
Connaway <ellen@actumprocessing.com>, Jared <jared@actumprocessing.com>, Lisa Janacek
<lisa@actumprocessing.com>, Steve Reich <steve@ramcapitalfunding.com>, Vinnie Actum
<vinny.lipari@actumprocessing.com>, Vinny Lipari <vinny@actumprocessing.com>

Hi,  Good Afternoon

can we please have all actum accounts increase before this Friday

thank you

--
Jasmine Gonzalez
Ram Capital Funding
P.917.720.5275
F: 855-865-3163

**Ellen Connaway** <ellen@actumprocessing.com>      Mon, Nov 5, 2018 at 12:55 PM
To: Jasmine Gonzales <jasmine@ramcapitalfunding.com>, brad@actumprocessing.com, Dov King <king@gtrsourcellc.com>,
Jared <jared@actumprocessing.com>, Lisa Janacek <lisa@actumprocessing.com>, Steve Reich
<steve@ramcapitalfunding.com>, Vinnie Actum <vinny.lipari@actumprocessing.com>, Vinny Lipari
<vinny@actumprocessing.com>

Hey Jasmine,

You go it!  To confirm, the limits will be increased for you to enter double daily debits on Friday to hit your client's accounts
on Tuesday, correct?

Thank you,

**Ellen Connaway**
Actum Processing
www.actumprocessing.com
Merchant Support
Office: (512) 402-0082 Ext: 1107
Email: ellen@actumprocessing.com

Learn more about NACHA's Operating Rules

Actum Processing does not recommend or endorse transmitting protected information via e-mail or fax. Please transmit
all sensitive information through our secure document portal.

[Quoted text hidden]

**Jasmine Gonzales** <jasmine@ramcapitalfunding.com>      Mon, Nov 5, 2018 at 1:10 PM
To: Ellen Connaway <ellen@actumprocessing.com>
Cc: brad@actumprocessing.com, Dov King <king@gtrsourcellc.com>, Jared <jared@actumprocessing.com>, Lisa Janacek
<lisa@actumprocessing.com>, Steve Reich <steve@ramcapitalfunding.com>, Vinnie Actum
<vinny.lipari@actumprocessing.com>, Vinny Lipari <vinny@actumprocessing.com>

Yes that is correct

PX35 - 1421

[Quoted text hidden]

---

**Jasmine Gonzales** <jasmine@ramcapitalfunding.com>                      Thu, Nov 8, 2018 at 10:02 AM
To: Ellen Connaway <ellen@actumprocessing.com>
Cc: brad@actumprocessing.com, Dov King <king@gtrsourcellc.com>, Jared <jared@actumprocessing.com>, Lisa Janacek
<lisa@actumprocessing.com>, Steve Reich <steve@ramcapitalfunding.com>, Vinnie Actum
<vinny.lipari@actumprocessing.com>, Vinny Lipari <vinny@actumprocessing.com>

Are we all set for tomorrow? please confirm

thank you

[Quoted text hidden]

---

**Ellen Connaway** <ellen@actumprocessing.com>                      Thu, Nov 8, 2018 at 10:06 AM
To: Jasmine Gonzales <jasmine@ramcapitalfunding.com>
Cc: brad@actumprocessing.com, Dov King <king@gtrsourcellc.com>, Jared <jared@actumprocessing.com>, Lisa Janacek
<lisa@actumprocessing.com>, Steve Reich <steve@ramcapitalfunding.com>, Vinnie Actum
<vinny.lipari@actumprocessing.com>, Vinny Lipari <vinny@actumprocessing.com>

Hi Jasmine,

Yes, you'll be able to enter the payments tomorrow with no issues.

Thanks!

**Ellen Connaway**
Actum Processing
www.actumprocessing.com
Merchant Support
Office: (512) 402-0082 Ext: 1107
Email: ellen@actumprocessing.com

Learn more about NACHA's Operating Rules

Actum Processing does not recommend or endorse transmitting protected information via e-mail or fax. Please transmit
all sensitive information through our secure document portal.

[Quoted text hidden]

---

**Jasmine Gonzales** <jasmine@ramcapitalfunding.com>                      Thu, Nov 8, 2018 at 10:07 AM
To: Ellen Connaway <ellen@actumprocessing.com>
Cc: brad@actumprocessing.com, Dov King <king@gtrsourcellc.com>, Jared <jared@actumprocessing.com>, Lisa Janacek
<lisa@actumprocessing.com>, Steve Reich <steve@ramcapitalfunding.com>, Vinnie Actum
<vinny.lipari@actumprocessing.com>, Vinny Lipari <vinny@actumprocessing.com>

Thank you
[Quoted text hidden]

PX35 - 1422

RCLG0001555

**To:** Robert Giardina[rgiardina@richmondcapitalgroup.com]; Michelle Gregg[michelle@richmondcapitalgroup.com]
**From:** John Braun <john@richmondcapitalgroup.com>
**Sent:** Tue 1/3/2017 8:09:25 AM
**Subject:** Good morning

What day does last weeks holiday payments come into bank?

--

*Best Regards,*

John Braun

*Senior Funding Manager*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

PH: 855.662.9303
C: 917.734.4703
FX: 855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

INDEX NO. 451368/2020

RECEIVED NYSCEF: 06/10/2020

**To:**     Robert Giardina[rgiardina@richmondcapitalgroup.com]; Michelle
Gregg[michelle@richmondcapitalgroup.com]
**From:**   John Braun <john@richmondcapitalgroup.com>
**Sent:**   Tue 7/3/2018 1:38:27 PM
**Subject:**  PLEASE FUND ***WIRE*** RAM : SIGNED 30K RAM - Auto RV America
ram.pdf
selection (12) (1).pdf

PLEASE FUND - RAM ***WIRE*** ( DONT DO HOLIDAY - JUST ONE DEBIT ON THUR
)

30K @ 44,970 - 749 DAILY - 300 PSF - 5,699 ACH FEE -

NET  TO MERCHANT -
24,001 - RECURRING 749 DAILY

---------- Forwarded message ----------
From: **Steve Reich** <steve@ramcapitalfunding.com>
Date: Tue, Jul 3, 2018 at 11:05 AM
Subject: SIGNED 30K - RAM - Auto RV America
To: Stone Funding <stonefundingllc@gmail.com>, John Braun
<John@richmondcapitalgroup.com>, "Giselle C." <giselle@richmondcapitalgroup.com>,
Christopher Kim <chris@richmondcapitalgroup.com>, Robert Giardina
<rgiardina@richmondcapitalgroup.com>, **Marcella Rabinovich** <Marcella@mgrlawoffice.com>

ADDENDUM PAGE COMING

Corey Basquez
7206200439

--

   *Best Regards,*

   John Braun
*Senior Funding Manager*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

PH: 855.662.9303
C: 917.734.4703

FX: 855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of
Richmond Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain
confidential and/or private information privileged to recipient or recipients named above. If you are not the
authorized recipient(s), or the employee or agent responsible for delivering this message to the intended
recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this
message from your system, other storage mechanism and/or shred the document and any attachments.
Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities
other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for
the improper or incomplete transmission of the information contained in this communication nor for any delay
in its receipt or damage to your system.

**From:** John Braun <john@richmondcapitalgroup.com>
**Sent:** 10/18/2018 4:54:42 PM
**To:** Steve Davis
**Subject:** Fwd: COMPLIANCE

---------- Forwarded message ----------
From: **Michelle Gregg** <michelle@richmondcapitalgroup.com>
Date: Thu, Oct 18, 2018 at 4:49 PM
Subject: Fwd: COMPLIANCE
To: John Braun <john@richmondcapitalgroup.com>

---------- Forwarded message ----------
From: **Charles Freund** <████████████m>
Date: Thu, Oct 18, 2018 at 4:42 PM
Subject: Re: COMPLIANCE
To: Michelle Gregg <michelle@richmondcapitalgroup.com>, Mordy Safrin <████████████>, Larry Lusher
<████████████m>

I am in receipt of your email and I am confused by your email and your companies action.
Please do not refer to the terms of a the contract.
If you wish to please advice me ASAP what provision of what agreement allows you or your companies to withdraw from my account double payments.
That action violates any and all agreements, is an act of bad faith and breech of contract.
Please note that pursuant to a court order issued today you and your company are prohibited and enjoined from withdrawing via ACH any and all monies. You have also been further enjoined from filing or acting upon the purported confession of Judgement.
The above is without prejudice and with all rights reserved.

**From:** Michelle Gregg <michelle@richmondcapitalgroup.com>
**Sent:** Thursday, October 18, 2018 1:26:05 PM
**To:** Charles Freund; Mordy Safrin; Larry Lusher
**Subject:** COMPLIANCE

Gentlemen,

This is my second and final attempt at reaching out to you regarding a bank log in. Please have the courtesy of responding back to me today by 5pm. I am aware of your back and forth conversations with your sales rep. As of 6:12pm last night you where supposedly going to get right back to him. That has not happened either. This log in NEEDS to happen. It is part of

your contractual agreement with us.
Looking forward to hearing from you as soon as possible.

008723

--

*Regards,*
*Michelle Gregg*
*Director of Finance*

***Richmond Capital Group***
*111 John Street  Suite 1210*
*New York, NY 10038*

***Direct #: 1 (347) 282-5961***
***Fax #: 1  (855)  204-0222***
***Email: michelle@richmondcapitalgroup.com***

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC, its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

--

*Regards,*
*Michelle Gregg*
*Director of Finance*

***Richmond Capital Group***
*111 John Street  Suite 1210*
*New York, NY 10038*

***Direct #: 1 (347) 282-5961***
***Fax #: 1  (855)  204-0222***
***Email: michelle@richmondcapitalgroup.com***

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC, its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

--

***Best Regards,***
John Braun
***Senior Funding Manager***

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**

**New York, NY 10038**

PH: 855.600.7243 303
C: 917.734.4703
FX: 855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

# Re: SIGNED 200K - RCG - BENEFIT TRANSACT

**From:**     John Braun <john@richmondcapitalgroup.com>
**To:**       Stone Funding <stonefundingllc@gmail.com>
**Date:**     Fri, 29 Dec 2017 14:03:58 -0500

i agree ! and think its important to have a combo of your facts and my crazy ness

On Fri, Dec 29, 2017 at 2:02 PM, Stone Funding <stonefundingllc@gmail.com> wrote:

> I know you were still going to fund...  that's not going to stop me from saying what I think. 🙂
>
> On Fri, Dec 29, 2017 at 8:03 AM, John Braun <john@richmondcapitalgroup.com> wrote:
>
>> FUNDED
>>
>> On Thursday, December 28, 2017, Stone Funding <stonefundingllc@gmail.com> wrote:
>>
>>> JOHN, I'm not going to sit here an argue with you....  I think an account with 8 negative days paying over 21k a day in advances shouldn't be refinanced for 200k.
>>>
>>> That's why I said I was wasting my breath....  you're going to do what you want anyway, so not point in arguing
>>>
>>> On Thu, Dec 28, 2017 at 3:45 PM, John Braun <john@richmondcapitalgroup.com> wrote:
>>>
>>>> stacy on 55% paid in there are 4 pending payments in this case over 12 coming our way we are refinancing and holding that back - plus on 60 day deal - each day that passed is 1.5% more paid in - so then 1 week itll be over 60% paid in - we kill these people thats for sure, but im just thinking itll go bad when it goes bad, and obviously id like to lose as little as possible if and when it does, but i think we survive thisone, and or can collect cause of the bank and the processing being 7 figures.
>>>>
>>>> On Thu, Dec 28, 2017 at 6:38 PM, Stone Funding <stonefundingllc@gmail.com> wrote:
>>>>
>>>>> I've said since day one that refinancing at even 50% is too soon...  factor in the addition of more advances, too soon.
>>>>>
>>>>> We're just bleeding merchants dry until they can't handle it and default...  this guy is paying about 464k a month in advances alone
>>>>>
>>>>> On Thu, Dec 28, 2017 at 3:33 PM, John Braun <john@richmondcapitalgroup.com> wrote:
>>>>>
>>>>>> this one is 55% paid in, its not too soon?
>>>>>>
>>>>>> On Thu, Dec 28, 2017 at 6:33 PM, Stone Funding <stonefundingllc@gmail.com> wrote:
>>>>>>
>>>>>>> PC is 581 (medium-high risk), accounts current
>>>>>>>
>>>>>>> ABB is 4k, account negative 8x this month, funded by TVT 12/5 (95k wire) & Daka 12/19 (51k wire), currently have 7 advances debiting $21,086 daily
>>>>>>>    *the last time we funded they only had 4 advances debiting $9,751 daily
>>>>>>>
>>>>>>> **Had 8 negative days this month and more than doubled daily advance debits since beginning of Nov....  going to waste my breath again, we are refinancing these 6 figure contracts too soon
>>>>>>>
>>>>>>> On Thu, Dec 28, 2017 at 2:36 PM, John Braun <john@richmondcapitalgroup.com>

wrote:

--

*Best Regards,*

John Braun
*Senior Funding Manager*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

PH: 855.662.9303
C: 917.734.4703
FX:  855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you  are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

--

*Best Regards,*

John Braun
*Senior Funding Manager*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

PH: 855.662.9303
C: 917.734.4703
FX:  855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

--

*Best Regards,*

John Braun
*Senior Funding Manager*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

PH: 855.662.9303
C: 917.734.4703
FX: 855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

--

*Best Regards,*

John Braun
*Senior Funding Manager*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

PH: 855.662.9303
C: 917.734.4703
FX:  855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you  are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

--

*Best Regards,*

John Braun
*Senior Funding Manager*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

PH: 855.662.9303
C: 917.734.4703
FX:  855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and the individual

addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you are not the authorized recipient (s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

PX35 - 1433



# MERCHANT AGREEMENT

Agreement dated ___February 16, 2017___ between Richmond Capital Group LLC **("RCG")** and the Merchant listed below **("MERCHANT")**
(Month)    (Day)    (Year)

## MERCHANT INFORMATION

Merchant's Legal Name: ENVISION 4 INTEGRATED TECH, INC.

D/B/A: ENVISION 4 INTEGRATED TECH, INC.    State of Incorporation / Organization: CA Federal Tax ID 46-3441634

Type of Entity (circle one)   Corporation   Limited Liability Company   Limited Partnership   Limited Liability Partnership   Sole Proprietorship

Physical Address: ███████████████    City: STOCKTON    State: CA    Zip: 95207

Contact Name: DELANI D. PLACE    Contact Number: █████████    Email: _____

Mailing Address: ███████████████    City: STOCKTON    State: CA    Zip: 95219

### PURCHASE AND SALE OF FUTURE RECEIVABLES

Merchant ("Merchant" or "Seller") hereby sells, assigns and transfers to RCG ("RCG" or "Buyer") (making RCG the absolute owner) in consideration of the funds provided ("Purchase Price") specified below, all of Merchant's future accounts, contract rights and other entitlements arising from or relating to the payment of monies from Merchant's customers' and/or other third party payors (the "Receipts" defined as all payments made by cash, check, electronic transfer or other form of monetary payment in the ordinary course of the Merchant's business), for the payments due to Merchant as a result of Merchant's sale of goods or services (the "Transactions") until the amount specified below (the "Purchased Amount") has been delivered by or on behalf of Merchant to RCG.

The Purchased Amount shall be paid to RCG by Merchant's irrevocably directing and authorizing that there be only one depositing bank account, which account must be acceptable to, and pre-approved by, RCG (the "Account") into which Merchant and Merchant's customers shall remit the percentage specified below (the "Specified Percentage") of the Merchant's settlement amounts due from each Transaction, until such time as RCG receives payment in full of the Purchased Amount. Merchant hereby authorizes RCG to ACH Debit the specified remittances from the merchant's Account on a daily basis and will provide RCG with all required access codes, and monthly bank statements. Merchant understands that it is responsible for ensuring that the specified percentage to be debited by RCG remains in the Account  and will be held responsible for any fees incurred by RCG resulting from a rejected ACH attempt or an event of default.  (See Appendix A) RCG is not responsible for any overdrafts or rejected transactions that may result from RCG's ACH debiting the specified amounts under the terms of this agreement. RCG will debit the specific daily amount each business day and upon receipt of the Merchant's monthly bank statements on or about the eighteenth day of each month reconcile the Merchant's Account by either crediting or debiting the difference from or back to the Merchant's Account so that the amount debited per month equals the specified percentage. RCG may, upon Merchant's request, adjust the amount of any payment due under this Agreement at RCG's sole discretion and as it deems appropriate.  Notwithstanding anything to the contrary in this Agreement or any other agreement between RCG and Merchant, upon the violation of any provision contained in Section 1.11 of the MERCHANT AGREEMENT TERMS AND CONDITIONS or the occurrence of an Event of Default under Section 3 of the MERCHANT AGREEMENT TERMS AND CONDITIONS, the Specified Percentage shall equal 100%. A list of all fees applicable under this Agreement is contained in Appendix A.

Total Purchase Price: $20,000.00    Specified Percentage: 10 % Specific DAILY Amount:$ 699.00    Total Purchased Amount:$ 29,980.00

THE MERCHANT AGREEMENT TERMS AND CONDITIONS SET FORTH ON PAGE 2, THE "SECURITY AGREEMENT AND GUARANTY" AND THE "ADMINISTRATIVE FORM HEREOF, ARE ALL HEREBY INCORPORATED IN AND MADE A PART OF THIS MERCHANT AGREEMENT.

**FOR THE MERCHANT (#1)**

By DELANI D. PLACE    _____ (Signature)    **Sign Here**
(Print Name and Title)

**FOR THE MERCHANT (#2)**

By _____    _____ (Signature)    **Sign Here**
(Print Name and Title)

**OWNER#1**

By DELANI D. PLACE    _____ (Signature)    **Sign Here**
(Print Name)

**OWNER #2**

By _____    _____ (Signature)    **Sign Here**
(Print Name)

**RICHMOND CAPITAL GROUP, LLC**

By _____    Sales Associate Name: _____
(Company Officer)    (Signature)

Richmond Capital Group, LLC |125 Maiden Lane Ste. 501 | New York |NY 10038| Ph. (855) 662-9303 Fax (855) 204-0222



## APPENDIX A: THE FEE STRUCTURE:

A. **Origination Fee -** $ 1,999.00 to cover Underwriting and related expenses.

B. **ACH Program Fee -** $ 999.00 (or N/A % of the funded amount, depending on size of advance) ACH's are labor intensive and are not an automated process, requiring us to charge this fee to cover costs.

C. **NSF Fee (Standard) -** $ 35.00 (each) Up to **FOUR TIMES ONLY** before a default is declared.

D. **Rejected ACH -** $100.00 -- When Merchant directs the bank to reject our Debit ACH.

E. **Bank Change Fee -** $50.00 -- When Merchant requires a change of Bank Account to be Debited, requiring us to adjust our system.

F. **Blocked Account -** $2,500.00 -- When Merchant BLOCKS Account from our Debit ACH which places them in default (per contract).

G. **Default Fee -** $2,500.00 -- When Merchant changes bank Account cutting us off from our collections.

H. **Account Management Fee -** At the end of each month, Merchant will pay to RCG an Account Management Fee. This fee will not be applied towards the reduction of the Purchased Amount. This monthly fee will equal the average of all the payments received as a "Specified Percentage" of the Merchants settlement amount for that Month.

I. **Miscellaneous Service Fees -** Merchant shall pay certain fees for services related to the origination and maintenance of Accounts. Each Merchant shall receive their funding electronically to their designated bank account and will be charged $30.00 for a Fed Wire or $0.00 for a bank ACH. The Current charge for the underwriting and origination of each Merchant Agreement is $_____ paid from the funded amount. Merchant will be charged $25.00 for every additional change of their operating bank account once they are active with RCG. Additional copies of prior monthly statements will incur a fee of $10.00 each.

Merchant 1 (Sign) _____ Print: DELANI D. PLACE

Merchant 2 (Sign) _____ Print: _____



## Viceroy Capital Funding

### APPENDIX A: THE FEE STRUCTURE:

A. **Origination Fee -**    $ 14,999.00 to cover Underwriting and related expenses.

B. **ACH Program Fee - $**_____ (or N/A % of the funded amount, depending on size of advance) ACH's are labor intensive and are not an automated process, requiring us to charge this fee to cover costs.

C. **NSF Fee (Standard) -** $ 35.00 (each)  Up to **FOUR TIMES ONLY** before a default is declared.

D. **Rejected ACH -**    $100.00 -- When Merchant directs the bank to reject our
   Debit ACH.

E. **Bank Change Fee -**   $50.00 -- When Merchant requires a change of Bank Account to be Debited, requiring us to adjust our system.

F. **Blocked Account -**   $2,500.00 -- When Merchant BLOCKS Account from our Debit ACH which places them in default (per contract).

G. **Default Fee -**    $2,500.00 -- When Merchant changes bank Account cutting us off from our collections.

H. **Account Management Fee -** At the end of each month, Merchant will pay to VCF an Account Management Fee. This fee will not be applied towards the reduction of the Purchased Amount. This monthly fee will equal the average of all the payments received as a "Specified Percentage" of the Merchants settlement amount for that Month.

I. **Miscellaneous Service Fees -** Merchant shall pay certain fees for services related to the origination and maintenance of Accounts. Each Merchant shall receive their funding electronically to their designated bank account and will be charged $30.00 for a Fed Wire or $0.00 for a bank ACH. The Current charge for the underwriting and origination of each Merchant Agreement is $_____ paid from the funded amount. Merchant will be charged $25.00 for every additional change of their operating bank account once they are active with RCG. Additional copies of prior monthly statements will incur a fee of $10.00 each.

Merchant 1 (Sign) _____    Print: JERAMY P. MEACHAM

Merchant 2 (Sign) _____    Print: _____



## APPENDIX A: THE FEE STRUCTURE:

A. <u>Origination Fee -</u>    $ 499.00   to cover Underwriting and related expenses.

B. <u>ACH Program Fee</u> - $~~699.00~~  *DB\cB  500.00* (or N/A % of the funded amount, depending on size of advance) ACH's are labor intensive and are not an automated process, requiring us to charge this fee to cover costs.

C. <u>NSF Fee (Standard)</u> - $ 35.00 (each)  Up to <u>FOUR TIMES ONLY</u> before a default is declared.

D. <u>Rejected ACH</u> -     $100.00 -- When Merchant directs the bank to reject our Debit ACH.

E. <u>Bank Change Fee</u> -  $50.00 -- When Merchant requires a change of Bank Account to be Debited, requiring us to adjust our system.

F. <u>Blocked Account</u> -    $2,500.00 -- When Merchant BLOCKS Account from our Debit ACH which places them in default (per contract).

G. <u>Default Fee</u> -       $2,500.00 -- When Merchant changes bank Account cutting us off from our collections.

H. <u>Account Management Fee</u> - At the end of each month, Merchant will pay to RCG an Account Management Fee. This fee will not be applied towards the reduction of the Purchased Amount. This monthly fee will equal the average of all the payments received as a "Specified Percentage" of the Merchants settlement amount for that Month.

I. <u>Miscellaneous Service Fees</u> - Merchant shall pay certain fees for services related to the origination and maintenance of Accounts. Each Merchant shall receive their funding electronically to their designated bank account and will be charged $30.00 for a Fed Wire or $0.00 for a bank ACH. The Current charge for the underwriting and origination of each Merchant Agreement is $_____ paid from the funded amount. Merchant will be charged $25.00 for every additional change of their operating bank account once they are active with RCG. Additional copies of prior monthly statements will incur a fee of $10.00 each.

Merchant 1 (Sign) *Dossie Bonds*    Print: DOSSIE M. BONDS

Merchant 2 (Sign) _____    Print: _____



**APPENDIX A: THE FEE STRUCTURE:**

A. <u>Origination Fee -</u>   $_____ to cover Underwriting and related expenses.

B. <u>ACH Program Fee</u> - $ 1,899.00 (or 10 % of the funded amount, depending on size of advance) ACH's are labor intensive and are not an automated process, requiring us to charge this fee to cover costs.

C. <u>NSF Fee (Standard) -</u> $ 35.00 (each) Up to <u>FOUR TIMES ONLY</u> before a default is declared.

D. <u>Rejected ACH -</u>   $100.00 -- When Merchant directs the bank to reject our Debit ACH.

E. <u>Bank Change Fee -</u>   $50.00 -- When Merchant requires a change of Bank Account to be Debited, requiring us to adjust our system.

F. <u>Blocked Account -</u>   $2,500.00 -- When Merchant BLOCKS Account from our Debit ACH which places them in default (per contract).

G. <u>Default Fee -</u>   $2,500.00 -- When Merchant changes bank Account cutting us off from our collections.

H. <u>Account Management Fee</u> - At the end of each month, Merchant will pay to RCF an Account Management Fee. This fee will not be applied towards the reduction of the Purchased Amount. This monthly fee will equal the average of all the payments received as a "Specified Percentage" of the Merchants settlement amount for that Month.

I. <u>Miscellaneous Service Fees</u> - Merchant shall pay certain fees for services related to the origination and maintenance of Accounts. Each Merchant shall receive their funding electronically to their designated bank account and will be charged $30.00 for a Fed Wire or $0.00 for a bank ACH. The Current charge for the underwriting and origination of each Merchant Agreement is $_____ paid from the funded amount. Merchant will be charged $25.00 for every additional change of their operating bank account once they are active with RCF. Additional copies of prior monthly statements will incur a fee of $10.00 each.

Merchant 1 (Sign) _____ Print: HAROLD W. HERRIDGE

Merchant 2 (Sign) _____ Print: PEGGY S. HERRIDGE

PX35 - 1438

ftc-ram018073

**From:** Steve Reich <Steve@ramcapitalfunding.com>
**Sent:** 6/6/2017 12:25:32 PM
**To:** John Braun
**Subject:** FW: Ram

---

Thank you,

Steve Reich
Ram Capital Funding
P: 646-531-4440
F: 855-865-3163

**From:** Jake Winograd [mailto                ]
**Sent:** Tuesday, June 6, 2017 12:24 PM
**To:** Steve Reich <steve@ramcapitalfunding.com>
**Subject:** Fwd: Ram

reich ?????? whats your over by 7250 just stop the fucking debits.
???????????

---------- Forwarded message ----------
**From: Marc Hamid** <marc.hamid@gmail.com>
Date: Tue, Jun 6, 2017 at 12:18 PM
Subject: Ram
To: Jake Winograd <                    >

Jake:

This guy took ANOTHER debit. You need to get this resolved today. I also want my money he has been overpaid returned. The overpay is now $7250.

Thanks

--

Jake Winograd
Cell:1-
Office: (718) 316-6897
Fax:1-347-549-4296

PX35 - 1439

Unique Funding Solutions

ftc-ram018074

**From:** Accounting Department <accounting@ramcapitalfunding.com>
**Sent:** 8/10/2017 2:19:45 PM
**To:** Steve Reich; John Braun
**Subject:** Fwd: ZERO BALANCE LETTER -ACH REFUND

THIS IS THE MERCHANT YOU TOLD ME NOT TO SEND THE LETTER TO.....

--------- Forwarded message ---------
From: **Modern Living Supplies** ▇▇▇▇▇▇>
Date: Thu, Aug 10, 2017 at 1:03 PM
Subject: Re: ZERO BALANCE LETTER -ACH REFUND
To: Accounting Department <accounting@ramcapitalfunding.com>

Hi, my broker Rob on the loan I had with RAM from the Funding Group said he reached out to Mindy and was told to contact accounting.

I am still awaiting my Zero Balance Letter along with my ACH credit due as there were close to 3500 dollars in ACH over charges.

Please email the status of this today.

Mark

**modern living supplies**
New York Design Center
200 Lexington Ave #408
New York, NY 10016
Monday - Friday 10 to 6 PM
646-373-1579 mobile
646-468-3272 showroom
646-349-5619 fax

www.modernlivingsupplies.com

From: Accounting Department <accounting@ramcapitalfunding.com>
To: Modern Living Supplies ▇▇▇▇▇▇>
Sent: Monday, July 31, 2017 1:22 PM
Subject: Re: ZERO BALANCE LETTER -ACH REFUND

We tried to call you earlier today to discussed this matter multiple times, Please call me so i can speak with you. I am available till 5pm today

On Mon, Jul 31, 2017 at 12:34 PM, Modern Living Supplies ▇▇▇▇▇▇ > wrote:
Michelle, I need to hear back on this matter ASAP, as I've spoken to my lawyer along with the branch manager at Chase Bank and they will be looking into contacting NACHA for the unauthorized ACH withdrawals from my Chase account to file a claim against RAM if I do not get my refund ASAP. I've also been in contact with the broker who got me this loan so he knows about this issue as well.

ftc-ram037871

**modern living supplies**
New York Design Center
200 Lexington Ave #408
New York, NY 10016
Monday - Friday 10 to 6 PM
646-373-1579 mobile
646-468-3272 showroom
646-349-5619 fax

www.modernlivingsupplies.com

**From:** Accounting Department <accounting@ramcapitalfunding_com>
**To:** Modern Living Supplies ▋▋▋▋>
**Sent:** Thursday, July 27, 2017 8:03 AM
**Subject:** Re: payoff letter

JUST PLEASE SEND THEM ..... I AM REQUIRED TO ASK FOR THEM ...... SO IF YOU DONT SEND THEM TO ME I CANNOT GIVE YOU WHAT YOUR LOOKING FOR.

On Wed, Jul 26, 2017 at 6:59 PM, Modern Living Supplies ▋▋▋▋▋ wrote:
Can you explain to me why you need the last 3 months of my bank statements and or show me within the original contract documents where this is stated. I've paid RAM 58 daily ACH payments on a loan that called for 50 ACH daily payments. I need my paid in full Payoff letter ASAP.

Mark

Modernlivingsupplies.com
NYDC SUITE 408
646 373 1579

On Jul 26, 2017, at 2:51 PM, Accounting Department <accounting@ramcapitalfunding_com> wrote:

in order for me to fulfill your request.... we need your last 3 months of bank statements

On Wed, Jul 26, 2017 at 1:51 PM, Modern Living Supplies ▋▋▋▋▋ wrote:
Hi, I need my final paid in full pay off letter sent to me asap pleases I need to submit this to my bank by tomorrow..

MARK

**modern living supplies**
New York Design Center
200 Lexington Ave #408
New York, NY 10016
Monday - Friday 10 to 6 PM
646-373-1579 mobile

PX35 - 1442

646-468-3272 showroom
646-349-5619 fax
ftc-ram037872
www.modernlivingsupplies.com

*Regards,*
*Michelle Gregg*
*Accounting Department*
*Ram Capital Funding*
*(347)282-5961*

*Regards,*
*Michelle Gregg*
*Accounting Department*
*Ram Capital Funding*
*(347)282-5961*

*Regards,*
*Michelle Gregg*
*Accounting Department*
*Ram Capital Funding*
*(347)282-5961*

ftc-ram037873

--

*Regards,*
*Michelle Gregg*
*Accounting Department*
*Ram Capital Funding*
*(347)282-5961*

**To:**      Robert Giardina[rgiardina@richmondcapitalgroup.com]; Michelle Gregg[michelle@richmondcapitalgroup.com]; Steve Reich[Steve@ramcapitalfunding.com]
**From:**    John Braun <john@richmondcapitalgroup.com>[john@richmondcapitalgroup.com]
**Sent:**    Wed 5/3/2017 5:00:34 PM (UTC)
**Subject:** PLEASE FUND *WIRE*: SIGNED 35K RAM - AMCO
Signed docs for Amco.pdf
20170502161351743.pdf

PLEASE FUND - RAM - *WIRE* (REICH WILL WIRE - ROB REIMBURSE)
35K @  52,465 - 1,049 DAILY - 3,499 PSF - 3,499 ACH

NET TO MERCHANT -
28,002 - RECURRING 1,049

ftc-ram102111

**From:** John Braun <john@richmondcapitalgroup.com>
**Sent:** 6/12/2017 11:43:41 AM
**To:** Steve Reich
**Cc:** Stone Funding
**Subject:** Re: NEW SUB Splendor Janitorial

was just funded 43k and only deposited 15k - lol

On Mon, Jun 12, 2017 at 11:38 AM, Steve Reich <steve@ramcapitalfunding.com> wrote:

Thank you,

Steve Reich

Ram Capital Funding

P: 646-531-4440

F: 855-865-3163

---------- Forwarded message ----------
From: **Jack B** <jack@ramcapitalfunding.com>
Date: Mon, Jun 12, 2017 at 11:37 AM
Subject: NEW SUB Splendor Janitorial
To: Steve Reich <steve@ramcapitalfunding.com>, John Braun <john@richmondcapitalgroup.com>

--

PX35 - 1446

Thank you,

Jack B.

Ram Capital Funding

P: 917-720-5274

C: 347-712-9788

F: 855-865-3163

ftc-ram102112

--

*Best Regards,*
John Braun
*Senior Funding Manager*

**Richmond Capital Group, LLC**
**125 Maiden Lane Ste.501**
**New York, NY 10038**

PH: 855.662.9303
C: 917.734.4703
FX: 855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC, its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

From: John Braun <john@richmondcapitalgroup.com>[john@richmondcapitalgroup.com]
To: Robert Giardina[rgiardina@richmondcapitalgroup.com]
CC:
BCC:
Subject: fill out and scan back for quater spot please
Sent: 05/23/2018 12:55 PM
Received: 05/23/2018 11:55 AM
Attachments: QuarterSpot Amendment to Partner Agreement.pdf

---------- Forwarded message ----------
From: Submissions <submissions@quarterspot.com>
Date: Wed, May 23, 2018 at 12:53 PM
Subject: Re: New Deal: PNT Carriers Inc
To: John Braun <john@richmondcapitalgroup.com>
Cc: Christina Kang <christina@quarterspot.com>

Hi John,

Attached is an Amendment to the Agreement (section 15 only) and the revised Partner Agreement Exhibit
A ("Exhibit A") referenced in the Amendment.  Please review the Amendment and Exhibit A and return the
executed copies to QuarterSpot by May 25, 2018.  Note that the Amendment must be signed and Exhibit
A initialed in three places by an Owner, Officer, or Managing Director.

The Amendment incorporates changes to Section 15 which were made to clarify and update the
applicable laws and regulations and incorporate Exhibit A into the agreement. The changes to Exhibit A
are intended to more clearly explain that by clicking the "I agree" button or pressing #, the consumer is
providing his/her electronic signature and signing an electronic record that will be his/her written
instructions to obtain a consumer report,

Signed Amendment and initialed Exhibit A (three pages total) may be returned via email
to christina@quarterspot.com.

Amendments not received by May 25th will not be eligible to submit deals until the amendment is
received.

We thank you for your anticipated cooperation in this matter and we look forward to continuing to work
with you in the future.

Sincerely,


Christina Kang
Director of Business Development
QuarterSpot, Inc.


From: John Braun <john@richmondcapitalgroup.com>
Sent: Tuesday, May 22, 2018 8:13:08 PM
To: Samantha Maske; Submissions
Subject: New Deal: PNT Carriers Inc

Hey Samantha

Please find attached new submission

--

Best Regards,

John Braun
Senior Funding Manager

Richmond Capital Group, LLC
125 Maiden Lane Ste.501
New York, NY 10038

PH: 855.662.9303
C: 917.734.4703
FX:  855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you  are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

--

Best Regards,

John Braun
Senior Funding Manager

Richmond Capital Group, LLC
125 Maiden Lane Ste.501
New York, NY 10038

PH: 855.662.9303
C: 917.734.4703
FX:  855.204.0222

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended solely for the use of Richmond Capital Group, LLC., its affiliates and the individual addressee(s). This message may contain confidential and/or private information privileged to recipient or recipients named above. If you  are not the authorized recipient(s), or the employee or agent responsible for delivering this message to the intended recipient(s), please immediately notify the sender by e-mail at the address shown above and

delete this message from your system, other storage mechanism and/or shred the document and any attachments. Any unauthorized use, review or dissemination of this message in whole or in part by persons or entities other than the intended recipient is strictly prohibited. Richmond Capital Group, LLC. shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system.

15. PARTNER REPRESENTATIONS & WARRANTIES: You represent and warrant to QuarterSpot that: (i) all information you have provided and will provide in connection with this Agreement is true, correct, and complete, (ii) you have not been and are not currently the subject of any investigation or legal proceeding of any kind in relation to spamming, fraud or the violation of any consumer protection or unfair, deceptive, or abusive trade practices laws or regulations, Anti-Terrorism Laws, violation of the Gramm-Leach-Bliley Act, Foreign Corrupt Practices Act or Office of Foreign Asset Control Sanctions, as well as securities laws for investment advisers, (iii) you will not engage any other person or entity to carry out any of your duties under this Agreement, without the express written consent of QuarterSpot (iv) to the extent required by applicable law, you are properly licensed and qualified to transact business in all jurisdictions where you conduct activities contemplated by this Agreement. Specifically, to the extent required by applicable law, you maintain any lender's and/or broker's license required to conduct your activities under this Agreement, (v) you conduct and will conduct your activities in compliance with all state and federal information security, consumer protection and credit laws including the Equal Credit Opportunity Act, Fair Credit Reporting Act, and regulations issued thereunder (see Exhibit A, herein incorporated in this Agreement by reference), (vi) you are not a party to any pending litigation that would have an impact on this Agreement, (vii) you have never been fined or penalized by Visa, MasterCard, NACHA, or any other association in the credit, payments, financial or banking industry, (viii) you have never been or are currently being investigated by a state or federal regulatory or law enforcement agency or charged with any financial crime, (ix) your performance of this Agreement will not violate any applicable law or regulation or any agreement to which you are bound (viii) you shall not charge the Referred Party any fees or sell the Referred Party any goods or services in relation to or as a condition of the procurement of a Loan, except for the Compensation provided by QuarterSpot, and (x) you will not help the Referred Party obtain financing for a period of 30 days after a Loan is issued to the Referred Party by QuarterSpot. Notwithstanding any provision to the contrary in this Agreement, QuarterSpot agrees that: (i) Partner may present information concerning the loan products of one or more third parties to Referred Parties if QuarterSpot's Loans are no longer suitable or if QuarterSpot's Loans are no longer competitive in the marketplace; and (ii) QuarterSpot agrees to provide Partner with prior notice of and an opportunity to participate in any renewal discussions with any Referred Parties that have Loans outstanding with QuarterSpot or where renewal discussions occur within thirty (30) days of a Referred Party having fully paid off a Loan.

IN WITNESS WHEREOF, the parties have executed this Amendment as of the _____ day of _____ 2018.

QUARTERSPOT     PARTNER

By (signature): _____     By (signature): _____

Name: _____     Name: _____

Title: _____     Title: _____

PARTNER AGREEMENT EXHIBIT A

TO AMENDMENT TO PARTNER AGREEMENT


FAIR CREDIT REPORTING ACT AND ELECTRONIC RECORDS AND SIGNATURE ACT COMPLIANCE


A. Written Instructions - Online. Partner shall comply with the following QuarterSpot website requirements:


1. Partner will prominently display a message specifically informing the consumer that his or her credit profile will be consulted for the purpose for which it is to be used and no other purpose, and that clicking on the "I AGREE" button following such notice constitutes written instructions to the Partner under the Fair Credit Reporting Act ("FCRA"). Partner agrees that the notice provided by Partner will be substantially
as follows:


"You understand that by clicking on the I AGREE button immediately following this notice, you are providing 'written instructions' to (Partner) under the Fair Credit Reporting Act authorizing (Partner) to obtain information from your personal credit profile or other information from TransUnion and LexisNexis. Clicking the I AGREE button will be your electronic signature on your 'written instructions.'  You authorize (Partner) to obtain such information to confirm your identity to avoid fraudulent transactions in your name and determine prequalification for a commercial loan."


2. The "I AGREE" button must immediately follow the notice provided for above. The notice and "I AGREE"
button must be separate from any other notice or message contained on the web site.


3. The consumer must have the ability to fully review any of the terms to which he or she is agreeing immediately preceding the consensual click.


4. The consumer must not be able to proceed in the process without affirmatively agreeing to the terms in the notice.


5. The consumer must have the ability (should they choose) to print out the terms to which he or she is agreeing, including their consent.


6. The record of the consumer's 'written instruction' by clicking "I AGREE" must be retained by Partner for

5 years in a form that is capable of being accurately reproduced for later reference by the parties.

_____

Partner's Initials

B. Written Instructions - Application. Partner shall comply with the following QuarterSpot requirements:

1. Partner will have a written provision informing the consumer that his or her credit profile will be consulted for the purpose for which it is to be used and no other purpose, and that by signing the Partner's application, following such notice, constitutes written instructions to the Partner under the FCRA.
Partner agrees that the notice provided by Partner will be substantially as follows:

3

"You understand that by signing the application immediately following this notice, you are providing 'written instructions' to (Partner) under the Fair Credit Reporting Act authorizing (Partner) to obtain information from your personal credit profile or other information from TransUnion and LexisNexis. You authorize (Partner) to obtain such information to confirm your identity to avoid fraudulent transactions in your name and determine prequalification for a commercial loan."

2. The signature line must immediately follow the notice provided for above. The notice and signature line must be separate from any other notice or message contained in the application.

3. The record of the consumer's 'written instruction' must be retained by Partner for 5 years in a form that is capable of being accurately reproduced for later reference by the parties.

_____

Partner's Initials

C. Written Instructions - Telephone. If Partner is obtaining "written instructions" over the telephone, Partner shall comply with the following requirements which are designed to comply with the Electronic Records and Signatures in Commerce Act:

1. Partner will ask each consumer to confirm his or her consent to access such person's credit report for authentication purposes by asking the following: "In order to verify your identity, you need to provide written instructions to Partner under the Fair Credit Reporting Act authorizing Partner to obtain information from your personal credit profile or other information from TransUnion and LexisNexis. Pressing the # key on your phone will be your electronic signature on your 'written instructions.'  You authorize (Partner) to obtain such information to confirm your identity to avoid fraudulent transactions in your name and determine prequalification for a commercial loan. Please confirm your written authorization to access your credit report by pressing the # key now";

2. The consumer must not be able to proceed in the process without affirmatively agreeing to allow access to his credit report as provided above; and

3. The record of the consumer's 'written instruction' by pressing the # symbol must be retained by Partner in a form that is capable of being accurately reproduced for later reference by the parties.

_____

Partner's Initials

# ATTACHMENT JJ



EMPIRE STATE BANK
We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK - ████3396

   Nickname : RCG FUNDING

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 11/18 | | Transfer Withdrawal CR Orig Offset: 3221 - LAW OFFICE OF GAB | | 4,020.00 |
| 11/21 | | WIRE TO DELICIAS DE MINAS RESTAURANT | | 72,637.00 |
| 11/21 | | Transfer Withdrawal CR Orig Offset: 3245 - ACCESS MEDICAL GR | | 147,000.00 |
| 11/22 | | WIRE TO ALL WET STAFFING INC | | 9,001.00 |
| 11/22 | | WIRE TO PRIME PERFORMANCE CONTRACTORS IN | | 28,722.00 |
| 11/22 | | WIRE TO SUNVEN ENTERTAINMENT GROUP | | 17,301.00 |
| 11/23 | | WIRE TO URRUTIAS WELDING LLC | | 15,001.00 |
| 11/23 | | Transfer Withdrawal CR Orig Offset: 3248 - DON ROSE OIL | | 79,676.00 |
| 11/23 | | Transfer Withdrawal CR Orig Offset: 3247 - HORRIGAN ENTERPRI | | 78,001.00 |
| 11/25 | | WIRE TO CENTURY 21 TOWN AND COUNTRY | | 17,001.00 |
| 11/25 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 4,750.00 |
| 11/25 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 108,130.00 |
| 11/25 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 7,200.00 |
| 11/25 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 8,333.00 |
| 11/25 | | Transfer Withdrawal CR Orig Offset: 3251 - RENEW SPINAL CARE | | 4,500.00 |
| 11/28 | | WIRE TO TABER NUMISMATICS LCC | | 37,740.00 |



 empire
STATE BANK

We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK - ████3396

**PERIODIC STATEMENT**
RICHMOND CAPITAL GROUP
LLC

Nickname : RCG FUNDING

Dec 31, 2016

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|--------------|-------------|
| 12/30 | | WIRE TO GLOBAL EXEC AVIATION LLC | | 52,002.00 |
| 12/30 | | WIRE TO D T TRUCKING INC | | 16,001.00 |
| 12/30 | | Transfer Withdrawal CR Orig Offset: 3600 - J LEAK HOLDINGS | | 12,076.45 |
| 12/01 | | WIRE FROM SPILLED MILK CATERING LL | 46,000.00 | |
| 12/01 | | Tfr from XXXXXXXX3299 Internet Banking T Richmond Capital Gro | 8,731.00 | |
| 12/01 | | Tfr from XXXXXXXX3299 Internet Banking T Richmond Capital Gro | 56,930.00 | |
| 12/01 | | WIRE FROM BOB WHITLEY DECORATING | 1,399.00 | |
| 12/01 | | fr YES Cap Advance Welding | 1,728.00 | |
| 12/01 | | fr Yes Cap Century 21 town & country | 4,320.00 | |
| 12/01 | | fr Yes Cap RCG off the leash K-9 trainin | 3,240.00 | |
| 12/01 | | ACH Credit ActumPayot Actum Payout ID9453712799 | 147,527.05 | |
| 12/01 | | ACH Credit REFUND Capital Stack II ID0000124229 | 116.40 | |
| 12/02 | | WIRE FROM LAW OFFICES OF GABRIEL MENDELB | 9,895.12 | |
| 12/02 | | WIRE FROM AWAMI WHOLESALE INC. | 500.00 | |
| 12/02 | | WIRE FROM BOB WHITLEY DECORATING | 6,995.00 | |
| 12/02 | | ACH Credit ActumPayot Actum Payout ID9453712799 | 76,181.95 | |
| 12/02 | | ACH Credit REFUND Capital Stack II ID0000124229 | 116.40 | |
| 12/05 | | ACH Credit ActumPayot Actum Payout ID9453712799 | 73,418.95 | |
| 12/05 | | ACH Credit REFUND Capital Stack II ID0000124229 | 116.40 | |



EMPIRE
STATE BANK
We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

RICHMOND CAPITAL GROUP LLC
FUNDING
C/O ROBERT GIARDINA
158 PORTAGE AVE
STATEN ISLAND, NY 10314

**PERIODIC STATEMENT**
Date:   Jan 31, 2017
Period: Jan 01, 2017 to Jan 31, 2017
        (31 Days )

---

**ACCOUNT #: CK  -  ▮▮▮▮3396 Free Small Business Checking**
Nickname : RCG FUNDING

Richmond Capital Group LLC
Funding
John Braun
                                          Enclosures: 19

Beginning Balance
as of 01/01/17                                      1,447,218.39
  Deposits & Other Credits                          3,199,947.90
  Charges & Fees                                            0.00
  Checks & Other Debits                             2,983,433.56
  Average Balance                                   1,053,832.48
**Ending Balance**
**as of 01/31/17                                    1,663,732.73**

**Transaction Information**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 01/03 | | WIRE TO 1 WORLD ONLINE | | 26,001.00 |
| 01/03 | | Tfr to XXXXXXXX3299 LUXISLEEP Richmond Capital Gro | | 1,150.50 |
| 01/04 | | WIRE TO DS AIR SERVICES | | 12,501.00 |
| 01/04 | | WIRE TO HCF INSURANCE AGENCY INC | | 24,001.00 |
| 01/04 | | Transfer Withdrawal CR Orig Offset: 3648 - KESSEF CAPITAL LL | | 300,000.00 |
| 01/04 | | Transfer Withdrawal CR Orig Offset: 3653 - HORRIGAN ENTERPRI | | 32,167.00 |
| 01/04 | | Transfer Withdrawal CR Orig Offset: 3651 - FOSTER HEALTH CAR | | 10,562.00 |

PX35 - 1458



ESB
EMPIRE
STATE BANK
We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK -0▆▆▆▆3396

   Nickname : RCG FUNDING

**PERIODIC STATEMENT**
RICHMOND CAPITAL GROUP
LLC

Jan 31, 2017

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 01/04 | | Transfer Withdrawal CR Orig Offset: 3650 - PIGEONLY | | 8,101.00 |
| 01/04 | | Transfer Withdrawal CR Orig Offset: 3654 - NATIONAL MEDIA SE | | 5,596.00 |
| 01/05 | | WIRE TO INTERFACE CONSULTING SERVICES LL | | 10,102.00 |
| 01/05 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 4,750.00 |
| 01/05 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 84,219.00 |
| 01/05 | | Transfer Withdrawal CR Orig Offset: 3660 - OPTIMUM DENTAL CA | | 8,101.00 |
| 01/06 | | WIRE TO ENVIRONMENTAL CONSTRUCTION STAFF | | 34,002.00 |
| 01/06 | | WIRE TO SCOOBEEZ INC | | 298,371.00 |
| 01/06 | | Transfer Withdrawal CR Orig Offset: 3669 - ITO INDUSTRIES IN | | 34,002.00 |
| 01/06 | | Transfer Withdrawal CR Orig Offset: 3664 - J LEAK HOLDINGS | | 3,797.15 |
| 01/06 | | Transfer Withdrawal CR Orig Offset: 3666 - POWELL STRATEGIC | | 2,002.00 |
| 01/10 | | WIRE TO SUPERB PROPERTY MANAGEMENT | | 26,001.00 |
| 01/10 | | Transfer Withdrawal CR Orig Offset: 3696 - SUNSET QUALITY BU | | 23,001.00 |
| 01/10 | | Transfer Withdrawal CR Orig Offset: 3699 - JALISCO JAP INC | | 18,001.00 |
| 01/10 | | Transfer Withdrawal CR Orig Offset: 3698 - LAW OFFICE OF GAB | | 6,265.00 |



**EMPIRE STATE BANK**

We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK - ████ 3396

   Nickname : RCG FUNDING

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 02/13 | | Transfer Withdrawal CR Orig Offset: 4085 - PTP TRANSPORTATIO | | 61,502.00 |
| 02/14 | | WIRE TO JD PROPERTY SERVICES LLC | | 8,301.00 |
| 02/15 | | WIRE TO ROBYNS NEST DAY CARE LLC | | 4,301.00 |
| 02/15 | | ACH Debit ACH Payer GO ACH ID5621491930 GO ACH - Invoice\ | | 55.00 |
| 02/16 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 2,500.00 |
| 02/16 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 39,850.00 |
| 02/16 | | Transfer Withdrawal CR Orig Offset: 4136 - LAW OFFICE OF GAB | | 1,500.00 |
| 02/17 | | WIRE TO ENVISION 4 INTEGRATED TECH INC | | 16,002.00 |
| 02/17 | | WIRE TO FMG CAPITAL LLC | | 110,501.00 |
| 02/17 | | WIRE TO COMMUNITY MEDICAL AND DENTAL CAR | | 49,001.00 |
| 02/17 | | Transfer Withdrawal CR Orig Offset: 4149 - CEDAR CAPITAL MAN | | 26,001.00 |
| 02/17 | | Transfer Withdrawal CR Orig Offset: 4142 - TBF HOLDINGS | | 6,982.80 |
| 02/17 | | Transfer Withdrawal CR Orig Offset: 4143 - J LEAK HOLDINGS | | 4,229.25 |
| 02/17 | | Transfer Withdrawal CR Orig Offset: 4146 - GANNON PEST CONTR | | 1,174.00 |
| 02/21 | | WIRE TO CHRISTOPHER HOMES INC | | 10,800.00 |
| 02/23 | | WIRE TO EASTERN ENVIRONMENTAL INDUSTRIES | | 17,002.00 |
| 02/23 | | WIRE TO PHANTOM TECH GROUP | | 6,902.00 |



We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK ████████3396

> Nickname : RCG FUNDING

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 03/09 | | Transfer Withdrawal CR Orig Offset: 4348 - ANTHEC INCORPORAT | | 8,302.00 |
| 03/10 | | WIRE TO SALON PROFESSIONAL SERVICES | | 41,270.00 |
| 03/10 | | Transfer Withdrawal CR Orig Offset: 4355 - TBF HOLDINGS LLC | | 9,365.00 |
| 03/10 | | Transfer Withdrawal CR Orig Offset: 4356 - STONE CAPITAL FUN | | 4,250.00 |
| 03/10 | | Transfer Withdrawal CR Orig Offset: 4354 - J LEAK HOLDINGS | | 3,844.05 |
| 03/10 | | Transfer Withdrawal CR Orig Offset: 4357 - MICHELLE GREGG | | 1,100.00 |
| 03/13 | | WIRE TO MARCOOL AIR CONDITIONING AND HEA | | 17,002.00 |
| 03/13 | | WIRE TO JMA CHOCOLATES | | 27,602.00 |
| 03/13 | | WIRE TO MEXUS PRODUCE INC | | 17,002.00 |
| 03/13 | | WIRE TO SFS LAW GROUP | | 2,500.00 |
| 03/13 | | WIRE TO FIRST NATIONLE SOLUTIONS | | 74,627.00 |
| 03/13 | | Transfer Withdrawal CR Orig Offset: 4382 - LAW OFFICE OF GAB | | 500.00 |
| 03/14 | | Transfer Withdrawal CR Orig Offset: 4393 - HOLLIS APPRAISAL | | 12,301.00 |
| 03/15 | | WIRE TO ENVIRONMENTAL PACKAGING TECHNOLO | | 193,501.00 |
| 03/15 | | Transfer Withdrawal CR Orig Offset: 4419 - XTREME DETAILING | | 12,602.00 |
| 03/15 | | ACH Debit ACH Payer GO ACH ID5621491930 GO ACH - Invoice\ | | 55.00 |
| 03/16 | | WIRE TO SOCAL DETOX TREATMENT AND RECOVE | | 8,102.00 |



Empire State Bank
We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK - ████ 3396

   Nickname : RCG FUNDING

<div align="right">

**PERIODIC STATEMENT**
RICHMOND CAPITAL GROUP
LLC

Mar 31, 2017
</div>

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 03/21 | | Transfer Withdrawal CR Orig Offset: 4473 - POWELL STRATEGIC | | 1,304.00 |
| 03/21 | | ACH Debit Tax Paymnt NYS DTF PIT IDN146013200 | | 3,000.00 |
| 03/23 | | WIRE TO MBJD STEEL LLC | | 18,100.00 |
| 03/23 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 4,500.00 |
| 03/23 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 1,730.00 |
| 03/23 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 72,160.00 |
| 03/23 | | Transfer Withdrawal CR Orig Offset: 4508 - GLOVER CORPORATIO | | 27,001.00 |
| 03/24 | | WIRE TO ITEMS 4 ONLINE SELLER CORP | | 45,001.00 |
| 03/24 | | Transfer Withdrawal CR Orig Offset: 4532 - PARC MECHANICAL | | 12,502.00 |
| 03/24 | | Transfer Withdrawal CR Orig Offset: 4530 - TBF HOLDINGS LLC | | 9,365.00 |
| 03/24 | | Transfer Withdrawal CR Orig Offset: 4531 - J LEAK HOLDINGS | | 3,298.20 |
| 03/27 | | Tfr to XXXXXXXX3299 STEENBOK Richmond Capital Gro | | 500.00 |
| 03/27 | | Tfr to XXXXXXXX3299 THE DOCUMENT CO Richmond Capital Gro | | 825.00 |
| 03/27 | | WIRE TO HORRIGAN ENTERPRISES INC | | 82,598.00 |
| 03/28 | | WIRE TO ROBYNS NEST DAY CARE LLC | | 2,181.00 |

PX35 - 1462



EMPIRE
STATE BANK
We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

**PERIODIC STATEMENT**
RICHMOND CAPITAL GROUP
LLC

Account #: CK - ████████3396

Apr 30, 2017

Nickname : RCG FUNDING

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 04/17 | | WIRE TO ESTELLES LLC | | 17,002.00 |
| 04/20 | | WIRE TO ROBYNS NEST DAY CARE LLC | | 2,896.00 |
| 04/20 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 2,500.00 |
| 04/20 | | WIRE TO FIRST NATIONLE SOLUTIONS | | 74,373.00 |
| 04/20 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 93,310.00 |
| 04/21 | | Transfer Withdrawal CR Orig Offset: 4844 - TBF HOLDINGS LLC | | 37,490.00 |
| 04/21 | | Transfer Withdrawal CR Orig Offset: 4842 - J LEAK HOLDINGS | | 3,335.01 |
| 04/21 | | Transfer Withdrawal CR Orig Offset: 4848 - BIO SOIL ENHANCER | | 1,739.00 |
| 04/24 | | Tfr to XXXXXXXX3299 SHELTER FROM THE STO Richmond Capital Gro | | 375.75 |
| 04/24 | | WIRE TO SAFE HAVEN TREATMENT SERVICES | | 36,802.00 |
| 04/24 | | WIRE TO TABER NUMISMATICS LCC | | 27,360.00 |
| 04/24 | | WIRE TO MASINGALE FAMILY PRACTICE | | 8,002.00 |
| 04/25 | | Tfr to XXXXXXXX3046 TAMMY TRAN Richmond Capital Gro | | 5,000.00 |
| 04/25 | | WIRE TO VISION HOSPITALITY | | 16,002.00 |
| 04/25 | | WIRE TO KSD CUSTOM WOOD PRODUCTS | | 21,975.00 |
| 04/25 | | WIRE TO AG MORGAN HOLDING LLC | | 37,000.00 |
| 04/25 | | WIRE TO DIAMOND HORSE TRANSPORTATION COR | | 16,002.00 |
| 04/25 | | Transfer Withdrawal CR Orig Offset: 4887 - LAKESHORE EMS | | 12,502.00 |
| 04/26 | | WIRE TO CORIOLISS EUROPE LLC | | 71,502.00 |



**EMPIRE STATE BANK**

We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

RICHMOND CAPITAL GROUP LLC
FUNDING
C/O ROBERT GIARDINA
158 PORTAGE AVE
STATEN ISLAND, NY 10314

**PERIODIC STATEMENT**
Date:   May 31, 2017
Period: May 01, 2017 to May 31, 2017
        (31 Days )

---

**ACCOUNT #: CK  -  ████3396 Free Small Business Checking**
Nickname : RCG FUNDING

Richmond Capital Group LLC
Funding
John Braun

Enclosures: 24

| | |
|---|---:|
| Beginning Balance | |
| as of 05/01/17 | 1,258,728.41 |
| Deposits & Other Credits | 2,593,902.49 |
| Charges & Fees | 0.00 |
| Checks & Other Debits | 3,463,172.19 |
| Average Balance | 735,106.15 |
| **Ending Balance** | |
| **as of 05/31/17** | **389,458.71** |

**Transaction Information**

| Date | Check# | Description | Credit Amount | Debit Amount |
|---|---|---|---:|---:|
| 05/01 | | WIRE TO ZURMATI DENTAL CARE | | 12,502.00 |
| 05/01 | | Tfr to XXXXXXXX3046 TAMMY TRAN Richmond Capital Gro | | 2,500.00 |
| 05/01 | | Transfer Withdrawal CR Orig Offset: 4967 - KESSEF CAPITAL | | 200,000.00 |
| 05/01 | | Transfer Withdrawal CR Orig Offset: 4968 - KESSEF CAPITAL | | 100,000.00 |
| 05/02 | | WIRE TO CROSSWAY TRANSPORT LLC | | 49,001.00 |
| 05/02 | | WIRE TO ALLBRIGHT CONSTRUCTION LLC | | 18,502.00 |
| 05/02 | | Tfr to XXXXXXXX3299 SEVEN HILLS LEGAL Richmond Capital Gro | | 1,250.00 |
| 05/02 | | WIRE TO TRI TURF | | 8,099.00 |

PX35 - 1464



Empire State Bank
We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK – ███████3396

   Nickname : RCG FUNDING

**PERIODIC STATEMENT**
RICHMOND CAPITAL GROUP
LLC

May 31, 2017

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 05/02 | | WIRE TO SALLY WILLIAMSON AND ASSOCIATES | | 17,002.00 |
| 05/02 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 12,984.00 |
| 05/02 | | Tfr to XXXXXXXX3046 Internet Banking Tra Richmond Capital Gro | | 60,677.10 |
| 05/02 | | WIRE TO L & L CONSTRUCTION SERVICES | | 13,509.00 |
| 05/02 | | Transfer Withdrawal CR Orig Offset: 4983 - ANTHEC INCORPORAT | | 8,601.00 |
| 05/03 | | WIRE TO KSD CUSTOM WOOD PRODUCTS | | 5,025.00 |
| 05/04 | | Tfr to XXXXXXXX3299 VANDERBILT TRADING Richmond Capital Gro | | 1,561.25 |
| 05/04 | | Tfr to XXXXXXXX3299 LINCOLN PEAK LEGAL Richmond Capital Gro | | 5,143.47 |
| 05/04 | | WIRE TO TABER NUMISMATICS LCC | | 26,206.00 |
| 05/04 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 7,000.00 |
| 05/04 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 171,409.00 |
| 05/04 | | WIRE TO JMA CHOCOLATES | | 46,327.00 |
| 05/04 | | WIRE TO COVENANT HILLS | | 30,002.00 |
| 05/05 | | Transfer Withdrawal CR Orig Offset: 5035 - LAW OFFICE OF GAB | | 1,626.06 |
| 05/08 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 12,025.00 |
| 05/09 | | WIRE TO HORRIGAN ENTERPRISES INC | | 46,375.00 |
| 05/10 | | WIRE TO ENERGIE LLC | | 11,047.00 |

PX35 - 1465



EMPIRE STATE BANK

We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK - ▓▓▓▓3396

   Nickname : RCG FUNDING

**PERIODIC STATEMENT**
RICHMOND CAPITAL GROUP
LLC

May 31, 2017

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 05/19 | | WIRE TO ROBYNS NEST DAY CARE LLC | | 6,000.00 |
| 05/19 | | Tfr to XXXXXXXX3299 LEGAL JZRM Richmond Capital Gro | | 4,000.00 |
| 05/19 | | Transfer Withdrawal CR Orig Offset: 5198 - TBF HOLDINGS LLC | | 9,365.00 |
| 05/23 | | WIRE TO A ELITE ROOFING OF CITRUS COUNTY | | 16,002.00 |
| 05/23 | | WIRE TO NEW YORK JET CLUB | | 16,002.00 |
| 05/23 | | WIRE TO BILLY PASTERNAK | | 3,802.00 |
| 05/23 | | Transfer Withdrawal CR Orig Offset: 5229 - OP NAILS III LLC | | 3,802.00 |
| 05/25 | | WIRE TO AG MORGAN HOLDING LLC | | 11,525.00 |
| 05/25 | | Tfr to XXXXXXXX3299 LEGAL MSA ASSET Richmond Capital Gro | | 6,461.25 |
| 05/25 | | Tfr to XXXXXXXX3299 LEGAL ADVANCED BROAD Richmond Capital Gro | | 1,517.15 |
| 05/25 | | Tfr to XXXXXXXX3299 CARIBOU PSF Richmond Capital Gro | | 9,999.00 |
| 05/25 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 5,250.00 |
| 05/25 | | WIRE TO ELI WILNER AND CO | | 27,502.00 |
| 05/25 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 57,120.00 |
| 05/26 | | WIRE TO S & R ARCHITECTURAL METALS INC | | 95,700.00 |
| 05/26 | | WIRE TO TOP 2 BOTTOM CONSTRUCTION GROUP | | 15,000.00 |
| 05/26 | | WIRE TO EAST LOUISVILLE INTERVENTIONAL P | | 38,502.00 |
| 05/26 | | WIRE TO JULIA KNIT INC | | 43,002.00 |
| 05/30 | | WIRE TO JLM ENERGY INC | | 71,924.00 |
| 05/30 | | WIRE TO VISION HOSPITALITY | | 7,522.00 |



68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK ▆▆▆▆▆3396

   Nickname : RCG FUNDING

**PERIODIC STATEMENT**
RICHMOND CAPITAL GROUP
LLC

Jun 30, 2017

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 06/08 | | Tfr to XXXXXXXX3299 LEGAL SEVEN HILLS SO Richmond Capital Gro | | 2,281.18 |
| 06/08 | | Transfer Withdrawal CR Orig Offset: 5434 - SURPLUS DIABETIC | | 59,263.00 |
| 06/09 | | Transfer Withdrawal CR Orig Offset: 5462 - TBF HOLDINGS LLC | | 41,236.00 |
| 06/09 | | Transfer Withdrawal CR Orig Offset: 5463 - TBF HOLDINGS LLC | | 2,061.12 |
| 06/12 | | WIRE TO QUEST STAFFING SERVICES LLC | | 5,294.00 |
| 06/13 | | WIRE TO REALTEX DEVELOPMENT | | 88,002.00 |
| 06/13 | | WIRE TO MARGARET HEALTHCARE | | 7,001.00 |
| 06/13 | | Transfer Withdrawal CR Orig Offset: 5509 - ESPINOSA GROUP | | 35,502.00 |
| 06/15 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 4,500.00 |
| 06/15 | | Tfr to XXXXXXXX3299 TYSON PSF Richmond Capital Gro | | 8,999.00 |
| 06/15 | | WIRE TO BMNY CONTRACTING CORP | | 11,850.00 |
| 06/15 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 3,500.00 |
| 06/15 | | WIRE TO ZURMATI DENTAL CARE | | 4,041.00 |
| 06/15 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 62,840.00 |
| 06/15 | | ACH Debit ACH Payer GO ACH ID5621491930 GO ACH - Invoice\ | | 55.00 |
| 06/16 | | WIRE TO ARIKA FOOD ENTERPRISE INC | | 8,002.00 |
| 06/16 | | WIRE TO KB MOBILE OIL LLC | | 5,283.00 |
| 06/16 | | Transfer Withdrawal CR Orig Offset: 5556 - TBF HOLDINGS | | 8,244.48 |



**EMPIRE STATE BANK**

We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

RICHMOND CAPITAL GROUP LLC
FUNDING
C/O ROBERT GIARDINA
158 PORTAGE AVE
STATEN ISLAND, NY 10314

**PERIODIC STATEMENT**
Date:   Jul 31, 2017
Period: Jul 01, 2017 to Jul 31, 2017
        (31 Days )

---

**ACCOUNT #: CK  -        3396 Free Small Business Checking**
Nickname : RCG FUNDING

Richmond Capital Group LLC
Funding
John Braun

Enclosures: 6

Beginning Balance
as of 07/01/17                                           821,379.94
  Deposits & Other Credits                             2,921,033.32
  Charges & Fees                                               0.00
  Checks & Other Debits                                2,957,773.42
  Average Balance                                      1,165,216.83
**Ending Balance**
**as of 07/31/17                                          784,639.84**

**Transaction Information**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 07/03 | | WIRE TO GLOBAL VISION ALLIANCE | | 20,502.00 |
| 07/03 | | Transfer Withdrawal CR Orig Offset: 5803 - KESSEF CAPITAL | | 300,000.00 |
| 07/05 | | WIRE TO TROPICAL CARIBBEAN CUISINE | | 12,502.00 |
| 07/06 | | WIRE TO CITY CENTER WEST ORANGE LLC | | 60,002.00 |
| 07/06 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 2,250.00 |
| 07/06 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 46,459.00 |
| 07/06 | | WIRE TO ROBYNS NEST DAY CARE LLC | | 4,702.00 |

PX35 - 1468



68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK ███████ 3396

Nickname : RCG FUNDING

**PERIODIC STATEMENT**
RICHMOND CAPITAL GROUP
LLC

Jul 31, 2017

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 07/06 | | WIRE TO ROBYNS NEST DAY CARE LLC | | 1,591.00 |
| 07/07 | | WIRE TO VISION HOSPITALITY | | 10,484.00 |
| 07/07 | | WIRE TO PRO ROOFING PLUS LC | | 12,802.00 |
| 07/07 | | WIRE TO COLINS PAINTING CO | | 6,502.00 |
| 07/07 | | WIRE TO BLUE DIAMOND STEEL | | 8,001.00 |
| 07/07 | | Transfer Withdrawal CR Orig Offset: 5853 - TBF HOLDINGS | | 8,244.48 |
| 07/07 | | Transfer Withdrawal CR Orig Offset: 5839 - EDNA FOUERTE | | 5,812.00 |
| 07/07 | | Transfer Withdrawal CR Orig Offset: 5837 - LAW OFFICE OF GAB | | 1,876.81 |
| 07/10 | | WIRE TO MASINGALE FAMILY PRACTICE | | 12,502.00 |
| 07/11 | | WIRE TO M J ENERGY GROUP LLC | | 11,975.00 |
| 07/11 | | Transfer Withdrawal CR Orig Offset: 5895 - EDNA FOUERTE | | 23,264.00 |
| 07/11 | | Transfer Withdrawal CR Orig Offset: 5896 - EDNA FOUERTE | | 7,270.00 |
| 07/11 | | Transfer Withdrawal CR Orig Offset: 5901 - YES CAPITAL GROUP | | 4,362.00 |
| 07/11 | | Transfer Withdrawal CR Orig Offset: 5902 - YES CAPITAL GROUP | | 3,276.00 |
| 07/12 | | WIRE TO DANIEL VANCE LLC | | 16,002.00 |
| 07/13 | | Tfr to XXXXXXXX3299 LEGAL PAT BRANDS AND Richmond Capital Gro | | 5,130.28 |
| 07/13 | | WIRE TO GENETECH INC | | 17,300.00 |
| 07/13 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 4,250.00 |
| 07/13 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 66,540.00 |
| 07/14 | | WIRE TO PRIME ENERGY SERVICES | | 30,302.00 |

PX35 - 1469



EMPIRE
STATE BANK

We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK - ███████3396

    Nickname : RCG FUNDING

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 08/04 | | Transfer Withdrawal CR Orig Offset: 6325 - JOSE DASILVA | | 5,063.39 |
| 08/04 | | Transfer Withdrawal CR Orig Offset: 6326 - MOSSERI FUNDING | | 406.00 |
| 08/07 | | WIRE TO HUFFMAN DIESEL SERVICES | | 8,002.00 |
| 08/07 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 117,375.00 |
| 08/08 | | WIRE TO VISHNU D GAIHA MDSC | | 22,002.00 |
| 08/08 | | Transfer Withdrawal CR Orig Offset: 6361 - TBF HOLDINGS LLC | | 10,305.60 |
| 08/08 | | Transfer Withdrawal CR Orig Offset: 6372 - YES CAPITAL GROUP | | 5,816.00 |
| 08/08 | | Transfer Withdrawal CR Orig Offset: 6371 - YES CAPITAL GROUP | | 1,454.00 |
| 08/09 | | WIRE TO NAMR 2617 LLC | | 106,983.00 |
| 08/09 | | WIRE TO J L ROOTER SERVICE | | 2,002.00 |
| 08/09 | | WIRE TO BLACKSHEEP FOOD GROUP INC | | 5,509.00 |
| 08/09 | | WIRE TO CUNNINGHAM SIDING AND WINDOWS | | 5,771.00 |
| 08/09 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 15,000.00 |
| 08/10 | | WIRE TO ENVIRONMENTAL PACKAGING TECHNOLO | | 8,580.00 |
| 08/10 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 2,750.00 |
| 08/10 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 119,040.00 |
| 08/10 | | WIRE TO MJSN PROPERTIES | | 43,002.00 |
| 08/11 | | WIRE TO WILL WORK FOR FOOD | | 7,502.00 |



ＥＭＰＩＲＥ
STATE BANK

We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK - ████████3396

   Nickname : RCG FUNDING

**PERIODIC STATEMENT**
RICHMOND CAPITAL GROUP
LLC

Aug 31, 2017

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 08/11 | | Transfer Withdrawal CR Orig Offset: 6428 - TBF HOLDINGS LLC | | 4,558.62 |
| 08/14 | | WIRE TO BEHAVIORIAL PROPERTY PARTNERS | | 81,002.00 |
| 08/14 | | ACH Debit Actum Fees Actum Processing ID9453712799 | | 25.00 |
| 08/15 | | WIRE TO VISION HOSPITALITY | | 10,026.00 |
| 08/15 | | Tfr to XXXXXXXX3299 LEGAL GREENDIAN Richmond Capital Gro | | 2,750.00 |
| 08/15 | | Transfer Withdrawal CR Orig Offset: 6476 - YES CAPITAL GROUP | | 2,561.00 |
| 08/15 | | Transfer Withdrawal CR Orig Offset: 6475 - YES CAPITAL GROUP | | 1,454.00 |
| 08/15 | | ACH Debit ACH Payer GO ACH ID5621491930 GO ACH - Invoice\ | | 55.00 |
| 08/16 | | WIRE TO ALL SPORTS TICKETS | | 6,802.00 |
| 08/16 | | WIRE TO TRIAD SPECIALTY SOLUTIONS | | 25,002.00 |
| 08/16 | | Transfer Withdrawal CR Orig Offset: 6481 - EDNA FOUERTE | | 7,269.00 |
| 08/16 | | Transfer Withdrawal CR Orig Offset: 6480 - EDNA FOUERTE | | 3,954.00 |
| 08/16 | | Transfer Withdrawal CR Orig Offset: 6482 - YES CAPITAL GROUP | | 2,557.00 |
| 08/17 | | WIRE TO FAVORED EXPRESS LLC | | 22,002.00 |
| 08/17 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 2,750.00 |
| 08/17 | | WIRE TO VISION AUTOMOTIVE LLC | | 7,009.00 |
| 08/17 | | WIRE TO JMC CONCEPTS INC | | 45,502.00 |
| 08/17 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 82,640.00 |



68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK - ████████ 3396

   Nickname : RCG FUNDING

**PERIODIC STATEMENT**
RICHMOND CAPITAL GROUP
LLC

Aug 31, 2017

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 08/24 | | ACH Debit CORPCONDIP RICHMOND CAPITAL ID956214795A | | 25.00 |
| 08/25 | | WIRE TO VISION AUTOMOTIVE LLC | | 5,997.00 |
| 08/25 | | WIRE TO DBR CONTRACTORS | | 5,602.00 |
| 08/25 | | WIRE TO SUM INNOVATION | | 17,001.00 |
| 08/25 | | Transfer Withdrawal CR Orig Offset: 6605 - JOSE DASILVA | | 6,514.00 |
| 08/25 | | Transfer Withdrawal CR Orig Offset: 6598 - TBF HOLDINGS | | 4,000.00 |
| 08/28 | | WIRE TO BMNY CONTRACTING CORP | | 17,302.00 |
| 08/29 | | Tfr to XXXXXXXX3299 LEGAL EKAM Richmond Capital Gro | | 2,750.00 |
| 08/29 | | Transfer Withdrawal CR Orig Offset: 6649 - YES CAPITAL GROUP | | 3,489.00 |
| 08/29 | | Transfer Withdrawal CR Orig Offset: 6652 - YES CAPITAL GROUP | | 3,198.00 |
| 08/29 | | Transfer Withdrawal CR Orig Offset: 6650 - YES CAPITAL GROUP | | 2,171.00 |
| 08/30 | | WIRE TO KENNARD LAW PC | | 16,002.00 |
| 08/31 | | WIRE TO DR LARRY F MCNAIR DDS | | 20,502.00 |
| 08/31 | | WIRE TO CITY CENTER WEST ORANGE LLC | | 90,001.00 |
| 08/31 | | Tfr to XXXXXXXX3299 LEGAL COMBATANT GENT Richmond Capital Gro | | 7,201.00 |
| 08/31 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 3,750.00 |
| 08/31 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 119,170.00 |
| 08/31 | | WIRE TO BELLAVIEW INC | | 16,002.00 |
| 08/31 | | WIRE TO ENERGIE LLC | | 12,672.00 |
| 08/01 | | fr DaSilva - Inter Mountain Coach | 10,800.00 | |



**EMPIRE STATE BANK**

We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK ███████3396

   Nickname : RCG FUNDING

**PERIODIC STATEMENT**
RICHMOND CAPITAL GROUP
LLC

Sep 30, 2017

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 09/25 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 44,540.00 |
| 09/25 | | WIRE TO NMS FABRICATIONS INC | | 35,370.00 |
| 09/26 | | Tfr to XXXXXXXX3299 YGM PSF Richmond Capital Gro | | 28,000.00 |
| 09/26 | | Transfer Withdrawal CR Orig Offset: 6981 - TBF HOLDINGS LLC | | 8,744.00 |
| 09/28 | | WIRE TO RMB ITALIAN BREAD DISTRIBUTORS | | 13,002.00 |
| 09/28 | | WIRE TO PAY MY CELL PHONE LLC | | 17,002.00 |
| 09/28 | | Tfr to XXXXXXXX3299 TRIAD WELL LEGAL Richmond Capital Gro | | 1,250.00 |
| 09/28 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 2,250.00 |
| 09/28 | | Tfr to XXXXXXXX3299 LEGAL SELECT MOTORS Richmond Capital Gro | | 22,428.20 |
| 09/28 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 38,445.00 |
| 09/29 | | WIRE TO DFW TITLE AND TAGS | | 6,802.00 |
| 09/29 | | WIRE TO TESLA SOLAR LLC | | 34,002.00 |
| 09/29 | | Transfer Withdrawal CR Orig Offset: 7058 - KESSEF CAPITAL | | 400,000.00 |
| 09/29 | | Transfer Withdrawal CR Orig Offset: 7056 - RVCNY | | 200,000.00 |
| 09/29 | | Transfer Withdrawal CR Orig Offset: 7057 - IRON HORSE ASSET | | 200,000.00 |
| 09/29 | | Transfer Withdrawal CR Orig Offset: 7049 - EDNA FOUERTE | | 10,905.50 |
| 09/29 | | Transfer Withdrawal CR Orig Offset: 7053 - TBF HOLDINGS LLC | | 6,558.00 |

PX35 - 1473



68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK - ███████3396

   Nickname : RCG FUNDING

**PERIODIC STATEMENT**
RICHMOND CAPITAL GROUP
LLC

Oct 31, 2017

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 10/19 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 1,750.00 |
| 10/19 | | WIRE TO Rough Country Rustic Furniture | | 30,002.00 |
| 10/19 | | WIRE TO Capital City Wines & Spirits | | 35,002.00 |
| 10/19 | | ACH Debit Actum Fees Actum Processing ID9453712799 | | 25.00 |
| 10/20 | | WIRE TO SHIV KRUPA CASH SERVICES | | 47,500.00 |
| 10/23 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 95,900.00 |
| 10/23 | | WIRE TO BLUE BAY TECHNOLOGIES LLC | | 145,308.00 |
| 10/23 | | Tfr to XXXXXXXX3299 LEGAL Richmond Capital Gro | | 2,040.66 |
| 10/24 | | WIRE TO PRO ROOFING PLUS LC | | 33,000.00 |
| 10/24 | | WIRE TO PARAGUAYBOX CORP | | 197,000.00 |
| 10/24 | | WIRE TO COLINS PAINTING CO | | 783.00 |
| 10/25 | | WIRE TO FMG CAPITAL LLC | | 24,114.00 |
| 10/25 | | Transfer Withdrawal CR Orig Offset: 7344 - EDNA FOUERTE | | 14,540.00 |
| 10/25 | | Transfer Withdrawal CR Orig Offset: 7346 - MONEY 4 MILES | | 2,612.00 |
| 10/25 | | Transfer Withdrawal CR Orig Offset: 7342 - JJD HOLDINGS LLC | | 2,326.00 |
| 10/26 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 4,000.00 |
| 10/26 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 134,300.00 |
| 10/26 | | WIRE TO NEVILLE GALVANIZING INC | | 8,102.00 |
| 10/27 | | WIRE TO FAVORED EXPRESS LLC | | 16,483.00 |



EMPIRE
STATE BANK
We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK - ███████3396

   Nickname : RCG FUNDING

**PERIODIC STATEMENT**
RICHMOND CAPITAL GROUP
LLC

Oct 31, 2017

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 10/27 | | WIRE TO KJIMS DEVELOPMENT COMPANY | | 88,002.00 |
| 10/27 | | WIRE TO BMNY CONTRACTING CORP | | 11,050.00 |
| 10/27 | | WIRE TO THREE K COMPANY LLC | | 6,252.00 |
| 10/27 | | WIRE TO FROZEN WATER INC | | 69,000.00 |
| 10/27 | | Transfer Withdrawal CR Orig Offset: 7398 - YES CAPITAL GROUP | | 7,270.00 |
| 10/27 | | Transfer Withdrawal CR Orig Offset: 7399 - YES CAPITAL GROUP | | 2,908.00 |
| 10/27 | | Transfer Withdrawal CR Orig Offset: 7400 - YES CAPITAL GROUP | | 1,744.00 |
| 10/30 | | WIRE TO LEGEND VENTURES LLC | | 232,500.00 |
| 10/31 | | WIRE TO LEGAL RISK SERVICES LLC | | 16,002.00 |
| 10/31 | | WIRE TO PTP LP | | 20,519.00 |
| 10/31 | | Transfer Withdrawal CR Orig Offset: 7437 - JJD HOLDINGS LLC | | 20,356.00 |
| 10/31 | | Transfer Withdrawal CR Orig Offset: 7444 - JJD HOLDINGS LLC | | 19,930.66 |
| 10/31 | | Transfer Withdrawal CR Orig Offset: 7445 - JJD HOLDINGS LLC | | 16,680.75 |
| 10/31 | | Transfer Withdrawal CR Orig Offset: 7442 - JJD HOLDINGS LLC | | 7,270.00 |
| 10/31 | | Transfer Withdrawal CR Orig Offset: 7434 - YES CAPITAL GROUP | | 1,454.00 |
| 10/31 | | Transfer Withdrawal CR Orig Offset: 7433 - YES CAPITAL GROUP | | 1,350.00 |
| 10/31 | | Transfer Withdrawal CR Orig Offset: 7435 - YES CAPITAL GROUP | | 170.00 |



68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK - ███████3396

   Nickname : RCG FUNDING

**PERIODIC STATEMENT**
RICHMOND CAPITAL GROUP
LLC

Dec 31, 2017

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 12/04 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 4,150.41 |
| 12/04 | | WIRE TO TABER NUMISMATICS LCC | | 54,000.00 |
| 12/05 | | WIRE TO AMARACHI INC | | 8,501.00 |
| 12/05 | | WIRE TO QUICKSILVER TRANSPORT LLC | | 8,897.00 |
| 12/05 | | WIRE TO LUMINANCE HEALTH GROUP INC | | 93,001.00 |
| 12/05 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 35,000.00 |
| 12/05 | | WIRE TO SAS CUSTOM TILE LLC | | 8,102.00 |
| 12/06 | | WIRE TO SMART COURIER | | 29,001.00 |
| 12/06 | | Transfer Withdrawal CR Orig Offset: 7962 - BC PARTNERS LLC | | 200,000.00 |
| 12/07 | | WIRE TO SUM INNOVATION | | 22,002.00 |
| 12/07 | | WIRE TO SYSTEMS TECHNOLOGY INTERNATIONAL | | 18,000.00 |
| 12/07 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 3,250.00 |
| 12/07 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 44,860.00 |
| 12/08 | | Tfr to XXXXXXXX3299 CROSSWAY Richmond Capital Gro | | 4,999.00 |
| 12/08 | | WIRE TO CHESTERFIELD TRUCKING | | 5,249.00 |
| 12/08 | | WIRE TO BMNY CONTRACTING CORP | | 13,451.00 |
| 12/08 | | Transfer Withdrawal CR Orig Offset: 7999 - PAUL H CROSS | | 6,309.85 |
| 12/11 | | WIRE TO OCEAN IV LLC | | 33,002.00 |
| 12/11 | | WIRE TO HARDIN ENTERPRISES INC | | 15,000.00 |
| 12/12 | | WIRE TO MISSOURI CAR CARE | | 13,602.00 |
| 12/12 | | Transfer Withdrawal CR Orig Offset: 8055 - JJD HOLDINGS LLC | | 15,994.00 |



EMPIRE
STATE BANK
We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK - ■■■■■3396

   Nickname : RCG FUNDING

**PERIODIC STATEMENT**
RICHMOND CAPITAL GROUP
LLC

Dec 31, 2017

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 12/12 | | Transfer Withdrawal CR Orig Offset: 8053 - PAUL H CROSS | | 3,000.00 |
| 12/13 | | WIRE TO ARC CONSULTATION ENTERPRISES INC | | 3,802.00 |
| 12/13 | | WIRE TO PARTY PACKAGE | | 3,802.00 |
| 12/14 | | WIRE TO IBN GLOBAL CONSULTING | | 31,502.00 |
| 12/14 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 3,750.00 |
| 12/14 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 123,348.00 |
| 12/14 | | Tfr to XXXXXXXX3299 LEGAL ASTRA Richmond Capital Gro | | 455.35 |
| 12/15 | | ACH Debit ACH Payer GO ACH ID5621491930 GO ACH - Invoice\ | | 55.00 |
| 12/18 | | WIRE TO PINEVILLE COMMUNITY HOSPITAL ASS | | 225,002.00 |
| 12/18 | | WIRE TO TOUCH PLATE PROPERTIES | | 25,502.00 |
| 12/19 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 76,768.00 |
| 12/19 | | WIRE TO HOPE UNDERGROUND UTILITIES | | 12,802.00 |
| 12/19 | | Transfer Withdrawal CR Orig Offset: 8166 - JJD HOLDINGS | | 6,303.00 |
| 12/19 | | Transfer Withdrawal CR Orig Offset: 8167 - JJD HOLDINGS | | 4,111.00 |
| 12/19 | | Transfer Withdrawal CR Orig Offset: 8171 - JJD HOLDINGS | | 3,053.00 |
| 12/19 | | Transfer Withdrawal CR Orig Offset: 8168 - JJD HOLDINGS | | 2,958.00 |
| 12/19 | | Transfer Withdrawal CR Orig Offset: 8170 - JJD HOLDINGS | | 2,267.00 |
| 12/19 | | Transfer Withdrawal CR Orig Offset: 8169 - JJD HOLDINGS | | 775.00 |
| 12/20 | | WIRE TO EXIT TOP REALTY | | 20,002.00 |



**EMPIRE STATE BANK**
We Take Your Business Personally

88 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK - ███████ 3396

Nickname : RCG FUNDING

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 01/09 | | Transfer Withdrawal CR Orig Offset: 8522 - JJD HOLDING | | 14,540.00 |
| 01/11 | | WIRE TO CERTIFIED WHOLESALE SPECIALIST | | 12,002.00 |
| 01/11 | | WIRE TO WELLS MARBLE & HURST PLLC | | 3,000.00 |
| 01/11 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 2,500.00 |
| 01/11 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 170,495.00 |
| 01/11 | | WIRE TO OCEAN IV LLC | | 16,002.00 |
| 01/11 | | WIRE TO EXIT TOP REALTY | | 9,275.00 |
| 01/12 | | WIRE TO NAMR 2617 LLC | | 123,340.00 |
| 01/12 | | Tfr to XXXXXXXX3299 MYKA PSF Richmond Capital Gro | | 6,000.00 |
| 01/12 | | WIRE TO VISION AUTOMOTIVE LLC | | 94,067.00 |
| 01/12 | | Transfer Withdrawal CR Orig Offset: 8568 - PAUL H CROSS | | 675.00 |
| 01/16 | | WIRE TO ODE GREEN SOLAR LLC | | 186,002.00 |
| 01/16 | | WIRE TO STERLING WORLDWIDE ENTERTAINMENT | | 8,502.00 |
| 01/16 | | WIRE TO YOSEF BREZEL | | 117,500.00 |
| 01/16 | | ACH Debit ACH Payer GO ACH ID5621491930 GO ACH - Invoice\ | | 55.00 |
| 01/17 | | WIRE TO BMNY CONTRACTING CORP | | 14,650.00 |
| 01/17 | | WIRE TO CONNEXUM LLC | | 75,002.00 |
| 01/17 | | Transfer Withdrawal CR Orig Offset: 8629 - RAM CAPITAL FUNDI | | 30,000.00 |
| 01/17 | | Transfer Withdrawal CR Orig Offset: 8653 - JJD HOLDINGS LLC | | 5,816.00 |
| 01/17 | | Transfer Withdrawal CR Orig Offset: 8654 - JJD HOLDINGS | | 5,235.00 |



# EMPIRE STATE BANK

We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK - ████████396

Nickname : RCG FUNDING

## Transaction Information (continued)

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|--------------:|-------------:|
| 08/30 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 37,850.00 |
| 08/30 | | WIRE TO YES U DRIVE INC | | 18,001.00 |
| 08/31 | | WIRE TO THE OJAI RETREAT | | 16,002.00 |
| 08/01 | | WIRE FROM TREFF & LOWY PLLC | 24,000.00 | |
| 08/01 | | WIRE FROM TONER.COM INC. | 17,495.00 | |
| 08/01 | | ACH Credit ActumPayot Actum Payout ID9453712799 | 63,679.80 | |
| 08/02 | | WIRE FROM BMNY CONTRACTING CORP. | 7,500.00 | |
| 08/02 | | WIRE FROM THE LAW OFFICES OF MARCELLA G. | 42,216.60 | |
| 08/02 | | WIRE FROM THOMAS SUESS | 1,000.00 | |
| 08/02 | | Tfr from XXXXXXXX3299 HARDIN Richmond Capital Gro | 11,997.00 | |
| 08/02 | | WIRE FROM MSES LLC | 1,500.00 | |
| 08/02 | | ACH Credit ActumPayot Actum Payout ID9453712799 | 68,438.05 | |
| 08/03 | | WIRE FROM LEGEND VENTURES LLC | 500.00 | |
| 08/03 | | WIRE FROM JACOB DOV | 1,728.00 | |
| 08/03 | | ACH Credit ActumPayot Actum Payout ID9453712799 | 46,792.95 | |
| 08/03 | | ACH Credit ACH Pmt GTR SOURCE LLC ID9200502235 | 750.00 | |
| 08/06 | | WIRE FROM EMPIRE HARVESTS INC. | 50,000.00 | |
| 08/06 | | WIRE FROM EMPIRE YRB LLC | 45,040.00 | |
| 08/06 | | WIRE FROM MSES LLC | 1,500.00 | |
| 08/06 | | ACH Credit ActumPayot Actum Payout ID9453712799 | 67,177.25 | |
| 08/07 | | WIRE FROM ARD VENTURES, LLC | 38,000.00 | |
| 08/07 | | WIRE FROM FROZEN WATER INC DBA THE ICE H | 167,384.00 | |
| 08/07 | | ACH Credit ActumPayot Actum Payout ID9453712799 | 44,644.65 | |
| 08/08 | | ACH Credit ActumPayot Actum Payout ID9453712799 | 60,686.45 | |
| 08/08 | | ACH Credit JJD - Expressio | 13,500.00 | |



EMPIRE STATE BANK
We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK - ██████3396

   Nickname : RCG FUNDING

**PERIODIC STATEMENT**
RICHMOND CAPITAL GROUP
LLC

Sep 30, 2018

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 09/04 | | Transfer Withdrawal CR Orig Offset: 12578 - IRON HORSE ASSET | | 200,000.00 |
| 09/05 | | WIRE TO THE KIZER GROUP LLC | | 4,402.00 |
| 09/05 | | WIRE TO JVM MOTORSPORTS LLC | | 50,001.00 |
| 09/05 | | WIRE TO JOSEPH DUMOUCHELLE | | 90,036.00 |
| 09/05 | | WIRE TO SHAMAN SUPPLIES LLC | | 9,802.00 |
| 09/05 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 2,250.00 |
| 09/06 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 62,780.00 |
| 09/07 | | WIRE TO 424 TRUCKING LLC | | 18,001.00 |
| 09/07 | | WIRE TO DUBAI TRANSPORTATION | | 29,002.00 |
| 09/11 | | Tfr to XXXXXXXX3299 LEGAL MON PETIT Richmond Capital Gro | | 620.62 |
| 09/11 | | WIRE TO GRAFF SILVERSTEIN LLP | | 6,970.67 |
| 09/11 | | Tfr to XXXXXXXX3299 UBT TAX Richmond Capital Gro | | 45,000.00 |
| 09/12 | | WIRE TO VEIN CENTER FOR WOMEN | | 16,002.00 |
| 09/12 | | Transfer Withdrawal CR Orig Offset: 12745 - JJD HOLDINGS LLC | | 22,404.00 |
| 09/12 | | Transfer Withdrawal CR Orig Offset: 12744 - JJD HOLDINGS LLC | | 14,540.00 |
| 09/12 | | Transfer Withdrawal CR Orig Offset: 12746 - JJD HOLDINGS LLC | | 9,903.00 |
| 09/13 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 1,500.00 |
| 09/13 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 55,789.27 |
| 09/13 | | WIRE TO LINDER CAPITAL ADVISORS INC | | 7,300.00 |

PX35 - 1480



68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK ████████3396

   Nickname : RCG FUNDING

**PERIODIC STATEMENT**
RICHMOND CAPITAL GROUP
LLC

Oct 31, 2018

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 10/04 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 2,000.00 |
| 10/04 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 207,640.00 |
| 10/04 | | WIRE TO RAINERI JEWLERS INC | | 6,200.00 |
| 10/05 | | WIRE TO ANDERS LIVERY AND DELIVERY | | 5,302.00 |
| 10/05 | | WIRE TO ANDERS LIVERY AND DELIVERY | | 5,302.00 |
| 10/09 | | WIRE TO REHAB STL LLC | | 18,002.00 |
| 10/09 | | WIRE TO UNION MILES DEVELOPMENT | | 27,002.00 |
| 10/09 | | WIRE TO GRAFF SILVERSTEIN LLP | | 3,518.23 |
| 10/09 | | WIRE TO JASON J REBHUN P.C. | | 2,130.00 |
| 10/09 | | Transfer Withdrawal CR Orig Offset: 13264 - ANDERS LIVERY DE | | 5,302.00 |
| 10/10 | | WIRE TO TITAN CONCRETE INC | | 6,750.00 |
| 10/10 | | Transfer Withdrawal CR Orig Offset: 13307 - JJD HOLDINGS LLC | | 16,963.00 |
| 10/10 | | Transfer Withdrawal CR Orig Offset: 13306 - JJD HOLDINGS | | 7,270.00 |
| 10/10 | | Transfer Withdrawal CR Orig Offset: 13304 - JJD HOLDINGS LLC | | 5,232.00 |
| 10/10 | | Transfer Withdrawal CR Orig Offset: 13303 - JJD HOLDINGS LLC | | 4,592.70 |
| 10/10 | | Transfer Withdrawal CR Orig Offset: 13302 - JJD HOLDINGS | | 406.00 |
| 10/10 | | Transfer Withdrawal CR Orig Offset: 13305 - JJD HOLDINGS LLC | | 265.00 |
| 10/11 | | WIRE TO DP DEVELOPMENT CONSULTING LLC | | 7,802.00 |



EMPIRE
STATE BANK
We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK - █████3396

Nickname : RCG FUNDING

**PERIODIC STATEMENT**
RICHMOND CAPITAL GROUP
LLC

Oct 31, 2018

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 10/16 | | Transfer Withdrawal CR Orig Offset: 13450 - EMPIRE YRB LLC | | 5,094.00 |
| 10/17 | | WIRE TO JOSEPH DUMOUCHELLE | | 420,002.00 |
| 10/17 | | WIRE TO ZACHARY GOAR AGENCY | | 7,802.00 |
| 10/17 | | Transfer Withdrawal CR Orig Offset: 13481 - JJD HOLDINGS LLC | | 7,748.00 |
| 10/17 | | Transfer Withdrawal CR Orig Offset: 13482 - JJD HOLDINGS LLC | | 7,270.00 |
| 10/18 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 1,750.00 |
| 10/18 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 171,500.00 |
| 10/19 | | WIRE TO SOCIETY MANAGEMENT GROUP LLC | | 7,802.00 |
| 10/19 | | Transfer Withdrawal CR Orig Offset: 13524 - JD CAPITAL HOLDI | | 4,362.10 |
| 10/22 | | Tfr to XXXXXXXX3299 BCH PSF Richmond Capital Gro | | 3,999.00 |
| 10/22 | | Tfr to XXXXXXXX3299 LEGAL HEAD TO TOE Richmond Capital Gro | | 23,750.00 |
| 10/23 | | WIRE TO BRIDGE SOLUTION GROUP CORP | | 3,642.00 |
| 10/23 | | Transfer Withdrawal CR Orig Offset: 13576 - JD CAPITAL HOLDI | | 11,252.00 |
| 10/23 | | Transfer Withdrawal CR Orig Offset: 13575 - BMA RENTAL | | 562.00 |
| 10/24 | | WIRE TO FLIGHT SEARCH | | 56,472.00 |
| 10/24 | | WIRE TO HOPE UNDERGROUND UTILITIES | | 6,059.00 |
| 10/24 | | WIRE TO ROBERT HUGHES | | 7,502.00 |



EMPIRE
STATE BANK
We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

RICHMOND CAPITAL GROUP LLC
D/B/A VICEROY CAPITAL FUNDING LLC
125 MAIDEN LN STE 501
NEW YORK, NY 10005

PERIODIC STATEMENT
Date:   Jun 30, 2016
Period: Jun 01, 2016 to Jun 30, 2016
        (30 Days )

---

**ACCOUNT #: CK  -** ████**4953 Free Small Business Checking**
Nickname : Viceroy Capital Funding

Richmond Capital Group LLC
D/B/A Viceroy Capital Funding LLC
John Braun

Enclosures: 1

| | |
|---|---:|
| Beginning Balance | |
| as of 06/01/16 | 1,089,354.56 |
| Deposits & Other Credits | 143,128.06 |
| Charges & Fees | 0.00 |
| Checks & Other Debits | 756,435.00 |
| Average Balance | 870,909.17 |
| **Ending Balance** | |
| **as of 06/30/16** | **476,047.62** |

**Transaction Information**

| Date | Check# | Description | Credit Amount | Debit Amount |
|---|---|---|---:|---:|
| 06/01 | | WIRE TO HALO SUSHI INC | | 24,501.00 |
| 06/03 | | Transfer Withdrawal CR Orig Offset: 1946 - FERN CREEK CHILD | | 5,002.00 |
| 06/09 | | WIRE TO PUPPY MANAGEMENT INC | | 36,000.00 |
| 06/10 | | WIRE TO SOUTHERN WATERS CLEANING | | 7,200.00 |
| 06/16 | | Transfer Withdrawal CR Orig Offset: 2092 - SPILLED MILK CATE | | 67,500.00 |
| 06/20 | | Tfr to XXXXXXXX3046 Internet Banking Tra Richmond Capital Gro | | 400,000.00 |
| 06/22 | | WIRE TO BLLANOVA PROPERTIES LLC | | 19,152.00 |
| 06/23 | | WIRE TO ARMADA INTERIORS | | 66,500.00 |

PX35 - 1483



EMPIRE STATE BANK
We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

|  |  |
|---|---|
| RCG LLC DBA VICEROY CAPITAL FUNDING | **PERIODIC STATEMENT** |
| 125 MAIDEN LN STE 501 | Date:   Aug 31, 2016 |
| NEW YORK, NY 10005 | Period: Aug 01, 2016 to Aug 31, 2016 |
|  | (31 Days ) |

---

**ACCOUNT #: CK   -** ▮▮▮▮**4953 Free Small Business Checking**
Nickname : Viceroy Capital Funding

RCG LLC dba Viceroy Capital Funding
John Braun

Enclosures: 0

| | |
|---|---:|
| Beginning Balance | |
| as of 08/01/16 | 568,515.28 |
| Deposits & Other Credits | 542,188.31 |
| Charges & Fees | 0.00 |
| Checks & Other Debits | 186,054.00 |
| Average Balance | 763,016.32 |
| **Ending Balance** | |
| **as of 08/31/16** | **924,649.59** |

**Transaction Information**

| Date | Check# | Description | Credit Amount | Debit Amount |
|---|---|---|---:|---:|
| 08/01 | | Transfer Withdrawal CR Orig Offset: 2482 - WORLD WIDE TRAVEL | | 28,800.00 |
| 08/02 | | WIRE TO SPILLED MILK CATERING LLC | | 32,046.00 |
| 08/02 | | Transfer Withdrawal CR Orig Offset: 2486 - HARTFORD CARDIOLO | | 1,456.00 |
| 08/03 | | Transfer Withdrawal CR Orig Offset: 2502 - CERTIFIED DENTAL | | 38,251.00 |
| 08/04 | | Tfr to XXXXXXXX3299 RL UNITED PSF Richmond Capital Gro | | 2,000.00 |
| 08/04 | | WIRE TO BEST DELIVERY LLC | | 17,401.00 |
| 08/04 | | Transfer Withdrawal CR Orig Offset: 2509 - RAINBOW FIBERGLAS | | 8,301.00 |



ESBNA
EMPIRE
STATE BANK
We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK - ████ 3046

   Nickname : RAM Capital Funding

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 09/15 | | Transfer Withdrawal CR Orig Offset: 2785 - PROVISION SUPPLY | | 50,002.00 |
| 09/15 | | ACH Debit GO ACH GO ACH ID5621491930 GO ACH - Invoice\ | | 55.00 |
| 09/16 | | Transfer Withdrawal CR Orig Offset: 2794 - ARCHIES AWARDS | | 4,605.00 |
| 09/19 | | Transfer Withdrawal CR Orig Offset: 2818 - ENVIRONMENTAL PAC | | 67,502.00 |
| 09/21 | | WIRE TO CITADEL ADVISORS LLC | | 10,751.00 |
| 09/21 | | Transfer Withdrawal CR Orig Offset: 2825 - MCNIDER MARINE LL | | 124,002.00 |
| 09/21 | | Transfer Withdrawal CR Orig Offset: 2831 - FERN CREEK CHILD | | 4,402.00 |
| 09/23 | | WIRE TO ADVANCED WELDING CONCEPTS | | 3,301.00 |
| 09/23 | | Transfer Withdrawal CR Orig Offset: 2848 - ENCOUNTER MEDICAL | | 6,400.00 |
| 09/23 | | Transfer Withdrawal CR Orig Offset: 2836 - ALL STAR CLEANING | | 5,196.00 |
| 09/23 | | Transfer Withdrawal CR Orig Offset: 2852 - BLACK DOG TRANSPO | | 4,301.00 |
| 09/29 | | WIRE TO THE MONTGOMERY LAW FIRM | | 6,505.00 |
| 09/29 | | Transfer Withdrawal CR Orig Offset: 2881 - BLUE MOUNTAIN INC | | 95,001.00 |
| 09/30 | | Transfer Withdrawal CR Orig Offset: 2884 - THE GATHERING SPO | | 13,702.00 |



Empire State Bank
We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK -0███████3046

Nickname : RAM Capital Funding

**PERIODIC STATEMENT**
RICHMOND CAPITAL GROUP
LLC

Oct 31, 2016

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 10/17 | | Transfer Withdrawal CR Orig Offset: 2980 - BIG STRICKLAND EN | | 4,301.00 |
| 10/20 | | Tfr to XXXXXXXX3299 MAD12 PSF Richmond Capital Gro | | 7,250.00 |
| 10/28 | | Transfer Withdrawal CR Orig Offset: 3033 - BJLC SERVICES INC | | 14,001.00 |
| 10/03 | | ACH Credit Actum Fees Actum Processing ID9453712799 | 16,440.20 | |
| 10/04 | | ACH Credit Actum Fees Actum Processing ID9453712799 | 17,465.30 | |
| 10/05 | | ACH Credit Actum Fees Actum Processing ID9453712799 | 16,569.05 | |
| 10/06 | | ACH Credit Actum Fees Actum Processing ID9453712799 | 20,437.55 | |
| 10/07 | | ACH Credit Actum Fees Actum Processing ID9453712799 | 20,410.15 | |
| 10/11 | | ACH Credit Actum Fees Actum Processing ID9453712799 | 19,761.05 | |
| 10/12 | | ACH Credit Actum Fees Actum Processing ID9453712799 | 19,629.15 | |
| 10/13 | | WIRE FROM THE FUNDWORKS FINANCIAL LLC | 5,695.00 | |
| 10/13 | | ACH Credit ActumPayot Actum Payout ID9453712799 | 19,640.35 | |
| 10/14 | | ACH Credit ActumPayot Actum Payout ID9453712799 | 20,085.85 | |
| 10/17 | | ACH Credit ActumPayot Actum Payout ID9453712799 | 46,743.05 | |
| 10/18 | | ACH Credit ActumPayot Actum Payout ID9453712799 | 42,560.50 | |
| 10/19 | | ACH Credit ActumPayot Actum Payout ID9453712799 | 22,062.00 | |
| 10/20 | | ACH Credit ActumPayot Actum Payout ID9453712799 | 30,454.00 | |
| 10/21 | | ACH Credit ActumPayot Actum Payout ID9453712799 | 23,509.90 | |

PX35 - 1486



EMPIRE
STATE BANK

**We Take Your Business Personally**

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

|  |  |
|---|---|
| RCG LLC  D/B/A RAM CAPITAL FUNDING | **PERIODIC STATEMENT** |
| D/B/A RAM CAPITAL FUNDING | Date:   Nov 30, 2016 |
| 125 MAIDEN LN STE 501 | Period: Nov 01, 2016 to Nov 30, 2016 |
| NEW YORK, NY 10005 | (30 Days ) |

---

**ACCOUNT #: CK  -  ███████3046 Free Small Business Checking**
Nickname : RAM Capital Funding

Free Small Business Checking

RCG LLC  d/b/a RAM Capital Funding
d/b/a RAM Capital Funding

Enclosures: 0

| | |
|---|---:|
| Beginning Balance | |
| as of 11/01/16 | 263,806.05 |
|   Deposits & Other Credits | 654,811.70 |
|   Charges & Fees | 0.00 |
|   Checks & Other Debits | 671,658.00 |
|   Average Balance | 234,100.66 |
| **Ending Balance** | |
| **as of 11/30/16** | **246,959.75** |

**Transaction Information**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 11/03 | | WIRE TO BEAUMONT MEMORIALS LLC | | 12,000.00 |
| 11/03 | | Transfer Withdrawal CR Orig Offset: 3088 - JALISCO JAP INC | | 13,402.00 |
| 11/04 | | WIRE TO ADVANCED WELDING CONCEPTS | | 1,865.00 |
| 11/08 | | WIRE TO CKD ENTERPRISES INC | | 1,797.00 |
| 11/09 | | Transfer Withdrawal CR Orig Offset: 3128 - INLAND FAMILY PRA | | 86,560.00 |
| 11/09 | | Transfer Withdrawal CR Orig Offset: 3130 - BARKING HOUND VIL | | 18,000.00 |
| 11/10 | | WIRE TO TRUMAN MARKETING | | 94,774.00 |
| 11/10 | | WIRE TO WAYNE BROWN APPLIANCE SERVICES | | 4,301.00 |

PX35 - 1487



68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK ━━━━━3046

   Nickname : RAM Capital Funding

**PERIODIC STATEMENT**
RICHMOND CAPITAL GROUP
LLC

Nov 30, 2016

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 11/10 | | WIRE TO DIB HOLDINGS LLC | | 118,750.00 |
| 11/10 | | Transfer Withdrawal CR Orig Offset: 3134 - THE GATHERING SPO | | 10,991.00 |
| 11/10 | | Transfer Withdrawal CR Orig Offset: 3135 - INNOVATIVE PHYSIC | | 7,902.00 |
| 11/15 | | Transfer Withdrawal CR Orig Offset: 3198 - INNOVATIVE PHSICA | | 7,902.00 |
| 11/15 | | ACH Debit ACH Payer GO ACH ID5621491930 GO ACH - Invoice\ | | 55.00 |
| 11/17 | | Transfer Withdrawal CR Orig Offset: 3212 - JUSTGREAT LLC | | 46,501.00 |
| 11/18 | | WIRE TO OFF LEASH K9 TRAINING LLC | | 9,002.00 |
| 11/18 | | Transfer Withdrawal CR Orig Offset: 3218 - TRUELITE TRACE | | 43,001.00 |
| 11/18 | | Transfer Withdrawal CR Orig Offset: 3226 - DIAMOND SCAFFOLD | | 34,001.00 |
| 11/18 | | Transfer Withdrawal CR Orig Offset: 3217 - FERN CREEK CHILD | | 4,500.00 |
| 11/18 | | Transfer Withdrawal CR Orig Offset: 3224 - PAUL PROSCIA INC | | 4,401.00 |
| 11/23 | | WIRE TO PROBUILD ENTERPRISES LLC | | 14,051.00 |
| 11/23 | | WIRE TO VETAURA INC | | 12,501.00 |
| 11/25 | | WIRE TO ADVANCED WELDING CONCEPTS | | 6,901.00 |
| 11/29 | | WIRE TO FLEETWOOD SERVICES LLC | | 44,500.00 |
| 11/29 | | Transfer Withdrawal CR Orig Offset: 3280 - PROVISION SUPPLY | | 74,000.00 |



**EMPIRE STATE BANK**

We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK - ███████3046

   Nickname : RAM Capital Funding

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 01/11 | | Transfer Withdrawal CR Orig Offset: 3733 - HIGH GEAR CYCLERY | | 13,302.00 |
| 01/13 | | WIRE TO DERRICK SALES AND REPAIRS | | 7,202.00 |
| 01/13 | | WIRE TO DOLCE LUSSO LLC | | 2,598.00 |
| 01/13 | | Transfer Withdrawal CR Orig Offset: 3760 - BICALLIS LLC | | 27,501.00 |
| 01/13 | | ACH Debit ACH Payer GO ACH ID5621491930 GO ACH - Invoice\ | | 55.00 |
| 01/17 | | WIRE TO OVERSTOCK SOLUTIONS LLC | | 17,001.00 |
| 01/18 | | WIRE TO MAD12 BRAD LLC | | 13,501.00 |
| 01/18 | | WIRE TO UNITED OFFICE SOLUTIONS | | 45,787.00 |
| 01/19 | | WIRE TO DIAL WORLD COMMUNICATIONS LLC | | 47,002.00 |
| 01/20 | | WIRE TO PAUL PROSCIA | | 6,056.00 |
| 01/20 | | WIRE TO MICHAEL F FASANARO JR PLLC | | 3,902.00 |
| 01/23 | | Transfer Withdrawal CR Orig Offset: 3832 - OKLAHOMA EXPRESS | | 8,602.00 |
| 01/23 | | Transfer Withdrawal CR Orig Offset: 3838 - DIVERSIFIED GLOBA | | 4,202.00 |
| 01/24 | | WIRE TO REGENT TRADING INC | | 22,502.00 |
| 01/24 | | Transfer Withdrawal CR Orig Offset: 3859 - AC AUTO PAINT SUP | | 18,602.00 |
| 01/25 | | WIRE TO DECORATORS OFFICE FURNITURE | | 19,302.00 |
| 01/26 | | WIRE TO WEST EDGE HALO INC | | 18,502.00 |
| 01/26 | | WIRE TO VANDERBILT TRADING USA LLC | | 75,000.00 |
| 01/26 | | WIRE TO WAYNE BROWN APPLIANCE SERVICES | | 900.00 |



**EMPIRE STATE BANK**
We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

RCG LLC  D/B/A RAM CAPITAL FUNDING
D/B/A RAM CAPITAL FUNDING
125 MAIDEN LN STE 501
NEW YORK, NY 10005

**PERIODIC STATEMENT**
Date:   Feb 28, 2017
Period: Feb 01, 2017 to Feb 28, 2017
        (28 Days )

---

**ACCOUNT #: CK  -       3046 Free Small Business Checking**
Nickname : RAM Capital Funding

Free Small Business Checking

RCG LLC  d/b/a RAM Capital Funding
d/b/a RAM Capital Funding

Enclosures: 0

Beginning Balance
as of 02/01/17                                        793,214.45
  Deposits & Other Credits                            951,293.80
  Charges & Fees                                            0.00
  Checks & Other Debits                              1,321,014.87
  Average Balance                                     746,105.96
**Ending Balance**
**as of 02/28/17**                                   **423,493.38**

**Transaction Information**

| Date  | Check# | Description | Credit Amount | Debit Amount |
|-------|--------|-------------|---------------|--------------|
| 02/01 | | WIRE TO PUPPY MANAGEMENT INC | | 21,356.00 |
| 02/01 | | WIRE TO PUPPY MANAGEMENT INC | | 21,356.00 |
| 02/01 | | Transfer Withdrawal CR Orig Offset: 3971 - ADVANCED LUMONICS | | 12,502.00 |
| 02/01 | | Transfer Withdrawal CR Orig Offset: 3968 - E LOGIC | | 11,500.00 |
| 02/02 | | WIRE TO STAWIARSKI & ASSOCIATES PC | | 21,252.00 |
| 02/02 | | WIRE TO QUALITY CONSTRUCTION | | 63,502.00 |
| 02/02 | | Transfer Withdrawal CR Orig Offset: 3974 - DSG STAFFING | | 23,252.00 |
| 02/02 | | Transfer Withdrawal CR Orig Offset: 3976 - KLS TRUCKING | | 7,301.00 |
| 02/03 | | Transfer Withdrawal CR Orig Offset: 3998 - HOMESCAPES | | 3,102.00 |
| 02/06 | | WIRE TO THE PELORUS GROUP | | 45,502.00 |

PX35 - 1490



Empire State Bank
We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK - ████ 3046

   Nickname : RAM Capital Funding

**PERIODIC STATEMENT**
RICHMOND CAPITAL GROUP
LLC

Mar 31, 2017

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 03/07 | | WIRE TO ALLIANCE WIRE AND STEEL INC | | 32,002.00 |
| 03/07 | | WIRE TO BRYANT IRVIN COSMETIC CENTER | | 9,000.00 |
| 03/07 | | WIRE TO SEAN YIM DMD PLLC | | 16,502.00 |
| 03/08 | | Transfer Withdrawal CR Orig Offset: 4331 - E M PROPERTIES | | 6,661.00 |
| 03/09 | | Transfer Withdrawal CR Orig Offset: 4347 - RAM CAPITAL FUNDI | | 17,502.00 |
| 03/10 | | Transfer Withdrawal CR Orig Offset: 4366 - DIAMOND SCAFFOLDI | | 35,002.00 |
| 03/13 | | WIRE TO INTEGRITY GRASS SALES | | 7,502.00 |
| 03/13 | | Tfr to XXXXXXXX3396 Internet Banking Tra Richmond Capital Gro | | 48,806.29 |
| 03/13 | | Transfer Withdrawal CR Orig Offset: 4385 - PACIFIC NORTH | | 8,502.00 |
| 03/14 | | Transfer Withdrawal CR Orig Offset: 4405 - NEU LLC | | 8,302.00 |
| 03/14 | | Transfer Withdrawal CR Orig Offset: 4406 - INTEGRITY GRASS S | | 7,502.00 |
| 03/15 | | WIRE TO HARDIN ENTERPRISES INC | | 26,002.00 |
| 03/15 | | Transfer Withdrawal CR Orig Offset: 4420 - DAVES COLLISION S | | 8,502.00 |
| 03/15 | | ACH Debit ACH Payer GO ACH ID5621491930 GO ACH - Invoice\ | | 90.59 |
| 03/16 | | Transfer Withdrawal CR Orig Offset: 4430 - KRYSTAL COMMUNICA | | 3,802.00 |
| 03/17 | | Transfer Withdrawal CR Orig Offset: 4453 - YIS RELAXATION ST | | 1,968.00 |



**EMPIRE STATE BANK**

We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK - ████████ 3046

   Nickname : RAM Capital Funding

**PERIODIC STATEMENT**
RICHMOND CAPITAL GROUP LLC

Mar 31, 2017

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 03/21 | | Transfer Withdrawal CR Orig Offset: 4474 - HAVEN HOME HEALTH | | 56,002.00 |
| 03/21 | | Transfer Withdrawal CR Orig Offset: 4478 - COASTLINE CONSTRU | | 19,702.00 |
| 03/21 | | Transfer Withdrawal CR Orig Offset: 4475 - RAM CAPITAL FUNDI | | 19,024.00 |
| 03/22 | | Transfer Withdrawal CR Orig Offset: 4502 - R R CYCLES | | 737.00 |
| 03/23 | | WIRE TO SRS INTERNATIONAL CORP | | 5,602.00 |
| 03/23 | | WIRE TO LIONS PROPERTY MANAGEMENT LLC | | 4,301.00 |
| 03/23 | | WIRE TO HOMESCAPES OF VERO | | 1,485.00 |
| 03/23 | | Transfer Withdrawal CR Orig Offset: 4515 - RAM CAAPITAL FUND | | 11,001.00 |
| 03/24 | | WIRE TO MICHAEL FELICE INTERIORS LLC | | 16,280.00 |
| 03/24 | | Transfer Withdrawal CR Orig Offset: 4533 - RAM CAPITAL FUNDI | | 93,000.00 |
| 03/24 | | Transfer Withdrawal CR Orig Offset: 4523 - RAM CAPITAL FUNDI | | 10,302.00 |
| 03/27 | | Transfer Withdrawal CR Orig Offset: 4563 - DISTRIBUIDORES DE | | 20,002.00 |
| 03/27 | | Transfer Withdrawal CR Orig Offset: 4559 - RAM CAPITAL FUNDI | | 16,002.00 |
| 03/27 | | Transfer Withdrawal CR Orig Offset: 4564 - A CAPITOL ENT | | 2,301.00 |
| 03/28 | | WIRE TO PREMIERE CAPITAL INVESTMENTS | | 12,502.00 |

PX35 - 1492



EMPIRE
STATE BANK
We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK ▬▬▬▬3046

  Nickname : RAM Capital Funding

**PERIODIC STATEMENT**
RICHMOND CAPITAL GROUP
LLC

Mar 31, 2017

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 03/28 | | Transfer Withdrawal CR Orig Offset: 4577 - RAM CAPITAL FUNDI | | 65,058.00 |
| 03/28 | | Transfer Withdrawal CR Orig Offset: 4576 - MID OHIO LANDSCAP | | 4,202.00 |
| 03/30 | | Transfer Withdrawal CR Orig Offset: 4604 - S2J INC | | 17,002.00 |
| 03/01 | | ACH Credit ActumPayout Actum Payout ID9453712799 | 51,358.70 | |
| 03/02 | | ACH Credit ActumPayout Actum Payout ID9453712799 | 54,557.05 | |
| 03/03 | | WIRE FROM PERFECT BALANCE WELLNESS, INC | 599.00 | |
| 03/03 | | ACH Credit ActumPayout Actum Payout ID9453712799 | 52,238.10 | |
| 03/06 | | WIRE FROM PERFECT BALANCE WELLNESS, INC | 1,198.00 | |
| 03/06 | | ACH Credit ActumPayout Actum Payout ID9453712799 | 54,839.45 | |
| 03/07 | | ACH Credit ActumPayout Actum Payout ID9453712799 | 56,189.10 | |
| 03/08 | | WIRE FROM R & R CYCLE SALES, INC | 2,789.00 | |
| 03/08 | | ACH Credit ActumPayout Actum Payout ID9453712799 | 59,388.85 | |
| 03/09 | | ACH Credit ActumPayout Actum Payout ID9453712799 | 59,839.90 | |
| 03/09 | | ACH Credit BROKER LIBERTASFUNDING IDP813053598 | 34,270.00 | |
| 03/10 | | Deposit | 48,806.29 | |
| 03/10 | | ACH Credit ActumPayout Actum Payout ID9453712799 | 60,644.15 | |
| 03/13 | | WIRE RETURNED FROM CAPITAL ONE BANK | 7,502.00 | |
| 03/13 | | ACH Credit ActumPayout Actum Payout ID9453712799 | 57,096.45 | |
| 03/14 | | WIRE FROM DECORATOR'S OFFICE FURNITURE A | 599.00 | |

PX35 - 1493



EMPIRE STATE BANK

We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK ▬▬▬▬3046

   Nickname : RAM Capital Funding

**PERIODIC STATEMENT**
RICHMOND CAPITAL GROUP
LLC

Apr 30, 2017

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 04/05 | | Transfer Withdrawal CR Orig Offset: 4665 - RAM CAPITAL FUNDI | | 20,331.00 |
| 04/05 | | Transfer Withdrawal CR Orig Offset: 4672 - E ERIC GUIRARD | | 13,202.00 |
| 04/05 | | Transfer Withdrawal CR Orig Offset: 4673 - RAM CAPITAL FUNDI | | 9,596.00 |
| 04/05 | | Transfer Withdrawal CR Orig Offset: 4663 - PAUL PROSCIA INC | | 761.00 |
| 04/06 | | WIRE TO BELLUM ENTERTAINMENT LLC | | 41,002.00 |
| 04/06 | | WIRE TO ORLANDO HEART AND VASCULAR CENTE | | 192,500.00 |
| 04/06 | | Transfer Withdrawal CR Orig Offset: 4689 - RAM CAPITAL FUNDI | | 3,302.00 |
| 04/10 | | Tfr to XXXXXXXX3299 LAZOR LEGAL Richmond Capital Gro | | 3,687.09 |
| 04/10 | | Transfer Withdrawal CR Orig Offset: 4715 - RAM CAPITAL FUNDI | | 72,001.00 |
| 04/11 | | Tfr to XXXXXXXX3299 UNITRUST LEGAL Richmond Capital Gro | | 2,986.08 |
| 04/12 | | WIRE TO FIRST CLASS EXPRESS LLC | | 16,702.00 |
| 04/12 | | Transfer Withdrawal CR Orig Offset: 4735 - RAM CAPITAL FUNDI | | 2,414.00 |
| 04/13 | | Tfr to XXXXXXXX3299 DIAL WORLD LEGAL Richmond Capital Gro | | 8,484.25 |
| 04/14 | | ACH Debit ACH Payer GO ACH ID5621491930 GO ACH - Invoice\ | | 75.00 |
| 04/17 | | WIRE TO NESTOR ROSADO | | 3,002.00 |

PX35 - 1494



ENPIRE
STATE BANK
We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK - ▓▓▓▓3396

   Nickname : RCG FUNDING

**PERIODIC STATEMENT**
RICHMOND CAPITAL GROUP
LLC

Jul 31, 2016

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 07/20 | | WIRE TO GLOBAL SHOPPING MALL INC | | 46,500.00 |
| 07/20 | | WIRE TO PHOENIX LOGISTICS SUPPLY CHAIN | | 71,145.00 |
| 07/21 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 3,500.00 |
| 07/21 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 62,940.00 |
| 07/21 | | Transfer Withdrawal CR Orig Offset: 2376 - UNITED RL CAPITAL | | 45,000.00 |
| 07/21 | | Transfer Withdrawal CR Orig Offset: 2379 - SNOHOMISH BICYCLE | | 13,912.50 |
| 07/22 | | Transfer Withdrawal CR Orig Offset: 2384 - J LEAK HOLDINGS | | 9,511.75 |
| 07/22 | | Transfer Withdrawal CR Orig Offset: 2383 - WILLOW FUNDING LL | | 266.00 |
| 07/25 | | Transfer Withdrawal CR Orig Offset: 2423 - LAW OFFICE OF GAB | | 26,750.00 |
| 07/26 | | WIRE TO STARTPOINT EXCAVATION LLC | | 30,601.00 |
| 07/27 | | WIRE TO EAS TRANSPORT INC. | | 26,426.00 |
| 07/27 | | Transfer Withdrawal CR Orig Offset: 2432 - SURFACE SOURCE US | | 66,453.00 |
| 07/27 | | Transfer Withdrawal CR Orig Offset: 2428 - SPLASH BEVERAGE | | 5,974.00 |
| 07/27 | | Transfer Withdrawal CR Orig Offset: 2429 - JOLLIBEE TRADING | | 4,152.00 |



EMPIRE
STATE BANK
We Take Your Business Personally

60 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK - ▇▇▇▇3396

   Nickname : RCG FUNDING

## Transaction Information (continued)

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|--------------|-------------|
| 02/06 | | Tfr to XXXXXXXX3299 LEGAL Richmond Capital Gro | | 8,541.21 |
| 02/06 | | Tfr to XXXXXXXX3299 LEGAL TENDER TOUCH Richmond Capital Gro | | 3,750.00 |
| 02/06 | | WIRE TO CREATIVE RENOVATIONS LLC | | 7,002.00 |
| 02/08 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 1,750.00 |
| 02/08 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 118,050.00 |
| 02/08 | | Tfr to XXXXXXXX3299 Internet Banking Tra Richmond Capital Gro | | 3,000.00 |
| 02/09 | | WIRE TO SG TRUCKING OF LAKELAND FLORIDA | | 8,965.00 |
| 02/09 | | WIRE TO FU KONG ING | | 12,002.00 |
| 02/09 | | WIRE TO SUM INNOVATION | | 8,002.00 |
| 02/12 | | Tfr to XXXXXXXX3299 LEGAL R E DIAMONDS Richmond Capital Gro | | 1,303.88 |
| 02/12 | | Tfr to XXXXXXXX3299 LEGAL DOUBLE R TRADI Richmond Capital Gro | | 2,023.00 |
| 02/12 | | Tfr to XXXXXXXX3299 LEGAL SYSTEMS TECHNO Richmond Capital Gro | | 1,461.82 |
| 02/12 | | Tfr to XXXXXXXX3299 LEGAL TOUCH PLATE PR Richmond Capital Gro | | 6,887.20 |
| 02/13 | | Transfer Withdrawal CR Orig Offset: 9158 - MONETTI CUSTOM HO | | 86,000.00 |
| 02/15 | | WIRE TO WORLDWIDE AUTO BODY 2 LLC | | 8,002.00 |



Empire State Bank
We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK ████ 3046

Nickname : RAM Capital Funding

**PERIODIC STATEMENT**
RICHMOND CAPITAL GROUP
LLC

Dec 31, 2016

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 12/15 | | ACH Debit ACH Payer GO ACH ID5621491930 GO ACH - Invoice\ | | 55.00 |
| 12/16 | | Transfer Withdrawal CR Orig Offset: 3508 - SALON PROFESSIONA | | 38,501.00 |
| 12/16 | | Transfer Withdrawal CR Orig Offset: 3506 - STRAIGHT EDGE LLC | | 4,402.00 |
| 12/20 | | Transfer Withdrawal CR Orig Offset: 3538 - YIS RELAXATION ST | | 5,002.00 |
| 12/21 | | WIRE TO PHANTOM TECH GROUP | | 4,102.00 |
| 12/21 | | Transfer Withdrawal CR Orig Offset: 3544 - CORNERSTONE QUICK | | 4,301.00 |
| 12/23 | | WIRE TO R R CYCLE SALES INC | | 8,902.00 |
| 12/23 | | WIRE TO GROVELAND FAIRWAYS | | 7,002.00 |
| 12/23 | | Transfer Withdrawal CR Orig Offset: 3554 - AWAKENING AVATAR | | 51,000.00 |
| 12/23 | | Transfer Withdrawal CR Orig Offset: 3555 - GROVELAND FAIRWAY | | 7,002.00 |
| 12/27 | | Transfer Withdrawal CR Orig Offset: 3567 - ENCOUNTER MEDICAL | | 2,826.00 |
| 12/29 | | WIRE TO TYSON INSULATION COMPANY INC | | 21,501.00 |
| 12/30 | | WIRE TO MURRAY WHITE INC | | 5,402.00 |
| 12/30 | | Transfer Withdrawal CR Orig Offset: 3603 - HAVEN HOME HEALTH | | 40,002.00 |
| 12/01 | | ACH Credit ActumPayot Actum Payout ID9453712799 | 65,397.85 | |
| 12/02 | | ACH Credit ActumPayot Actum Payout ID9453712799 | 32,982.70 | |
| 12/05 | | ACH Credit ActumPayot Actum Payout ID9453712799 | 34,906.05 | |

PX35 - 1497



**EMPIRE STATE BANK**

We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK - ████3396

Nickname : RCG FUNDING

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 07/27 | | WIRE TO GATEWAY INTERNATIONAL 360 | | 21,002.00 |
| 07/27 | | Transfer Withdrawal CR Orig Offset: 11859 - STACIE MOTYL | | 27,855.36 |
| 07/31 | | WIRE TO ORYX OILFIELD SERVICES LLC | | 64,277.00 |
| 07/31 | | WIRE TO TREFF & LOWY PLLC | | 600,000.00 |
| 07/02 | | ACH Credit ActumPayot Actum Payout ID9453712799 | 85,834.35 | |
| 07/03 | | WIRE FROM THOMAS SUESS | 1,000.00 | |
| 07/03 | | ACH Credit ActumPayot Actum Payout ID9453712799 | 69,874.05 | |
| 07/05 | | WIRE FROM EMPIRE YRB LLC | 10,800.00 | |
| 07/05 | | ACH Credit ActumPayot Actum Payout ID9453712799 | 86,066.60 | |
| 07/06 | | WIRE FROM JASON R PATTERSON, CUST | 1,000.00 | |
| 07/06 | | WIRE FROM EMPIRE YRB LLC | 21,000.00 | |
| 07/06 | | ACH Credit ActumPayot Actum Payout ID9453712799 | 73,256.15 | |
| 07/09 | | WIRE FROM THE LAW OFFICES OF MARCELLA G. | 94,527.72 | |
| 07/09 | | WIRE FROM MMK DECO ACCESS LLC | 2,998.00 | |
| 07/09 | | ACH Credit ActumPayot Actum Payout ID9453712799 | 62,810.15 | |
| 07/10 | | WIRE FROM MZEED INC | 27,300.00 | |
| 07/10 | | WIRE FROM JASON R PATTERSON | 1,000.00 | |
| 07/10 | | WIRE FROM INSCOPE INTERNATIONAL INC | 59,942.00 | |
| 07/10 | | Deposit | 12,464.85 | |
| 07/10 | | ACH Credit ActumPayot Actum Payout ID9453712799 | 100,719.65 | |
| 07/11 | | WIRE FROM GRASSY POND ARENA, LLC. | 24,000.00 | |
| 07/11 | | WIRE FROM THE LAW OFFICES OF MARCELLA G. | 21,407.85 | |
| 07/11 | | WIRE FROM LEGEND VENTURES LLC | 500.00 | |
| 07/11 | | ACH Credit ActumPayot Actum Payout ID9453712799 | 145,116.60 | |



EMPIRE STATE BANK
We Take Your Business Personally

68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK - ▪▪▪▪▪9567
   Nickname : GTR Source

**PERIODIC STATEMENT**
GTR SOURCE LLC

Jun 30, 2018

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 06/14 | | Transfer Withdrawal CR Orig Offset: 11160 - Stellar Beach Re | | 47,500.00 |
| 06/15 | | IBACH Return Accurate Event - NSF | | 2,501.00 |
| 06/15 | | Tfr to XXXXXXXX0670 Internet Banking Tra Ram Capital Funding | | 500,000.00 |
| 06/15 | | Tfr to XXXXXXXX3173 Internet Banking Tra Franklin Funding Gro | | 90,000.00 |
| 06/15 | | WIRE TO Hurleys Tavern | | 13,500.00 |
| 06/15 | | Wire Transfer Fee | | 20.00 |
| 06/15 | | Tfr to XXXXXXXX0670 MMK RCG Comm PSF Ram Capital Funding | | 9,999.00 |
| 06/15 | | WIRE TO MMK Cooling and Heating LLC | | 40,002.00 |
| 06/15 | | Wire Transfer Fee | | 20.00 |
| 06/15 | | Tfr to XXXXXXXX0670 GEX PSF COMM Ram Capital Funding | | 30,000.00 |
| 06/15 | | WIRE TO GEX Management | | 180,000.00 |
| 06/15 | | Wire Transfer Fee | | 20.00 |
| 06/15 | | Tfr to XXXXXXXX0670 Vortechx Ram Capital Funding | | 13,999.00 |
| 06/15 | | WIRE TO Vortechx Applied Technologies | | 56,002.00 |
| 06/15 | | Wire Transfer Fee | | 20.00 |
| 06/15 | | Tfr to XXXXXXXX0670 RAM DOmaci funding Ram Capital Funding | | 7,802.00 |
| 06/15 | | WIRE TO JP Mesko Contracting Service | | 8,496.00 |
| 06/15 | | Wire Transfer Fee | | 20.00 |
| 06/15 | | WIRE TO Domaci LLC | | 7,802.00 |
| 06/15 | | Wire Transfer Fee | | 20.00 |
| 06/15 | | WIRE TO BMR Global Corporation | | 162,750.00 |
| 06/15 | | Wire Transfer Fee | | 20.00 |



68 North Plank Road • Newburgh, NY 12550
Phone: (845) 561-0003 • Fax: (845) 561-3921
www.esbna.com

Account #: CK ████ 3046

Nickname : RAM Capital Funding

**Transaction Information (continued)**

| Date | Check# | Description | Credit Amount | Debit Amount |
|------|--------|-------------|---------------|--------------|
| 06/19 | | Transfer Withdrawal CR Orig Offset: 11243 - RAM CAPITAL FUND | | 7,802.00 |
| 06/21 | | Transfer Withdrawal CR Orig Offset: 11264 - RAM CAPITAL FUND | | 62,252.00 |
| 06/22 | | Transfer Withdrawal CR Orig Offset: 11321 - RAM CAPITAL FUND | | 40,002.00 |
| 06/25 | | Transfer Withdrawal CR Orig Offset: 11343 - RAM CAPITAL FUND | | 288,000.00 |
| 06/26 | | Transfer Withdrawal CR Orig Offset: 11357 - RAM CAPITAL FUND | | 14,602.00 |
| 06/01 | | ACH Credit ActumPayout Actum Payout ID9453712799 | 29,833.40 | |
| 06/04 | | ACH Credit ActumPayout Actum Payout ID9453712799 | 40,471.00 | |
| 06/05 | | ACH Credit ActumPayout Actum Payout ID9453712799 | 60,232.10 | |
| 06/06 | | ACH Credit ActumPayout Actum Payout ID9453712799 | 40,635.75 | |
| 06/07 | | WIRE RETURNED FROM RICHMOND CAPITAL GROU | 6,242.00 | |
| 06/07 | | ACH Credit ActumPayout Actum Payout ID9453712799 | 60,237.50 | |
| 06/08 | | ACH Credit ActumPayout Actum Payout ID9453712799 | 40,238.15 | |
| 06/11 | | ACH Credit ActumPayout Actum Payout ID9453712799 | 20,185.65 | |
| 06/12 | | ACH Credit ActumPayout Actum Payout ID9453712799 | 40,569.70 | |
| 06/13 | | ACH Credit ActumPayout Actum Payout ID9453712799 | 17,166.10 | |
| 06/14 | | ACH Credit ActumPayout Actum Payout ID9453712799 | 24,870.30 | |
| 06/15 | | ACH Credit ActumPayout Actum Payout ID9453712799 | 26,480.55 | |

# ATTACHMENT KK

# The Loan Shark Trump Freed From Prison Is Lending Money Again

Jonathan Braun went to jail on drug charges after a successful career as a predatory lender. Thanks to a good word from Alan Dershowitz and commutation from Donald Trump, he's back in business.

By

Zeke Faux
February 10, 2022, 12:01 AM EST



*Illustration: Chris Burnett for Bloomberg Businessweek*
**Share this article**

Before he went to prison, and before he was released on orders from President Donald Trump, Jonathan Braun was a <u>prolific predatory lender</u>. In eight years he advanced almost $80 million to small-business owners across the U.S. He targeted those desperate enough to accept extreme interest rates—often higher than 1,000% a year—and when they inevitably fell behind, he squeezed them for more money. He bullied some and menaced others. "You suck, you're dead, you're a piece of shit, you should drop f---ing dead," Braun told one of his clients in an exchange caught on video. Often he would use dubious legal tactics to drain their bank accounts.

Even as borrowers complained in court that they'd been frightened by his threats and ruined by his ripoffs, Braun faced no punishment. It wasn't that the authorities were unaware of him. In fact he'd been operating as a loan shark while out on bail after a 2010 arrest on unrelated federal drug-trafficking charges, wearing an electronic ankle bracelet monitored by the U.S. Department of Justice. His trial was delayed for years without explanation.

<u>Listen to this story</u>
Braun's improbable career as a government-supervised predatory lender seemed to come to an end in 2020, when he was finally sent to a prison north of New York City to serve a 10-year sentence for the drug charges. While he was there, New York's attorney general <u>sued him</u> for usury, fraud, and harassment related to his lending. But then, in January 2021, he secured a last-minute grant of clemency from Trump. His sentence was commuted, and he was released. "Pardon Frees a Drug Smuggler Known for Violence and Threats," as the New York Times put it in a front-page <u>story</u>.



Braun works in a second-floor office above a bakery and a Judaica shop in Brooklyn's Borough Park.
*Photographer: Philip Montgomery for Bloomberg Businessweek*

Trump didn't explain why Braun had been freed. A <u>statement</u> put out by the White House misspelled Braun's first name, exaggerated the amount of time he'd spent in prison, and didn't mention the attorney general's ongoing lawsuit. "Upon his release, Mr. Braun will seek employment to support his wife and children," it said. According to someone with knowledge of the arrangement, Braun told his probation officer he'd be working for the president of a cleaning service.

But among Braun's associates and rivals, there were murmurs that he'd gone right back to lending money to very desperate people. A few months ago, tipsters began sending me the names of companies they said he'd started running. A search of court records revealed a network of at least a dozen entities that advance money at high rates and frequently sue borrowers. Tallying the debts in the cases showed the companies had loaned at least $17 million since Braun's release, and that's just the loans that ended up in court. Braun's name wasn't on any of the legal papers, but the tipsters told me he was in charge of the whole operation. They pointed me to an address in Borough Park, an Orthodox Jewish neighborhood in central Brooklyn.

Read More: <u>Sign This Agreement and Your Bank Account Might Be Frozen</u>

One source said Braun had been arriving there each day around 10 a.m. in a white Bentley Bentayga SUV. And so, on a Thursday morning in November, I waited across the street from a two-story brick building with a bakery and a Judaica shop on the ground floor.

At 10:47 a.m., I spotted him: a thin, balding man of 38, with a reddish tan. He was wearing a blue track jacket and driving a white Bentley just like they said. He steered the SUV toward the building, stopping to honk 10 or so times at someone blocking the ramp to an underground garage. When he looked up, his close-set eyes were unmistakable. Braun was back.

# "Either he's crazy, or he knows he's covered"

The Justice Department has a backlog of 18,292 requests for presidential pardons or commutations. Government lawyers vet the applications—looking for nonviolent offenders who are serving unfairly long sentences, prisoners suffering from critical illness or old age, and people who've shown that they've changed their ways—then pass them along to the White House.

Braun was an unlikely candidate. Prosecutors had accused him of being a high-volume drug trafficker who'd coordinated with the Hells Angels and other organized crime groups to move $6 million of marijuana a week across the Canadian border into the U.S. At times, the prosecutors said, he'd resorted to violence. He also was still facing the lawsuit from New York Attorney General Letitia James, who'd called him a "modern-day loan shark." While he was in prison, he was sued by someone who said Braun had cheated him on illegal sports bets. Braun denies all the allegations.

Luckily for Braun, Trump's approach to clemency was as erratic as the rest of his presidency. Although administration loyalists dispute this, Trump seems mostly to have ignored the formal process. Instead he gave out pardons and commutations to whomever he felt like, including personal friends and those who'd paid large fees to associates of his. According to the Federal Sentencing Reporter, a legal journal, only about 25 of Trump's 238 pardons and commutations went through official review. To pick one particularly egregious corruption allegation stemming from this approach: John Kiriakou, a former CIA officer convicted of leaking secrets to reporters, told me an associate of Rudy Giuliani's offered to sell him a pardon for $2 million. Giuliani denied this; a Trump spokeswoman didn't return calls.

Braun's family seemed eager to curry Trump's favor. They turned to Alan Dershowitz, the TV jurist and Harvard Law School professor who represented Trump in his first impeachment trial. Dershowitz was helping several others seeking commutations, including real estate fraudsters and a death row inmate. He told me Braun's father regularly called him on Fridays before sundown, appealing to their common Jewish faith.



Dershowitz (right) lobbied Trump for Braun's release.
*Photographer: Ken Cedeno/UPI/Alamy*

Associates of Braun's say he's bragged about paying millions of dollars to various Trump-connected intermediaries to secure clemency. But Dershowitz told me he'd taken on Braun's case for free, as he did for many other convicts. "No lawyer in American history has ever done a higher percentage of pro bono cases in his career than me," Dershowitz said. "Not John Adams, not Abraham Lincoln, not Thurgood Marshall." Later in the conversation he acknowledged that he may have received a small fee from a Jewish organization to cover his expenses. He said he couldn't remember who paid him or exactly how much it was.

Braun's release surprised many in his field, which is euphemistically called the merchant cash-advance business. It's an industry of fast-talking salespeople who frequently operate from modest offices in Manhattan's financial district and the outer reaches of Brooklyn, dangling offers of quick money to desperate small-business owners. Among those working in the lower rungs of the business are stock scammers, mortgage fraudsters, and gangsters. Their interest rates are higher than what Mafia loan sharks once charged, but they get around usury laws by saying they're not lending at all—they're buying the money that businesses will make in the future, at a discount. Courts generally accept this reasoning.

I'd been hearing about Braun since 2014, when I started writing about his industry. Even rivals who defended the ethics of charging 1,000% interest rates described his tactics as unconscionable. These lenders complained that Braun would find and cheat their customers before they could collect on their own loans. But they were afraid of him and would clam up if I asked them to speak on the record. It seemed his drug-trafficking background worked to his advantage—anyone with Google could see that he stood accused of whipping an associate with a belt and that one of his co-defendants had been found dead of a gunshot wound in a torched car in Los Angeles. (They'd also see that Braun had been dubbed a "mama's boy drug dealer" by the New York Post, because he'd been living with his parents.)

Some suspected that Braun was an informant and that he must have at least the tacit support of law enforcement. "He's fearless," one cash-advance executive told me in 2018. "Either he's crazy, or he knows he's covered."



**Pot Kingpin Sued by New York for 1000% Predatory Loans**

An undated video, obtained by Bloomberg at the time of the New York lawsuit, seemed to show Braun berating a borrower.

When I looked into Braun's lending operation, I learned that he was one of the most frequent users of an arcane legal instrument called a confession of judgment, which used the New York state court system to grab money from borrowers' bank accounts. Before getting a loan, his customers would have to sign a statement giving up their right to defend themselves in court. Armed with one of these confessions, Braun could accuse the borrowers of not paying, even without proof, then legally seize their assets before they knew what had happened. Many of his customers told me he'd abused this power by taking more than he was owed.

Braun's aggressiveness also made him terrifying to those in hock to him. Some said he would threaten to beat them or harm their families. "You don't know who you're f---king dealing with. We can get you wherever we want," he told one borrower, who started carrying a gun, court papers say. "We know where you live," he said to another. "We'll go after your family."

Back then, with Braun ignoring my calls and emails, I stopped by his 12th-floor office in a shabby tower in downtown Manhattan. He berated me in front of about a dozen employees. "What are you, Inspector F---ing Gadget?" he yelled, spittle flying.

Then he told me he needed a cigarette and asked me to follow him to the roof. I suggested street level instead. Once we got downstairs, and he'd been calmed by one Newport after another, Braun turned plaintive. It seemed that his gangster talk was mostly an act, or at least that he could turn it off when it suited him. In a conversation that lasted almost two

hours, he denied he'd ever cheated or threatened anyone. He suggested I wanted to hurt his family and said I was harassing him. Then he said I should come work with him.

In December 2018, I published my story about Braun, part of a series I wrote with Zachary Mider about abuses in the cash-advance industry. The series began with a Bloomberg Businessweek cover story and spurred an uproar among New York state lawmakers, who sharply limited confessions of judgment. A few months later, the delays in Braun's drug-trafficking case finally ended. The timing may have been a coincidence, but Braun didn't seem to think so. On May 28, 2019, his sentencing hearing was held at a federal courthouse in Brooklyn. He stared at me as he walked in.

"Zeke Faux," he said, slowly.

Braun was facing a potential decades-long sentence, but he didn't look worried. Two drug traffickers had told me by then, in letters sent from prison, that Braun was an informant, and a person who'd spoken extensively with him had said he expected to be let off with time served because of the information he'd provided. Braun's lawyer told the court he'd put his past behind him and was now a "successful businessperson" and a responsible husband and father.

"Your Honor, I just wanted to let you know and the court know that I'm really sorry for my wrongdoings in the past, and I've changed a whole lot since then, and I have many, many reasons to continue to do good in the future in my current lifestyle," Braun said.

But the judge, Kiyo Matsumoto, said she'd received anonymous letters alerting her to civil lawsuits against Braun. In one, a man claimed that Braun had pushed him off a deck; in another, a borrower said Braun had threatened him with violence. She asked the prosecutor, Craig Heeren, if Braun had done anything during his years out on bail that might warrant a longer sentence. Heeren said he didn't think so.

"I believe there was a fairly thorough investigation of that done," Heeren said. "We've met with Mr. Braun as well and spoken to him directly about the conduct, and he's obviously denied it."

The judge was unconvinced. She sentenced Braun to 10 years. Braun's friends and family members looked shocked. Matsumoto told Braun he could take a few months to get his affairs in order before reporting to prison. As everyone walked out of the courtroom, Braun confronted me again. "This guy's a c---sucker!" he yelled. "F--- you! You know what you do!"

# "From what I've heard, he's a legend"

The minimum-security prison in Otisville, N.Y., where Braun served his one-year stint, has long been a favored destination for Jewish white-collar criminals unlucky enough to wind up behind bars. An Orthodox rabbi holds services in a chapel lined with Hebrew texts. Lawrence Dressler, a lawyer who served time for mortgage fraud and now blogs about goings-on at Otisville under his prison nickname, Larry Noodles, recalled celebrating holidays with meals that included challah, freshly made hummus, and gefilte fish. Among Braun's fellow inmates were former Trump lawyer Michael Cohen and state Assembly Speaker Sheldon Silver. Braun, who attended services at Young Israel of Staten Island on the outside, seems to have coped well enough. Two men who were there at the time said that his visitors came in Bentleys, clad in Gucci, and that he had another inmate cook him meals with contraband vegetables.

On Jan. 20, 2021, the day of Joe Biden's inauguration, Braun walked out of Otisville. He told a friend that he planned to stop for a mani-pedi on his way back to Brooklyn. His family sent out last-minute invitations for a "Freedom Bash." That night, at an event space in Borough Park, Avi Perets, a popular Israeli singer, performed as merchant cash-advance salesmen buttonholed Braun and asked him for advice.

Within a few months, the tips about him started coming to me, in direct messages, texts, and late-night calls. "Let me know if you need any info on Jon Braun," one wrote. "You're not even at the tip of the iceberg," another texted. I started calling around to anyone in Braun's circles, and eventually eight of his current and former business partners and friends shared details of Braun's new operation in Borough Park. Most asked for anonymity, because they're afraid of him.

They told me that on the second floor of that brick building on Brooklyn's 13th Avenue about two dozen men work the phones. Some sweet-talk potential borrowers; others browbeat those who've fallen behind. Most use aliases when speaking with clients, and some don't even know each other's real names. Braun sits in a windowless room off the main bullpen—sometimes puffing on a vape pen, sometimes Newports—and reviews borrowers' bank statements.



A parking garage in the building where Braun works in Borough Park.
*Photographer: Philip Montgomery for Bloomberg Businessweek*

He doesn't talk to customers on the phone much anymore, according to the current and former business partners, and he's careful not to sign his name to any documents. Two of his cousins serve as his top lieutenants. But it's Braun, the sources said, who decides who gets a loan, how much they're charged, and how to collect the debts.

The customers are truckers, contractors, cleaners, and butchers, in big cities and small towns from Texas to New York. In interviews, the borrowers said they'd known they were taking on costly debt. But some said salespeople tricked them by promising they'd get a second, cheaper loan once they paid back the first one or ripped them off by holding back as much as a third of the loan proceeds for hidden fees. The better loans never materialized. It sounded a lot like Braun's old lending business.

"These guys prey on people like me—people who've put so much money in their business that it's affected their credit," said Brian Massey, a mechanic in Memphis. He said he was promised a $20,000 loan on good terms and ended up with $7,000 at an annualized interest rate of 3,424%. In January, overwhelmed by the payments on that debt and other cash advances, he closed his shop and took a job as a security guard, he said.

Others also recounted having to lay off employees, borrow money from others, or close their doors. One, an executive recruiter, took his own life in May, leaving a note citing financial distress, according to an investigator's report, though the recruiter's friends told me his main concern had been a larger debt he owed to a Mafia-connected loan shark in Florida.

Braun rarely uses confessions of judgment to collect his debts now that the tactic is heavily restricted in New York. But he's found a similar maneuver in a neighboring state. In more than 100 cases in a Connecticut court, companies associated with Braun—including Matrix Advance, Bridge Funding Cap, and Gofund Advance—have used a legal

procedure called prejudgment attachment. It relies on a clause deep in the fine print of the documents that borrowers must sign to get a loan, which allows a lawyer to go into their bank accounts and make their deposits inaccessible. With Braun essentially holding their money hostage, the borrower will usually agree to a settlement on his terms.

That's what happened to Marvin Jackson, a trucker in Round Rock, Texas, who'd named his company Amazing Grace Carrier Inc., after his grandmother's favorite song in church. He agreed to borrow $15,000 from Fundura Capital in June and pay back $799 a day. After fees, Jackson received only $11,000, and three weeks later, after he'd missed payments, Fundura used prejudgment attachment to have his bank account locked. It <u>sued him for $25,495</u>—more than twice what he'd received. Jackson quickly agreed to a settlement. "I'm a small business trying to get off the ground. They were trying to bury me," he said.

Sruly Getter, a former electrician who's now one of Braun's top salesmen according to the sources familiar with the business, signed one of the court documents in Jackson's case. But when I called him, he denied any connection to Braun. "I have no idea who's Jonathan Braun," Getter said. This was less than convincing, because based on a description from one of the tipsters, I was pretty sure I'd seen him arriving at the Borough Park building in his own Bentley. Pressed, he admitted only to knowing of Braun. "From what I've heard, he's a legend," he said.

Other salesmen's stories weren't much more credible. Joseph Kroen, a former car salesman who's signed court papers for some of the companies in the network, acknowledged that he'd worked with Braun, but he said Braun was only a consultant who advised him on how to best deal with people. "He knows what people want, he knows how to read people, he knows how to make people live in peace," Kroen said. A third salesman said having Braun as a consultant was like getting stock tips from Warren Buffett. "You would be stupid not to take his advice," he said.

One of my tipsters gave me Braun's new phone number, and in November I called. First he hung up on me. When we talked later, he said he knew all about my recent reporting. He said that he'd heard recordings of me asking questions based on what he said was false information and that he knew who my sources were. He even texted over a photo of me sitting in the office of his brother-in-law, who also runs a merchant cash-advance company. Someone had snapped it surreptitiously. "You went to my drug-addicted, alcoholic brother-in-law, and I don't know what his issue is with me, but he made up a whole bunch of stuff," Braun said. The brother-in-law denied the substance-abuse claims but said he didn't want to say more, because his mother would be mad.

Braun did acknowledge working for a business that does consulting for cash-advance companies, but he wouldn't say which ones. He said he didn't file prejudgment attachment cases in Connecticut, and he denied cheating anyone, ever. "I definitely do not break the law whatsoever," Braun said. "I go out of my way to not be involved in any shenanigans at all."

Despite the devastation Braun's borrowers allege he's caused them, the court system rarely holds him back. More often, it helps him collect his debts. The contracts the borrowers sign are filled with so much punitive fine print that they allow him to do pretty much anything he wants. Even in a 2018 case, in which a judge ruled that Braun's company had defrauded a plumber, the penalty was simply to pay the money back.

The federal prosecutors in Brooklyn who handled Braun's drug-trafficking case declined to comment on whether they've looked into his loans. A criminal investigation by the New York City Police Department before Braun's prison sentence went nowhere. A detective, Joseph Nicolosi, interviewed others in the cash-advance industry about Braun, even stopping a private jet on the tarmac at a New Jersey airport to talk with his associates, according to some of the people involved. In August 2020, a lawyer, who was representing a different group of Braun's associates, said at a court hearing in a civil case that a federal prosecutor

in Manhattan was planning to file criminal charges based on Nicolosi's findings. But a year and a half later, no criminal case has materialized, and no one I talked to said they'd heard from authorities since Braun had gotten out of prison. Nicolosi and the Manhattan prosecutor, Louis Pellegrino, declined to comment.

While Braun was in prison, the Federal Trade Commission sued him over his lending practices. He denied any wrongdoing in the case, which is pending. He's missed deadlines to respond to the New York attorney general's lawsuit against him, and the state is now seeking a $77 million default judgment. But it might be hard to collect that money from someone who knows all the ins and outs of debt-collection law, especially because the AG can't resort to the kinds of legal tricks Braun uses. Braun's associates say he keeps no assets in his name, anyway. If he's assessed a penalty, he can plead poverty and avoid paying it.

That doesn't mean he's broke. He was photographed recently wearing Gucci slippers and what looked to be a Patek Philippe Aquanaut watch, worth about $120,000. He's building a 20,000-square-foot mansion in Lawrence, N.Y., on Long Island's south shore. On paper, his wife owns it, but he's bragged about it to friends. One Otisville inmate remembers Braun spreading out the blueprints on a table in a common room and ostentatiously reviewing the details. Plans filed with the village's buildings department show that it will have 10 bedrooms, 14 bathrooms, and two elevators, one of them for cars. A rendering depicts a Bentley parked outside.

In July, Braun traveled to Miami for a relative's wedding. Another guest says they heard him bragging about the money he was making from cash advances. During the toasts, Braun smirked as the best man joked about his time in prison. "I see Itzik from Israel, Mr. Krys from Mexico, Camilo is here from Colombia, but most amazingly, Jon Braun is here all the way from Otisville!" the best man said. "Thank you, President Donald J. Trump." —With Zachary R. Mider