UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>RCG ADVANCES, LLC, a limited liability company, f/k/a Richmond Capital Group, LLC, also d/b/a Viceroy Capital Funding and Ram Capital Funding,<br><br>RAM CAPITAL FUNDING LLC, a limited liability company,<br><br>ROBERT L. GIARDINA, individually and as an owner and officer of RCG ADVANCES, LLC,<br><br>JONATHAN BRAUN, individually and as a *de facto* owner and an officer or manager of RCG ADVANCES, LLC, and<br><br>TZVI REICH, a/k/a Steven Reich, individually and as an owner and officer of RAM CAPITAL FUNDING LLC, and as a manager of RCG ADVANCES, LLC,<br><br>    Defendants. | Case No. 20-CV-4432<br><br>**STIPULATION EXTENDING TIME TO ANSWER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for Plaintiff and Defendant JONATHAN BRAUN individually that the time within which Defendant JONATHAN BRAUN may submit a reply in further support of his Cross Motion to Amend Responses to Requests for Admissions (ECF No. 123) is hereby extended up to and including June 10, 2022.

Dated:   New York, New York
             June 1, 2022

|   |   |
|---|---|
| */s/Gregory Ashe*_____<br>GREGORY ASHE<br>Federal Trade Commission<br>600 Pennsylvania Ave. NW<br>Mail Stop CC-10232<br>Washington, DC 20580<br>Tel: (202) 326-2077<br>Facsimile: (202) 326-2752<br>Email: gashe@ftc.gov | BARATTA, BARATTA & AIDALA LLP<br><br>*/s/Joseph P. Baratta*_____<br>JOSEPH P. BARATTA<br>546 Fifth Avenue<br>New York, NY 10036<br>Tel: (212) 750-9700<br>Facsimile: (212) 202-4435<br>Email:  jpbaratta@barattalaw.com<br>*Attorneys for Defendant Jonathan Braun* |

| | |
|---|---|
| Julia Heald<br>Federal Trade Commission<br>600 Pennsylvania Ave. NW<br>Mail Stop CC-10232<br>Washington, DC 20580<br>Tel: (202) 326-2905<br>Facsimile: (202) 326-2752<br>Email: jheald@ftc.gov | AIDALA, BERTUNA & KAMINS, P.C.<br><br>*/s/Michael DiBenedetto*_____<br>MICHAEL DIBENEDETTO<br>546 Fifth Avenue<br>New York, NY 10036<br>Tel: (212) 750-9700<br>Facsimile: (212) 202-4435<br>Email: mdibenedetto@barattalaw.com<br>*Attorneys for Defendant Jonathan Braun* |

**SO ORDERED:**

_____