UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

-------------------------------------------------------X
FEDERAL TRADE COMMISSION,

                Plaintiff,

- against -

RCG ADVANCES, LLC et al.,

                Defendants.
-------------------------------------------------------X

USDC SDNY
20-cv-4432 (LAK)
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2022

### NOTICE OF CROSS-MOTION

**PLEASE TAKE NOTICE** that upon the annexed memorandum dated May 13, 2022, the annexed declaration in support of cross-motion of Joseph P. Baratta, Esq. dated May 13, 2022, together with its annexed exhibits, the annexed declaration of Jonathan Braun in support of cross-motion dated May 13, 2022, together with its annexed exhibits, and upon all prior pleadings and proceedings herein, Defendant Jonathan Braun, through his undersigned counsel, will cross-move this Court, in the United States District Court for the Southern District of New York, 500 Pearl St., New York, New York 10007, on a date to be scheduled by the Court, for an order (1) pursuant to Fed. R. Civ. P. Rule 36(b) withdrawing the deemed admissions to the FTC's requests for admission and accepting the late responses Braun served on the FTC as the operative responses to the FTC's requests for admissions; and (2) pursuant to Fed. R. Civ. P. 15(a), allowing Braun to amend his answer to interpose a statute of limitations defense; and (3) granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
May 13, 2022

BARATTA, BARATTA & AIDALA LLP

By: _____
Joseph P. Baratta, Esq.
Michael DiBenedetto, Esq.
546 5th Avenue, 6th Floor
New York, NY 10036
212-750-9700
jpbaratta@barattalaw.com
*Counsel for Defendant Braun*

The cross-motion is denied substantially for the reasons stated by plaintiff in Dkt. 123.

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
6/7/22