# B<small>ARATTA</small>, B<small>ARATTA</small> & A<small>IDALA</small> LLP

ATTORNEYS AT LAW
546 FIFTH AVENUE
NEW YORK, NEW YORK 10036

(212) 750-9700

J<small>OSEPH</small> P. B<small>ARATTA</small>
J<small>OSEPH</small> A. B<small>ARATTA</small>*
A<small>RTHUR</small> L. A<small>IDALA</small>*
-----------
O<small>F</small> C<small>OUNSEL</small>:
H<small>ON</small>. B<small>ARRY</small> K<small>AMINS</small> (R<small>ET</small>)
H<small>ON</small>. J<small>OHN</small> M. L<small>EVENTHAL</small> (R<small>ET</small>)
M<small>ARIANNE</small> B<small>ERTUNA</small>*
M<small>ICHAEL</small> V. C<small>IBELLA</small>
I<small>MRAN</small> H. A<small>NSARI</small>*
J<small>OHN</small> E<small>SPOSITO</small>*
D<small>IANA</small> S<small>AMSON</small>#
M<small>ICHAEL</small> J<small>ACCARINO</small>
M<small>ICHAEL</small> D<small>I</small>B<small>ENEDETTO</small>*

* A<small>LSO</small> A<small>DMITTED</small> I<small>N</small> NJ
# A<small>LSO</small> A<small>DMITTED</small> I<small>N</small> CT

F<small>ACSIMILE</small>: (917) 261-4832
<small>E-FAX</small>: (212) 202-4435
<small>WWW.BARATTALAW.COM</small>

<u>B<small>ROOKLYN</small> O<small>FFICE</small></u>
8118 13<small>TH</small> A<small>VENUE</small>
B<small>ROOKLYN</small>, N<small>EW</small> Y<small>ORK</small> 11228

<u>N<small>EW</small> J<small>ERSEY</small> O<small>FFICE</small></u>
340 N<small>ORTH</small> A<small>VENUE</small>, 3<small>RD</small> F<small>LOOR</small>
C<small>RANFORD</small>, N<small>EW</small> J<small>ERSEY</small> 07016

June 10, 2022

The Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re: FTC v. RCG Advances, LLC, et al.
         1:20-cv-04432-LAK

Dear Judge Kaplan,

  We represent Defendant Jonathan Braun ("Braun") in the above-captioned action. On June 2, 2022, the Court granted Braun until June 10, 2022 to submit a reply in further support of his cross-motion seeking to withdraw and amend deemed admissions and separately to amend his answer and interpose a statute of limitation defense. (ECF 126). On June 7, 2022, before Braun had submitted his reply or the motion was fully briefed, the Court denied Braun's cross-motion. (ECF 130).

  In accord with the Court's order dated June 2, 2022, the motion has not been fully briefed and Braun still has the opportunity to reply to the FTC's opposition. Braun therefore respectfully requests that the Court consider his annexed reply and withdraw the June 7, 2022 order denying Braun's cross-motion prior to any decision.

BARATTA, BARATTA & AIDALA LLP                                                                                                          Page 2

We thank the Court for its time and attention.

                                                                 Respectfully submitted,

                                                                 Baratta, Baratta & Aidala LLP

                                          By:       /s/Joseph P. Baratta
                                                                    Joseph P. Baratta

JPB/dr

cc:     Gregory Ashe *(via ECF)*
         Federal Trade Commission
         Email: gashe@ftc.gov

         Julia Heald *(via ECF)*
         Federal Trade Commission
         Email: jheald@ftc.gov