UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/22

FEDERAL TRADE COMMISSION,

   Plaintiff,

   v.

RCG ADVANCES, LLC, et al.,

   Defendants.

Case No. 20-CV-4432-LAK

[proposed] ORDER DIRECTING LIQUIDATION AND TRANSFER OF CERTAIN ASSETS TO EFFECTUATE FINAL ORDER

This cause is before the Court on the stipulated motion of the FTC and Defendants RCG Advances, LLC and Robert Giardina (the "RCG Defendants") for an order directing the liquidation and transfer of certain funds to effectuate the monetary provisions of the Stipulated Order for Permanent Injunction, Monetary Judgment, and Civil Penalty as to Defendants RCG Advances LLC and Robert Giardina, entered on June 2, 2022 (ECF No. 127). The Court having considered the pleadings and other filings and being fully advised in the premises finds good cause exists to grant the requested order. Accordingly, it is hereby **ORDERED** that the stipulated motion is **GRANTED**.

**IT IS FURTHER ORDERED** that, within five (5) business days of the receipt of this Order through any means, CJS Select Technology Fund LLC and any other necessary person shall liquidate, or cause to be liquidated, CJS Technology Select Management account number xxxx299 in the name of Feingold Morgan Sanchez Trust/Escrow FBO Richmond Capital (or any successor account) and transfer the proceeds of such liquidation to Citibank account number xxxx0997 in the name of J. Iandolo Law P.C. in accordance with written instructions to be provided by counsel to the RCG Defendants.

SO ORDERED this ___9___ day of ___July___, 2022.

_____
Lewis A. Kaplan
United States District Judge