EXHIBIT E



**From:** Steven Baldassarra <sb@broadstreetglobalfund.com>
**Sent:** Monday, April 4, 2022 3:48:13 PM
**To:** Anthony Varbero <anthony.varbero@murelaw.com>
**Cc:** J Iandolo <jiandolo@jiandololaw.com>; Lawrence P. Giardina, Esq.
<somedont@aol.com>; david.casagrande@murelaw.com
<david.casagrande@murelaw.com>
**Subject:** Re: RCG Update

Anthony, redemptions are handled as provided in the legal
documents. Random demands, phone calls, threats will not
change our compliance with the legal terms. I requested your
professionalism before, however that went ignored. We will
completely honor our legal obligations however communication
with you is not productive. In the future I suggest someone with
professionalism handle this. Thank you



REDACTED

**From:** Steven Baldassarra <sb@broadstreetglobalfund.com>
**Sent:** Monday, April 4, 2022 4:15:43 PM
**To:** Anthony Varbero <anthony.varbero@murelaw.com>
**Cc:** J Iandolo <jiandolo@jiandololaw.com>; Lawrence P. Giardina, Esq.
<somedont@aol.com>; david.casagrande@murelaw.com
<david.casagrande@murelaw.com>
**Subject:** Re: RCG Update

Anthony, not reading documents as an attorney is very unprofessional. There are certain redemption rights per series in our hedge fund. I don't work for you and will follow our policy and procedures. I suggest you read our documents. Thanks