# EXHIBIT F

REDACTED

From: Ashe, Gregory <GASHE@ftc.gov>
Date: Mon, Jul 11, 2022 at 11:26 AM
Subject: RE: FTC v. RCG Advances, Case No. 1:20-cv-04432-LAK (S.D.N.Y.)
To: Steven Baldassarra <sb@broadstreetglobalfund.com>
Cc: Anthony Varbero <anthony.varbero@murelaw.com>, David Casagrande <david.casagrande@murelaw.com>, Jeremy M. Iandolo, Esq. <jiandolo@jiandololaw.com>, Heald, Julia <jheald@ftc.gov>

Mr. Baldassarra,

Attached please find an order entered by the Court in the above-referenced action. The Order directs CJS Technology to liquidate account xxxx299 in the name of Feingold Morgan Sanchez Trust/Escrow FBO Richmond Capital (or any successor account) and transfer the proceeds of such liquidation to Citibank account xxxx0997 in the name of J. Iandolo Law P.C.

One of Mr. Varbero, Mr. Casagrande, or Mr. Iandolo will send you the appropriate wire transfer instructions.

Do not hesitate to contact me or my co-counsel Julia Heald should you have any questions. You can also reach out to RCG's counsel noted above.

Gregory Ashe

Senior Staff Attorney

Federal Trade Commission

600 Pennsylvania Avenue NW

Washington, DC 20580

(202) 326-3719