UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/2022

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

RCG ADVANCES, LLC et al.

Defendants.

Case No. 20-CV-4432-LAK

[XXXXXX] [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW MARGUERITE L. MOELLER AS COUNSEL FOR THE FTC

    Upon consideration of the Federal Trade Commission's Motion to Withdraw Marguerite L. Moeller As Counsel For The FTC, **IT IS SO ORDERED** that Marguerite L. Moeller is withdrawn as counsel for the Federal Trade Commission.

/s/ Lewis A. Kaplan (mab)
_____
Hon. Lewis A. Kaplan, United States District Judge

Dated: __July 22, 2022_____

1