UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ FEDERAL TRADE COMMISSION,       │
│ et al.,                         │
│                                 │
│            Plaintiffs,          │
│                                 │
│      -v-                        │
│                                 │
│ RCG ADVANCES LLC and            │
│ ROBERT GIARDINA,                │
│                                 │
│            Defendants.          │
└─────────────────────────────────┘
```

20-cv-4432 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On June 2, 2022, Judge Kaplan (to whom this case was then assigned) entered a stipulated order resolving claims asserted by plaintiff the Federal Trade Commission against defendants RCG Advances LLC and Robert Giordana (collectively, the "RCG Defendants"). See ECF No. 127. To effectuate that order, on July 9, 2022, Judge Kaplan ordered that the assets in a CJS Technology Select Management Account numbered xxxx299 and in the name of Feingold Morgan Sanchez Trust/Escrow FBO Richmond Capital (or any successor account) be liquidated and transferred to a Citibank account in the name of J. Iandolo Law P.C. See ECF No. 139. On July 14, 2022, Broad Street Global Fund SCSp, Broad Street GP II S.ar.l., CJS Technology Select Fund LLC, and CJS Financial Corp. (collectively, the "Broad Street Intervenors") sought to intervene and vacate the Court's liquidation order. See ECF No. 139. Meanwhile, on September 6, 2022, the RCG Defendants requested that the Court enforce its liquidation order. See ECF No. 161.

1

This case was reassigned to the undersigned on October 27, 2022. On November 22, 2022, the Court held a conference at which it instructed the parties to confer amongst themselves and see if they could reach agreement about a firm, fixed date by which the Court's liquidation order must be effected. On November 29, 2022, the Federal Trade Commission, the RCG Defendants, and the Broad Street Intervenors jointly informed the Court that they consented to the effectuation of that liquidation order by January 6, 2022. Thus, it is hereby ordered that the assets in that certain CJS Technology Select Management Account numbered xxxx299 and in the name of Feingold Morgan Sanchez Trust/Escrow FBO Richmond Capital (or any successor account) be liquidated and transferred to a Citibank account in the name of J. Iandolo Law P.C by no later than January 6, 2022.

The Clerk is respectfully directed to close entries 109 and 161 on the docket.

SO ORDERED.

New York, NY
November 29, 2022

_____
JED S. RAKOFF, U.S.D.J.