UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>　　　　Plaintiffs,<br><br>　　-v-<br><br>RCG ADVANCES LLC and ROBERT GIARDINA,<br><br>　　　　Defendants. | 20-cv-4432 (JSR)<br><br>ERRATUM |

JED S. RAKOFF, U.S.D.J.:

　　The Court's Order (Dkt. 165) compelling liquidation of certain assets is hereby corrected as follows. The last sentence of the concluding paragraph, on page 2, should be replaced with the following:

　　The Clerk is respectfully directed to close entries 159 and 161 on the docket.

　　Accordingly, the Clerk is respectfully directed to re-open entry 109 and to close entry 159 on the docket.

　　SO ORDERED.

New York, NY
November 30, 2022

　　　　　　　　　　　　　　　　　　／s／ Jed S. Rakoff
　　　　　　　　　　　　　　　　　　JED S. RAKOFF, U.S.D.J.

1