# EXHIBIT "G"

**From:** Anthony Varbero <anthony.varbero@murelaw.com>
**Subject: FTC v. RCG Advances - Settlement**
**Date:** March 17, 2022 at 12:24:42 PM EDT
**To:** "Ashe, Gregory" <GASHE@ftc.gov>, David Casagrande <david.casagrande@murelaw.com>
**Cc:** "Heald, Julia" <jheald@ftc.gov>

Gregory,

I hope this email finds you well.  I sent an email to Mr. Jeremy Iandolo a short while ago regarding the pending litigation for RCG and/or Giardina.  Below is the information where funds are being held on Richmond Capital's behalf.  Therefore, it is my understanding that you have the information to update the settlement agreement for a final version.  Please let us know if you need any other information for the settlement.  I will be traveling tomorrow and out of town until Monday evening.  Therefore, if you have any questions, we should try to get on a call today, otherwise David Casagrande is available. He is in the office preparing for a trial beginning next week.

Anthony



**Statement**

CJS Technology Select Management
40 W Broad St Ste 360
Greenville, SC 29601
Phone: (833)(274-3863)

An Affiliate of
www.broadstreetglobalfund.com

| | |
|---|---|
| STATEMENT DATE: | 4th Quarter Ended 12/31/2021 |
| ACCOUNT NUMBER: | ▇-299 |
| COMPANY NAME: | CJS Technology Select Management |

FEINGOLD MORGAN SANCHEZ TRUST/ESCROW
FBO RICHMOND CAPITAL
4440 PGA BLVD SUITE 600
PALM BEACH GARDENS, FL 33410

--
Best Regards,
Robert Giardina