# EXHIBIT "I"

**From:** Ashe, Gregory <GASHE@ftc.gov>
**Date:** Monday, July 11, 2022 at 11:26 AM
**To:** Steven Baldassarra <sb@broadstreetglobalfund.com>
**Cc:** Anthony Varbero <anthony.varbero@murelaw.com>, David Casagrande <david.casagrande@murelaw.com>, Jeremy M. Iandolo, Esq. <jiandolo@jiandololaw.com>, Heald, Julia <jheald@ftc.gov>
**Subject:** RE: FTC v. RCG Advances, Case No. 1:20-cv-04432-LAK (S.D.N.Y.)

Mr. Baldassarra,

Attached please find an order entered by the Court in the above-referenced action. The Order directs CJS Technology to liquidate account xxxx299 in the name of Feingold Morgan Sanchez Trust/Escrow FBO Richmond Capital (or any successor account) and transfer the proceeds of such liquidation to Citibank account xxxx0997 in the name of J. Iandolo Law P.C.

One of Mr. Varbero, Mr. Casagrande, or Mr. Iandolo will send you the appropriate wire transfer instructions.

Do not hesitate to contact me or my co-counsel Julia Heald should you have any questions. You can also reach out to RCG's counsel noted above.

Gregory Ashe

Senior Staff Attorney

Federal Trade Commission

600 Pennsylvania Avenue NW

Washington, DC 20580

(202) 326-3719

---

**From:** Steven Baldassarra <sb@broadstreetglobalfund.com>
**Sent:** Tuesday, March 22, 2022 11:30 AM

**To:** Heald, Julia <jheald@ftc.gov>
**Cc:** Anthony Varbero <anthony.varbero@murelaw.com>; David Casagrande <david.casagrande@murelaw.com>; Ashe, Gregory <GASHE@ftc.gov>
**Subject:** Re: FTC v. RCG Advances

Thank you for your email. Technically I believe the account is characterized as ownership in a pooled investment fund. Please let me know if I can be of further assistance.

On Tue, Mar 22, 2022 at 10:00 AM Heald, Julia <jheald@ftc.gov> wrote:

> Mr. Baldassarra,
>
> Thank you for this information. Is account no. xxxx299 an investment account, or is it another kind of account? The type of account will determine the method by which a security interest is perfected and the form of the agreement needed.
>
> Thanks,
>
> Julia
>
> ---
>
> Julia E. Heald
>
> Division of Financial Practices
>
> Federal Trade Commission
>
> 600 Pennsylvania Avenue, NW
>
> Mailstop CC-10232
>
> Washington, DC 20580
>
> Phone: (202) 629-8489
>
> Email: jheald@ftc.gov
>
> Pronouns: she/her
>
> **From:** Steven Baldassarra <sb@broadstreetglobalfund.com>
> **Sent:** Monday, March 21, 2022 4:54 PM
> **To:** Heald, Julia <jheald@ftc.gov>
> **Cc:** Anthony Varbero <anthony.varbero@murelaw.com>; David Casagrande <david.casagrande@murelaw.com>; Ashe, Gregory <GASHE@ftc.gov>
> **Subject:** Re: FTC v. RCG Advances
>
> Dear Ms. Heald,

Thank you for your letter, which is undated but was received on March 21, 2022. The Broad Street Global Fund is a fund and not a bank. Pointing out that distinction, however, we are aware of your proposed settlement, do have the assets associated to your referenced account and believe they will be able to satisfy the proposed amounts of the settlement and are happy to execute any such document needed to achieve your goal and the settling parties goals. Kindly forward any appropriate agreement and I will have our legal counsel review and make sure that it is satisfactory for all parties needing to sign. Thank you.

On Mon, Mar 21, 2022 at 11:27 AM Heald, Julia <jheald@ftc.gov> wrote:

> Mr. Baldassarra,
>
> Please see the attached letter.
>
> Thank you,
>
> Julia
>
> ---
>
> Julia E. Heald
>
> Division of Financial Practices
>
> Federal Trade Commission
>
> 600 Pennsylvania Avenue, NW
>
> Mailstop CC-10232
>
> Washington, DC 20580
>
> Phone: (202) 629-8489
>
> Email: jheald@ftc.gov
>
> Pronouns: she/her

--

Steven Baldassarra

Director and Fund Manager

Broad Street Global Fund

PH: 833.BSGFUND (274-3863)

sb@broadstreetglobalfund.com

1/12/22, 8:41 AM  CRGNY Mail - FW: FTC v. RCG Advances, Case No. 1:20-cv-04432-LAK (S.D.N.Y.)
Case 1:20-cv-04432-JSR   Document 169-9   Filed 03/15/23   Page 5 of 5
www.broadstreetglobalfund.com

--

Steven Baldassarra

Director and Fund Manager

Broad Street Global Fund

PH: 833.BSGFUND (274-3863)

sb@broadstreetglobalfund.com

www.broadstreetglobalfund.com

  **138 Order to liquidate security account to effectuate final order.pdf**
66K