# EXHIBIT "P"

# Michael Ross

| | |
|---|---|
| **From:** | Casey Cummings <casey@rosenbergcummings.com> |
| **Sent:** | Thursday, September 8, 2022 1:50 PM |
| **To:** | Michael Ross |
| **Cc:** | Marc Rosenthal; Casey Cummings; Charlie Xie; Dexter Sabbath; Christian Dredge |
| **Subject:** | August 26, 2022 Letter to David Feingold, Esq. o/b/o RCG Advances, LLC and Robert Giardina |

Good afternoon Mr. Ross,

I hope all is well. My name is Casey Cummings and I'm an attorney with Rosenberg & Cummings PLLC (the "Firm"). The Firm has been retained by Mr. David Feingold, Esq. regarding your August 26, 2022 letter sent to Irwin Weltz, Esq., Mr. Feingold's New York counsel, on behalf of your clients RCG Advances, LLC and Mr. Robert Giardina.

We're in receipt of the above referenced letter. We will review it and get back to you shortly. Moving forward, please direct all communications regarding this matter to the Firm. Thank you.

Sincerely,

Casey Cummings

--
**Casey R Cummings Esq.**
**Rosenberg & Cummings PLLC**
**802 NE 20th Ave, Fort Lauderdale, FL 33304**
**P. 954-769-1344 F. 954-206-0818 C. 267-980-2424**
**Casey@Rosenbergcummings.com**
**www.RosenbergCummings.com**

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same.