UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FEDERAL TRADE COMMISSION,

                        Plaintiff,        1:20-CV-044332 LAK

-against-                           **SUBSTITUTION OF COUNSEL**

RCG ADVANCES, LLC,
RAM CAPITAL FUNDING LLC,
ROBERT L. GIARDINA,
JONATHAN BRAUN, and
TZVI REICH

                        Defendants,
------------------------------------------------------------X

The undersigned hereby consent to and agrees that the law firm of **J. Iandolo Law** be hereby substituted in place and stead of **JOSEPH MURE JR. & ASSOCIATES** as attorneys for the defendants, RCG Advances, LLC and Robert Giardina in the above-captioned action. This substitution may be executed in any number of counterparts each of which shall be deemed to be an original, but all of which together shall constitute one and the same instrument.

Dated: Brooklyn, New York
         March 14, 2023

OUTGOING ATTORNEYS:                   INCOMING ATTORNEYS:

Anthony Varbero                             Jeremy Iandolo
**JOSEPH MURE JR., & ASSOCIATES**        **J. IANDOLO LAW**
26 Court Street, Suite 1200              7621 13th Avenue
Brooklyn, New York 11242               Brooklyn, New York 11228
Tel:  (718)852-9100                           Tel:  (347)850-6022

_____    3/20/23
RCG Advances, LLC                  Date
Robert Giardina


_____    3/20/23
Robert Giardina                    Date