EXHIBIT 4

# MINORITY RIGHTS FOR SALE IN PROJECTS LISTED BELOW

| PROJECT NAME | | | | TOTAL EXPECTED PAY ON ENTIRE PROJECT |
|---|---|---|---|---|
| Anderson Harper Farm Land<br><br>Williamston Rd & Plantation Road<br>Anderson, SC 29621<br>COUNTY TMS ID 175-00-09-006 | | | | 7,996,573.49 |
| Gaffney Project<br><br>Hyatt Street & Nancy Creek Road<br>Gaffney, SC<br>COUNTY TMS ID 062-00-00-029 | | | | 10,172,581.00 |
| Gap Creek Project<br><br>E Gap Creek Road & N. Howell Rd.<br>Greer, SC<br>COUNTY TMS ID 0536.01-01-049 | | | | 5,266,960.81 |
| Hunts Bridge (Fountain Inn)<br><br>Huntsbridge Rd & Durbin Rd<br>Fountain Inn, Laurens, SC<br>COUNTY TMS ID 122-00-00-005 | | | | 1,768,859.00 |
| Standing Springs Development<br><br>Chestnut ridge road<br>Greenville, SC<br>COUNTY TMS ID 175-00-09-006 | | | | 7,270,263.22 |
| Wilson Bridge Development<br><br>Wilson Bridge Rd, Fountain Inn, SC<br>COUNTY TMS ID 0336.00-01-003.01 | | | | 2,308,349.52 |
| Woodruff 101 Development<br><br>Lakestone<br>Woodruff, SC 29388<br>COUNTY TMS ID 4-24-00-020.02 | | | | 3,884,927.00 |

TOTAL VALUE   PORTFOLIO

| | |
|---|---|
| | $38,668,514.04 |

PARTIAL PERCENTAGE RIGHTS AVAILABLE  = 10.34%

APPROXIMATE NET VALUE TO INVESTOR  OF PERCENTAGE RIGHTS

= $3,998,324.30

dotloop signature verification: dtlp.us/xSSH-8Ke5-5N8w





**EXCLUSIVE RIGHT TO SELL LISTING AGREEMENT**

This Exclusive Right to Sell Listing Agreement, hereinafter known as "Agreement", is by and between North Group Real Estate LLC _____ (Name of Firm), hereinafter known as "Firm" and Broadstreet Global Fund _____ hereinafter known as "Client".

In consideration of Firm's agreement to list the following described property, hereinafter known as "Property," for sale and to use its efforts to find a buyer, Client agrees with Firm as follows:

**1. EXCLUSIVE RIGHT TO SELL:** For a period extending until 11:59 p.m. (based upon the time at the locale of the Firm's office) on 10/01/2022 _____, Firm shall have the exclusive right to sell the Property as agent of Client at the price and on the terms set forth below, or upon such other terms as may be agreed upon in writing by Client with any buyer. **Client represents that, as of the commencement date of this Agreement, Client is not a party to a listing agreement with any other firm.**

**2. BROKER COOPERATION/AGENCY RELATIONSHIPS:** Firm has advised Client of Firm's general company policy regarding cooperating with subagents, buyer agents or dual agents. Client has received and read the "Working with Real Estate Agents Disclosure" and authorizes the Firm to compensate (subject to Sections 7b.(i) and 7b.(ii)) and cooperate with the following (Firm agrees to inquire of all agents at the time of initial contact as to their agency status): (CHECK ALL APPLICABLE AGENCIES)
- ☐ subagents of Client
- ☑ buyer agents
- ☑ dual agents representing both Client and the buyer in the same transaction (subject to the terms of Section 16).

**3. PROPERTY: (Address)** Please refer to addendum for tax ID and land locations _____

   **(Legal Description/Description)** _____

   development of land.  Seven portfolios in SC _____

   ☑ See attached Exhibit Addendum _____ for legal description/description of premises.

**To the best of Client's knowledge: (i) the Property is not subject to any rights of first refusal, rights of first offer or similar rights of others to acquire or lease all or a portion of the Property, (ii) as respects the Property there have been no licenses or leases granted or transfers of mineral, oil and gas or other similar rights, (iii) Client has paid or will pay in full all persons recently contracted with (or contracted with hereafter prior to any transaction) to do work related to or affecting the Property and Client will comply with all laws related to mechanics liens, (iv) the streets serving the Property are public streets and are maintained by a public authority, and (v) the Property has not been clad previously (either in whole or in part) with an "exterior insulating and finishing system" commonly known as "EIFS" or '"synthetic stucco", unless disclosed as follows (Insert "None" or the identification of any matters relating to (i) through (v) above, if any):** _____

**4. LISTING TERMS:**

Sales Price: Three million tree hundred thousand.     $3300000 _____

Client Financing Terms: _____

Possession Delivered: Upon satisfactory closing _____

Other Terms: Minority ownership of approximately 10% of above ownership in land evelopment _____

☐ See attached Exhibit _____ for additional listing terms.

This form approved by:
North Carolina Association of REALTORS®, Inc.

**STANDARD FORM 571**
**Revised 7/2022**
**© 7/2022**

Firm Rep. Initials [KP] Client Initials  [ ]

ADVERTISING AND DATABASE LISTINGS:  In connection with the marketing and sale of the Property, Client authorizes and directs Firm: (CHECK ALL APPLICABLE SECTIONS)

☐ to place a sign on the Property. All other signs marketing the Property for sale shall be removed.

☑ **Listing Service**.  To submit pertinent information concerning the Property to any listing service or information exchange of which Firm is a member or in which any of Firm's agents participate and to furnish to such listing service or information exchange notice of all changes of information concerning the Property authorized in writing by Client.  Client authorizes Firm, upon execution of a sales contract for the Property, to notify the listing service or information exchange of the pending sale, and upon closing of the sale, to disseminate sales information, including sales price, to the listing service, information exchange, appraisers and real estate brokers.

☑ **Advertising Other Than On The Internet**.  Client authorizes Firm to advertise the Property in non-Internet media, and to permit other firms to advertise the Property in non-Internet media to the extent and in such manner as Firm may decide.

☑ **Internet Advertising.** Client authorizes Firm to display information about the Property on the Internet either directly or through a program of any listing service or information exchange of which the Firm is a member or in which any of Firm's agents participate, and authorizes other firms who belong to any listing service of which the Firm is a member or in which any of Firm's agents participate to display information about the Property on the Internet in accordance with the listing service or information exchange rules and regulations.  *If Client does not authorize Internet Advertising as set forth above, Client MUST complete an opt-out form in accordance with listing service rules.  (NOTE: NCAR Form #105 may be used for this purpose.)*

If Client authorizes Internet Advertising as set forth above, Client authorizes the display of (*Check ALL applicable sections*):

☑ The address of the Property

☐ Automated estimates of the market value of the Property

☐ Third-party comments about the Property

Client acknowledges and understands that while the marketing services selected above will facilitate the showing and sale of the Property, there are risks associated with allowing access to and disseminating information about the Property that are not within the reasonable control of the Firm, including but not limited to:
1. unauthorized use of a lock/key box,
2. control of visitors during or after a showing or an open house,
3. inappropriate use of information about the Property placed on the Internet or furnished to any listing service in which the Firm participates.

Client therefore agrees to indemnify and hold harmless Firm from any damages, costs, attorneys' fees and other expenses as a result of any personal injury or property loss or damage to Client or any other person not caused by Firm's negligence arising directly or indirectly out of any such marketing services.

MARKETING EXPENSE: In the event that the Property does not sell during the term of this Agreement, Client shall nonetheless be obligated to reimburse Firm for actual documented expenses incurred in marketing the Property up to the amount of $TBD_____.

**5. SPECIAL PROVISIONS:**

_____
_____
_____
_____.

☐ See attached Exhibit _____ for special provisions.

**6. COOPERATION WITH FIRM:**

    **a. Exclusive Rights:** Client agrees to cooperate with Firm to facilitate the sale of the Property. The Property may be shown only by appointment made by or through Firm.  Client immediately shall refer to Firm all inquiries or offers it may receive regarding the Property.  Client agrees to cooperate with Firm in bringing about a sale of the Property. All negotiations shall be conducted through Firm. Firm shall be identified as the contact firm with all state and local economic development agencies being notified of the Property's availability.



Firm Rep. Initials _____   Client Initials _____

STANDARD FORM 571
Revised 7/2022

**b. Services:** No management services, repair services, collection services, notices, legal services or tax services shall be provided by Firm. In the event that Firm does procure any of these services at the request of Client, it is understood and agreed that Firm shall only be acting in the capacity of procurer for Client and shall accrue no liability or responsibility in connection with any services so obtained on behalf of Client. This exclusion of liability and responsibility shall not apply in the event that Firm directly contracts with Client to provide any such service.

**7. COMMISSIONS:** The amount, format or rate of real estate commission is not fixed by law. Commissions are set by each broker individually and may be negotiable between a firm and its client.

    **a. Sales Commissions:**

    (i) Commissions shall be earned when Client accepts an unconditional offer from a buyer or when all conditions have been met following Client's acceptance of a conditional offer from a buyer, whether the buyer is procured by Firm, the Client or anyone else during the term of this Agreement. Client shall pay Firm a commission equal to _____ percent (_____ %) of the gross sales price of the Property, or the sum of dollars (\$_____), whichever is greater, and/or other: <u>Sales commission to be determined prior to closing. Buyers agent to be compensated at 1%</u>

_____.

Commission shall be paid in cash or by bank check. Gross sales price includes any and all consideration received or receivable, in whatever form, by Client including, but not limited to, the assumption or release of existing liabilities. Client shall pay the commission upon delivery of the deed or other evidence of transfer of title or interest; provided, however, if the transaction involves an installment contract, then Client shall pay the commission upon the signing of such installment contract. In the event of any breach or termination by Client of any contract of purchase and sale, it is understood and agreed that the commission remains earned and payable upon notice given by Client to buyer of Client's intent not to proceed with such sale, notwithstanding the basis of such intent not to proceed. In the event Client contributes or conveys the Property or any interest therein to a joint venture, partnership or other business entity or executes an exchange, the commission shall be calculated on the fair market value of the Property or interest therein contributed, conveyed, transferred or exchanged and is payable at the time of the contribution, conveyance, transfer or exchange. If Client is a partnership, corporation or other business entity, and an interest in the partnership, corporation or other business entity is transferred, whether by merger, outright purchase or otherwise, in lieu of a sale of the Property, and applicable law does not prohibit the payment of a fee or commission in connection with such sale or transfer, the commission shall be calculated on the fair market value of the Property, rather than the gross sales price, multiplied by the percentage of interest so transferred, and shall be paid by Client at the time of the transfer. Provided, however that this interest transfer provision shall not apply to a transfer of an interest in a partnership, corporation or other business entity between existing partners, shareholders or other interest holders of the entity.

    ☐    If this box is checked, notwithstanding the foregoing, in the event that there is no cooperating agent involved in a sale transaction, the commission stated in (i) above shall be adjusted to _____ percent (_____ %) of the gross sales price of the Property or dollars (\$_____), whichever is greater, and/or other: _____

For purposes of this subsection only, "cooperating agent" shall mean any agent other than the individual licensee signing on behalf of Firm below.

    (ii) **Options:** _____ % of any option fees shall be paid to Firm at the time such monies are paid to Client, said amount to be applied to commissions payable pursuant to Section 7.a.(i), provided, Firm shall not be paid, on account of this provision, an amount in excess of its entitlement pursuant to Section 7.a.(i).

    (iii) Should there be a forfeiture of earnest money, Firm shall be entitled to _____ % of same, provided that Firm shall not receive an amount in excess of the commission set forth in Section 7.a.(i).

    **b. General Commissions Provisions:**

    (i) Firm shall not be required to compensate or pay any commission to, either directly or indirectly, a buyer who seeks to be compensated or paid a commission in connection with any transaction pursuant to this Agreement.

    (ii) If Firm has worked directly with a buyer in connection with the Property, either as a client or a customer, and such relationship is evidenced in writing (either by a CONFIRMATION OF AGENCY RELATIONSHIP AND REGISTRATION STATEMENT - NCAR Form 510 - or substantially similar registration document), then Firm may not compensate or pay any commission to another real estate agent (not associated with Firm) in connection with any transaction pursuant to this Agreement involving said registered buyer.

STANDARD FORM 571
Revised 7/2022
© 7/2022

Firm Rep. Initials: _KP_   Client Initials _JB_

dotloop signature verification: dtlp.us/KSSn-8Ke5-SN8w

(iii) In the event Client fails to make payments within the time limits set forth in this Agreement, then the delinquent amount shall bear interest from the date due until paid at the maximum rate permitted in the state of North Carolina. If Firm is required to institute legal action (including mediation or arbitration) against Client relating to this Agreement, Firm shall be entitled to costs of such action.

(iv) In the event Client sells or otherwise disposes of its interest in the Property, Client shall remain liable for payment of the commissions provided for in this Agreement, including, without limitation, the commission obligations set forth in Section 7.a. unless the purchaser or transferee assumes all of such obligations in writing and Firm agrees in writing to such assumption.

(v) "Buyer" and "registered prospect" as used herein shall be deemed to include, but not be limited to: (i) any holder of a right of first offer or refusal or similar right which holder is not specifically named herein and excluded from the terms of this Agreement, (ii) any prospect registered by Firm pursuant to Section 8 hereof (which prospect registration listing shall identify specific principals and shall not include brokers acting in a brokerage capacity), and, (iii) the successors or assigns, principals, officers, directors, employees or shareholders thereof or any affiliate, alter-ego or commonly controlled entity of any such person.

## 8.   REGISTERED PROSPECTS:

**a.   Prior Listing Agreements:** If the Property was exclusively listed for sale with another agency prior to this Agreement, then Client shall provide Firm in writing the names of registered prospects (as defined in Section 7b.(v) above) and the duration of the protection period under the prior listing agreement. If Client provides such information to Firm within twenty (20) days of the date of this Agreement, then a direct or indirect sale or agreement to sell during such protection period to a registered prospect is excluded from this Agreement.

**b.   Later Sale To Registered Prospect:** If within 30_____ days after the expiration or earlier termination of this Agreement (the "Protection Period"), Client directly or indirectly sells or agrees to sell the Property to a party with whom Firm (or any other agent acting for or through Firm) has had substantive bilateral communication concerning the Property during the term of this Agreement, Client shall pay Firm the same commission to which Firm would have been entitled had the sale been made during the term of this Agreement; provided that names of registered prospects (as defined in Section 7b.(v) above) are delivered or postmarked to Client within fifteen (15) days after the expiration or earlier termination of this Agreement. **In the event the Property is exclusively listed for sale with another agency after the expiration or earlier termination of this Agreement and Client directly or indirectly sells or agrees to sell the Property to a registered prospect (as defined in Section 7b.(v) above) during the Protection Period, then Client shall pay to Firm the same commission to which Firm would have been entitled.**

**9. LEASE PROTECTION PROVISION:** In the event that the Property is leased during the term hereof, it is acknowledged that Firm shall nonetheless earn a commission upon execution of such lease agreement. The parties agree to act in good faith in determining that the commission is an amount reasonable in this area for the type of Property.

**10. AUTHORITY:** Client represents and warrants to Firm that it has the right to offer the Property for sale. Each signatory to this Agreement represents and warrants that he or she has full authority to sign this Agreement and such instruments as may be necessary to effectuate any transaction contemplated by this Agreement on behalf of the party for whom he or she signs and that his or her signature binds such party and the holders of the interests in Client.

**11. BANKRUPTCY:** In the event that the Property comes under the jurisdiction of a bankruptcy court, Client shall immediately notify Firm of the same and, if Client is the subject of bankruptcy, shall promptly take all steps necessary to obtain court approval of Firm's appointment to sell the Property, unless Firm shall elect to terminate this Agreement upon said notice.

**12. INDEMNIFICATION:** Client represents and warrants that the information set forth herein and any other information as may be furnished to Firm by Client, including information relating to environmental matters, is correct to the best of Client's knowledge. Firm shall have no obligation or responsibility for checking or verifying any such information, except as may be required by law. Client shall indemnify Firm for any and all loss or damage sustained by Firm as a result of (i) Firm's or Client's furnishing such information to a buyer or anyone else; and (ii) the presence of storage tanks on, or the presence or release of hazardous substances, materials and wastes on or from, the Property.

**13. PARTIES AND BENEFITS:** This Agreement shall be binding upon and inure to the benefit of the parties, their heirs, successors and assigns and their personal representatives. Client agrees that at any time during the term of this Agreement, Firm may either assign Firm's rights and responsibilities hereunder to another real estate agency, or transfer to another person or entity all or part of the ownership of Firm's real estate agency, and that in the event of any such assignment or transfer, this Agreement shall continue in full force and effect; provided, that any assignee or transferee must be licensed to engage in the business of real estate brokerage in the State of North Carolina. In the event of any such assignment or transfer, Client may terminate this Agreement without cause on thirty (30) days' prior written notice to the assignee or transferee of Client's intent to terminate this Agreement.

**STANDARD FORM 571**
**Revised 7/2022**
**© 7/2022**

Firm Rep. Initials  Client Initials 

dotloop signature verification: dtlp.us/KS5n-8Ke5-sN8w

**14.  COUNTERPARTS; ENTIRE AGREEMENT; AMENDMENT; SEVERABILITY; ATTORNEYS FEES; GOVERNING LAW**:  This Agreement may be executed in one or more counterparts, which taken together, shall constitute one and the same original document.  Copies of original signature pages of this Agreement may be exchanged via facsimile or e-mail, and any such copies shall constitute originals. This Agreement contains the entire agreement of the parties and supercedes all prior written and oral proposals, understandings, agreements and representations, all of which are merged herein. The parties acknowledge and agree that: (i) the initials lines at the bottom of each page of this Agreement are merely evidence of their having reviewed the terms of each page, and (ii) the complete execution of such initials lines shall not be a condition of the effectiveness of this Agreement. No amendment or modification to this Agreement shall be effective unless it is in writing and executed by all parties hereto.  No waiver of any breach of any obligation or promise contained herein shall be regarded as a waiver of any future breach of the same or any other obligation or promise.  The invalidity of one or more provisions of this Agreement shall not affect the validity of any other provisions hereof and this Agreement shall be construed and enforced as if such invalid provisions were not included.  It shall not be deemed a breach of this Agreement for Firm to comply with an order resulting from an arbitration conducted by a REALTOR® association or issued by a court of competent jurisdiction. If legal proceedings (including mediation or arbitration) are instituted to enforce any provision of this Agreement, the prevailing party in the proceeding shall be entitled to recover from the non-prevailing party reasonable attorneys fees and court costs incurred in connection with the proceeding. This Agreement shall be governed by and construed in accordance with the laws of the State of North Carolina.

**15.  INTELLECTUAL PROPERTY RIGHTS:** Client grants to Firm and any listing or commercial database service in which Firm or its agents participate a non-exclusive, perpetual license to use any information, photographs, drawings or other intellectual property that Client provides to Firm, including the rights to display, reproduce or make derivative works from the intellectual property.

**16.  DUAL AGENCY**: Client understands that the potential for dual agency will arise if a buyer who has an agency relationship with Firm becomes interested in viewing the Property. If such circumstance of dual agency arises, Firm at that time shall orally confirm to Client that Firm is then serving in a dual agency role.

(a)  Disclosure of Information. In the event Firm serves as a dual agent, Client agrees that without permission from the party about whom the information pertains, Firm shall not disclose to the other party the following information:
(1) that a party may agree to a price, terms, or any conditions of sale other than those offered;
(2) the motivation of a party for engaging in the transaction, unless disclosure is otherwise required by statute or rule; and
(3) any information about a party which that party has identified as confidential unless disclosure is otherwise required by statute or rule.

(b)  Firm's Role as Dual Agent. If Firm serves as agent for both Client and a buyer in a transaction involving the Property, Firm shall make every reasonable effort to represent Client and buyer in a balanced and fair manner. Firm shall also make every reasonable effort to encourage and effect communication and negotiation between Client and buyer. Client understands and acknowledges that:
(1) Prior to the time dual agency occurs, Firm will act as Client's exclusive agent;
(2) In its separate representation of Client and buyer, Firm may obtain information which, if disclosed, could harm the bargaining position of the party providing such information to Firm;
(3) Firm is required by law to disclose to Client and buyer any known or reasonably ascertainable material facts. Client agrees Firm shall not be liable to Client for (i) disclosing material facts required by law to be disclosed, and (ii) refusing or failing to disclose other information the law does not require to be disclosed which could harm or compromise one party's bargaining position but could benefit the other party.

(c) Client's Role. Should Firm become a dual agent, Client understands and acknowledges that:
(1) Client has the responsibility of making Client's own decisions as to what terms are to be included in any purchase and sale agreement with a buyer client of Firm;
(2) Client is fully aware of and understands the implications and consequences of Firm's dual agency role as expressed herein to provide balanced and fair representation of Client and buyer and to encourage and effect communication between them rather than as an advocate or exclusive agent or representative;
(3) Client has determined that the benefits of dual agency outweigh any disadvantages or adverse consequences;
(4) Client may seek independent legal counsel to assist Client with the negotiation and preparation of a purchase and sale agreement or with any matter relating to the transaction which is the subject matter of a purchase and sale agreement.

Should Firm become a dual agent, Client waives all claims, damages, losses, expenses or liabilities, other than violations of the North Carolina Real Estate License Law and intentional wrongful acts, arising from Firm's role as a dual agent. Client shall have a duty to protect Client's own interests and should read any purchase and sale agreement carefully to ensure that it accurately sets forth the terms which Client wants included in said agreement.

STANDARD FORM 571
Revised 7/2022
© 7/2022

Firm Rep. Initials [KP]   Client Initials [JB]

dotloop signature verification: dtlp.us/KSSn-8Ke5-sN8w

(d) Designated Dual Agency. When a real estate firm represents both the buyer and seller in the same real estate transaction, the firm may, in its discretion, offer designated dual agency. If offered, designated dual agency permits the firm, with the prior express approval of both the buyer and seller, to designate one or more agents to represent only the interests of the seller and a different agent(s) to represent only the interests of the buyer, unless prohibited by law.

> An individual agent may not be designated to represent a party in a transaction if that agent has received confidential information concerning the other party in connection with the transaction.

(e) Authorization/Direction *(initial)*.

☐ ☐    Dual Agency. Client authorizes the Firm to act as a dual agent, representing both the Client and the buyer, subject to the terms and conditions set forth in Paragraph 16.

Client ☑ DOES ☐ DOES NOT authorize the same individual agent to represent both the Client and the buyer in a transaction.

*JB* ☐   *(also initial if Firm offers designated dual agency and Client authorizes designated dual agency)* Designated Dual Agency. In addition to authorizing Firm to act as a dual agent, Client authorizes and directs Firm to designate an individual agent(s) to represent the Client and a different individual agent(s) to represent the buyer. Firm will practice designated dual agency unless: (i) designated agency would not be permitted by law due to circumstances existing at the time of the transaction, or (ii) Client authorizes Firm in writing to remain in dual agency only.

OR

*JB* ☐   Exclusive Representation. Client desires exclusive representation at all times during this agreement and does NOT authorize either dual agency or designated dual agency.

[THIS SPACE INTENTIONALLY LEFT BLANK]

**STANDARD FORM 571**
**Revised 7/2022**
**© 7/2022**

Firm Rep. Initials *KP*   Client Initials *JB* ☐

**THE BROKER SHALL CONDUCT ALL BROKERAGE ACTIVITIES IN REGARD TO THIS AGREEMENT WITHOUT RESPECT TO THE RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, HANDICAP OR FAMILIAL STATUS OF ANY PARTY OR PROSPECTIVE PARTY.  FURTHER, REALTORS® HAVE AN ETHICAL DUTY TO CONDUCT SUCH ACTIVITIES WITHOUT RESPECT TO THE SEXUAL ORIENTATION OF ANY PARTY OR PROSPECTIVE PARTY.**

THE NORTH CAROLINA ASSOCIATION OF REALTORS®, INC. MAKES NO REPRESENTATION AS TO THE LEGAL VALIDITY OR ADEQUACY OF ANY PROVISION OF THIS FORM IN ANY SPECIFIC TRANSACTION.

**CLIENT:**
Individual

*Joseph Baldassarra*                    dotloop verified
                                        05/29/22 9:18 AM
                                        EDT
                                        8T8J-6X6E-FIOR-JE24

Date:_____

_____

Date:_____


**Business Entity**

_____
                    (Name of Entity)
By:_____

Name:_____

Title:_____

Date:_____

Address:_____

_____

Phone:_____

Facsimile:_____

E-mail:_____


**FIRM:**

North Group Real Estate
_____
                (Name of Firm)
By: *Katarzyna Pedzimaz*                  dotloop verified
                                          10/03/22 11:07 AM EDT
                                          UROP-UBMR-W6BT-FIOF

Name:Katarzyna Pedzimaz

Individual License #: 92437          State:SC

Date:10/03/2022

Address:_____

_____

Phone:864-280-6701

Facsimile:_____

E-mail:kasiapedzimaz@yahoo.com

**STANDARD FORM 571**
**Revised 7/2022**
©7/2022

| News Source | Type of Source | Ad Started Running On | Ad Stops Running On | Remarks |
|---|---|---|---|---|
| Nationwide Newspapers Advertising Inc | Online Classifieds Advertiser | 11/23/2022 | 12/23/2022 | They are a service that circulates the ad through a network of classifieds sites with a readership of over 3M - 100+ different pennysavers and shoppers classifieds sections in the Midwest USA area.  I included another tab in this workbook listing those sources below. |
| Greenville News SC - Greenvilleonline.com | Greenville's Top Local Newspaper | 11/25/2022 | 12/25/2022 | it is running for 22 days after the 1st because that is the only length they could do. |
| SCNow.com | Newspaper in SC published in Florence, SC | 11/25/2022 | 12/25/2022 | Covers news on the whole state. The Ad will also run on their partner sites: SCA Morning News, Florence News, SCA |
| Free classifieds -(global-free-classified-ads.com) | Global Free Classifieds Website | 11/23/2022 | N/A | |
| Daily Herald Classifieds | Suburban Chicago Information Source | 11/25/2022 | 12/25/2022 | |
| National Post Classifieds | Canadian Newspaper | 11/25/2022 | 12/25/2022 | Available in several cities in central and western Canada |
| NJ Advance Media | #1 provider of local news in New Jersey | 11/25/2022 | 12/25/2022 | |
| The Tribune | Media Company that distributes content to their local media businesses | 11/30/2022 (Only Select Dates) | 12/23/2022 | Tribune Publishing Company operates local media businesses in eight markets with titles including the Chicago Tribune, The Baltimore Sun, Orlando Sentinel, South Florida's Sun-Sentinel, Virginia's Daily Press and The Virginian-Pilot, The Morning Call of Lehigh Valley, Pennsylvania, and the Hartford Courant. |
| Post Newspapers Classifieds | Newspaper Based in Ohio | 11/25/2022 | 12/25/2022 | Privately-owned business has grown to cover a four-county area and services 14 school districts with its nine ultra-local editions |
| Seattle Times Classifieds | Newspaper Based in Seattle | 11/27/2022 | 12/27/2022 | |
| Sun Sentinel Classifieds | Main Daily Newspaper in Fort Lauderdale | 11/30/2022 | 12/23/2022 | |
| Wall Classifieds - wallclassifieds.com | Classifieds Website | 11/25/2022 | | Needs to be removed manually, does not expire |
| Corporatehours.com | Classifieds Website | 11/24/2022 | | Indian, Needs to be removed manually, does not expire |
| Craiglist | Classifieds Website | 11/24/2022 | | Needs to be removed manually, does not expire |
| Adspostfree.com | Classifieds Website | 11/24/2022 | | Needs to be removed manually, does not expire |
| Pennysaverusa.com | Classifieds Website | | | Needs to be removed manually, does not expire |
| Free-classifieds-usa.com | Classifieds Website | 11/25/2022 | | Needs to be removed manually, does not expire |
| Ad-Express | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| AdVenture | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Advertiser - Osceola | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Advertising Guide - Storm Lake | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Advisor - Albion | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Ad-Visor - Denison | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Ad-Visor - Orange City | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| ADvisor Advantage- Mitchell | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Algona Reminder | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| American Classifieds of Omaha | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Big Buck Shoppers | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Bluff Country Reader | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Bonny Buyer | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Boone County Shopper, Inc. | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Boone County Shopping News | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Broadcaster, The | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Calhoun County Reminder | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Cedar Valley Saver | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Chickasaw County Advertiser- New Hampton Tribune | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Chiefland Shopper | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Citizen Tribune- Sherburne County | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Cityview | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Consumer Weekly - The Messenger | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Cresco Shopper | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Dallas County News | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Dodge County Advantage | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Dubuque Advertiser | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Eastern Iowa Shopping News | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Elkhorn Valley Shopper | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Exchange, The | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Fairfield Town Crier | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Fairmont Photo Press | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Family Flyer- Lake County | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Faribault Area Shopper | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Farm Market News | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Farm News | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Fillmore County Journal | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| FM Extra | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Free Star | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Freeborn County Shopper | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Golden Shopper | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Grant, Iowa, Lafayette Shopping News | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Grapevine | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Great Dane Shopping News | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Hartington Shopper | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Hillsboro Free Press | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |

Some of these news sources post to multiple different newspapers

| | | | | |
|---|---|---|---|---|
| Home Magazine | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Hometown Marketplace | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Humboldt Reminder | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Independent Shopper | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Iowa Living Magazine | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Jasper County Advertiser | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Lakes News Shopper | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Livewire -Jackson County | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Luverne Announcer | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Manney's Shopper - Hibbing | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Manney's Shopper - Virginia | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Marion County Reminder | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Mason City Shopper | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Minnesota River Valley Shopper | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Missouri Valley Shopper | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Mower County Shopper | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Mt. Pleasant Shopper | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Murray County Advantage | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Newshopper | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Nishna Valley Tribune | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Norfolk Area Shopper | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Northeast Iowa Shopper | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Northfield Weekender | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Northwest Iowa Shopper | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| NWIA Extra | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Oelwein Shopper's Reminder- Fayette County | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| O'Neill Shopper | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Oskaloosa Shopper | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Owatonna/Waseca Area Shopper | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Payday | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Penny Press 1 | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Penny Saver - Cedar Rapids | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| PennySaver - Harlan | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Pennysaver - Marshalltown | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Pulse - Formerly The Insider | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Red River Promoter | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Reminder - Ida Grove | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Reminder- Printing Services Inc | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Richland Center Shopping News | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Sartell Newsleader | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Sauk Rapids Herald | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Shopper - Maquoketa | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Shopper - Windom | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Shopper - Winterset | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Shoppers' Guide | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Sioux Center Shopper | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Smart Shopper | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Southwest Iowa Advertiser | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Southwest Iowa Shopper | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Southwest Iowa Super Shopper | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| St. Joseph Newsleader | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Star Advisor | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Star Shopper | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Super Shopper Waverly | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Tama County Shopper | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Tempo | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| The Country Peddler | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| The Equalizer Extra- Weekly | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| The Land | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| The Valley Shopper | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| The Valley Shopper - Crookston | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Thrifty Nickel | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |

| | | | | |
|---|---|---|---|---|
| Tidbits of Linn & Johnson County | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Tri-County Foxxy Shoppers | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Tri-County Shopper | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Tri-County Special | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Vinton Livewire | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Washington County Shoppers Guide | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Winnebago-Hancock Shopper | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Winona Post | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |
| Wisconsin Iowa Shopping News | Pennysaver and Shopper Newspaper in the Midwest USA area | 11/25/2022 | 12/25/2022 | From Nationwide Newspaper Advertising Network |

# Order Information

**Order Date: 11/24/2022**
**Gross price: $264.20**

---

**Sun Sentinel – Financial:**

**Publication:** Sun Sentinel

**Section:** Financial

**AdSize:** 1 Column

**Lines:** 9

**Run Date(s):** Wednesday, November 30, 2022 |Thursday, December 1, 2022 |Friday, December 2, 2022 |Saturday, December 3, 2022 |Sunday, December 4, 2022 |Wednesday, December 7, 2022 |Thursday, December 8, 2022 |Friday, December 9, 2022 |Saturday, December 10, 2022 |Sunday, December 11, 2022 |Wednesday, December 14, 2022 | Thursday, December 15, 2022 |Friday, December 16, 2022 |Saturday, December 17, 2022 |Sunday, December 18, 2022 | Wednesday, December 21, 2022 |Thursday, December 22, 2022 |Friday, December 23, 2022

**Color:** No

## SunSentinel
### MEDIA GROUP

## Preview:

**MINORITY OWNERSHIP IN LAND DEVELOPMENT PROJECTS** - Minority ownership in land development projects in the Carolinas available immediately, inquire to info@broadstreetglobalfund. com email, for further information. Court ordered liquidation, bring all offers, must be received by no later than December 15, 2022.



CORPORATE HOURS (/)
Classified

Select City

What are you looking for ?
e.g. Apartment for Sale, Php course, Hyundai Car…

--Select Category--

feingo...

+ Post an Ad (/createpost)

Home (/) Real Estate (/posts/Real-Estate/10/0/) Ad Details

## Minority ownership in land development projects

Share | (http://www.addthis.com/bookmark.php?v=250&pubid=ra-4f0d75a51a1864f7)

(View On Map)

NO IMAGE

|

**Type:** Commercial Land

### Description:

Minority ownership in land development projects in the Carolinas available immediately, inquire to info@broadstreetglobalfund.com (mailto:info@broadstreetglobalfund.com) email, for further information. Court ordered liquidation, bring all offers, must be received by no later than December 15, 2022.

**Wish List**

Search for

Yahoo! Search

**Related ads of Land - Plot For Sale**



Australia Cryptocurrency Exchanges (/detail/Land-Plot-For-Sale/463108/Australia-Cryptocurrency-Exchanges)
Land - Plot For Sale ((/posts/Land-Plot-For-Sale/208/0/)
, India
57days, 20hrs, 5min ago.
Type:Agriculture Land

**Rs. 24,523.90**





Sell Your Property for CASH | Anchor Investment Group (/detail/Land-Plot-For-Sale/459200/Sell-Your-Property-for-CASH---Anchor-Investment-Group)
Land - Plot For Sale ((/posts/Land-Plot-For-Sale/208/0/)
, India
194days, 21hrs, 22min ago.
Type: Residential Land





Best Bitcoin Exchange (/detail/Land-Plot-For-Sale/433968/Best-Bitcoin-Exchange)
Land - Plot For Sale ((/posts/Land-Plot-For-Sale/208/0/)
, India
276days, 19hrs, 7min ago.
Type: Industrial Land

**Rs. 75,758,558.00**





Wish List

11/24/22, 8:34 AM
Minority ownership in land development projects – Great value Land - Plot For Sale
Case 1:20-cv-04432-LSR Document 173-4 Filed 03/22/23 Page 16 of 31

Converted Premium Residential Plots with tons of AMENITIES (/detail/Land-Plot-For-Sale/427296/Converted-Premium-Residential-Plots-with-tons-of-AMENITIES)
Land - Plot For Sale ((/posts/Land-Plot-For-Sale/208/0/)
Devanahalli, Bangalore
392days, 5hrs, 7min ago.
Type: Residential Land

**Rs. 3,600,000.00**





Converted Premium Residential Plots with tons of AMENITIES (/detail/Land-Plot-For-Sale/426538/Converted-Premium-Residential-Plots-with-tons-of-AMENITIES)
Land - Plot For Sale ((/posts/Land-Plot-For-Sale/208/0/)
, India
404days, 4hrs, 43min ago.
Type: Residential Land

**Rs. 3,600,000.00**





Buy Commercial Land Close To Ahmadabad Dholera Expressway In Dholera Smart City (/detail/Land-Plot-For-Sale/404548/Buy-Commercial-Land-Close-To-Ahmadabad-Dholera-Expressway-In-Dholera-Smart-City)
Land - Plot For Sale ((/posts/Land-Plot-For-Sale/208/0/)
, India
551days, 6hrs, 2min ago.
Type: Commercial Land

**Rs. 13,325,000.00**





Mobile Application Development (/detail/Land-Plot-For-Sale/337932/Mobile-Application-Development)
Land - Plot For Sale ((/posts/Land-Plot-For-Sale/208/0/)
, India
989days, 5hrs, 59min ago.
Type: Industrial Land





Mobile App Development Services (/detail/Land-Plot-For-Sale/337170/Mobile-App-Development-Services)
Land - Plot For Sale ((/posts/Land-Plot-For-Sale/208/0/)
, India
1014days, 4hrs, 41min ago.

Wish List

Type: Commercial Land



---



Converted Premium Residential Plots with tons of AMENITIES (/detail/Land-Plot-For-Sale/460891/Converted-Premium-Residential-Plots-with-tons-of-AMENITIES)
<u>Land - Plot For Sale (/posts/Land-Plot-For-Sale/208/0/)</u>
Uttarahalli Main Road, Bangalore
139days, 2hrs, 6min ago.
Type: Residential Land

**Rs. 560,060.00**



---



Most Secure Crypto Exchange Australia (/detail/Land-Plot-For-Sale/460422/Most-Secure-Crypto-Exchange-Australia)
<u>Land - Plot For Sale (/posts/Land-Plot-For-Sale/208/0/)</u>
, India
158days, 22hrs, 18min ago.
Type:Agriculture Land

**Rs. 19,125.82**



---



Call/whats app 256777422022 for herbal legs enlargement (/detail/Land-Plot-For-Sale/459737/Call-whats-app--256777422022-for-herbal-legs-enlargement)
<u>Land - Plot For Sale (/posts/Land-Plot-For-Sale/208/0/)</u>
Batwara, Srinagar
180days, 3hrs, 24min ago.
Type: Industrial Land

**Rs. 300,000.00**



---



Single Storey Home Designs |Single Storey Modern House Design | Vista Homez (/detail/Land-Plot-For-Sale/459703/Single-Storey-Home-Designs--Single-Storey-Modern-House-Design---Vista-Homez)
<u>Land - Plot For Sale (/posts/Land-Plot-For-Sale/208/0/)</u>
, India
181days, 6hrs, 20min ago.
Type: Residential Land

**Rs. 2,765.00**



Wish List



Converted Premium Residential Plots with tons of AMENITIES (/detail/Land-Plot-For-Sale/459304/Converted-Premium-Residential-Plots-with-tons-of-AMENITIES)

Land - Plot For Sale (/posts/Land-Plot-For-Sale/208/0/)

Uttarahalli Main Road, Bangalore

192days, 0hrs, 7min ago.

Type: Residential Land

**Rs. 700,000.00**



---



Social Media Marketing (/detail/Land-Plot-For-Sale/459261/Social-Media-Marketing)

Land - Plot For Sale (/posts/Land-Plot-For-Sale/208/0/)

, India

193days, 7hrs, 24min ago.

Type:Agriculture Land

**Rs. 250.00**



---



Residential plots in Maheshwaram (/detail/Land-Plot-For-Sale/458973/Residential-plots-in-Maheshwaram)

Land - Plot For Sale (/posts/Land-Plot-For-Sale/208/0/)

, India

201days, 4hrs, 0min ago.

Type: Residential Land

**Rs. 18,000.00**



---



Best Parking NYC App (/detail/Land-Plot-For-Sale/437502/Best-Parking-NYC-App)

Land - Plot For Sale (/posts/Land-Plot-For-Sale/208/0/)

, India

232days, 10hrs, 10min ago.

Type: Commercial Land



---



Wish List

BMRDA approved villa plots for sale in Bangalore (/detail/Land-Plot-For-Sale/436680/BMRDA-approved-villa-plots-for-sale-in-Bangalore)

Land - Plot For Sale (/posts/Land-Plot-For-Sale/208/0/)
K R Puram, Bangalore
248days, 2hrs, 30min ago.
Type: Residential Land

**Rs. 5,000,000.00**



---



Make Your Boyfriend under Control 0-9803539803 In Canada Get Result without Any Side Effects with our expert astrologer (/detail/Land-Plot-For-Sale/433883/Make-Your-Boyfriend-under-Control-0-9803539803-In-Canada-Get-Result-without-Any-Side-Effects-with-our-expert-astrolo)

Land - Plot For Sale (/posts/Land-Plot-For-Sale/208/0/)
, India
278days, 6hrs, 40min ago.
Type: Commercial Land



---



Residential villa plots for sale in East Bangalore (/detail/Land-Plot-For-Sale/426898/Residential-villa-plots-for-sale-in-East-Bangalore)

Land - Plot For Sale (/posts/Land-Plot-For-Sale/208/0/)
K R Puram, Bangalore
398days, 3hrs, 26min ago.
Type: Residential Land

**Rs. 4,000,000.00**



---



Gated community layouts for sale in KR Puram Bangalore (/detail/Land-Plot-For-Sale/424844/Gated-community-layouts-for-sale-in-KR-Puram-Bangalore)

Land - Plot For Sale (/posts/Land-Plot-For-Sale/208/0/)
K R Puram, Bangalore
422days, 6hrs, 58min ago.
Type: Residential Land

**Rs. 4,000,000.00**



---

⭐ Watch | 🖨 Print (/PostedAds/Print?PostId=474659) | 🚩 Report Ad | View

**Count**        1

| **Poster Contact Information** |
| --- |

**Posted By:** feingoldryan

**Posted Date:** 11/24/2022

| Wish List |
| --- |

Contact No. _ **1833264784**



View Profile (/Listing/profile/349666)

Search for

Yahoo! Search



## Quick Links

Home (/)
About Us (/page/about-us)
Privacy Policy (/page/privacy-policy)
Terms of Use (/page/terms-of-use)
Contact Us (/page/contact-us)
How To Use (/page/how-to-use)
(/_)
Sign Up Agent (/Agent/Registration)
Agent Login (/Agent/Login)
Classified (/Classified)
SiteMap (/Common/SiteMap)
Deals (/)
Venue (/)
Post Free Classified (/createpost)
Register with us (/User/Registration)
View All City (/guide/ViewAllCity)
View All Category (/guide/ShowAllCategory)

## Top Cities

Ahmedabad
Bangalore
Bhopal
Bhubaneswar
Chennai
Dehradun
Delhi
Durgapur
Ghaziabad
Goa
Gurgaon
Guwahati

Wish List

Howrah
Hyderabad
Indore
Kochi
Kolkata
Lucknow
Mangalore
Mumbai
Navi Mumbai
Noida
Patna
Pune
Ranchi
Shillong
Shimla
Srinagar
Vellore

## Newsletter

Insert Your Email ID

SUBMIT

Copyright ©2020 The Corporate Hours

f ( https://www.facebook.com/corporatehours/)    ( https://twitter.com/corporatehours)

g+ ( https://plus.google.com/b/117853459529442494454/+Kebhari/posts)    ( https://www.linkedin.com/company/the-corporate-hours)

Wish List

**Results: 1-1 of 1 ($1.00, Qty: 1ⓘ)**

Customize table | Print |

| | Actions | Photo | Title | Item specifics ⓘ | Custom label (SKU) | Format | Current price | Promotions |
|---|---|---|---|---|---|---|---|---|
| ☐ | Edit ⌄ |  | Minority Interest in Land Development Projects | 1 recommend... <br> Add recommended | | ⬥ | $1.00 | Not eligible for volume pricing |

Items p

Hi Ryan!                                                                    Sell   Watchlist   My eBay



Search for anything                                    All Categories

Back to previous page  |  Listed in category:  Real Estate  >  Land

This listing is active

- Revise listing              **Listing info**
- Sell a similar item         Duration:       10 days
- Create shipping discounts   Start time:     Nov 28, 2022 07:17:54 AM PST
                              Start price:    US $1.00
                              Reserve price:



Hover to zoom

Have one to sell?   Sell now

### Minority Interest in Land Development Projects

Condition:     --

Time left:     9d 23h | 12/08, 10:17 AM

Starting bid:   **US $1.00**      [ 0 bids ]

Reserve not met ⓘ

Bid Amount

Enter US $1.00 or more

Place bid

♡ Add to Watchlist

Pickup:    Free local pickup from The Carolinas, United States. | See details

Returns:   Seller does not accept returns | See details

Payments:  Check

Coverage:  Read item description or contact seller for details. See all details
           (Not eligible for eBay purchase protection programs)

**Seller information**

infrastruc_6 (0)

Contact seller

See other items

---

Description    Shipping and payments

Seller assumes all responsibility for this listing.                        eBay item number: 385

### Item specifics

Seller State of Residence:     South Carolina                State/Province:    South Carolina

Multiple infrastructure projects in progress throughout the Carolinas. An approximate ten percent, minority investor in said projects is undertaking court ordered liquida
investors need inquire which can provide proof of financial ability and the ability to close before December 20, 2022. Prospective investors will be required to submit p
letter or some other form of proof in the ability to be able to pay seven figures on an expedited basis and meet sophisticated investor qualification status.  This is a mino
input in the management decisions of the projects is being sold. Serious inquiries only. Time is of the essence.



**infrastruc_6**

Visit profil

Contact

Back to previous page

More to explore :   Land Real Estate,   Residential Land Real Estate,   Commercial Land Real Estate,   California Land Real Estate,   Florida Land Real Estate,   Texas Land Real Estate,   Arizona Land Real Estate,   Recreational, Acreage Land Real Estate,   Pennsylvania Land Real Estate,   Mixed Zoning Land Real Estate

About eBay      Announcements      Community      Security Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2022 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Do not sell my personal information and AdChoice

# Listing traffic history



Views
**90**

▲ **100.0%**
vs. prior 30 days

Past 30 days

Nov 8                    Nov 16                    Nov 24

Views
**90**

Total views shown here may vary slightly from other references due to latency delays.

Tell us what you think



Hi Ryan!

Sell    Watchlist    My eBay

e**b**ay

Search for anything    All Categories

Back to previous page | Listed in category:  Real Estate > Land

You did not sell this item  |  Relist

• Sell a similar item

**Listing info**
Views:       100
Duration:    10 days
Start time:  Nov 28, 2022 07:17:54 AM PST
Start price: US $1.00

## Minority Interest in Land Development Projects

Condition:  --

Ended:      Dec 08, 2022 07:17:54 PST

Starting    **US $1.00**    [ 0 bids ]
bid:        Reserve not met ⓘ

Pickup:     Free local pickup from The Carolinas, United
            States. | See details
Returns:    Seller does not accept returns | See details
Payments:   Check
Coverage:   Read item description or contact seller for
            details. See all details
            (Not eligible for eBay purchase protection programs)

**Seller information**
infrastruc_6 (0)

Contact seller
See other items

Hover to zoom

Have one to sell?   Sell now

| Description | Shipping and payments |

Seller assumes all responsibility for this listing.                                eBay item number: 385

### Item specifics

| Seller State of Residence: | South Carolina | State/Province: | South Carolina |
|---|---|---|---|

Multiple infrastructure projects in progress throughout the Carolinas. An approximate ten percent, minority investor in said projects is undertaking court ordered liquida
investors need inquire which can provide proof of financial ability and the ability to close before December 20, 2022. Prospective investors will be required to submit p
letter or some other form of proof in the ability to be able to pay seven figures on an expedited basis and meet sophisticated investor qualification status.  This is a mino
input in the management decisions of the projects is being sold. Serious inquiries only. Time is of the essence.



**infrastruc_6**

Visit profil

Contact

Back to previous page

More to explore :   Land Real Estate,   Residential Land Real Estate,   Commercial Land Real Estate,   California Land Real Estate,   Florida Land Real Estate,   Texas Land Real Estate   Arizona Land Real Estate,   Recreational, Acreage Land Real Estate,   Pennsylvania Land Real Estate,   Alabama Land Real Estate

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2022 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Do not sell my personal information and AdChoice

 Gmail                                    **Info@BroadStreet Info <info@broadstreetglobalfund.com>**

---

## Minority ownership in land development projects
4 messages

---

**kathy hawkins mclain** <733d65262e163475b8f17ad712ac8925@reply.craigslist.org>          Sat, Dec 3, 2022 at 7:51 PM
To: 733d65262e163475b8f17ad712ac8925@sale.craigslist.org

https://greenville.craigslist.org/bfs/d/greenville-minority-ownership-in-land/7560938199.html
Would like to have more info please...
Kathy

---

Original craigslist post:
https://greenville.craigslist.org/bfs/d/greenville-minority-ownership-in-land/7560938199.html
About craigslist mail:
https://www.craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
https://post.craigslist.org/mailflag?flagCode=34&smtpid=40e4062fad47c4117b524b4facf7f4f72eb5cbbc.1

---

**Info@BroadStreet Info** <info@broadstreetglobalfund.com>                                Mon, Dec 5, 2022 at 9:21 AM
To: kathy hawkins mclain <733d65262e163475b8f17ad712ac8925@reply.craigslist.org>

Thank you for your email. We are presently marketing minority rights in a number of infrastructure developments in the
Carolinas wherein all of the infrastructure for large tracts of land with already pre-arranged major homebuilders set to
purchase individual lots have been arranged. This is a multi-million dollar transaction and therefore if you are interested
we would need more information on you. Kindly reply with your name, address, telephone number, background (resume
or website) and confirmation that you are an accredited investor and have the financial ability to purchase a multi-million
dollar investment. This confirmation can be in the form of a letter from your accountant or attorney or real estate
representative. Thereafter, we will be happy to pursue signing a non-disclosure agreement and providing you additional
information as well as scheduling a zoom call. This is an exceptional opportunity for someone who has experience and
knowledge with infrastructure development, the process and the opportunities.  Thank you in advance.
[Quoted text hidden]
--

**Broad Street Global Fund**
info@BroadStreetGlobalFund.com
1-833-BSGFUND(274-3863)

---

**kathy hawkins mclain** <733d65262e163475b8f17ad712ac8925@reply.craigslist.org>          Mon, Dec 5, 2022 at 10:31 AM
To: 733d65262e163475b8f17ad712ac8925@sale.craigslist.org

I will need more information about you and your organization and areas in the Carolinas before I feel comfortable in
sending you financial information about myself..
Thanks
Kathy

[Quoted text hidden]
    [Quoted text hidden]

[Quoted text hidden]
https://post.craigslist.org/mailflag?flagCode=34&smtpid=20e42311bc1d33c3f9d04ec1bc2e72196030dc46.1

Original craigslist post:
https://greenville.craigslist.org/bfs/d/greenville-minority-ownership-in-land/7560938199.html
About craigslist mail:
https://www.craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
https://post.craigslist.org/mailflag?flagCode=34&smtpid=d058794a87f53a7cd335464f84ced5c3ae68073e.2

---

**Info@BroadStreet Info** <info@broadstreetglobalfund.com>          Mon, Dec 5, 2022 at 11:07 AM
To: kathy hawkins mclain <733d65262e163475b8f17ad712ac8925@reply.craigslist.org>

That is a fair comment, we are extremely sensitive to securities laws. How about you put us in contact with your legal counsel and we will have our lawyers contact your lawyers just so that we stay within compliance?
[Quoted text hidden]

 **Gmail**

**Info@BroadStreet Info <info@broadstreetglobalfund.com>**

---

## Thrifty Nickel Newspaper Ad
1 message

---

**Info@BroadStreet Info** <info@broadstreetglobalfund.com>                    Mon, Sep 26, 2022 at 8:27 AM
To: "sunny.johnson1153@gmail.com" <sunny.johnson1153@gmail.com>

Thank you for your email.  We are presently marketing minority rights in a number of infrastructure developments in the Carolinas wherein all of the infrastructure for large tracts of land with already pre-arranged major homebuilders set to purchase individual lots have been arranged.  This is a multi-million dollar transaction and therefore if you are interested we would need more information on you. Kindly reply with your name, address, telephone number, background (resume or website) and confirmation that you are an accredited investor and have the financial ability to purchase a multi-million dollar investment.  This confirmation can be in the form of a letter from your accountant or attorney or real estate representative. Thereafter, we will be happy to pursue signing a non-disclosure agreement and providing you additional information as well as scheduling a zoom call. This is an exceptional opportunity for someone who has experience and knowledge with infrastructure development, the process and the opportunities.  Thank you in advance.


--

**Broad Street Global Fund**
info@BroadStreetGlobalFund.com
1-833-BSGFUND(274-3863)