```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> Plaintiffs, <br><br> -v- <br><br> RCG ADVANCES LLC, et al., <br><br> Defendants. | 20-cv-4432 (JSR) <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.:

   The Court hereby orders that the stay in effect in this the above-captioned case is lifted effective immediately.

   SO ORDERED.

New York, NY
September 11, 2023

_____
JED S. RAKOFF, U.S.D.J.

1