UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br>        Plaintiffs, <br><br>    -v- <br><br> RCG ADVANCES, LLC et al., <br><br>        Defendants. | 20-cv-4432 (JSR) <br><br> <u>ORDER</u> |

JED S. RAKOFF, U.S.D.J.:

On April 8, 2022, the FTC moved for summary judgment on all its claims against defendant Jonathan Braun. After consideration of the parties' written submissions, the Court hereby grants summary judgment to the FTC on Mr. Braun's liability of Counts I-V and will issue a permanent injunction. The Court, however, denies summary judgment to the FTC on its request for compensatory damages and civil penalties. An opinion explaining the reasoning for this decision and the specifics of the permanent injunction will issue in due course.

The parties should jointly call into Chambers by Thursday, September 22, 2023, at 5 PM to set a trial date for the remaining damages issues.

The Clerk of Court is respectfully directed to close docket entry number 109.

SO ORDERED.

New York, NY
September 19, 2023

                                    _____
                                    JED S. RAKOFF, U.S.D.J.

1