UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
FEDERAL TRADE COMMISSION,

        Plaintiff,

   -v-                                    1:20-cv-04432-JSR

JONATHAN BRAUN,

        Defendant.
------------------------------------------------------------ x

## VERDICT

1. We the jury award the FTC the following monetary damages from defendant Jonathan Braun:

    $ __$3,500,000.00__

2. On the FTC's claim for civil penalties, do you the jury find that the defendant acted "knowingly" as defined in the Court's instructions?

    Yes __✓__     No _____

    [If you answered "No" to Question 2, leave Question 3 blank]

3. Having found the defendant acted knowingly, we the jury award the FTC the following civil penalties:

    $ __$7,500,000.00__

                                                 _Joseph M. Dempsey_
                                                      FOREPERSON

                             Date: __1/10/24__