UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

FEDERAL TRADE COMMISSION,                                    Case No.: 20-cv-04432-JSR

                   Plaintiff,

       - against -                                              **<u>NOTICE OF APPEAL</u>**

RCG ADVANCES, LLC, et al.,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

       Notice is hereby given that Defendant Jonathan Braun, hereby appeals to the United States Court of Appeals for the Second Circuit from the Memo Endorsement, dated June 7, 2022 (Docket No. 130), annexed hereto as **<u>Exhibit A</u>**, Memo Endorsement, dated June 13, 2022 (Docket No. 135), annexed hereto as **<u>Exhibit B</u>**, Order, dated September 19, 2023 (Docket No. 178), annexed hereto as **<u>Exhibit C</u>**, Opinion and Order, dated September 27, 2023 (Docket No. 179), annexed hereto as **<u>Exhibit D</u>**, Order For Permanent Injunction As To Defendant Jonathan Braun, dated October 27, 2023 (Docket No. 183), annexed hereto as **<u>Exhibit E</u>**, Findings of Fact, Conclusions of Law, and Final Judgment, dated February 6, 2024 (Docket No. 217), annexed hereto as **<u>Exhibit F</u>**.

Dated: New York, New York
       March 6, 2024

                            By: _____
                                   Jonathan Braun
                                *Defendant Pro Se*

                                      2115 Pacific Blvd
                                 Atlantic Beach NY 11509
                                  917-453-6183